1    Christina R. Spiezia, State Bar No. 315145
     cspiezia@grsm.com
2    (949) 255-6968
     Katherine A. Musbach, State Bar No. 318683
3    kmusbach@grsm.com
     (312) 980-6798
4    Gordon Rees Scully Mansukhani, LLP
     5 Park Plaza Suite 1100
5    Irvine, CA 92614

6    Attorneys for Defendant,
     NATIONAL UNION FIRE INSURANCE
7    COMPANY OF PITTSBURGH, PA

8

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority, )<br><br>Plaintiff, )<br><br>v. )<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive, )<br><br>Defendant(s). ) | CASE NO.   5:20-cv-02164<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a), 1441(b) and 1446, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), submits notice of its removal of this action, captioned *Western Riverside Council of Governments, a California Joint Powers Authority v. National Union Fire Insurance Company of Pittsburgh, and Does 1 through 50, inclusive* and bearing civil case number RIC2002983, from the Superior Court of California, County of Riverside to the United States District Court for the Central District of California, Eastern Division. Pursuant to 28 U.S.C. § 1446(a), National Union states as follows:

1.      On August 3, 2020, Western Riverside Council of Governments

*Gordon Rees Scully Mansukhani, LLP*
*5 Park Plaza Suite 1100*
*Irvine, CA  92614*

-1-

("WRCOG"), as an alleged assignee of the City of Beaumont, filed a Complaint in the Superior Court of California, County of Riverside against National Union and Doe Defendants 1 through 50. WRCOG alleges that the City of Beaumont incurred a loss of nearly $60 million (Complaint, ¶¶ 14, 15, 43) and seeks to recover that loss under an insurance policy issued by National Union (*Id.*, ¶¶ 26, 60–65).

2.    Pursuant to 28 U.S.C. § 1446(a), National Union files this notice as required "in the district court of the United States for the district and division within which [the Riverside County] action is pending."

3.    This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between Plaintiff and Defendant National Union; (2) the amount in controversy exceeds $75,000, exclusive of interests and costs; and (3) all other requirements for removal have been satisfied. Venue is proper in this division because Plaintiff maintains its principal place of business in this division.

## DIVERSITY JURISDICTION

4.    For purposes of diversity jurisdiction, a corporation is "a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principle place of business . . . ." 28 U.S.C. § 1332(c)(1).

5.    National Union is a corporation organized under Pennsylvania law and maintains its principal place of business in New York.

6.    Plaintiff alleges that it is a California Joint Powers Authority operating in Riverside County, California with its principal office located in the City of Riverside. (Complaint, ¶ 1.)

7.    While WRCOG also brings this lawsuit against Doe Defendants 1 through 50, the citizenship of such fictitious names is disregarded for purposes of diversity jurisdiction. 28 U.S.C. § 1441(b)(1) ("[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this

DEFENDANT'S NOTICE OF REMOVAL

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

title, the citizenship of defendants sued under fictitious names shall be disregarded").

8. Because Plaintiff and National Union are citizens of different states and the citizenship of the Doe Defendants is not considered pursuant to 28 U.S.C. § 1441(b)(1), there is complete diversity of citizenship.

9. WRCOG alleges that the City of Beaumont incurred a loss in excess of $58 million. Therefore, the amount in controversy exceeds the $75,000 jurisdictional threshold.

### OTHER REMOVAL REQUIREMENTS

10. On September 18, 2020, Plaintiff served National Union with the Complaint.

11. Pursuant to 28 U.S.C. § 1446(a), a copy of the state court docket and all documents filed in the state court action (including "all process, pleadings, and orders served upon [the] defendant") is attached hereto as **Exhibit 1**.

12. Because Plaintiff served National Union on September 18, 2020, the last day to file the Notice of Removal is October 19, 2020. 28 U.S.C. § 1446(b)(1). This Notice of Removal is therefore timely filed within thirty days of service.

13. For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a), and pursuant to 28 U.S.C. § 1446(b), all defendants who have been properly joined and served must consent to removal. As no Doe Defendants have been served, their consent is not required. *Tatevossian v. Wells Fargo Bank, N.A.*, No. CV 16-03135-AB (MRWx), 2016 U.S. Dist. LEXIS 107169, at *7 (C.D. Cal. Aug. 12, 2016) (consent of Doe defendants is not required as "only defendants who have been served need join in or consent to the removal.") (citing 28 U.S.C. § 1446(b)(2)(A)).

### CONCLUSION

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and this action is one which may be removed to federal district court by National Union pursuant to 28 U.S.C. § 1441, as there is complete diversity in citizenship

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA  92614

-3-

between the Plaintiff and Defendant and because the amount in controversy, as set forth above, exceeds $75,000, exclusive of interest and costs.

WHEREFORE, National Union Fire Insurance Company of Pittsburgh Pa. hereby removes this action from the Superior Court of California, County of Riverside to the United States District Court for the Central District of California, Eastern Division. By filing this Notice of Removal, no party waives any defenses that may be available to it and reserves all such defenses.

Dated:  October 16, 2020

GORDON REES SCULLY MANSUKHANI LLP

By:  */s/ Katherine A. Musbach*
Christina R. Spiezia (315145)
Telephone: (949) 255-6968
cspiezia@grsm.com

Katherine A. Musbach (318683)
Telephone: (312) 980-6798
kmusbach@grsm.com

5 Park Plaza Suite 1100
Irvine, CA 92614

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza Suite 1100
Irvine, CA  92614

-4-
DEFENDANT'S NOTICE OF REMOVAL

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza Suite 1100
Irvine, CA 92614

1

**CERTIFICATE OF SERVICE**

2    The undersigned hereby certifies that on October 16, 2020, she served a

3  copy of the foregoing Notice of Removal upon the following counsel by sending it

4  via e-mail and Federal Express at the following addresses:

5

6    Jeffrey V. Dunn, State Bar No. 131926
     jeffrey.dunn@bbklaw.com
7    Christopher E. Deal, State Bar No. 186754
     chris.deal@bbklaw.com
8    Daniel L. Richards, State Bar No. 315552
     daniel.richards@bbklaw.com
9    BEST BEST & KRIEGER LLP
10   18101 Von Karman Avenue, Suite 1000
     Irvine, California 92612
11   Telephone: 949-263-2600
12   Facsimile: 949-260-0972

13
     *Attorneys for Plaintiff*
14   *Western Riverside Council of Governments*

15

16  Dated:  October 16, 2020                 GORDON REES SCULLY
                                             MANSUKHANI LLP
17
                                      By:    */s/ Katherine A. Musbach*
18                                           Christina R. Spiezia (315145)
                                             Telephone: (949) 255-6968
19                                           cspiezia@grsm.com

20                                           Katherine A. Musbach (318683)
                                             Telephone: (312) 980-6798
21                                           kmusbach@grsm.com

22                                           5 Park Plaza Suite 1100
                                             Irvine, CA 92614
23
                                             *Attorneys for Defendant*
24                                           *National Union Fire Insurance*
                                             *Company of Pittsburgh, Pa.*
25

26

27

28

-5-
DEFENDANT'S NOTICE OF REMOVAL