NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Christina R. Spiezia (SBN: 315145)
Katherine A. Musbach (SBN: 318683)
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614
cspiezia@grsm.com
kmusbach@grsm.com
Telephone: (949) 255-6969

ATTORNEY(S) FOR: Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Western Riverside Council of Governments, a California Joint Powers Authority<br><br>Plaintiff(s), | CASE NUMBER:<br><br>5:20-cv-02164 |
| v.<br><br>National Union Fire Insurance Company of Pittsburgh, Pa. and Does 1 through 50, inclusive<br><br>Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      National Union Fire Insurance Company of Pittsburgh, Pa.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, Pa.<br>AIG Property Casualty U.S., Inc.<br>AIG Property Casualty Inc.<br>AIUH LLC<br>American International Group, Inc. | National Union Fire Insurance Company of Pittsburgh, Pa. is a direct, wholly-owned (100%) subsidiary of AIG Property Casualty U.S., Inc., which is a wholly-owned (100%) subsidiary of AIG Property Casualty Inc., which is a wholly-owned (100%) subsidiary of AIUH LLC, which is a wholly-owned (100%) subsidiary of American International Group, Inc., which is a publicly-held corporation. No parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc. |

10/16/2020
Date

/s/ Katherine Musbach
Signature

Attorney of record for (or name of party appearing in pro per):

National Union Fire Insurance Company of Pittsburgh, Pa.