# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS<br><br>PLAINTIFF(S),<br><br>v.<br><br>NATIONAL UNION FIRE COMPANY OF PITTSBURGH, PA., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:20−cv−02164 GW (KKx)<br><br><br>**NOTICE OF ASSIGNMENT OF EASTERN DIVISION REMOVAL CASE** |

This case was initially assigned to District Judge __John W. Holcomb__ and referred to Magistrate Judge __Kenly Kiya Kato__ for discovery. Pursuant to General Order 19-03, this case has been randomly reassigned to __District Judge George H. Wu__.

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

The case number on all documents filed with the Court in this case should read as follows:

__5:20−cv−02164 GW (KKx)__

Clerk, U.S. District Court

__October 19, 2020__
Date

By: __/s/ *Geneva Hunt*__
Deputy Clerk

**ATTENTION**

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

CV−106 (10/20)    NOTICE OF ASSIGNMENT OF EASTERN DIVISION REMOVAL CASE