Name and address:
Christina R. Spiezia, State Bar No. 315145
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100, Irvine, CA 92614
Telephone: (949) 255-6968

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff(s)<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:20-cv-02164 GW (KKx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Schmookler, Scott L.                of    Gordon Rees Scully Mansukhani, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      One North Franklin, Suite 800
(312) 980-6779     (312) 565-6511              Chicago, IL 60606
*Telephone Number*    *Fax Number*
sschmookler@grsm.com
*E-Mail Address*                *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
Spiezia, Christina R.              of    Gordon Rees Scully Mansukhani, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      5 Park PLaza, Suite 1100
315145     (949) 255-6968    (949) 474-2060          Irvine, CA 92614
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
cspiezia@grsm.com
*E-Mail Address*                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____            _____
                        U.S. District Judge/U.S. Magistrate Judge