1  Christina R. Spiezia, State Bar No. 315145
   cspiezia@grsm.com
2  (949) 255-6968
   Katherine A. Musbach, State Bar No. 318683
3  kmusbach@grsm.com
   (312) 980-6798
4  Gordon Rees Scully Mansukhani, LLP
   5 Park Plaza Suite 1100
5  Irvine, CA 92614

6  Attorneys for Defendant,
   NATIONAL UNION FIRE INSURANCE
7  COMPANY OF PITTSBURGH, PA

8  **UNITED STATES DISTRICT COURT**
   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
9  **EASTERN DIVISION**

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164- GW-KK<br><br>Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)<br><br>Complaint Served: September 18, 2020<br>Current Response Date: October 23, 2020<br>New Response Date: November 13, 2020 |

Plaintiff Western Riverside Council of Governments ("Plaintiff"), by and through its undersigned counsel, and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("Defendant"), by and through its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a complaint against Defendant and Does 1-50, inclusive, in the Superior Court of California, County of Riverside, on or about August 3, 2020;

WHEREAS, Plaintiff served Defendant with the complaint on or about September 18, 2020;

WHEREAS, Defendant removed the action from the state court to the

-1-
Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)

United States District Court for the Central District of California, Eastern Division on October 16, 2020;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's response to Plaintiff's complaint is due 7 days after its filing of the notice of removal, or October 23, 2020;

WHEREAS, pursuant to L.R. 8-3, Defendant has requested, and Plaintiff has agreed to, an extension of 21 days to respond to Plaintiff's complaint;

WHEREAS, this is Defendant's first request to extend the time to respond to Plaintiff's complaint;

WHEREFORE, pursuant to L.R. 8-3, the Parties hereby stipulate that Defendant's time to respond to Plaintiff's complaint is extended by 21 days, to and until November 13, 2020.

**IT IS SO STIPULATED**

Dated: October 20, 2020

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Katherine A. Musbach*
Christina R. Spiezia (315145)
Telephone: (949) 255-6968
cspiezia@grsm.com

Katherine A. Musbach (318683)
Telephone: (312) 980-6798
kmusbach@grsm.com

5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*

|   |   |
|---|---|
| | BEST BEST & KRIEGER LLP |
| By: | */s/ Christopher E. Deal* |
| | Jeffrey V. Dunn (131926) |
| | Jeffrey.dunn@bbklaw.com |
| | Christopher E. Deal (186754) |
| | Chris.deal@bbklaw.com |
| | Daniel L. Richards (315552) |
| | Daniel.richards@bbklaw.com |
| | 18101 Von Karman Avenue |
| | Suite 1000 |
| | Irvine, CA 92612 |
| | Telephone: (949) 263-2600 |
| | Facsimile: (949) 260-0972 |

*Attorneys for Plaintiff Western Riverside Council of Governments*

Pursuant to L.R. 5-4.3.4, the filer hereby attests that all other signatories listed, and on whose behalf this filing was submitted, concur in the filing's content and have authorized the filing.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2020, a true and correct copy of the foregoing **Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)** was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

GORDON REES SCULLY MANSUKHANI LLP

By:  */s/ Katherine A. Musbach*
Christina R. Spiezia (315145)
Telephone: (949) 255-6968
cspiezia@grsm.com

Katherine A. Musbach (318683)
Telephone: (312) 980-6798
kmusbach@grsm.com

5 Park Plaza Suite 1100
Irvine, CA 92614

*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza Suite 1100
Irvine, CA 92614