**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 5:20-cv-02164 GW (KKx) |

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,

Defendant(s).

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schmookler, Scott L. _____ of

*Applicant's Name (Last Name  First Name & Middle Initial)*

(312) 980-6779          (312) 565-6511

*Telephone Number*        *Fax Number*

sschmookler@grsm.com

*E-Mail Address*

Gordon Rees Scully Mansukhani, LLP
One North Franklin, Suite 800
Chicago, IL 60606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

_____

*Name(s) of Party(ies) Represented*          ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Spiezia, Christina R. _____ of

*Designee's Name (Last Name  First Name & Middle Initial)*

315145          (949) 255-6968     (949)  474-2060

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

cspiezia@grsm.com

*E-Mail Address*

Gordon Rees Scully Mansukhani, LLP
5 Park PLaza, Suite 1100
Irvine, CA 92614

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED:  ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated    October 22, 2020

_____

U.S. District Judge/~~U.S. Magistrate Judge~~