JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California  92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Plaintiff
Western Riverside Council of Governments

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |
|---|---|

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury in this action pursuant to the Seventh Amendment of the Constitution of the United States of America, and Federal Rules of Civil Procedure 38 and 81.

Dated: October 23, 2020

BEST BEST & KRIEGER LLP

By: _____
JEFFREY V. DUNN
DANIEL L. RICHARDS

Attorneys for Plaintiff
Western Riverside Council of Governments

20323.00057\33411741.1