Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach, State Bar No. 318683
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, IL, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**STIPULATION FOR ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT AND EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Honorable George H. Wu<br><br>Complaint Served: 9/18/20<br>Current Response Date: 11/13/20<br>New Requested Response Date: 12/21/20 |

- 1 -

5:20-CV-02164- GW (KKX)
STIPULATION TO SET DEADLINE FOR
FILING AN AMENDED COMPLAINT AND
TO EXTEND DEFENDANT'S TIME TO
RESPOND TO COMPLAINT

Plaintiff Western Riverside Council of Governments ("Plaintiff"), by and through its undersigned counsel, and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("Defendant," together with Plaintiff, the "Parties"), by and through its undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a complaint against Defendant and Does 1-50, inclusive, in the Superior Court of California, County of Riverside, on or about August 3, 2020;

WHEREAS, Plaintiff served Defendant with the complaint on or about September 18, 2020;

WHEREAS, Defendant removed the action from the state court to the United States District Court for the Central District of California, Eastern Division on October 16, 2020;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant's response to Plaintiff's complaint was due 7 days after its filing of the notice of removal, or October 23, 2020;

WHEREAS, pursuant to Local Rule 8-3, Defendant requested, and Plaintiff agreed to, an extension of 21 days to respond to Plaintiff's complaint;

WHEREAS, on October 20, 2020, the Parties filed a stipulation pursuant to Local Rule 8-3 automatically extending Defendant's deadline to respond to Plaintiff's complaint by 21 days, to and until November 13, 2020 (Dkt. No. 9);

WHEREAS, on October 26, 2020, counsel for Defendant wrote to counsel for Plaintiff requesting to meet and confer pursuant to Local Rule 7-3 in advance of a contemplated motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6);

WHEREAS, on November 6, 2020, counsel for Defendant and counsel for Plaintiff telephonically met and conferred and discussed the substance of Defendant's contemplated motion and potential resolution that would obviate the

- 2 -

5:20-CV-02164- GW (KKX)
STIPULATION TO SET DEADLINE FOR
FILING AN AMENDED COMPLAINT AND
TO EXTEND DEFENDANT'S TIME TO
RESPOND TO COMPLAINT

need for the motion;

WHEREAS, as a result of that discussion, counsel for Plaintiff agreed to file an amended complaint, pursuant to Federal Rule of Civil Procedure 15(a), to resolve the objections that would form the basis for Defendant's contemplated motion;

WHEREAS, Plaintiff intends to file an amended complaint promptly, but may be unable to do so in advance of Defendant's current responsive pleading deadline of November 13, 2020;

WHEREAS, the Parties agree that it would not promote economy, efficiency or the ends of justice to require Defendant to file a responsive pleading on or before November 13, 2020 in light of Plaintiff's intent to file an amended complaint;

WHEREAS, the Parties therefore request that this Court enter an order setting Plaintiff's deadline to file an amended complaint to on or before November 30, 2020;

WHEREAS, to allow Defendant's counsel time to review the amended complaint, consult with his clients regarding the amended complaint and prepare a response, the Parties request that this Court enter an order setting Defendant's deadline to file a responsive pleading to Plaintiff's amended complaint for December 21, 2020;

WHEREAS, the Parties submit that there is good cause for such an order based on the recitals above, and that such an order would be in the interest of justice and would cause no Party any prejudice;

WHEREFORE, the Parties hereby stipulate and request that this Court enter an order in the form of the proposed order submitted concurrently herewith granting Plaintiff until November 30, 2020 to file an amended complaint and extending Defendant's deadline to file a responsive pleading to and until December 21, 2020.

IT IS SO STIPULATED.

- 3 -

5:20-CV-02164- GW (KKX)
STIPULATION TO SET DEADLINE FOR FILING AN AMENDED COMPLAINT AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

| | | |
|---|---|---|
| Dated: November 12, 2020 | | BEST BEST & KRIEGER LLP |
| | | By: */s/ Christopher E. Deal* |
| | |     JEFFREY V. DUNN |
| | |     CHRISTOPHER E. DEAL |
| | |     DANIEL L. RICHARDS |
| | | Attorneys for Plaintiff Western Riverside Council of Governments |
| Dated: November 12, 2020 | | GORDON REES SCULLY MANSUKHANI LLP |
| | | By: */s/ Katherine A. Musbach* |
| | |     KATHERINE A. MUSBACH |
| | |     CHRISTINA R. SPIEZIA |
| | |     SCOTT L. SCHMOOKLER |
| | | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa |

///
///
///
///
///
///
///
///

- 4 -

5:20-CV-02164- GW (KKX)
STIPULATION TO SET DEADLINE FOR FILING AN AMENDED COMPLAINT AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  November 12, 2020

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Katherine A. Musbach*
    KATHERINE A. MUSBACH
    CHRISTINA R. SPIEZIA
    SCOTT L. SCHMOOKLER

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa

- 5 -

5:20-CV-02164- GW (KKX)
STIPULATION TO SET DEADLINE FOR FILING AN AMENDED COMPLAINT AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT