1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11 WESTERN RIVERSIDE COUNCIL OF
   GOVERNMENTS, a California Joint
12 Powers Authority,

13          Plaintiff,

14     v.

15 NATIONAL UNION FIRE
   INSURANCE COMPANY OF
16 PITTSBURGH, PA, and DOES 1
   through 50, inclusive,
17
             Defendants.
18

19

Case No. 5:20-cv-02164- GW (KKx)

**[PROPOSED] ORDER SETTING
DEADLINE FOR FILING AN
AMENDED COMPLAINT AND
EXTENDING DEFENDANT'S
TIME TO RESPOND TO
COMPLAINT**

Judge: Honorable George H. Wu

Complaint Served:  9/18/20
Current Response Date: 11/13/20
New Requested Response Date:
              12/21/20

20

21

22

23

24

25

26

27

28

1

**ORDER**

2     After considering the Stipulation filed in and good cause appearing, the Court

3 rules as follows:

4     IT IS HEREBY ORDERED that Plaintiff's deadline to file an amended

5 complaint is on or by November 30, 2020;

6     IT IS FURTHER ORDERED that Defendant's deadline to file a responsive

7 pleading is continued to and until December 21, 2020.

8

9

10 Dated:          November ___, 2020          By:_____

11                                            Honorable George H. Wu
                                              United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28