Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach, State Bar No. 318683
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.   5:20-cv-02164<br><br>Defendant's Notice of Motion to Dismiss<br><br>Motion Hearing:  January 11, 2021<br>Judge George H. Wu |

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, on January 11, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable George Wu, United States District Court for the Central District of California, defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") will and hereby does move to dismiss and strike Plaintiff's complaint pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure ("Motion").

On November 6, 2020, counsel for Defendant and counsel for Plaintiff telephonically met and conferred pursuant to Local Rule 7.3 and discussed the substance of Defendant's contemplated motion and potential resolution that would obviate the need for the motion. During that discussion, counsel for Plaintiff agreed to file an amended complaint. Plaintiff intends to file an amended complaint promptly, but was unable to do so in advance of Defendant's current responsive pleading deadline.

This Motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities and request for judicial notice, the complaint, all pleadings and papers on file in this action, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: November 13, 2020

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Katherine A. Musbach*
Katherine A. Musbach (318683)
Telephone: (312) 980-6798
kmusbach@grsm.com
5 Park Plaza
Suite 1100
Irvine, CA 92614
*Attorneys for Defendant*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*National Union Fire Insurance Company of Pittsburgh, Pa.*

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

-3-
Notice of Motion to Dismiss

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2020, she served a copy of the foregoing upon the following counsel by ECF and sending it via e-mail to the following addresses:

Jeffrey V. Dunn, State Bar No. 131926
jeffrey.dunn@bbklaw.com
Christopher E. Deal, State Bar No. 186754
chris.deal@bbklaw.com
Daniel L. Richards, State Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612
Telephone: 949-263-2600
Facsimile: 949-260-0972

*Attorneys for Plaintiff*
*Western Riverside Council of Governments*

GORDON REES SCULLY
MANSUKHANI LLP

By:   */s/ Katherine A. Musbach*
   Katherine A. Musbach (318683)
   Telephone: (312) 980-6798
   kmusbach@grsm.com
   5 Park Plaza
   Suite 1100
   Irvine, CA 92614
   *Attorneys for Defendant*
   *National Union Fire Insurance*
   *Company of Pittsburgh, Pa.*