1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

11   WESTERN RIVERSIDE COUNCIL OF          Case No. EDCV 20-2164-GW-KKx
     GOVERNMENTS, a California Joint
12   Powers Authority,                     **ORDER SETTING DEADLINE
                                           FOR FILING AN AMENDED
13                Plaintiff,               COMPLAINT AND EXTENDING
                                           DEFENDANT'S TIME TO
14        v.                               RESPOND TO COMPLAINT**

15   NATIONAL UNION FIRE                   Judge: Honorable George H. Wu
     INSURANCE COMPANY OF
16   PITTSBURGH, PA, and DOES 1            Complaint Served:  9/18/20
     through 50, inclusive,                Current Response Date: 11/13/20
17                                         New Requested Response Date:
                  Defendants.                          12/21/20
18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      After considering the Stipulation filed in and good cause appearing, the Court

3   rules as follows:

4      IT IS HEREBY ORDERED that Plaintiff's deadline to file an amended

5   complaint is on or by November 30, 2020;

6      IT IS FURTHER ORDERED that Defendant's deadline to file a responsive

7   pleading is continued to and until December 21, 2020.

8

9

10   Dated: November 16, 2020            By: _____

11                                          Honorable George H. Wu
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28