UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 20-2164-GW-KKx | Date | November 30, 2020 |
|---|---|---|---|
| Title | Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al. | Page | 1 of 2 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 16) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the November 30, 2020 scheduling conference date is taken off calendar.

The Court sets the following dates:

1. The parties will be allowed to amend the pleadings under Fed. R. Civ. P. 15 until December 11, 2020. Thereafter, any amendments will only be allowed by way of a motion under Fed. R. Civ. P. 16.

2. Post-mediation status conference is set for July 29, 2021 at 8:30 a.m., with mediation to be completed by July 27. The parties have chosen to mediate through a private mediation provider. The parties are to make arrangements so that the mediation can be completed by the indicated date.

3. All regular discovery will be completed by August 6, 2021. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by September 10, 2021. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is October 14, 2021.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk JG |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-2164-GW-KKx | Date | November 30, 2020 |
| Title | Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al. | Page | 2 of 2 |

6. The pre-trial conference will be held on November 18, 2021 at 8:30 a.m. See Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials at http://www.cacd.uscourts.gov/sites/default/files/documents/GW/AD/Final%20Pretrial%20Order.

7. Jury trial will begin on November 30, 2021 at 9:00 a.m.