# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-2164-GW-KKx | Date | December 2, 2020 |
|---|---|---|---|
| Title | *Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

On November 30, 2020, Plaintiff filed a First Amended Complaint.  In light of that filing, the Operative Complaint is no longer the original complaint.  As such, the Court VACATES Defendant's Motion to Dismiss [13], filed on November 13, 2020, and set for January 11, 2021.

:

Initials of Preparer    JG