Christina R. Spiezia (SBN 315145)
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach (SBN 318683)
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Iga W. Todd, *Pro Hac Vice*
itodd@grsm.com
(312) 980-6794

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164<br><br>NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA |

PLEASE TAKE NOTICE that Defendant National Union Fire Insurance Company of Pittsburgh, Pa., by and through its undersigned counsel, hereby files the attached Proof of Service of *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action* on non-party James Gregg on April 18, 2021.

| | |
|---|---|
| Dated: April 22, 2021 | GORDON REES SCULLY MANSUKHANI LLP |
| | By:  */s/ Scott L. Schmookler*<br>Scott L. Schmookler (PHV)<br>sschmookler@grsm.com<br>(312) 980-6779<br>Christina R. Spiezia<br>cspiezia@grsm.com<br>(949) 255-6968<br>Katherine A. Musbach<br>kmusbach@grsm.com<br>(312) 980-6798<br>Iga W. Todd<br>itodd@grsm.com<br>(312) 980-6794 |
| | 5 Park Plaza Suite 1100<br>Irvine, CA 92614 |
| | *Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 22, 2021, a true and correct copy of the foregoing **Notice of Filing Proof of Service of Subpoena** was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)

*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*