Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach, State Bar No. 318683
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Iga W. Todd, *Pro Hac Vice*
itodd@grsm.com
(312) 980-6794
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,

Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:20-cv-02164- GW (KKx)

**STIPULATION TO MODIFY SCHEDULING ORDER**

Judge: Honorable George H. Wu

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (together "Plaintiffs"), by and through their undersigned counsel, and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through its undersigned counsel,[1] hereby stipulate and agree as follows:

WHEREAS, WRCOG, as an alleged assignee of the City of Beaumont, seeks to recover under government crime policies National Union issued to the City of Beaumont (the "Policies") for the actions of certain alleged former employees and/or officials of the City of Beaumont who were engaged by the City of Beaumont from approximately July 1993 to October 2015 (*See* Dkt. 20);

WHEREAS, National Union disputes that Plaintiffs are entitled to recover under the terms and conditions of the Policies, and has asserted affirmative defenses in support of its position (Dkt. 24);

WHEREAS, following the Parties' submission of their Rule 26(f) Report (Dkt. 16) this Court entered a Scheduling Order (Dkt. 19) with the following deadlines:

a. Post-mediation status conference on July 29, 2021 and mediation to be completed by July 27, 2021;
b. Regular discovery to be completed by August 6, 2021;
c. Expert discovery to be completed by September 10, 2021;
d. Last day for the Court to hear motions is October 14, 2021;
e. Pre-trial conference on November 18, 2021; and
f. Jury trial to begin on November 30, 2021;

WHEREAS, on December 2, 2020, two days after this Court entered the scheduling order, National Union served its First Set of Interrogatories and Requests for Production on Plaintiffs. Plaintiffs provided their responses to this written discovery on January 25, 2021, and following a meet and confer, provided amended responses to certain interrogatories on March 8, 2021;

[1] "Parties" shall refer to both the Plaintiffs and National Union.

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

WHEREAS, Plaintiffs began producing documents in response to National Union's Requests for Production on March 5, 2021. Plaintiffs continued producing documents on a rolling basis through May 17, 2021, when Plaintiffs represented that they had completed their initial production and provided a privilege log;

WHEREAS, Plaintiffs served their First Set of Interrogatories and Requests for Production on National Union on December 31, 2020. National Union provided written responses on February 24, 2021 and its document production and privilege log on March 8, 2021;

WHEREAS, throughout March, April and May 2021, the Parties have met and conferred and exchanged numerous phone calls and emails on outstanding discovery issues regarding additional responsive documents that have not yet been produced, ESI search terms and custodians, and the level of detail provided by Plaintiffs' privilege log;

WHEREAS, the Parties are continuing to review the responsive documents produced to date, identify and produce additional responsive documents for the approximately twenty years during which the alleged employees/officers were engaged by the City of Beaumont, informally resolve their dispute regarding Plaintiffs' privilege log, and determine whether they can fully resolve their outstanding discovery disputes through the meet and confer process;

WHEREAS, the Parties wish to resolve their outstanding discovery disputes and review the anticipated supplemental productions prior to conducting depositions;

WHEREAS, the Parties have diligently and cooperatively worked to complete discovery within the time period allocated by this Court, but contemplate needing additional time to resolve their outstanding disputes and additional time to produce their supplemental document productions;

WHEREAS, the Parties request that this Court enter a scheduling order modifying all deadlines by approximately 120 days, with adjustments made to accommodate the holidays and the Parties' existing commitments, including trials

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

scheduled in other matters;

WHEREAS, the Parties submit that there is good cause for such an order based on the recitals above, and that such an order would be in the interest of justice and would cause no Party any prejudice;

WHEREAS, the Parties have previously stipulated to two extensions of time regarding the pleadings, one deadline automatically extended by L.R. 8-3 (Dkt. 9) and the other stipulation granted by this Court (Dkt.15);

WHEREFORE, the Parties hereby stipulate and request that this Court enter a modified scheduling order with the following deadlines:

1. Post-mediation status conference will be held on December 9, 2021, with mediation to be completed by December 7, 2021;
2. All regular discovery will be completed by December 17, 2021;
3. All expert discovery will be completed by February 18, 2022;
4. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 3, 2022;
5. The pre-trial conference will be held on June 2, 2022; and
6. Jury Trial will begin on June 21, 2022.

IT IS SO STIPULATED.

Dated: June 17, 2021

BEST BEST & KRIEGER LLP

By: */s/ Daniel L. Richards*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and the City of Beaumont

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: June 17, 2021

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Katherine A. Musbach*
KATHERINE A. MUSBACH
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
IGA W. TODD

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 17, 2021

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Katherine A. Musbach*
KATHERINE A. MUSBACH
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
IGA W. TODD

Attorneys for Defendant
National Union Fire Insurance Company of Pittsburgh, Pa.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 17, 2021, a true and correct copy of the foregoing **Stipulation to Modify Scheduling Order** was electronically filed with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

GORDON REES SCULLY MANSUKHANI LLP

By: *_/s/ Katherine A. Musbach_*
KATHERINE A. MUSBACH
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
IGA W. TODD

Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.