UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge: Honorable George H. Wu |

## **ORDER**

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on November 30, 2020 (ECF No. 19) is modified as follows:

1. Post-mediation status conference will be held on December 9, 2021, with mediation to be completed by December 7, 2021;
2. All regular discovery will be completed by December 17, 2021;
3. All expert discovery will be completed by February 18, 2022;
4. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 3, 2022;
5. The pre-trial conference will be held on June 2, 2022; and
6. Jury Trial will begin on June 21, 2022.

1
2
3  Dated:                                By: _____
4                                            Honorable George H. Wu
5                                            United States District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28