UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge: Honorable George H. Wu |

# ORDER

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on November 30, 2020 (ECF No. 19) is modified as follows:

1. Post-mediation status conference will be held on December 9, 2021 at 8:30 a.m., with mediation to be completed by December 7, 2021;
2. All regular discovery will be completed by December 17, 2021;
3. All expert discovery will be completed by February 18, 2022;
4. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 3, 2022;
5. The pre-trial conference will be held on June 9, 2022 at 8:30 a.m.; and
6. Jury Trial will begin on June 21, 2022 at 9:00 a.m.

**There will be no further continuances.**

Dated: June 17, 2021            By: _/s/ George H. Wu_

HON. GEORGE H. WU,
United States District Judge

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614