UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

# **ORDER**

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on June 17, 2021[Dkt. 29] is modified as follows:

1. Post-mediation status conference will be held on January 31, 2022, with mediation to be completed by January 15, 2022;
2. All regular discovery will be completed by February 18, 2022;
3. Initial expert disclosure due on March 1, 2022;
4. Rebuttal expert disclosure due on April 1, 2022;
5. All expert discovery will be completed by April 29 2022;
6. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 3, 2022;
7. The pre-trial conference will be held on June 2, 2022; and
8. Jury Trial will begin on June 21, 2022.

**IT IS SO ORDERED.**

Dated: _____

United States District Court Judge