1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority, | Case No. EDCV 20-2164-GW-KKx |
| 12 | |
| 13              Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| 14       v. | |
| 15  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive, | |
| 16 | |
| 17 | |
| 18              Defendants. | |

19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on June 17, 2021[Dkt. 29] is modified as follows:

          1.     Post-mediation status conference will be held on January 31, 2022 at 8:30 a.m., with mediation to be completed by January 15, 2022;

          2.     All regular discovery will be completed by February 18, 2022;

          3.     Initial expert disclosure due on March 1, 2022;

          4.     Rebuttal expert disclosure due on April 1, 2022;

          5.     All expert discovery will be completed by April 29 2022;

          6.     The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 3, 2022;

          7.     The pre-trial conference will be held on June 2, 2022 at 8:30 a.m.; and

          8.     Jury Trial will begin on June 21, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2021

                            *George H. Wu*
                          _____
                          HON. GEORGE H. WU,
                          United States District Judge