Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach, State Bar No. 318683
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164<br><br>**NOTICE OF MOTION TO MODIFY SCHEDULING ORDER**<br><br>Hearing Date:  February 24, 2022<br>Time: 8:30am PST<br>Courtroom: 9D<br><br>Assigned To:  Judge George H. Wu |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE that, on February 24, 2022 at 8:30 a.m., or as soon thereafter as counsel may be heard in the courtroom of the Honorable George H. Wu, United States District Court for the Central District of California, plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (the "City") and defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") (collectively, the "Parties") will and hereby do move to amend the scheduling order and extend all deadlines therein by 90 days.

On January 20, 2022, counsel for Defendant and counsel for Plaintiffs telephonically met and conferred pursuant to Local Rule 7.3 and discussed the substance of Defendant's contemplated motion and potential resolution that would obviate the need for the motion, but the Parties were not able to reach a compromise.

This Motion is based on this notice of motion, the complaint, all pleadings and papers on file in this action, all discovery exchanges between the parties, and such further evidence and argument as may be presented at or before the hearing on this matter.

Dated: January 25, 2022

GORDON REES SCULLY MANSUKHANI LLP


By: */s/ Scott L. Schmookler*
KATHERINE A. MUSBACH
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
IGA W. TODD

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 25, 2022, a true and correct copy of the foregoing Notice of Motion was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

                                              GORDON REES SCULLY
                                              MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
     KATHERINE A. MUSBACH
     CHRISTINA R. SPIEZIA
     SCOTT L. SCHMOOKLER
     IGA W. TODD

     Attorneys for Defendant
     National Union Fire Insurance
     Company of Pittsburgh, Pa.