# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-2164-GW-KKx | Date | March 10, 2022 |
|---|---|---|---|
| Title | *Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Christopher E. Deal
Daniel L. Richards

Attorneys Present for Defendants:

Scott L. Schmookler

**PROCEEDINGS:    TELEPHONIC POST-MEDIATION STATUS CONFERENCE**

Mediation was held, and settlement was not reached. Court and counsel confer. The Court reminds the parties of pretrial and trial dates.

:    03

Initials of Preparer    JG