Name and address:
Christina R. Spiezia, State Bar No. 315145
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100, Irvine, CA 92614
Telephone: (949) 255-6968

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, and CITY OF BEAUMONT,<br><br>Plaintiff(s)<br>v.<br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NUMBER<br><br>5:20-cv-02164 GW (KKx)<br><br>(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Monson, Hanna    of    Gordon Rees Scully Mansukhani, LLP
*Applicant's Name (Last Name  First Name & Middle Initial)*    One North Franklin, Suite 800
(312) 619-4928    (312) 565-6511    Chicago, IL 60606
*Telephone Number*    *Fax Number*
hmonson@grsm.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Defendant National Union Fire Insurance Company of Pittsburgh, Pa.

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____
**and designating as Local Counsel**
Spiezia, Christina R.    of    Gordon Rees Scully Mansukhani, LLP
*Designee's Name (Last Name  First Name & Middle Initial)*    5 Park PLaza, Suite 1100
315145    (949) 255-6968    (949) 474-2060    Irvine, CA 92614
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
cspiezia@grsm.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, *if* paid: ☐ be refunded ☐ not be refunded.

Dated  April 12, 2022                    /s/ George H. Wu
                                          U.S. District Judge/~~U.S. Magistrate Judge~~