Christina R. Spiezia, State Bar. No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164-GW (KKx)<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>*Pursuant to* Fed.R.Civ.P. 16(b)(4) and L.R. 16-14<br><br>Judge: Honorable George H. Wu |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16-14, Western Riverside Council of Governments ("WRCOG"), the City of Beaumont (the "City"), together ("Plaintiffs"), and National Union Fire Insurance of Pittsburgh, Pa. ("National Union") hereby stipulate and agree as follows:

WHEREAS, WRCOG, as assignee of the City, filed an insurance coverage action alleging that the former owners of Urban Logic Consultants (Ernest Egger, David Dillon and Deepak Moorjani) embezzled more than $25 million from the

City and the Beaumont Financing Authority. Given their tenure and the basis for the Plaintiffs' claim, the alleged loss occurred over a 22-year period (1993 through 2015) and involves more than $88 million in invoices.

WHEREAS, because the claimed loss occurred over an extensive period, the parties have had to identify and locate significant third-party witnesses no longer associated with the City of Beaumont. Based upon its investigation, National Union identified specific members of the City Council and others associated with the City that knew of those facts. Those individuals include: James Gregg, Brian DeForge, Larry Dressel, Roger Berg, Jeffrey Fox, Martie Killough, Nancy Gall, David Castaldo, Brenda Knight, Michael Lara, Mark Orozco, Lloyd White, Nancy Carroll, Nancy Hall, Paul St. Martin, Elizabeth Gibbs-Urtiaga, and Della Condon ("City Witnesses").

WHEREAS, the parties anticipated that the costs of significant depositions would impede the potential for a resolution. They therefore conducted written discovery and document production prior to a mediation. That process involved the production of more than 300,000 pages of documents. Upon completing that production, the parties participated in mediation on March 7, 2022, but were unfortunately not able to reach an agreement.

WHEREAS, since mediation, the parties have worked in good faith to conduct discovery in an efficient manner to avoid unnecessary discovery. National Union has secured declarations from five witnesses (James Gregg; Brian DeForge; Nancy Gall; Judith Bingham; and Nancy Hall) and has taken the deposition of Roger Berg. National Union has further scheduled and confirmed the depositions of the Elizabeth Gibbs-Urtiaga, David Castaldo 2022, and Melana Taylor. Plaintiffs have scheduled and confirmed the depositions of James Gregg, Brian Deforge and Nancy Gall.

WHEREAS, Both National Union and Plaintiffs intend to depose the former owners of Urban Logic (David Dillon; Ernest Egger; and Deepak Moorjani). National Union and Plaintiffs have subpoenaed these witnesses more than 30 days ago, but despite their best efforts, have been unable to secure a firm deposition date prior to the discovery closure deadline of May 19, 2022.

WHEREAS, in addition, the parties intend to conduct corporate depositions of National Union, the City, WRCOG, and Beaumont Financing Authority. Due to the scope of the claims, the parties anticipate that these depositions will require production of at least four corporate representatives. The parties were unable to schedule these depositions in April because Plaintiff's lead counsel was preparing for trial in another matter. They therefore need additional time to conduct these depositions.

WHEREAS, in addition, Plaintiffs have noticed the deposition of former City Attorney, Joseph Aklufi. Plaintiffs previously asserted attorney-client privilege over approximately 400 documents related to Mr. Aklufi. National Union is waiting for confirmation on whether Plaintiffs are waiving the privilege so it can obtain these documents prior to the deposition.

WHEREAS, given the difficulty in scheduling and preparing for the depositions by the discovery closure deadline of May 19, 2022, the parties request the deadline for the parties to complete all discovery be extended by thirty (30) days.

WHEREAS, the current Scheduling Order sets the following dates:
- All regular discovery will be completed by May 19, 2022;
- Initial expert disclosure is due on May 30, 2022;
- Rebuttal expert disclosure is due on June 30, 2022;
- All expert discovery will be completed by July 28, 2022;

- The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 1, 2022;
- The pre-trial conference will be held on September 1, 2022; and
- Jury Trial will begin on September 13, 2022 at 9:00 a.m.

WHEREAS, the parties diligently worked in good faith to streamline discovery – a process that has taken an extensive amount of time due to a mutual evaluation of the allegations that span over a twenty-two year period. The parties have diligently and cooperatively worked to complete discovery within the time period allocated by this Court, but contemplate needing additional time to resolve their outstanding disputes and to conduct depositions.

WHEREAS, Plaintiffs' lead counsel has two trials set to take place during this trial period: one to begin in Shasta County on September 13th, 2022; and another to begin locally on September 19th, 2022. Plaintiffs therefore request an extension so that lead counsel (who has worked on this case since inception) can represent Plaintiffs at trial.

WHEREAS, the parties agree there is good cause for such an order based on the recitals above, and that such an order would be in the interest of justice and would cause no party any prejudice. The parties have previously stipulated to two extensions of time regarding the pleadings (ECF Nos. 9 and 12); and three extensions of time regarding discovery (ECF Nos. 27, 30, and 32). The parties stipulate and request that this Court enter a modified scheduling order with the following deadlines:

- All regular discovery will be completed by June 20, 2022;
- Initial expert disclosure is due on June 29, 2022;
- Rebuttal expert disclosure is due on August 1, 2022;
- All expert discovery will be completed by August 29, 2022;

- The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 31, 2022;
- The pre-trial conference will be held on October 3, 2022; and
- Jury Trial will begin on October 13, 2022 at 9:00 a.m.

| | | |
|---|---|---|
| Dated: April 21, 2022 | | BEST BEST & KRIEGER LLP |
| | | By: */s/ Christopher E. Deal* |
| | | JEFFREY V. DUNN |
| | | CHRISTOPHER E. DEAL |
| | | DANIEL L. RICHARDS |
| | | Attorneys for Plaintiffs Western Riverside Council of Governments and the City of Beaumont |
| Dated: April 21, 2022 | | GORDON REES SCULLY MANSUKHANI LLP |
| | | By: */s/ Scott L. Schmookler* |
| | | KATHERINE A. MUSBACH |
| | | CHRISTINA R. SPIEZIA |
| | | SCOTT L. SCHMOOKLER |
| | | IGA W. TODD |
| | | MEAGAN VANDERWEELE |
| | | ANGELA LEWOSZ |
| | | HANNA E. MONSON |
| | | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. |

-6-

5:20-CV-02164-GW (KKX)
STIPULATION TO MODIFY SCHEDULING ORDER

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 21, 2022

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    KATHERINE A. MUSBACH
    CHRISTINA R. SPIEZIA
    SCOTT L. SCHMOOKLER
    IGA W. TODD
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ
    HANNA E. MONSON

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2022, a true and correct copy of the foregoing **Stipulation to Modify Scheduling Order** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
KATHERINE A. MUSBACH
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
IGA W. TODD
MEAGAN VANDERWEELE
ANGELA LEWOSZ
HANNA E. MONSON

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.