# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge: Honorable George H. Wu |

# **ORDER**

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on January 26, 2022 (ECF No. 34) is modified as follows:

1. All regular discovery will be completed by June 20, 2022;
2. Initial expert disclosure is due on June 29, 2022;
3. Rebuttal expert disclosure is due on August 1, 2022;
4. All expert discovery will be completed by August 29, 2022;
5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 31, 2022;
6. The pre-trial conference will be held on October 3, 2022; and
7. Jury Trial will begin on October 13, 2022, at 9:00 a.m.

Dated: By:

Honorable George H. Wu
United States District Court Judge