UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 20-2164-GW-KKx | Date | April 28, 2022 |
|---|---|---|---|
| Title | *Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

None Present                                                None Present

**PROCEEDINGS:    IN CHAMBERS - ORDER**

The Court has received the Stipulation to Modify Scheduling Order [43]. On June 17, 2021, the Court indicated no further continuances would be granted (*see*, Docket No. 29). For that reason, the stipulation is denied except that completion of regular discovery cutoff will be extended to May 30, 2022.

:

Initials of Preparer   JG