Christina R. Spiezia, State Bar. No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164-GW (KKx)<br><br>**JOINT STIPULATION**<br><br>Judge: Honorable George H. Wu |

Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (together "Plaintiffs") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through their undersigned counsel, hereby enter into the following stipulation as follows:

**RECITALS**

A.  Plaintiffs disclosed Stradling Yocca Carlson & Rauth, P.C. ("Stradling"), counsel for the City of Beaumont, in their Initial Disclosures on January 8, 2020 ("Initial Disclosures") as an individual likely to have discoverable information pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i).

B.  Plaintiffs stated in their Initial Disclosures that "Stradling may have discoverable information relevant to Plaintiffs' claims, including Plaintiffs' ongoing and continuous efforts to work with AIG and National Union prior to this lawsuit and in connection to the City's tendered claim, No. 3409580528US."

C.  National Union wishes to depose anyone who Plaintiffs may call to testify at trial, including witnesses from Stradling with discoverable information.

WHEREFORE, the Parties hereby stipulate to the following:

1.  Plaintiffs will not call as a witness at trial any current or former officers, directors, employees, agents, independent contractors, affiliates, predecessors, or successors of Stradling.

2.  National Union will not object to the admissibility of any communications to or from Stradling or any document prepared by Stradling that has been produced by the parties on the grounds of foundation or authenticity. National Union agrees that any communications to or from Stradling or any document prepared by Stadling that is contained in National Union's claim file is a business record. National Union reserves its right to object to the admissibility of communications to or from Stradling on all other grounds.

| | | |
|---|---|---|
| 1 | Dated: May 25, 2022 | BEST BEST & KRIEGER LLP |
| 2 | | |
| 3 | | By: */s/ Daniel L. Richards* |
| 4 | |     JEFFREY V. DUNN |
| 5 | |     CHRISTOPHER E. DEAL |
| | |     DANIEL L. RICHARDS |
| 6 | | |
| 7 | | Attorneys for Plaintiffs |
| 8 | | Western Riverside Council of Governments and the City of |
| 9 | | Beaumont |
| 10 | Dated: May 25, 2022 | GORDON REES SCULLY MANSUKHANI LLP |
| 11 | | |
| 12 | | |
| 13 | | By: */s/ Scott L. Schmookler* |
| 14 | |     SCOTT L. SCHMOOKLER |
| | |     MEAGAN VANDERWEELE |
| 15 | |     ANGELA LEWOSZ |
| 16 | |     HANNA E. MONSON |
| 17 | | Attorneys for Defendant |
| 18 | | National Union Fire Insurance Company of Pittsburgh, Pa. |

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 25, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ
    HANNA E. MONSON

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 25, 2022, a true and correct copy of the foregoing **Joint Stipulation** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

        GORDON REES SCULLY
        MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
     SCOTT L. SCHMOOKLER
     MEAGAN VANDERWEELE
     ANGELA LEWOSZ
     HANNA E. MONSON

     Attorneys for Defendant
     National Union Fire Insurance
     Company of Pittsburgh, Pa.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

1220599/67272364v.1