UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER**<br><br>Judge: Honorable George H. Wu |

## <u>ORDER</u>

After considering the Stipulation filed by the parties and for good cause shown, IT IS HEREBY ORDERED as follows:

1.      Plaintiffs will not call as a witness at trial any current or former officers, directors, employees, agents, independent contractors, affiliates, predecessors, or successors of Stradling.

2.      National Union will not object to the admissibility of any communications to or from Stradling or any document prepared by Stradling that has been produced by the parties on the grounds of foundation or authenticity. National Union agrees that any communications to or from Stradling or any document prepared by Stadling that is contained in National Union's claim file is a business record. National Union reserves its right to object to the admissibility of communications to or from Stradling on all other grounds.

Dated: May 26, 2022               By: _____

                                           Honorable George H. Wu
                                           United States District Judge