JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS; CITY OF BEAUMONT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,

Plaintiffs,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:20-cv-02164 GW (KKx)

**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF EX PARTE APPLICATION AND APPLICATION FOR AN ORDER TO TAKE ADDITIONAL DEPOSITIONS AND RE-DEPOSE DEPONENTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(a)(2)(A)(i) & (ii)**

*[Filed Concurrently with:*
*1. Application;*
*2. [Proposed] Order.]*

**Motion Hearing:**
Date: TBD
Time: TBD
Courtroom: 3 or 4
Judge: Kenly Kiya Kato

Action Filed: August 3, 2020
Trial Date: September 13, 2022

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

**DECLARATION OF CHRISTOPHER E. DEAL**

I, Christopher E. Deal, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a partner at Best Best & Krieger LLP, attorneys of record for Attorneys for Plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (the "City") (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called to do so, could competently testify to them.

2. On November 30, 2020, the Court issued the original Scheduling Order for the above-referenced matter. After multiple amendments to the Scheduling Order, the Court issued its final Scheduling Order as follows:

Initial expert disclosure is due on May 30, 2022;
Rebuttal expert disclosure is due on June 30, 2022; and
All expert discovery will be completed by July 28, 2022.

A true and correct copy of the modified Scheduling Order dated January 26, 2022 is attached as **Exhibit A**.

3. On May 31, 2022, Defendant National Union Fire Insurance Company of Pittsburgh, Pa ("Defendant") filed its initial expert disclosures pursuant to the Scheduling Order.[1] Defendant disclosed only one retained expert, Richard E. Tasker. However, Defendant disclosed an additional twelve non-retained experts: Judith Bingham, Lawrence Dressel, Peter Fogarty, and Nancy Hall). Of the twelve non-retained experts, four have yet to be deposed (Roger Berg, Judith Bingham, Judith Blake, David Castaldo, Brian DeForge, Lawrence Dressel, Peter Fogarty, Nancy Gall, James Gregg, Nancy Hall, Barbara Leone, and Jennifer Rocha). A true and correct copy of Defendant's initial expert disclosures is attached as **Exhibit B**.

4. Within Defendant's initial expert disclosures, Defendant admits that

[1] May 30th was a holiday so the parties agreed to exchange reports on May 31st.

"[t]he scope and subject matter of their knowledge and anticipated testimony at trial was disclosed therein and may be introduced at trial. Defendant does not concede that any testimony offered by the following witnesses is subject to disclosure under Rule 26(a)(2)(C), but in an abundance of caution, discloses them herein to the extent that any of their testimony is subject to Federal Rules of Evidence 702, 703, or 705. In that event, **Defendant discloses that it may call the following witnesses at trial**[.]" Exhibit B, 2:15–21 (emphasis added).

5. In response, my office served subpoena depositions on the following non-retained experts: Roger Berg, Judith Bingham, David Castaldo, Brian DeForge, Lawrence Dressel, Peter Fogarty, Nancy Gall, James Gregg, and Nancy Hall. Because Judith Blake, Barbara Leone, and Jennifer Rocha are employees of Defendant, I only served notices of depositions. Prior to Defendant's serving their initial expert disclosures, Plaintiffs deposed the following from March to May of 2022: Roger Berg, Judith Blake, David Castaldo, Brian DeForge, Nancy Gall, James Gregg, Barbara Leone, and Jennifer Rocha.

6. Plaintiffs did not have an opportunity to fully explore the basis for the opinions and qualifications of the above-referenced eight non-retained expert deponents during depositions conducted from March to May of 2022. The depositions were conducted as percipient witness depositions, not expert depositions. Had Plaintiffs been aware that certain witnesses would later been designated as experts, then they would have asked detailed questions regarding all opinions to be offered by the expert, their backgrounds such that they can provide an expert opinion and the complete factual and legal basis for the opinions.

7. Defendant objected the notices of depositions on June 22, 2022.

8. On Monday, June 27, 2022, I met and conferred with Defendant's counsel, Scott Schmookler, to discuss an alternative to filing a motion or application with the Court. Both sides presented authority and were unable to come to a compromise on Plaintiffs' desire to take an additional twelve depositions as we all

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

re-depose nine deponents. Therefore, Plaintiffs are filing this application.

9. Considering the history of this case and Defendant's disclosures, I believe that Defendant is likely to call the twelve non-retained experts at trial. Therefore, it is imperative that Plaintiffs have an opportunity to depose the twelve additional non-retained experts.

10. Pursuant to Local Rule 7-19.1, my office, with a good faith effort, attempted to provide oral notice to defense counsel of this Application On July 1, 2022 at approximately 3:00 PM PDT, my office attempted to call both Mr. Schmookler and Ms. Vanderweele. Neither answered their phones. My office left voicemails apprising defense counsel of Plaintiffs' intent to bring this Ex Parte Application and the grounds therewith. Following the voicemails, my office sent an e-mail to both Mr. Schmookler and Ms. Vanderweele memorializing the same. A true and correct copy of this e-mail is attached herewith at **Exhibit C**.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 1st day of July, 2022 at Irvine, California.

Christopher E. Deal