# EXHIBIT A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>Judge: Honorable George H. Wu |

# ORDER

After considering the Motion filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order entered on October 13, 2021 (ECF No. 31) is modified as follows:

1. Post-mediation status conference will be held on March 10, 2022 at 8:30 a.m., with mediation to be completed by March 7, 2022;
2. All regular discovery will be completed by May 19, 2022;
3. Initial expert disclosure is due on May 30, 2022;
4. Rebuttal expert disclosure is due on June 30, 2022;
5. All expert discovery will be completed by July 28, 2022;
6. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 1, 2022;
7. The pre-trial conference will be held on September 1, 2022; and
8. Jury Trial will begin on September 13, 2022 at 9:00 a.m.

Dated: January 26, 2022

By: /s/ George H. Wu

Honorable George H. Wu
United States District Judge