**EXHIBIT C**

**Janice Liu**

| | |
|---|---|
| **From:** | Aryan Vahedy |
| **Sent:** | Friday, July 1, 2022 4:19 PM |
| **To:** | 'Meagan VanderWeele'; Scott Schmookler |
| **Cc:** | Christopher E. Deal; Jeffrey Dunn; Daniel Richards; Kara Coronado; Angela Lewosz |
| **Subject:** | WRCOG/City of Beaumont v. NUFIC - Notice of Ex Parte Application |

Scott & Meagan:

Earlier this afternoon at approximately 3:00 PM PDT, I attempted to call each of you to provide notice of Plaintiffs' intent to file an ex parte application seeking an order permitting Plaintiffs' to re-depose expert witnesses that we previously deposed as fact witnesses. I was not able to speak to either of you, but I left voicemails for both of you apprising you of our intent to file this ex parte application. This email shall serve as a memorialization of Plaintiffs' efforts to provide oral notice of our intent file an ex parte application pursuant to LR 7-19.1.

Please take notice that Plaintiffs intend to file an ex parte application seeking an order permitting Plaintiffs to re-depose the witnesses previously deposed in a percipient capacity, in their expert capacity. With the understanding that it is your position that this would cause Plaintiffs to exceed the ten (10) deposition limit prescribed by FRCP 30, we are also seeking an order permitting Plaintiffs to exceed this presumptive limit based on a showing of good cause (if the court concludes expert depositions count against this presumptive limit). Per our Magistrate Judge's procedures, the Court will notify the parties if it desires a hearing; however, these are typically decided on the papers.

Furthermore, consistent with the local rules, please promptly advise if Defendant intends to OPPOSE our ex parte application. In the even we do not hear from your office, we will assume that our papers will be OPPOSED in light of our previous discussions on this topic.

Have a safe and pleasant 4th of July weekend.

Thank you,



**Aryan Vahedy**
Associate
aryan.vahedy@bbklaw.com
T: (949) 263-2615
www.BBKlaw.com

1