Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02164- GW (KKx) <br><br> **DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION** <br><br> [Filed concurrently with: <br> 1. Defendants' Response in Opposition to Plaintiffs' Ex Parte Application.] <br><br> **Motion Hearing** <br> Judge:        Hon. George H. Wu <br> Magistrate:  Kenly Kiya Kato <br> Date:         TBD <br> Time:         TBD <br> Room:        3 or 4 |

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

I, Scott L. Schmookler, declare as follows:

1.    I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter.  I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court.  I submit this declaration in support of National Union's Response in Opposition to Plaintiffs' Ex Parte Application for An Order to Take Additional Deposition and RE-Depose Deponents. (See ECF No. 51.)  I have personal knowledge of all matters set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2.    On January 8, 2021, National Union served its initial disclosure of witnesses whom National Union may use to support its claims or defenses. (Exhibit 1). National Union disclosed the following witnesses: "current and former employees, officers, city council members . . . (including, but not limited to the individuals listed below) . . . Council Members [Roger] Berg, . . . [Brian] DeForge, . . . Nancy Gall, . . . [Lawrence] Dressel, . . . and [risk manager] James Gregg." (Exhibit 1, pp. 3-4.) National Union also disclosed "Residents of the City of Beaumont and Beaumont Citizens for Responsible Growth," including "Judith Bingham" and "Nancy Hall." (Exhibit 1, p. 8.)

3.    On February 24, 2021, National Union answered Plaintiffs' interrogatories. (See Exhibit 2.) National Union identified "Jennifer Rocha, Judith Blake and Barbara Leone" as the AIG Claims personnel involved in the claim at issue in this case. (Exhibit 2, p. 2.) National Union again disclosed "[c]urrent and former employees, officers, city council members, representatives and agents of the City of Beaumont." (Exhibit 2, p. 4.)

-1-

DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S
RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

4.      On January 26, 2022, Judge George H. Wu ordered the parties to disclose experts on May 30, 2022. (ECF No. 34). Because the expert disclosure deadline fell on a Federal holiday (Memorial Day), on May 25, 2022, counsel for Plaintiffs, Daniel Richards, agreed to disclose experts on May 31, 2022. (See Exhibit 3.)

5.      On February 10, 2022, National Union produced Declarations of Brian E. DeForge, Nancy E. Hall, Judith Bingham and James Gregg.

6.      On February 18, 2022, National Union produced the Declaration of Nancy C. Gall.

7.      On March 31, 2022, Roger Berg was deposed. (Exhibit 4.)

8.      On April 18, 2022, National Union produced the Declaration of Lawrence Dressel.

9.      On April 28, 2022, Brian DeForge was deposed. (Exhibit 5.)

10.     On April 29, 2022, Nancy Gall was deposed.

11.     On May 18, 2022, Judith Blake was deposed.

12.     On May 24, 2022, Barbara Leone was deposed.

13.     On May 25, 2022, Jennifer Rocha was deposed.

14.     On May 31, 2022, National Union served its expert disclosure. (Exhibit 6.)

15.     While the expert disclosure principally served to disclose National Union's retained expert (Richard Tasker), National Union also included a disclosure pursuant to Rule 26(a)(2)(C).  With the exception of Peter Fogarty, National Union included a Rule 26(a)(2)(C) disclosure for previously disclosed witnesses Brian DeForge, Nancy Hall, Judith Bingham, James Gregg, Nancy Gall, and Lawrence Dressel "in an abundance of caution" and solely to avoid the incorrect assertion that

-2-

DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

1    prior testimony elicited from these witnesses during depositions or in declarations

2    could be interpreted as eliciting opinion testimony.  (Exhibit 6, pp. 2-20.)

3        16.    National Union's expert disclosure made clear that it intended to elicit

4    testimony on the same subjects Plaintiffs' explored during the prior deposition(s).

5    To that end, the disclosure stated as follows:

6        The following witnesses were previously disclosed pursuant to Rule

7        26(a)(1), in answers to interrogatories, in document production, in

8        depositions and/or in declarations. The scope and subject matter of their

9        knowledge and anticipated testimony at trial was disclosed therein and

10       may be introduced at trial. Defendant does not concede that any

11       testimony offered by the following witnesses is subject to disclosure

12       under Rule 26(a)(2)(C), but in an abundance of caution, discloses them

13       herein to the extent that any of their testimony is subject to Federal

14       Rules of Evidence 702, 703, or 705. In that event, Defendant discloses

15       that it may call the following witnesses at trial: . . .

16   (Exhibit 6, p. 2.)

17       17.    National Union then explained – for the witnesses that had been

18   deposed – that the subjects of their testimony were in their depositions.  For example,

19   National Union disclosed as follows for Mr. Berg:

20       The scope and subject matter of Mr. Berg's anticipated testimony at

21       trial was disclosed during fact discovery at his deposition taken March

22       31, 2022 and therefore may be introduced at trial. Defendant does not

23       concede that any testimony offered by Mr. Berg is subject to disclosure

24       under Rule 26(a)(2)(C); however, in an abundance of caution, and to

25       the extent that his previously disclosed testimony is subject to Federal

26

27                                         -3-

28   DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S
     RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Rules of Evidence 702, 703, or 705, Defendant hereby discloses that it may call Mr. Berg at trial, as follows: . . .

(Exhibit 6, pp. 3-4.)

18. On June 22, 2022, Plaintiffs' served subpoenas to re-depose Roger Berg, James Gregg, Nancy Gall and Brian DeForge and a notice to re-depose Jennifer Rocha – without seeking National Union's consent or a court order, as required by Federal Rule of Civil Procedure ("FRCP") 30. (Exhibit 7.)

19. That same day, on June 22, 2022, I immediately emailed Plaintiffs' counsel, Christopher Deal. (Exhibit 8.) I objected to the subpoenas and notice, and notified Plaintiffs of their violation of FRCP 30. (*Id*.) I requested a conference to discuss National Union's objections pursuant to Local Rule 37-1. (*Id.*)

20. On June 27, 2022, I met and conferred with Plaintiff's counsel, Christopher Deal. I agreed to produce Peter Fogarty for deposition. I explained that I did not perceive that National Union was required to disclose the other previously-disclosed witnesses (Berg, DeForge, Dressel, Gall, Bingham, Hall, Rocha, Blake and Leone) pursuant to Rule 26(a)(2)(c) and that National Union only intended to offer testimony on subjects previously disclosed during discovery. To that end, I asked Mr. Deal whether Plaintiffs agreed that previously disclosed subjects were outside Rule 26(a)(2)(C). If so, I offered to withdraw National Union's Rule 26(a)(2)(C) disclosure for those previously-disclosed witnesses – thereby avoid any alleged need to re-depose these witnesses. Mr. Deal agreed to evaluate the proposal after reviewing the prior depositions and declarations.

21. I did not hear back from Mr. Deal following the meet and confer. Instead, Plaintiffs instead filed an *ex parte* application on July 1, 2022, the eve of a holiday weekend – without any prior notice or warning.

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-4-

DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

22.     I was not notified of Plaintiffs' *ex parte* application until 4:49 (CST) on July 1, 2022.  I am located in Chicago and therefore in the Central time zone. Given that I did not receive notice of Plaintiff's *ex parte* application until the eve of a holiday weekend, I was unable to complete the meet and confer process.

23.     Despite the holiday weekend, I responded to Plaintiffs on July 2, 2022 and therein advised that testimony from Mr. Gregg, Mr. Dressel, Ms. Gall, Ms. Bingham, Mr. Hall, Ms. Leone, Ms. Rocha and Ms. Blake did not implicate Federal Rules of Evidence 701, 702 or 703 and that National Union would withdraw its Rule 26(a)(2)(C) disclosure for those witnesses - thereby negating any need or cause to depose these witnesses as they were either previously deposed or Plaintiffs chose not to depose them during fact discovery. (Exhibit 9.)

24.     As of the filing of National Union's response to Plaintiffs' *ex parte* application, I have not received a response from Plaintiffs' counsel.

Dated:  July 5, 2022

GORDON REES SCULLY MANSUKHANI LLP

By:     */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

-5-

DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2022, he served a copy of the foregoing upon the following counsel by ECF and sending it via e-mail to the following addresses:

Jeffrey V. Dunn, State Bar No. 131926
jeffrey.dunn@bbklaw.com
Christopher E. Deal, State Bar No. 186754
chris.deal@bbklaw.com
Daniel L. Richards, State Bar No. 315552
daniel.richards@bbklaw.com
BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612
Telephone: 949-263-2600
Facsimile: 949-260-0972

*Attorneys for Plaintiff*
*Western Riverside Council of Governments*

GORDON REES SCULLY
MANSUKHANI LLP

By:  */s/ Scott L. Schmookler*
Scott L. Schmookler

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

-6-

DECLARATION OF SCOTT SCHMOOKLER IN SUPPORT DEFENDANT'S
RESPONSE IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614