# EXHIBIT 1

Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Katherine A. Musbach, State Bar No. 318683
kmusbach@grsm.com
(312) 980-6798
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Iga W. Todd, *Pro Hac Vice*
itodd@grsm.com
(312) 980-6794

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

WESTERN RIVERSIDE
COUNCIL OF GOVERNMENTS,
a California Joint Powers Authority;
CITY OF BEAUMONT, a public
entity in the State of California,

        Plaintiffs,

        v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA. and DOES 1
through 50, inclusive,

        Defendant(s).

CASE NO.   5:20-cv-02164

**DEFENDANT'S INITIAL**
**DISCLOSURES**

National Union Fire Insurance Company of Pittsburgh, Pa., pursuant to Federal Rule of Civil Procedure 26(a)(1), makes the following initial disclosures based on its current knowledge and information reasonably available to it at this time. National Union reserves its right to revise, supplement, or otherwise update

-1-
DEFENDANT'S INITIAL DISCLOSURES

these disclosures and to rely upon any witnesses or documents disclosed by Plaintiffs or otherwise disclosed in discovery.

**Rule 26(a)(1)(A)(i): the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

1.     ***Alan Kapanicas***: Alan Kapanicas may have discoverable information about contracts and communications between Urban Logic Consultants ("ULC") and the City of Beaumont; the Transportation Uniform Mitigation Fee ("TUMF") program and fee allocation; any contracts or communications between BSI Consulting, Inc. ("BSI") and the City of Beaumont; any contracts or communications between General Government Management Services, Inc. ("GGMS") and the City of Beaumont; the job description, role, and function of City Manager; the City of Beaumont's hiring, retention, and supervision of the individuals accused of dishonesty; the conduct alleged in the criminal proceedings, referenced in the complaint and plea agreements entered into those criminal proceedings; the transactions and conduct alleged in the complaint; the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; plaintiffs' computation of damages; and the existence and disclosure of the alleged conflict of interest; City Manager Reports to the Beaumont City Council; whether any City Council member or employee received a loan from the City of Beaumont; financial records of the City of Beaumont; the transactions alleged in the complaint and any alleged damages suffered by the Plaintiffs.

2.     ***Urban Logic Consulting***: Current and former employees, officers, representatives and agents of ULC (including, but not limited to, the individuals listed below) may have discoverable information about the formation, operation

DEFENDANT'S INITIAL DISCLOSURES

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

of and business associated with ULC; ULC's contracts with, work for and invoicing to the City of Beaumont; the performance of work by ULC; the TUMF program and fee allocation; the City of Beaumont's hiring, retention, and supervision of the individuals accused of dishonesty; the sale of ULC to Kieran McKiernan; the conduct alleged in the criminal proceedings, referenced in the complaint and plea agreements entered into those criminal proceedings; the transactions and conduct alleged in the complaint; the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; Plaintiffs' claimed damages; and the existence and disclosure of the alleged conflict of interest.

Defendant cannot presently identify every such witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals.  Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Ernest Egger; David Dillon; Deepak Moorjani and Kieran McKiernan

3.  ***City of Beaumont:*** Current and former employees, officers, city council members, representatives and agents of the City of Beaumont (including, but not limited to, the individuals listed below) may have discoverable information about: the hiring practices of the City of Beaumont; the City of Beaumont's hiring, retention, and supervision of the individuals accused of dishonesty; the job descriptions and roles of the individuals accused of dishonesty; payroll information for the individuals accused of dishonesty; when, how, and by whom discovery of alleged dishonest conduct occurred; the TUMF program and fee allocation;  ULC's contracts with, work for and invoicing to the City of Beaumont; the conduct alleged in the criminal proceedings, referenced in the complaint and plea agreements entered into those criminal proceedings; the transactions and conduct alleged in the complaint; the disclosure of and discovery of the conduct

-3-

Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; Plaintiffs' computation of damages; the existence and disclosure of the alleged conflict of interest; transactions involving, payments to communications with Western Riverside Council of Governments ("WRCOG"); WRCOG's lawsuit against the City of Beaumont, and pleadings filed in and decisions rendered in that action; the settlement of WRCOG's action against the City of Beaumont and alleged assignment of the claim alleged in this action; the City of Beaumont's purchase of insurance from National Union, submission of its claim and support for that claim; City Attorney Reports to the Beaumont City Council; and the selection process to award contracts for city projects; City Council meetings and any discussions during those meetings; disclosure of any conflict of interest or other wrongful or dishonest conduct; any communications that occurred between a member of the City Council and a concerned citizen regarding a possible conflict of interest; any communications between a member of City Council and a ULC principal; any communications that occurred between a member of the City Council and a member of the Beaumont Citizens for Responsible Growth; the TUMF program and fee allocation; work performance of the City of Beaumont officials; any other individuals who received "sick loans"; and work contracted to be performed by City contractors.

Defendant cannot presently identify every such witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals.  Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above:; Council Members Berg, Valdivia, Brey, DeForge, Jeff Fox, Nancy Gall, Killough, McLaughlin, Orozco, Parrott, Russo, White; Mayor Janice Leja; Mayor Dressel; Mayor Fox; Mayor DeForge; Mayor Pro tem Roger Berg; Mayor Knight; Mayor Pro Tem Lara; John O. Pinkney; John F. Cannon; James J. Gregg.

DEFENDANT'S INITIAL DISCLOSURES

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

4. ***BSI Consultants, Inc.***: Current and former employees, officers, members of the board of directors, representatives, and agents of BSI Consultants, Inc. ("BSI") (including, but not limited to, the individuals listed below) may have discoverable information about the relationship of Alan Kapanicas and the City of Beaumont; any contracts entered into between BSI and the City of Beaumont; and the formation of the relationship between the City of Beaumont and BSI.

Defendant cannot presently identify every employee or representative of BSI with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Jeffrey M. Cooper and Jules Miller.

5. ***General Government Management Services, Inc.:*** Current and former employees, officers, and agents of General Government Management Services, Inc. ("GGMS") may have discoverable information relevant to the formation and operation of GGMS; GGMS's contract(s) with, work for and invoicing to the City of Beaumont; the transactions and conduct alleged in the complaint; Plaintiffs' computation of damages; the existence and disclosure of the alleged conflict of interest; and the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance.

Defendant cannot presently identify every witness that may have discoverable knowledge and reserves the right to call as a witness any individual identified documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least Alan Kapanicas has discoverable information on the subjects identified above.

6. ***Other Contractors***: Current and former employees, officers, members of the board of directors, representatives and agents of entities that contracted with

the City of Beaumont (including, but not limited to, the entities listed below) may have discoverable information about the City of Beaumont's contracts; its awarding of contracts; the transactions and conduct alleged in the complaint; Plaintiffs' computation of damages; the existence and disclosure of the alleged conflict of interest; and the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; and Plaintiffs' alleged damages.

Defendant cannot presently identify every employee or representative with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that employees, officers, members of the board of directors, representatives and agents of the following entities may have discoverable information on the subjects identified above: Dispatch Trucking, Inc.; Nelson Paving; Tyner Paving; Ron Moody Construction; J.F. Shea Construction; Speiss Construction Inc.; and Beaumont Electric.

7. **_County of Riverside District Attorney's Office:_** Current and former employees, officers, attorneys representatives and agents of the County of Riverside's District Attorney's office (including, but not limited to, the individuals listed below) may have discoverable information about the criminal proceedings referenced in the complaint, the resolution of those proceedings and payment of restitution; the transactions and conduct alleged in the complaint; plaintiffs' computation of damages; and the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; and Plaintiffs' alleged damages; searches executed in connection with the allegations; any restitution payments ordered and paid by any of the individuals accused of dishonest conduct; and plea agreements entered by the individuals accused of dishonest conduct.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Michael A. Herstrin; Amy Barajas; Emily Hanks; Doug Doyle; and Cheryl Parker

8. ***Residents of the City of Beaumont and Beaumont Citizens for Responsible Growth ("BCRG"):*** Current and former residents of the City of Beaumont and officers, members, representatives and agents of BCRG (including, but not limited to, the individuals listed below) may have discoverable information about ULC's contracts with, work for and invoicing to the City of Beaumont; the conduct alleged in the criminal proceedings, referenced in the complaint and plea agreements entered into those criminal proceedings; the transactions and conduct alleged in the complaint; the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; Plaintiffs' computation of damages; and the existence and disclosure of the alleged conflict of interest; the defamation action brought by ULC against BCRG; whether the City of Beaumont unfairly awarded any of its contracts or did not disclose all information to all bidders; and contracts between the City of Beaumont and ULC.

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Judith Bingham; Devonna Wolfe; Nancy Hall; Dave Hall; Mike Ostermann; Adam Wagner; and Chris Mann.

-7-

9. **WRCOG:** Current and former employees, officers, attorneys, accountants, representatives and agents of WRCOG (including, but not limited to, the individuals listed below) may have discoverable information about ULC's contracts with, work for and invoicing to the City of Beaumont; the conduct alleged in the criminal proceedings, referenced in the complaint and plea agreements entered into those criminal proceedings; the transactions and conduct alleged in the complaint; the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance; the TUMF program and fee allocation; Plaintiffs' computation of damages; the existence and disclosure of the alleged conflict of interest; WRCOG's relationship with, transactions involving, investigation of, demands upon, payments from and communications with the City of Beaumont; WRCOG's lawsuit against the City of Beaumont, and pleadings filed in and decisions rendered in that action; the settlement of WRCOG's action against the City of Beaumont and alleged assignment of the claim alleged in this action; and the City of Beaumont's purchase of insurance from National Union, submission of its claim and support for that claim.

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Ruthanne Taylor-Berger; Rick Bishop; and William Zimmerman; Christopher Deal; and Daniel L. Richards.

10. **Anderson, Malody & Scott, LPP:** Current and former employees, officers, attorneys, accountants, representatives and agents of Anderson, Malody & Scott, LPP (including, but not limited to, the individuals listed below) may have discoverable information about WRCOG's relationship with, transactions

-8-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

involving, investigation of, demands upon, payments from and communications with the City of Beaumont; the City of Beaumont's financial records; remittance of the TUMF fees; TUMF operations; WRCOG's lawsuit against the City of Beaumont, pleadings filed in and decisions rendered in that action; and the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance.

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals.  Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Terry Shea and Scott Manno.

11.  ***McGladrey, LLP:*** Current and former employees, officers, representatives and agents of McGladrey, LLP (including, but not limited to, the individuals listed below) may have discoverable information about WRCOG's relationship with, transactions involving, investigation of, demands upon, payments from and communications with the City of Beaumont; WRCOG's lawsuit against the City of Beaumont, pleadings filed in and decisions rendered in that action; and the disclosure of and discovery of the conduct Plaintiffs characterize as "theft", "dishonesty" and lack of faithful performance.

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals.  Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Patrick Chylinski.

12.  ***Hemming Morse, LLP:*** Current and former employees, officers, representatives and agents of Hemming Morse, LLP (including, but not limited to,

-9-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

the individuals listed below) may have discoverable information about the information contained in its report; financial records of the City of Beaumont; financial records of ULC; GGMS; the TUMF program; the ULC's interactions and communications with the City of Beaumont; and the ULC principals' work performance; the City of Beaumont's insurance claim, including the investigation of the conduct alleged therein, knowledge and discovery of the conduct alleged therein and quantification of the claimed loss; the transactions alleged in the complaint and any damages claimed in this action.

Defendant cannot presently identify every witness with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Daniel W. Ray.

13. **_Best, Best & Krieger LLP_**: Current and former employees, officers, representatives, and agents of Best, Best & Krieger LLP (including, but not limited to, the individuals listed below) may have discoverable information the City of Beaumont's insurance claim, including the investigation of the conduct alleged therein, knowledge and discovery of the conduct alleged therein and quantification of the claimed loss; the transactions alleged in the complaint and any damages claimed in this action; WRCOG's relationship with, transactions involving, investigation of, demands upon, payments from and communications with the City of Beaumont; WRCOG's lawsuit against the City of Beaumont, pleadings filed in and decisions rendered in that action; and the settlement of WRCOG's action against the City of Beaumont and alleged assignment of the claim alleged in this action.

Defendant cannot presently identify every employee or representative at Best Best & Krieger LLP with discoverable knowledge and reserves the right to

-10-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individuals have discoverable information on the subjects identified above: Robert Abiri; Christopher Deal; Steven C. Debaun; Jeffrey V. Dunn; Brant H. Dveirin; Thomas J. Eastmond; Christopher M. Pisano; Seena Samimi.

14.    ***Moss, Levy & Hartzheim, LLP***: Current and former members, officers, board of directors, representatives, or agents of Moss, Levy & Hartzheim, LLP (including, but not limited to, the individuals listed below) may have discoverable information about the auditing practices and procedures of the City of Beaumont; the duration of the relationship between the City of Beaumont and Moss, Levy & Hartzheim, LLP; communications with the City Manager; and financial records of the City of Beaumont.

Defendant presently cannot identify any employee or representative of Moss, Levy & Hartzheim, LLP with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either party in discovery and to identify additional individuals.

15.    ***Macias, Gino & O'Connell LLP***: Current and former employees, officers, representatives, or agents of Macias, Gino & O'Connell LLP (including, but not limited to, the individuals listed below) may have discoverable information about fees paid to ULC; potential conflicts of interest that existed at the City of Beaumont with the owners of ULC; any contracts entered into between the City of Beaumont and ULC; financial records of the City of Beaumont; the approximately $42 million judgment entered against the City of Beaumont and in favor of WRCOG; and the financial planning practices of the City of Beaumont.

Defendant cannot presently identify every employee or representative at Macias, Gino & O'Connell LLP with discoverable knowledge and reserves the right to call as a witness any individual identified by documents produced by either

DEFENDANT'S INITIAL DISCLOSURES

party in discovery and to identify additional individuals. Subject to that reservation, Defendant presently believes that at least the following individual has discoverable information on the subjects identified above: Byron Matson.

**B.**   **Documents and Things in the Control of the Party**

**Rule 26(a)(1)(A)(ii): a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Defendant reserves the right to supplement this list of documents and materials as discovery progresses and to rely upon any documents produced in discovery to dispute the claims alleged in the Complaint and/or in support of its defenses.  Based upon the information produced to date, Defendant discloses that it is in possession, custody, or control of the following documents that it may use to support its claims or defenses:

1.   Communications with the City of Beaumont regarding its insurance claim and documentation submitted in connection with that claim, including its proof of loss and documents provided in response to Defendant's requests for information;

2.   Pleadings filed in, correspondence relating to, discovery taken during and rulings entered in *Western Riverside Council Of Governments v. City of Beaumont*, including (but not limited to) any complaints, motions, affidavits, exhibits, and court decisions.

3.   Correspondence between WRCOG and its representatives, and City of Beaumont and its representatives.

4.   Pleadings filed in, correspondence relating to, discovery taken during and rulings entered in *Urban Logic Consultants v. Beaumont Citizens for*

DEFENDANT'S INITIAL DISCLOSURES

*Responsible Growth*, including (but not limited to) any complaints, affidavits, motions, exhibits, and court decisions.

5.    Pleadings filed in the criminal proceedings referenced in the complaint, including plea agreements entered in those proceedings; and

6.    Documentation provided by the City of Beaumont and/or WRCOG in connection with the City of Beaumont's insurance claim;

7.    The insurance policies referenced in the complaint;

8.    Documentation of WRCOG's investigation of the City of Beaumont and communications relating to that investigation, including (but not limited to) investigations and analysis relating to conducted by accountants retained by WRCOG;

9.    Agenda, minutes and other documents maintained by the City of Beaumont regarding the hiring and retention of ULC and the individuals accused of dishonesty, and disclosure of the conduct now characterized as dishonest, theft and lack of faithful performance.

National Union will make any non-public documents available for inspection and copying upon request.

**Rule 26(a)(1)(A)(iii): a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:**

Defendant does not seek damages.

**Rule 26(a)(1)(A)(iv): for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

-13-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

1   Defendant will produce the policies referenced in the complaint for copying
2   upon request.

3

4   DATED: January 8, 2020                    GORDON REES SCULLY
                                              MANSUKHANI LLP
5

6                                    By:     */s/ Scott L. Schmookler*
                                             Scott L Schmookler, *Pro Hac Vice*
7                                            sschmookler@grsm.com
                                             (312) 980-6779
8                                            5 Park Plaza
                                             Suite 1100
9                                            Irvine, CA 92614
                                             *Attorneys for Defendant*
10                                           *National Union Fire Insurance*
                                             *Company of Pittsburgh, Pa.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-14-
DEFENDANT'S INITIAL DISCLOSURES

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2021, he served a copy of the foregoing upon the following counsel by ECF and sending it via e-mail to the following addresses:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST, BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiffs*
> *Western Riverside Council of Governments and the City of Beaumont*

GORDON REES SCULLY
MANSUKHANI LLP

By:   */s/ Scott L. Schmookler*
Scott L Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
5 Park Plaza
Suite 1100
Irvine, CA 92614
*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

-15-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA  92614

1220599/55751398v.r

-16-
DEFENDANT'S INITIAL DISCLOSURES