# EXHIBIT 3

# Kelly Collins

| | |
|---|---|
| **From:** | Daniel Richards <Daniel.Richards@bbklaw.com> |
| **Sent:** | Wednesday, May 25, 2022 4:14 PM |
| **To:** | Meagan VanderWeele; Christopher E. Deal |
| **Cc:** | Scott Schmookler; Jeffrey Dunn; Angela Lewosz; Hanna Monson; Kelly Collins |
| **Subject:** | RE: Beaumont v. NUFIC |

Hi Meagan,

I confirm and agree with all of the below. Please let us know if this email will suffice to memorialize that agreement, or you would like something further from us. Thank you.

Best regards,

Daniel Richards

---

**From:** Meagan VanderWeele <mvanderweele@grsm.com>
**Sent:** Wednesday, May 25, 2022 10:22 AM
**To:** Daniel Richards <Daniel.Richards@bbklaw.com>; Christopher E. Deal <chris.deal@bbklaw.com>
**Cc:** Scott Schmookler <sschmookler@grsm.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>; Angela Lewosz <alewosz@grsm.com>; Hanna Monson <hmonson@grsm.com>; Kelly Collins <kmcollins@grsm.com>
**Subject:** RE: Beaumont v. NUFIC

**CAUTION - EXTERNAL SENDER.**

---

Chris and Daniel,

As we discussed last week, and given the federal court holiday on May 30, 2022, please confirm today whether plaintiffs agree that any expert disclosures and expert reports served on May 31, 2022 will be treated as having been served on May 30, 2022. Additionally, we understand that you have agreed to produce John Pinkney for his deposition on May 31, 2022. Please confirm today that plaintiffs agree that Mr. Pinkney's deposition on May 31, 2022 will be treated as having been completed on May 30, 2022.

I am available today to discuss: 989-274-9229.

-Meagan

---

**MEAGAN P. VANDERWEELE** (She/Her/Hers)  |  Senior Counsel

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-619-4931  |  mvanderweele@grsm.com

www.grsm.com
vCard

---

**From:** Daniel Richards <Daniel.Richards@bbklaw.com>
**Sent:** Tuesday, May 24, 2022 7:32 PM
**To:** Meagan VanderWeele <mvanderweele@grsm.com>; Christopher E. Deal <chris.deal@bbklaw.com>
**Cc:** Scott Schmookler <sschmookler@grsm.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
**Subject:** RE: Beaumont v. NUFIC

Meagan,

Scott indicated that he would provide additional information and documentation allowing us to work on an amended response, including the specific pages of the various bond issuances that support the desired admission. We remain amenable to an amended response, but we have not received the information Scott indicated would be provided

---

**From:** Meagan VanderWeele <mvanderweele@grsm.com>
**Sent:** Tuesday, May 24, 2022 4:00 PM
**To:** Christopher E. Deal <chris.deal@bbklaw.com>
**Cc:** Scott Schmookler <sschmookler@grsm.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>; Daniel Richards <Daniel.Richards@bbklaw.com>
**Subject:** Beaumont v. NUFIC

**CAUTION - EXTERNAL SENDER.**

Chris,

As we discussed last week, please advise by close day tomorrow whether plaintiffs are amending their response to Request to Admit No. 55 to streamline the deposition of Beaumont Financing Authority's Rule 30(b)(6) witness on Thursday.

Also, as Scott mentioned to you today, we will be taking Mr. Pinkney's deposition starting at 12 pm PT on Thursday following the deposition of BFA's corporate representative.

-Meagan

---

**MEAGAN P. VANDERWEELE** (She/Her/Hers)  |  Senior Counsel

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-619-4931  |  mvanderweele@grsm.com

www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.