# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION


WESTERN RIVERSIDE COUNCIL OF
GOVERNMENTS, a California
Joint Powers Authority; CITY
OF BEAUMONT, a public entity
in the State of California,

        Plaintiffs,

        vs.                 Case No.
                          5:20-cv-02164 GW
NATIONAL UNION FIRE        (KKx)
INSURANCE COMPANY OF
PITTSBURGH, PA, and DOES 1
through 50, inclusive,

        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~



VIDEOTAPED DEPOSITION OF ROGER BERG


THURSDAY, MARCH 31, 2022

9:03 A.M.


5 PARK PLAZA, SUITE 1100

IRVINE, CALIFORNIA



Reported by Megan M. Grossman-Sinclair
CSR No. 12586



Page 2

APPEARANCES OF COUNSEL

For Plaintiff:
BEST BEST & KRIEGER LLP
JEFFREY V. DUNN, ESQ.
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
T: (949) 263-2600
Jeffrey.dunn@bbklaw.com

For Defendants:
GORDON REES SCULLY MANSUKHANI
MEAGAN P. VANDERWEELE. ESQ.
ANGELA LEWOSZ, ESQ.
One North Franklin
Suite 800
Chicago, IL 60606
T: (312) 565-1400
mvanderweele@grsm.com
alewosz@grsm.com

Also Present:
SERGIO ESPARZA

---

Page 3

INDEX OF EXAMINATION
WITNESS: ROGER BERG

EXAMINATION                     PAGE
By Ms. Vanderweele              8, 252
By Mr. Dunn                     213



INSTRUCTIONS NOT TO ANSWER
PAGE   LINE
(None)


INFORMATION REQUESTED
PAGE   LINE
(None)

* * *

---

Page 4

INDEX TO EXHIBITS
MARKED                          PAGE
Exhibit 1  Agreement for Planning,        39
           Economic Development and
           Public Works Services
                                          55
Exhibit 2  Agreement Amending the
           Agreement for Planning,
           Economic Development and
           Public Works Services
                                          139
Exhibit 3  Capital Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Years 1994-1995 and
           1995-1996
                                          147
Exhibit 4  Capital Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 1995-1996
Exhibit 11 Capital Improvement Plan       131
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2002-2003

Exhibit 12 Amendment No. 1 Capital        155
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2003-2004

Exhibit 13 Amendment No. 1 Capital        158
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2004-2005

Exhibit 14 Amendment No. 1 Capital        161
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2005-2006

---

Page 5

INDEX TO EXHIBITS (Continued)
MARKED                          PAGE
Exhibit 15 Amendment to the Capital       164
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2007-2008
Exhibit 16 Amendment to the Capital       167
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2008-2009
Exhibit 17 Amendment to the Capital       120
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2010-2011
Exhibit 18 Amendment to the Capital       170
           Improvement Plan
           Comprehensive Public
           Facilities Financing Program
           Fiscal Year 2011-2012
Exhibit 19 Capital Improvement Plan       173
           2012-2013 Budget Summary -
           Phase 2A
Exhibit 20 Report of Findings on the      177
           Investigation of: Urban
           Logic Consulting
Exhibit 21 Letter to Judith D. Blake      196
           from John F. Cannon
Exhibit 22 Report on Municipal Services   71
           Privatization Planning,
           Economic Development and
           Public Works Services
Exhibit 23 Roger Berg Bio Information      9
Exhibit 24 Staff Report from City         62
           Manager to Mayor and Council
           Members



Page 6

1          INDEX TO EXHIBITS (Continued)
2    MARKED                    PAGE
3    Exhibit 25  Progress Project Report      90
              Capital Improvement Plan
4
     Exhibit 26  Progress Project Report      97
5              Capital Improvement Plan
6    Exhibit 27  Urban Logic Consultants, Inc.  50
              Engineering Services Hourly
7              Rate Comparison
8    Exhibit 28  Letter to David Sheppard from  111
              Roger Berg, Mayor
9
     Exhibit 29  Page 9 of Hemming Morse      192
10             Report
11   Exhibit 30  Letter to The Honorable      231
              Becky L. Dugan from Roger
12             Berg, June 15, 2019.
13
14
15
16
17
18
19
20
21
22
23
24
25                    * * *

Page 7

1                IRVINE, CALIFORNIA;
2          THURSDAY, MARCH 31, 2022; 9:03 A.M.
3
4              VIDEOGRAPHER:  Good morning.  We
5    are on the record.  This begins video No. 1 in the
6    deposition of Roger Berg in the matter of Western
7    Riverside Council of Governments vs. National
8    Union Fire Insurance in the United States District
9    Court for the State of California.  Today's date
10   is March 31st, 2022, and the time is 9:03 a.m.
11             This deposition is being taken at
12   5 Park Plaza in Irvine, California.  I am Sergio
13   Esparza, the videographer of Magna Legal Services.
14   The court reporter is Megan Grossman of Magna
15   Legal Services.  Will counsel and all parties
16   present state their appearances and whom they
17   represent?
18             MS. VANDERWEELE:  Meagan
19   VanderWeele on behalf of the defendant National
20   Union.
21             MS. LEWOSZ:  Angela Lewosz on
22   behalf of the defendant National Union.
23             MR. DUNN:  Jeffrey Dunn on behalf
24   of plaintiff Western Riverside Council of
25   Governments.

Page 8

1              THE COURT REPORTER:  Okay.  I will
2    now swear you in.  Please raise your right hand.
3
4              ROGER BERG,
5           having been first duly sworn,
6              testifies as follows:
7
8              EXAMINATION
9    BY MS. VANDERWEELE:
10             Q.  Good morning, sir.  Could you
11   please state your full name and spell your last
12   name for the record?
13             A.  Roger Norman Berg, B-e-r-g.
14             MS. VANDERWEELE:  Let the record
15   reflect this is the deposition of Roger Berg taken
16   pursuant to subpoena and notice and set to today's
17   time by agreement of the parties and the witness.
18   BY MS. VANDERWEELE:
19             Q.  Sir, what is your date of birth?
20             A.  December 7th, 1954.
21             Q.  And where do you currently live?
22             A.  I live in Beaumont, California.
23             Q.  And how long have you lived in
24   Beaumont?
25             A.  I have lived in Beaumont all my

Page 9

1    life except for the time I was in the military.
2              Q.  Okay.  Lifetime resident of
3    Beaumont; correct?
4              A.  Yes.
5              Q.  You were kind enough before the
6    deposition to provide us with a document that I
7    have marked as Exhibit 23.  If you could turn to
8    that in your binder, please.
9              (Exhibit No. 23 was marked for
10             identification and is attached
11             hereto.)
12   BY MS. VANDERWEELE:
13             Q.  For the record, Exhibit 23 is a
14   document entitled Roger Berg Bio Information.  Do
15   you recognize this document?
16             A.  Yes, I do.
17             Q.  Is this a document that you
18   prepared?
19             A.  Yes, I did.
20             Q.  Does Exhibit 23 accurately reflect
21   and describe your education, employment history
22   and public work experience?
23             A.  Yes, it does.
24             Q.  Does Exhibit 23 also accurately
25   reflect and describe your experience and



Page 10

1  qualifications in construction management?
2       A.  Yes, it does.
3       Q.  I want to go through this briefly.
4  It looks like you graduated from Beaumont High
5  School in 1973?
6       A.  Yes.
7       Q.  And then you obtained an
8  associate's degree in business administration from
9  Mt. San Jacinto?
10      A.  Yes.
11      Q.  Was that a two-year degree?
12      A.  Yes.
13      Q.  And it looks to me that after you
14  obtained your associate's degree, you joined the
15  U.S. Air Force and Air Force Reserve?
16      A.  Yes.
17      Q.  And that was from 1975 to 1982?
18      A.  Yes.
19      Q.  And what was the highest rank that
20  you obtained?
21      A.  E-6 Technical Sergeant.
22      Q.  And can you just describe for us
23  generally what your responsibilities and duties
24  were in that role?
25      A.  I worked in the base civil

Page 11

1  engineering squadron.  So we did base building
2  maintenance, new construction, quite a variety of
3  things to maintain the base.  Air -- airfields,
4  roads, pavements.
5       Q.  And in your role, did you provide
6  construction management and engineering services?
7       A.  I did provide it with respect to
8  other -- other people under me, yes.
9       Q.  It looks like from 1977 to 1993 you
10 have in here that you worked as a civil engineer
11 technician at the Norton Air Force Base.  Is that
12 what you had kind of just described to me?
13      A.  I hired on as a civilian employee.
14      Q.  Okay.
15      A.  And so, yes, I did.
16      Q.  And just describe for us briefly
17 your duties and responsibilities as a civil
18 engineer technician at Norton Air Force Base?
19      A.  I did project inspections.  I
20 did -- worked in the design section on some of the
21 projects assisting the engineers there with the
22 drafting of plans.  I did environmental management
23 work there.  And I did some cost engineering work
24 for cost forecasting for work.
25      Q.  In 1985 it looks like you obtained

Page 12

1  a bachelor of science in business administration
2  and management from Chapman University?
3       A.  Yes.
4       Q.  And was that a two- or four-year
5  program?
6       A.  That's a four-year degree.
7       Q.  Okay.  And you have also listed
8  here additional course work and continuing
9  education credits that you have obtained.  And it
10 looks like those are all in the area of
11 construction management?
12      A.  Yes.
13      Q.  Are there any additional course
14 work or continuing education credits that you have
15 obtained in the area of construction management
16 that's not listed here?
17      A.  I don't believe so.
18      Q.  You have undergone additional
19 course work in construction cost estimating and
20 forecasting?
21      A.  Yes.
22      Q.  You have also obtained additional
23 course work and education credits in contract
24 administration?
25      A.  Yes.

Page 13

1       Q.  And the same would be true for
2  contracting officer representative?
3       A.  Yes.
4       Q.  Construction contract scheduling.
5       A.  Yes.
6       Q.  And it looks like you have also
7  undergone additional course work in civil
8  engineering.
9       A.  Yes.
10      Q.  When you worked for the U.S. Army
11 Corps of Engineers from 1993 to 2006 -- I guess
12 let me back up a little bit.  You served it looks
13 like almost two decades?
14      A.  Yes.
15      Q.  Working for the U.S. Army Corps of
16 Engineers.  Correct?
17      A.  Yes.  Yes.
18      Q.  Okay.  And during that time period
19 you were doing construction management and
20 contract administration.  Do I understand that
21 correctly?
22      A.  That's correct.
23      Q.  Okay.  Can you tell us a little bit
24 about what your duties and responsibilities were
25 when you worked for the U.S. Army Corps of



Page 14

1  Engineers?
2      A.  Okay.  I worked on the Seven Oaks
3  Dam and Prado Dam projects.  We did construction
4  management around the clock.  We did -- also I
5  worked in the contract administration doing
6  construction mods, negotiating construction mods.
7      After leaving there I worked on
8  projects here actually in Orange County doing the
9  same thing on the Santa Ana River.  And then the
10 last 16 and a half years I worked at the Loma VA
11 Hospital for construction projects there which
12 dealt with new construction, parking lot, roads,
13 sewers, water lines, everything.  And I did the --
14 managed the projects there.
15      There is $121 billion worth of
16 construction.  I did the -- negotiated the
17 design/build contracts and I approved all the
18 progress payments and such.
19      Q.  Fair to say you have extensive
20 experience in construction management?
21      A.  Yes.
22      Q.  And would that be extensive
23 experience in construction management for
24 Public Works projects?
25      A.  Yes.

Page 15

1      Q.  I want to now turn to your public
2  work experience.  You have served the City of
3  Beaumont for decades; correct?
4      A.  Yes.
5      Q.  In various capacities?
6      A.  Yes.
7      Q.  I tried to go in chronological
8  order here so correct me if I'm wrong.  And I
9  guess I should have said this at the outset.  I am
10 going to be throwing out dates not only related to
11 your experience but when we go through contracts
12 and things like that, if I say anything that does
13 not sound right to you or is incorrect, would you
14 please let me know?
15      A.  Yes.
16      Q.  And if I ask you a question that
17 you do not understand, would you please let me
18 know?
19      A.  Yes.
20      Q.  My job is to make sure that I ask
21 you a question you can answer.  All right?
22      A.  Okay.
23      Q.  And if you need me to rephrase a
24 question so that you are able to answer it, just
25 let me know.

Page 16

1      A.  Yes.
2      Q.  And that's I guess another thing,
3  is the court reporter can only take down --
4      A.  Right.
5      Q.  -- one person at a time.  So we
6  have got to try not to talk over each other.  You
7  have been doing great so far.  Also if you give a
8  non-verbal response like "uh-huh" or "uh-uh," it's
9  very common, we all do it, I will just ask you,
10 Mr. Berg, was that a yes or a no.  I am not trying
11 to be rude, I just want to make sure that Megan,
12 our court reporter, can take down everything we
13 say.  Okay?
14      A.  Yes.
15      Q.  Excellent.  Thank you.  So back to
16 your public work experience.  Based on my review
17 of Exhibit 23, it looks like you served as a
18 member of the Planning Commission from June 1981
19 to February 1985 and then was elected again for
20 another nine months in February of '85; is that
21 correct?
22      A.  Well, I was on the Planning
23 Commission.  In February of '85 I was elected to
24 the City Council and I served nine months.
25      Q.  Okay.  And what is the Planning

Page 17

1  Commission?
2      A.  Planning Commission is an advisory
3  agency council.  They would approve projects.
4  They would recommend -- make recommendations for
5  them, the City Council.  Work on the general plan
6  which is build-out for the city and such and
7  things like that.
8      Q.  And when you served on the Planning
9  Commission, I take it your expertise in
10 construction management came in handy?
11      A.  Yes.
12      Q.  The Planning Commission would make
13 recommendations to City Council for like
14 construction projects and things like that --
15      A.  Construction projects, subdivisions
16 and things and you need to look at the overall
17 traffic flow and, you know, facilities needed to
18 the structure and such, yes.
19      Q.  And given your role on the Planning
20 Commission, did that give you an opportunity to
21 learn about the city's general plan and kind of
22 their vision for development and growth in the
23 City of Beaumont?
24      A.  Yes.  I worked on four different
25 general plan amendments every ten years the time I





Page 18

1    was on there.
2        Q.   And you were elected to the
3    Beaumont City Council beginning in 1993?
4        A.   Yes.
5        Q.   And you served in that position
6    from 1993 through 2014?
7        A.   Yes.
8        Q.   And that's an elected position?
9        A.   Yes.
10       Q.   And what are the term limits?
11       A.   The term -- there is no term
12   limits.  You are reelected every four years.
13   There was one year we added on a year to bring our
14   elections in line with the county.
15       Q.   And during that time period when
16   you served on City Council, I have seen documents
17   that indicate that you also served as the mayor;
18   correct?
19       A.   Yes.
20       Q.   And that was from 2000 to 2002 and
21   then again in 2012 to 2013?
22       A.   Yes.
23       Q.   All right.  And how did you come to
24   serve as the mayor during that tenure?
25       A.   We -- prior to me becoming mayor,

Page 19

1    we used to just reelect the same person as mayor
2    most of the time but then I -- per resolution I
3    asked the City Council to have the mayor be
4    reappointed each year for a maximum of two years
5    and then someone else gets a shot at it.
6        Q.   And so you were appointed in 2000
7    and served for two years?
8        A.   Yes.
9        Q.   And then was reappointed again and
10   served 2012 to 2013?
11       A.   Yes.
12       Q.   Exhibit 23, your bio, also
13   indicates that you served as a city representative
14   for Western Riverside Council of Governments;
15   correct?
16       A.   Yes.
17       Q.   And that was from 2000 to 2004 and
18   again in 2010?
19       A.   As far as I can tell.
20       Q.   Okay.
21       A.   Yeah.  Yes.
22       Q.   And I know I am asking you about
23   things that happened a very long time ago, so if I
24   ask you something and you simply don't recall,
25   just let me know that.  Okay?

Page 20

1        A.   Okay.
2        Q.   When you served as a city
3    representative for Western Riverside Council of
4    Governments, tell me what your duties and
5    responsibilities were in that position.
6        A.   Okay.  I was a, I guess they call
7    it a director, a city rep.  And we would work on
8    projects that were a benefit to the region as a
9    whole, one of them being that we worked on the
10   TUMF.  We worked also on waste recycling.  Gosh,
11   there was another -- various things that they put
12   in.  It was an agency that kind of was involved in
13   getting other -- other -- say other duties as the
14   members decided might be beneficial to the unit as
15   a whole.
16       Q.   You mentioned TUMF, that's TUMF;
17   correct?
18       A.   Yes.
19       Q.   And that's Transportation Uniform
20   Mitigation Fee?
21       A.   Yes.
22       Q.   What is the TUMF program?
23       A.   The TUMF program, initially there
24   were discussions with it earlier in the late '90s.
25   In fact, before I became mayor I was on a

Page 21

1    committee that we were looking into TUMF prior to
2    me becoming a member of WRCOG.  We -- the idea was
3    that they would have a uniform fee that would
4    allow money to be collected and facilities to be
5    built that one of them would be the CTAP
6    corridors, another one would be facilities that
7    could benefit as a zone, and then 48 percent of
8    the money would be kind of like a give-back to the
9    area zoned.  And our zone was the pass area.
10            There was exemptions in there.  In
11   discussing the TUMF, they came up with exemptions
12   for people that already had road and bridge
13   benefit districts.  There was exemptions for
14   religious facilities and government facilities.
15       Q.   You also served as the city
16   representative for the Riverside Transportation
17   Commission and the Riverside -- Western Riverside
18   Conservation Authority; correct?
19       A.   Yes.
20       Q.   You are a licensed general building
21   contractor in the State of California?
22       A.   Yes.
23       Q.   And that's been continuous since
24   1983?
25       A.   Yes.  I mean right now my license



Page 22

```
1    is inactive.
2         Q.  You have since retired; correct?
3         A.  I have retired, yes.
4         Q.  Congratulations on that.  You
5    retired in 2016?
6         A.  Yes.
7         Q.  Do you have any other professional
8    licenses, certifications, or credentials that we
9    have not talked about today?
10        A.  No.
11        Q.  I want to now focus on your time on
12   the Beaumont City Council.  Can you describe for
13   me generally what your duties and responsibilities
14   were as a member of the Beaumont City Council?
15        A.  Okay.  The City Council approves
16   projects.  They approve the city budget, they
17   approve hiring the city manager and the city
18   attorney.  They set goals and desires for the
19   city.  And they serve as approval of planned
20   commission projects too that they -- that they
21   work on.
22        Q.  Would your duties and
23   responsibilities as a member of the City Council
24   include approving Public Work projects for the
25   city?
```

Page 23

```
1         A.  Yes, it would.
2         Q.  Did your duties and
3    responsibilities as a member of City Council also
4    include approving funding for those Public Works
5    projects in the City of Beaumont?
6         A.  Yes.
7         Q.  Did your duties and
8    responsibilities as a member of the City Council
9    include approving invoices and payment to
10   individuals and entities that contracted with the
11   city?
12        A.  Yes.
13        Q.  Was the City Council responsible
14   for ultimately approving all invoices from
15   contractors that were paid by the City?
16        A.  Yes.
17        Q.  And would the final authority for
18   payment of those invoices come from City Council?
19        A.  Yes.
20        Q.  And would it -- strike that.
21             Would invoices from contractors for
22   the city undergo review by other departments?
23        A.  Yes, they would.
24        Q.  And would that include the finance
25   department?
```

Page 24

```
1         A.  Yes.
2         Q.  Did the city manager have any
3    involvement in reviewing invoices?
4         A.  Yes.
5         Q.  Would there be times when the City
6    Council in reviewing and approving invoices, did
7    the City Council have an opportunity to question
8    invoices that they thought were not reasonable or
9    appropriate?
10        A.  Yes, we did.  At the time when
11   those warrants were there we could pull them and
12   ask for clarification and documentation for them.
13        Q.  What is the warrant that you just
14   referenced?
15        A.  The warrants are a list of payments
16   that need to be made or have been made and you are
17   going to approve them for all vendors and payments
18   to city funds.
19        Q.  And would the City Council review
20   these warrant lists for payment to city
21   contractors prior to approving any payment?
22        A.  I would, yes.
23        Q.  And would the City Council during
24   City Council meetings, would they be asked to
25   review and approve invoicing and payment to
```

Page 25

```
1    contractors?
2         A.  Yes.
3         Q.  How many members would serve on the
4    Beaumont City Council while you were a member of
5    that council?
6         A.  Different people?
7         Q.  Sorry.  That was a very poorly
8    phrased question.  I am going to strike that.
9             It looks like there was a
10   consistent number of members on the City Council
11   from year to year.
12        A.  Yes.
13        Q.  And how many members generally
14   served on the City Council for a given year?
15        A.  Five.
16        Q.  And how often did the City Council
17   meet for their like official City Council
18   meetings?
19        A.  Twice a month.
20        Q.  And can you explain to me how it is
21   the City Council meetings were run, just
22   generally?
23        A.  Okay.  We would get the agenda
24   packet usually electronically either Thursday our
25   Friday so you would have a chance to review it
```





Page 26

1 over the weekend.  City Council meetings were on
2 Tuesday night I believe.  So we would start the
3 meeting and we would go through the agenda on each
4 item.
5        Q.   And so you would receive the
6 agenda, it would be prepared and circulated to
7 City Council, you would have the opportunity to
8 review them before each meeting?
9        A.   Yes.  And you could ask questions
10 ahead of time.  I normally did.  If I had
11 something, I would e-mail or give them a call and
12 say, what's this about.
13        Q.   And then during each minute were
14 minutes prepared?
15        A.   Yes.
16        Q.   Or memorialized -- strike that.
17            Did the meetings for each City
18 Council meeting memorialize what occurred and what
19 was discussed?
20        A.   Yes.
21        Q.   Would the minutes also memorialize
22 resolutions that were passed by the City Council?
23        A.   Yes.
24        Q.   Were minutes provided to City
25 Council members following each meeting?

Page 27

1        A.   Yes.
2        Q.   And did the City Council have to
3 approve those minutes?
4        A.   Yes.
5        Q.   When the City Council approved the
6 minutes, was that City Council saying that the
7 minutes accurately reflect what occurred?
8        A.   Yes.
9        Q.   I have reviewed some minutes from
10 various meetings and it looks like there is a
11 public comment period during each meeting.
12        A.   Yes.
13        Q.   And what -- I guess what is the
14 public comment period?
15        A.   Public comment is an opportunity
16 for people to come and address the City Council
17 with concerns they have that are not on the
18 agenda.
19        Q.   And it also looks -- I don't know
20 if it was in every session but there would be
21 closed sessions during City Council meetings;
22 correct?
23        A.   Yes.
24        Q.   And what occurred during the closed
25 sessions during a City Council meeting?

Page 28

1        A.   Closed sessions would deal with
2 pending and ongoing litigation, negotiations with
3 labor, and discussions with the City Attorney
4 about items that may be real estate purchases and
5 things like that.
6        Q.   And if there was an item that was
7 discussed during a closed session that was voted
8 on and approved by the Council, would that
9 ultimately be mentioned in the -- like open --
10 or strike that.
11            If the City Council voted on
12 something during a closed session, how would that
13 be reflected in the minutes?
14        A.   If it was disclosable at that time,
15 it would be disclosed right then.  If it was a
16 vote for something that required approval by
17 another agency, it would have to wait until
18 they -- they approved it, then we could make a
19 joint announcement.
20        Q.   Okay.  During your tenure on City
21 Council, did the City of Beaumont have a separate
22 risk management department?
23        A.   Yes.
24        Q.   When did the city -- it's my
25 understanding that there wasn't -- strike that.

Page 29

1            There was ERMAC?
2        A.   ERMAC came in when -- we used to do
3 them years ago.  There is one person that did them
4 and they just handled it internally in the city,
5 but as we grew we needed to expand and get better
6 people to help us.
7        Q.   Well, I guess I haven't been able
8 to find anything that actually described an actual
9 department within the city called risk management.
10        A.   I don't think there really was.
11        Q.   Okay.  Because it's my -- and
12 correct me if I'm wrong -- did City Council
13 ultimately have final authority over matters
14 concerning the city's insurance?
15        A.   Yes.
16        Q.   Did the City Council have final
17 authority over the city's decision to pursue
18 insurance claims under the various insurance
19 policies that were issued to the city?
20        A.   Yes.
21        Q.   And is -- strike that.
22            During your tenure on City Council
23 how was the decision to pursue an insurance claim
24 generally handled by the Council?
25        A.   They would come with a





Page 30

1  recommendation from the risk manager who was
2  later, you know, that's -- or versus -- and we
3  would looked at it -- I'm sorry -- risk manager,
4  and then we would take a -- recommendations to the
5  City Attorney and vote on it.
6     Q.  And it's my -- partially my fault
7  because of how we are sitting, I think I am making
8  Megan's job really difficult.  If you could just
9  do your best to try to not look directly at me.  I
10  know that's difficult because we've got the
11  videographer going on as well.
12     A.  Okay.
13     Q.  And that's my fault because of how
14  I decided to position everyone.
15     A.  I will look straight ahead.  Okay?
16     Q.  Thank you.  I appreciate that.
17        Sorry, Megan.
18        So I just want to make sure I am
19  understanding this correctly.  It was the City
20  Council who ultimately had final authority over
21  whether the city was going to pursue an insurance
22  claim under its policies; correct?
23     A.  Yes.
24     Q.  Are you familiar with Urban Logic
25  Consultants?

Page 31

1     A.  Yes.
2     Q.  What is Urban Logic Consultants?
3     A.  They were a firm that we hired
4  shortly before I came on the City Council and we
5  gave subsequent more work to do our competency
6  planning, city engineering services, and economic
7  development.
8     Q.  While you served on City Council
9  did the City of Beaumont contract with Urban Logic
10  Consultants during your entire tenure on the
11  Council?
12     A.  Yes.
13     Q.  So it's my understanding that when
14  you were elected to City Council, would that have
15  been in November of 1993?
16     A.  Yes.
17     Q.  And at that time you also had
18  already been working for the city as a contracted
19  consultant?
20     A.  Yes.
21     Q.  Okay.  I want to talk about the
22  history that led to the City Council's decision to
23  ultimately approve the city's contracts with Urban
24  Logic.  And it's my understanding that prior to
25  1993 the city's developmental services were

Page 32

1  provided by a combination of both in-house staff
2  and outside firms.  Is that -- is that correct?
3     A.  That's correct.
4     Q.  Okay.  So the city had full-time
5  planning staff but they were also hiring outside
6  staff to provide -- kind of serve as the city's
7  developmental team?
8     A.  Yes.
9     Q.  Okay.  I've read it in various
10  places that one of the reasons why the city
11  ultimately decided to issue a request for proposal
12  which ultimately led to the Urban Logic contract
13  is that there were issues with the design, the
14  permitting, and the financing and construction of
15  a new wastewater reclamation facility.  Do I
16  understand that correctly?
17     A.  That is correct.
18     Q.  Okay.  And can you tell me what it
19  is that, you know, ultimately led to the city
20  deciding to hire an outside firm to kind of fill
21  in the role of the developmental services team for
22  the city?
23     A.  The city was under a cease and
24  desist order from the Regional Water Quality
25  Control Board to upgrade the sewage treatment

Page 33

1  plant.  It was a -- the existing one was built in
2  the 1920s.  It was a stage 2.  They needed to
3  upgrade to a tertiary treatment system.
4        Prior back in the '80s the city had
5  come up with a plan to build a new plant
6  downstream.  They spent money on plans and
7  specifications and when they put it out to bid,
8  they found out they didn't have all the right of
9  ways and properties and the plan wouldn't meet the
10  requirements.  So a lot of money was spent and
11  nothing ever came from it.
12     Q.  Would it be fair to say that the
13  city recognized that in order to foster continued
14  development and growth in the city, they needed to
15  hire a firm that had the expertise to do what the
16  city needed them to do?
17     A.  That would be true.
18     Q.  And it's my understanding that in
19  order -- strike that.
20        It's my understanding that there
21  was a request for proposal that was issued by the
22  City asking for proposals to kind of fill the role
23  of the developmental services team.  Is that
24  correct?  Do I understand that correctly?
25     A.  Yes.





Page 34

1          Q.   And I believe several firms
2    responded to that request for proposal, one of
3    them being Urban Logic?
4          A.   Yes.
5          Q.   And Urban Logic was ultimately
6    awarded the contract?
7          A.   Yes.
8          Q.   Was Urban Logic retained to develop
9    a program to finance and develop infrastructure to
10   facilitate community development?
11         A.   Yes.
12         Q.   Urban Logic was also awarded --
13   strike that.
14              There is a -- was Urban Logic
15   Consultants the contractor for the wastewater
16   reclamation facility?
17         A.   They were the designer of record.
18         Q.   Okay.  After successful completion
19   of that wastewater treatment plant, did Urban
20   Logic assume operation of that plant?
21         A.   They assumed operation under Urban
22   Logic services at the request of the City Council
23   because they had the expertise to run the plant.
24   They actually hired the existing city employees
25   and to train them on how to work it.

Page 35

1          Q.   And then Urban Logic Services
2    assumed operation of that facility for how long?
3          A.   I am not exactly -- it was probably
4    maybe five years and they sold it to Aquarian
5    Services.
6          Q.   While you served on City Council,
7    who were the owners of Urban Logic?
8          A.   That would be Dee Moorjani, Ernie
9    Egger and Dave Dillon.
10         Q.   And Dee Moorjani is Deepak
11   Moorjani?
12         A.   Deepak Moorjani, yes.
13         Q.   Was Urban Logic a qualified
14   professional services contractor approved by City
15   Council during your tenure?
16         A.   Yes.
17         Q.   And then Urban Logic was contracted
18   with the city to provide planning, economic
19   development, construction management services?
20         A.   Yes.
21         Q.   Urban Logic also provided
22   engineering services?
23         A.   Yes.
24         Q.   Did Urban Logic also provide design
25   services?

Page 36

1          A.   Yes.
2          Q.   And that was all during your tenure
3    on City Council?
4          A.   Yes.
5          Q.   What other services did Urban Logic
6    provide to the city while you served on the City
7    Council?
8          A.   They provided GIS coordination,
9    global information system, you know, the system
10   mapping all the city's infrastructure.
11         Q.   Did Urban Logic also provide
12   surveying services for the city?
13         A.   Yes.
14         Q.   It's my understanding that
15   Mr. Moorjani, Mr. Dillon, and Mr. Egger also
16   served as city officials while you were on the
17   City Council; is that correct?
18         A.   Yes.
19         Q.   Mr. Moorjani was the Public Works
20   director?
21         A.   Yes.
22         Q.   Mr. Dillon, did he serve as the
23   city's economic director?
24         A.   Yes.
25         Q.   And Mr. Egger, did he serve as the

Page 37

1    city's planning director?
2          A.   Yes.
3          Q.   And those were all official
4    positions within the city?
5          A.   Yes.
6          Q.   And while you were on City Council,
7    did you understand that Mr. Moorjani, Mr. Dillon,
8    and Mr. Egger simultaneously owned Urban Logic
9    while serving as city officials for the City of
10   Beaumont?
11         A.   Yes.
12         Q.   During the time that Mr. Moorjani,
13   Mr. Dillon, and Mr. Egger were serving as city
14   officials for the city, Urban Logic was also doing
15   business with the city; correct?
16         A.   Yes.
17         Q.   And providing all those services
18   that we have just talked about?
19         A.   Yes.
20         Q.   And we will get into the contracts,
21   but Urban Logic pursuant to the contracts that
22   were entered into with the city was the contractor
23   for the city on all of its Public Works projects;
24   correct?
25         A.   Yes.



Page 38

1    Q.  And that was providing the
2  plan check/inspection, and construction management
3  services?
4          A.  Yes.
5      Q.  Urban Logic was also, in addition
6  to those services I just mentioned, providing
7  engineering, design, and other highly technical
8  services.  Is that fair to say?
9          A.  Yes.
10     Q.  I understand the contract, the
11 first contract that was entered into between the
12 city and Urban Logic regarding the Public Works
13 planning and economic development services.  That
14 was entered into just before you joined the City
15 Council.
16         A.  Yes.
17     Q.  Would you have reviewed that
18 contract as part of your duties and
19 responsibilities on City Council?
20         A.  Yes.
21     Q.  Were those -- strike that.
22         Were contracts entered into between
23 the city and contractors reviewed on an annual
24 basis?
25         A.  Yes.

Page 39

1    Q.  And would that be true for every
2  contract for every year?
3          A.  Yes.
4      Q.  I want to now turn to Exhibit 1.
5      (Exhibit No. 1 was marked for
6      identification and is attached
7      hereto.)
8  BY MS. VANDERWEELE:
9      Q.  Have you seen this document before,
10 sir?
11         A.  Yes.
12     Q.  And for the record, this is an
13 Agreement For Planning, Economic Development and
14 Public Works Services.  It's Bates stamped
15 BEAUAIG695 through 725.  This is a contract that
16 was entered into between the City of Beaumont and
17 Urban Logic Consultants; correct?
18         A.  Yes.
19     Q.  And this is among the documents --
20 strike that.
21         Is this contract one of the
22 contracts you would have reviewed annually when
23 you were on City Council?
24         A.  Yes.
25     Q.  And so pursuant to this agreement

Page 40

1  the city retained Urban Logic as a consultant to
2  provide the planning, economic development, and
3  Public Works services; correct?
4          A.  Yes.
5      Q.  And if you could briefly just look
6  through section 1, 2 and 4 and just let me know
7  when you are done.
8          A.  (Witness complies.)
9          Okay.
10     Q.  So sections 1, 2, and 4 of this
11 agreement describe the planning, economic
12 development and Public Works services that Urban
13 Logic was retained to provide on behalf of the
14 city; correct?
15         A.  Yes.
16     Q.  And then if we go to section 5,
17 which is titled Plan Checking and Construction
18 Inspection, pursuant to section 5 of this
19 agreement, am I correct that Urban Logic was
20 retained to provide all necessary plan checking
21 and inspection services for Public Works projects
22 in the City of Beaumont?
23         A.  Yes.
24     Q.  In section V-A, Plan Checking, it
25 reads:

Page 41

1          "On behalf of the city ULC
2      under the direction of the
3      public --"
4          Strike that.  Let me start over:
5          Section V-A titled Plan Checking
6  states:
7          "On behalf of the city ULC,
8      under the direction of the
9      director of Public Works, shall
10     review the plans prepared by
11     civil engineers and other
12     appropriate professionals on
13     behalf of the city or private
14     development interests for
15     compliance with the ordinances of
16     the city."
17         Did I read that correctly?
18         A.  Yes.
19     Q.  And pursuant to this section Urban
20 Logic was being retained by the city to provide
21 this plan checking for all Public Works projects
22 undertaken by the city; true?
23         A.  Yes.
24     Q.  Okay.  And then Section V- --
25 strike that.

11  (Pages 38 to 41)



Page 42

```
 1              Section V-B, Construction
 2   Inspection.  Do you see that?
 3        A.   Yes.
 4        Q.   This section reads:
 5             "On behalf of the city ULC
 6        under the supervision of the
 7        director of Public Works shall
 8        provide inspection services
 9        during all phases of construction
10        to enforce compliance with codes
11        and conditions of approval,
12        provisions of the city
13        ordinances, Uniform Building Code
14        1991, and other requirements set
15        forth on the plans for which
16        permits were issued for
17        construction."
18             Did I read that correctly?
19        A.   Yes.
20        Q.   So pursuant to section V-B Urban
21   Logic was being retained by the City to provide
22   inspection for all Public Works projects during
23   and after completion of those projects; correct?
24        A.   Yes.
25        Q.   The next section of this contract I
```

Page 43

```
 1   want to turn your attention to is section VII,
 2   Additional Services at the bottom of Page 7 and
 3   goes to Page 8.  Do you see that?
 4        A.   Yes.
 5        Q.   So this section provides that:
 6             "The city may authorize Urban
 7        Logic Consultants to perform
 8        additional services on an
 9        as-needed basis."
10             Correct?
11        A.   Yes.
12        Q.   I should have said this at the
13   outset, at times during this deposition and in
14   these contracts, I will be referring to ULC or
15   Urban Logic.  You understand that both Urban Logic
16   and ULC is referring to Urban Logic Consultants?
17        A.   Yes.
18        Q.   And if I refer to ULC or Urban
19   Logic, you understand that I will be referring to
20   Urban Logic Consultants; correct?
21        A.   Yes.
22        Q.   At the top of Page 8 there is
23   sub-paragraphs A through K of section VII which
24   identify additional services that the city may
25   authorize Urban Logic to perform; correct?
```

Page 44

```
 1        A.   Yes.
 2        Q.   And this is not a comprehensive
 3   list; true?
 4        A.   That's correct.
 5        Q.   There could be other additional
 6   services that are not specifically identified here
 7   that the city had authority to authorize Urban
 8   Logic to perform?
 9        A.   Yes.
10        Q.   And I want to go through a few of
11   these.  Pursuant to section VII, the city had the
12   authority to authorize Urban Logic to perform
13   major ordinance or general plan revisions;
14   correct?
15        A.   Yes.
16        Q.   Pursuant to section VII the City
17   had authority to authorize Urban Logic to prepare
18   environmental impact reports and other major
19   planning documents; correct?
20        A.   Yes.
21        Q.   Section VII also authorized -- or
22   strike that.
23             Section VII also provided that the
24   city could authorize Urban Logic to perform bid
25   document preparation; correct?
```

Page 45

```
 1        A.   Yes.
 2        Q.   If we go now to section IX,
 3   Compensation to Consultant, do you see that
 4   section?
 5        A.   Yes.
 6        Q.   Am I correct that this section of
 7   Exhibit 1 discusses the fees that would be
 8   provided to Urban Logic for its services?
 9        A.   Yes.
10        Q.   In sub-paragraph 1 it states that:
11             "The services set forth in
12        Sections I, II and IV
13        compensation shall be a monthly
14        lump sum of $15,000 to be
15        renegotiated annually."
16             Correct?
17        A.   Yes.
18        Q.   So am I correct that Urban Logic
19   was being paid $15,000 to be renegotiated annually
20   for the Public Works planning and economic
21   development services that they were providing to
22   the city?
23        A.   Yes.
24        Q.   Sub-paragraph 2 of section IX
25   discusses payment for services that were set forth
```



Page 46

1    in section V.  And, again, section V is the Plan
2    Checking and Construction Inspection services;
3    correct?
4            A.  Yes.
5            Q.  All right.  And so the planned
6    checking and construction inspection services
7    pursuant to this agreement, it says:
8                "Compensation shall be on a
9            time and materials basis not
10           exceeding four and one half
11           percent of the confirmed
12           construction costs of the public
13           improvements to be constructed."
14              Correct?
15           A.  Yes.
16           Q.  And that would be for all Public
17   Works projects; correct?
18           A.  The ones being done by the City,
19   yes.
20           Q.  Okay.  To the extent that Urban
21   Logic was providing plan checking and construction
22   inspection for private development, that would not
23   be encompassed by this agreement.  Do I understand
24   that correctly?
25           A.  That would be correct.

Page 47

1            Q.  And to the extent that Urban Logic
2    was providing plan checking and construction
3    inspection services on projects that were not city
4    projects, those projects would not be subject to
5    this agreement; correct?
6            A.  That's correct.
7            Q.  This agreement is between the City
8    of Beaumont and Urban Logic Consultants; correct?
9            A.  Yes.
10           Q.  There are no other parties to this
11   agreement; correct?
12           A.  No -- yes.
13           Q.  Sorry.  I am asking questions in a
14   double negative.  Turning to section IX again,
15   sub-paragraph 4, talks about compensation for
16   additional services.  Do you see that?
17           A.  Yes.
18           Q.  All right.  And for additional
19   services set forth in section VII, it says:
20               "Compensation shall be in
21           accordance with the hourly rate
22           schedule attached to this
23           agreement as Exhibit A or based
24           upon a negotiated fixed fee
25           rate."

Page 48

1                Correct?
2            A.  Yes.
3            Q.  And if we turn to -- if you flip
4    the next page, you have got Exhibit A, and let me
5    know when you are there.
6            A.  Okay.
7            Q.  So Exhibit A is the hourly rate
8    schedule that is referenced in sub-paragraph 4 of
9    section IX; correct?
10           A.  Yes.
11           Q.  And so this is the hourly rate
12   schedule that was included in this contract that
13   set forth the hourly rate that Urban Logic would
14   charge for these additional services that were
15   performed on behalf of the city; correct?
16           A.  Yes.
17           Q.  These additional services set forth
18   in section VII were not subject to the four and a
19   half percent fee cap that is otherwise set forth
20   in this agreement; correct?
21           A.  Yes.
22           Q.  Now, this hourly rate schedule
23   would -- so this is from a 1993 contract.  I have
24   looked at some ULC invoices.  I understand that
25   this rate did change over time?

Page 49

1            A.  Yes.
2            Q.  And any time that there would be a
3    change in Urban Logic's rate, would that have to
4    be approved by the City Council?
5            A.  Yes.
6            Q.  The rates that are listed here,
7    given your experience in construction management
8    and your expertise, would you -- do you believe
9    that this hourly rate schedule is reasonable and
10   appropriate?
11               MR. DUNN:  Objection; lacks
12   foundation.
13   BY MS. VANDERWEELE:
14           Q.  You can still answer.
15           A.  Yeah, it's appropriate for the year
16   there.  Costs go up each year.  Prices go up.
17   During the time a lot of this construction was
18   going, it was very competitive.  So prices went
19   up, it's hard to get people to do the work, and
20   there were some new professional services that
21   needed to be in there such as people that worked
22   with GIS.  Some of them didn't go anymore, we had
23   secretaries, we had laptops, they had to be --
24   they did a lot of work themselves so yes, they
25   went up.

Page 50

```
1          Q.  And counsel made an objection about
2    foundation so I want to address that.  You have
3    decades of experience in construction management;
4    correct?
5          A.  Yes.
6          Q.  Have you worked with firms like
7    Urban Logic on various projects over the course of
8    your career?
9          A.  Yes.
10         Q.  And you, I take it, when you would
11   work with other engineering firms, I take it you
12   would understand what their rates were?
13         A.  Yes.
14         Q.  And, actually, why don't we -- I
15   will mark this as Exhibit 27.
16         (Exhibit No. 27 was marked for
17          identification and is attached
18          hereto.)
19   BY MS. VANDERWEELE:
20         Q.  I have just handed you a document
21   that I am going to mark as Exhibit 27.  It's
22   titled Urban Logic Consultants Inc. Engineering
23   Services Hourly Rate Comparison.  Do you see that?
24         A.  Yes.
25         Q.  And have you seen this document
```

Page 51

```
1    before?
2          A.  Yes, I did.
3          Q.  And can you just describe for me
4    what this document is showing?
5          A.  This is a hourly rate comparison
6    that the City Council asked the staff to provide
7    showing from other people what they charge for the
8    different crews and people that are involved here.
9          Q.  And if we see there is principal --
10   it says Classification, Principal ULC195.  My
11   understanding that at the time that this
12   comparison sheet was prepared Urban Logic was
13   charging $195 for services provided by a
14   principal.
15         A.  Yes.
16         MR. DUNN:  Objection; lacks
17   foundation, move to strike.
18   BY MS. VANDERWEELE:
19         Q.  And if we look at the hourly rate
20   schedule in Exhibit A, the hourly rate here was a
21   hundred dollars.
22         MR. DUNN:  Objection; vague as to
23   time.
24         THE WITNESS:  Yes.
25
```

Page 52

```
1    BY MS. VANDERWEELE:
2          Q.  And so in 1993 when this Exhibit 1
3    contract was entered into, the principals were
4    charging $100 an hour.
5          A.  Yes.
6          MR. DUNN:  Objection; lacks
7    foundation, move to strike.
8    BY MS. VANDERWEELE:
9          Q.  That's written in the document;
10   true?
11         A.  Yes.
12         MR. DUNN:  Objection; the document
13   speaks for itself.
14   BY MS. VANDERWEELE:
15         Q.  And then according to this
16   Exhibit 27, you said that this is a document that
17   was prepared by city staff?
18         MR. DUNN:  Objection; vague as to
19   time.
20         THE WITNESS:  Yes, it was.
21   BY MS. VANDERWEELE:
22         Q.  And can you tell me what time --
23   strike that.
24         Do you know when this document was
25   prepared?
```

Page 53

```
1          A.  I believe this one was 2009/2010.
2          Q.  And why is it that you believe this
3    was a document prepared sometime in 2009 or 2010?
4          A.  There were objections from people
5    about us hiring ULC continually to do the work.
6    And so we said okay, fine, we are going to do a
7    cost comparison to see what other peoples can do
8    it for.  One of the firms, Weldan (verbatim), who
9    works in some of the neighboring cities.  RBF, I
10   have dealt with them in my prior work knowing what
11   their rates were, so we asked for a comparison
12   from people.
13         Q.  And who in the city prepared this
14   document?
15         A.  This was done by city staff.  I'm
16   not sure who they were.  But we asked them to go
17   out and get this information for this.
18         Q.  And is this a document that you
19   would have reviewed when you served on City
20   Council?
21         A.  Yes.
22         Q.  And it looks -- well, I guess why
23   don't you tell me.  Looking at this rate
24   comparison sheet, do you believe that Urban Logic
25   rates for the services identified in this document
```

14  (Pages 50 to 53)





Page 54

1    are fair and reasonable?
2         A.  Yes.
3         Q.  And going back to Exhibit 1 -- I
4    may have asked you this already and I apologize.
5    I just want to make sure I have got a clear answer
6    here.  The additional services set forth in
7    section VII, those services are billed on an
8    hourly rate and are not subject to a four and a
9    half fee cap; correct?
10        A.  That's correct.
11        Q.  Urban Logic was I think you told me
12   earlier providing -- was to provide engineering
13   services for various projects for the city?
14        A.  Yes.
15        Q.  They also were providing the design
16   and surveying; correct?
17        A.  Yes.
18        Q.  Did Urban Logic also serve as the
19   actual contractor for various projects in the
20   city?
21        A.  No.
22        Q.  The engineering, the design, the
23   surveying, would it be fair to characterize those
24   as kind of more highly technical services?
25        A.  They were professional services.

Page 55

1         Q.  And those professional services
2    that I have just described were not subject to a
3    four and a half percent fee cap; correct?
4         A.  Yes.
5         Q.  You can now turn to Exhibit 2 for
6    me, please.
7             (Exhibit No. 2 was marked for
8             identification and is attached
9             hereto.)
10   BY MS. VANDERWEELE:
11        Q.  For the record, this is Agreement
12   Amending the Agreement For Planning, Economic
13   Development and Public Works Services.  It's Bates
14   stamped BEAUAIG674 through 676.
15            Sir, have you seen this document
16   before?
17        A.  Correct.
18        Q.  And is this a document -- strike
19   that.
20            Is this a contract that you would
21   have reviewed while you served as a member of the
22   City Council for the City of Beaumont?
23        A.  Yes.
24        Q.  And you would have reviewed this on
25   an annual basis?

Page 56

1         A.  Yes.
2         Q.  So this is an agreement that is
3    amending the agreement that we just looked at in
4    Exhibit 1; correct?
5         A.  Yes.
6         Q.  And this was entered into April 11,
7    1994.  Do you see that?
8         A.  Yes.
9         Q.  And if we turn to Page 2 of this
10   document, it looks like this agreement is amending
11   section V of the contract in Exhibit 1 to include
12   Public Works construction management; correct?
13        A.  Yes.
14        Q.  So now in addition to the plan
15   checking and inspection services, Urban Logic was
16   being retained by the City to provide Public Works
17   construction management?
18        A.  Yes.
19        Q.  And pursuant to section V.1 in this
20   exhibit it states that:
21            "ULC shall provide
22            construction management for each
23            Public Works project before,
24            during and after completion of
25            various stages of construction

Page 57

1            including the following services
2            related to the planning, control,
3            scheduling, estimating, and value
4            engineering of Public Works
5            projects."
6             And then it lists it looks like 21
7    examples of construction management services;
8    correct?
9         A.  Yes.
10        Q.  And I take it this is not an
11   exhaustive list; correct?
12        A.  That's correct.
13        Q.  Okay.  And here it's -- in
14   sub-paragraph A of section V.1, we have got a list
15   of construction management services that the city
16   was retaining Urban Logic to provide for Public
17   Works projects; correct?
18        A.  Yes.
19        Q.  If we turn to Page 3 of Exhibit 2,
20   this is section IX titled Compensation to
21   Consultant.  Are you with me?
22        A.  Oh, yes.
23        Q.  Okay.  And pursuant to this section
24   it states that:
25            "The services set forth in



Page 58

```
 1              section V.1, that compensation
 2         shall be on a time and material
 3         basis not exceeding four and
 4         one-half percent of the bid price
 5         awarded by the city for each
 6         project."
 7              Do you see that?
 8         A.  Yes.
 9         Q.   And so the services set forth -- or
10    strike that.
11              The Public Works construction
12    management services are subject to a four and a
13    half percent fee cap.
14         A.  Yes.
15         Q.   And throughout the deposition when
16    I refer to a fee cap or a four and a half percent
17    cap, I am referring to this four and a half
18    percent fee cap that's set forth in Exhibit 1 and
19    2.  Do you understand that?
20         A.  Yes.
21         Q.   Okay.  So am I correct that the
22    plan check/inspection, and now pursuant to
23    Exhibit 2, the Public Works construction
24    management services, those were all subject to a
25    four and a half percent fee cap?
```

Page 59

```
 1         A.  Separately.
 2         Q.   Okay.  Pursuant to this agreement,
 3    to Exhibit 1 and 2 -- or strike that.  Let me back
 4    up.
 5              This fee cap does not apply to the
 6    other professional services that we have talked
 7    about today; correct?
 8         A.  That's correct.
 9         Q.   Can you just describe for me, as I
10    am sure you probably can tell I am not a
11    construction expert, what is plan checking?
12         A.   Plan checking would be -- these
13    would be projects, plans and specifications
14    submitted to the city for a developer or someone
15    at the city may have hired to do the work, to do
16    the plans and specifications.  And they would be
17    checking those.  Most of the four and a half
18    percent was for private construction, for streets,
19    improvements and such that was going to be
20    dedicated to the city at a later date.
21    Subdivisions.  Quite a few things come in there.
22         Q.   What is construction inspection?
23         A.   Construction inspection would be
24    inspection of public projects which would be curbs
25    and gutters, for us it would be our city water
```

Page 60

```
 1    lines, our streets, soil, soil compaction, paving
 2    materials.
 3         Q.   And construction management, what
 4    types of services -- I know the contract lists 21
 5    different items, but given your experience and
 6    expertise in construction management, can you just
 7    describe for me what is construction management?
 8         A.  Okay.  Construction management,
 9    because the city used many different types of
10    funding.  Sometimes they used some federal funding
11    which specifically required to have prevailing
12    wage.  And so there would be labor reports for
13    that.  They would do the progress payments for the
14    contractor.  They would do the -- any
15    modifications that needed to be done to the
16    contract.  If it was a quantity contract, they had
17    to increase in quantities, or there was a change
18    order needed because of different site conditions,
19    they would prepare that.  And then they would do
20    progress reports on how long it was going on and
21    then they would do a final acceptance.
22         Q.   Would it be fair to say that the
23    services that fell within this four and a half
24    percent fee cap, that was more day-to-day services
25    for construction projects?
```

Page 61

```
 1         A.  Yes.
 2         Q.   Okay.  Private development projects
 3    that Urban Logic provided services on, those were
 4    not subject to a four and a half percent fee cap.
 5    Do I understand that correctly?
 6         A.  Yes.
 7         Q.   And for the additional services
 8    that Urban Logic performed for Public Works
 9    projects that were not subject to the four and a
10    half percent fee cap, again, engineering,
11    surveying, contractor services, that was all
12    billed on an hourly rate?
13         A.  Yes.
14         Q.   We talked generally earlier at the
15    beginning of the deposition about the City Council
16    reviewing contractor invoices.  Would that --
17    strike that.
18              You told me earlier that the City
19    Council reviewed all of the invoices for
20    contractors that contracted with the city;
21    correct?
22         A.  Yes.
23         Q.   And would that include invoices
24    submitted by Urban Logic?
25         A.  Yes.
```



Page 62

```
 1          Q.   Was the City Council ultimately
 2   responsible for reviewing and approving all of the
 3   payments that went to Urban Logic for the work
 4   that they did?
 5          A.   Yes.
 6          Q.   If you can turn to Exhibit 24,
 7   please.
 8          (Exhibit No. 24 was marked for
 9          identification and is attached
10          hereto.)
11   BY MS. VANDERWEELE:
12          Q.   And for the record, Exhibit 24 is a
13   Staff Report dated March 15, 2011, Bates stamped
14   BEAUAIG819 through 823.
15              Sir, have you seen this document
16   before?
17          A.   Yes.
18          Q.   It's dated March 15, 2011; correct?
19          A.   Yes.
20          Q.   And it states that it's to the
21   mayor and council members and from the city
22   manager; correct?
23          A.   Yes.
24          Q.   You were on the City Council in
25   March of 2011?
```

Page 63

```
 1          A.   Yes.
 2          Q.   The subject is Budget Workshop -
 3   Urban Logic Consultants Inc. Contract Review;
 4   correct?
 5          A.   Yes.
 6          Q.   What is a budget workshop?
 7          A.   Budget workshop is we set this up
 8   at the start of January prior to the budget having
 9   to be approved to be by G15, we would do this at
10   the council meeting each time to approve the
11   budget, basically going over what items we had in
12   the budget, what were the costs going to be that
13   year, do we have enough money planned out for it
14   and such.
15          Q.   Now, this budget workshop, it
16   looks -- strike that.
17              This memo says Budget Workshop -
18   Urban Logic Consultants Contract Review.  During
19   budget workshops would the members who
20   participated in that workshop discuss Urban Logic
21   Consultants' contracts?
22          A.   Yes.
23          Q.   Did you -- strike that.
24              Do you have a memory of
25   participating in a budget workshop in March of
```

Page 64

```
 1   2011 regarding Urban Logic Consultants?
 2          A.   Yes.
 3          Q.   So you would have been present and
 4   participated in the workshop that's referenced
 5   here in the subject line?
 6          A.   Yes.
 7          Q.   And this memo, Exhibit 24, have you
 8   seen this before today?
 9          A.   Yes.
10          Q.   You would have reviewed this when
11   you were on City Council?
12          A.   Yes.
13          Q.   And it looks like this memo was
14   prepared at the request of City Council during
15   that budget workshop dated March 1, 2011; correct?
16          A.   Yes.
17          Q.   And that's the budget workshop you
18   would have attended?
19          A.   Yes.
20          Q.   And I don't want to go through this
21   in granular detail, but just briefly here, this
22   memo discusses the scope of Urban Logic's
23   contracts; correct?
24          A.   Yes.
25          Q.   And if we go to Page 2, this
```

Page 65

```
 1   section of the memo discusses the two contracts
 2   that we have just been talking about, Exhibits 1
 3   and 2; correct?
 4          A.   Yes.
 5          Q.   And I want to focus your attention
 6   to the first full paragraph of Exhibit 2 that's
 7   talking about the September 27, 1993.  That's the
 8   agreement for community economic development and
 9   Public Works services.  Here this paragraph is
10   talking about services that Urban Logic provided
11   and it states that:
12          "Plan check services covered
13          over 9,000 new lots and over 4
14          million square feet of commercial
15          and industrial land uses."
16          Do you see that?
17          A.   Yes.
18          Q.   It says:
19          "Plan check services also
20          included work required to
21          implement millions of dollars of
22          privately funded major backbone
23          infrastructure improvements and
24          for major Public Works projects."
25          Do you see that?
```

Page 66

```
 1          A.  Yes.
 2          Q.  The plan check services that Urban
 3  Logic provided on behalf of the city for these
 4  privately funded major backbone infrastructure
 5  improvements, would that -- would those plan check
 6  services be subject to a four and a half percent
 7  fee cap?
 8          A.  No.
 9          Q.  And that's because it's privately
10  funded work; correct?
11          A.  Yes.
12          Q.  And it states in this memo that
13  those privately funded info structure improvements
14  required implementation of millions of dollars;
15  correct?
16          A.  Yes.
17          Q.  The last full paragraph of
18  Exhibit 2, it talks about the consistency of ULC's
19  billing with its contract services.  Do you see
20  that?
21          A.  Yes.
22          Q.  And this section of the memo states
23  that:
24              "Billings for all contracts
25          and all contractors are reviewed
```

Page 67

```
 1          by the finance department prior
 2          to making a recommendation for
 3          payment."
 4          Do you see that?
 5          A.  Yes.
 6          Q.  After the finance department would
 7  review, make recommendations for payment, the City
 8  Council would also review contractors' invoices
 9  including Urban Logic's; correct?
10          A.  Yes.
11          Q.  And again, ultimately the City
12  Council had to approve payment to all contractors
13  including Urban Logic?
14          A.  Yes.
15          Q.  The next page Exhibit 3, there is a
16  heading:
17              "Evaluation of ULC contract
18          services."
19          Do you see that?
20          A.  Yes.
21          Q.  And this next paragraph states
22  that:
23              "It -- describing every
24          project that ULC has helped the
25          city complete over the past 18
```

Page 68

```
 1          years would require a lengthy
 2          narrative."
 3          Do you see that?
 4          A.  Yes.
 5          Q.  Do you agree with that?
 6          A.  Yes, I do.
 7          Q.  Okay.  There is a list of, let's
 8  see, 14 different projects on Page 3.  Are these
 9  all projects that Urban Logic provided services on
10  on behalf of the city?
11          A.  Yes.
12          Q.  And the city paid Urban Logic for
13  services that they provided that are listed here?
14          A.  Yes.
15          Q.  I take it that these 14 projects
16  are a small subset of all of the projects that
17  Urban Logic worked on while you were on City
18  Council?
19          A.  Yes.
20          Q.  And, again, for the projects that
21  are listed here on Page 3, am I correct that only
22  the plan checking, inspection and construction
23  management services would be subject to that four
24  and a half percent fee cap?
25          A.  On most of them.  Some of them were
```

Page 69

```
 1          done for other agencies.  Let me -- no, you are
 2          correct.
 3          Q.  You just mentioned other agencies.
 4  What are you referring to?
 5          A.  We had agreements, interagency
 6  agreements, with the school district, the water
 7  district, and the parks and recreation district to
 8  do work for them.  And so we -- we built
 9  facilities for them.  Did a lot of work for the
10  water district, we rebuilt all their waterline
11  systems, designed a new water storage tank five
12  miles away, elevation height, new water laterals,
13  park -- park district got their parks completely
14  redone by new fields, all paving and roads and
15  hooked up to sewer and things like that.
16          Q.  In all of the work that was done
17  for the water district, the school district and I
18  think you mentioned the Parks and Rec district,
19  Urban Logic provided services for those projects;
20  correct?
21          A.  Yes.
22          Q.  And the plan check/inspection and
23  construction management services that Urban Logic
24  would provide on those projects for the water
25  district, school district, and Parks and Rec
```



Page 70

```
 1   district, were those services subject to a four
 2   and a half percent fee cap?
 3        A.  No.
 4        Q.  This might be a silly question, but
 5   the water district, parks district, and school
 6   district are not parties to the contract that we
 7   were looking at in Exhibit 1 and 2?
 8        A.  That is correct.
 9        Q.  How are we doing on time?  We have
10   gone about an hour.  Do you need a break or are
11   you good?
12        A.  I am okay.
13        MS. VANDERWEELE:  Jeff, are you
14   okay?
15        MR. DUNN:  I am fine.  Thank you
16   for asking.
17        MS. VANDERWEELE:  Okay.  Yep, we
18   will keep plugging along then.
19   BY MS. VANDERWEELE:
20        Q.  Okay.  I am going to now ask you to
21   turn to exhibit -- or strike that.  Sorry.  We've
22   got to stay on Exhibit 24.  I realized I'm not
23   done.
24        Actually, no, let's -- sorry.
25   Let's go to Exhibit 22, please.
```

Page 71

```
 1        (Exhibit No. 22 was marked for
 2   identification and is attached
 3   hereto.)
 4   BY MS. VANDERWEELE,
 5        Q.  And for the record, Exhibit 22
 6   says:
 7        "City of Beaumont Report on
 8        Municipal Services Privatization
 9        Planning Economic Development of
10        Public Works Services."
11        Bates stamped ULCAIG3410 through
12   3419.
13        Sir, have you seen this document
14   before?
15        A.  Yes.
16        Q.  It's dated October 1, 2010.  It's
17   stated that it's updated February 2011.  Do you
18   see that?
19        A.  Yes.
20        Q.  You would have been on City Council
21   when this report was prepared?
22        A.  Yes.
23        Q.  Is this -- let me check.  Do you
24   have a memory of reviewing this document when you
25   served on City Council?
```

Page 72

```
 1        A.  Yes.
 2        Q.  This was prepared by city manager?
 3        A.  Yes.
 4        Q.  If you go to -- it's Page 3 of
 5   Exhibit 22 where it says Background and Summary.
 6   I think you are there.
 7        A.  Yes.
 8        Q.  Excellent.  If you look at the last
 9   paragraph, the third paragraph here, it says:
10        "Urban Logic has performed in
11        a highly competent and cost
12        effective manner and has formed
13        an excellent technical base and
14        professional procedures with
15        qualified personnel to deal with
16        the growth pressure the city is
17        currently experiencing and will
18        continue to experience over the
19        ensuing years."
20        Do you see that?
21        A.  Yes.
22        Q.  Do you agree with what's written
23   there?
24        A.  Yes.
25        Q.  Given your construction management
```

Page 73

```
 1   expertise -- or strike that, let me back up.
 2        When you served on City Council, I
 3   take it you were continually advised about the
 4   work that Urban Logic was doing?
 5        A.  Yes.
 6        MR. DUNN:  Objection; vague as to
 7   who advised.
 8   BY MS. VANDERWEELE:
 9        Q.  Who would advise you about Urban
10   Logic's work that they were doing for the city
11   when you served on City Council?
12        A.  Okay.  City manager, city engineer,
13   city planner, and the city economic development
14   director.
15        Q.  And would you from time to time go
16   out and actually look at the construction work
17   that was going on within the city?
18        A.  Yes.
19        Q.  You would personally observe the
20   projects that were being undertaken by Urban
21   Logic?
22        A.  Yes.  Actually, we had some tours
23   that they scheduled for us.  We took a city bus
24   out there and looked at the sewage treatment
25   plant.  Other work that they were doing up on
```



Page 74

1  roads and projects.
2       Q.  Would you also review any documents
3  related to the work that Urban Logic was doing?
4       A.  Yes.
5       Q.  What type of documents would you
6  look at?
7       A.  Okay, we would get all the plans
8  and specifications and working in construction
9  engineering, I would review those plans and
10  specifications.  And sometimes I find minor
11  mistakes and I'd let them know about it but they
12  were -- they were well done.
13       Q.  Based on your review of the
14  documents that you just described for me and your
15  own observations of the work that Urban Logic was
16  doing, do you agree that Urban Logic performed in
17  a highly competent and cost effective manner?
18       A.  Yes.
19       Q.  Do you agree that Urban Logic had
20  qualified personnel to deal with the growth
21  pressures that the city was experiencing?
22       A.  Yes.
23       Q.  And I want to ask you about that.
24  It looks to me in documents that I reviewed that
25  the City of Beaumont experienced a lot of growth

Page 75

1  during your tenure on City Council.
2       A.  Yes.
3       Q.  Can you just describe for me based
4  on your observations and what you know about the
5  City of Beaumont while you served on City Council
6  how it is that the city grew and expanded while
7  you were on City Council?
8       A.  Well, prior to us having the
9  contract with Urban Logic, the city had not too
10  good a progress on getting new development in.
11  The neighboring cities was taking some of the
12  business away from us.  We weren't getting the
13  projects.  And it was because the developers were
14  not getting the information they needed in a
15  timely manner.
16            Once we re-did how we did our
17  business, we came up with a 45-day quick -- I call
18  it a quick review or quick -- you know, that you
19  would yea or nay this project can move forward,
20  developers started coming in and were willing to
21  work with us because we were willing to work with
22  them.
23       Q.  While you served on the City
24  Council, having reviewed the plans and
25  specifications for work that Urban Logic provided

Page 76

1  services on, would it be fair to say that you were
2  generally satisfied with the work performed by
3  Urban Logic on behalf of the city?
4       A.  Yes.
5       Q.  You told us that as part of your
6  duties and responsibilities on City Council you
7  had to review invoices submitted by Urban Logic.
8  Do you believe that Urban Logic was appropriately
9  billing for services that it performed on behalf
10  of the city?
11       A.  Yes.
12       Q.  And can you tell me the basis for
13  that opinion?
14       A.  Because of the -- as I said, it was
15  very -- some of the work was very technical and
16  required specialized people to do the work.  You
17  were getting permits from the State Water Quality
18  Control Board, U.S. Army Corps of Engineers.  We
19  had permits to cross the railroad tracks.  We had
20  roads and bridges that had not been done in 40
21  years.  There was just a lot of things that had to
22  be done in order to -- we had one in particular,
23  we had a sewage line that had hazardous waste in
24  it.  There was radioactive material from a
25  building we were tearing down.  That had to be

Page 77

1  coordinated and taken up to Hanford, Washington.
2  They handled all this and got proper permits from
3  the state.
4       Q.  So given the nature and the scope
5  of the work that Urban Logic was providing,
6  especially during these periods of rapid growth in
7  the city, the invoices that Urban Logic submitted
8  to the city for payment, that was all for work
9  that was actually done; correct?
10       A.  Yes.
11            MR. DUNN:  Objection; move to
12  strike, lacks foundation.
13  BY MS. VANDERWEELE:
14       Q.  And you have -- strike that.
15            I understand as you sit here today
16  you might not have a memory of all of the invoices
17  from Urban Logic but I take it given that the City
18  Council was responsible for reviewing those
19  invoices, you understood the work that the city
20  was paying Urban Logic to perform?
21       A.  Yes.
22       Q.  And certainly if you felt that
23  Urban Logic was submitting invoices for payment
24  for work that they weren't doing, you certainly
25  would not have approved those payments; correct?



Page 78

```
 1        A.  That's correct.
 2        Q.  And at any time during your tenure
 3   on City Council did you have any reason to believe
 4   that Urban Logic was submitting false invoices?
 5        A.  No.
 6        Q.  Did you -- strike that.
 7            During your time on City Council
 8   did you have any reason to believe that Urban
 9   Logic was submitting grossly inflated invoices?
10        A.  No.
11        Q.  And I take it given that you knew
12   what Urban Logic was doing for the city, the work
13   they were providing, and the projects that were
14   being undertaken by the City, if you had suspected
15   that Urban Logic was submitting invoices that were
16   grossly inflated or false, those would not have
17   been approved under your watch?
18        A.  That's correct.
19        Q.  If we turn to the next page of
20   Exhibit 22 -- actually, if we look at Paragraph 2
21   this talks about the request for proposal that I
22   was asking you about earlier.  Does the history of
23   development services staffing described here on
24   Exhibit 2, is this an accurate summary of kind of
25   what led to the city hiring Urban Logic
```

Page 79

```
 1   Consultants as a contractor?
 2        A.  Yes.
 3        Q.  The last paragraph on Page 2 of
 4   this report, which is actually Page 4 of
 5   Exhibit 22, it talks about the completion of the
 6   wastewater treatment plant.  Do you see that?
 7        A.  Yes.
 8        Q.  And here this paragraph states
 9   that:
10            "The city requested that
11        Urban Logic provide personnel to
12        assume the operation of the new
13        wastewater reclamation facility.
14        Urban Logic Services was
15        subsequently formed and
16        contracted to operate the
17        wastewater reclamation facility."
18        Do you see that?
19        A.  Yes.
20        Q.  And we were talking about that a
21   little bit earlier in the deposition; correct?
22        A.  Yes.
23        Q.  The services that Urban Logic
24   performed to operate this facility, those were not
25   subject to a four and a half percent fee cap;
```

Page 80

```
 1   correct?
 2        A.  Yes, that's correct.
 3        Q.  If you turn to, it's Page 6 of --
 4   or strike that.
 5            If you could please turn to Page 5
 6   of this report, which is Page 7 of Exhibit 22, at
 7   the top it says Analysis of Current Development
 8   Services Staffing.  Do you see that?
 9        A.  Yes.
10        Q.  And there is a description of the
11   current services being provided by Urban Logic
12   Consultants; correct?
13        A.  Yes.
14        Q.  And it looks like here it says:
15        "Urban Logic Consultants has
16        for over 18 years fulfilled all
17        requested city requirements in
18        the development services area
19        with the exception of elements
20        that were mentioned above."
21            And then this document goes on to
22   identify the services that Urban Logic was
23   providing; correct?
24        A.  Yes.
25        Q.  And if we turn to the next page,
```

Page 81

```
 1   Exhibit 6, there is a paragraph that says "In
 2   addition."  Do you see that?
 3        A.  Yes.
 4        Q.  Okay.  So this paragraph states
 5   that:
 6        "In addition to the 16
 7        full-time equivalent personnel
 8        that are reflected above,
 9        additional services are provided
10        on a subcontractural basis as
11        required in the surveying and
12        geotechnical service areas."
13        Do you see that?
14        A.  Yes.
15        Q.  The surveying and geotechnical
16   service areas, I think you were telling me about
17   this earlier, but those services are not subject
18   to a four and a half percent fee cap; correct?
19        A.  That is correct.
20        Q.  The next sentence states:
21        "Urban Logic has additional
22        in-house and contracted personnel
23        with special expertise in
24        mechanical engineering,
25        sanitary/wastewater engineering,
```

21  (Pages 78 to 81)



Page 82

1    and electrical engineering to
2    address specific issues as
3    required."
4         Do you see that?
5    A.  Yes.
6    Q.  The services like mechanical
7  engineering and electrical engineering, those are
8  not subject to a four and a half percent fee cap;
9  correct?
10    A.  Correct.
11    Q.  If you turn to the last page of
12  this document which is Page 8 of this report, do
13  you see the first paragraph, it says that:
14         "Additional services provided
15         on a consulting basis for which
16         costs would accrue similarly as
17         they apply to the current
18         contractual agreement includes
19         surveying, subdivision plan
20         checking and external
21         geotechnical engineering."
22         Do you see that?
23    A.  Yes.
24    Q.  The geotechnical engineering and
25  the surveying, those are not subject -- those

Page 83

1  services are not subject to a four and a half
2  percent fee cap; correct?
3    A.  Yes.
4    Q.  The administrative services that
5  Urban Logic -- or strike that.
6         MS. VANDERWEELE:  I am going to
7  take a quick break.  We will go off the record.
8         VIDEOGRAPHER:  Off the record.  The
9  time is 10:19 a.m.
10         (Whereupon, a recess was held from
11         10:19 a.m. to 10:29 a.m.)
12         VIDEOGRAPHER:  On the record.  The
13  time is 10:29 a.m.
14  BY MS. VANDERWEELE:
15    Q.  So at the time that -- I guess just
16  to preface it, I want to talk now about the ULC
17  principals and their role as city officials.  And
18  the ULC principals, you understand that to be
19  Mr. Moorjani, Mr. Dillon, and Mr. Egger?
20    A.  Yes.
21    Q.  So if I say ULC principals, I am
22  referring to those three individuals, okay?
23    A.  Okay.
24    Q.  At the time that Mr. Moorjani,
25  Mr. Dillon, and Mr. Egger were principals of ULC,

Page 84

1  they also served as department heads for the City
2  of Beaumont.  Do I understand that correctly?
3    A.  Yes.
4    Q.  And, again, Mr. Moorjani was the
5  Public Works director, Mr. Dillon was the economic
6  development director, and Mr. Egger was the
7  planning director; is that correct?
8    A.  Yes.
9    Q.  While you served on the City
10  Council, Urban Logic Consultants, as we talked
11  about earlier, did business for the city as a
12  qualified professional contractor.
13    A.  Yes.
14    Q.  And like we have talked about for
15  the past hour or so, Urban Logic was providing
16  plan checking, inspection, construction
17  management, engineering, and other services for
18  the City of Beaumont.
19    A.  Yes.
20    Q.  While you were on the City Council
21  and prior to 2011, fair to say that you understood
22  that the ULC principals had what I like to call as
23  a dual role.  They served as a contracted city
24  official and were also owners of Urban Logic, an
25  entity doing business with the city.

Page 85

1    A.  Yes.
2    Q.  Based on your interactions and
3  discussions with your fellow City Council members,
4  did you believe that the other City Council
5  members for the City of Beaumont before 2011
6  understood that the ULC principals had this dual
7  role as a city official and owner of an entity
8  that did business with the city?
9    A.  Yes.
10         MR. DUNN:  Objection; lacks
11  foundation, calls for legal opinion or conclusion,
12  violates deliberative process privilege, move to
13  strike the witness's response.
14  BY MS. VANDERWEELE:
15    Q.  I take it it was no secret on the
16  City Council that Urban Logic's principals were
17  acting as city officials while also owning a
18  business that did business with the city; correct?
19    A.  That is correct.  And, in fact,
20  they were -- new council members were given an
21  opportunity and were provided with the information
22  as to what their role were and staff in a first
23  meeting when they came on City Council.
24    Q.  Just so I understand that
25  correctly, are you saying that new City Council

22  (Pages 82 to 85)



Page 86

1  members would be given information at the
2  beginning of their tenure on City Council that
3  would describe the work that Urban Logic was doing
4  and the fact that the principals were serving in
5  official positions?
6        A.  Yes.
7        Q.  Did the ULC principals in their
8  role as city officials participate in discussions
9  with City Council about construction projects that
10  Urban Logic was providing services on behalf of
11  the city for a fee?
12        A.  Yes.
13        Q.  Did the principals also like make
14  recommendations to City Council regarding
15  construction projects on which Urban Logic was
16  providing services on behalf of the city for a
17  fee?
18        A.  Yes.
19        Q.  Would the Urban Logic -- and all of
20  the discussions with the City Council and the
21  recommendations to City Council regarding those
22  construction projects that Urban Logic would be
23  working on and making money off of for a fee, that
24  was all before 2011 and after?
25        A.  Yes.

Page 87

1        Q.  Would the ULC principals in their
2  role as city officials participate in discussions
3  about bids that were submitted in connection with
4  construction projects that were undertaken by the
5  City?
6        A.  Yes.
7        Q.  Would the ULC principals make
8  recommendations to City Council regarding those
9  bids that were submitted?
10        A.  Yes.
11        Q.  And if those bids were submitted
12  for a Public Works project and were approved and
13  authorized by the city, Urban Logic would be
14  providing the plan check/inspection, and
15  construction management services for those
16  projects?
17        A.  Yes.
18        Q.  And they would be charging the city
19  a fee for those services; correct?
20        A.  Yes.
21        Q.  And when you were on City Council
22  you understood how all of that worked I take it?
23        A.  Yes.
24        Q.  Would the ULC principals in their
25  role as city officials recommend that the city

Page 88

1  award contracts to other contractors on projects
2  in which Urban Logic was being paid a fee to
3  provide services?
4        A.  Yes.
5        Q.  And you knew that; correct?
6        A.  Yes.
7        Q.  You knew that before 2011?
8        A.  Yes.
9        Q.  You knew that after 2011?
10        A.  Yes.
11        Q.  Based on your interaction and
12  discussions with the other City Council members
13  who served with you, do you believe that they also
14  understood that the ULC principals were making
15  recommendations to the city to award contracts to
16  other contractors for projects on which Urban
17  Logic would be providing services and -- for a
18  fee?
19        A.  Yes.
20        MR. DUNN:  Objection; move to
21  strike, lacks foundation, vague as to time, calls
22  for speculation, and invades mental process or
23  deliberative process privilege.
24  BY MS. VANDERWEELE:
25        Q.  And is it your understanding that

Page 89

1  the City Council members that served with you knew
2  about what was going on with the Urban Logic
3  principals and their role as city officials all
4  before 2011 --
5        MR. DUNN:  Objection --
6  BY MS. VANDERWEELE:
7        Q.  -- is that correct?
8        MR. DUNN:  Objection; lacks
9  foundation, calls for speculation.
10        THE WITNESS:  Yes.
11  BY MS. VANDERWEELE:
12        Q.  And, sir, I take it when you served
13  on City Council for over 20 years that you would
14  discuss things with your fellow City Council
15  members?
16        A.  Yes.  In the Council meeting.
17        Q.  And would that include discussing
18  the work that Urban Logic did?
19        A.  Yes.
20        Q.  Would your discussions with your
21  fellow City Council members also include
22  discussing the work that Mr. Moorjani, Mr. Dillon,
23  and Mr. Egger did as city officials for the City
24  of Beaumont?
25        MR. DUNN:  Objection; vague as to

23  (Pages 86 to 89)





Page 90

```
1    time.
2          THE WITNESS:  Yes.
3    BY MS. VANDERWEELE:
4          Q.   And that would be throughout the
5    entire time that you served on City Council, you
6    would have discussions with City Council members
7    about the principals' work for the city?
8          A.   Yes.
9          Q.   And their role as city officials;
10   correct?
11         A.   Yes.
12         MS. VANDERWEELE:  Let's go to
13   Exhibit 25, please.
14         (Exhibit No. 25 was marked for
15          identification and is attached
16          hereto.)
17   BY MS. VANDERWEELE:
18         Q.   So Exhibit 25 it's a subset of
19   documents Bates stamped BEAUMONTAIG82496 through
20   82499.  And I want to first turn your attention to
21   the second page of Exhibit 25.  This is a Staff
22   Report dated February 3, 2004; correct?
23         A.   Yes.
24         Q.   And it's to the Mayor and Council
25   Members from the Community and Economic
```

Page 91

```
1    Development Department; correct?
2          A.   Yes.
3          Q.   The subject is Beaumont Avenue and
4    Oak Valley Parkway Intersection Street Closure For
5    Waterline Construction and Authorization to Expend
6    Community Facilities, District No. 93-1 Funds For
7    Beaumont Cherry Valley Water District Facilities;
8    correct?
9          A.   Yes.
10         Q.   That was a mouthful.  So this is a
11   staff report that looks like it was signed by
12   David Dillon in his role as the economic
13   development director?
14         A.   Yes.
15         Q.   And this was a staff report
16   prepared by the economic development department?
17         A.   Yes.
18         Q.   And this was submitted to the Mayor
19   and City Council?
20         A.   Yes.
21         Q.   And I take it you would have
22   reviewed this as your role as a City Council
23   member in February 2004?
24         A.   Yes.  We had to approve all street
25   closures.
```

Page 92

```
1          Q.   Just generally, the staff reports
2    that -- I have seen numerous staff reports
3    throughout this case, staff reports would be
4    submitted to City Council for review?
5          A.   Yes.
6          Q.   And this particular Staff Report
7    includes a recommendation that's being made;
8    correct?
9          A.   Yes.
10         Q.   And it looks like Mr. Dillon here
11   is recommending -- or strike that.
12         It looks like the economic
13   development department is recommending that the
14   City Council approve a street closure and a
15   project report and asking that the mayor execute
16   the project report.
17         A.   Yes.
18         Q.   And if we look at the first page of
19   Exhibit 25, this is a project progress report.  Is
20   this the project progress report that's being
21   referenced in the Staff Report on the next page of
22   this exhibit?
23         A.   Yes.
24         Q.   Okay.  So the Staff Report dated
25   February 3, 2004, and signed by Mr. Dillon, is
```

Page 93

```
1    recommending that the City Council approve and the
2    mayor sign the project report here that's on the
3    first page of Exhibit 25 dated February 3, 2004;
4    is that correct?
5          A.   Yes.
6          Q.   And so it looks like this -- the
7    first page of Exhibit 22 is signed by the mayor?
8          A.   Yes.
9          Q.   Do you recognize the signature?
10         A.   Yes.
11         Q.   Whose signature is this?
12         A.   Larry Dressel.
13         Q.   And he was mayor in 2004?
14         A.   Yes.
15         Q.   Mr. Dressel served on City Council
16   with you?
17         A.   Yes.
18         Q.   The fact that Mr. Dressel as the
19   mayor signed this document, it looks like this
20   is -- does this mean that the City Council
21   approved authorization of this project report?
22         MR. DUNN:  Objection; calls for
23   legal opinion or conclusion.
24         THE WITNESS:  Yes.
25
```

24  (Pages 90 to 93)




Page 94

BY MS. VANDERWEELE:

1  BY MS. VANDERWEELE:
2     Q.  When the staff reports would be
3  submitted to City Council for approval, at the top
4  here it says Agenda Item 2.f.
5     A.  Yes.
6     Q.  So does that mean that this Staff
7  Report was an agenda item for one of the City
8  Council meetings?
9     A.  Yes.
10    Q.  And correct me if I'm wrong, I want
11 to make sure I understand this.  A Staff Report
12 would be submitted making a retention to City
13 Council, it would be placed on the agenda for the
14 City Council during one of its meetings, and then
15 the City Council would have to vote to either
16 approve or to not approve the recommendation being
17 made here in the Staff Report?
18    A.  That's --
19       MR. DUNN:  Objection; compound.
20       THE WITNESS:  That is correct
21 because it's got the City Council approval date on
22 there.
23 BY MS. VANDERWEELE:
24    Q.  Okay.  So the mayor cannot sign a
25 project progress report unless it's approved by

Page 95

1  City Council?
2     A.  That's correct.
3     Q.  And are project progress reports
4  that are approved by the City Council, is that
5  done by resolution?
6     A.  I believe so.
7     Q.  Okay.  And that would be reflected
8  in meeting minutes?
9     A.  Yes.
10    Q.  All right.  And so the mayor has
11 signed the project -- progress report here in
12 Exhibit 25.  That's on the first page.  Indicating
13 to you that the City Council voted and approved of
14 the recommendation made in the Staff Report on the
15 second page of this exhibit; correct?
16    A.  That's correct.
17    Q.  And if we look at the project
18 progress report, it states in the "Recommendation
19 for City Council Action" section which is the
20 bottom section of this progress report, it states:
21       "The recommendation for City
22       Council is that it approve and
23       authorize staff and qualified
24       contractors to complete the
25       following work:"

Page 96

1        And then it says:
2        "Urban Logic:  Complete the
3        inspection and construction
4        management of the project."
5        Do you see that?
6     A.  Yes.
7     Q.  So this -- by approving the project
8  progress report that we see here, the City Council
9  is approving that Urban Logic complete the
10 inspection and construction management of the
11 project?
12    A.  Yes.
13       MR. DUNN:  Objection; legal opinion
14 or conclusion.  Move to strike.
15 BY MS. VANDERWEELE:
16    Q.  And the -- do you see where it says
17 recommendation for City Council action?
18    A.  Yes.
19    Q.  Is that referring to the
20 recommendation that's in the Staff Report signed
21 by Mr. Dillon?
22    A.  Yes.
23    Q.  So Mr. Dillon is recommending that
24 Urban Logic complete the inspection and
25 construction management of the project.  City

Page 97

1  Council would have to consider that
2  recommendation?
3     A.  Yes.
4     Q.  And would have to vote on that
5  recommendation?
6     A.  Yes.
7     Q.  And as we can see here that
8  recommendation was approved; correct?
9     A.  Yes.
10    Q.  Let's go to Exhibit 26, please.
11       (Exhibit No. 26 was marked for
12       identification and is attached
13       hereto.)
14 BY MS. VANDERWEELE:
15    Q.  So Exhibit 26 is another -- it's a
16 Project Progress Report -- strike that.  Let me
17 back up.
18       Exhibit 26, for the record, is
19 Bates stamped BEAUMONTAIG82478 through 82479.
20 There is a Project Progress Report and then
21 another Staff Report, both dated June 15, 2004;
22 correct?
23    A.  Yes.
24    Q.  I want to start with the Staff
25 Report.  The Staff Report is the second page of





Page 98

```
 1   this exhibit.  It says Agenda Item 2.c in the
 2   upper right-hand corner.  Do you see that on the
 3   Staff Report?
 4        A.  Yes.
 5        Q.  Does this indicate to you that the
 6   Staff Report was an agenda item for one of the
 7   City Council meetings?
 8        A.  Yes.
 9        Q.  And so this staff report is to the
10   mayor and council members and from the community
11   and economic development department; correct?
12        A.  Yes.
13        Q.  And it's signed by Mr. Dillon in
14   his capacity as the economic development director?
15        A.  Yes.
16        Q.  So it looks like to me -- actually,
17   let me do it this way.  If you could take a moment
18   to review this and then let me know when you are
19   done.
20        A.  I am done.
21        Q.  Okay.  So it looks to me that this
22   is a Staff Report asking the City Council to
23   approve plans and specifications for the
24   San Timoteo --
25        A.  Yes.
```

Page 99

```
 1        Q.  Am I saying that correctly?  So
 2   this is a Staff Report recommending that City
 3   Council approve plans and specifications for the
 4   San Timoteo sewer and fee credits to Pardee Homes;
 5   correct?
 6        A.  Yes.
 7        Q.  The fiscal impact section of this
 8   Staff Report states that the project -- the fiscal
 9   impact section of this Staff Report states that
10   the project will be funded entirely from CFD
11   No. 93-1 funds and that the estimated cost of the
12   project would be approximately $3.5 million.
13   Correct?
14        A.  Yes.
15        Q.  So it looks like -- so Mr. Dillon
16   in his role as economic development director is
17   recommending that the City Council approve plans
18   and specifications for this project; correct?
19        A.  Yes.
20        Q.  And then if we turn to the first
21   page of this exhibit, it is signed and dated --
22   signed by Mr. Dressel in his role as mayor on
23   June 15 in 2004; correct?
24        A.  Yes.
25        Q.  Do you recognize the signature
```

Page 100

```
 1   here?
 2        A.  Yes.
 3        Q.  And whose signature that?
 4        A.  That's Larry Dressel.
 5        Q.  Okay.  You've worked with
 6   Mr. Dressel on City Council for a number of years?
 7        A.  Yes.
 8        Q.  At the top here it says -- there is
 9   a section for professional services subcontractors
10   and identifies Urban Logic Consultants and Dennis
11   Janda & Associates and CEG Engineering Geology.
12   Do you see that?
13        A.  Yes.
14        Q.  Does this mean that the
15   professional services subcontractors identified
16   here, were these -- that's okay -- these
17   professional services subcontractors identified at
18   the top of this exhibit were subcontractors for
19   the project that's encompassed by this progress
20   report?
21        A.  Yes.
22        Q.  And that's the San Timoteo sewer?
23        A.  Yes.
24        Q.  By virtue of the fact that
25   Mr. Dressel signed this on June 15, 2004, does
```

Page 101

```
 1   that mean that the City Council voted and approved
 2   the recommendation made by Mr. Dillon in his Staff
 3   Report dated June 15, 2004?
 4        A.  Yes.
 5            MR. DUNN:  Objection; lacks
 6   foundation, move to strike.
 7   BY MS. VANDERWEELE:
 8        Q.  You were on City Council for how
 9   many years?
10        A.  21 years.
11        Q.  I take it you understand if a
12   Project Progress Report is signed, that means it
13   had to have been voted on and approved by City
14   Council?
15        A.  Yes.  And I specifically remember
16   this one.
17        Q.  Okay.  Why is that?
18        A.  Because it deals with the
19   San Timoteo road there we were doing.  It had a
20   lot of work to be done on it.  It had to be
21   matched to the railroad tracks, it had to be
22   enlarged -- it was encompassing a lot more work,
23   part of a bigger project.  This was the first
24   phase of it.
25        Q.  The construction budget is three
```

26 (Pages 98 to 101)





Page 102

1    and a half million dollars.  That leads me to
2    believe it was a fairly big project.
3         A.  It was.
4         Q.  Okay.  And the Project Progress
5    Report at the bottom there is a recommendation for
6    City Council action.  Do you see that?
7         A.  Yes.
8         Q.  And then it says:
9          "Urban Logic:  Complete the
10         inspection and construction
11         management process."
12        A.  Yes.
13        Q.  Do you see that?  Okay.  So does
14   this mean, and correct me if I'm wrong, that the
15   economic development department led by Mr. Dillon
16   was recommended that the City Council approve
17   Urban Logic to complete the inspection and
18   construction management process?
19        A.  Yes.
20        Q.  And as we talked about earlier
21   because this was signed by the mayor, that means
22   it was voted on by City Council and approved;
23   correct?
24        A.  Yes.
25             MR. DUNN:  Objection; lacks

Page 103

1    foundation.  Move to strike.
2    BY MS. VANDERWEELE:
3         Q.  And you have specific memory of the
4    City Council considering the Staff Report and
5    recommendation made by Mr. Dillon on the second
6    page of this exhibit and the City Council did, in
7    fact, vote and approve; correct?
8         A.  Yes.
9         Q.  While you were a member of City
10   Council, you know, given all of the work that
11   Urban Logic was doing on behalf of the city, I
12   take it you understood that Urban Logic was
13   receiving a financial benefit from the Public
14   Works projects that ULC was providing services on?
15        A.  Yes.
16        Q.  And I take it you understood that
17   as the owners of Urban Logic, Mr. Egger,
18   Mr. Dillon, and Mr. Moorjani themselves received a
19   financial benefit from the services that ULC
20   performed for the city?
21        A.  Yes.
22        Q.  I take it you understood when you
23   served on City Council that that financial benefit
24   that Mr. Egger, Mr. Dillon, and Mr. Moorjani
25   received would have certainly exceeded $25,000?

Page 104

1         A.  Yes.
2         Q.  And your understanding about the
3    financial benefit that the ULC principals were
4    earning from the work that ULC performed on the
5    city, you knew all of that before 2011; correct?
6         A.  Yes.
7         Q.  Based on your discussions and
8    interactions with the City Council members about
9    the work that Urban Logic was doing, it would be
10   invoices that Urban Logic was submitting, do you
11   believe that the other members of City Council
12   understood before 2011 that Mr. Egger, Mr. Dillon,
13   and Mr. Moorjani as owners of Urban Logic were
14   receiving a financial benefit from the services
15   that Urban Logic was performing in excess of
16   $25,000?
17             MR. DUNN:  Objection; calls for --
18   excuse me -- objection; lacks foundation, calls
19   for speculation.
20             THE WITNESS:  Yes.
21   BY MS. VANDERWEELE:
22        Q.  Now, as I understand it, I have
23   reviewed City Council meeting minutes during
24   public comment periods -- I think it was started
25   in the early 2000s.  There were a few individuals,

Page 105

1    I think a few of them may have been citizens from
2    the City of Beaumont, some may not have been --
3    but individuals that raised concerns to City
4    Council about a potential conflict of interest.
5    Do you recall that?
6         A.  Yes.
7         Q.  Did you attend City Council
8    meetings during which members of the public raised
9    concerns about a conflict of interest with Urban
10   Logic?
11        A.  Yes.
12        Q.  Were you present at City Council
13   meetings before 2011 where those concerns about a
14   conflict of interest were raised?
15        A.  Yes.
16        Q.  Actually, if you go to Exhibit 24
17   for me.  Page -- so Exhibit 24, again, is this
18   March 15, 2011, Budget Workshop Staff Report.  And
19   on the fourth page, the second half of this page
20   discusses a claim of conflict of interest.  Do you
21   see that?
22        A.  Yes.
23        Q.  And if we look at -- actually, take
24   a moment to read this section and just let me know
25   when you are done.



Page 106

```
 1          (Document reviewed by witness.)
 2          THE WITNESS:  I am done.
 3   BY MS. VANDERWEELE:
 4          Q.  Okay.  I take it when you were on
 5   City Council and prior to 2011 you understood that
 6   individuals were raising concerns about a
 7   potential conflict of interest.
 8          A.  Yes.
 9          Q.  And based on your discussions with
10   the other City Council members, do you believe
11   that your fellow City Council members also
12   understood that there were concerns being raised
13   about a potential conflict of interest with Urban
14   Logic?
15          A.  Yes.
16          MR. DUNN:  Objection; lacks
17   foundation, calls for speculation.
18   BY MS. VANDERWEELE:
19          Q.  Did you talk with other City
20   Council members about a potential conflict of
21   interest involving Urban Logic?
22          A.  Yes, we did, because it was brought
23   to the public comment from Mrs. Hall.  And we
24   looked into the matter and we actually -- a letter
25   was written by then/later by Mayor Fox that
```

Page 107

```
 1   explained what we did and why we had them we
 2   didn't feel it was a conflict because it was a
 3   professional services contract.
 4          Q.  So you have seen documentation
 5   letters from Nancy Hall in which she expressed a
 6   concern about a conflict of interest involving
 7   Urban Logic; correct?
 8          A.  Yes.
 9          Q.  Are you aware that in 2004 time
10   period Mrs. Hall was claiming that Urban Logic was
11   violating Section 1090, which is a conflict of
12   interest law in California?
13          A.  Yes.
14          Q.  And was the fact, this concern
15   about a potential violation of Section 1090, was
16   that something that was discussed by the City
17   Council?
18          MR. DUNN:  Objection; vague as to
19   time.
20          THE WITNESS:  Yes, it was and it
21   was discussed in closed session too.
22          MR. DUNN:  Hold on, counsel.
23   Mr. Berg you are advised not to respond to
24   questions that calls for information that was
25   shared in closed session.  Are you aware of that?
```

Page 108

```
 1   That's stated on the record.
 2          THE WITNESS:  It --
 3          MR. DUNN:  You are not --
 4          MS. VANDERWEELE:  I am not asking
 5   him to --
 6          MR. DUNN:  Uh-uh.  I'm not talking
 7   to you, I'm talking to him.
 8          MS. VANDERWEELE:  Excuse me.
 9          MR. DUNN:  You are not allowed --
10   the city holds a privilege.  You are not allowed
11   to talk about matters in closed session.  You
12   proceed at your own risk.
13          MS. VANDERWEELE:  Sir --
14          MR. DUNN:  And, counsel, you do
15   too.
16          MS. VANDERWEELE:  Understood.  I am
17   just going to reserve my right.  I'm not going to
18   ask any questions that would potentially elicit
19   testimony from you about what occurred during a
20   closed session.  But I will reserve my right to
21   redepose the witness to the extent the Court rules
22   otherwise.  Okay?  So I will move on.
23   BY MS. VANDERWEELE:
24          Q.  You understood that individuals
25   within the City of Beaumont were claiming that
```

Page 109

```
 1   Urban Logic and its principals were violating
 2   Section 1090?
 3          MR. DUNN:  Mr. Berg, you are
 4   instructed not to respond to this question to the
 5   extent it calls for information that was shared in
 6   closed session.
 7          MS. VANDERWEELE:  Time out,
 8   counsel, I was asking about -- counsel, I was
 9   asking about if he knows that members of the
10   public were raising that.  It's stated in the
11   record on agenda minutes, meeting minutes that's
12   not a closed session item.
13          THE WITNESS:  They --
14          MS. VANDERWEELE:  Hold on.
15   Can I have my question read back,
16   please.
17          (Record read as follows:
18   "Question:  You understood that
19   individuals within the City of
20   Beaumont were claiming that Urban
21   Logic and its principals were
22   violating Section 1090?")
23          MS. VANDERWEELE:  Let me -- I will
24   withdraw that question and re-ask it.
25
```

28  (Pages 106 to 109)





Page 110

```
 1     BY MS. VANDERWEELE:
 2        Q.  Sir, during the public comment
 3     period during City Council meeting minutes --
 4     public comment period is different from a closed
 5     session; correct?
 6        A.  Yes.
 7        Q.  And when the public would raise
 8     concerns during a public comment period, I take it
 9     when you were present for those meetings you would
10     hear what those individuals had to say?
11        A.  Yes.
12        Q.  Do you recall in the early 2000s
13     that Nancy Hall during a public comment period
14     claimed that the ULC principals were violating
15     Section 1090?
16        A.  Yes.
17        Q.  I don't want to know what was
18     discussed during a closed session, although I do
19     reserve my right to re-question the witness on
20     that topic, the City Council ultimately decided to
21     continue retaining Urban Logic; correct?
22        A.  Yes.
23        Q.  And that was despite claims of
24     conflict of interest that were being raised by
25     members of the public; correct?
```

Page 111

```
 1        A.  Yes.
 2        Q.  There was also -- I want to show
 3     you -- I will mark this as Exhibit 28.
 4            (Exhibit No. 28 was marked for
 5            identification and is attached
 6            hereto.)
 7     BY MS. VANDERWEELE:
 8        Q.  The court reporter has just handed
 9     you what we've marked as Exhibit 28.  This is
10     Bates stamped BEAUAIG8399 through 8408.  And if
11     you look, sir, at the second to last page, it
12     looks like this -- this is an unsigned document;
13     correct?
14        A.  Yes.
15        Q.  But it has your name Roger Berg,
16     Mayor; correct?
17        A.  Yes.
18        Q.  Is this a document that you
19     drafted?
20        A.  I believe Mr. Sheppard drafted it
21     for my signature.
22        Q.  So Mr. -- if you look at the first
23     page, it says Mr. -- it looks like this letter is
24     being sent to Mr. Sheppard.
25        A.  Uh-huh.
```

Page 112

```
 1        Q.  Yes?
 2        A.  Yes.
 3        Q.  Sorry, I just got to make sure we
 4     have got a clear answer.
 5            So is this a letter that you
 6     prepared to send to Mr. Sheppard?
 7        A.  I believe so, yes.
 8        Q.  And it's regarding a draft audit
 9     report.
10        A.  Yes.
11        Q.  Okay.  So it looks to me -- you
12     state here in the first sentence that you are
13     responding to Mr. Sheppard's letter of July two
14     thousand -- strike that.
15            It says here that you are
16     responding to Mr. Sheppard's letter of July 25,
17     2001.  Do you see that?
18        A.  Yes.
19        Q.  So please take your time reviewing
20     this.  What I want to know is if this is a
21     document that you yourself drafted responding to a
22     letter from Mr. Sheppard?
23        A.  Yes, it was, based on the meeting I
24     had with Mr. Sheppard.
25        Q.  Okay.  So I want to make sure I
```

Page 113

```
 1     understand how -- so there was a draft audit
 2     report and it looks like this was an audit report
 3     that was done from the U.S. Department of Commerce
 4     Office of Inspector General?
 5        A.  Yes.
 6        Q.  And it -- based on the subject line
 7     of this letter, did that audit report have to deal
 8     with -- or I guess why don't you tell me.  What
 9     did the audit report --
10        A.  Mr. Sheppard had a lot of
11     questions.  As an auditor, that's good.  He wanted
12     to meet with me.  I explained to him that normally
13     it's handled by the City.  I am just a part-time
14     member on the meetings.  I met with him for
15     several hours and went over things with him on the
16     project which it was the team track and such that
17     we had that was built to -- for development for
18     such as the warehouse, the Lowe's facility there
19     and then other people would use it.
20        Q.  So the audit report had to deal
21     with a team track project that was being done?
22        A.  Yes.
23        Q.  And you had an opportunity to
24     review the draft audit report and then it sounds
25     like you met with David Sheppard who was the
```





Page 114

1    Acting Regional Inspector General for audits?
2         A.   Yes.
3         Q.   And then was it following that
4    meeting that you then prepared this letter?
5         A.   Yes.
6         Q.   And if we look at Page 2 of this
7    letter, the Factual Summary, and you talk about in
8    the middle part of Paragraph 2 about the City
9    Council's contract with Urban Logic Consultants.
10   Do you see that?
11        A.   Yes.
12        Q.   And you talk about the work that
13   Mr. Egger, Mr. Moorjani, and Mr. Dillon do for the
14   city as city officials in the following paragraph;
15   correct?
16        A.   Yes.
17        Q.   Okay.  And then if you can turn to
18   Page 7 of this letter, so it looks like this
19   section -- so we are on Page 7 and at the top of
20   this page it says Finding and Recommendation
21   No. 2:
22             "City staff have a conflict
23        of interest in managing the
24        project."
25             Do you see that?

Page 115

1         A.   Yes.
2         Q.   Was that a finding and
3    recommendation that -- that the city had a
4    conflict of interest in managing the project, was
5    that a finding that was made in the audit -- draft
6    audit report that you had reviewed?
7         A.   I believe it was.
8         Q.   And this is you in the letter on
9    Page 7 responding to that finding?
10        A.   Yes.
11        Q.   Okay.  So this letter is dated
12   August 20th, 2001; correct?
13        A.   Yes.
14        Q.   And in looking at Page 7, it looks
15   to me that the audit report had identified a
16   potential conflict of interest involving Urban
17   Logic; correct?
18        A.   Yes.
19        Q.   And in your letter you are
20   responding to that claim?
21        A.   Yes.
22        Q.   Fair to say that in August of 2001,
23   you understood that the Office of Inspector
24   General for the U.S. Department of Commerce was
25   claiming that Urban Logic had a conflict of

Page 116

1    interest?
2         A.   Yes.
3         Q.   And you responded to that with your
4    explanation as to why there wasn't a conflict;
5    correct?
6         A.   Yes.  And also in the meeting I had
7    with them I explained to them how we operated, we
8    were a small city, we operated different than a
9    larger one that they may have dealt with, that we
10   don't have staff on -- on-site.  We don't have
11   city employees.  We utilize contract employees the
12   same as, you know, the federal government do at
13   some times that he worked for.  They would use,
14   you know, there to take care of some of the things
15   they have to have done.  They don't have the
16   people there to do it.
17        Q.   Was a final audit report issued by
18   the Office of Inspector General for the U.S.
19   Department of Commerce that --
20        A.   Yeah --
21        Q.   -- for the project that's
22   encompassed here in this letter?
23        A.   Yes.
24        Q.   I have not had the opportunity to
25   see that, but I am wondering if you know if that

Page 117

1    draft audit report addressed the conflict of
2    interest?
3         A.   It did.  I think the only thing
4    that happened was a small amount of money was
5    given back to the federal government for the
6    things that he didn't think qualified.
7         Q.   Okay.  So in the final audit report
8    that was issued by the Office of Inspector General
9    from the U.S. Department of Commerce, they found
10   that Urban Logic had a conflict of interest?
11        A.   No.
12        Q.   They did not?
13        A.   They did not.
14        Q.   But you knew in August of 2001 that
15   there was a concern being raised from the Office
16   of Inspector General from the U.S. Department of
17   Commerce of a potential conflict of interest?
18        A.   They were only doing their job.
19        Q.   Of course.  Okay.  I want to talk
20   about capital improvement plans.
21             Actually, let me back up.  So the
22   final audit report as you recall did not find a
23   conflict of interest?
24        A.   As I recall, yes.
25        Q.   Okay.  And that was in -- the draft



Page 118

```
1   audit report we know was in 2001 based on your
2   letter.  Do you know when the final audit report
3   came out?
4         A.  No, I don't.
5         Q.  I take it it would have been in
6   2001 or early 2002?
7         A.  Yes.
8         Q.  And then we know from the Staff
9   Report that discusses a conflict of interest, that
10  it was in 2004-ish time period, 2004/2005 that
11  Nancy Hall and others were raising concerns about
12  a conflict of interest.
13        A.  Yes.
14        Q.  So that would have been after the
15  audit report that we were just talking about.
16        A.  Yes.
17        Q.  Okay.  Capital improvement plans.
18  I take it during your two plus decades on City
19  Council, you would have reviewed capital
20  improvement plans as part of your duties and
21  responsibilities?
22        A.  Yes.
23        Q.  What is a capital improvement plan?
24        A.  Capital improvement plan is
25  consistent with a variety of things.  It consisted
```

Page 119

```
1   of facilities, streets, wastewater treatment
2   plant, the wastewater facilities, curbs and
3   gutters, just about anything the city would have.
4   Roads and bridges.
5         Q.  Would you agree that a capital
6   improvement plan is an integral component of the
7   City of Beaumont's budget process?
8         A.  Yes.
9         Q.  Would you agree that a capital
10  improvement plan is an ongoing implementation of
11  the comprehensive public facilities financing
12  program?
13        A.  Yes.
14        Q.  Do the city's capital improvement
15  plans on an annual basis identify the capital
16  improvement projects that would be undertaken by
17  the city for that fiscal year?
18        A.  Yes.
19        Q.  And do those capital improvement
20  plans identify the Public Works projects that the
21  Public Works Department is recommending that the
22  City Council approve?
23        A.  Yes.
24        Q.  Which department in the city
25  prepared capital improvement plans?
```

Page 120

```
1         A.  That would have been the -- there
2   actually could be several departments, but it was
3   mainly Public Works.
4         Q.  Okay.  And the Public Works
5   department, the director was Dee Moorjani?
6         A.  Dee Moorjani, yes.
7         Q.  And if we look at -- if you
8   actually want to turn to Exhibit 17, that's a good
9   example of the capital improvement plan.
10        (Exhibit No. 17 was marked for
11          identification and is attached
12          hereto.)
13  BY MS. VANDERWEELE:
14        Q.  So Exhibit 17 is an amended capital
15  improvement plan for fiscal year 2010/2011; is
16  that correct?
17        A.  Yes.
18        Q.  Okay.  And it says on the first
19  page that it's prepared by the Public Works
20  Department.
21        A.  Yes.
22        Q.  And it's prepared for the Mayor
23  Brian DeForge, Roger Berg, yourself, as Mayor Pro
24  Tem, and then Larry Dressel, Jeff Fox, and Nancy
25  Gall as council members; correct?
```

Page 121

```
1         A.  Yes.
2         Q.  And this is dated March 16, 2010.
3         A.  Yes.
4         Q.  I take it you would have approved
5   this capital improvement plan in your role as a
6   City Council member?
7         A.  Yes.
8         Q.  And I guess, tell me what is your
9   role as a City Council member with respect to the
10  city's capital improvement plans?
11        A.  This is an integral part of the
12  city budget.  It's something we are going to use
13  as a tool to help us decide what work we are going
14  to do that year or out in the future.
15        Q.  Would the Public Works Department
16  prepare the capital improvement plans to be
17  reviewed and approved by City Council?
18        A.  Yes.
19        Q.  Would draft reports -- or strike
20  that.
21            Would draft capital improvement
22  plans be submitted to the City Council to allow
23  them to make any revisions or amendments as
24  needed?
25        A.  Yes.
```





Page 122

```
1        Q.  Okay.  And ultimately did the City
2   Council have to vote and approve the capital
3   improvement plans for each fiscal year?
4        A.  Yes.
5        Q.  And would the vote of approval be
6   done by resolution?
7        A.  Yes.
8        Q.  And would that be reflected in the
9   City Council meeting minutes?
10       A.  Yes.
11       Q.  When you were on City Council and
12  would be given a Capital Improvement Plan to
13  review, given your construction management
14  expertise, what kinds of things were you looking
15  for when you reviewed these plans?
16       A.  I was looking for the total cost,
17  what was involved, what expertise was needed,
18  where the funding was going to come from.
19       Q.  And let's go through Exhibit 17
20  here.  You know, the introduction section talks
21  about the purpose of a Capital Improvement Plan.
22  And as you have already stated, these plans are an
23  integral component of the city budget process;
24  correct?
25       A.  Yes.
```

Page 123

```
1        Q.  And on the next couple pages in
2   this Capital Improvement Plan, it identifies the
3   Public Works projects that the city wanted to
4   undertake that year; correct?
5        A.  Yes.
6        Q.  And then there's exhibits attached
7   to the Capital Improvement Plan; right?
8        A.  Yes.
9        Q.  Exhibit 1 is a map of Capital
10  Improvement Plan projects.  Do you see that?
11       A.  Yes.
12       Q.  And is this map here showing --
13  it's kind of difficult to see, but does this show
14  the projects that were identified in the -- in the
15  plan?
16       A.  Yes.
17       Q.  Exhibit 2 is titled Sources and
18  Uses of Funds.  And so would this document
19  identify, as it states, the sources and uses of
20  funds for the Public Works projects identified in
21  the Capital Improvement Plan?
22       A.  Yes.
23       Q.  Exhibit 3 is the Preliminary
24  Improvement Cost Estimates.  And let me know when
25  you get there.
```

Page 124

```
1        A.  Okay.  I am there.
2        Q.  So it looks to me, and correct me
3   if I'm wrong, that these preliminary engineering
4   estimates, are estimates that are made by an
5   engineer for each of the projects that are
6   identified in the Public Works -- or in the
7   Capital Improvement Plan.
8        A.  That's correct.
9        Q.  And who -- and would the exhibits
10  that are attached to this Capital Improvement Plan
11  be prepared by the Public Works Department?
12       A.  Public Works and in conjunction
13  with other engineers and such they may have.
14       Q.  Would those engineers that are
15  providing input for these preliminary engineering
16  estimates include Urban Logic?
17       A.  Yes.
18       Q.  You said that primarily it was the
19  Public Works Department that prepared these
20  capital improvement plans.  And it sounds like
21  there would be input from some other agencies.
22       A.  Yes.
23       Q.  Who else would provide input for a
24  Capital Improvement Plan?
25       A.  Well, I mean, we have -- if they
```

Page 125

```
1   had to deal with -- the women's club, that's
2   Pomona Park District, so they would tell us what
3   they would like to have done there.  We are going
4   to do that under work for others but with the
5   money that was due them.  The monitoring wells,
6   that's an environmental thing.  So we were working
7   with the state to make sure we were going to be
8   doing what was needed.
9        Q.  So would it be fair to say that
10  although the Public Works Department was primarily
11  responsible for drafting and preparing this
12  Capital Improvement Plan, they would take input
13  from other agencies and entities regarding the
14  projects identified in the plan?
15       A.  Yes.
16       Q.  There is -- Exhibit 4 to this
17  Capital Improvement Plan is titled Change Orders
18  and Additional Authorizations.  Can you tell me
19  what is contained here in Exhibit 4?
20       A.  Yeah.  This is a change order
21  recommended by the director of Public Works for
22  work to be done.
23       Q.  Okay.  And then moving right along,
24  Exhibit B is project fund budgets.  So I guess --
25  like what is being described here on Exhibit B1?
```

32  (Pages 122 to 125)



Page 126

1        A.  It's the funding.  We have the
2    redevelopment agency funds, we have -- which is
3    has special funds.  We have city-wide mitigation
4    fees which were paid by homeowners and developers.
5    We have gas tax funds.  We have Rule 20, which is
6    from the power company.  We have -- and we have
7    the community development CFD funding.  And we
8    have other ones and we have some enterprise funds,
9    wastewater treatment plant bond funds, lots of
10   different funding mechanisms.
11       Q.  Okay.  And then Exhibit B2 looks to
12   be a summary of the -- of the project funds;
13   correct?
14       A.  Yes.
15       Q.  I want to now turn to Exhibit B-4,
16   which is a Budget Summary.
17       A.  Okay.
18       Q.  So it looks to me like Exhibit B-4
19   is a -- it contains the budget for each of the
20   Public Works projects identified in this Capital
21   Improvement Plan.
22       A.  Yes.
23       Q.  And so for each of these projects,
24   there is a budget and it's for six categories of
25   services.  PE and PM services, engineering

Page 127

1    services, plan check/inspection, survey/GIS
2    services, construction management services, and
3    construction contractor services.  Do I understand
4    that correctly?
5        A.  Yes.
6        Q.  What is PE and PM services?
7        A.  Project engineer -- project
8    engineering/project management.
9        Q.  What is -- it says survey/GIS.  I
10   think you told me earlier what that meant?
11       A.  Yeah.  Survey work had to be done
12   and then global information system where we are
13   putting the actual new facilities into our
14   database.
15       Q.  And this Exhibit B-4, this Budget
16   Summary, it's an exhibit to the Capital
17   Improvement Plan, so would this be something that
18   was submitted to the City Council for approval
19   from the Public Works Department?
20       A.  Yes.
21       Q.  And I think you told me earlier
22   when you would review a Capital Improvement Plan,
23   you looked at, you know, the projects and the
24   budgets.  I take it you would review these budgets
25   before you would vote to approve a Capital

Page 128

1    Improvement Plan?
2        A.  Yes.
3        Q.  The plan check/inspection services,
4    those were provided by Urban Logic?
5        A.  Yes.
6        Q.  The construction management
7    services identified on this budget summary, those
8    were also provided by Urban Logic; correct?
9        A.  Yes.
10       Q.  And as we talked about earlier,
11   pursuant to the contracts between Urban Logic and
12   the city, those services, plan check/inspection
13   and construction management were subject to a fee
14   cap; correct?
15       A.  Yes.
16       Q.  Okay.  So if we take the total of
17   the plan check/inspection budget, which is
18   $659,646.
19       A.  Okay.
20       Q.  And we add that with the budget for
21   the construction management services, which was
22   $906,356, I will represent to you that the total
23   is $1,566,002.  Okay?
24       A.  Okay.
25       Q.  And if we take that total amount

Page 129

1    and divide it by the total project budget of
2    $30,937,314, that comes out to roughly 5 percent.
3        A.  Yes.
4        Q.  Okay.  So here the construction
5    management and plan check/inspection service
6    budget exceeded four and a half percent; correct?
7        A.  Yes.  This is a planning document.
8        Q.  Sure.
9        A.  And listed in there we had other --
10   other people could have bid on it.  And we may not
11   have ULC do the work.  So this is a planning
12   document.  Not necessarily what it's going to
13   actually cost or whether the work was actually
14   going to be done.
15       Q.  Understood.  But this budget is
16   disclosing to the City Council that the
17   anticipated budget for the plan check/inspection
18   and the construction management services is going
19   to exceed four and a half percent of the total
20   project budget; correct?
21       A.  Yes.
22       Q.  And this was something that the
23   City Council would have the opportunity to review
24   and approve -- or strike that.
25           This budget summary was given to





Page 130

1    City Council with the opportunity to review prior
2    to approving it; correct?
3        A.  That's correct.
4        Q.  Going to Exhibit C of this Capital
5    Improvement Plan, it has a list of qualified
6    professional services contractors; correct?
7        A.  Yes.
8        Q.  And as we have been talking about
9    all along, Urban Logic Consultants is listed on
10   here as one of the professional services
11   contractors; right?
12       A.  Yes.
13       Q.  Mr. Moorjani, given his role as the
14   director of the Public Works Department, would it
15   be fair to say that he had an integral role in
16   preparing these plans?
17       A.  Yes.
18       Q.  Would the ULC principals in their
19   role as city officials make recommendations to the
20   City Council about capital improvement plans?
21       A.  Yes.
22       Q.  Did the ULC principals in their
23   role as city officials recommend that the city
24   adopt resolutions approving these plans that would
25   provide funding for projects on which ULC was

Page 131

1    listed as a qualified professional services
2    contractor?
3        A.  Yes.
4        Q.  And so ULC, would it be fair to say
5    that the principals were making recommendations to
6    City Council about Public Works projects in the
7    capital improvement plans that Urban Logic would
8    be providing services on for a fee?
9        A.  Yes.
10       Q.  Separate and apart from the --
11   strike that.
12           Let me -- I am going to flip around
13   here.  Let me figure out where I want to go.  If
14   you can turn to Exhibit 11 for me.
15           (Exhibit No. 11 was marked for
16           identification and is attached
17           hereto.)
18   BY MS. VANDERWEELE:
19       Q.  Is Exhibit 11 a Capital Improvement
20   Plan for fiscal year 2002 to 2003?
21       A.  Yes.
22       Q.  Your name is listed on here as one
23   of the City Council members; correct?
24       A.  Yes.
25       Q.  The document is dated July 16,

Page 132

1    2002?
2        A.  Yes.
3        Q.  And this is a Capital Improvement
4    Plan that you would have reviewed when you served
5    on City Council?
6        A.  Yes.
7        Q.  I want to turn to -- unfortunately
8    this is not a fully numbered exhibit, but it's --
9    the Bates stamp paging is in the bottom right-hand
10   corner and I want to focus your attention, it's
11   about in the middle of this exhibit.  It's
12   Page 281808.  It's a construction fund vendor
13   control document.
14           MR. DUNN:  And, I'm sorry, counsel,
15   what exhibit number is that?
16           MS. VANDERWEELE:  It's Exhibit 11.
17           MR. DUNN:  Thank you.
18           MS. VANDERWEELE:  Yep.
19           THE WITNESS:  What is that again?
20           MS. VANDERWEELE:  It's a
21   construction fund vendor control number.
22           THE WITNESS:  And the number?
23           MS. VANDERWEELE:  It's 281808.
24           THE WITNESS:  808.  Okay.  I am
25   almost there.  Okay.

Page 133

1    BY MS. VANDERWEELE:
2        Q.  Okay.  At the top here it says,
3    "Community Facilities District 93-1, 2000
4    Series A, Construction Fund Vendor Control."  Do
5    you see that?
6        A.  Yes.
7        Q.  Do you recognize this document?
8        A.  Yes.
9        Q.  And actually, if we turn to the
10   previous page, 281807 it looks like this is
11   actually -- that's the first page of this.
12       A.  Yes.
13       Q.  Okay.  What is a construction fund
14   vendor control document?
15       A.  That would control who the money is
16   going to be paid to.
17       Q.  And if we see on certain projects,
18   sticking to the first page of this vendor control
19   document, do you see Urban Logic Consultants is
20   identified for looks like the first one is a Noble
21   Creek sewer project?
22       A.  Yes.
23       Q.  And there is a variety of projects
24   in this construction fund vendor control document
25   that identifies Urban Logic; correct?





Page 134

```
 1        A.  Yes.
 2        Q.  And so this document would disclose
 3   what the budget was for the work that Urban Logic
 4   was doing on these projects.  Do I understand that
 5   correctly?
 6        A.  Yes.
 7        Q.  And would a construction fund
 8   vendor control document, were these provided to
 9   City Council for review?
10        A.  Yes.
11        Q.  And so City Council would have the
12   opportunity to review these and to see the budgets
13   for the various contractors on these projects?
14        A.  Yes.
15        Q.  To the extent that the budgets
16   allotted to Urban Logic Consultants -- strike
17   that.
18            I guess generally speaking, the
19   City Council was fully apprised of the budgets
20   that were put in place for work that Urban Logic
21   did.
22        A.  Yes.
23            MR. DUNN:  Objection; calls for
24   speculation, lacks foundation.  Move to strike.
25
```

Page 135

```
 1   BY MS. VANDERWEELE:
 2        Q.  And how is it that City Council
 3   would learn of the budgets for the work that Urban
 4   Logic did for the city?
 5        A.  Through these documents that was
 6   presented to City Council at the Council meeting.
 7        Q.  Okay.  And these documents are the
 8   budget summaries that are in the capital
 9   improvement plans; right?
10        A.  Yes.
11        Q.  As well as these construction fund
12   vendor control documents?
13        A.  Yes.
14        Q.  Would there be other budgetary
15   documents that would be provided to City Council
16   that would show the budgets for the work that
17   Urban Logic was doing?
18        A.  Not unless they are in this report.
19        Q.  Okay.  I just wanted to ask.
20   Generally speaking, sir, given that City Council
21   was provided documents setting forth Urban Logic's
22   budget for the projects it worked on, all of the
23   budgeted amounts for the work was fully disclosed
24   to City Council while you were on the Council;
25   correct?
```

Page 136

```
 1        A.  Yes.
 2            MR. DUNN:  Objection; lacks
 3   foundation.
 4   BY MS. VANDERWEELE:
 5        Q.  And that again is based on the
 6   documents that we just talked about that you have
 7   said you reviewed while you were on City Council?
 8        A.  Yes.
 9        Q.  And I take it you would also have
10   discussions during City Council meetings about the
11   work that Urban Logic did; correct?
12        A.  Yes.
13        Q.  And would that include adjustments
14   to the budgets for the work that Urban Logic did?
15        A.  There would be if some of the work
16   didn't go forward or some of it may have been --
17   had to cost more money.
18        Q.  Okay.  And if an increased
19   budget -- strike that.
20            If a budget for work that Urban
21   Logic did had to be increased or potentially
22   decreased, would that have to be approved by the
23   City Council?
24        A.  It would come back for review, yes.
25        Q.  Okay.  So if the budget for a
```

Page 137

```
 1   project Urban Logic worked on had to be adjusted,
 2   that would have to be approved by City Council?
 3        A.  Yes.
 4        Q.  Was there ever a time when you
 5   served on City Council that the City Council was
 6   not made aware of the budgets for the work that
 7   Urban Logic did for Public Works projects?
 8            MR. DUNN:  Objection; lacks
 9   foundation, calls for speculation.
10            THE WITNESS:  No.
11   BY MS. VANDERWEELE:
12        Q.  Given over time we have talked
13   about how the city was expanding, I take it, as
14   time went on, the city was undertaking more and
15   more Public Works projects?
16        A.  Yes.
17        Q.  And so the construction management,
18   plan checking and inspection work that Urban Logic
19   was providing, as more projects were being done,
20   they had to necessarily provide more services for
21   plan check/inspection, and construction
22   management?
23        A.  And they had to provide more staff.
24        Q.  Okay.  There is a four and a half
25   percent fee cap in the contracts that we have
```





Page 138

1    looked at.  And if we look at kind of what we did
2    with the Capital Improvement Plan Budget Summary
3    in Exhibit 17 -- and we will go through some of
4    these -- but there are times when the budget for
5    the plan check/inspection and construction
6    management exceeds four and a half percent of the
7    total project cost.
8            A.  Yes.
9            Q.  That fact that the budget for
10   plan check/inspection, and construction
11   management, the fact that those services would
12   necessarily have to exceed the four and a half
13   percent fee cap, was that something that was fully
14   disclosed to the City Council?
15           MR. DUNN:  Objection; lacks
16   foundation, calls for speculation.
17           THE WITNESS:  The amount that was
18   recommended and the actual cost was always
19   provided to the City Council.
20   BY MS. VANDERWEELE:
21           Q.  I take it the City Council
22   understood that given the nature and scope of the
23   work that Urban Logic was providing for these
24   projects necessarily had to exceed four and a half
25   percent of the total project costs?

Page 139

1            A.  Yes.
2            MR. DUNN:  Objection; calls for
3    speculation, lacks foundation.  Move to strike.
4    BY MS. VANDERWEELE:
5            Q.  And how do you know that?
6            A.  I know that because some of the
7    projects were more difficult to do than what was
8    originally anticipated when the document was
9    originally put in and they required specialized
10   services.
11           Q.  Okay.  And let's start with --
12   let's go to Exhibit 3.
13           (Exhibit No. 3 was marked for
14           identification and is attached
15           hereto.)
16           THE WITNESS:  Which one is that?
17           MS. VANDERWEELE:  I'm sorry.
18   Exhibit 3.  It should be at the beginning.  Oops,
19   sorry, it's the tab.
20           THE WITNESS:  Oh.
21           MS. VANDERWEELE:  No, you are fine.
22   I should have caught you on that.
23   BY MS. VANDERWEELE:
24           Q.  So we are at Exhibit 3.  Am I
25   correct that this is a Capital Improvement Plan

Page 140

1    for fiscal years 1994 to 1995 and 1995 to 1996?
2            A.  Yes.
3            Q.  Your name is listed down here at
4    the bottom as a member of City Council?
5            A.  Yes.
6            Q.  This report -- strike that.
7            This Capital Improvement Plan is
8    dated September 12, 1994?
9            A.  Yes.
10           Q.  And I take it since you were on
11   City Council you would have reviewed this Capital
12   Improvement Plan; is that correct?
13           A.  Yes.
14           Q.  And we can just quickly go through
15   this here.  There is an executive summary that
16   states that:
17           "This Capital Improvement
18           Plan for these fiscal years is
19           including 21 separate projects
20           which will utilize the following
21           funds and sources" -- or strike
22           that.  I'm sorry.
23           The executive summary states that:
24           "The Capital Improvement Plan
25           includes 21 separate projects

Page 141

1            which will utilize the following
2            funding sources and budgets."
3            Do you see that?
4            A.  Yes.
5            Q.  Okay.  And so the Capital
6    Improvement Plan, like the one that we looked at
7    earlier, identifies and discusses the Public Works
8    projects that the city wants to undertake for
9    these fiscal years; correct?
10           A.  Yes.
11           Q.  And then if we flip to the Budget
12   Summary page which I think is -- might be tabbed
13   with a blue tab.
14           A.  Okay, yeah.
15           Q.  And just for ease for the witness
16   we went ahead and tabbed the budget summaries that
17   I am going to have you look at to make this go a
18   little bit more quickly.  So if you flip to the
19   tab -- okay.
20           A.  Okay.
21           Q.  So we are looking at table No. 7
22   which is a detailed Budget Summary for this
23   Capital Improvement Plan in 1994 to 1995 and 1995
24   to 1996; correct?
25           A.  Yes.



MAGNA
LEGAL SERVICES

Page 142

1     Q.  And if you actually look at the
2  bottom right-hand corner, do you see where it says
3  Urban Logic Consultants?
4     A.  Yes.
5     Q.  Does this mean that Urban Logic
6  Consultants prepared this Budget Summary?
7     A.  Yes.
8     Q.  Okay.  Again, we have these --
9  actually, we have nine I think -- hold on.  We
10  have nine different categories of services that
11  correlate to the categories of services we saw in
12  Exhibit 17; right?
13     A.  Yes.
14     Q.  Okay.  The plan check/inspection
15  and construction management categories, do you see
16  those?
17     A.  Yes.
18     Q.  And, again, the Urban Logic
19  contract with the city provided that Urban Logic
20  would provide those services for all Public Works
21  projects?
22     A.  Yes.
23     Q.  Does this Budget Summary identify
24  all those Public Works projects that the city
25  wanted to undertake that year; correct?

Page 143

1     A.  Yes.
2     Q.  And I went ahead and added the
3  total amount -- budgeted amount for the
4  plan check/inspection and construction management
5  services and it totals $835,003.  And I am going
6  to ask that you trust me that my math is correct.
7  Okay?
8     A.  Okay.
9     Q.  So if we take that amount which is
10  the total of the plan check/inspection and
11  construction management services, and then divide
12  that by the total budgeted amount for all these
13  projects which is $11,299,216, it comes out to 7.4
14  percent.  And I am going to ask that you trust me
15  on the math.  Okay?
16     A.  Okay.
17     Q.  So here we see in this Budget
18  Summary that the plan check/inspection and
19  construction management services, it was
20  contemplated that those services would have to be
21  approximately 7.4 percent of the total project
22  cost to all these Public Works.  Does that make
23  sense?
24     A.  Okay.  All right.
25     Q.  And the fact that these services

Page 144

1  were going to exceed 4.5 percent is fully
2  disclosed here in this Budget Summary; right?
3     A.  Yes.
4     Q.  And again, this budget summary is
5  part of the Capital Improvement Plan that the city
6  would have to review?
7     A.  Yes.
8     Q.  And given the nature and scope of
9  the projects that are identified here did the City
10  Council understand -- or strike that.
11        Given the nature and scope of
12  Public Works projects identified here, when you
13  were on City Council, did you understand that
14  these services, plan check/inspection and
15  construction management, would necessarily exceed
16  four and a half percent of the total project cost?
17     A.  Yes.
18     Q.  Based on your discussions and
19  interactions -- or strike that.
20        Did you discuss capital improvement
21  plans with other City Council members?
22     A.  Yes.
23     Q.  Would you also discuss the budgets
24  for those plans?
25     A.  Yes.

Page 145

1     Q.  Based on your discussions with City
2  Council members about the budgets in these capital
3  improvement plans, was it discussed amongst City
4  Council members that the plan check/inspection and
5  construction management services if identified in
6  the Budget Summary as exceeding four and a half
7  percent, that that would be the case for that
8  year?
9     A.  Yes.
10        MR. DUNN:  Objection; move to
11  strike, lacks foundation, calls for speculation.
12  The question is vague.
13  BY MS. VANDERWEELE:
14     Q.  And I guess putting aside these
15  budget summaries, sir, just based on what your
16  interactions and discussions with City Council
17  members, did -- did you guys talk about the fact
18  that Urban Logic would need to provide services
19  for plan check/inspection and construction
20  management that would exceed four and a half
21  percent?
22        MR. DUNN:  Objection; vague as to
23  time, lacks foundation.
24        THE WITNESS:  We had discussions
25  around cost.  And I would like to point out one of



Page 146

1      the individuals on here --
2              MS. VANDERWEELE:  Absolutely.
3              THE WITNESS:  -- who is since
4      deceased, Mr. Frank Parrott, was a registered
5      civil engineer many years and he had a lot of
6      experience.  And he -- he would review those
7      things.
8      BY MS. VANDERWEELE:
9          Q.  So Frank Parrott, the individual
10     you just mentioned, he was mayor pro tem.
11         A.  Yes.
12         Q.  As identified on this Capital
13     Improvement Plan?
14         A.  Yes.
15         Q.  Would you discuss capital
16     improvement plans and budgets with Mr. Parrott?
17         A.  Yes.
18         Q.  How long did Mr. Parrott serve on
19     Council, if you know?
20         A.  I think about 12 years.
21         Q.  Okay.  And would you and
22     Mr. Parrott discuss the fact that Urban Logic
23     would have to provide plan check/inspection and
24     construction management services for Public Works
25     projects that would necessarily exceed the four

Page 147

1      and a half percent fee cap in its contracts?
2              MR. DUNN:  Objection; vague as to
3      time.
4              THE WITNESS:  Yes.
5      BY MS. VANDERWEELE:
6          Q.  And would those discussions take
7      place during the time that both you and
8      Mr. Parrott both served on City Council?
9          A.  Yes.
10         Q.  Turn to Exhibit 4, please.
11         A.  Can we take a break, please?
12             MS. VANDERWEELE:  Sure.  We will
13     take a quick break and go off the record.
14             VIDEOGRAPHER:  Off the record.  The
15     time is 11:35 a.m.
16             (Whereupon, a recess was held from
17     11:35 a.m. to 11:43 a.m.)
18             VIDEOGRAPHER:  We are back on the
19     record.  The time is 11:43 a.m.
20             (Exhibit No. 4 was marked for
21     identification and is attached
22     hereto.)
23     BY MS. VANDERWEELE:
24         Q.  Sir, just before the break we had
25     just started talking about Exhibit 4.  And am I

Page 148

1      correct that Exhibit 4 is a Capital Improvement
2      Plan for fiscal year 1995 to 1996?
3          A.  Yes.
4          Q.  And you were on City Council then;
5      correct?
6          A.  Yes.
7          Q.  Would you have reviewed this
8      Capital Improvement Plan?
9          A.  Yes.
10         Q.  And if we get to the Executive
11     Summary just like the other capital improvement
12     plans that we have looked at, this plan talks
13     about 23 separate projects that the city wanted to
14     undertake for that fiscal year; right?
15         A.  Okay.  Yes.
16         Q.  And it looks like the estimated
17     construction costs for those projects was going to
18     be 4 million 653 -- wait, strike that.
19             The estimated cost for the
20     construction of these Public Works projects was
21     going to be $4,653,500; correct?
22         A.  Yes.
23         Q.  And the number that I just
24     referenced I am just taking it from the Executive
25     Summary.

Page 149

1          A.  Right.
2          Q.  And if we look at the Budget
3      Summary which is tabbed in your binder, this
4      breaks down the budget for each of those projects
5      that's contemplated in this Capital Improvement
6      Plan; right?
7          A.  Yes.
8          Q.  And the projects, these are all --
9      all of the projects listed here are Public Works
10     projects?
11         A.  Yes.
12         Q.  Okay.  And the plan check and
13     inspection work and the construction management
14     work that was going to be done on these Public
15     Works projects would have been provided by Urban
16     Logic pursuant to those contracts we had talked
17     about earlier today; right?
18         A.  Yes.
19         Q.  And if I take the sum of the budget
20     for the plan check and inspection and the
21     construction management services for this fiscal
22     year, the total is $238,346.  I am going to ask
23     that you trust me on the math.  Okay?
24         A.  Okay.
25         Q.  And if we take that total and




Page 150

```
 1    divide it by the total project cost, that comes
 2    out to about 5 percent.  All right?
 3         A.  Okay.
 4         Q.  5 percent exceeds four and a half
 5    percent; right?
 6         A.  Yes.
 7         Q.  And this Budget Summary would have
 8    been provided to City Council as part of the
 9    Capital Improvement Plan; right?
10         A.  Yes.
11         MR. DUNN:  Objection; lacks
12    foundation.  Move to strike.
13    BY MS. VANDERWEELE:
14         Q.  Does every Capital Improvement Plan
15    contain a Budget Summary?
16         A.  Yes.
17         MR. DUNN:  Objection; same
18    objection, lacks foundation.
19    BY MS. VANDERWEELE:
20         Q.  How do you know that?  How do you
21    know --
22         A.  I know that because as I reviewed
23    it on the City Council everyone I had we had the
24    same documents all the time.
25         MR. DUNN:  Same objection, lacks
```

Page 151

```
 1    foundation.
 2    BY MS. VANDERWEELE:
 3         Q.  And that was for 20 plus years?
 4         A.  Yes.
 5         Q.  And here we see that for the Budget
 6    Summary for the projects for the
 7    plan check/inspection and construction management
 8    services that was going to exceed the four and a
 9    half percent fee cap; right?
10         A.  Yes.
11         Q.  And that's fully disclosed here in
12    this Budget Summary provided to City Council;
13    true?
14         A.  Yes.
15         MR. DUNN:  Objection; calls for
16    legal opinion and conclusion.  Move to strike.
17    BY MS. VANDERWEELE:
18         Q.  All right.  Let's go to Exhibit 5,
19    please -- actually, we are going to skip
20    Exhibit 5.  We are going to go to -- we are going
21    to skip around because some of these budget
22    summaries are very difficult to read.  We are
23    going to skip ahead to Exhibit 11, which is fiscal
24    year 2002 to 2003.  And let me know when you are
25    there?
```

Page 152

```
 1         A.  I am there.
 2         Q.  Am I correct this is a Capital
 3    Improvement Plan for fiscal year 2002 to 2003?
 4         A.  Yes.
 5         Q.  It's dated July 16, 2002?
 6         A.  Yes.
 7         Q.  You were on City Council and your
 8    name is listed here on the first page?
 9         A.  Yes.
10         Q.  I take it you would have reviewed
11    this document when you served on City Council?
12         A.  Yes.
13         Q.  And I want to turn your attention
14    to the Budget Summary which I think should be
15    tabbed there in your binder.
16         A.  Okay.
17         Q.  This is a little difficult to read
18    so I am going to ask you to bear with me.  So this
19    is a budget summary for all these projects that
20    are contemplated in the Capital Improvement Plan;
21    correct?
22         A.  Yes.
23         MR. DUNN:  And, counsel, could you
24    identify the Bates numbers?
25         MS. VANDERWEELE:  Oh, I'm so sorry,
```

Page 153

```
 1    I didn't tab yours.  I apologize.
 2         MR. DUNN:  It's only because the
 3    exhibit is so hard to see.
 4         MS. VANDERWEELE:  Nope, I
 5    understand.  It's on Page 281819.
 6         MR. DUNN:  Thank you.
 7         MS. VANDERWEELE:  Sorry, I will
 8    wait until you get there.
 9         MR. DUNN:  No worries.  I am there,
10    thank you.
11    BY MS. VANDERWEELE:
12         Q.  Okay.  So this Budget Summary
13    identifies the budget for each of the Public Works
14    projects identified in this plan; right?
15         A.  Yes.
16         Q.  And the -- again, the
17    plan check/inspection and construction management
18    services for these Public Works projects would be
19    provided by Urban Logic?
20         A.  Yes.
21         Q.  And the total budget summary for
22    plan check/inspection work, I zoomed in on the pdf
23    of this document and as best as I can tell the
24    budget was $508,917.  Okay?
25         A.  Okay.
```





Page 154

1      Q.  Looking at this, and I understand
2  it's difficult to read, but does that look about
3  right to you?
4      A.  Yes.
5      Q.  Okay.  The total budgeted amount
6  for construction management services for all of
7  these Public Works projects based on my review of
8  this, I believe this is $564,465 is the budgeted
9  amount for all of the construction management
10  work.  Okay?
11      A.  Okay.
12      Q.  When I add the total budgeted
13  amount for plan check/inspection and construction
14  management, the total budgeted amount for the
15  combination of those services is $1,073,382.  And
16  again I am going to have to ask you that you trust
17  me on the math.  Okay?
18      A.  Okay.
19      Q.  And when we take that amount and
20  divide it by the total project cost budget, that
21  comes out to 7.6 percent.  Okay?
22      A.  Okay.
23      Q.  That exceeds four and a half
24  percent; correct?
25      A.  Yes.

Page 155

1      Q.  And it's fully disclosed here in
2  this budget summary.
3      A.  Yes.
4      Q.  I am going to have you go to
5  Exhibit 12, please.
6      (Exhibit No. 12 was marked for
7      identification and is attached
8      hereto.)
9  BY MS. VANDERWEELE:
10      Q.  Am I correct that Exhibit 12 is a
11  Capital Improvement Plan for fiscal year
12  2003/2004?
13      A.  Yes.
14      Q.  It's dated June 3, 2003?
15      A.  Yes.
16      Q.  And you were on City Council and
17  would have reviewed this as a member of City
18  Council; correct?
19      A.  Yes.
20      Q.  And, again, I am going to ask that
21  you turn to the budget summary which is tabbed in
22  your binder and for the record is Page
23  BEAUMONTAIG281848.  So I have asked you to look at
24  the Budget Summary.  This is something that is
25  included in the Capital Improvement Plan; correct?

Page 156

1      A.  Yes.
2      Q.  And like the other budget summaries
3  we have looked at, this is part of the Capital
4  Improvement Plan and given to City Council to
5  review prior to voting to approve it or not;
6  right?
7      A.  Yes.
8      Q.  The projects that are listed here
9  on this budget summary are all Public Works
10  projects?
11      A.  Yes.
12      Q.  So the plan check/inspection and
13  construction management services that would be
14  provided for these projects would be done by Urban
15  Logic; correct?
16      A.  Yes.
17      Q.  The total budget for plan
18  check/inspection work for this year was $808,710.
19  Do you see that?
20      A.  Yes.
21      Q.  And then the total budgeted amount
22  for the construction management services was
23  $898,567.  Do you see that?
24      A.  Yes.
25      Q.  And when I total -- strike that.

Page 157

1      When I add those two amounts
2  together, the total is $1,707,277.  And I will
3  again ask that you trust me on the math.  Okay?
4      A.  Yes.
5      Q.  And then when I take that amount
6  and divide it by the total project cost of 22
7  million 632 dollars -- strike that.
8      The total project cost you see this
9  here is $22,632,708.  Did I read that correctly?
10      A.  Yes.
11      Q.  And so when we take the -- when I
12  take the combined budgeted amount for
13  plan check/inspection and construction management
14  and divide it by the total project cost that comes
15  out to seven and a half percent.  Okay?
16      A.  Yes.
17      Q.  Seven and a half percent is more
18  than four and a half percent; correct?
19      A.  Yes.
20      Q.  So as set forth in this Budget
21  Summary, the budgeted amount for the work that
22  Urban Logic was going to be doing on
23  plan check/inspection and construction management
24  services exceeded the four and a half percent fee
25  cap; correct?



Page 158

1      A.  Yes.
2      Q.  And based on the nature and scope
3  of the projects that are listed here, does that
4  make sense to you?
5      A.  Yes.
6      Q.  And would that have made sense to
7  you back when you would have reviewed this when
8  you were on City Council?
9      A.  Yes.
10      Q.  Okay.  Let's go to Exhibit 13,
11  please.
12      (Exhibit No. 13 was marked for
13      identification and is attached
14      hereto.)
15  BY MS. VANDERWEELE:
16      Q.  Is Exhibit 13, it looks like it's
17  an amended Capital Improvement Plan for fiscal
18  year 2004 to 2005?
19      A.  Yes.
20      Q.  It's dated March 2, 2004; right?
21      A.  Yes.
22      Q.  And you were on City Council and I
23  take it you would have reviewed this Capital
24  Improvement Plan; correct?
25      A.  Yes.

Page 159

1      Q.  I am going to ask that you turn to
2  the Budget Summary, which is tabbed in your binder
3  and for the record is ULCAIG15082.  This is a
4  budget summary that's included in the Capital
5  Improvement Plan for fiscal year 2004 to 2005;
6  right?
7      A.  Yes.
8      Q.  And would this budget summary have
9  been part of the plan that would have been given
10  to City Council to review and vote on whether it
11  would approve or not?
12      A.  Yes.
13      Q.  And when you were on City Council I
14  take it you would have reviewed the budget
15  summary?
16      A.  Yes.
17      Q.  And if we look at all the projects
18  that are listed here, again, all Public Works
19  projects?
20      A.  Yes.
21      Q.  Okay.  So for the
22  plan check/inspection and construction management
23  services, those would all be services done by
24  Urban Logic?
25      A.  Yes.

Page 160

1      Q.  And if we add the total budgeted
2  amount for plan check/inspection and construction
3  management services for this fiscal year, I am
4  going to ask that you trust me on the math, and it
5  comes out to $1,287,841.  Okay?
6      A.  Yes.
7      Q.  The total budgeted amount for all
8  of these projects is $17,070,481.  Do you see
9  that?
10      A.  Yes.
11      Q.  And so if we take the total amount
12  for plan check/inspection and construction
13  management and divide it by the total project
14  amount, that comes out to 7.5 percent.  Okay?
15      A.  Okay.
16      Q.  7.5 percent is more than four and a
17  half percent; right?
18      A.  Yes.
19      Q.  So here in this Budget Summary it's
20  disclosed that Urban Logic was going to be
21  providing plan check/inspection and construction
22  management services that would necessarily exceed
23  four and a half percent of the total project cost;
24  right?
25      A.  Yes.

Page 161

1      Q.  And looking at these projects that
2  are listed here, does that make sense to you given
3  the nature and scope of these projects?
4      A.  Yes.
5      Q.  Let's look at Exhibit 14, please.
6      (Exhibit No. 14 was marked for
7      identification and is attached
8      hereto.)
9  BY MS. VANDERWEELE:
10      Q.  Exhibit 14, is this an amended
11  Capital Improvement Plan for fiscal year 2005 to
12  2006?
13      A.  Yes.
14      Q.  And you were on City Council and
15  would have reviewed this document?
16      A.  Yes.
17      Q.  And I am going to again ask that
18  you turn to the Budget Summary, which is tabbed
19  and for the record is BEAUMONTAIG123098.  The
20  budget summary that I have asked you to look at,
21  this is part of the Capital Improvement Plan?
22      A.  Yes.
23      Q.  And would this budget summary have
24  been part of the plan that would have been given
25  to the City Council to review prior to voting on





Page 162

1   and approving the plan?
2        A.  Yes.
3        Q.  When you were on City Council is
4   the budget summary for this fiscal year a document
5   that you yourself would have reviewed?
6        A.  Yes.
7        Q.  The projects that are listed on
8   this budget summary are all Public Works projects?
9        A.  Yes.
10       Q.  The plan check/inspection, and
11  construction management services that are budgeted
12  here were services that would be provided by Urban
13  Logic?
14       A.  Yes.
15       Q.  And just like the other budget
16  summaries we have gone through, if we add the
17  budgeted amount for the plan check/inspection and
18  the construction management services, that total
19  amount comes out to $5,525,308.  Okay?
20       A.  Okay.
21       Q.  And, again, on all my math here I
22  am going to ask that you trust me.  All right?
23       A.  Okay.
24       Q.  And if we take that amount and
25  divide it by the total project budgeted amount of

Page 163

1   $72,413,623, that comes out to approximately 7.6
2   percent.  All right?
3        A.  Okay.
4        Q.  7.6 percent exceeds four and a half
5   percent; right?
6        A.  Yes.
7        Q.  Given the nature and scope of the
8   projects that are listed here on this budget
9   summary, does it make sense to you that Urban
10  Logic would need to provide plan check/inspection,
11  and construction management services that would
12  exceed four and a half percent of the total
13  budgeted amount?
14       A.  Yes.
15       Q.  Okay.  And is there any examples
16  here that you could point to that would -- that
17  would demonstrate work that Urban Logic would have
18  to provide that would exceed the four and a half
19  percent fee cap?
20       A.  The Beaumont Utility Authority
21  projects, they have sewer collection system, trunk
22  main, there is a lot of work involved with working
23  in active streets and such.  Same with the sewer
24  pipeline repair, you are working within an active
25  street.  Repair projects, Valley Parkway and Noble

Page 164

1   Creek Bridge, you are working in an active creek
2   bed where additional permits and such from A to Zs
3   and additional things you have to deal with.
4        Q.  And so given the work that would be
5   required for these projects that are listed here,
6   does it make sense to you that Urban Logic would
7   have to provide these plan check/inspection and
8   construction management services and charge a fee
9   for those services that would exceed four and a
10  half percent of the total project cost?
11       A.  Yes.
12       Q.  And that's something that you would
13  have known when you reviewed this Budget Summary
14  back in 2004; right?
15       A.  Yes.
16       Q.  All right.  Let's move on to
17  Exhibit 15, please.
18       (Exhibit No. 15 was marked for
19       identification and is attached
20       hereto.)
21  BY MS. VANDERWEELE:
22       Q.  Is Exhibit 15 an amended Capital
23  Improvement Plan for fiscal year 2007 to 2008?
24       A.  Yes.
25       Q.  And you were on City Council at

Page 165

1   that time; right?
2        A.  Yes.
3        Q.  This report is dated February 6,
4   2007?
5        A.  Yes.
6        Q.  And you would have reviewed this
7   Capital Improvement Plan prior to voting to
8   approve it or not; right?
9        A.  Yes.
10       Q.  I am going to ask that you turn to
11  the Budget Summary which is tabbed and for the
12  record is BEAUMONTAIG571868.  All of the projects
13  that are listed here are Public Works projects.
14  Is that true?
15       A.  Yes.
16       Q.  So all of the plan check/inspection
17  and construction management services that are
18  budgeted on this summary would be worked on by
19  Urban Logic?
20       A.  Yes.
21       Q.  And if we again like we have been
22  doing take the sum of the budgeted amount for
23  plan check/inspection and construction management,
24  I will represent to you that that total is
25  $10,979,123.  All right?

42 (Pages 162 to 165)



Page 166

```
 1          A.  Okay.
 2          Q.  And then if we divide that amount
 3  by the total project budget of $152,517,415, that
 4  comes out to 7.2 percent.  All right?
 5          A.  Okay.
 6          Q.  7.2 exceeds 4.5; correct?
 7          A.  Yes.
 8          Q.  Looking at the projects that are
 9  listed here, are you familiar with these projects?
10          A.  Yes.
11          Q.  Given the nature and scope of the
12  projects that are identified, does it make sense
13  to you that the plan check/inspection and
14  construction management services that Urban Logic
15  would be providing on these projects would have to
16  exceed four and a half percent of the total
17  project cost?
18          A.  Yes.
19          Q.  And the fact that Urban Logic would
20  be charging fees for services like
21  plan check/inspection and construction management
22  that would exceed the four and a half percent fee
23  cap, was that disclosed to you and City Council
24  before Urban Logic provided those services?
25          A.  Yes.
```

Page 167

```
 1          MR. DUNN:  Objection; lacks
 2  foundation.  Move to strike.
 3  BY MS. VANDERWEELE:
 4          Q.  And that was disclosed to you
 5  through the Budget Summary?
 6          A.  Yes.
 7          Q.  All right.  Let's go to No. 16.
 8          (Exhibit No. 16 was marked for
 9          identification and is attached
10          hereto.)
11  BY MS. VANDERWEELE:
12          Q.  Exhibit 16 is an amended Capital
13  Improvement Plan for fiscal year 2008 to 2009?
14          A.  Yes.
15          Q.  Dated September 16, 2008; right?
16          A.  Yes.
17          Q.  And you were on City Council and
18  would have reviewed this Capital Improvement Plan
19  prior to voting to approve it or not?
20          A.  Yes.
21          Q.  And I am going to ask that you turn
22  to the Budget Summary, which is tabbed in your
23  binder, and for the record is LOC4-076882.  This
24  Budget Summary that I have asked you to look at,
25  this is part of the Capital Improvement Plan;
```

Page 168

```
 1  right?
 2          A.  Yes.
 3          Q.  And this is part of the plan as
 4  provided to City Council to review prior to voting
 5  on whether to approve it or not; correct?
 6          A.  Yes.
 7          Q.  Are all of the projects listed here
 8  Public Works projects?
 9          A.  Yes.
10          Q.  And so the plan check/inspection
11  and construction management services for these
12  projects would be done by Urban Logic?
13          A.  Yes.
14          Q.  And if we take the sum of the
15  budgeted amount for the plan check/inspection and
16  construction management services, that total is
17  $11,848,852.  Okay?
18          A.  Okay.
19          Q.  And if we take that amount and
20  divide it by the total project budget of
21  $165,586,491, that comes out to roughly 7.2
22  percent.  All right?
23          A.  Yes.
24          Q.  7.2 is greater than 4.5?
25          A.  Yes.
```

Page 169

```
 1          Q.  Looking at these projects are you
 2  familiar with the projects that are identified
 3  here?
 4          A.  Yes.
 5          Q.  Would you have looked at like the
 6  plans and specifications for some of these
 7  projects?
 8          A.  Yes.
 9          Q.  Would you have done that when you
10  were on City Council?
11          A.  Yes.
12          Q.  And given the nature and scope of
13  these projects -- or strike that.  Let me back up.
14          All of the projects that are
15  identified not only in this budget summary but in
16  the other budget summaries that we have looked at,
17  would you have looked at the plans and
18  specifications for those projects as well?
19          A.  Yes.
20          Q.  Okay.  Given the nature and scope
21  of the projects that are identified on this budget
22  summary for fiscal year 2008 to 2009, does it make
23  sense to you that Urban Logic would have to
24  provide plan check/inspection and construction
25  management services that would exceed 4.5 percent
```



Page 170

```
 1      of the total project cost?
 2              A.  Yes.
 3              Q.  And the fact that Urban Logic would
 4      be providing those services in excess of the four
 5      and a half percent fee cap, that was disclosed to
 6      you and City Council; correct?
 7              A.  Yes.
 8              Q.  Let's go to Exhibit 17, please.
 9      And I promise you we are almost done with capital
10      improvement plans.  All right.  Exhibit -- oh,
11      wait, we have already gone through Exhibit 17.
12      I'm sorry.  That was one of the first ones we did;
13      right?
14              A.  Yeah.
15              Q.  Is that on there?  Okay.  So let's
16      go to Exhibit 18, please.  I apologize.
17              (Exhibit No. 18 was marked for
18              identification and is attached
19              hereto.)
20      BY MS. VANDERWEELE:
21              Q.  So is Exhibit 18 an amended capital
22      improvement plan for fiscal year 2011 to 2012?
23              A.  Yes.
24              Q.  And it's dated June 21, 2011?
25              A.  Yes.
```

Page 171

```
 1              Q.  You were on City Council and would
 2      have reviewed this prior to voting to approve it?
 3              A.  Yes.
 4              Q.  I want to turn your attention to
 5      the Budget Summary that's included in this plan
 6      and for the record is BAUAIG4417.  This Budget
 7      Summary, this is part of the Capital Improvement
 8      Plan that's given to the City Council to review
 9      prior to voting to approve the plan?
10              A.  Yes.
11              Q.  Would you have reviewed this Budget
12      Summary prior to voting on whether to approve the
13      plan?
14              A.  Yes.
15              Q.  All of these projects are Public
16      Works projects?
17              A.  Yes.
18              Q.  And because of that then, like the
19      other budgets we have looked at, the
20      plan check/inspection and construction management
21      services for these projects would be done by Urban
22      Logic; right?
23              A.  Yes.
24              Q.  And if we take the total budget
25      amount for the plan check/inspection and
```

Page 172

```
 1      construction management services, that comes out
 2      to $2,125,065.  All right?
 3              A.  Okay.
 4              Q.  And if we divide that by the total
 5      project budget of $33,101,287, that comes out to
 6      6.4 percent.  All right?
 7              A.  Okay.
 8              Q.  6.4 is more than 4.5; correct?
 9              A.  Yes.
10              Q.  Given the nature and scope -- or
11      strike that.
12              Are you familiar with the projects
13      that are identified here?
14              A.  Yes.
15              Q.  Would you have reviewed plans and
16      specifications for those projects?
17              A.  Yes.
18              Q.  And given the nature and scope of
19      these projects, does it make sense to you that the
20      fees that Urban Logic charged for
21      plan check/inspection and construction management
22      would have to exceed four and a half percent of
23      the total project amount?
24              A.  Yes.
25              Q.  And the fact that those fees would
```

Page 173

```
 1      exceed four and a half percent was fully disclosed
 2      to you and City Council; correct?
 3              A.  Yes.
 4              Q.  All right.  Let's go to 19, which I
 5      think is our last Capital Improvement Plan.
 6              (Exhibit No. 19 was marked for
 7              identification and is attached
 8              hereto.)
 9      BY MS. VANDERWEELE:
10              Q.  And unfortunately we don't have all
11      the capital improvement plans but we do have a
12      Budget Summary and so I am going to ask you to
13      look at this page and tell me if this looks like a
14      Budget Summary that would have been included in
15      the Capital Improvement Plan for fiscal year 2012
16      to 2013?
17              A.  Yes.
18              Q.  Are all of the projects identified
19      here Public Works projects?
20              A.  Yes.
21              Q.  So the plan check/inspection and
22      construction management services, those would be
23      performed by Urban Logic?
24              A.  Yes.
25              Q.  And like we have been doing, if I
```





Page 174

```
 1    take the sum of the budgeted amounts for plan
 2    check/inspection and construction management, that
 3    total is $914,674.  All right?
 4        A.   Okay.
 5        Q.   And if I divide that amount by the
 6    total project cost of $17,519,009, that comes out
 7    to 5.2 percent.  Okay?
 8        A.   Okay.
 9        Q.   5.2 is greater than 4.5?
10        A.   Yes.
11        Q.   And the fact that Urban Logic was
12    going to have to charge -- I will let you get some
13    water.
14        A.   Excuse me.
15        Q.   You are fine.  Take your time.
16        A.   Okay.  Go ahead.
17        Q.   Okay.  Thank you.  The fact that
18    Urban Logic was going to be charging fees for
19    plan check/inspection and construction management
20    services that would necessarily exceed four and a
21    half percent is set forth here right in this
22    budget; correct?
23        A.   Yes.
24        Q.   Fully disclosed to you and City
25    Council?
```

Page 175

```
 1        A.   Yes.
 2        Q.   Okay.  I think that's the last
 3    budget.
 4             Okay.  I am going to now ask that
 5    you turn to exhibit -- oh, one second.  Oh, thank
 6    you.  Can we actually go back to Exhibit 17.  This
 7    is one of the first capital improvement plans we
 8    looked at and if you could go to the Budget
 9    Summary.
10             So we have talked about how the
11    plan check/inspection and construction management
12    services provided by ULC pursuant to those
13    contracts we looked at at the beginning of the
14    deposition, those services are subject to a four
15    and a half percent fee cap; right?
16        A.   Yes.
17        Q.   The PE and PM services, those are
18    not subject -- or let me ask it this way.  Are
19    those subject to a four and a half percent fee
20    cap?
21        A.   No.
22        Q.   Engineering services?
23        A.   No.
24        Q.   The survey/GIS services?
25        A.   No.
```

Page 176

```
 1        Q.   Construction contractor services?
 2        A.   No.
 3        Q.   So in these budget summaries the
 4    only category of services that are subject to the
 5    four and a half percent fee cap for Urban Logic
 6    are the plan check/inspection and construction
 7    management; correct?
 8        A.   Yes.
 9        Q.   Would it make any sense to you
10    given your construction management experience and
11    expertise to cap engineering services for a Public
12    Works project at four and a half percent?
13        A.   No.
14        Q.   Can you explain that for me?
15        A.   Because you don't know what the
16    work is going to involve till you get into it.
17    They could have a lot of things that come up.
18    Some of these can be really easy, some can be
19    really tough to deal with.  Because they have to
20    go in there and do their due diligence to make
21    sure they have got the work done correctly.
22        Q.   And same for the construction
23    contractor services.  Those are not subject to the
24    four and a half percent fee cap; right?
25        A.   No.
```

Page 177

```
 1        Q.   And would it make any sense to you
 2    given your construction management experience to
 3    cap contractor services at four and a half percent
 4    of the project's total cost?
 5        A.   No.
 6        Q.   And why is that?
 7        A.   Because we don't know exactly
 8    what's going to happen till we get the project
 9    designed.  It could be less than that.  Or more.
10        Q.   And for some of the projects that
11    were undertaken in the City of Beaumont, the
12    more -- the more costly projects, would it make
13    any sense to cap the engineering and other
14    services such as design and surveying at four and
15    a half percent?
16        A.   No.
17        Q.   All right.  Now let's go to
18    Exhibit 20.
19             (Exhibit No. 20 was marked for
20             identification and is attached
21             hereto.)
22    BY MS. VANDERWEELE:
23        Q.   So Exhibit 20 is a report of
24    findings on the investigation of Urban Logic
25    Consulting, David Dillon, Ernst Egger, Deepak
```

45 (Pages 174 to 177)



Page 178

```
1     Moorjani, GGMS, Inc., and Alan Kapanicas.  And
2     it's prepared by Hemming Morse LLP and it looks
3     like Daniel W. Ray is the individual that authored
4     this.  Do you see this?
5          A.  Yes.
6          Q.  Have you reviewed this document
7     before?
8          A.  Yes.
9          Q.  So this is a report prepared by an
10    accountant Dan Ray.  And do you understand based
11    on your review of this document that the report
12    attempts to conclude that the ULC principals
13    perpetrated a fraud scheme that enabled them to
14    receive overpayment.
15         A.  Yes.
16         Q.  And, actually, if we look at --
17              Okay.  Sorry, I am trying to find
18    my place here.  So I want to focus your attention
19    to Page 2 of this report.  You are there?
20         A.  Yes.
21         Q.  So there is the Executive Summary
22    here.  And bullet point 1 says that:
23              "While serving and being
24              compensated as city officials,
25              Mr. Dillon, Mr. Egger, and
```

Page 179

```
1              Mr. Moorjani materially
2              participated in the approval
3              process regarding capital
4              improvement projects funded by
5              bonds sold to investors."
6          I take it you agree with that?
7          A.  Yes.
8          Q.  And then the next two bullet points
9     discuss Urban Logic's fees and their contracts.
10    Okay?  And here Mr. Ray is stating that pursuant
11    to the September 1993 agreement Mr. Ray states:
12              "For the capital improvement
13              consulting services, ULC was to
14              be paid on a time and material
15              basis not exceeding four and
16              one-half percent of the confirmed
17              construction costs of the public
18              improvements to be constructed."
19              Do you see that?
20         A.  Yes.
21         Q.  Mr. Ray fails to identify which
22    specific services were subject to that four and a
23    half percent fee cap; correct?
24         A.  Yes.
25         Q.  And we can look back at Exhibit 1
```

Page 180

```
1     if you want, but do you remember that the four and
2     a half percent fee cap only applies to plan check
3     and inspection?
4          A.  That's correct.
5          Q.  All right.  And here Mr. Ray is not
6     identifying which services are actually subject to
7     the cap; correct?
8          A.  That's correct.
9          Q.  He is saying that all of ULC
10    services are subject to a four and a half percent
11    fee cap, and that's not true.  Correct?
12         A.  That's correct.
13              MR. DUNN:  Objection; move to
14    strike, calls for a legal opinion or conclusion.
15    BY MS. VANDERWEELE:
16         Q.  And that's based simply on what the
17    contract says.
18         A.  That's correct.
19              MR. DUNN:  Same objection.
20    BY MS. VANDERWEELE:
21         Q.  All right.  He also talks about the
22    April '94 contract.  Do you see that in the --
23         A.  Yes.
24         Q.  -- the bottom?
25              Mr. Ray says that pursuant to the
```

Page 181

```
1     April '94 contract:
2              "Compensation shall be on a
3              time and material basis not
4              exceeding four and one-half
5              percent of the bid price awarded
6              by the City for each project."
7              Do you see that?
8          A.  Yes.
9          Q.  Does Mr. Ray identify which
10    services in that '94 agreement are subject to the
11    four and a half percent fee cap?
12         A.  No.
13         Q.  And we know looking at Exhibit 2
14    that that four and a half percent fee cap only
15    applies to construction management services as set
16    forth in that contract; correct?
17         A.  Yes.
18              MR. DUNN:  Objection; move to
19    strike, calls for a legal opinion or conclusion.
20    BY MS. VANDERWEELE:
21         Q.  Again, based on the plain language
22    of that document we looked at; true?
23         A.  Yes.
24              MR. DUNN:  Move to strike.  Same
25    objection.
```



Page 182

1  BY MS. VANDERWEELE:
2      Q.  So here based -- you have reviewed
3  Mr. Ray's report?
4      A.  Yes.
5      Q.  Anywhere in Mr. Ray's report, does
6  he distinguish which services provided by Urban
7  Logic are subject to a four and a half percent fee
8  cap?
9      A.  No.
10     Q.  And do you believe based on your
11 review of this document that Mr. Ray's failure to
12 take into account that only specific services were
13 subject to a fee cap affects the calculations that
14 he makes here?
15     A.  Yes, I do.
16         MR. DUNN:  Objection; move to
17 strike, lacks foundation.
18 BY MS. VANDERWEELE:
19     Q.  So if we look to Page 3, second
20 bullet point.
21     A.  Okay.
22     Q.  I am going to read it into the
23 record.  It says:
24         "It is noted that ULC and its
25         owners were compensated for

Page 183

1      certain services that were not
2      limited to the four and a half
3      percent cap described above for
4      the capital improvement work."
5      Do you see that?
6      A.  Yes.
7      Q.  Does Mr. Ray say which services are
8  not subject to the cap?
9      A.  No.
10         MR. DUNN:  Objection; the document
11 speaks for itself.  Move to strike.
12 BY MS. VANDERWEELE:
13     Q.  And the next sentence reads:
14         "For purposes of a damage
15         calculation, Hemming is
16         estimating that approximately 25
17         percent of the funds paid to ULC
18         from the City of Beaumont were
19         not subject to the four and a
20         half percent cap."
21      Do you see that?
22      A.  Yes.
23      Q.  So Mr. Ray and Hemming Morse, his
24 firm, is estimating that approximately 75 percent
25 of the work done by ULC was subject to a four and

Page 184

1  a half percent fee cap.  Do you understand that?
2      A.  Yes.
3      Q.  Do you agree based on your
4  knowledge of all of the work that Urban Logic did
5  that 75 percent of the work that they provided for
6  the City of Beaumont was work that was subject to
7  a four and a half percent fee cap?
8      A.  No.
9      Q.  And why do you say that?
10     A.  Because there was different
11 categories of work.  There was work for others.
12 We did a lot of work for the water district.  Not
13 we, but the city did, through Urban Logic and that
14 wasn't subject to it.  There was work for the park
15 district that wasn't subject to it.  There was
16 work done for the library district that wasn't
17 subject to.  There was work done for the school
18 district that wasn't subject to it.  There was
19 work done for private individuals that wasn't
20 subject to it that was part of Public Works.
21     Q.  And you've reviewed this report,
22 and anywhere do you see where Mr. Ray provides an
23 explanation for his assumption that 75 percent of
24 Urban Logic's work was subject to a four and a
25 half percent cap?

Page 185

1      A.  Not really.
2      Q.  The top bullet point on this
3  Page 3, it talks about payments from both the City
4  of Beaumont and the Bond Trustee that were made to
5  Urban Logic.  Do you see that?
6      A.  Yes.
7      Q.  The Bond Trustee, is that
8  Union Bank?
9      A.  Yes.
10     Q.  And so money that was paid to Urban
11 Logic from the Bond Trustee, is that money paid by
12 Beaumont Financing Authority?
13     A.  Yes.
14     Q.  Okay.  Beaumont Financing
15 Authority, is that a separate entity from the City
16 of Beaumont?
17     A.  Yes.
18     Q.  So anywhere where it states that
19 it's -- Urban Logic was receiving Bond Trustee
20 funds or payment from the Bond Trustee, that would
21 be referring to money paid by Beaumont Financing
22 Authority?
23     A.  Yes.
24     Q.  And that's different from the
25 moneys paid to Urban Logic by the City of




1    Beaumont.  Do I understand that correctly?
2        A.  Yes.
3        Q.  If you could turn to Page 6,
4    please.  I am going to direct your attention to
5    the second paragraph under the heading Urban Logic
6    Contracts with Beaumont.
7        A.  Okay.
8        Q.  And in the second paragraph in the
9    middle there is a sentence that starts "In
10   addition."
11       A.  Okay.
12       Q.  Are you with me?  It says "In
13   addition ULC was to provide Public Works."  You
14   are almost there.
15       A.  Yeah, I think so.  Hold on.
16       Q.  Okay.
17       A.  Got it.
18       Q.  So I am going to read what Mr. Ray
19   says in his report and then I am going to have a
20   question for you.
21       MR. DUNN:  And, I'm sorry, counsel,
22   this is Bates 3969?
23       MS. VANDERWEELE:  Correct.  And I
24   am looking at the -- essentially the second
25   paragraph of the second paragraph in the Urban

1    Logic contract section.
2        MR. DUNN:  I found it.  Thank you.
3    BY MS. VANDERWEELE:
4        Q.  Yep.  So Mr. Ray states:
5            "In addition ULC was to
6        provide Public Works and
7        Engineering Services as detailed
8        in the agreement.  For these
9        services ULC was to be paid on a
10       time and materials basis not
11       exceeding four and one-half
12       percent of the confirmed
13       construction cost of the public
14       improvements to be constructed."
15           Do you see that?
16       A.  Yes.
17       Q.  All right.  Is Mr. Ray correct that
18   engineering services were subject to a four and a
19   half percent fee cap?
20       A.  No.
21       Q.  So he has got this wrong?
22       MR. DUNN:  Objection; move to
23   strike, calls for a legal opinion or conclusion.
24   BY MS. VANDERWEELE:
25       Q.  And actually, let's talk about

1    this.  Anywhere in those, Exhibit 1 and 2, those
2    are the two contracts that we -- that we were
3    talking about at the beginning of the deposition,
4    those contracts set forth the four and a half
5    percent fee cap for certain services provided by
6    ULC.
7        A.  Yes.
8        Q.  Anywhere in those contracts did you
9    see anything that stated that the engineering
10   services that Urban Logic was providing were
11   capped at four and a half percent of the total
12   project cost?
13       A.  No.
14       MR. DUNN:  Objection; move to
15   strike, calls for a legal opinion or conclusion.
16   BY MS. VANDERWEELE:
17       Q.  And when you were on City Council,
18   did you understand that the engineering services
19   and those other highly technical services that
20   Urban Logic was providing were not subject to the
21   four and a half percent fee cap?
22       A.  Yes.
23       Q.  During the annual reviews of the
24   city's contracts with its contractors, the City
25   Council would review Urban Logic's contract?

1        A.  Yes.
2        Q.  And would you discuss the contents
3    of those contracts?
4        A.  Yes.
5        Q.  And based on your discussion with
6    your fellow City Council members about the Urban
7    Logic contracts, do you believe that everyone on
8    City Council understood that only
9    plan check/inspection and construction management
10   services provided by Urban Logic would be subject
11   to that four and a half percent fee cap?
12       A.  Yes.
13       MR. DUNN:  Objection; move to
14   strike, calls for speculation, lacks foundation.
15   BY MS. VANDERWEELE:
16       Q.  Okay.  If you can turn to Page 16,
17   please.  At the bottom of Page 16 and going on to
18   Page 17 this part of the report talks about the
19   amount received by ULC.  And Mr. Ray states that:
20           "The amount received by ULC
21       far exceeds the required four and
22       a half percent fee cap."
23           Do you see that at the bottom of
24   Page 16?
25       A.  Yes.



Page 190

1    Q.  Okay.  If we now then turn to
2  the -- his discussion on Page 17, am I correct
3  that Mr. Ray's calculation fails to distinguish
4  between services such as project -- strike that.
5        Does Mr. Ray's calculation here
6  fail to distinguish between the
7  plan check/inspection and construction management
8  services that were subject to the four and a half
9  percent fee cap?
10    A.  Yes.
11    Q.  Anywhere does he parse out those
12  specific services as being subject to the fee cap?
13    A.  No.
14    Q.  Fair to say based on your review of
15  this report that Mr. Ray fails to appreciate the
16  substantial amount of work that was done by Urban
17  Logic in which they provided services that were
18  not subject to a fee cap?
19        MR. DUNN:  Objection.
20        THE WITNESS:  Yes.
21        MR. DUNN:  Move to strike, it's
22  argumentative, lacks foundation, it calls for
23  speculation.
24  BY MS. VANDERWEELE:
25    Q.  And why do you say that?

Page 191

1    A.  Because in my personal experience
2  doing construction management and all the projects
3  that had to be done, they provided a good product
4  for a reasonable price.  And that's why the
5  Council approved it.
6    Q.  If -- we will get there.
7        We also looked at -- let's see.  So
8  you had an opportunity to review this report and I
9  have pointed your attention to a few things.  Is
10  there anything else in this report done by Mr. Ray
11  that -- that you disagree with?
12    A.  He made a lot of assumptions on how
13  much income they made during years and he put a
14  lot of amounts in there that basically was during
15  the economic downturn after 2007, 2008 to 2009 and
16  didn't take into factor all the other work they
17  did or had done for other agencies.  They were
18  working for other cities after and doing work and
19  stuff so...
20    Q.  And so if we look at Page 9, this
21  is the part where Mr. Ray has a chart that
22  discusses reported wages on federal returns and
23  certain amounts were imputed by Mr. Ray.  And
24  those amounts are red.  Unfortunately they don't
25  show up as red on this document.  But have you had

Page 192

1  the chance to review an actual color copy of this
2  report?
3    A.  Yes.
4    Q.  And I am going to have -- Angela
5  has pulled this up on her laptop.  And I am going
6  to show you a pdf of Page 9 of Mr. Ray's report
7  that's colored.
8        MR. DUNN:  Counsel, you are going
9  to have to put this in the record.
10        MS. VANDERWEELE:  Sure, I am going
11  to send the color copy to the court reporter.
12        MR. DUNN:  Okay.  You are going to
13  have to identify it as an exhibit now.
14        MS. VANDERWEELE:  Okay.  So I am
15  going to identify Page 9 of Mr. Ray's report as
16  Exhibit --
17        MS. LEWOSZ:  29.
18        MS. VANDERWEELE:  -- 29.
19        (Exhibit No. 29 was marked for
20        identification and is attached
21        hereto.)
22  BY MS. VANDERWEELE:
23    Q.  So looking at this, is what I have
24  shown you as Exhibit 29 a color copy version of
25  Page 9 of Mr. Ray's report?

Page 193

1        MR. DUNN:  Counsel, you have to
2  show it to all counsel.  You have to show it to
3  me.
4        Thank you.
5        MS. VANDERWEELE:  Of course.
6        MR. DUNN:  Okay.  Thank you.  I am
7  going to hand your laptop back to you.
8  BY MS. VANDERWEELE:
9    Q.  So I am going to show you this
10  again and just so we've got a clear transcript I'm
11  showing you what we've marked as Exhibit 29 which
12  is a color version of Page 9 of Mr. Ray's report.
13        MR. DUNN:  Well, let's just be
14  clear for the record.  You don't have an exhibit
15  to mark as Exhibit 29.  So you are just going to
16  have to refer to this.  It's not an exhibit.
17        MS. VANDERWEELE:  Understood.
18  BY MS. VANDERWEELE:
19    Q.  So I am going to refer to the color
20  copy Page 9 of Mr. Ray's report that's in front of
21  you; correct?
22    A.  Yes.
23    Q.  You have seen this before.
24    A.  Yes.
25    Q.  You have reviewed it; correct?





Page 194

1          A.  Yes.
2          Q.  And tell me -- you were starting to
3    describe for us what you disagreed with in terms
4    of what Mr. Ray has done here.  And if you could
5    just explain that for us.
6          A.  Well, he made assumptions to how
7    much income people made.  And we were going
8    through an economic downturn during a couple or
9    several of those years and some of them there he
10   made assumptions, you know, earlier that they made
11   a lot of money, that -- well, 2003, he said that
12   the -- Dillon and Egger made the same amount that
13   Dee Moorjani did.  We don't know.  I mean we don't
14   have assumption here and a lot of them is just
15   it's based on -- on speculation.  There are three
16   different individuals and they earn money
17   differently.
18         MR. DUNN:  Objection; move to
19   strike for lack of foundation, calls for
20   speculation as to what Mr. Ray was thinking or
21   knew.
22   BY MS. VANDERWEELE:
23         Q.  And the years that you take issue
24   with, are those -- or strike that.
25               The amounts that you take issue

Page 195

1    with are the amounts in red?
2          A.  Yes.
3          Q.  Okay.  I think we are done here.
4               Fair to say based on your review of
5    Mr. Ray's report, you disagree with his
6    calculations here?
7          A.  Yes.
8          Q.  Do you believe that they are based
9    on faulty assumptions?
10         A.  Yes.
11         MR. DUNN:  Objection; move to
12   strike, lacks foundation.
13   BY MS. VANDERWEELE:
14         Q.  And why do you believe that?
15         A.  Because in my own -- in my
16   professional opinion, I have the same education as
17   Mr. Ray, I have done some of the same work, same
18   accounting class elective in college, and I use to
19   do the same work and I have a construction
20   experience on here that Mr. Ray doesn't -- doesn't
21   show any of that that he has ever actually audited
22   or looked through construction contracts and
23   engineering contract to see what the costs were
24   and how you apply them.  So I think there is some
25   fault there.  He should have got more information,

Page 196

1    maybe spoke to some other individuals, maybe the
2    Council members that worked on it.  But there was
3    no indication from that in this report.  It's
4    basically based on numbers that he got from a
5    different source.
6          Q.  Okay.
7          MR. DUNN:  Objection; move to
8    strike, improper layperson opinion, certainly
9    lacks foundation, speculation.
10   BY MS. VANDERWEELE:
11         Q.  And your basis for the opinion
12   that -- that you disagree with Mr. Ray's report,
13   that's based on your decades of experience in
14   construction management and reviewing all the work
15   that Urban Logic did; correct?
16         A.  Yes.
17         MR. DUNN:  Objection; calls for
18   improper layperson opinion.
19         MS. VANDERWEELE:  All right.  We
20   are going to move to Exhibit 21, please.
21         (Exhibit No. 21 was marked for
22         identification and is attached
23         hereto.)
24   BY MS. VANDERWEELE:
25         Q.  All right.  Have you seen this

Page 197

1    document before?
2          A.  Yes.
3          Q.  This, for the record, is a -- dated
4    November 3, 2016.  I guess I should back up.  It's
5    Bates stamped BEAUAIG3737 through 3751.  And this
6    is a letter on the Stradling Law Firm letterhead
7    directed to Judith D. Blake at AIG dated
8    November 3, 2016.  Do you see that?
9          A.  Yes.
10         Q.  And as stated in the first two
11   pages of this document, this is documentation
12   that's being submitted by the lawyers on behalf of
13   the City of Beaumont to AIG for an insurance claim
14   that the city is making; correct?
15         A.  Yes.
16         Q.  The city is claiming that it
17   suffered a loss that it believes is recoverable
18   under certain policies.
19         MR. DUNN:  Objection.
20   BY MS. VANDERWEELE:
21         Q.  Do you see that stated here in the
22   first paragraph?
23         A.  Yes.
24         MR. DUNN:  Objection; move to
25   strike.  Lacks foundation.




Page 198

```
 1    BY MS. VANDERWEELE:
 2        Q.  Okay.  And that's simply what's
 3    stated here in the document; correct?
 4        A.  Yes.
 5            MR. DUNN:  Same objection.
 6    BY MS. VANDERWEELE:
 7        Q.  And you understand that after
 8    reviewing these; correct?
 9        A.  Yes.
10            MR. DUNN:  Objection; move to
11    strike, lacks foundation.
12    BY MS. VANDERWEELE:
13        Q.  The document says in the second
14    sentence:
15            "Beaumont provides the
16        enclosed Proof of Loss and
17        Addendum A, collectively the
18        Proof of Loss, encompassing
19        losses that the insured has
20        suffered as a result of unlawful
21        activities of at least seven
22        former employees of Beaumont."
23            And I am referring to what's here
24    on the first page.  Do you see that?
25        A.  Okay.  Yes.
```

Page 199

```
 1        Q.  Okay.  And then when you review
 2    this document, these documents go on to explain
 3    what the city is claiming as loss; right?
 4        A.  Yes.
 5            MR. DUNN:  Objection; move to
 6    strike, lacks foundation.
 7    BY MS. VANDERWEELE:
 8        Q.  I want to direct your attention to
 9    Page 10, please.
10        A.  Okay.
11        Q.  This section is titled The City's
12    Losses.  And if we look at the second paragraph
13    where it starts "The city," do you see that?
14        A.  Yes.
15        Q.  I am going to read what it says and
16    then I have questions for you.  So here it says:
17            "The city has at least
18        $42,994,879 plus interest in
19        losses related to the former
20        employee scheme to evade the
21        city's obligations to pay fees to
22        the Western Riverside Council of
23        Governments, WRCOG, as part of
24        the transportation uniform
25        mitigation fee, TUMF, program,
```

Page 200

```
 1        period."
 2            Well, there is a colon but I am
 3    going to end the quote there.  Do you see that?
 4        A.  Yes.
 5        Q.  Do you understand that Western
 6    Riverside Council of Governments filed an action
 7    against the City of Beaumont to recover what they
 8    claimed were unremitted TUMF fees?
 9        A.  Yes.
10        Q.  And it's my understanding that in
11    2009 is when that action was filed by WRCOG.
12    Correct?  And you --
13        A.  Yes.
14            MR. DUNN:  Objection; move to
15    strike, lacks foundation.
16    BY MS. VANDERWEELE:
17        Q.  You were on City Council in 2009?
18        A.  Yes.
19        Q.  I take it the City Council was
20    apprised of litigation against the city?
21        A.  Yes.
22        Q.  And you understood that Western
23    Riverside Council of Governments had filed an
24    action against the City of Beaumont to recover
25    what it claimed were unremitted TUMF fees?
```

Page 201

```
 1        A.  Yes.
 2        Q.  And even before 2009 when you were
 3    on City Council, did you understand that Western
 4    Riverside Council of Governments through various
 5    letters and communications between WRCOG and the
 6    city was claiming that the city had unremitted
 7    TUMF fees?
 8        A.  Yes.
 9        Q.  Did the city have unremitted TUMF
10    fees?
11        A.  No.
12        Q.  Can you explain that for me?
13        A.  Because when they started --
14            MR. DUNN:  I'm sorry.  Move to
15    strike, lacks foundation, calls for a legal
16    opinion or conclusion.  But I am interested in
17    hearing the answer to this one.
18            MS. VANDERWEELE:  Me too.
19            MR. DUNN:  Go ahead.
20            THE WITNESS:  All right.  Prior to
21    Beaumont entering into agreeing to the -- and
22    modifying the ordinance for the TUMPF ordinance,
23    we had several discussions at WRCOG and in fact
24    some of those discussions were road and bridge
25    benefit districts and prior permits -- or prior
```





Page 202

1   project agreements we had with developers.  This
2   is down in the City of Temecula, Murrieta, Corona.
3   And, in fact, Steve DeBaun who was the counsel for
4   WRCOG was there and I asked him pointblank, I says
5   well, Beaumont has, you know, transferred -- our
6   CFD93-1, it is comprehensive throughout the whole
7   city.  And they agreed that, yes, we can work with
8   you on that and make it work in the TUMF.  We were
9   the last city to join the TUMF program.
10          Until we got a guarantee that this
11  was going to work, they were going to work with
12  us, we got the county supervisor, Aaron Ashley
13  (verbatim), agreed it was going to work with us on
14  it.  After we were in the program, TUMF was coming
15  out and putting their sign up on all the road
16  projects we had done, calling up the parties
17  saying -- and praising to the TUMF communicator
18  how Beaumont has built all these TUMF facilities
19  and they are moving along and getting them done,
20  the first ones to get them done.
21          We had no problems really, minor
22  things, until the economy fell out in 2007.  Then
23  all of a sudden here comes request for money.
24  BY MS. VANDERWEELE:
25      Q.   From WRCOG?

Page 203

1       A.   From WRCOG.  Our ordinance stated,
2   you know, we had the facility.  Because we cannot
3   take the money outside the City of Beaumont, these
4   developers through the CFD93, that money was a
5   direct Nexus study -- had to stay within the city
6   of money (sic) to build the facilities there.  It
7   couldn't be sent to Corona, to Temecula, other
8   places.  So we had to work with what was there.
9           We did send money that was not part
10  of CFD93 to be collected from developers or
11  homebuilders to WRCOG.  I sent -- I paid money
12  that went into WRCOG for the home I built.  And we
13  had no problem with that.  And I know we -- we
14  constantly had meetings and we come out and give
15  presentations trying to work with WRCOG to come up
16  with a solution.  Several times there were some
17  discussions on settling this and making it work.
18  But it never, never went to attrition.
19      Q.   And the WRCOG's claim that the city
20  owed TUMF fees, any money that was collected by
21  the City of Beaumont that WRCOG characterizes as
22  unremitted TUMF fees, was that money spent on
23  TUMF-related facilities?
24      A.   Yes.
25      Q.   There is no missing $43 million

Page 204

1   somewhere?
2       A.   No.  The facilities were built, the
3   facilities are being used and, in fact, like I
4   said, they were praising them, Valley Parkway,
5   Supervisor Ashley came down.  He was so excited
6   that we built these bike lanes, he said the county
7   should finish them up and go along with it.
8   Everyone there was excited about the facilities we
9   built.
10      Q.   When you say everyone was excited,
11  are you referring to WRCOG?
12      A.   The WRCOG.  The director and
13  Ruthann Burger Taylor (sic) was there, yeah.
14      Q.   Were any TUMF funds collected -- or
15  strike that.
16          Okay.  And now I want to turn --
17  or, actually, sorry, sticking on the same topic,
18  the lawsuit, the action that was filed by WRCOG
19  against the city, it's my understanding that there
20  was a judgment entered in favor of WRCOG in 2014?
21      A.   Yes.
22      Q.   And I believe that was in I want to
23  say June of 2014.  Does that sound about right to
24  you?
25      A.   June or right -- just -- it was

Page 205

1   just before the election.  It was about October I
2   think or something like that.
3       Q.   And then that judgment was appealed
4   by the city?
5       A.   Yes.  The city immediately appealed
6   it and the new City Council continued the appeal
7   when they came on.  I don't know why they dropped
8   the appeal.
9       Q.   Okay.  That --
10      A.   It was appealed.
11      Q.   And there was ultimately a
12  settlement.
13      A.   Yeah.
14      Q.   And how do you know that?
15      A.   It was in the paper and they
16  actually made a press release about it.  Their
17  settlement, yeah.
18      Q.   So in this Proof of -- or strike
19  that.
20          In this document here that is
21  Exhibit 21 where it says that:
22          "The city has at least --"
23          And I am going to round this up to
24  43 million.  It says (as read):
25          "The city has at least $43



Page 206

1    million plus interest in losses
2    related to the former employee
3    scheme to evade the city's
4    obligation to pay fees to WRCOG
5    as part of the TUMF program."
6        Do you agree with that?
7    A.  No.
8    Q.  And why is that?
9    A.  Because it wasn't a scheme.  We
10   hired -- I started working on this back in 1985.
11   I was on the City Council with Robert Bowser.  He
12   was the first city manager that hired them and
13   then I got off and I got back on the Council
14   because they were doing this CFD93-1.  We wanted
15   to build the facilities.  It was the City Council
16   that made the decision to hire them.  It was the
17   City Council that made the decision to enter into
18   CFD93-1 to build the facilities that were needed
19   in the City of Beaumont so we could manage the
20   growth.
21        The problem we had as in the past
22   you would have half streets built, sewer plants
23   not completed, parks -- we get to the forty-ninth
24   house and then the developers were supposed to put
25   the park and they don't build it, they walk away.

Page 207

1    We wanted all the facilities built ahead of time
2    so when the new homeowners came in and the new
3    businesses came in, they had the roads and the
4    services to meet their needs and they wouldn't
5    have to be waiting for a refund from some other
6    agency or somebody to build it.  We wanted it done
7    ahead of time.  It was an entirely different way
8    of doing things.  We were thinking outbox.
9        Q.  I want to now direct your attention
10   to Page 11, please.  And focusing on the first
11   paragraph, I am going to read what is written and
12   then I am going to have some questions for you.
13   So in this first paragraph it states:
14        "The city believes these
15        payments were -- strike that.
16        Let me actually back up.
17        So the top of this page in bold,
18   the section says that the:
19        "Kapanicas administration
20        self-dealing resulted in payment
21        to Urban Logic and others of
22        exorbitant sums related to major
23        city projects."
24        Kapanicas was the city manager?
25        A.  During part of this time.

Page 208

1        Q.  Okay.  All right.  And the
2    paragraph that is stated here states that:
3        "Urban Logic functioned as
4        the city's long-term planning
5        engineer and economic development
6        consultant and its principals
7        also served as city officials."
8        And we kind of talked about that
9    already today; right?
10       A.  Yes.
11       Q.  This paragraph goes on to state
12   that:
13        "The city has identified
14        approximately $86 million paid
15        directly to Urban Logic
16        reportedly for professional
17        services from both the city's
18        bond proceeds and the city's
19        general fund."
20        Do you see that?
21       A.  Yes.
22       Q.  The bond proceeds, that's Beaumont
23   Financing Authority's money?
24       A.  Yes.
25       Q.  And the city's general fund, that's

Page 209

1    City of Beaumont money?
2    A.  Yes.
3    Q.  And then this paragraph goes on to
4    state that:
5        "The city believes these
6        payments were grossly inflated
7        and made pursuant to a fraudulent
8        embezzlement scheme beyond the
9        TUMF scheme outlined above
10        including whereby Urban Logic
11        routinely submitted false
12        invoices that were approved by
13        the Kapanicas administration."
14        Did I read that correctly?
15       A.  Yes.
16       Q.  Do you agree with that?
17       A.  No.
18       Q.  And why is that?
19       A.  Well, first of all, there were four
20   different city managers that worked under this
21   CFD93-1.  Bob Bounds, Dale Keller, Patrick Smith,
22   acting city manager, used to be -- was a chief of
23   police, and then finally Alan Kapanicas.  And once
24   again, it was the City Council, many City
25   Councils -- over 20 people on the City Council I

53 (Pages 206 to 209)



Page 210

```
1   can remember -- decided this was the best path for
2   the City of Beaumont to go forward to deal with
3   this development and to get it done in a timely
4   fashion.
5        Q.   When you were on the City Council
6   and reviewing the invoices and the work that was
7   done by Urban Logic -- well, strike that.
8             Everything that we -- we have
9   talked about how you reviewed invoicing from Urban
10  Logic while you were on City Council; correct?
11       A.   Yes.
12       Q.   And given your review of the plans
13  and specifications for work that Urban Logic did,
14  you knew the type of work that Urban Logic would
15  be providing for the city; correct?
16       A.   Yes.
17       Q.   And did you also have knowledge
18  based on your construction management expertise
19  about the actual work that Urban Logic was doing?
20       A.   Yes.
21       Q.   And you have told us earlier that
22  you went out and actually went to some of the
23  construction sites where Urban Logic was providing
24  services for the city; correct?
25       A.   Yes.
```

Page 211

```
1        Q.   Do you believe based on all of that
2   that Urban Logic was submitting grossly inflated
3   invoices?
4        A.   No.
5        Q.   Do you believe that Urban Logic was
6   submitting false invoices that were approved by
7   the City Council while you were on the City
8   Council?
9        A.   No.
10       Q.   And if we turn to the next page,
11  Page 12, it states:
12            "The city believes that Urban
13       Logic grossly overcharged for its
14       services by inflating the total
15       cost of the projects upon which
16       they provided services."
17        Do you see that?
18       A.   Yes.
19       Q.   And when you were on City Council
20  you would review the plans and specifications and
21  budgets for all the Public Works projects that
22  were going to be done.
23       A.   Yes.
24       Q.   Do you believe that any of the
25  projects, the costs for those projects were
```

Page 212

```
1   inflated by Urban Logic?
2        A.   No.
3        Q.   So any claim that Urban Logic was
4   grossly overcharging for its services you would
5   disagree with that; correct?
6        A.   Yes.
7        Q.   And any claim that the city has a
8   loss related to former employees' scheme to evade
9   the city's obligations to pay TUMF fees to WRCOG,
10  I take it you would disagree with that as well?
11       A.   Yes.
12            MS. VANDERWEELE:  Okay.  We are
13  going to take a quick break.
14            MR. DUNN:  Sounds good.
15            VIDEOGRAPHER:  Off the record.  The
16  time is 12:48 p.m.
17            (Whereupon, a recess was held from
18            12:48 p.m. to 12:54 p.m.)
19            VIDEOGRAPHER:  On the record.  The
20  time is 12:54 p.m.
21            MS. VANDERWEELE:  Mr. Berg, I don't
22  have any more questions for you at this time.
23  Thank you.
24  ///
25  ///
```

Page 213

```
1             EXAMINATION
2   BY MR. DUNN:
3        Q.   Hi, Mr. Berg, my name is Jeffrey
4   Dunn.  I am counsel for Western Riverside Council
5   of Governments.  It's my opportunity now to ask
6   you some questions.  I am going to go back over
7   some of the exhibits that you have covered today
8   and then I will show you one or more additional
9   documents.
10            But first let me ask you, have you
11  ever been deposed before?
12       A.   Yes.
13       Q.   Okay.  How many times?
14       A.   Probably three times.
15       Q.   Were any of the times that you were
16  deposed in connection with your involvement with
17  the city?
18       A.   I don't believe so.
19       Q.   Okay.  When was the last time you
20  were deposed?
21       A.   Probably around 2000.
22       Q.   So it's been about 20 -- or more
23  than 20 years ago?
24       A.   Yeah.  Maybe 2005.  I am not too
25  sure.
```





MAGNA
LEGAL SERVICES

Page 214

1      Q.   Did it have anything to do with
2  either Mr. Dillon, Mr. Egger, Mr. Moorjani, or
3  Mr. Kapanicas?
4      A.   No.
5      Q.   Have you ever testified at trial?
6      A.   Yes.
7      Q.   How many times?
8      A.   Once.
9      Q.   Was it in connection with your
10 being a member of the City Council?
11     A.   No.  It was in connection with my
12 employment with the Army Corps of Engineers.
13     Q.   The Exhibit 23 in that booklet that
14 you have before you, could you please turn to
15 that?  This is the one that's bio information.
16     A.   Okay.
17     Q.   Who asked you to prepare that?
18     A.   The defense counsel.
19     Q.   Okay.  When did they ask you to do
20 that?
21     A.   A couple weeks ago.
22     Q.   And was it by phone call?
23     A.   Yes.
24     Q.   Okay.  And was that the first
25 contact you have had with defense counsel?

Page 215

1      A.   I may have had one before that.
2      Q.   Okay.  And when was that?
3      A.   I think it was initial phone call,
4  she was actually looking for someone else and I
5  answered the phone.
6      Q.   Who were they looking for?
7      A.   Larry Dressel.  They got the
8  numbers mixed up so...
9      Q.   Oh, I see.  So they were looking
10 for Larry Dressel and they found you?
11     A.   Yeah.
12     Q.   And was that counsel here today?
13     A.   Yeah.
14     Q.   And who is that?
15     A.   Meagan.
16     Q.   Okay.  And how long did that phone
17 call last?
18     A.   30 minutes maybe.  I don't
19 remember.
20     Q.   And how did counsel introduce
21 herself to you?
22     A.   She introduced to me as the counsel
23 who was defending the insurance claim.
24     Q.   Was it represented to you that she
25 was representing the insurance company for the

Page 216

1  city?
2      A.   No.  Well, yes.  Okay.  Yes.
3      Q.   Tell me what was said.
4      A.   Just told me there was a claim put
5  in and that she wanted to talk to former Council
6  members and I said sure, I will be glad to talk to
7  you.
8      Q.   Tell me in particular what was said
9  about being the insurance company for the city.
10     A.   It was the one that does the --
11 what do they call it? -- amount above and
12 beyond -- I don't know, just --
13     Q.   Was it -- I'm sorry, I didn't mean
14 to cut you off.
15     A.   It's one of the insurance companies
16 saying they had a claim put in.  Okay?
17     Q.   Was it represented to you that she
18 was representing the insurance company currently
19 for the city?
20     A.   It was represented that the
21 insurance -- I don't know, I mean the insurance
22 company that handles the insurance on the claim.
23     Q.   Was that your understanding at the
24 time that she was contacting you as a
25 representative or lawyer for the insurance company

Page 217

1  currently --
2      A.   No.
3      Q.   -- insuring the city?
4      A.   No.
5      Q.   Okay.  What else did you discuss in
6  that call?
7      A.   Just wanted to see if I was willing
8  to do a deposition and --
9      Q.   What did --
10     A.   Okay.
11     Q.   And what did you say?
12     A.   I said yes.
13     Q.   And why were you willing to give a
14 deposition?
15     A.   Because I have no problem telling
16 the truth of what I know.  So if I am asked
17 something, I am willing to -- I have got time to
18 do that and I want to help wherever I can.
19     Q.   And you said that conversation
20 lasted about 30 minutes?
21     A.   Yes.
22     Q.   And in addition to asking you to
23 prepare the bio, what in particular did she ask
24 for in the bio?
25     A.   She wanted to know my experience



Page 218

```
 1        and education.
 2            Q.  Did she tell you why?
 3            A.  No.  I'd like to know that, please.
 4            Q.  Did she tell you anything that she
 5        would be covering in the deposition?
 6            A.  I was given a copy of this binder
 7        later to review and said these are the documents
 8        that I will be presenting.
 9            Q.  When were you given that binder?
10            A.  Last week.
11            Q.  Okay.  And did you review all those
12        documents at her request?
13            A.  I reviewed them.
14            Q.  All of them?
15            A.  Yes.
16            Q.  How many -- how many conversations
17        have you had with counsel for the insurance
18        company leading up till -- leading up to today's
19        deposition?
20            A.  I think three.
21            Q.  In addition to those three
22        conversations, have you had any meetings?
23            A.  No.
24            Q.  Did you meet yesterday?
25            A.  Yes.  I think -- yeah, I had met
```

Page 219

```
 1        yesterday, yeah.
 2            Q.  So your answer no should be a yes?
 3            A.  Yes.
 4            Q.  So you met yesterday.  Who did you
 5        meet with?
 6            A.  I met with Meagan and her --
 7            MS. LEWOSZ:  Angela.
 8            THE WITNESS:  Angela, yes, I'm
 9        sorry.
10        BY MR. DUNN:
11            Q.  And for how long did you meet?
12            A.  About two and a half hours I think.
13            Q.  And did you go over some of the
14        questions that were asked to you today?
15            A.  No.
16            Q.  Did you go over some of the
17        subjects that were asked about today?
18            A.  We went over the exhibits and
19        things just so I'd understand what was going to
20        be -- what this was about.
21            Q.  In other words, in your mind you
22        were being prepared for this deposition today;
23        correct?
24            A.  I don't know about being
25        prepared --
```

Page 220

```
 1            MS. VANDERWEELE:  Object to the
 2        form of the question.
 3            You can answer.
 4        BY MR. DUNN:
 5            Q.  You can go ahead and answer.
 6            A.  I don't know about being prepared.
 7        I was given information so I can be well --
 8            Q.  Prepared?
 9            A.  -- prepared.  I mean, I want to be
10        prepared because I want to know ahead of time what
11        I am doing.  This is, you know, 22 years.  And I
12        am like I may have had some questions on things
13        myself.
14            Q.  Did you understand that this is a
15        lawsuit between -- did you understand the lawsuit?
16            A.  Yes.
17            Q.  And how did you have that
18        understanding?
19            A.  I was given a letter to appear.  It
20        was a lawsuit in federal court.
21            Q.  Okay.  And do you understand what
22        the lawsuit is about?
23            A.  I assume it's an insurance claim
24        and they didn't want to pay it.
25            Q.  Do you know what the claim is?
```

Page 221

```
 1            A.  We just went over the claim.
 2            Q.  Did you go over the claim in your
 3        previous conversations in meetings with counsel
 4        here?
 5            A.  We went over the fact of the claim,
 6        that's what they're -- what they are going with,
 7        what they are claiming, yeah.
 8            Q.  And you don't agree with that
 9        claim, do you?
10            A.  No.
11            Q.  And you communicated that to
12        counsel for the insurance company; correct?
13            A.  And to you, yes.
14            Q.  To me now.  Just now.
15            A.  In the deposition earlier.  In
16        discussion -- in our earlier testimony I
17        reiterated that I did not agree with the claim.
18            Q.  I think it's fair to say, Mr. Berg,
19        there are a lot of things that have happened with
20        Mr. Kapanicas and Mr. Dillon and Mr. Egger and
21        Mr. Moorjani that you don't agree with.  Is that a
22        fair statement?
23            MS. VANDERWEELE:  Objection to
24        form.
25
```




Page 222

1      BY MR. DUNN:
2          Q.  You can go ahead and answer.
3          A.  Do I agree with what happened?  No,
4      okay, because I don't think all the information
5      was provided, but I am here just -- I am asked
6      questions, I am going to tell what I know.
7          Q.  All right.  I still want to go back
8      to that 30-minute conversation you first had and
9      that was with which counsel, I'm sorry, that's
10     here?
11         A.  Meagan.
12         Q.  What else did you talk about?  Did
13     you talk about the bio?  Talked about the lawsuit?
14     Talked about the deposition?  What else?
15         A.  My time on the City Council, what
16     maybe I might have known, you know, how long --
17     what did I know about the individuals and times
18     and I said, yeah, I know this, I spent a lot of
19     time there.
20         Q.  What did you tell her?
21         A.  Just basics, I have been on the
22     City Council the whole time that they were -- were
23     there and if there was other -- and we hired
24     Mr. Kapanicas, we hired ULC, we amended their
25     contract and I reviewed their work and a lot of

Page 223

1      facilities were built and I had no problem with
2      any of it.
3          Q.  And what else?
4          A.  That's about it.
5          Q.  Okay.  And at that point you were
6      willing and still are willing to cooperate with
7      counsel for the insurance company; correct?
8              MS. VANDERWEELE:  Objection to
9      form.
10             THE WITNESS:  I am willing to tell
11     the truth as I know it.
12     BY MR. DUNN:
13         Q.  Did you notify the city after you
14     were contact by the insurance company?
15         A.  No.
16         Q.  Do you think that's --
17         A.  I am not on the City Council
18     anymore.  It's none of their business as far as I
19     am concerned.
20         Q.  You don't think this case has
21     anything to do with the city?
22             MS. VANDERWEELE:  Objection; form,
23     argumentative.
24             THE WITNESS:  Hey, I am here at a
25     request and subpoena and I am going to try to do

Page 224

1      the best job I can.
2      BY MR. DUNN:
3          Q.  Is it your position, Mr. Berg, that
4      once you left the Council, you don't have any
5      interest any longer in any of these matters --
6              MS. VANDERWEELE:  Object --
7      BY MR. DUNN:
8          Q.  -- involving the city, Mr. Dillon,
9      Egger, Moorjani, and Mr. Kapanicas?
10             MS. VANDERWEELE:  Sorry.
11     Objection; argumentative.
12             THE WITNESS:  I have -- I love my
13     town where I live.  I have lived there all my
14     life.  I wouldn't do anything to harm it.  On the
15     same token, if somebody asks me something, I am
16     going to give them the truth, the truthful answer
17     the best I know how based on my experience and
18     what I had seen.
19     BY MR. DUNN:
20         Q.  Did you decide that the truth would
21     be better coming out, your version and your
22     thinking of the truth is better -- is better
23     talking with the insurance company than it is with
24     the city's attorneys?
25             MS. VANDERWEELE:  Objection; form,

Page 225

1      argumentative.
2              THE WITNESS:  The city attorneys
3      never talked to me.  I was never called as a
4      witness for the original writ of mandate, I was
5      never talked to by anyone from the other side, I
6      wasn't talked to -- barely -- hardly talked to
7      when they did the criminal investigation.  I
8      didn't get a whole lot of information.  I had one
9      interview with them and --
10     BY MR. DUNN:
11         Q.  Which --
12             MS. VANDERWEELE:  Hold on, you have
13     to let him finish.
14             MR. DUNN:  I'm sorry.  You are
15     right, counsel.  Thank you.
16             THE WITNESS:  I had one interview
17     and I decided I wasn't going to give them any more
18     information after that because they had already
19     talked to a lot of people.  So I gave them what
20     they wanted.  You know, they asked for information
21     and I gave them what I know.
22     BY MR. DUNN:
23         Q.  So when you decided you weren't
24     going to give them any more information, who is
25     they?

57 (Pages 222 to 225)



Page 226

1     A.   The district attorney.  I have
2  already given a report to the investigator.  I
3  already gave him everything I knew and I says I am
4  not going to talk to you anymore because I have
5  already given you everything I know.
6     Q.   But you are willing to talk even
7  before today with the insurance company; is that
8  correct?  About all this?
9         MS. VANDERWEELE:  Form,
10  argumentative.
11        THE WITNESS:  Once again, they
12  asked me and I am willing to talk and I was given
13  a subpoena, so I have to honor that subpoena.
14  BY MR. DUNN:
15     Q.   What do you mean you have to honor
16  the subpoena?  What does that mean to you?
17     A.   That means that I believe in
18  obeying the laws of the United States.  I worked
19  over 40 years as a government employee.  I had to
20  raise my right hand and agree to follow and defend
21  the laws of the United States.  I was seven years
22  in the military, I had to do the same thing.
23        I am a firm believer in doing what
24  I am asked to do.  If I get a subpoena to come to
25  court, I go.  If I get called as a jury, I have

Page 227

1  been on a jury before.  I show up.  I do what I am
2  asked to do because that's just the way I was
3  taught and raised, to do the right thing and
4  that's what I do.
5     Q.   And did you do that the entire time
6  that you were on the Beaumont City Council?
7     A.   Yes, I did.
8     Q.   And it's always been your position,
9  has it not, that whatever was determined with
10  regards to Mr. Kapanicas, to Mr. Dillon, to
11  Mr. Egger, and Mr. Moorjani, you know, criminally,
12  you disagree with; correct?
13     A.   I am entitled to my opinion, yes, I
14  disagree with what happened.
15     Q.   And as you sit here today, that
16  belief and that opinion has never changed;
17  correct?
18     A.   That's true.  It hasn't changed
19  because it's just how I feel.  I think this was
20  more of a civil matter than a criminal matter but
21  that's beside the point.  This is a civil matter
22  now.  I am just giving information out the way I
23  know it.
24     Q.   Would you sit down and have similar
25  conversations like you have had with the insurance

Page 228

1  attorneys with the city's attorneys?
2     A.   City's attorneys never wanted to
3  talk to me.
4     Q.   That's not my question.  Would you
5  do so?
6     A.   Would I do so?
7     Q.   Yeah.
8     A.   Yeah, if you want to talk to me, I
9  will sit down and talk to you.
10     Q.   You feel pretty strongly about
11  these matters, don't you, Mr. Berg?
12     A.   Sure.
13     Q.   In fact, sometimes you feel so
14  strongly about it you submit yourself into legal
15  proceedings that are pending in order to have your
16  view considered; is that true?
17     A.   No.  That's not true.
18     Q.   Did you ever write a letter to the
19  Superior Court of the County of Riverside to Judge
20  Becky Dugan?
21     A.   Yes, I did.
22     Q.   Let me show you a copy of that
23  letter.  You would recognize it; correct?
24     A.   Oh, yeah, I wrote the letter.
25     Q.   Because you wanted the judge to

Page 229

1  hear what you had to say; right?
2     A.   Because I wanted -- in the law
3  there is -- you have the trial and you have the
4  balance scales there.  And I don't think the
5  balance scales are out there and I felt I needed
6  to give my opinion as a citizen.  I am allowed to
7  do that.  And I did that.
8     Q.   Which is why you are here today.
9     A.   I am here today because once again
10  I was subpoenaed and I am doing what was required
11  of me.
12     Q.   But that's not why you talked to
13  the insurance company attorneys early on, is it,
14  you weren't required to talk to them, were you?
15     A.   If I want to talk to them, that's
16  my opinion.  If I want to talk to you, if you
17  asked me to come and talk to you, I would probably
18  come and talk to you.  Anybody that's willing to
19  listen, I will talk to them.  I am not biased.  Is
20  everybody perfect?  No.  Do people sometimes make
21  mistakes?  Yes.
22     Q.   Do you think Mr. Dillon, Mr. Egger,
23  and Mr. Moorjani and Mr. Kapanicas made mistakes when
24  they were running the city while you were a City
25  Council member?  And I am talking mistakes here of

58 (Pages 226 to 229)





MAGNA
LEGAL SERVICES

Page 230

1    a very serious nature.
2           A.  No.  I don't think so.
3           Q.  So there were --
4           A.  I will say that there is things
5    happened with some of the bonds and stuff was made
6    and Mr. Kapanicas had to pay some money out on
7    that, a fine, but they weren't materially the same
8    with the SEC.  Everyone makes mistakes.  I mean 20
9    plus years being in there, they are not going to
10   be perfect.
11          Q.  You have always been a defender or
12   supporter of Mr. Kapanicas; is that correct?
13          A.  Not in everything, no.  There are
14   some things I didn't agree with.  But once --
15   there was five people on that Council and
16   sometimes I was the only one that voted against
17   things and things that happened.  I didn't like
18   some of the things that went on.  I didn't like
19   the way it was being done.  But as a Council as a
20   whole, we all agreed and we voted on it, and the
21   vote was -- or the majority voted on it and I went
22   ahead with whatever was done.
23          Q.  For that entire time that you were
24   on the City Council, at no time did you ever think
25   that Mr. Kapanicas had a conflict of interest; is

Page 231

1    that correct?
2           A.  I don't think he ever had a
3    conflict of interest, no.
4           Q.  How about Mr. Dillon, Mr. Egger,
5    and Moorjani, same question?
6           A.  No.
7           Q.  Do you think they ever did anything
8    illegal or criminal?
9           A.  No.
10          Q.  So as far as you are concerned, you
11   never would have had an opportunity to contact
12   anybody about illegal conduct because you just
13   didn't think it existed; correct?
14          A.  No.  That's totally wrong.  I did
15   complain about things that I thought were not
16   right with Mr. Dillon, but...
17          MS. VANDERWEELE:  Are we marking
18   this as an exhibit?
19          MR. DUNN:  Yes.  If we can mark
20   that next in order.  Which number is this?
21          MS. VANDERWEELE:  30.
22          (Exhibit No. 30 was marked for
23          identification and is attached
24          hereto.)
25          THE WITNESS:  I would like to say

Page 232

1    something in regards to that letter you are
2    handing out there.
3           MR. BERG:  Sure.
4           THE WITNESS:  I came to the court
5    several times during the preliminary hearings and
6    everything else and people from the press are
7    categorizing me as a character witness.  I wasn't
8    down there -- I was waiting to give testimony
9    needed at trial as to what I knew.  That's what I
10   come down there for.  I was on a witness list.  I
11   was on a witness list for the writ of mandate, but
12   I was never called as a witness.
13   BY MR. DUNN:
14          Q.  Do you know why?
15          A.  I don't know why.  None of the
16   elected officials were called.  I don't know why.
17          Q.  Did Judge Dugan ask you to write
18   this letter?
19          A.  Nope.  I wrote that on my own.
20          Q.  No one helped you, did they?
21          A.  No.
22          Q.  Just you?
23          A.  Yep.
24          Q.  You have in front of you
25   Exhibit 30; correct?

Page 233

1           A.  Yes.
2           Q.  Would you please take a moment and
3    just review this?  I don't want to rush you.
4           A.  Now, did I take things from other
5    people and put it in this letter?  Yes.  I wrote
6    the letter though.  I might have put stuff in
7    there.  Did I make it perfect all the way?  I
8    don't know.  I am not going to read this whole
9    thing because it has nothing to do with what I am
10   talking about here, I don't think.
11          Q.  No, I just want to ask you if this
12   is the letter that you wrote.
13          A.  Yeah, it's the letter.
14          Q.  Okay.
15          A.  I went to the presiding judge and
16   suggested to have the state bar take a look at it.
17          Q.  Mr. Berg, as you sit here today, is
18   there anything in this letter that you know in
19   retrospect you disagree with?
20          A.  I don't think so.
21          Q.  You stand by the letter?
22          A.  I stand by it.
23          Q.  Okay.  There were exhibits attached
24   to that letter; correct?
25          A.  Yes.





Page 234

1      Q.  Do you remember what the exhibits
2  were, just off the top of your head?
3      A.  Not really.
4      Q.  Okay.  Did you have any court
5  transcripts attached to it?  Do you remember?
6      A.  Might have been.
7      Q.  Okay.
8      A.  When you asked me if I had help
9  writing the letter, it doesn't mean that I may
10 have gotten stuff from other people to put this
11 together.  Again, it's my right as a private
12 citizen to make a complaint where I think there is
13 a wrong.
14     Q.  To write to the judge --
15     A.  Yeah.
16     Q.  -- in a pending criminal case?
17     A.  Yes.  Because I wasn't allowed to
18 do something and that's -- that's freedom of
19 speech.
20     Q.  Did you share that with counsel for
21 the insurance company?
22     A.  No.  Because honestly I don't think
23 it had anything to do with this.
24     Q.  You don't think it has anything to
25 do with this?

Page 235

1      A.  Not at all.  This here was -- was
2  basically facilities were built, they were TUMF
3  facilities and the city got the facilities built
4  and they were a reasonable price.  That's why I
5  feel there is no basis for it.  That's why I state
6  what it is, it's not a loss.
7      Q.  And Mr. Berg, that's -- that's your
8  opinion; correct?
9      A.  Sure.
10     Q.  Let's go to Exhibit 1.  Do you have
11 that in the exhibit book in front of you?
12     A.  Okay.
13     Q.  Your testimony was this is a copy
14 of a contract with the city.
15     A.  Yes.
16     Q.  It's not signed.  Do you see that?
17 It's not signed by the city.
18     A.  Right.
19     Q.  Do you know where a signed copy of
20 this agreement is?
21     A.  I don't.  The city has thrown away
22 a lot of stuff since I left the city.  I can't
23 find half the stuff anymore.
24     Q.  Would you agree with me, Mr. Berg,
25 that if it's not signed by the city, if this copy

Page 236

1  isn't signed by the city, that's not a copy of the
2  contract that the city has; is that right?
3      A.  I don't know.  I'm not -- I'm not
4  an attorney.
5      Q.  Okay.  So you don't know whether
6  this is the contract copy that the city signed?
7      A.  This is what I had seen when I was
8  on the City Council.  I remember seeing this --
9      Q.  You had seen it --
10     A.  Yes.
11         MS. VANDERWEELE:  Can you let him
12 answer the question?
13         MR. DUNN:  Sure.
14         MS. VANDERWEELE:  You keep
15 interrupting him.
16         THE WITNESS:  I have seen it and I
17 have seen the other exhibit which I voted on in
18 '94.
19         MR. DUNN:  Okay.
20         THE WITNESS:  I remember them.
21 BY MR. DUNN:
22     Q.  All right.  But this isn't a copy
23 of the signed contract, is it?
24     A.  I don't know.
25     Q.  Well, do you see a city signature

Page 237

1  on there?
2      A.  Once again, I see something signed
3  by the City Clerk, Julia White, I remember her.
4  And the one on the '93 one, there is a report
5  right there.  She signed it and it's what it is.
6      Q.  And as part of that same exhibit,
7  Mr. Berg, there appears to be some pages that look
8  like parts or maybe a complete portion of some
9  city minutes.  Do you see that?
10     A.  Yeah.
11     Q.  Would you agree with me that's not
12 part of the city contract?
13     A.  I don't know.  I am not an
14 attorney.  I was there to explain what was going
15 on.
16     Q.  When you were on the City Council,
17 tell me who were the city attorneys?
18     A.  First time or second time I was on
19 the city?
20     Q.  First time.
21     A.  First time.  What's his name?  I
22 don't know if it was -- I can remember the guy's
23 face, I don't -- I just honestly I don't remember.
24     Q.  Okay.
25     A.  There was a couple people they had.



Page 238

1        Q.   How about the second time?
2        A.   By then that was Joe Aklufi.
3        Q.   When you left the City Council did
4   you ever stay in contact with Mr. Aklufi?
5        A.   Not really.  I may have -- no, I
6   never really had any contact.  I may have tried to
7   e-mail him once with a question I had or
8   something, but, no, I never did talk to him.
9        Q.   And when was the last time that you
10  talked to Mr. Aklufi that you can recall?
11       A.   Probably two thousand -- I left the
12  council in 2014.  I don't remember talking to him
13  after that.
14       Q.   Are you familiar with the law firm
15  Fulbright & Jaworski?
16       A.   Yes.  I heard about them.
17       Q.   Do you know Mr. Don Hunt of that
18  law firm?
19       A.   Yes.
20       Q.   Do you know Mr. Danny Kim?
21       A.   I think I have heard of him.
22       Q.   Have you ever had any conversation
23  at any time with Mr. Hunt?
24       A.   I don't believe so.
25       Q.   Do you have any recollection that

Page 239

1   Mr. Hunt ever appeared at a City Council meeting?
2        A.   He might have.  I don't remember.
3        Q.   Do you have any recollection that
4   he appeared in a City Council closed session?
5            MS. VANDERWEELE:  I am just going
6   to object.  If you are going to start asking him
7   about closed session, then I am absolutely going
8   to be entitled to ask him the same questions if
9   you are waiving the privilege on behalf of the
10  city.
11           MR. DUNN:  Counsel, there is a
12  fundamental difference between foundational
13  questions concerning the privilege and then what
14  the substantive privilege issues are.  These are
15  all foundational questions.
16           MS. VANDERWEELE: Can I have the --
17           MR. DUNN:  People who are there.
18           MS. VANDERWEELE: Can I have the
19  question read back, please, Megan?
20           (Record read as follows:
21           "Question:  Do you have any
22           recollection that he appeared in a
23           City Council closed session?")
24           MS. VANDERWEELE:  Right.  Same
25  objection, and I will again reserve my right to

Page 240

1   redepose the witness about what occurred in closed
2   session if the Court rules otherwise.
3            MR. DUNN:  You don't have a right
4   to inquire what's occurred in closed session.
5   BY MR. DUNN:
6        Q.   How about Mr. Danny Kim.  Do you
7   have any recollection of Mr. Kim ever appearing in
8   an open or closed session?
9        A.   Once again, I don't know about open
10  session.  I am not going to talk about closed
11  session.
12       Q.   Your tenure as a member of the City
13  Council ended in 2014.  What happened?  Did you
14  not run again?
15       A.   Didn't get reelected.
16       Q.   So you ran, you just weren't
17  elected in 2014?
18       A.   Yes.
19       Q.   Why do you think that is?
20       A.   I think people wanted a change.  I
21  don't know.  I was on there a long time.  I was
22  glad to get off.  There were some other things I
23  wanted to do.  I almost didn't run.
24       Q.   You don't think it had anything to
25  do with what's referenced in your letter which is

Page 241

1   Exhibit 30?  You don't think it has anything to do
2   with that?
3        A.   No.  I don't think so.  I don't
4   know.
5        Q.   You are not sure?
6        A.   I'm not sure.  I ran and it was my
7   time to leave.
8        Q.   Can you please take a look at
9   Exhibit 28.
10       A.   Okay.
11       Q.   How did you get a copy of this
12  letter?
13       A.   I just got it just now.
14       Q.   Before today have you ever seen it
15  before?
16       A.   Yeah.
17       Q.   You got it from counsel for the
18  insurance company?
19       A.   I got it today.  I -- I signed this
20  letter before.  Like I said before, I met with
21  the -- with the auditor.
22       Q.   In any of your conversations with
23  the insurance company's attorneys, did they talk
24  about this letter with you?  You are under oath.
25       A.   Which conversations are you talking



Page 242

1    about?
2        Q.   Any conversations you had with any
3    of the insurance company's attorneys before today.
4        A.   Yes.
5        Q.   What did you talk about?
6        A.   We talked about this yesterday.  I
7    brought it up.
8        Q.   In your meeting that lasted how
9    long?
10       A.   Two and a half hours, yeah.
11       Q.   And you went over this letter?
12       A.   Yeah.
13       Q.   What did you talk about?
14       A.   Just, you know, asked was I -- I
15   told them I met with the auditor for about two and
16   a half hours, explained to them how the city
17   operated because we had contract employees because
18   we couldn't afford to hire all city staff to do
19   this work and they were -- they made money off of
20   it because they were doing the -- the work for us.
21       Q.   Have you seen the Dan Ray report,
22   which is Exhibit 20, before today?
23       A.   Yes, I did.
24       Q.   When was the first time that you
25   saw that?

Page 243

1        A.   Probably a couple weeks ago.
2        Q.   And you got a copy of that from the
3    insurance company's attorneys?
4        A.   No.
5        Q.   How did you get a copy of it?
6        A.   Somebody gave me a copy.
7        Q.   Who?
8        A.   I don't know.
9        Q.   You don't know?
10       A.   No, I got a copy.  Okay?
11       Q.   Well, who gave it to you?
12       A.   A friend.
13       Q.   Who?  You have to answer the
14   question.
15       A.   It's a public document.
16       Q.   Please answer the question.
17       A.   Is it a public document?
18       Q.   Please answer the question.
19       A.   I ask you again, you can tell me
20   that's a public document; right?
21       Q.   Mr. Berg, you answered every
22   question the insurance company's attorneys have
23   asked.  You've met with them in person, you talked
24   to them on the phone.  You are not answering this
25   question, are you?

Page 244

1        A.   Yeah, I will answer your question.
2        Q.   Okay.  And the answer is?
3        A.   Yes, I got it as a public document.
4    I think I -- I believe I got it -- I might have
5    gotten it from Mr. Kapanicas.
6        Q.   When?
7        A.   Like I said, about two weeks ago
8    probably.
9        Q.   Did you contact Mr. Kapanicas?
10       A.   I have been talking -- I have been
11   talking to Mr. Kapanicas over the years about
12   different things, yes.
13       Q.   Did you contact him to get a copy
14   of this letter?
15       A.   I did -- well, this letter?
16            MS. VANDERWEELE:  Sorry, just to be
17   clear are we talking about --
18            MR. DUNN:  I'm sorry.  This
19   exhibit.  This exhibit.
20            MS. VANDERWEELE:  Which exhibit are
21   we talking about?
22            MR. DUNN:  Exhibit 20.
23            MS. VANDERWEELE:  The David
24   Sheppard letter?
25            MR. DUNN:  No, Exhibit 20.

Page 245

1            MS. VANDERWEELE:  Oh, the Hemming.
2    Got it.  Sorry.
3            THE WITNESS:  I take that back.  I
4    didn't get it from Mr. Kapanicas, I got it from
5    Mr. Dillon.
6    BY MR. DUNN:
7        Q.   When?
8        A.   Probably about two weeks ago.
9    Prior to that -- actually I got it before they
10   contacted me.
11       Q.   Before who contacted you?
12       A.   Meagan.
13       Q.   Is it your testimony today that
14   before you had any communication whatsoever with
15   the attorneys for the insurance company that you
16   already knew about this Exhibit 20 and you had it
17   in your possession?
18       A.   Yes.
19       Q.   That's your testimony?
20       A.   Yes.
21       Q.   And you got it from Mr. Dillon?
22       A.   I believe so.
23       Q.   You are not sure?
24       A.   I swear I remember I got it from
25   Mr. Dillon.  I would have to go back and look but

62 (Pages 242 to 245)



Page 246

1    I think that's who I got it from, Mr. Dillon.
2         Q.   And how did you get it?  Did you
3    say -- did you call him up?
4         A.   I got an e-mail.
5         Q.   Do you have a copy of that e-mail?
6    Is it on your phone?
7         A.   I don't think it is.  I get rid of
8    a lot of stuff off there because it piles on my
9    phone too much.
10        Q.   What did the e-mail from Mr. Dillon
11   say?
12        A.   He said this is the Roy (sic)
13   report.
14        Q.   That's it?
15        A.   Yeah.
16        Q.   He didn't say why he was sending
17   it?
18        A.   I asked him if there was any other
19   stuff that came in.  I was interested.
20        Q.   Interested in what?
21        A.   What was going on.  I have heard
22   about this -- prior to them talking to me I heard
23   about this.  I am interested in what's going on.
24   I have a right to be interested in what's going on
25   in the city, do I not?  This is a public document.

Page 247

1    The fact they filed a claim is a public document.
2    And if I want to take my time and investigate
3    what's going on, I am certainly allowed to do
4    that.  I am a citizen of Beaumont.  I want to know
5    what's going on.  And I can go to whatever sources
6    I want to see if somebody knows where it's at.
7         Q.   In any of the conversations,
8    including the meeting with you had with the
9    insurance company's attorneys yesterday, did you
10   tell them you had this document?
11        A.   I told them when I first talked to
12   them I have already seen the Ray report, yeah.
13        Q.   And you told them that because they
14   asked you about it?
15        A.   No, I told them ahead of time I
16   found out about it.
17        Q.   What did you tell them?
18        A.   I said I had a report, I looked at
19   it and I had some concerns with it.
20        Q.   And what did you tell them those
21   concerns were?
22        A.   The cost, the analysis, there were
23   some things in there that didn't make sense to me.
24        Q.   Essentially everything you have
25   testified here today to about that report;

Page 248

1    correct?
2         A.   Yes.
3         Q.   When is the last time you talked
4    with Mr. Dillon?
5         A.   Oh, I don't know, maybe a week and
6    a half ago.
7         Q.   Isn't it true that you talked to
8    Mr. Dillon about your conversations with the
9    insurance company attorneys?
10        A.   No, I didn't.  This is a private
11   matter.  I didn't talk to anybody about that.  I
12   talked -- I did tell him I am getting deposed.  He
13   wanted to know what I am doing, what are you
14   doing, got deposed for this thing.
15        Q.   So you did talk to him?
16        A.   Did I talk to him about the
17   substance?  No.  Did I talk to someone getting
18   deposed?  Yes.
19        Q.   You talked to Mr. Dillon?
20        A.   Yeah.
21        Q.   Okay.  What else did Mr. Dillon --
22   what was Mr. Dillon's response to you being
23   deposed?
24        A.   Hey, that's what happens, you know,
25   go tell the truth.  That's all I have ever done, I

Page 249

1    want to tell the truth of what I know.  There is
2    nothing wrong with me supporting these individuals
3    and the fact that I think they were wronged.
4    That's a public -- you know, that's a private
5    right, it's also a public right that we have as a
6    citizen of the United States to try and right a
7    wrong that we feel about it.
8         Whether we --whether I obtained it
9    or not, I have every right to do that.  I have
10   every right to look into things and see where they
11   are at.  And I have every right to talk to anybody
12   that I want to.  Now, what I have said about this,
13   I have contacted no one.  Since I started this
14   deposition my phone has been turned off.
15   Yesterday I turned my phone off.  I did not talk
16   to these people after the dep -- after we had our
17   conversation yesterday or nothing.  I -- the only
18   person I talked to yesterday was my wife and I
19   went to visit my cousin who knows nothing about it
20   so...
21        Q.   Why did you turn your phone off?
22        A.   Why?
23        Q.   Why?
24        A.   I didn't want to be bothered.
25        Q.   Who was contacting you on your



Page 250

1    phone that would be bothering you?
2         A.   My kids might call me.  Somebody --
3    junk phone call or something.  I wanted to put one
4    hundred percent, you know, into what was going on
5    here.  I didn't want to be interrupted and
6    interrupt my chain of thought.
7         Q.   How about Exhibit 21, can you take
8    a look at that for me?
9         A.   Sure.  Okay.
10        Q.   You have seen this document before
11   today?
12        A.   Yesterday.
13        Q.   You got it from the insurance
14   company's attorneys?
15        A.   Yes.  It was in the documents that
16   were given to me to review.
17        Q.   As part of your preparation for
18   this deposition; correct?
19        A.   Yes.
20        Q.   What did you talk about?
21        A.   This is what's claimed and I just
22   talked -- I just -- I was going to be asked
23   questions about it and I am going to say, well, I
24   don't agree with this, mainly the WRCOG.  The
25   facilities were built.  As far as some of the

Page 251

1    other items in there, it says we, Mr. Kapanicas,
2    provided services under contract that he was
3    contracted to and did.  The other folks, the
4    police department, the police chief and stuff,
5    these were things that we gave them as a benefit.
6    They get barred from their sick leave and it was
7    allowed.  We didn't -- these are public benefits
8    the City Council knew about and gave.
9         Mr. Aylward's thing, he had a form
10   700 that showed that he had an interest in his
11   property.  We used these people to do work in the
12   city and fix city cars because they were close by
13   to the city.  All he did was process the payment.
14   He didn't decide whether they went over there or
15   not.  That would be the police department or
16   whoever was driving the vehicles to take it home
17   and get it repaired.  We didn't have a city
18   maintenance staff anymore, we got rid of them.  So
19   we went and used the, you know, local vendors in
20   the city.
21        I mean, even one of the
22   complainants here, Judy Bingham, was on some of
23   the things we talked about.  She had a local
24   nursery.  We bought nursery supplies from her.  I
25   mean, we bought within the city.  We didn't care.

Page 252

1    We weren't trying to show favoritism or anything
2    else.
3         Q.   Do you plan to testify at trial?
4         A.   If I get called, yes, I will
5    testify at trial.
6         MR. DUNN:  Mr. Berg, I don't have
7    any more questions.
8
9         FURTHER EXAMINATION
10   BY MS. VANDERWEELE:
11        Q.   Mr. Berg, I do have a few follow-up
12   questions based on counsel's questioning.  You and
13   I in our discussions and in our meeting yesterday,
14   did I ever tell you what I wanted you to say at
15   this deposition?
16        A.   No.
17        Q.   Did I ever tell you not to say
18   something at this deposition?
19        A.   No.
20        Q.   Did I tell you to tell the truth?
21        A.   Yes.
22        Q.   And you have done that here today?
23        A.   Yes.
24        Q.   I take it you have not spoken with
25   Mr. Dunn before this deposition?

Page 253

1         A.   No.
2         Q.   Do you know what law firm he is
3    from?
4         A.   He is from BB&K.
5         Q.   Did any BB&K lawyers contact you to
6    talk about this law -- to talk about this
7    deposition?
8         A.   No.
9         Q.   Has any law firm or attorney for
10   the city contacted you to talk to you about this
11   lawsuit and this deposition?
12        A.   No.
13        Q.   The letter that counsel showed you
14   that's Exhibit 30 is dated June 15, 2019; correct?
15        A.   Yes.
16        Q.   You -- I think counsel is trying to
17   insinuate that this letter may have been the
18   reason why you weren't reelected to City Council?
19        MR. DUNN:  No, that's not true,
20   counsel.
21        THE WITNESS:  I'm not sure what it
22   is.  I just -- I wrote the letter because I didn't
23   like what was going on and I wanted the judge to
24   look into it.
25



Page 254

1    BY MS. VANDERWEELE:
2        Q.   And you prepared this letter five
3    years after you left City Council; correct?
4        A.   Yes.
5        Q.   Exhibit 1 is the contract between
6    the city and Urban Logic and that is not signed by
7    the city; correct?
8        A.   Right.
9        Q.   Signature page is blank; correct?
10       A.   Right.
11       Q.   Now, you under- -- you have
12   reviewed the signed version of the contract from
13   September of 1993 that was entered into before
14   Urban -- between Urban Logic and the city;
15   correct?
16       A.   Yes.
17       Q.   And you reviewed that signed
18   contract every single year that you were on City
19   Council; correct?
20       A.   Yes.
21       Q.   And that was for 20 plus years;
22   correct?
23       A.   Yes.
24       Q.   And the version of the contract
25   here that's in Exhibit 1, does this appear to be

Page 255

1    the same exact version of the signed copy of this
2    agreement that you would have reviewed every
3    single year for the 20 plus years that you were on
4    City Council?
5        A.   Yes.
6        Q.   Sorry, I know I am jumping around.
7    Back to this Exhibit 30, the letter that you
8    prepared to Judge Dugan, I believe I read
9    somewhere that you actually gave this letter and
10   all of the attachments amounting to 243 pages to
11   City Council at a City Council meeting in July of
12   2019; is that correct?
13       A.   That's correct.
14       Q.   So the city has had this document
15   for almost three years now; correct?
16       A.   Yes.
17       Q.   And you understand that you have
18   been under oath today, sir; correct?
19       A.   Yes.
20       Q.   And you swore to tell the whole
21   truth and nothing but the truth; correct?
22       A.   Yes.
23       Q.   And you have done that today?
24       A.   Yes.
25           MS. VANDERWEELE:  All right.  I

Page 256

1    have no other questions.
2            MR. DUNN:  I have no other
3    questions.
4            MS. VANDERWEELE:  All right.
5            VIDEOGRAPHER:  Off the record.  The
6    time is 1:33 p.m.
7
8        (Whereupon, at the hour of 1:33 p.m., the
9            proceedings were concluded.)
10           oo0oo

Page 257

1            REPORTER'S CERTIFICATION
2
3
4
5        I, Megan Grossman-Sinclair, Certified
6    Shorthand Reporter, in and for the State of
7    California, do hereby certify:
8
9        That the foregoing witness was by me duly
10   sworn; that the deposition was then taken before
11   me at the time and place herein set forth; that
12   said testimony and proceedings were reported
13   stenographically by me and later transcribed into
14   typewriting under my direction; that the foregoing
15   is a true record of the testimony and proceedings
16   taken at that time.
17
18       IN WITNESS WHEREOF, I have subscribed my name
19   this 13th day of April 2022.
20
21
22
23   Megan Grossman-Sinclair, CSR No. 12586
24
25




Page 258

```
1              DEPOSITION ERRATA SHEET
2
3   WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, et al.
4   vs. NATIONAL UNION FIRE INSURANCE COMPANY OF
5   PITTSBURGH, PA, and DOES 1 through 50, inclusive
6
7        DECLARATION UNDER PENALTY OF PERJURY I
8   declare under penalty of perjury that I have read
9   the entire transcript of my Deposition taken in
10  the above captioned matter or the same has been
11  read to me, and the same is true and accurate,
12  save and except for changes and/or corrections, if
13  any, as indicated by me on the DEPOSITION ERRATA
14  SHEET hereof, with the understanding that I offer
15  these changes as if still under oath.
16
17  Signed on the      day of
18           , 20   ,
19
20
21       ROGER BERG
22
23
24
25
```

Page 259

```
1              DEPOSITION ERRATA SHEET
2   Page No.     Line No.     Change to:
3   Reason for change:
4   Page No.     Line No.     Change to:
5   Reason for change:
6   Page No.     Line No.     Change to:
7   Reason for change:
8   Page No.     Line No.     Change to:
9   Reason for change:
10  Page No.     Line No.     Change to:
11  Reason for change:
12  Page No.     Line No.     Change to:
13  Reason for change:
14  Page No.     Line No.     Change to:
15  Reason for change:
16  Page No.     Line No.     Change to:
17  Reason for change:
18  Page No.     Line No.     Change to:
19  Reason for change:
20  Page No.     Line No.     Change to:
21  Reason for change:
22  Page No.     Line No.     Change to:
23  Reason for change:
24  SIGNATURE:                   DATE
25           ROGER BERG
```

Page 260

```
1              DEPOSITION ERRATA SHEET
2   Page No.     Line No.     Change to:
3   Reason for change:
4   Page No.     Line No.     Change to:
5   Reason for change:
6   Page No.     Line No.     Change to:
7   Reason for change:
8   Page No.     Line No.     Change to:
9   Reason for change:
10  Page No.     Line No.     Change to:
11  Reason for change:
12  Page No.     Line No.     Change to:
13  Reason for change:
14  Page No.     Line No.     Change to:
15  Reason for change:
16  Page No.     Line No.     Change to:
17  Reason for change:
18  Page No.     Line No.     Change to:
19  Reason for change:
20  Page No.     Line No.     Change to:
21  Reason for change:
22  Page No.     Line No.     Change to:
23  Reason for change:
24  SIGNATURE:                   DATE
25           ROGER BERG
```





## A

**a.m** 1:19 7:2,10 83:9,11
  83:11,13 147:15,17,17
  147:19
**Aaron** 202:12
**able** 15:24 29:7
**absolutely** 146:2 239:7
**acceptance** 60:21
**account** 182:12
**accountant** 178:10
**accounting** 195:18
**accrue** 82:16
**accurate** 78:24 258:11
**accurately** 9:20,24 27:7
**acting** 85:17 114:1
  209:22
**action** 95:19 96:17 102:6
  200:6,11,24 204:18
**active** 163:23,24 164:1
**activities** 198:21
**actual** 29:8 54:19 127:13
  138:18 192:1 210:19
**add** 128:20 154:12 157:1
  160:1 162:16
**added** 18:13 143:2
**Addendum** 198:17
**addition** 38:5 56:14 81:2
  81:6 186:10,13 187:5
  217:22 218:21
**additional** 12:8,13,18,22
  13:7 43:2,8,24 44:5
  47:16,18 48:14,17 54:6
  61:7 81:9,21 82:14
  125:18 164:2,3 213:8
**address** 27:16 50:2 82:2
**addressed** 117:1
**adjusted** 137:1
**adjustments** 136:13
**administration** 10:8 12:1
  12:24 13:20 14:5
  207:19 209:13
**administrative** 83:4
**adopt** 130:24
**advise** 73:9
**advised** 73:3,7 107:23

**advisory** 17:2
**afford** 242:18
**agencies** 69:1,3 124:21
  125:13 191:17
**agency** 17:3 20:12 28:17
  126:2 207:6
**agenda** 25:23 26:3,6
  27:18 94:4,7,13 98:1,6
  109:11
**ago** 19:23 29:3 213:23
  214:21 243:1 244:7
  245:8 248:6
**agree** 68:5 72:22 74:16
  74:19 119:5,9 179:6
  184:3 206:6 209:16
  221:8,17,21 222:3
  226:20 230:14 235:24
  237:11 250:24
**agreed** 202:7,13 230:20
**agreeing** 201:21
**agreement** 4:3,5,5 8:17
  39:13,25 40:11,19 46:7
  46:23 47:5,7,11,23
  48:20 55:11,12 56:2,3
  56:10 59:2 65:8 82:18
  179:11 181:10 187:8
  235:20 255:2
**agreements** 69:5,6 202:1
**ahead** 26:10 30:15
  141:16 143:2 151:23
  174:16 201:19 207:1,7
  220:5,10 222:2 230:22
  247:15
**AIG** 197:7,13
**Air** 10:15,15 11:3,11,18
**airfields** 11:3
**Aklufi** 238:2,4,10
**al** 258:3
**Alan** 178:1 209:23
**alewosz@grsm.com** 2:15
**allotted** 134:16
**allow** 21:4 121:22
**allowed** 108:9,10 229:6
  234:17 247:3 251:7
**amended** 120:14 158:17
  161:10 164:22 167:12

  170:21 222:24
**amending** 4:5 55:12 56:3
  56:10
**Amendment** 4:15,18,21
  5:3,6,9,12
**amendments** 17:25
  121:23
**amount** 117:4 128:25
  138:17 143:3,3,9,12
  154:5,9,13,14,19
  156:21 157:5,12,21
  160:2,7,11,14 162:17
  162:19,24,25 163:13
  165:22 166:2 168:15,19
  171:25 172:23 174:5
  189:19,20 190:16
  194:12 216:11
**amounting** 255:10
**amounts** 135:23 157:1
  174:1 191:14,23,24
  194:25 195:1
**Ana** 14:9
**analysis** 80:7 247:22
**and/or** 258:12
**Angela** 2:12 7:21 192:4
  219:7,8
**announcement** 28:19
**annual** 38:23 55:25
  119:15 188:23
**annually** 39:22 45:15,19
**answer** 3:10 15:21,24
  49:14 54:5 112:4
  201:17 219:2 220:3,5
  222:2 224:16 236:12
  243:13,16,18 244:1,2
**answered** 215:5 243:21
**answering** 243:24
**anticipated** 129:17 139:8
**anybody** 229:18 231:12
  248:11 249:11
**anymore** 49:22 223:18
  226:4 235:23 251:18
**apart** 131:10
**apologize** 54:4 153:1
  170:16
**appeal** 205:6,8

**appealed** 205:3,5,10
**appear** 220:19 254:25
**appearances** 2:1 7:16
**appeared** 239:1,4,22
**appearing** 240:7
**appears** 237:7
**applies** 180:2 181:15
**apply** 59:5 82:17 195:24
**appointed** 19:6
**appreciate** 30:16 190:15
**apprised** 134:19 200:20
**appropriate** 24:9 41:12
  49:10,15
**appropriately** 76:8
**approval** 22:19 28:16
  42:11 94:3,21 122:5
  127:18 179:2
**approve** 17:3 22:16,17
  24:17,25 27:3 31:23
  63:10 67:12 91:24
  92:14 93:1 94:16,16
  95:22 98:23 99:3,17
  102:16 103:7 119:22
  122:2 127:25 129:24
  156:5 159:11 165:8
  167:19 168:5 171:2,9
  171:12
**approved** 14:17 27:5
  28:8,18 35:14 49:4 63:9
  77:25 78:17 87:12
  93:21 94:25 95:4,13
  97:8 101:1,13 102:22
  121:4,17 136:22 137:2
  191:5 209:12 211:6
**approves** 22:15
**approving** 22:24 23:4,9
  23:14 24:6,21 62:2 96:7
  96:9 130:2,24 162:1
**approximately** 99:12
  143:21 163:1 183:16,24
  208:14
**April** 56:6 180:22 181:1
  257:19
**Aquarian** 35:4
**area** 12:10,15 21:9,9
  80:18



**areas** 81:12,16
**argumentative** 190:22
  223:23 224:11 225:1
  226:10
**Army** 13:10,15,25 76:18
  214:12
**as-needed** 43:9
**Ashley** 202:12 204:5
**aside** 145:14
**asked** 19:3 24:24 51:6
  53:11,16 54:4 155:23
  161:20 167:24 202:4
  214:17 217:16 219:14
  219:17 222:5 225:20
  226:12,24 227:2 229:17
  234:8 242:14 243:23
  246:18 247:14 250:22
**asking** 19:22 33:22 47:13
  70:16 78:22 92:15
  98:22 108:4 109:8,9
  217:22 239:6
**asks** 224:15
**assisting** 11:21
**associate's** 10:8,14
**Associates** 100:11
**assume** 34:20 79:12
  220:23
**assumed** 34:21 35:2
**assumption** 184:23
  194:14
**assumptions** 191:12
  194:6,10 195:9
**attached** 9:10 39:6 47:22
  50:17 55:8 62:9 71:2
  90:15 97:12 111:5
  120:11 123:6 124:10
  131:16 139:14 147:21
  155:7 158:13 161:7
  164:19 167:9 170:18
  173:7 177:20 192:20
  196:22 231:23 233:23
  234:5
**attachments** 255:10
**attempts** 178:12
**attend** 105:7
**attended** 64:18

**attention** 43:1 65:5 90:20
  132:10 152:13 171:4
  178:18 186:4 191:9
  199:8 207:9
**attorney** 22:18 28:3 30:5
  226:1 236:4 237:14
  253:9
**attorneys** 224:24 225:2
  228:1,1,2 229:13
  237:17 241:23 242:3
  243:3,22 245:15 247:9
  248:9 250:14
**attrition** 203:18
**audit** 112:8 113:1,2,7,9
  113:20,24 115:5,6,15
  116:17 117:1,7,22
  118:1,2,15
**audited** 195:21
**auditor** 113:11 241:21
  242:15
**audits** 114:1
**August** 115:12,22 117:14
**authored** 178:3
**authority** 1:6 21:18
  23:17 29:13,17 30:20
  44:7,12,17 163:20
  185:12,15,22
**Authority's** 208:23
**authorization** 91:5 93:21
**Authorizations** 125:18
**authorize** 43:6,25 44:7
  44:12,17,24 95:23
**authorized** 44:21 87:13
**Avenue** 2:6 91:3
**award** 88:1,15
**awarded** 34:6,12 58:5
  181:5
**aware** 107:9,25 137:6
**Aylward's** 251:9

---

**B**

**B** 125:24
**B-4** 126:15,18 127:15
**B-e-r-g** 8:13
**B1** 125:25
**B2** 126:11

**bachelor** 12:1
**back** 13:12 16:15 33:4
  54:3 59:3 73:1 97:17
  109:15 117:5,21 136:24
  147:18 158:7 164:14
  169:13 175:6 179:25
  193:7 197:4 206:10,13
  207:16 213:6 222:7
  239:19 245:3,25 255:7
**backbone** 65:22 66:4
**Background** 72:5
**balance** 229:4,5
**Bank** 185:8
**bar** 233:16
**barely** 225:6
**barred** 251:6
**base** 10:25 11:1,3,11,18
  72:13
**based** 16:16 47:23 74:13
  75:3 85:2 88:11 104:7
  106:9 112:23 113:6
  118:1 136:5 144:18
  145:1,15 154:7 158:2
  178:10 180:16 181:21
  182:2,10 184:3 189:5
  190:14 194:15 195:4,8
  196:4,13 210:18 211:1
  224:17 252:12
**basically** 63:11 191:14
  196:4 235:2
**basics** 222:21
**basis** 38:24 43:9 46:9
  55:25 58:3 76:12 81:10
  82:15 119:15 179:15
  181:3 187:10 196:11
  235:5
**Bates** 39:14 55:13 62:13
  71:11 90:19 97:19
  111:10 132:9 152:24
  186:22 197:5
**BAUAIG4417** 171:6
**BB&K** 253:4,5
**bear** 152:18
**BEAUAIG3737** 197:5
**BEAUAIG674** 55:14
**BEAUAIG695** 39:15

**BEAUAIG819** 62:14
**BEAUAIG8399** 111:10
**Beaumont** 1:6 8:22,24,25
  9:3 10:4 15:3 17:23
  18:3 22:12,14 23:5 25:4
  28:21 31:9 37:10 39:16
  40:22 47:8 55:22 71:7
  74:25 75:5 84:2,18 85:5
  89:24 91:3,7 105:2
  108:25 109:20 163:20
  177:11 183:18 184:6
  185:4,12,14,16,21
  186:1,6 197:13 198:15
  198:22 200:7,24 201:21
  202:5,18 203:3,21
  206:19 208:22 209:1
  210:2 227:6 247:4
**Beaumont's** 119:7
**BEAUMONTAIG123...**
  161:19
**BEAUMONTAIG281...**
  155:23
**BEAUMONTAIG571...**
  165:12
**BEAUMONTAIG82478**
  97:19
**BEAUMONTAIG82496**
  90:19
**Becky** 6:11 228:20
**becoming** 18:25 21:2
**bed** 164:2
**beginning** 18:3 61:15
  86:2 139:18 175:13
  188:3
**begins** 7:5
**behalf** 7:19,22,23 40:13
  41:1,7,13 42:5 48:15
  66:3 68:10 76:3,9 86:10
  86:16 103:11 197:12
  239:9
**belief** 227:16
**believe** 12:17 26:2 34:1
  49:8 53:1,2,24 76:8
  78:3,8 85:4 88:13 95:6
  102:2 104:11 106:10
  111:20 112:7 115:7



154:8 182:10 189:7
195:8,14 204:22 211:1
211:5,24 213:18 226:17
238:24 244:4 245:22
255:8
**believer** 226:23
**believes** 197:17 207:14
209:5 211:12
**beneficial** 20:14
**benefit** 20:8 21:7,13
103:13,19,23 104:3,14
201:25 251:5
**benefits** 251:7
**Berg** 1:16 3:2 5:23 6:8,12
7:6 8:4,13,15 9:14
16:10 107:23 109:3
111:15 120:23 212:21
213:3 221:18 224:3
228:11 232:3 233:17
235:7,24 237:7 243:21
252:6,11 258:21 259:25
260:25
**best** 2:5,5 30:9 153:23
210:1 224:1,17
**better** 29:5 224:21,22,22
**beyond** 209:8 216:12
**biased** 229:19
**bid** 33:7 44:24 58:4
129:10 181:5
**bids** 87:3,9,11
**big** 102:2
**bigger** 101:23
**bike** 204:6
**billed** 54:7 61:12
**billing** 66:19 76:9
**Billings** 66:24
**billion** 14:15
**binder** 9:8 149:3 152:15
155:22 159:2 167:23
218:6,9
**Bingham** 251:22
**bio** 5:23 9:14 19:12
214:15 217:23,24
222:13
**birth** 8:19
**bit** 13:12,23 79:21

141:18
**Blake** 5:19 197:7
**blank** 254:9
**blue** 141:13
**Board** 32:25 76:18
**Bob** 209:21
**bold** 207:17
**bond** 126:9 185:4,7,11
185:19,20 208:18,22
**bonds** 179:5 230:5
**book** 235:11
**booklet** 214:13
**bothered** 249:24
**bothering** 250:1
**bottom** 43:2 95:20 102:5
132:9 140:4 142:2
180:24 189:17,23
**bought** 251:24,25
**Bounds** 209:21
**Bowser** 206:11
**break** 70:10 83:7 147:11
147:13,24 212:13
**breaks** 149:4
**Brian** 120:23
**bridge** 21:12 164:1
201:24
**bridges** 76:20 119:4
**briefly** 10:3 11:16 40:5
64:21
**bring** 18:13
**brought** 106:22 242:7
**budget** 5:15 22:16 63:2,6
63:7,8,11,12,15,17,19
63:25 64:15,17 101:25
105:18 119:7 121:12
122:23 126:16,19,24
127:15 128:7,17,20
129:1,6,15,17,20,25
134:3 135:8,22 136:19
136:20,25 138:2,4,9
141:11,16,22 142:6,23
143:17 144:2,4 145:6
145:15 149:2,4,19
150:7,15 151:5,12,21
152:14,19 153:12,13,21
153:24 154:20 155:2,21

155:24 156:2,9,17
157:20 159:2,4,8,14
160:19 161:18,20,23
162:4,8,15 163:8
164:13 165:11 166:3
167:5,22,24 168:20
169:15,16,21 171:5,6
171:11,24 172:5 173:12
173:14 174:22 175:3,8
176:3
**budgetary** 135:14
**budgeted** 135:23 143:3
143:12 154:5,8,12,14
156:21 157:12,21 160:1
160:7 162:11,17,25
163:13 165:18,22
168:15 174:1
**budgets** 125:24 127:24
127:24 134:12,15,19
135:3,16 136:14 137:6
141:2 144:23 145:2
146:16 171:19 211:21
**build** 33:5 203:6 206:15
206:18,25 207:6
**build-out** 17:6
**building** 11:1 21:20
42:13 76:25
**built** 21:5 33:1 69:8
113:17 202:18 203:12
204:2,6,9 206:22 207:1
223:1 235:2,3 250:25
**bullet** 178:22 179:8
182:20 185:2
**Burger** 204:13
**bus** 73:23
**business** 10:8 12:1 37:15
75:12,17 84:11,25 85:8
85:18,18 223:18
**businesses** 207:3

---
**C**
---
C 130:4
**calculation** 183:15 190:3
190:5
**calculations** 182:13
195:6

**California** 1:2,5,7,22 2:7
7:1,9,12 8:22 21:21
107:12 257:7
**call** 20:6 26:11 75:17
84:22 214:22 215:3,17
216:11 217:6 246:3
250:2,3
**called** 29:9 225:3 226:25
232:12,16 252:4
**calling** 202:16
**calls** 85:11 88:21 89:9
93:22 104:17,18 106:17
107:24 109:5 134:23
137:9 138:16 139:2
145:11 151:15 180:14
181:19 187:23 188:15
189:14 190:22 194:19
196:17 201:15
**Cannon** 5:19
**cap** 48:19 54:9 55:3
58:13,16,17,18,25 59:5
60:24 61:4,10 66:7
68:24 70:2 79:25 81:18
82:8 83:2 128:14
137:25 138:13 147:1
151:9 157:25 163:19
166:23 170:5 175:15,20
176:5,11,24 177:3,13
179:23 180:2,7,11
181:11,14 182:8,13
183:3,8,20 184:1,7,25
187:19 188:5,21 189:11
189:22 190:9,12,18
**capacities** 15:5
**capacity** 98:14
**capital** 4:7,10,13,15,18
4:21 5:3,6,9,12,15 6:3,5
117:20 118:17,19,23,24
119:5,9,14,15,19,25
120:9,14 121:5,10,16
121:21 122:2,12,21
123:2,7,9,21 124:7,10
124:20,24 125:12,17
126:20 127:16,22,25
130:4,20 131:7,19
132:3 135:8 138:2



139:25 140:7,11,17,24
141:5,23 144:5,20
145:2 146:12,15 148:1
148:8,11 149:5 150:9
150:14 152:2,20 155:11
155:25 156:3 158:17,23
159:4 161:11,21 164:22
165:7 167:12,18,25
170:9,21 171:7 173:5
173:11,15 175:7 179:3
179:12 183:4
**capped** 188:11
**captioned** 258:10
**care** 116:14 251:25
**career** 50:8
**cars** 251:12
**case** 1:9 92:3 145:7
223:20 234:16
**categories** 126:24 142:10
142:11,15 184:11
**categorizing** 232:7
**category** 176:4
**caught** 139:22
**cease** 32:23
**CEG** 100:11
**CENTRAL** 1:2
**certain** 133:17 183:1
188:5 191:23 197:18
**certainly** 77:22,24
103:25 196:8 247:3
**CERTIFICATION**
257:1
**certifications** 22:8
**Certified** 257:5
**certify** 257:7
**CFD** 99:10 126:7
**CFD93** 203:4,10
**CFD93-1** 202:6 206:14
206:18 209:21
**chain** 250:6
**chance** 25:25 192:1
**change** 48:25 49:3 60:17
125:17,20 240:20 259:2
259:3,4,5,6,7,8,9,10,11
259:12,13,14,15,16,17
259:18,19,20,21,22,23

260:2,3,4,5,6,7,8,9,10
260:11,12,13,14,15,16
260:17,18,19,20,21,22
260:23
**changed** 227:16,18
**changes** 258:12,15
**Chapman** 12:2
**character** 232:7
**characterize** 54:23
**characterizes** 203:21
**charge** 48:14 51:7 164:8
174:12
**charged** 172:20
**charging** 51:13 52:4
87:18 166:20 174:18
**chart** 191:21
**check** 65:12,19 66:2,5
71:23 149:12,20 180:2
**check/inspection** 38:2
58:22 69:22 87:14
127:1 128:3,12,17
129:5,17 137:21 138:5
138:10 142:14 143:4,10
143:18 144:14 145:4,19
146:23 151:7 153:17,22
154:13 156:12,18
157:13,23 159:22 160:2
160:12,21 162:10,17
163:10 164:7 165:16,23
166:13,21 168:10,15
169:24 171:20,25
172:21 173:21 174:2,19
175:11 176:6 189:9
190:7
**checking** 40:17,20,24
41:5,21 46:2,6,21 47:2
56:15 59:11,12,17
68:22 82:20 84:16
137:18
**Cherry** 91:7
**Chicago** 2:13
**chief** 209:22 251:4
**chronological** 15:7
**circulated** 26:6
**cities** 53:9 75:11 191:18
**citizen** 229:6 234:12

247:4 249:6
**citizens** 105:1
**city** 1:6 5:24 15:2 16:24
17:5,6,13,23 18:3,16
19:3,13 20:2,7 21:15
22:12,14,15,16,17,17
22:19,23,25 23:3,5,8,11
23:13,15,18,22 24:2,5,7
24:18,19,20,23,24 25:4
25:10,14,16,17,21 26:1
26:7,17,22,24 27:2,5,6
27:16,21,25 28:3,11,20
28:21,24 29:4,9,12,16
29:19,22 30:5,19,21
31:4,6,8,9,14,18,22
32:4,10,19,22,23 33:4
33:13,14,16,22 34:22
34:24 35:6,14,18 36:3,6
36:6,12,16,17 37:4,6,9
37:9,13,14,15,22,23
38:12,14,19,23 39:16
39:23 40:1,14,22 41:1,7
41:13,16,20,22 42:5,12
42:21 43:6,24 44:7,11
44:16,24 45:22 46:18
47:3,7 48:15 49:4 51:6
52:17 53:13,15,19
54:13,20 55:22,22
56:16 57:15 58:5 59:14
59:15,20,25 60:9 61:15
61:18,20 62:1,21,24
64:11,14 66:3 67:7,11
67:25 68:10,12,17 71:7
71:20,25 72:2,16 73:2
73:10,11,12,12,13,13
73:17,23 74:21,25 75:1
75:5,5,6,7,9,23 76:3,6
76:10 77:7,8,17,19 78:3
78:7,12,14,25 79:10
80:17 83:17 84:1,9,11
84:18,20,23,25 85:3,4,5
85:7,8,16,17,18,23,25
86:2,8,9,11,14,16,20,21
87:2,5,8,13,18,21,25,25
88:12,15 89:1,3,13,14
89:21,23,23 90:5,6,7,9

91:19,22 92:4,14 93:1
93:15,20 94:3,7,12,14
94:15,21 95:1,4,13,19
95:21 96:8,17,25 98:7
98:22 99:2,17 100:6
101:1,8,13 102:6,16,22
103:4,6,9,11,20,23
104:5,8,11,23 105:2,3,7
105:12 106:5,10,11,19
107:16 108:10,25
109:19 110:3,20 113:13
114:8,14,14,22 115:3
116:8,11 118:18 119:3
119:7,17,22,24 121:6,9
121:12,17,22 122:1,9
122:11,23 123:3 127:18
128:12 129:16,23 130:1
130:19,20,23,23 131:6
131:23 132:5 134:9,11
134:19 135:2,4,6,15,20
135:24 136:7,10,23
137:2,5,5,13,14 138:14
138:19,21 140:4,11
141:8 142:19,24 144:5
144:9,13,21 145:1,3,16
147:8 148:4,13 150:8
150:23 151:12 152:7,11
155:16,17 156:4 158:8
158:22 159:10,13
161:14,25 162:3 164:25
166:23 167:17 168:4
169:10 170:6 171:1,8
173:2 174:24 177:11
178:24 181:6 183:18
184:6,13 185:3,15,25
188:17,24 189:6,8
197:13,14,16 199:3,13
199:17 200:7,17,19,20
200:24 201:3,6,6,9
202:2,7,9 203:3,5,19,21
204:19 205:4,5,6,22,25
206:11,12,15,17,19
207:14,23,24 208:7,13
209:1,5,20,22,24,24,25
210:2,5,10,15,24 211:7
211:7,12,19 212:7



213:17 214:10 216:1,9
216:19 217:3 222:15,22
223:13,17,21 224:8
225:2 227:6 229:24,24
230:24 235:3,14,17,21
235:22,25 236:1,2,6,8
236:25 237:3,9,12,16
237:17,19 238:3 239:1
239:4,10,23 240:12
242:16,18 246:25 251:8
251:12,12,13,17,20,25
253:10,18 254:3,6,7,14
254:18 255:4,11,11,14
**city's** 17:21 29:14,17
31:23,25 32:6 36:10,23
37:1 119:14 121:10
188:24 199:11,21 206:3
208:4,17,18,25 212:9
224:24 228:1,2
**city-wide** 126:3
**civil** 10:25 11:10,17 13:7
41:11 146:5 227:20,21
**civilian** 11:13
**claim** 29:23 30:22 105:20
115:20 197:13 203:19
212:3,7 215:23 216:4
216:16,22 220:23,25
221:1,2,5,9,17 247:1
**claimed** 110:14 200:8,25
250:21
**claiming** 107:10 108:25
109:20 115:25 197:16
199:3 201:6 221:7
**claims** 29:18 110:23
**clarification** 24:12
**class** 195:18
**Classification** 51:10
**clear** 54:5 112:4 193:10
193:14 244:17
**Clerk** 237:3
**clock** 14:4
**close** 251:12
**closed** 27:21,24 28:1,7,12
107:21,25 108:11,20
109:6,12 110:4,18
239:4,7,23 240:1,4,8,10

**closure** 91:4 92:14
**closures** 91:25
**club** 125:1
**Code** 42:13
**codes** 42:10
**collected** 21:4 203:10,20
204:14
**collection** 163:21
**collectively** 198:17
**college** 195:18
**colon** 200:2
**color** 192:1,11,24 193:12
193:19
**colored** 192:7
**combination** 32:1 154:15
**combined** 157:12
**come** 18:23 23:18 27:16
29:25 33:5 59:21
122:18 136:24 176:17
203:14,15 226:24
229:17,18 232:10
**comes** 129:2 143:13
150:1 154:21 157:14
160:5,14 162:19 163:1
166:4 168:21 172:1,5
174:6 202:23
**coming** 75:20 202:14
224:21
**comment** 27:11,14,15
104:24 106:23 110:2,4
110:8,13
**Commerce** 113:3 115:24
116:19 117:9,17
**commercial** 65:14
**commission** 16:18,23
17:1,2,9,12,20 21:17
22:20
**committee** 21:1
**common** 16:9
**communicated** 221:11
**communication** 245:14
**communications** 201:5
**communicator** 202:17
**community** 34:10 65:8
90:25 91:6 98:10 126:7
133:3

**compaction** 60:1
**companies** 216:15
**company** 1:10 126:6
215:25 216:9,18,22,25
218:18 221:12 223:7,14
224:23 226:7 229:13
234:21 241:18 245:15
248:9 258:4
**company's** 241:23 242:3
243:3,22 247:9 250:14
**comparison** 6:7 50:23
51:5,12 53:7,11,24
**compensated** 178:24
182:25
**compensation** 45:3,13
46:8 47:15,20 57:20
58:1 181:2
**competency** 31:5
**competent** 72:11 74:17
**competitive** 49:18
**complain** 231:15
**complainants** 251:22
**complaint** 234:12
**complete** 67:25 95:24
96:2,9,24 102:9,17
237:8
**completed** 206:23
**completely** 69:13
**completion** 34:18 42:23
56:24 79:5
**compliance** 41:15 42:10
**complies** 40:8
**component** 119:6 122:23
**compound** 94:19
**comprehensive** 4:8,11,13
4:16,19,22 5:4,7,10,13
44:2 119:11 202:6
**concern** 107:6,14 117:15
**concerned** 223:19 231:10
**concerning** 29:14 239:13
**concerns** 27:17 105:3,9
105:13 106:6,12 110:8
118:11 247:19,21
**conclude** 178:12
**concluded** 256:9
**conclusion** 85:11 93:23

96:14 151:16 180:14
181:19 187:23 188:15
201:16
**conditions** 42:11 60:18
**conduct** 231:12
**confirmed** 46:11 179:16
187:12
**conflict** 105:4,9,14,20
106:7,13,20 107:2,6,11
110:24 114:22 115:4,16
115:25 116:4 117:1,10
117:17,23 118:9,12
230:25 231:3
**Congratulations** 22:4
**conjunction** 124:12
**connection** 87:3 213:16
214:9,11
**Conservation** 21:18
**consider** 97:1
**considered** 228:16
**considering** 103:4
**consisted** 118:25
**consistency** 66:18
**consistent** 25:10 118:25
**constantly** 203:14
**constructed** 46:13
179:18 187:14
**construction** 10:1 11:2,6
12:11,15,19 13:4,19
14:3,6,6,11,12,16,20,23
17:10,14,15 32:14
35:19 38:2 40:17 42:1,9
42:17 46:2,6,12,21 47:2
49:7,17 50:3 56:12,17
56:22,25 57:7,15 58:11
58:23 59:11,18,22,23
60:3,6,7,8,25 68:22
69:23 72:25 73:16 74:8
84:16 86:9,15,22 87:4
87:15 91:5 96:3,10,25
101:25 102:10,18
122:13 127:2,3 128:6
128:13,21 129:4,18
132:12,21 133:4,13,24
134:7 135:11 137:17,21
138:5,10 142:15 143:4



143:11,19 144:15 145:5
145:19 146:24 148:17
148:20 149:13,21 151:7
153:17 154:6,9,13
156:13,22 157:13,23
159:22 160:2,12,21
162:11,18 163:11 164:8
165:17,23 166:14,21
168:11,16 169:24
171:20 172:1,21 173:22
174:2,19 175:11 176:1
176:6,10,22 177:2
179:17 181:15 187:13
189:9 190:7 191:2
195:19,22 196:14
210:18,23
**consultant** 31:19 40:1
45:3 57:21 208:6
**Consultants** 6:6 30:25
31:2,10 34:15 39:17
43:7,16,20 47:8 50:22
63:3,18 64:1 79:1 80:12
80:15 84:10 100:10
114:9 130:9 133:19
134:16 142:3,6
**Consultants'** 63:21
**consulting** 5:18 82:15
177:25 179:13
**contact** 214:25 223:14
231:11 238:4,6 244:9
244:13 253:5
**contacted** 245:10,11
249:13 253:10
**contacting** 216:24
249:25
**contain** 150:15
**contained** 125:19
**contains** 126:19
**contemplated** 143:20
149:5 152:20
**contents** 189:2
**continually** 53:5 73:3
**continue** 72:18 110:21
**continued** 5:1 6:1 33:13
205:6
**continuing** 12:8,14

**continuous** 21:23
**contract** 12:23 13:4,20
14:5 31:9 32:12 34:6
38:10,11,18 39:2,15,21
42:25 48:12,23 52:3
55:20 56:11 60:4,16,16
63:3,18 66:19 67:17
70:6 75:9 107:3 114:9
116:11 142:19 180:17
180:22 181:1,16 187:1
188:25 195:23 222:25
235:14 236:2,6,23
237:12 242:17 251:2
254:5,12,18,24
**contracted** 23:10 31:18
35:17 61:20 79:16
81:22 84:23 251:3
**contracting** 13:2
**contractor** 21:21 34:15
35:14 37:22 54:19
60:14 61:11,16 79:1
84:12 127:3 131:2
176:1,23 177:3
**contractors** 23:15,21
24:21 25:1 38:23 61:20
66:25 67:12 88:1,16
95:24 130:6,11 134:13
188:24
**contractors'** 67:8
**contracts** 14:17 15:11
31:23 37:20,21 38:22
39:22 43:14 63:21
64:23 65:1 66:24 88:1
88:15 128:11 137:25
147:1 149:16 175:13
179:9 186:6 188:2,4,8
188:24 189:3,7 195:22
**contractual** 82:18
**control** 32:25 57:2 76:11
132:13,21 133:4,14,15
133:18,24 134:8 135:12
**conversation** 217:19
222:8 238:22 249:17
**conversations** 218:16,22
221:3 227:25 241:22,25
242:2 247:7 248:8

**cooperate** 223:6
**coordinated** 77:1
**coordination** 36:8
**copy** 192:1,11,24 193:20
218:6 228:22 235:13,19
235:25 236:1,6,22
241:11 243:2,5,6,10
244:13 246:5 255:1
**corner** 98:2 132:10 142:2
**Corona** 202:2 203:7
**Corps** 13:11,15,25 76:18
214:12
**correct** 9:3 13:16,22 15:3
15:8 16:21 18:18 19:15
20:17 21:18 22:2 27:22
29:12 30:22 32:2,3,17
33:24 36:17 37:15,24
39:17 40:3,14,19 42:23
43:10,20,25 44:4,14,19
44:25 45:6,16,18 46:3
46:14,17,25 47:5,6,8,11
48:1,9,15,20 50:4 54:9
54:10,16 55:3,17 56:4
56:12 57:8,11,12,17
58:21 59:7,8 61:21
62:18,22 63:4 64:15,23
65:3 66:10,15 67:9
68:21 69:2,20 70:8 77:9
77:25 78:1,18 79:21
80:1,2,12,23 81:18,19
82:9,10 83:2 84:7 85:18
85:19 87:19 88:5 89:7
90:10,22 91:1,8 92:8
93:4 94:10,20 95:2,15
95:16 97:8,22 98:11
99:5,13,18,23 102:14
102:23 103:7 104:5
107:7 110:5,21,25
111:13,16 114:15
115:12,17 116:5 120:16
120:25 122:24 123:4
124:2,8 126:13 128:8
128:14 129:6,20 130:2
130:3,6 131:23 133:25
135:25 136:11 139:25
140:12 141:9,24 142:25

143:6 148:1,5,21 152:2
152:21 154:24 155:10
155:18,25 156:15
157:18,25 158:24 166:6
168:5 170:6 172:8
173:2 174:22 176:7
179:23 180:4,7,8,11,12
180:18 181:16 186:23
187:17 190:2 193:21,25
196:15 197:14 198:3,8
200:12 210:10,15,24
212:5 219:23 221:12
223:7 226:8 227:12,17
228:23 230:12 231:1,13
232:25 233:24 235:8
248:1 250:18 253:14
254:3,7,9,15,19,22
255:12,13,15,18,21
**corrections** 258:12
**correctly** 13:21 30:19
32:16 33:24 41:17
42:18 46:24 61:5 84:2
85:25 99:1 127:4 134:5
157:9 176:21 186:1
209:14
**correlate** 142:11
**corridors** 21:6
**cost** 11:23,24 12:19 53:7
72:11 74:17 99:11
122:16 123:24 129:13
136:17 138:7,18 143:22
144:16 145:25 148:19
150:1 154:20 157:6,8
157:14 160:23 164:10
166:17 170:1 174:6
177:4 187:13 188:12
211:15 247:22
**costly** 177:12
**costs** 46:12 49:16 63:12
82:16 138:25 148:17
179:17 195:23 211:25
**council** 1:5 5:24 7:7,24
16:24 17:3,5,13 18:3,16
19:3,14 20:3 22:12,14
22:15,23 23:3,8,13,18
24:6,7,19,23,24 25:4,5



25:10,14,16,17,21 26:1
26:7,18,22,25 27:2,5,6
27:16,21,25 28:8,11,21
29:12,16,22,24 30:20
31:4,8,11,14 34:22 35:6
35:15 36:3,7,17 37:6
38:15,19 39:23 49:4
51:6 53:20 55:22 61:15
61:19 62:1,21,24 63:10
64:11,14 67:8,12 68:18
71:20,25 73:2,11 75:1,5
75:7,24 76:6 77:18 78:3
78:7 84:10,20 85:3,4,16
85:20,23,25 86:2,9,14
86:20,21 87:8,21 88:12
89:1,13,14,16,21 90:5,6
90:24 91:19,22 92:4,14
93:1,15,20 94:3,8,13,14
94:15,21 95:1,4,13,19
95:22 96:8,17 97:1 98:7
98:10,22 99:3,17 100:6
101:1,8,14 102:6,16,22
103:4,6,10,23 104:8,11
104:23 105:4,7,12
106:5,10,11,20 107:17
110:3,20 118:19 119:22
120:25 121:6,9,17,22
122:2,9,11 127:18
129:16,23 130:1,20
131:6,23 132:5 134:9
134:11,19 135:2,6,6,15
135:20,24,24 136:7,10
136:23 137:2,5,5
138:14,19,21 140:4,11
144:10,13,21 145:2,4
145:16 146:19 147:8
148:4 150:8,23 151:12
152:7,11 155:16,18
156:4 158:8,22 159:10
159:13 161:14,25 162:3
164:25 166:23 167:17
168:4 169:10 170:6
171:1,8 173:2 174:25
188:17,25 189:6,8
191:5 196:2 199:22
200:6,17,19,23 201:3,4

205:6 206:11,13,15,17
209:24,25 210:5,10
211:7,8,19 213:4
214:10 216:5 222:15,22
223:17 224:4 227:6
229:25 230:15,19,24
236:8 237:16 238:3,12
239:1,4,23 240:13
251:8 253:18 254:3,19
255:4,11,11 258:3
**Council's** 31:22 114:9
**Councils** 209:25
**counsel** 2:1 7:15 50:1
107:22 108:14 109:8,8
132:14 152:23 186:21
192:8 193:1,2 202:3
213:4 214:18,25 215:12
215:20,22 218:17 221:3
221:12 222:9 223:7
225:15 234:20 239:11
241:17 253:13,16,20
**counsel's** 252:12
**county** 14:8 18:14
202:12 204:6 228:19
**couple** 123:1 194:8
214:21 237:25 243:1
**course** 12:8,13,19,23
13:7 50:7 117:19 193:5
**court** 1:1 7:9,14 8:1 16:3
16:12 108:21 111:8
192:11 220:20 226:25
228:19 232:4 234:4
240:2
**cousin** 249:19
**covered** 65:12 213:7
**covering** 218:5
**credentials** 22:8
**credits** 12:9,14,23 99:4
**creek** 133:21 164:1,1
**crews** 51:8
**criminal** 225:7 227:20
231:8 234:16
**criminally** 227:11
**cross** 76:19
**CSR** 1:25 257:23
**CTAP** 21:5

**curbs** 59:24 119:2
**current** 80:7,11 82:17
**currently** 8:21 72:17
216:18 217:1
**cut** 216:14

---

**D**

**D** 5:19 197:7
**Dale** 209:21
**Dam** 14:3,3
**damage** 183:14
**Dan** 178:10 242:21
**Daniel** 178:3
**Danny** 238:20 240:6
**database** 127:14
**date** 7:9 8:19 59:20 94:21
259:24 260:24
**dated** 62:13,18 64:15
71:16 90:22 92:24 93:3
97:21 99:21 101:3
115:11 121:2 131:25
140:8 152:5 155:14
158:20 165:3 167:15
170:24 197:3,7 253:14
**dates** 15:10
**Dave** 35:9
**David** 6:8 91:12 113:25
177:25 244:23
**day** 257:19 258:17
**day-to-day** 60:24
**deal** 28:1 72:15 74:20
113:7,20 125:1 164:3
176:19 210:2
**deals** 101:18
**dealt** 14:12 53:10 116:9
**DeBaun** 202:3
**decades** 13:13 15:3 50:3
118:18 196:13
**deceased** 146:4
**December** 8:20
**decide** 121:13 224:20
251:14
**decided** 20:14 30:14
32:11 110:20 210:1
225:17,23
**deciding** 32:20

**decision** 29:17,23 31:22
206:16,17
**DECLARATION** 258:7
**declare** 258:8
**decreased** 136:22
**dedicated** 59:20
**Dee** 35:8,10 120:5,6
194:13
**Deepak** 35:10,12 177:25
**defend** 226:20
**defendant** 7:19,22
**Defendants** 1:13 2:10
**defender** 230:11
**defending** 215:23
**defense** 214:18,25
**DeForge** 120:23
**degree** 10:8,11,14 12:6
**deliberative** 85:12 88:23
**demonstrate** 163:17
**Dennis** 100:10
**dep** 249:16
**department** 23:25 28:22
29:9 67:1,6 84:1 91:1
91:16 92:13 98:11
102:15 113:3 115:24
116:19 117:9,16 119:21
119:24 120:5,20 121:15
124:11,19 125:10
127:19 130:14 251:4,15
**departments** 23:22 120:2
**deposed** 213:11,16,20
248:12,14,18,23
**deposition** 1:16 7:6,11
8:15 9:6 43:13 58:15
61:15 79:21 175:14
188:3 217:8,14 218:5
218:19 219:22 221:15
222:14 249:14 250:18
252:15,18,25 253:7,11
257:10 258:1,9,13
259:1 260:1
**describe** 9:21,25 10:22
11:16 22:12 40:11 51:3
59:9 60:7 75:3 86:3
194:3
**described** 11:12 29:8



55:2 74:14 78:23
125:25 183:3
**describing** 67:23
**description** 80:10
**design** 11:20 32:13 35:24
38:7 54:15,22 177:14
**design/build** 14:17
**designed** 69:11 177:9
**designer** 34:17
**desires** 22:18
**desist** 32:24
**despite** 110:23
**detail** 64:21
**detailed** 141:22 187:7
**determined** 227:9
**develop** 34:8,9
**developer** 59:14
**developers** 75:13,20
126:4 202:1 203:4,10
206:24
**development** 4:3,6 5:21
17:22 31:7 33:14 34:10
35:19 38:13 39:13 40:2
40:12 41:14 45:21
46:22 55:13 61:2 65:8
71:9 73:13 75:10 78:23
80:7,18 84:6 91:1,13,16
92:13 98:11,14 99:16
102:15 113:17 126:7
208:5 210:3
**developmental** 31:25
32:7,21 33:23
**difference** 239:12
**different** 17:24 25:6 51:8
60:5,9,18 68:8 110:4
116:8 126:10 142:10
184:10 185:24 194:16
196:5 207:7 209:20
244:12
**differently** 194:17
**difficult** 30:8,10 123:13
139:7 151:22 152:17
154:2
**diligence** 176:20
**Dillon** 35:9 36:15,22 37:7
37:13 83:19,25 84:5

89:22 91:12 92:10,25
96:21,23 98:13 99:15
101:2 102:15 103:5,18
103:24 104:12 114:13
177:25 178:25 194:12
214:2 221:20 224:8
227:10 229:22 231:4,16
245:5,21,25 246:1,10
248:4,8,19,21
**Dillon's** 248:22
**direct** 186:4 199:8 203:5
207:9
**directed** 197:7
**direction** 41:2,8 257:14
**directly** 30:9 208:15
**director** 20:7 36:20,23
37:1 41:9 42:7 73:14
84:5,6,7 91:13 98:14
99:16 120:5 125:21
130:14 204:12
**disagree** 191:11 195:5
196:12 212:5,10 227:12
227:14 233:19
**disagreed** 194:3
**disclosable** 28:14
**disclose** 134:2
**disclosed** 28:15 135:23
138:14 144:2 151:11
155:1 160:20 166:23
167:4 170:5 173:1
174:24
**disclosing** 129:16
**discuss** 63:20 89:14
144:20,23 146:15,22
179:9 189:2 217:5
**discussed** 26:19 28:7
107:16,21 110:18 145:3
**discusses** 45:7,25 64:22
65:1 105:20 118:9
141:7 191:22
**discussing** 21:11 89:17
89:22
**discussion** 189:5 190:2
221:16
**discussions** 20:24 28:3
85:3 86:8,20 87:2 88:12

89:20 90:6 104:7 106:9
136:10 144:18 145:1,16
145:24 147:6 201:23,24
203:17 252:13
**distinguish** 182:6 190:3
190:6
**district** 1:1,2 7:8 69:6,7,7
69:10,13,17,17,18,25
69:25 70:1,5,5,6 91:6,7
125:2 133:3 184:12,15
184:16,18 226:1
**districts** 21:13 201:25
**divide** 129:1 143:11
150:1 154:20 157:6,14
160:13 162:25 166:2
168:20 172:4 174:5
**DIVISION** 1:3
**document** 9:6,14,15,17
39:9 44:25 50:20,25
51:4 52:9,12,16,24 53:3
53:14,18,25 55:15,18
56:10 62:15 71:13,24
80:21 82:12 93:19
106:1 111:12,18 112:21
123:18 129:7,12 131:25
132:13 133:7,14,19,24
134:2,8 139:8 152:11
153:23 161:15 162:4
178:6,11 181:22 182:11
183:10 191:25 197:1,11
198:3,13 199:2 205:20
243:15,17,20 244:3
246:25 247:1,10 250:10
255:14
**documentation** 24:12
107:4 197:11
**documents** 18:16 39:19
44:19 74:2,5,14,24
90:19 135:5,7,12,15,21
136:6 150:24 199:2
213:9 218:7,12 250:15
**doing** 13:19 14:5,8 16:7
37:14 70:9 73:4,10,25
74:3,16 77:24 78:12
84:25 86:3 101:19
103:11 104:9 117:18

125:8 134:4 135:17
157:22 165:22 173:25
191:2,18 206:14 207:8
210:19 220:11 226:23
229:10 242:20 248:13
248:14
**dollars** 51:21 65:21
66:14 102:1 157:7
**Don** 238:17
**double** 47:14
**downstream** 33:6
**downturn** 191:15 194:8
**draft** 112:8 113:1,24
115:5 117:1,25 121:19
121:21
**drafted** 111:19,20
112:21
**drafting** 11:22 125:11
**Dressel** 93:12,15,18
99:22 100:4,6,25
120:24 215:7,10
**driving** 251:16
**dropped** 205:7
**dual** 84:23 85:6
**due** 125:5 176:20
**Dugan** 6:11 228:20
232:17 255:8
**duly** 8:5 257:9
**Dunn** 2:5 3:6 7:23,23
49:11 51:16,22 52:6,12
52:18 70:15 73:6 77:11
85:10 88:20 89:5,8,25
93:22 94:19 96:13
101:5 102:25 104:17
106:16 107:18,22 108:3
108:6,9,14 109:3
132:14,17 134:23 136:2
137:8 138:15 139:2
145:10,22 147:2 150:11
150:17,25 151:15
152:23 153:2,6,9 167:1
180:13,19 181:18,24
182:16 183:10 186:21
187:2,22 188:14 189:13
190:19,21 192:8,12
193:1,6,13 194:18



195:11 196:7,17 197:19
197:24 198:5,10 199:5
200:14 201:14,19
212:14 213:2,4 219:10
220:4 222:1 223:12
224:2,7,19 225:10,14
225:22 226:14 231:19
232:13 236:13,19,21
239:11,17 240:3,5
244:18,22,25 245:6
252:6,25 253:19 256:2
**duties** 10:23 11:17 13:24
20:4,13 22:13,22 23:2,7
38:18 76:6 118:20

**E**

**E-6** 10:21
**e-mail** 26:11 238:7 246:4
246:5,10
**earlier** 20:24 54:12 61:14
61:18 78:22 79:21
81:17 84:11 102:20
127:10,21 128:10 141:7
149:17 194:10 210:21
221:15,16
**early** 104:25 110:12
118:6 229:13
**earn** 194:16
**earning** 104:4
**ease** 141:15
**EASTERN** 1:3
**easy** 176:18
**economic** 4:3,6 5:21 31:6
35:18 36:23 38:13
39:13 40:2,11 45:20
55:12 65:8 71:9 73:13
84:5 90:25 91:12,16
92:12 98:11,14 99:16
102:15 191:15 194:8
208:5
**economy** 202:22
**education** 9:21 12:9,14
12:23 195:16 218:1
**effective** 72:12 74:17
**Egger** 35:9 36:15,25 37:8
37:13 83:19,25 84:6

89:23 103:17,24 104:12
114:13 177:25 178:25
194:12 214:2 221:20
224:9 227:11 229:22
231:4
**either** 25:24 94:15 214:2
**elected** 16:19,23 18:2,8
31:14 232:16 240:17
**election** 205:1
**elections** 18:14
**elective** 195:18
**electrical** 82:1,7
**electronically** 25:24
**elements** 80:19
**elevation** 69:12
**elicit** 108:18
**embezzlement** 209:8
**employee** 11:13 199:20
206:2 226:19
**employees** 34:24 116:11
116:11 198:22 242:17
**employees'** 212:8
**employment** 9:21 214:12
**enabled** 178:13
**enclosed** 198:16
**encompassed** 46:23
100:19 116:22
**encompassing** 101:22
198:18
**ended** 240:13
**enforce** 42:10
**engineer** 11:10,18 73:12
124:5 127:7 146:5
208:5
**engineering** 6:6 11:1,6
11:23 13:8 31:6 35:22
38:7 50:11,22 54:12,22
57:4 61:10 74:9 81:24
81:25 82:1,7,7,21,24
84:17 100:11 124:3,15
126:25 175:22 176:11
177:13 187:7,18 188:9
188:18 195:23
**engineering/project**
127:8
**engineers** 11:21 13:11,16

14:1 41:11 76:18
124:13,14 214:12
**enlarged** 101:22
**ensuing** 72:19
**enter** 206:17
**entered** 37:22 38:11,14
38:22 39:16 52:3 56:6
204:20 254:13
**entering** 201:21
**enterprise** 126:8
**entire** 31:10 90:5 227:5
230:23 258:9
**entirely** 99:10 207:7
**entities** 23:10 125:13
**entitled** 9:14 227:13
239:8
**entity** 1:6 84:25 85:7
185:15
**environmental** 11:22
44:18 125:6
**equivalent** 81:7
**ERMAC** 29:1,2
**Ernie** 35:8
**Ernst** 177:25
**ERRATA** 258:1,13
259:1 260:1
**Esparza** 2:18 7:13
**especially** 77:6
**ESQ** 2:5,11,12
**essentially** 186:24 247:24
**estate** 28:4
**estimated** 99:11 148:16
148:19
**estimates** 123:24 124:4,4
124:16
**estimating** 12:19 57:3
183:16,24
**et** 258:3
**evade** 199:20 206:3
212:8
**Evaluation** 67:17
**everybody** 229:20
**exact** 255:1
**exactly** 35:3 177:7
**EXAMINATION** 3:1,4
8:8 213:1 252:9

**example** 120:9
**examples** 57:7 163:15
**exceed** 129:19 138:12,24
144:1,15 145:20 146:25
151:8 160:22 163:12,18
164:9 166:16,22 169:25
172:22 173:1 174:20
**exceeded** 103:25 129:6
157:24
**exceeding** 46:10 58:3
145:6 179:15 181:4
187:11
**exceeds** 138:6 150:4
154:23 163:4 166:6
189:21
**excellent** 16:15 72:8,13
**exception** 80:19
**excess** 104:15 170:4
**excited** 204:5,8,10
**excuse** 104:18 108:8
174:14
**execute** 92:15
**executive** 140:15,23
148:10,24 178:21
**exemptions** 21:10,11,13
**exhaustive** 57:11
**exhibit** 4:3,5,7,10,13,15
4:18,21 5:3,6,9,12,15
5:17,19,20,23,24 6:3,4
6:6,8,9,11 9:7,9,13,20
9:24 16:17 19:12 39:4,5
45:7 47:23 48:4,7 50:15
50:16,21 51:20 52:2,16
54:3 55:5,7 56:4,11,20
57:19 58:18,23 59:3
62:6,8,12 64:7 65:6
66:18 67:15 70:7,21,22
70:25 71:1,5 72:5 78:20
78:24 79:5 80:6 81:1
90:13,14,18,21 92:19
92:22 93:3,7 95:12,15
97:10,11,15,18 98:1
99:21 100:18 103:6
105:16,17 111:3,4,9
120:8,10,14 122:19
123:9,17,23 125:16,19



125:24,25 126:11,15,18
127:15,16 130:4 131:14
131:15,19 132:8,11,15
132:16 138:3 139:12,13
139:18,24 142:12
147:10,20,25 148:1
151:18,20,23 153:3
155:5,6,10 158:10,12
158:16 161:5,6,10
164:17,18,22 167:8,12
170:8,10,11,16,17,21
173:6 175:5,6 177:18
177:19,23 179:25
181:13 188:1 192:13,16
192:19,24 193:11,14,15
193:16 196:20,21
205:21 214:13 231:18
231:22 232:25 235:10
235:11 236:17 237:6
241:1,9 242:22 244:19
244:19,20,22,25 245:16
250:7 253:14 254:5,25
255:7
exhibits 4:1 5:1 6:1 65:2
123:6 124:9 213:7
219:18 233:23 234:1
existed 231:13
existing 33:1 34:24
exorbitant 207:22
expand 29:5
expanded 75:6
expanding 137:13
Expend 91:5
experience 9:22,25 14:20
14:23 15:2,11 16:16
49:7 50:3 60:5 72:18
146:6 176:10 177:2
191:1 195:20 196:13
217:25 224:17
experienced 74:25
experiencing 72:17
74:21
expert 59:11
expertise 17:9 33:15
34:23 49:8 60:6 73:1
81:23 122:14,17 176:11

210:18
explain 25:20 176:14
194:5 199:2 201:12
237:14
explained 107:1 113:12
116:7 242:16
explanation 116:4
184:23
expressed 107:5
extensive 14:19,22
extent 46:20 47:1 108:21
109:5 134:15
external 82:20

F

F 5:19
face 237:23
facilitate 34:10
facilities 4:8,11,14,17,20
4:23 5:4,7,10,13 17:17
21:4,6,14,14 69:9 91:6
91:7 119:1,2,11 127:13
133:3 202:18 203:6,23
204:2,3,8 206:15,18
207:1 223:1 235:2,3,3
250:25
facility 32:15 34:16 35:2
79:13,17,24 113:18
203:2
fact 20:25 85:19 86:4
93:18 100:24 103:7
107:14 138:9,11 143:25
145:17 146:22 166:19
170:3 172:25 174:11,17
201:23 202:3 204:3
221:5 228:13 247:1
249:3
factor 191:16
Factual 114:7
fail 190:6
fails 179:21 190:3,15
failure 182:11
fair 14:19 33:12 38:8
54:1,23 60:22 76:1
84:21 115:22 125:9
130:15 131:4 190:14

195:4 221:18,22
fairly 102:2
false 78:4,16 209:11
211:6
familiar 30:24 166:9
169:2 172:12 238:14
far 16:7 19:19 189:21
223:18 231:10 250:25
fashion 210:4
fault 30:6,13 195:25
faulty 195:9
favor 204:20
favoritism 252:1
February 16:19,20,23
71:17 90:22 91:23
92:25 93:3 165:3
federal 60:10 116:12
117:5 191:22 220:20
fee 20:20 21:3 47:24
48:19 54:9 55:3 58:13
58:16,18,25 59:5 60:24
61:4,10 66:7 68:24 70:2
79:25 81:18 82:8 83:2
86:11,17,23 87:19 88:2
88:18 99:4 128:13
131:8 137:25 138:13
147:1 151:9 157:24
163:19 164:8 166:22
170:5 175:15,19 176:5
176:24 179:23 180:2,11
181:11,14 182:7,13
184:1,7 187:19 188:5
188:21 189:11,22 190:9
190:12,18 199:25
feel 107:2 227:19 228:10
228:13 235:5 249:7
fees 45:7 126:4 166:20
172:20,25 174:18 179:9
199:21 200:8,25 201:7
201:10 203:20,22 206:4
212:9
feet 65:14
fell 60:23 202:22
fellow 85:3 89:14,21
106:11 189:6
felt 77:22 229:5

fields 69:14
figure 131:13
filed 200:6,11,23 204:18
247:1
fill 32:20 33:22
final 23:17 29:13,16
30:20 60:21 116:17
117:7,22 118:2
finally 209:23
finance 23:24 34:9 67:1,6
financial 103:13,19,23
104:3,14
financing 4:8,11,14,17
4:20,23 5:4,7,10,13
32:14 119:11 185:12,14
185:21 208:23
find 29:8 74:10 117:22
178:17 235:23
finding 114:20 115:2,5,9
findings 5:17 177:24
fine 53:6 70:15 139:21
174:15 230:7
finish 204:7 225:13
Fire 1:10 7:8 258:4
firm 31:3 32:20 33:15
183:24 197:6 226:23
238:14,18 253:2,9
firms 32:2 34:1 50:6,11
53:8
first 8:5 38:11 65:6 82:13
85:22 90:20 92:18 93:3
93:7 95:12 99:20
101:23 111:22 112:12
120:18 133:11,18,20
152:8 170:12 175:7
197:10,22 198:24
202:20 206:12 207:10
207:13 209:19 213:10
214:24 222:8 237:18,20
237:21 242:24 247:11
fiscal 4:9,12,14,17,20,23
5:5,8,11,14 99:7,8
119:17 120:15 122:3
131:20 140:1,18 141:9
148:2,14 149:21 151:23
152:3 155:11 158:17



159:5 160:3 161:11
162:4 164:23 167:13
169:22 170:22 173:15
**five** 25:15 35:4 69:11
230:15 254:2
**fix** 251:12
**fixed** 47:24
**flip** 48:3 131:12 141:11
141:18
**flow** 17:17
**focus** 22:11 65:5 132:10
178:18
**focusing** 207:10
**folks** 251:3
**follow** 226:20
**follow-up** 252:11
**following** 26:25 57:1
95:25 114:3,14 140:20
141:1
**follows** 8:6 109:17
239:20
**Force** 10:15,15 11:11,18
**forecasting** 11:24 12:20
**foregoing** 257:9,14
**form** 220:2 221:24 223:9
223:22 224:25 226:9
251:9
**formed** 72:12 79:15
**former** 198:22 199:19
206:2 212:8 216:5
**forth** 42:15 45:11,25
47:19 48:13,17,19 54:6
57:25 58:9,18 135:21
157:20 174:21 181:16
188:4 257:11
**forty-ninth** 206:23
**forward** 75:19 136:16
210:2
**foster** 33:13
**found** 33:8 117:9 187:2
215:10 247:16
**foundation** 49:12 50:2
51:17 52:7 77:12 85:11
88:21 89:9 101:6 103:1
104:18 106:17 134:24
136:3 137:9 138:16

139:3 145:11,23 150:12
150:18 151:1 167:2
182:17 189:14 190:22
194:19 195:12 196:9
197:25 198:11 199:6
200:15 201:15
**foundational** 239:12,15
**four** 17:24 18:12 46:10
48:18 54:8 55:3 58:3,12
58:16,17,25 59:17
60:23 61:4,9 66:6 68:23
70:1 79:25 81:18 82:8
83:1 129:6,19 137:24
138:6,12,24 144:16
145:6,20 146:25 150:4
151:8 154:23 157:18,24
160:16,23 163:4,12,18
164:9 166:16,22 170:4
172:22 173:1 174:20
175:14,19 176:5,12,24
177:3,14 179:15,22
180:1,10 181:4,11,14
182:7 183:2,19,25
184:7,24 187:11,18
188:4,11,21 189:11,21
190:8 209:19
**four-year** 12:4,6
**fourth** 105:19
**Fox** 106:25 120:24
**Frank** 146:4,9
**Franklin** 2:12
**fraud** 178:13
**fraudulent** 209:7
**freedom** 234:18
**Friday** 25:25
**friend** 243:12
**front** 193:20 232:24
235:11
**Fulbright** 238:15
**fulfilled** 80:16
**full** 8:11 65:6 66:17
**full-time** 32:4 81:7
**fully** 132:8 134:19
135:23 138:13 144:1
151:11 155:1 173:1
174:24

**functioned** 208:3
**fund** 125:24 132:12,21
133:4,13,24 134:7
135:11 208:19,25
**fundamental** 239:12
**funded** 65:22 66:4,10,13
99:10 179:4
**funding** 23:4 60:10,10
122:18 126:1,7,10
130:25 141:2
**funds** 24:18 91:6 99:11
123:18,20 126:2,3,5,8,9
126:12 140:21 183:17
185:20 204:14
**FURTHER** 252:9
**future** 121:14

## G

**G15** 63:9
**Gall** 120:25
**gas** 126:5
**general** 17:5,21,25 21:20
44:13 113:4 114:1
115:24 116:18 117:8,16
208:19,25
**generally** 10:23 22:13
25:13,22 29:24 61:14
76:2 92:1 134:18
135:20
**Geology** 100:11
**geotechnical** 81:12,15
82:21,24
**getting** 20:13 75:10,12
75:14 76:17 202:19
248:12,17
**GGMS** 178:1
**GIS** 36:8 49:22
**give** 16:7 17:20 26:11
203:14 217:13 224:16
225:17,24 229:6 232:8
**give-back** 21:8
**given** 17:19 25:14 49:7
60:5 72:25 77:4,17
78:11 85:20 86:1
103:10 117:5 122:12,13
129:25 130:13 135:20

137:12 138:22 144:8,11
156:4 159:9 161:2,24
163:7 164:4 166:11
169:12,20 171:8 172:10
172:18 176:10 177:2
210:12 218:6,9 220:7
220:19 226:2,5,12
250:16
**giving** 227:22
**glad** 216:6 240:22
**global** 36:9 127:12
**go** 10:3 15:7,11 26:3
40:16 44:10 45:2 49:16
49:16,22 53:16 64:20
64:25 70:25 72:4 73:15
83:7 90:12 97:10
105:16 122:19 131:13
136:16 138:3 139:12
140:14 141:17 147:13
151:18,20 155:4 158:10
167:7 170:8,16 173:4
174:16 175:6,8 176:20
177:17 199:2 201:19
204:7 210:2 213:6
219:13,16 220:5 221:2
222:2,7 226:25 235:10
245:25 247:5 248:25
**goals** 22:18
**goes** 43:3 80:21 208:11
209:3
**going** 15:10 24:17 25:8
30:11,21 49:18 50:21
53:6 54:3 59:19 60:20
63:11,12 70:20 73:17
83:6 89:2 108:17,17
121:12,13 122:18 125:3
125:7 129:12,14,18
130:4 131:12 133:16
141:17 143:5,14 144:1
148:17,21 149:14,22
151:8,19,20,20,23
152:18 154:16 155:4,20
157:22 159:1 160:4,20
161:17 162:22 165:10
167:21 173:12 174:12
174:18 175:4 176:16



177:8 182:22 186:4,18
186:19 189:17 192:4,5
192:8,10,12,15 193:7,9
193:15,19 194:7 196:20
199:15 200:3 202:11,11
202:13 205:23 207:11
207:12 211:22 212:13
213:6 219:19 221:6
222:6 223:25 224:16
225:17,24 226:4 230:9
233:8 237:14 239:5,6,7
240:10 246:21,23,24
247:3,5 250:4,22,23
253:23
**good** 7:4 8:10 70:11
75:10 113:11 120:8
191:3 212:14
**GORDON** 2:11
**Gosh** 20:10
**gotten** 234:10 244:5
**government** 21:14
116:12 117:5 226:19
**Governments** 1:5 7:7,25
19:14 20:4 199:23
200:6,23 201:4 213:5
258:3
**graduated** 10:4
**granular** 64:21
**great** 16:7
**greater** 168:24 174:9
**grew** 29:5 75:6
**grossly** 78:9,16 209:6
211:2,13 212:4
**Grossman** 7:14
**Grossman-Sinclair** 1:24
257:5,23
**growth** 17:22 33:14
72:16 74:20,25 77:6
206:20
**guarantee** 202:10
**guess** 13:11 15:9 16:2
20:6 27:13 29:7 53:22
83:15 113:8 121:8
125:24 134:18 145:14
197:4
**gutters** 59:25 119:3

**guy's** 237:22
**guys** 145:17
**GW** 1:9

---

**H**

**half** 14:10 46:10 48:19
54:9 55:3 58:13,16,17
58:25 59:17 60:23 61:4
61:10 66:6 68:24 70:2
79:25 81:18 82:8 83:1
102:1 105:19 129:6,19
137:24 138:6,12,24
144:16 145:6,20 147:1
150:4 151:9 154:23
157:15,17,18,24 160:17
160:23 163:4,12,18
164:10 166:16,22 170:5
172:22 173:1 174:21
175:15,19 176:5,12,24
177:3,15 179:23 180:2
180:10 181:11,14 182:7
183:2,20 184:1,7,25
187:19 188:4,11,21
189:11,22 190:8 206:22
219:12 235:23 242:10
242:16 248:6
**Hall** 106:23 107:5,10
110:13 118:11
**hand** 8:2 193:7 226:20
**handed** 50:20 111:8
**handing** 232:2
**handled** 29:4,24 77:2
113:13
**handles** 216:22
**handy** 17:10
**Hanford** 77:1
**happen** 177:8
**happened** 19:23 117:4
221:19 222:3 227:14
230:5,17 240:13
**happens** 248:24
**hard** 49:19 153:3
**harm** 224:14
**hazardous** 76:23
**head** 234:2
**heading** 67:16 186:5

**heads** 84:1
**hear** 110:10 229:1
**heard** 238:16,21 246:21
246:22
**hearing** 201:17
**hearings** 232:5
**height** 69:12
**held** 83:10 147:16 212:17
**help** 29:6 121:13 217:18
234:8
**helped** 67:24 232:20
**Hemming** 6:9 178:2
183:15,23 245:1
**hereof** 258:14
**hereto** 9:11 39:7 50:18
55:9 62:10 71:3 90:16
97:13 111:6 120:12
131:17 139:15 147:22
155:8 158:14 161:8
164:20 167:10 170:19
173:8 177:21 192:21
196:23 231:24
**Hey** 223:24 248:24
**Hi** 213:3
**High** 10:4
**highest** 10:19
**highly** 38:7 54:24 72:11
74:17 188:19
**hire** 32:20 33:15 206:16
242:18
**hired** 11:13 31:3 34:24
59:15 206:10,12 222:23
222:24
**hiring** 22:17 32:5 53:5
78:25
**history** 9:21 31:22 78:22
**hold** 107:22 109:14
142:9 186:15 225:12
**holds** 108:10
**home** 203:12 251:16
**homebuilders** 203:11
**homeowners** 126:4 207:2
**Homes** 99:4
**honestly** 234:22 237:23
**honor** 226:13,15
**Honorable** 6:11

**hooked** 69:15
**Hospital** 14:11
**hour** 52:4 70:10 84:15
256:8
**hourly** 6:6 47:21 48:7,11
48:13,22 49:9 50:23
51:5,19,20 54:8 61:12
**hours** 113:15 219:12
242:10,16
**house** 206:24
**hundred** 51:21 250:4
**Hunt** 238:17,23 239:1

---

**I**

**idea** 21:2
**identification** 9:10 39:6
50:17 55:8 62:9 71:2
90:15 97:12 111:5
120:11 131:16 139:14
147:21 155:7 158:13
161:7 164:19 167:9
170:18 173:7 177:20
192:20 196:22 231:23
**identified** 44:6 53:25
100:15,17 115:15
123:14,20 124:6 125:14
126:20 128:7 133:20
144:9,12 145:5 146:12
153:14 166:12 169:2,15
169:21 172:13 173:18
208:13
**identifies** 100:10 123:2
133:25 141:7 153:13
**identify** 43:24 80:22
119:15,20 123:19
142:23 152:24 179:21
181:9 192:13,15
**identifying** 180:6
**II** 45:12
**IL** 2:13
**illegal** 231:8,12
**immediately** 205:5
**impact** 44:18 99:7,9
**implement** 65:21
**implementation** 66:14
119:10



**improper** 196:8,18
**improvement** 4:7,10,13
  4:16,19,22 5:3,6,9,12
  5:15 6:3,5 117:20
  118:17,20,23,24 119:6
  119:10,14,16,19,25
  120:9,15 121:5,10,16
  121:21 122:3,12,21
  123:2,7,10,21,24 124:7
  124:10,20,24 125:12,17
  126:21 127:17,22 128:1
  130:5,20 131:7,19
  132:3 135:9 138:2
  139:25 140:7,12,17,24
  141:6,23 144:5,20
  145:3 146:13,16 148:1
  148:8,11 149:5 150:9
  150:14 152:3,20 155:11
  155:25 156:4 158:17,24
  159:5 161:11,21 164:23
  165:7 167:13,18,25
  170:10,22 171:7 173:5
  173:11,15 175:7 179:4
  179:12 183:4
**improvements** 46:13
  59:19 65:23 66:5,13
  179:18 187:14
**imputed** 191:23
**in-house** 32:1 81:22
**inactive** 22:1
**include** 22:24 23:4,9,24
  56:11 61:23 89:17,21
  124:16 136:13
**included** 48:12 65:20
  155:25 159:4 171:5
  173:14
**includes** 82:18 92:7
  140:25
**including** 57:1 67:9,13
  140:19 209:10 247:8
**inclusive** 1:11 258:5
**income** 191:13 194:7
**incorrect** 15:13
**increase** 60:17
**increased** 136:18,21
**INDEX** 3:1 4:1 5:1 6:1

**indicate** 18:17 98:5
**indicated** 258:13
**indicates** 19:13
**Indicating** 95:12
**indication** 196:3
**individual** 146:9 178:3
**individuals** 23:10 83:22
  104:25 105:3 106:6
  108:24 109:19 110:10
  146:1 184:19 194:16
  196:1 222:17 249:2
**industrial** 65:15
**inflated** 78:9,16 209:6
  211:2 212:1
**inflating** 211:14
**info** 66:13
**information** 3:15 5:23
  9:14 36:9 53:17 75:14
  85:21 86:1 107:24
  109:5 127:12 195:25
  214:15 220:7 222:4
  225:8,18,20,24 227:22
**infrastructure** 34:9
  36:10 65:23 66:4
**initial** 215:3
**initially** 20:23
**input** 124:15,21,23
  125:12
**inquire** 240:4
**insinuate** 253:17
**inspection** 40:18,21 42:2
  42:8,22 46:2,6,22 47:3
  56:15 59:22,23,24
  68:22 84:16 96:3,10,24
  102:10,17 137:18
  149:13,20 180:3
**inspections** 11:19
**Inspector** 113:4 114:1
  115:23 116:18 117:8,16
**instructed** 109:4
**INSTRUCTIONS** 3:10
**insurance** 1:10 7:8 29:14
  29:18,18,23 30:21
  197:13 215:23,25 216:9
  216:15,18,21,21,22,25
  218:17 220:23 221:12

223:7,14 224:23 226:7
  227:25 229:13 234:21
  241:18,23 242:3 243:3
  243:22 245:15 247:9
  248:9 250:13 258:4
**insured** 198:19
**insuring** 217:3
**integral** 119:6 121:11
  122:23 130:15
**interaction** 88:11
**interactions** 85:2 104:8
  144:19 145:16
**interagency** 69:5
**interest** 105:4,9,14,20
  106:7,13,21 107:6,12
  110:24 114:23 115:4,16
  116:1 117:2,10,17,23
  118:9,12 199:18 206:1
  224:5 230:25 231:3
  251:10
**interested** 201:16 246:19
  246:20,23,24
**interests** 41:14
**internally** 29:4
**interrupt** 250:6
**interrupted** 250:5
**interrupting** 236:15
**Intersection** 91:4
**interview** 225:9,16
**introduce** 215:20
**introduced** 215:22
**introduction** 122:20
**invades** 88:22
**investigate** 247:2
**investigation** 5:17
  177:24 225:7
**investigator** 226:2
**investors** 179:5
**invoices** 23:9,14,18,21
  24:3,6,8 48:24 61:16,19
  61:23 67:8 76:7 77:7,16
  77:19,23 78:4,9,15
  104:10 209:12 210:6
  211:3,6
**invoicing** 24:25 210:9
**involve** 176:16

**involved** 20:12 51:8
  122:17 163:22
**involvement** 24:3 213:16
**involving** 106:21 107:6
  115:16 224:8
**Irvine** 1:22 2:7 7:1,12
**issue** 32:11 194:23,25
**issued** 29:19 33:21 42:16
  116:17 117:8
**issues** 32:13 82:2 239:14
**item** 26:4 28:6 94:4,7
  98:1,6 109:12
**items** 28:4 60:5 63:11
  251:1
**IV** 45:12
**IX** 45:2,24 47:14 48:9
  57:20

**J**
**Jacinto** 10:9
**Janda** 100:11
**January** 63:8
**Jaworski** 238:15
**Jeff** 70:13 120:24
**Jeffrey** 2:5 7:23 213:3
**Jeffrey.dunn@bbklaw...**
  2:8
**job** 15:20 30:8 117:18
  224:1
**Joe** 238:2
**John** 5:19
**join** 202:9
**joined** 10:14 38:14
**joint** 1:6 28:19
**judge** 228:19,25 232:17
  233:15 234:14 253:23
  255:8
**judgment** 204:20 205:3
**Judith** 5:19 197:7
**Judy** 251:22
**Julia** 237:3
**July** 112:13,16 131:25
  152:5 255:11
**jumping** 255:6
**June** 6:12 16:18 97:21
  99:23 100:25 101:3



155:14 170:24 204:23
204:25 253:14
**junk** 250:3
**jury** 226:25 227:1

## K

**K** 43:23
**Kapanicas** 178:1 207:19
207:24 209:13,23 214:3
221:20 222:24 224:9
227:10 229:23 230:6,12
230:25 244:5,9,11
245:4 251:1
**Karman** 2:6
**keep** 70:18 236:14
**Keller** 209:21
**kids** 250:2
**Kim** 238:20 240:6,7
**kind** 9:5 11:12 17:21
20:12 21:8 32:6,20
33:22 54:24 78:24
123:13 138:1 208:8
**kinds** 122:14
**KKx** 1:10
**knew** 78:11 88:5,7,9 89:1
104:5 117:14 194:21
210:14 226:3 232:9
245:16 251:8
**know** 15:14,18,25 17:17
19:22,25 27:19 30:2,10
32:19 36:9 40:6 48:5
52:24 60:4 74:11 75:4
75:18 98:18 103:10
105:24 110:17 112:20
116:12,14,25 118:1,2,8
122:20 123:24 127:23
139:5,6 146:19 150:20
150:21,22 151:24
176:15 177:7 181:13
194:10,13 202:5 203:2
203:13 205:7,14 216:12
216:21 217:16,25 218:3
219:24 220:6,10,11,25
222:6,16,17,18 223:11
224:17 225:20,21 226:5
227:11,23 232:14,15,16

233:8,18 235:19 236:3
236:5,24 237:13,22
238:17,20 240:9,21
241:4 242:14 243:8,9
247:4 248:5,13,24
249:1,4 250:4 251:19
253:2 255:6
**knowing** 53:10
**knowledge** 184:4 210:17
**known** 164:13 222:16
**knows** 109:9 247:6
249:19
**KRIEGER** 2:5

## L

**L** 6:11
**labor** 28:3 60:12
**lack** 194:19
**lacks** 49:11 51:16 52:6
77:12 85:10 88:21 89:8
101:5 102:25 104:18
106:16 134:24 136:2
137:8 138:15 139:3
145:11,23 150:11,18,25
167:1 182:17 189:14
190:22 195:12 196:9
197:25 198:11 199:6
200:15 201:15
**land** 65:15
**lanes** 204:6
**language** 181:21
**laptop** 192:5 193:7
**laptops** 49:23
**larger** 116:9
**Larry** 93:12 100:4
120:24 215:7,10
**lasted** 217:20 242:8
**late** 20:24
**laterals** 69:12
**law** 107:12 197:6 229:2
238:14,18 253:2,6,9
**laws** 226:18,21
**lawsuit** 204:18 220:15,15
220:20,22 222:13
253:11
**lawyer** 216:25

**lawyers** 197:12 253:5
**layperson** 196:8,18
**leading** 218:18,18
**leads** 102:1
**learn** 17:21 135:3
**leave** 241:7 251:6
**leaving** 14:7
**led** 31:22 32:12,19 78:25
102:15
**left** 224:4 235:22 238:3
238:11 254:3
**legal** 7:13,15 85:11 93:23
96:13 151:16 180:14
181:19 187:23 188:15
201:15 228:14
**lengthy** 68:1
**let's** 68:7 70:24,25 90:12
97:10 122:19 139:11,12
151:18 158:10 161:5
164:16 167:7 170:8,15
173:4 177:17 187:25
191:7 193:13 235:10
**letter** 5:19 6:8,11 106:24
111:23 112:5,13,16,22
113:7 114:4,7,18 115:8
115:11,19 116:22 118:2
197:6 220:19 228:18,23
228:24 232:1,18 233:5
233:6,12,13,18,21,24
234:9 240:25 241:12,20
241:24 242:11 244:14
244:15,24 253:13,17,22
254:2 255:7,9
**letterhead** 197:6
**letters** 107:5 201:5
**Lewosz** 2:12 7:21,21
192:17 219:7
**library** 184:16
**license** 21:25
**licensed** 21:20
**licenses** 22:8
**life** 9:1 224:14
**Lifetime** 9:2
**limited** 183:2
**limits** 18:10,12
**line** 3:11,16 18:14 64:5

76:23 113:6 259:2,4,6,8
259:10,12,14,16,18,20
259:22 260:2,4,6,8,10
260:12,14,16,18,20,22
**lines** 14:13 60:1
**list** 24:15 44:3 57:11,14
68:7 130:5 232:10,11
**listed** 12:7,16 49:6 68:13
68:21 129:9 130:9
131:1,22 140:3 149:9
152:8 156:8 158:3
159:18 161:2 162:7
163:8 164:5 165:13
166:9 168:7
**listen** 229:19
**lists** 24:20 57:6 60:4
**litigation** 28:2 200:20
**little** 13:12,23 79:21
141:18 152:17
**live** 8:21,22 224:13
**lived** 8:23,25 224:13
**LLP** 2:5 178:2
**LOC4-076882** 167:23
**local** 251:19,23
**Logic** 5:18 6:6 30:24
31:2,9,24 32:12 34:3,5
34:8,12,14,20,22 35:1,7
35:13,17,21,24 36:5,11
37:8,14,21 38:5,12
39:17 40:1,13,19 41:20
42:21 43:7,15,15,16,19
43:20,25 44:8,12,17,24
45:8,18 46:21 47:1,8
48:13 50:7,22 51:12
53:24 54:11,18 56:15
57:16 61:3,8,24 62:3
63:3,18,20 64:1 65:10
66:3 67:13 68:9,12,17
69:19,23 72:10 73:4,21
74:3,15,16,19 75:9,25
76:3,7,8 77:5,7,17,20
77:23 78:4,9,12,15,25
79:11,14,23 80:11,15
80:22 81:21 83:5 84:10
84:15,24 86:3,10,15,19
86:22 87:13 88:2,17



89:2,18 96:2,9,24
100:10 102:9,17 103:11
103:12,17 104:9,10,13
104:15 105:10 106:14
106:21 107:7,10 109:1
109:21 110:21 114:9
115:17,25 117:10
124:16 128:4,8,11
130:9 131:7 133:19,25
134:3,16,20 135:4,17
136:11,14,21 137:1,7
137:18 138:23 142:3,5
142:18,19 145:18
146:22 149:16 153:19
156:15 157:22 159:24
160:20 162:13 163:10
163:17 164:6 165:19
166:14,19,24 168:12
169:23 170:3 171:22
172:20 173:23 174:11
174:18 176:5 177:24
182:7 184:4,13 185:5
185:11,19,25 186:5
187:1 188:10,20 189:7
189:10 190:17 196:15
207:21 208:3,15 209:10
210:7,10,13,14,19,23
211:2,5,13 212:1,3
254:6,14
**Logic's** 49:3 64:22 67:9
73:10 85:16 135:21
179:9 184:24 188:25
**Loma** 14:10
**long** 8:23 19:23 35:2
60:20 146:18 215:16
219:11 222:16 240:21
242:9
**long-term** 208:4
**longer** 224:5
**look** 17:16 30:9,15 40:5
51:19 72:8 73:16 74:6
78:20 92:18 95:17
105:23 111:11,22 114:6
120:7 138:1 141:17
142:1 149:2 154:2
155:23 159:17 161:5,20

167:24 173:13 178:16
179:25 182:19 191:20
199:12 233:16 237:7
241:8 245:25 249:10
250:8 253:24
**looked** 30:3 48:24 56:3
73:24 106:24 127:23
138:1 141:6 148:12
156:3 169:5,16,17
171:19 175:8,13 181:22
191:7 195:22 247:18
**looking** 21:1 53:23 70:7
115:14 122:14,16
141:21 154:1 161:1
166:8 169:1 181:13
186:24 192:23 215:4,6
215:9
**looks** 10:4,13 11:9,25
12:10 13:6,12 16:17
25:9 27:10,19 53:22
56:10 57:6 63:16 64:13
74:24 80:14 91:11
92:10,12 93:6,19 98:16
98:21 99:15 111:12,23
112:11 113:2 114:18
115:14 124:2 126:11,18
133:10,20 148:16
158:16 173:13 178:2
**loss** 197:17 198:16,18
199:3 212:8 235:6
**losses** 198:19 199:12,19
206:1
**lot** 14:12 33:10 49:17,24
69:9 74:25 76:21
101:20,22 113:10 146:5
163:22 176:17 184:12
191:12,14 194:11,14
221:19 222:18,25 225:8
225:19 235:22 246:8
**lots** 65:13 126:9
**love** 224:12
**Lowe's** 113:18
**lump** 45:14

---

**M**

**M** 1:24

**Magna** 7:13,14
**main** 163:22
**maintain** 11:3
**maintenance** 11:2
251:18
**major** 44:13,18 65:22,24
66:4 207:22
**majority** 230:21
**making** 30:7 67:2 86:23
88:14 94:12 131:5
197:14 203:17
**manage** 206:19
**managed** 14:14
**management** 10:1 11:6
11:22 12:2,11,15 13:19
14:4,20,23 17:10 28:22
29:9 35:19 38:2 49:7
50:3 56:12,17,22 57:7
57:15 58:12,24 60:3,6,7
60:8 68:23 69:23 72:25
84:17 87:15 96:4,10,25
102:11,18 122:13 127:2
127:8 128:6,13,21
129:5,18 137:17,22
138:6,11 142:15 143:4
143:11,19 144:15 145:5
145:20 146:24 149:13
149:21 151:7 153:17
154:6,9,14 156:13,22
157:13,23 159:22 160:3
160:13,22 162:11,18
163:11 164:8 165:17,23
166:14,21 168:11,16
169:25 171:20 172:1,21
173:22 174:2,19 175:11
176:7,10 177:2 181:15
189:9 190:7 191:2
196:14 210:18
**manager** 5:24 22:17 24:2
30:1,3 62:22 72:2 73:12
206:12 207:24 209:22
**managers** 209:20
**managing** 114:23 115:4
**mandate** 225:4 232:11
**manner** 72:12 74:17
75:15

**MANSUKHANI** 2:11
**map** 123:9,12
**mapping** 36:10
**March** 1:18 7:2,10 62:13
62:18,25 63:25 64:15
105:18 121:2 158:20
**mark** 50:15,21 111:3
193:15 231:19
**marked** 4:2 5:2 6:2 9:7,9
39:5 50:16 55:7 62:8
71:1 90:14 97:11 111:4
111:9 120:10 131:15
139:13 147:20 155:6
158:12 161:6 164:18
167:8 170:17 173:6
177:19 192:19 193:11
196:21 231:22
**marking** 231:17
**matched** 101:21
**material** 58:2 76:24
179:14 181:3
**materially** 179:1 230:7
**materials** 46:9 60:2
187:10
**math** 143:6,15 149:23
154:17 157:3 160:4
162:21
**matter** 7:6 106:24
227:20,20,21 248:11
258:10
**matters** 29:13 108:11
224:5 228:11
**maximum** 19:4
**mayor** 5:24 6:8 18:17,24
18:25 19:1,3 20:25
62:21 90:24 91:18
92:15 93:2,7,13,19
94:24 95:10 98:10
99:22 102:21 106:25
111:16 120:22,23
146:10
**Meagan** 2:11 7:18
215:15 219:6 222:11
245:12
**mean** 21:25 93:20 94:6
100:14 101:1 102:14



124:25 142:5 194:13
216:13,21 220:9 226:15
226:16 230:8 234:9
251:21,25
**means** 101:12 102:21
226:17
**meant** 127:10
**mechanical** 81:24 82:6
**mechanisms** 126:10
**meet** 25:17 33:9 113:12
207:4 218:24 219:5,11
**meeting** 26:3,8,18,25
27:11,25 63:10 85:23
89:16 95:8 104:23
109:11 110:3 112:23
114:4 116:6 122:9
135:6 239:1 242:8
247:8 252:13 255:11
**meetings** 24:24 25:18,21
26:1,17 27:10,21 94:8
94:14 98:7 105:8,13
110:9 113:14 136:10
203:14 218:22 221:3
**Megan** 1:24 7:14 16:11
30:17 239:19 257:5,23
**Megan's** 30:8
**member** 16:18 21:2
22:14,23 23:3,8 25:4
55:21 91:23 103:9
113:14 121:6,9 140:4
155:17 214:10 229:25
240:12
**members** 5:25 20:14
25:3,10,13 26:25 62:21
63:19 85:3,5,20 86:1
88:12 89:1,15,21 90:6
90:25 98:10 104:8,11
105:8 106:10,11,20
109:9 110:25 120:25
131:23 144:21 145:2,4
145:17 189:6 196:2
216:6
**memo** 63:17 64:7,13,22
65:1 66:12,22
**memorialize** 26:18,21
**memorialized** 26:16

**memory** 63:24 71:24
77:16 103:3
**mental** 88:22
**mentioned** 20:16 28:9
38:6 69:3,18 80:20
146:10
**met** 113:14,25 218:25
219:4,6 241:20 242:15
243:23
**middle** 114:8 132:11
186:9
**miles** 69:12
**military** 9:1 226:22
**million** 65:14 99:12
102:1 148:18 157:7
203:25 205:24 206:1
208:14
**millions** 65:21 66:14
**mind** 219:21
**minor** 74:10 202:21
**minute** 26:13
**minutes** 26:14,21,24 27:3
27:6,7,9 28:13 95:8
104:23 109:11,11 110:3
122:9 215:18 217:20
237:9
**missing** 203:25
**mistakes** 74:11 229:21
229:23,25 230:8
**mitigation** 20:20 126:3
199:25
**mixed** 215:8
**modifications** 60:15
**modifying** 201:22
**mods** 14:6,6
**moment** 98:17 105:24
233:2
**money** 21:4,8 33:6,10
63:13 86:23 117:4
125:5 133:15 136:17
185:10,11,21 194:11,16
202:23 203:3,4,6,9,11
203:20,22 208:23 209:1
230:6 242:19
**moneys** 185:25
**monitoring** 125:5

**month** 25:19
**monthly** 45:13
**months** 16:20,24
**Moorjani** 35:8,10,11,12
36:15,19 37:7,12 83:19
83:24 84:4 89:22
103:18,24 104:13
114:13 120:5,6 130:13
178:1 179:1 194:13
214:2 221:21 224:9
227:11 229:23 231:5
**morning** 7:4 8:10
**Morse** 6:9 178:2 183:23
**mouthful** 91:10
**move** 51:17 52:7 75:19
77:11 85:12 88:20
96:14 101:6 103:1
108:22 134:24 139:3
145:10 150:12 151:16
164:16 167:2 180:13
181:18,24 182:16
183:11 187:22 188:14
189:13 190:21 194:18
195:11 196:7,20 197:24
198:10 199:5 200:14
201:14
**moving** 125:23 202:19
**Mt** 10:9
**Municipal** 5:20 71:8
**Murrieta** 202:2
**mvanderweele@grsm....**
2:14

**N**

**name** 8:11,12 111:15
131:22 140:3 152:8
213:3 237:21 257:18
**Nancy** 107:5 110:13
118:11 120:24
**narrative** 68:2
**National** 1:10 7:7,19,22
258:4
**nature** 77:4 138:22 144:8
144:11 158:2 161:3
163:7 166:11 169:12,20
172:10,18 230:1

**nay** 75:19
**necessarily** 129:12
137:20 138:12,24
144:15 146:25 160:22
174:20
**necessary** 40:20
**need** 15:23 17:16 24:16
70:10 145:18 163:10
**needed** 17:17 29:5 33:2
33:14,16 49:21 60:15
60:18 75:14 121:24
122:17 125:8 206:18
229:5 232:9
**needs** 207:4
**negative** 47:14
**negotiated** 14:16 47:24
**negotiating** 14:6
**negotiations** 28:2
**neighboring** 53:9 75:11
**never** 203:18,18 225:3,3
225:5 227:16 228:2
231:11 232:12 238:6,8
**new** 11:2 14:12 32:15
33:5 49:20 65:13 69:11
69:12,14 75:10 79:12
85:20,25 127:13 205:6
207:2,2
**Nexus** 203:5
**night** 26:2
**nine** 16:20,24 142:9,10
**Noble** 133:20 163:25
**non-verbal** 16:8
**Nope** 153:4 232:19
**normally** 26:10 113:12
**Norman** 8:13
**North** 2:12
**Norton** 11:11,18
**noted** 182:24
**notice** 8:16
**notify** 223:13
**November** 31:15 197:4,8
**number** 25:10 100:6
132:15,21,22 148:23
231:20
**numbered** 132:8
**numbers** 152:24 196:4



215:8
numerous 92:2
nursery 251:24,24

**O**

Oak 91:4
Oaks 14:2
oath 241:24 255:18
   258:15
obeying 226:18
object 220:1 224:6 239:6
objection 49:11 50:1
   51:16,22 52:6,12,18
   73:6 77:11 85:10 88:20
   89:5,8,25 93:22 94:19
   96:13 101:5 102:25
   104:17,18 106:16
   107:18 134:23 136:2
   137:8 138:15 139:2
   145:10,22 147:2 150:11
   150:17,18,25 151:15
   167:1 180:13,19 181:18
   181:25 182:16 183:10
   187:22 188:14 189:13
   190:19 194:18 195:11
   196:7,17 197:19,24
   198:5,10 199:5 200:14
   221:23 223:8,22 224:11
   224:25 239:25
objections 53:4
obligation 206:4
obligations 199:21 212:9
observations 74:15 75:4
observe 73:19
obtained 10:7,14,20
   11:25 12:9,15,22 249:8
occurred 26:18 27:7,24
   108:19 240:1,4
October 71:16 205:1
offer 258:14
Office 113:4 115:23
   116:18 117:8,15
officer 13:2
official 25:17 37:3 84:24
   85:7 86:5
officials 36:16 37:9,14

83:17 85:17 86:8 87:2
87:25 89:3,23 90:9
114:14 130:19,23
178:24 208:7 232:16
oh 57:22 139:20 152:25
   170:10 175:5,5 215:9
   228:24 245:1 248:5
okay 8:1 9:2 11:14 12:7
   13:18,23 14:2 15:22
   16:13,25 19:20,25 20:1
   20:6 22:15 25:23 28:20
   29:11 30:12,15 31:21
   32:4,9,18 34:18 40:9
   41:24 46:20 48:6 53:6
   57:13,23 58:21 59:2
   60:8 61:2 68:7 70:12,14
   70:17,20 73:12 74:7
   81:4 83:22,23 92:24
   94:24 95:7 98:21 100:5
   100:16 101:17 102:4,13
   106:4 108:22 112:11,25
   114:17 115:11 117:7,19
   117:25 118:17 120:4,18
   122:1 124:1 125:23
   126:11,17 128:16,19,23
   128:24 129:4 132:24,25
   133:2,13 135:7,19
   136:18,25 137:24
   139:11 141:5,14,19,20
   142:8,14 143:7,8,15,16
   143:24 146:21 148:15
   149:12,23,24 150:3
   152:16 153:12,24,25
   154:5,10,11,17,18,21
   154:22 157:3,15 158:10
   159:21 160:5,14,15
   162:19,20,23 163:3,15
   166:1,5 168:17,18
   169:20 170:15 172:3,7
   174:4,7,8,16,17 175:2,4
   178:17 179:10 182:21
   185:14 186:7,11,16
   189:16 190:1 192:12,14
   193:6 195:3 196:6
   198:2,25 199:1,10
   204:16 205:9 208:1

212:12 213:13,19
214:16,19,24 215:2,16
216:2,16 217:5,10
218:11 220:21 222:4
223:5 233:14,23 234:4
234:7 235:12 236:5,19
237:24 241:10 243:10
244:2 248:21 250:9
on-site 116:10
once 75:16 209:23 214:8
   224:4 226:11 229:9
   230:14 237:2 238:7
   240:9
one-half 58:4 179:16
   181:4 187:11
ones 46:18 126:8 170:12
   202:20
ongoing 28:2 119:10
oo0oo 256:10
Oops 139:18
open 28:9 240:8,9
operate 79:16,24
operated 116:7,8 242:17
operation 34:20,21 35:2
   79:12
opinion 76:13 85:11
   93:23 96:13 151:16
   180:14 181:19 187:23
   188:15 195:16 196:8,11
   196:18 201:16 227:13
   227:16 229:6,16 235:8
opportunity 17:20 24:7
   26:7 27:15 85:21
   113:23 116:24 129:23
   130:1 134:12 191:8
   213:5 231:11
Orange 14:8
order 15:8 32:24 33:13
   33:19 60:18 76:22
   125:20 228:15 231:20
Orders 125:17
ordinance 44:13 201:22
   201:22 203:1
ordinances 41:15 42:13
original 225:4
originally 139:8,9

outbox 207:8
outlined 209:9
outset 15:9 43:13
outside 32:2,5,20 203:3
overall 17:16
overcharged 211:13
overcharging 212:4
overpayment 178:14
owed 203:20
owned 37:8
owner 85:7
owners 35:7 84:24
   103:17 104:13 182:25
owning 85:17

**P**

P 2:11
p.m 212:16,18,18,20
   256:6,8
PA 1:11 258:5
packet 25:24
page 3:4,11,16 4:2 5:2
   6:2,9 43:2,3,22 48:4
   56:9 57:19 64:25 67:15
   68:8,21 72:4 78:19 79:3
   79:4 80:3,5,6,25 82:11
   82:12 90:21 92:18,21
   93:3,7 95:12,15 97:25
   99:21 103:6 105:17,19
   105:19 111:11,23 114:6
   114:18,19,20 115:9,14
   120:19 132:12 133:10
   133:11,18 141:12 152:8
   153:5 155:22 173:13
   178:19 182:19 185:3
   186:3 189:16,17,18,24
   190:2 191:20 192:6,15
   192:25 193:12,20
   198:24 199:9 207:10,17
   211:10,11 254:9 259:2
   259:4,6,8,10,12,14,16
   259:18,20,22 260:2,4,6
   260:8,10,12,14,16,18
   260:20,22
pages 123:1 197:11
   237:7 255:10



**paging** 132:9
**paid** 23:15 45:19 68:12
  88:2 126:4 133:16
  179:14 183:17 185:10
  185:11,21,25 187:9
  203:11 208:14
**paper** 205:15
**paragraph** 65:6,9 66:17
  67:21 72:9,9 78:20 79:3
  79:8 81:1,4 82:13 114:8
  114:14 186:5,8,25,25
  197:22 199:12 207:11
  207:13 208:2,11 209:3
**Pardee** 99:4
**park** 1:21 7:12 69:13,13
  125:2 184:14 206:25
**parking** 14:12
**parks** 69:7,13,18,25 70:5
  206:23
**Parkway** 91:4 163:25
  204:4
**Parrott** 146:4,9,16,18,22
  147:8
**parse** 190:11
**part** 38:18 76:5 101:23
  114:8 118:20 121:11
  144:5 150:8 156:3
  159:9 161:21,24 167:25
  168:3 171:7 184:20
  189:18 191:21 199:23
  203:9 206:5 207:25
  237:6,12 250:17
**part-time** 113:13
**partially** 30:6
**participate** 86:8 87:2
**participated** 63:20 64:4
  179:2
**participating** 63:25
**particular** 76:22 92:6
  216:8 217:23
**parties** 7:15 8:17 47:10
  70:6 202:16
**parts** 237:8
**pass** 21:9
**passed** 26:22
**path** 210:1

**Patrick** 209:21
**pavements** 11:4
**paving** 60:1 69:14
**pay** 199:21 206:4 212:9
  220:24 230:6
**paying** 77:20
**payment** 23:9,18 24:20
  24:21,25 45:25 67:3,7
  67:12 77:8,23 185:20
  207:20 251:13
**payments** 14:18 24:15,17
  60:13 62:3 77:25 185:3
  207:15 209:6
**pdf** 153:22 192:6
**PE** 126:25 127:6 175:17
**penalty** 258:7,8
**pending** 28:2 228:15
  234:16
**people** 11:8 21:12 25:6
  27:16 29:6 49:19,21
  51:7,8 53:4,12 76:16
  113:19 116:16 129:10
  194:7 209:25 225:19
  229:20 230:15 232:6
  233:5 234:10 237:25
  239:17 240:20 249:16
  251:11
**peoples** 53:7
**percent** 21:7 46:11 48:19
  55:3 58:4,13,16,18,25
  59:18 60:24 61:4,10
  66:6 68:24 70:2 79:25
  81:18 82:8 83:2 129:2,6
  129:19 137:25 138:6,13
  138:25 143:14,21 144:1
  144:16 145:7,21 147:1
  150:2,4,5 151:9 154:21
  154:24 157:15,17,18,24
  160:14,16,17,23 163:2
  163:4,5,12,19 164:10
  166:4,16,22 168:22
  169:25 170:5 172:6,22
  173:1 174:7,21 175:15
  175:19 176:5,12,24
  177:3,15 179:16,23
  180:2,10 181:5,11,14

**Patrick** 182:7 183:3,17,20,24
  184:1,5,7,23,25 187:12
  187:19 188:5,11,21
  189:11,22 190:9 250:4
**perfect** 229:20 230:10
  233:7
**perform** 43:7,25 44:8,12
  44:24 77:20
**performed** 48:15 61:8
  72:10 74:16 76:2,9
  79:24 103:20 104:4
  173:23
**performing** 104:15
**period** 13:18 18:15 27:11
  27:14 107:10 110:3,4,8
  110:13 118:10 200:1
**periods** 77:6 104:24
**perjury** 258:7,8
**permits** 42:16 76:17,19
  77:2 164:2 201:25
**permitting** 32:14
**perpetrated** 178:13
**person** 16:5 19:1 29:3
  243:23 249:18
**personal** 191:1
**personally** 73:19
**personnel** 72:15 74:20
  79:11 81:7,22
**phase** 5:16 101:24
**phases** 42:9
**phone** 214:22 215:3,5,16
  243:24 246:6,9 249:14
  249:15,21 250:1,3
**phrased** 25:8
**piles** 246:8
**pipeline** 163:24
**PITTSBURGH** 1:11
  258:5
**place** 134:20 147:7
  178:18 257:11
**placed** 94:13
**places** 32:10 203:8
**plain** 181:21
**plaintiff** 2:4 7:24
**Plaintiffs** 1:8
**plan** 4:7,10,13,16,19,22

5:3,6,9,12,15 6:3,5 17:5
  17:21,25 33:5,9 38:2
  40:17,20,24 41:5,21
  44:13 46:1,21 47:2
  56:14 58:22 59:11,12
  65:12,19 66:2,5 68:22
  69:22 82:19 84:16
  87:14 118:23,24 119:6
  119:10 120:9,15 121:5
  122:12,21 123:2,7,10
  123:15,21 124:7,10,24
  125:12,14,17 126:21
  127:1,17,22 128:1,3,12
  128:17 129:5,17 130:5
  131:20 132:4 137:18,21
  138:2,5,10 139:25
  140:7,12,18,24 141:6
  141:23 142:14 143:4,10
  143:18 144:5,14 145:4
  145:19 146:13,23 148:2
  148:8,12 149:6,12,20
  150:9,14 151:7 152:3
  152:20 153:14,17,22
  154:13 155:11,25 156:4
  156:12,17 157:13,23
  158:17,24 159:5,9,22
  160:2,12,21 161:11,21
  161:24 162:1,10,17
  163:10 164:7,23 165:7
  165:16,23 166:13,21
  167:13,18,25 168:3,10
  168:15 169:24 170:22
  171:5,8,9,13,20,25
  172:21 173:5,15,21
  174:1,19 175:11 176:6
  180:2 189:9 190:7
  252:3
**planned** 22:19 46:5
  63:13
**planner** 73:13
**planning** 4:3,5 5:21
  16:18,22,25 17:2,8,12
  17:19 31:6 32:5 35:18
  37:1 38:13 39:13 40:2
  40:11 44:19 45:20
  55:12 57:2 71:9 84:7



129:7,11 208:4
**plans** 11:22 33:6 41:10
    42:15 59:13,16 74:7,9
    75:24 98:23 99:3,17
    117:20 118:17,20
    119:15,20,25 121:10,16
    121:22 122:3,15,22
    124:20 130:16,20,24
    131:7 135:9 144:21,24
    145:3 146:16 148:12
    169:6,17 170:10 172:15
    173:11 175:7 210:12
    211:20
**plant** 33:1,5 34:19,20,23
    73:25 79:6 119:2 126:9
**plants** 206:22
**Plaza** 1:21 7:12
**please** 8:2,11 9:8 15:14
    15:17 55:6 62:7 70:25
    80:5 90:13 97:10
    109:16 112:19 147:10
    147:11 151:19 155:5
    158:11 161:5 164:17
    170:8,16 186:4 189:17
    196:20 199:9 207:10
    214:14 218:3 233:2
    239:19 241:8 243:16,18
**plugging** 70:18
**plus** 118:18 151:3 199:18
    206:1 230:9 254:21
    255:3
**PM** 126:25 127:6 175:17
**point** 145:25 163:16
    178:22 182:20 185:2
    223:5 227:21
**pointblank** 202:4
**pointed** 191:9
**points** 179:8
**police** 209:23 251:4,4,15
**policies** 29:19 30:22
    197:18
**Pomona** 125:2
**poorly** 25:7
**portion** 237:8
**position** 18:5,8 20:5
    30:14 224:3 227:8

**positions** 37:4 86:5
**possession** 245:17
**potential** 105:4 106:7,13
    106:20 107:15 115:16
    117:17
**potentially** 108:18
    136:21
**power** 126:6
**Powers** 1:6
**Prado** 14:3
**praising** 202:17 204:4
**preface** 83:16
**preliminary** 123:23
    124:3,15 232:5
**preparation** 44:25
    250:17
**prepare** 44:17 60:19
    121:16 214:17 217:23
**prepared** 9:18 26:6,14
    41:10 51:12 52:17,25
    53:3,13 64:14 71:21
    72:2 91:16 112:6 114:4
    119:25 120:19,22
    124:11,19 142:6 178:2
    178:19 219:22,25 220:6
    220:8,9,10 254:2 255:8
**preparing** 125:11 130:16
**present** 2:17 7:16 64:3
    105:12 110:9
**presentations** 203:15
**presented** 135:6
**presenting** 218:8
**presiding** 233:15
**press** 205:16 232:6
**pressure** 72:16
**pressures** 74:21
**pretty** 228:10
**prevailing** 60:11
**previous** 133:10 221:3
**price** 58:4 181:5 191:4
    235:4
**prices** 49:16,18
**primarily** 124:18 125:10
**principal** 51:9,10,14
**principals** 52:3 83:17,18
    83:21,25 84:22 85:6,16

86:4,7,13 87:1,7,24
    88:14 89:3 104:3 109:1
    109:21 110:14 130:18
    130:22 131:5 178:12
    208:6
**principals'** 90:7
**prior** 18:25 21:1 24:21
    31:24 33:4 53:10 63:8
    67:1 75:8 84:21 106:5
    130:1 156:5 161:25
    165:7 167:19 168:4
    171:2,9,12 201:20,25
    201:25 245:9 246:22
**private** 41:13 46:22
    59:18 61:2 184:19
    234:11 248:10 249:4
**privately** 65:22 66:4,9,13
**Privatization** 5:21 71:8
**privilege** 85:12 88:23
    108:10 239:9,13,14
**pro** 120:23 146:10
**probably** 35:3 59:10
    213:14,21 229:17
    238:11 243:1 244:8
    245:8
**problem** 203:13 206:21
    217:15 223:1
**problems** 202:21
**procedures** 72:14
**proceed** 108:12
**proceedings** 228:15
    256:9 257:12,15
**proceeds** 208:18,22
**process** 85:12 88:22,23
    102:11,18 119:7 122:23
    179:3 251:13
**product** 191:3
**professional** 22:7 35:14
    49:20 54:25 55:1 59:6
    72:14 84:12 100:9,15
    100:17 107:3 130:6,10
    131:1 195:16 208:16
**professionals** 41:12
**program** 4:8,11,14,17,20
    4:23 5:4,7,10,13 12:5
    20:22,23 34:9 119:12

199:25 202:9,14 206:5
**progress** 6:3,4 14:18
    60:13,20 75:10 92:19
    92:20 94:25 95:3,11,18
    95:20 96:8 97:16,20
    100:19 101:12 102:4
**project** 6:3,4 11:19 56:23
    58:6 67:24 75:19 87:12
    92:15,16,19,20 93:2,21
    94:25 95:3,11,17 96:4,7
    96:11,25 97:16,20 99:8
    99:10,12,18 100:19
    101:12,23 102:2,4
    113:16,21 114:24 115:4
    116:21 125:24 126:12
    127:7,7 129:1,20
    133:21 137:1 138:7,25
    143:21 144:16 150:1
    154:20 157:6,8,14
    160:13,23 162:25
    164:10 166:3,17 168:20
    170:1 172:5,23 174:6
    176:12 177:8 181:6
    188:12 190:4 202:1
**project's** 177:4
**projects** 11:21 14:3,8,11
    14:14,24 17:3,14,15
    20:8 22:16,20,24 23:5
    37:23 40:21 41:21
    42:22,23 46:17 47:3,4,4
    50:7 54:13,19 57:5,17
    59:13,24 60:25 61:2,9
    65:24 68:8,9,15,16,20
    69:19,24 73:20 74:1
    75:13 78:13 86:9,15,22
    87:4,16 88:1,16 103:14
    119:16,20 123:3,10,14
    123:20 124:5 125:14
    126:20,23 127:23
    130:25 131:6 133:17,23
    134:4,13 135:22 137:7
    137:15,19 138:24 139:7
    140:19,25 141:8 142:21
    142:24 143:13 144:9,12
    146:25 148:13,17,20
    149:4,8,9,10,15 151:6



152:19 153:14,18 154:7
156:8,10,14 158:3
159:17,19 160:8 161:1
161:3 162:7,8 163:8,21
163:25 164:5 165:12,13
166:8,9,12,15 168:7,8
168:12 169:1,2,7,13,14
169:18,21 171:15,16,21
172:12,16,19 173:18,19
177:10,12 179:4 191:2
202:16 207:23 211:15
211:21,25,25
**promise** 170:9
**Proof** 198:16,18 205:18
**proper** 77:2
**properties** 33:9
**property** 251:11
**proposal** 32:11 33:21
34:2 78:21
**proposals** 33:22
**provide** 9:6 11:5,7 32:6
35:18,24 36:6,11 40:2
40:13,20 41:20 42:8,21
51:6 54:12 56:16,21
57:16 69:24 79:11 88:3
124:23 130:25 137:20
137:23 142:20 145:18
146:23 163:10,18 164:7
169:24 186:13 187:6
**provided** 26:24 32:1
35:21 36:8 44:23 45:8
51:13 61:3 65:10 66:3
68:9,13 69:19 75:25
80:11 81:9 82:14 85:21
128:4,8 134:8 135:15
135:21 138:19 142:19
149:15 150:8 151:12
153:19 156:14 162:12
166:24 168:4 175:12
182:6 184:5 188:5
189:10 190:17 191:3
211:16 222:5 251:2
**provides** 43:5 184:22
198:15
**providing** 37:17 38:1,6
45:21 46:21 47:2 54:12

54:15 77:5 78:13 80:23
84:15 86:10,16 87:14
88:17 103:14 124:15
131:8 137:19 138:23
160:21 166:15 170:4
188:10,20 210:15,23
**provisions** 42:12
**public** 1:6 4:4,6,8,11,13
4:16,19,22 5:4,7,10,13
5:22 9:22 14:24 15:1
16:16 22:24 23:4 27:11
27:14,15 36:19 37:23
38:12 39:14 40:3,12,21
41:3,9,21 42:7,22 45:20
46:12,16 55:13 56:12
56:16,23 57:4,16 58:11
58:23 59:24 61:8 65:9
65:24 71:10 84:5 87:12
103:13 104:24 105:8
106:23 109:10 110:2,4
110:7,8,13,25 119:11
119:20,21 120:3,4,19
121:15 123:3,20 124:6
124:11,12,19 125:10,21
126:20 127:19 130:14
131:6 137:7,15 141:7
142:20,24 143:22
144:12 146:24 148:20
149:9,14 153:13,18
154:7 156:9 159:18
162:8 165:13 168:8
171:15 173:19 176:11
179:17 184:20 186:13
187:6,13 211:21 243:15
243:17,20 244:3 246:25
247:1 249:4,5 251:7
**pull** 24:11
**pulled** 192:5
**purchases** 28:4
**purpose** 122:21
**purposes** 183:14
**pursuant** 8:16 37:21
39:25 40:18 41:19
42:20 44:11,16 46:7
56:19 57:23 58:22 59:2
128:11 149:16 175:12

179:10 180:25 209:7
**pursue** 29:17,23 30:21
**put** 20:11 33:7 134:20
139:9 191:13 192:9
206:24 216:4,16 233:5
233:6 234:10 250:3
**putting** 127:13 145:14
202:15

**Q**

**qualifications** 10:1
**qualified** 35:13 72:15
74:20 84:12 95:23
117:6 130:5 131:1
**Quality** 32:24 76:17
**quantities** 60:17
**quantity** 60:16
**question** 15:16,21,24
24:7 25:8 70:4 109:4,15
109:18,24 145:12
186:20 220:2 228:4
231:5 236:12 238:7
239:19,21 243:14,16,18
243:22,25 244:1
**questioning** 252:12
**questions** 26:9 47:13
107:24 108:18 113:11
199:16 207:12 212:22
213:6 219:14 220:12
222:6 239:8,13,15
250:23 252:7,12 256:1
256:3
**quick** 75:17,18,18 83:7
147:13 212:13
**quickly** 140:14 141:18
**quite** 11:2 59:21
**quote** 200:3

**R**

**radioactive** 76:24
**railroad** 76:19 101:21
**raise** 8:2 110:7 226:20
**raised** 105:3,8,14 106:12
110:24 117:15 227:3
**raising** 106:6 109:10
118:11

**ran** 240:16 241:6
**rank** 10:19
**rapid** 77:6
**rate** 6:7 47:21,25 48:7,11
48:13,22,25 49:3,9
50:23 51:5,19,20 53:23
54:8 61:12
**rates** 49:6 50:12 53:11,25
**Ray** 178:3,10 179:10,11
179:21 180:5,25 181:9
183:7,23 184:22 186:18
187:4,17 189:19 190:15
191:10,21,23 194:4,20
195:17,20 242:21
247:12
**Ray's** 182:3,5,11 190:3,5
192:6,15,25 193:12,20
195:5 196:12
**RBF** 53:9
**re-ask** 109:24
**re-did** 75:16
**re-question** 110:19
**read** 32:9 41:17 42:18
105:24 109:15,17
151:22 152:17 154:2
157:9 182:22 186:18
199:15 205:24 207:11
209:14 233:8 239:19,20
255:8 258:8,11
**reads** 40:25 42:4 183:13
**real** 28:4
**realized** 70:22
**really** 29:10 30:8 176:18
176:19 185:1 202:21
234:3 238:5,6
**reappointed** 19:4,9
**reason** 78:3,8 253:18
259:3,5,7,9,11,13,15,17
259:19,21,23 260:3,5,7
260:9,11,13,15,17,19
260:21,23
**reasonable** 24:8 49:9
54:1 191:4 235:4
**reasons** 32:10
**rebuilt** 69:10
**Rec** 69:18,25



**recall** 19:24 105:5
   110:12 117:22,24
   238:10
**receive** 26:5 178:14
**received** 103:18,25
   189:19,20
**receiving** 103:13 104:14
   185:19
**recess** 83:10 147:16
   212:17
**reclamation** 32:15 34:16
   79:13,17
**recognize** 9:15 93:9
   99:25 133:7 228:23
**recognized** 33:13
**recollection** 238:25
   239:3,22 240:7
**recommend** 17:4 87:25
   130:23
**recommendation** 30:1
   67:2 92:7 94:16 95:14
   95:18,21 96:17,20 97:2
   97:5,8 101:2 102:5
   103:5 114:20 115:3
**recommendations** 17:4
   17:13 30:4 67:7 86:14
   86:21 87:8 88:15
   130:19 131:5
**recommended** 102:16
   125:21 138:18
**recommending** 92:11,13
   93:1 96:23 99:2,17
   119:21
**record** 7:5 8:12,14 9:13
   34:17 39:12 55:11
   62:12 71:5 83:7,8,12
   97:18 108:1 109:11,17
   147:13,14,19 155:22
   159:3 161:19 165:12
   167:23 171:6 182:23
   192:9 193:14 197:3
   212:15,19 239:20 256:5
   257:15
**recover** 200:7,24
**recoverable** 197:17
**recreation** 69:7

**recycling** 20:10
**red** 191:24,25 195:1
**redepose** 108:21 240:1
**redevelopment** 126:2
**redone** 69:14
**reelect** 19:1
**reelected** 18:12 240:15
   253:18
**REES** 2:11
**refer** 43:18 58:16 193:16
   193:19
**referenced** 24:14 48:8
   64:4 92:21 148:24
   240:25
**referring** 43:14,16,19
   58:17 69:4 83:22 96:19
   185:21 198:23 204:11
**reflect** 8:15 9:20,25 27:7
**reflected** 28:13 81:8 95:7
   122:8
**refund** 207:5
**regarding** 38:12 64:1
   86:14,21 87:8 112:8
   125:13 179:3
**regards** 227:10 232:1
**region** 20:8
**Regional** 32:24 114:1
**registered** 146:4
**reiterated** 221:17
**related** 15:10 57:2 74:3
   199:19 206:2 207:22
   212:8
**release** 205:16
**religious** 21:14
**remember** 101:15 180:1
   210:1 215:19 234:1,5
   236:8,20 237:3,22,23
   238:12 239:2 245:24
**renegotiated** 45:15,19
**rep** 20:7
**repair** 163:24,25
**repaired** 251:17
**rephrase** 15:23
**report** 5:17,20,24 6:3,4
   6:10 62:13 71:7,21 79:4
   80:6 82:12 90:22 91:11

91:15 92:6,15,16,19,20
   92:21,24 93:2,21 94:7
   94:11,17,25 95:11,14
   95:18,20 96:8,20 97:16
   97:20,21,25,25 98:3,6,9
   98:22 99:2,8,9 100:20
   101:3,12 102:5 103:4
   105:18 112:9 113:2,2,7
   113:9,20,24 115:6,15
   116:17 117:1,7,22
   118:1,2,9,15 135:18
   140:6 165:3 177:23
   178:9,11,19 182:3,5
   184:21 186:19 189:18
   190:15 191:8,10 192:2
   192:6,15,25 193:12,20
   195:5 196:3,12 226:2
   237:4 242:21 246:13
   247:12,18,25
**reported** 1:24 191:22
   257:12
**reportedly** 208:16
**reporter** 7:14 8:1 16:3,12
   111:8 192:11 257:6
**REPORTER'S** 257:1
**reports** 44:18 60:12,20
   92:1,2,3 94:2 95:3
   121:19
**represent** 7:17 128:22
   165:24
**representative** 13:2
   19:13 20:3 21:16
   216:25
**represented** 215:24
   216:17,20
**representing** 215:25
   216:18
**request** 32:11 33:21 34:2
   34:22 64:14 78:21
   202:23 218:12 223:25
**requested** 3:15 79:10
   80:17
**require** 68:1
**required** 28:16 60:11
   65:20 66:14 76:16
   81:11 82:3 139:9 164:5

189:21 229:10,14
**requirements** 33:10
   42:14 80:17
**reserve** 10:15 108:17,20
   110:19 239:25
**resident** 9:2
**resolution** 19:2 95:5
   122:6
**resolutions** 26:22 130:24
**respect** 11:7 121:9
**respond** 107:23 109:4
**responded** 34:2 116:3
**responding** 112:13,16,21
   115:9,20
**response** 16:8 85:13
   248:22
**responsibilities** 10:23
   11:17 13:24 20:5 22:13
   22:23 23:3,8 38:19 76:6
   118:21
**responsible** 23:13 62:2
   77:18 125:11
**result** 198:20
**resulted** 207:20
**retained** 34:8 40:1,13,20
   41:20 42:21 56:16
**retaining** 57:16 110:21
**retention** 94:12
**retired** 22:2,3,5
**retrospect** 233:19
**returns** 191:22
**review** 16:16 23:22 24:19
   24:25 25:25 26:8 41:10
   63:3,18 67:7,8 74:2,9
   74:13 75:18 76:7 92:4
   98:18 113:24 122:13
   127:22,24 129:23 130:1
   134:9,12 136:24 144:6
   146:6 154:7 156:5
   159:10 161:25 168:4
   171:8 178:11 182:11
   188:25 190:14 191:8
   192:1 195:4 199:1
   210:12 211:20 218:7,11
   233:3 250:16
**reviewed** 27:9 38:17,23



39:22 53:19 55:21,24
61:19 64:10 66:25
74:24 75:24 91:22
104:23 106:1 115:6
118:19 121:17 122:15
132:4 136:7 140:11
148:7 150:22 152:10
155:17 158:7,23 159:14
161:15 162:5 164:13
165:6 167:18 171:2,11
172:15 178:6 182:2
184:21 193:25 210:9
218:13 222:25 254:12
254:17 255:2
**reviewing** 24:3,6 61:16
62:2 71:24 77:18
112:19 196:14 198:8
210:6
**reviews** 188:23
**revisions** 44:13 121:23
**rid** 246:7 251:18
**right** 8:2 15:13,21 16:4
18:23 21:25 28:15 33:8
46:5 47:18 95:10
108:17,20 110:19 123:7
125:23 130:11 135:9
142:12 143:24 144:2
148:14 149:1,6,17
150:2,5,9 151:9,18
153:14 154:3 156:6
158:20 159:6 160:17,24
162:22 163:2,5 164:14
164:16 165:1,8,25
166:4 167:7,15 168:1
168:22 170:10,13
171:22 172:2,6 173:4
174:3,21 175:15 176:24
177:17 180:5,21 187:17
196:19,25 199:3 201:20
204:23,25 208:1,9
222:7 225:15 226:20
227:3 229:1 231:16
234:11 235:18 236:2,22
237:5 239:24,25 240:3
243:20 246:24 249:5,5
249:6,9,10,11 254:8,10

255:25 256:4
**right-hand** 98:2 132:9
142:2
**risk** 28:22 29:9 30:1,3
108:12
**River** 14:9
**Riverside** 1:5 7:7,24
19:14 20:3 21:16,17,17
199:22 200:6,23 201:4
213:4 228:19 258:3
**road** 21:12 101:19
201:24 202:15
**roads** 11:4 14:12 69:14
74:1 76:20 119:4 207:3
**Robert** 206:11
**Roger** 1:16 3:2 5:23 6:8
6:11 7:6 8:4,13,15 9:14
111:15 120:23 258:21
259:25 260:25
**role** 10:24 11:5 17:19
32:21 33:22 83:17
84:23 85:7,22 86:8 87:2
87:25 89:3 90:9 91:12
91:22 99:16,22 121:5,9
130:13,15,19,23
**roughly** 129:2 168:21
**round** 205:23
**routinely** 209:11
**Roy** 246:12
**rude** 16:11
**Rule** 126:5
**rules** 108:21 240:2
**run** 25:21 34:23 240:14
240:23
**running** 229:24
**rush** 233:3
**Ruthann** 204:13

---

**S**

**San** 10:9 98:24 99:4
100:22 101:19
**sanitary/wastewater**
81:25
**Santa** 14:9
**satisfied** 76:2
**save** 258:12

**saw** 142:11 242:25
**saying** 27:6 85:25 99:1
180:9 202:17 216:16
**says** 46:7 47:19 51:10
63:17 65:18 71:6 72:5,9
80:7,14 81:1 82:13 94:4
96:1,16 98:1 100:8
102:8 111:23 112:15
114:20 120:18 127:9
133:2 142:2 178:22
180:17,25 182:23
186:12,19 198:13
199:15,16 202:4 205:21
205:24 207:18 226:3
251:1
**scales** 229:4,5
**schedule** 47:22 48:8,12
48:22 49:9 51:20
**scheduled** 73:23
**scheduling** 13:4 57:3
**scheme** 178:13 199:20
206:3,9 209:8,9 212:8
**school** 10:5 69:6,17,25
70:5 184:17
**science** 12:1
**scope** 64:22 77:4 138:22
144:8,11 158:2 161:3
163:7 166:11 169:12,20
172:10,18
**SCULLY** 2:11
**SEC** 230:8
**second** 90:21 95:15
97:25 103:5 105:19
111:11 175:5 182:19
186:5,8,24,25 198:13
199:12 237:18 238:1
**secret** 85:15
**secretaries** 49:23
**section** 11:20 40:6,16,18
40:24 41:5,19,24 42:1,4
42:20,25 43:1,5,23
44:11,16,21,23 45:2,4,6
45:24 46:1,1 47:14,19
48:9,18 54:7 56:11,19
57:14,20,23 58:1 65:1
66:22 95:19,20 99:7,9

100:9 105:24 107:11,15
109:2,22 110:15 114:19
122:20 187:1 199:11
207:18
**sections** 40:10 45:12
**see** 42:2 43:3 45:3 47:16
50:23 51:9 53:7 56:7
58:7 65:16,25 66:19
67:4,19 68:3,8 71:18
72:20 79:6,18 80:8 81:2
81:13 82:4,13,22 96:5,8
96:16 97:7 98:2 100:12
102:6,13 105:21 112:17
114:10,25 116:25
123:10,13 133:5,17,19
134:12 141:3 142:2,15
143:17 151:5 153:3
156:19,23 157:8 160:8
178:4 179:19 180:22
181:7 183:5,21 184:22
185:5 187:15 188:9
189:23 191:7 195:23
197:8,21 198:24 199:13
200:3 208:20 211:17
215:9 217:7 235:16
236:25 237:2,9 247:6
249:10
**seeing** 236:8
**seen** 18:16 39:9 50:25
55:15 62:15 64:8 71:13
92:2 107:4 193:23
196:25 224:18 236:7,9
236:16,17 241:14
242:21 247:12 250:10
**self-dealing** 207:20
**send** 112:6 192:11 203:9
**sending** 246:16
**sense** 143:23 158:4,6
161:2 163:9 164:6
166:12 169:23 172:19
176:9 177:1,13 247:23
**sent** 111:24 203:7,11
**sentence** 81:20 112:12
183:13 186:9 198:14
**separate** 28:21 131:10
140:19,25 148:13



185:15
**Separately** 59:1
**September** 65:7 140:8
  167:15 179:11 254:13
**Sergeant** 10:21
**Sergio** 2:18 7:12
**Series** 133:4
**serious** 230:1
**serve** 18:24 22:19 25:3
  32:6 36:22,25 54:18
  146:18
**served** 13:12 15:2 16:17
  16:24 17:8 18:5,16,17
  19:7,10,13 20:2 21:15
  25:14 31:8 35:6 36:6,16
  53:19 55:21 71:25 73:2
  73:11 75:5,23 84:1,9,23
  88:13 89:1,12 90:5
  93:15 103:23 132:4
  137:5 147:8 152:11
  208:7
**service** 81:12,16 129:5
**services** 4:4,6 5:20,22 6:6
  7:13,15 11:6 31:6,25
  32:21 33:23 34:22 35:1
  35:5,14,19,22,25 36:5
  36:12 37:17 38:3,6,8,13
  39:14 40:3,12,21 42:8
  43:2,8,24 44:6 45:8,11
  45:21,25 46:2,6 47:3,16
  47:19 48:14,17 49:20
  50:23 51:13 53:25 54:6
  54:7,13,24,25 55:1,13
  56:15 57:1,7,15,25 58:9
  58:12,24 59:6 60:4,23
  60:24 61:3,7,11 65:9,10
  65:12,19 66:2,6,19
  67:18 68:9,13,23 69:19
  69:23 70:1 71:8,10 76:1
  76:9 78:23 79:14,23
  80:8,11,18,22 81:9,17
  82:6,14 83:1,4 84:17
  86:10,16 87:15,19 88:3
  88:17 100:9,15,17
  103:14,19 104:14 107:3
  126:25,25 127:1,2,2,3,6

128:3,7,12,21 129:18
130:6,10 131:1,8
137:20 138:11 139:10
142:10,11,20 143:5,11
143:19,20,25 144:14
145:5,18 146:24 149:21
151:8 153:18 154:6,15
156:13,22 157:24
159:23,23 160:3,22
162:11,12,18 163:11
164:8,9 165:17 166:14
166:20,24 168:11,16
169:25 170:4 171:21
172:1 173:22 174:20
175:12,14,17,22,24
176:1,4,11,23 177:3,14
179:13,22 180:6,10
181:10,15 182:6,12
183:1,7 187:7,9,18
188:5,10,18,19 189:10
190:4,8,12,17 207:4
208:17 210:24 211:14
211:16 212:4 251:2
**serving** 37:9,13 86:4
178:23
**session** 27:20 28:7,12
107:21,25 108:11,20
109:6,12 110:5,18
239:4,7,23 240:2,4,8,10
240:11
**sessions** 27:21,25 28:1
**set** 8:16 22:18 42:14
45:11,25 47:19 48:13
48:17,19 54:6 57:25
58:9,18 63:7 157:20
174:21 181:15 188:4
257:11
**setting** 135:21
**settlement** 205:12,17
**settling** 203:17
**seven** 14:2 157:15,17
198:21 226:21
**sewage** 32:25 73:24
76:23
**sewer** 69:15 99:4 100:22
133:21 163:21,23

206:22
**sewers** 14:13
**share** 234:20
**shared** 107:25 109:5
**sheet** 51:12 53:24 258:1
  258:14 259:1 260:1
**Sheppard** 6:8 111:20,24
  112:6,22,24 113:10,25
  244:24
**Sheppard's** 112:13,16
**Shorthand** 257:6
**shortly** 31:4
**shot** 19:5
**show** 111:2 123:13
  135:16 191:25 192:6
  193:2,2,9 195:21 213:8
  227:1 228:22 252:1
**showed** 251:10 253:13
**showing** 51:4,7 123:12
  193:11
**shown** 192:24
**sic** 203:6 204:13 246:12
**sick** 251:6
**side** 225:5
**sign** 93:2 94:24 202:15
**signature** 93:9,11 99:25
  100:3 111:21 236:25
  254:9 259:24 260:24
**signed** 91:11 92:25 93:7
  93:19 95:11 96:20
  98:13 99:21,22 100:25
  101:12 102:21 235:16
  235:17,19,25 236:1,6
  236:23 237:2,5 241:19
  254:6,12,17 255:1
  258:17
**silly** 70:4
**similar** 227:24
**similarly** 82:16
**simply** 19:24 180:16
  198:2
**simultaneously** 37:8
**single** 254:18 255:3
**sir** 8:10,19 39:10 55:15
  62:15 71:13 89:12
  108:13 110:2 111:11

135:20 145:15 147:24
  255:18
**sit** 77:15 227:15,24 228:9
  233:17
**site** 60:18
**sites** 210:23
**sitting** 30:7
**six** 126:24
**skip** 151:19,21,23
**small** 68:16 116:8 117:4
**Smith** 209:21
**soil** 60:1,1
**sold** 35:4 179:5
**solution** 203:16
**somebody** 207:6 224:15
  243:6 247:6 250:2
**sorry** 25:7 30:3,17 47:13
  70:21,24 112:3 132:14
  139:17,19 140:22
  152:25 153:7 170:12
  178:17 186:21 201:14
  204:17 216:13 219:9
  222:9 224:10 225:14
  244:16,18 245:2 255:6
**sound** 15:13 204:23
**sounds** 113:24 124:20
  212:14
**source** 196:5
**sources** 123:17,19
  140:21 141:2 247:5
**speaking** 134:18 135:20
**speaks** 52:13 183:11
**special** 81:23 126:3
**specialized** 76:16 139:9
**specific** 82:2 103:3
  179:22 182:12 190:12
**specifically** 44:6 60:11
  101:15
**specifications** 33:7 59:13
  59:16 74:8,10 75:25
  98:23 99:3,18 169:6,18
  172:16 210:13 211:20
**speculation** 88:22 89:9
  104:19 106:17 134:24
  137:9 138:16 139:3
  145:11 189:14 190:23



194:15,20 196:9
**speech** 234:19
**spell** 8:11
**spent** 33:6,10 203:22
    222:18
**spoke** 196:1
**spoken** 252:24
**squadron** 11:1
**square** 65:14
**staff** 5:24 32:1,5,6 51:6
    52:17 53:15 62:13
    85:22 90:21 91:11,15
    92:1,2,3,6,21,24 94:2,6
    94:11,17 95:14,23
    96:20 97:21,24,25 98:3
    98:6,9,22 99:2,8,9
    101:2 103:4 105:18
    114:22 116:10 118:8
    137:23 242:18 251:18
**staffing** 78:23 80:8
**stage** 33:2
**stages** 56:25
**stamp** 132:9
**stamped** 39:14 55:14
    62:13 71:11 90:19
    97:19 111:10 197:5
**stand** 233:21,22
**start** 26:2 41:4 63:8
    97:24 139:11 239:6
**started** 75:20 104:24
    147:25 201:13 206:10
    249:13
**starting** 194:2
**starts** 186:9 199:13
**state** 1:7 7:9,16 8:11
    21:21 76:17 77:3
    112:12 125:7 208:11
    209:4 233:16 235:5
    257:6
**stated** 71:17 108:1
    109:10 122:22 188:9
    197:10,21 198:3 203:1
    208:2
**statement** 221:22
**states** 1:1 7:8 41:6 45:10
    56:20 57:24 62:20

65:11 66:12,22 67:21
    79:8 81:4,20 95:18,20
    99:8,9 123:19 140:16
    140:23 179:11 185:18
    187:4 189:19 207:13
    208:2 211:11 226:18,21
    249:6
**stating** 179:10
**stay** 70:22 203:5 238:4
**stenographically** 257:13
**Steve** 202:3
**sticking** 133:18 204:17
**storage** 69:11
**Stradling** 197:6
**straight** 30:15
**street** 91:4,24 92:14
    163:25
**streets** 59:18 60:1 119:1
    163:23 206:22
**strike** 23:20 25:8 26:16
    28:10,25 29:21 33:19
    34:13 38:21 39:20 41:4
    41:25 44:22 51:17 52:7
    52:23 55:18 58:10 59:3
    61:17 63:16,23 70:21
    73:1 77:12,14 78:6 80:4
    83:5 85:13 88:21 92:11
    96:14 97:16 101:6
    103:1 112:14 121:19
    129:24 131:11 134:16
    134:24 136:19 139:3
    140:6,21 144:10,19
    145:11 148:18 150:12
    151:16 156:25 157:7
    167:2 169:13 172:11
    180:14 181:19,24
    182:17 183:11 187:23
    188:15 189:14 190:4,21
    194:19,24 195:12 196:8
    197:25 198:11 199:6
    200:15 201:15 204:15
    205:18 207:15 210:7
**strongly** 228:10,14
**structure** 17:18 66:13
**study** 203:5
**stuff** 191:19 230:5 233:6

234:10 235:22,23 246:8
    246:19 251:4
**sub-paragraph** 45:10,24
    47:15 48:8 57:14
**sub-paragraphs** 43:23
**subcontractors** 100:9,15
    100:17,18
**subcontractural** 81:10
**subdivision** 82:19
**subdivisions** 17:15 59:21
**subject** 47:4 48:18 54:8
    55:2 58:12,24 61:4,9
    63:2 64:5 66:6 68:23
    70:1 79:25 81:17 82:8
    82:25 83:1 91:3 113:6
    128:13 175:14,18,19
    176:4,23 179:22 180:6
    180:10 181:10 182:7,13
    183:8,19,25 184:6,14
    184:15,17,18,20,24
    187:18 188:20 189:10
    190:8,12,18
**subjects** 219:17
**submit** 228:14
**submitted** 59:14 61:24
    76:7 77:7 87:3,9,11
    91:18 92:4 94:3,12
    121:22 127:18 197:12
    209:11
**submitting** 77:23 78:4,9
    78:15 104:10 211:2,6
**subpoena** 8:16 223:25
    226:13,13,16,24
**subpoenaed** 229:10
**subscribed** 257:18
**subsequent** 31:5
**subsequently** 79:15
**subset** 68:16 90:18
**substance** 248:17
**substantial** 190:16
**substantive** 239:14
**successful** 34:18
**sudden** 202:23
**suffered** 197:17 198:20
**suggested** 233:16
**Suite** 1:21 2:6,13

**sum** 45:14 149:19 165:22
    168:14 174:1
**summaries** 135:8 141:16
    145:15 151:22 156:2
    162:16 169:16 176:3
**summary** 5:15 72:5
    78:24 114:7 126:12,16
    127:16 128:7 129:25
    138:2 140:15,23 141:12
    141:22 142:6,23 143:18
    144:2,4 145:6 148:11
    148:25 149:3 150:7,15
    151:6,12 152:14,19
    153:12,21 155:2,21,24
    156:9 157:21 159:2,4,8
    159:15 160:19 161:18
    161:20,23 162:4,8
    163:9 164:13 165:11,18
    167:5,22,24 169:15,22
    171:5,7,12 173:12,14
    175:9 178:21
**sums** 207:22
**Superior** 228:19
**supervision** 42:6
**supervisor** 202:12 204:5
**supplies** 251:24
**supporter** 230:12
**supporting** 249:2
**supposed** 206:24
**sure** 15:20 16:11 30:18
    53:16 54:5 59:10 94:11
    112:3,25 125:7 129:8
    147:12 176:21 192:10
    213:25 216:6 228:12
    232:3 235:9 236:13
    241:5,6 245:23 250:9
    253:21
**Survey** 127:11
**survey/GIS** 127:1,9
    175:24
**surveying** 36:12 54:16
    54:23 61:11 81:11,15
    82:19,25 177:14
**suspected** 78:14
**swear** 8:2 245:24
**swore** 255:20



**sworn** 8:5 257:10
**system** 33:3 36:9,9
  127:12 163:21
**systems** 69:11

**T**

**T** 2:7,14
**tab** 139:19 141:13,19
  153:1
**tabbed** 141:12,16 149:3
  152:15 155:21 159:2
  161:18 165:11 167:22
**table** 141:21
**take** 16:3,12 17:9 30:4
  50:10,11 57:10 68:15
  73:3 77:17 78:11 83:7
  85:15 87:22 89:12
  91:21 98:17 101:11
  103:12,16,22 105:23
  106:4 110:8 112:19
  116:14 118:5,18 121:4
  125:12 127:24 128:16
  128:25 136:9 137:13
  138:21 140:10 143:9
  147:6,11,13 149:19,25
  152:10 154:19 157:5,11
  157:12 158:23 159:14
  160:11 162:24 165:22
  168:14,19 171:24 174:1
  174:15 179:6 182:12
  191:16 194:23,25
  200:19 203:3 212:10,13
  233:2,4,16 241:8 245:3
  247:2 250:7 251:16
  252:24
**taken** 7:11 8:15 77:1
  257:10,16 258:9
**talk** 16:6 31:21 83:16
  106:19 108:11 114:7,12
  117:19 145:17 187:25
  216:5,6 222:12,13
  226:4,6,12 228:3,8,9
  229:14,15,16,17,18,19
  238:8 240:10 241:23
  242:5,13 248:11,15,16
  248:17 249:11,15

250:20 253:6,6,10
**talked** 22:9 37:18 59:6
  61:14 84:10,14 102:20
  128:10 136:6 137:12
  149:16 175:10 208:8
  210:9 222:13,14 225:3
  225:5,6,6,19 229:12
  238:10 242:6 243:23
  247:11 248:3,7,12,19
  249:18 250:22 251:23
**talking** 65:2,7,10 79:20
  108:6,7 118:15 130:8
  147:25 188:3 224:23
  229:25 233:10 238:12
  241:25 244:10,11,17,21
  246:22
**talks** 47:15 66:18 78:21
  79:5 122:20 148:12
  180:21 185:3 189:18
**tank** 69:11
**taught** 227:3
**tax** 126:5
**Taylor** 204:13
**team** 32:7,21 33:23
  113:16,21
**tearing** 76:25
**technical** 10:21 38:7
  54:24 72:13 76:15
  188:19
**technician** 11:11,18
**tell** 13:23 19:19 20:4
  32:18 52:22 53:23
  59:10 76:12 113:8
  121:8 125:2,18 153:23
  173:13 194:2 216:3,8
  218:2,4 222:6,20
  223:10 237:17 243:19
  247:10,17,20 248:12,25
  249:1 252:14,17,20,20
  255:20
**telling** 81:16 217:15
**tem** 120:24 146:10
**Temecula** 202:2 203:7
**ten** 17:25
**tenure** 18:24 28:20 29:22
  31:10 35:15 36:2 75:1

78:2 86:2 240:12
**term** 18:10,11,11
**terms** 194:3
**tertiary** 33:3
**testified** 214:5 247:25
**testifies** 8:6
**testify** 252:3,5
**testimony** 108:19 221:16
  232:8 235:13 245:13,19
  257:12,15
**thank** 16:15 30:16 70:15
  132:17 153:6,10 174:17
  175:5 187:2 193:4,6
  212:23 225:15
**then/later** 106:25
**thing** 14:9 16:2 117:3
  125:6 226:22 227:3
  233:9 248:14 251:9
**things** 11:3 15:12 17:7,14
  17:16 19:23 20:11 28:5
  59:21 69:15 76:21
  89:14 113:15 116:14
  117:6 118:25 122:14
  146:7 164:3 176:17
  191:9 202:22 207:8
  219:19 220:12 221:19
  230:4,14,17,17,18
  231:15 233:4 240:22
  244:12 247:23 249:10
  251:5,23
**think** 29:10 30:7 54:11
  69:18 72:6 81:16
  104:24 105:1 117:3,6
  127:10,21 141:12 142:9
  146:20 152:14 173:5
  175:2 186:15 195:3,24
  205:2 215:3 218:20,25
  219:12 221:18 222:4
  223:16,20 227:19 229:4
  229:22 230:2,24 231:2
  231:7,13 233:10,20
  234:12,22,24 238:21
  240:19,20,24 241:1,3
  244:4 246:1,7 249:3
  253:16
**thinking** 194:20 207:8

224:22
**third** 72:9
**thought** 24:8 231:15
  250:6
**thousand** 112:14 238:11
**three** 83:22 101:25
  194:15 213:14 218:20
  218:21 255:15
**throwing** 15:10
**thrown** 235:21
**Thursday** 1:18 7:2 25:24
**till** 176:16 177:8 218:18
**time** 7:10 8:17 9:1 13:18
  16:5 17:25 18:15 19:2
  19:23 22:11 24:10
  26:10 28:14 31:17
  37:12 46:9 48:25 49:2
  49:17 51:11,23 52:19
  52:22 58:2 63:10 70:9
  73:15,15 78:2,7 83:9,13
  83:15,24 88:21 90:1,5
  107:9,19 109:7 112:19
  118:10 137:4,12,14
  145:23 147:3,7,15,19
  150:24 165:1 174:15
  179:14 181:3 187:10
  207:1,7,25 212:16,20
  212:22 213:19 216:24
  217:17 220:10 222:15
  222:19,22 227:5 230:23
  230:24 237:18,18,20,21
  238:1,9,23 240:21
  241:7 242:24 247:2,15
  248:3 256:6 257:11,16
**timely** 75:15 210:3
**times** 24:5 43:13 116:13
  138:4 203:16 213:13,14
  213:15 214:7 222:17
  232:5
**Timoteo** 98:24 99:4
  100:22 101:19
**titled** 40:17 41:5 50:22
  57:20 123:17 125:17
  199:11
**today** 22:9 59:7 64:8
  77:15 149:17 208:9



213:7 215:12 219:14,17
219:22 226:7 227:15
229:8,9 233:17 241:14
241:19 242:3,22 245:13
247:25 250:11 252:22
255:18,23
**today's** 7:9 8:16 218:18
**token** 224:15
**told** 54:11 61:18 76:5
127:10,21 210:21 216:4
242:15 247:11,13,15
**tool** 121:13
**top** 43:22 80:7 94:3
100:8,18 114:19 133:2
185:2 207:17 234:2
**topic** 110:20 204:17
**total** 122:16 128:16,22
128:25 129:1,19 138:7
138:25 143:3,10,12,21
144:16 149:22,25 150:1
153:21 154:5,12,14,20
156:17,21,25 157:2,6,8
157:14 160:1,7,11,13
160:23 162:18,25
163:12 164:10 165:24
166:3,16 168:16,20
170:1 171:24 172:4,23
174:3,6 177:4 188:11
211:14
**totally** 231:14
**totals** 143:5
**tough** 176:19
**tours** 73:22
**town** 224:13
**track** 113:16,21
**tracks** 76:19 101:21
**traffic** 17:17
**train** 34:25
**transcribed** 257:13
**transcript** 193:10 258:9
**transcripts** 234:5
**transferred** 202:5
**transportation** 20:19
21:16 199:24
**treatment** 32:25 33:3
34:19 73:24 79:6 119:1

126:9
**trial** 214:5 229:3 232:9
252:3,5
**tried** 15:7 238:6
**true** 13:1 33:17 39:1
41:22 44:3 52:10
151:13 165:14 180:11
181:22 227:18 228:16
228:17 248:7 253:19
257:15 258:11
**trunk** 163:21
**trust** 143:6,14 149:23
154:16 157:3 160:4
162:22
**Trustee** 185:4,7,11,19,20
**truth** 217:16 223:11
224:16,20,22 248:25
249:1 252:20 255:21,21
**truthful** 224:16
**try** 16:6 30:9 223:25
249:6
**trying** 16:10 178:17
203:15 252:1 253:16
**Tuesday** 26:2
**TUMF** 20:10,16,16,22
20:23 21:1,11 199:25
200:8,25 201:7,9 202:8
202:9,14,17,18 203:20
203:22 204:14 206:5
209:9 212:9 235:2
**TUMF-related** 203:23
**TUMPF** 201:22
**turn** 9:7 15:1 39:4 43:1
48:3 55:5 56:9 57:19
62:6 70:21 78:19 80:3,5
80:25 82:11 90:20
99:20 114:17 120:8
126:15 131:14 132:7
133:9 147:10 152:13
155:21 159:1 161:18
165:10 167:21 171:4
175:5 186:3 189:16
190:1 204:16 211:10
214:14 249:21
**turned** 249:14,15
**Turning** 47:14

**Twice** 25:19
**two** 13:13 19:4,7 65:1
112:13 118:18 157:1
179:8 188:2 197:10
219:12 238:11 242:10
242:15 244:7 245:8
**two-** 12:4
**two-year** 10:11
**type** 74:5 210:14
**types** 60:4,9
**typewriting** 257:14

---

**U**

**U.S** 10:15 13:10,15,25
76:18 113:3 115:24
116:18 117:9,16
**uh-huh** 16:8 111:25
**uh-uh** 16:8 108:6
**ULC** 41:1,7 42:5 43:14
43:16,18 48:24 53:5
56:21 67:17,24 83:16
83:18,21,25 84:22 85:6
86:7 87:1,7,24 88:14
103:14,19 104:3,4
110:14 129:11 130:18
130:22,25 131:4 175:12
178:12 179:13 180:9
182:24 183:17,25
186:13 187:5,9 188:6
189:19,20 222:24
**ULC's** 66:18
**ULC195** 51:10
**ULCAIG15082** 159:3
**ULCAIG3410** 71:11
**ultimately** 23:14 28:9
29:13 30:20 31:23
32:11,12,19 34:5 62:1
67:11 110:20 122:1
205:11
**under-** 254:11
**undergo** 23:22
**undergone** 12:18 13:7
**understand** 13:20 15:17
32:16 33:24 37:7 38:10
43:15,19 46:23 48:24
50:12 58:19 61:5 77:15

83:18 84:2 85:24 94:11
101:11 104:22 113:1
127:3 134:4 144:10,13
153:5 154:1 178:10
184:1 186:1 188:18
198:7 200:5 201:3
219:19 220:14,15,21
255:17
**understanding** 28:25
30:19 31:13,24 33:18
33:20 36:14 51:11
88:25 104:2 200:10
204:19 216:23 220:18
258:14
**understood** 77:19 84:21
85:6 87:22 88:14
103:12,16,22 104:12
106:5,12 108:16,24
109:18 115:23 129:15
138:22 189:8 193:17
200:22
**undertake** 123:4 141:8
142:25 148:14
**undertaken** 41:22 73:20
78:14 87:4 119:16
177:11
**undertaking** 137:14
**unfortunately** 132:7
173:10 191:24
**uniform** 20:19 21:3
42:13 199:24
**Union** 1:0 7:8,20,22
185:8 258:4
**unit** 20:14
**United** 1:1 7:8 226:18,21
249:6
**University** 12:2
**unlawful** 198:20
**unremitted** 200:8,25
201:6,9 203:22
**unsigned** 111:12
**updated** 71:17
**upgrade** 32:25 33:3
**upper** 98:2
**Urban** 5:17 6:6 30:24
31:2,9,23 32:12 34:3,5



34:8,12,14,19,21 35:1,7
35:13,17,21,24 36:5,11
37:8,14,21 38:5,12
39:17 40:1,12,19 41:19
42:20 43:6,15,15,16,18
43:20,25 44:7,12,17,24
45:8,18 46:20 47:1,8
48:13 49:3 50:7,22
51:12 53:24 54:11,18
56:15 57:16 61:3,8,24
62:3 63:3,18,20 64:1,22
65:10 66:2 67:9,13 68:9
68:12,17 69:19,23
72:10 73:4,9,20 74:3,15
74:16,19 75:9,25 76:3,7
76:8 77:5,7,17,20,23
78:4,8,12,15,25 79:11
79:14,23 80:11,15,22
81:21 83:5 84:10,15,24
85:16 86:3,10,15,19,22
87:13 88:2,16 89:2,18
96:2,9,24 100:10 102:9
102:17 103:11,12,17
104:9,10,13,15 105:9
106:13,21 107:7,10
109:1,20 110:21 114:9
115:16,25 117:10
124:16 128:4,8,11
130:9 131:7 133:19,25
134:3,16,20 135:3,17
135:21 136:11,14,20
137:1,7,18 138:23
142:3,5,18,19 145:18
146:22 149:15 153:19
156:14 157:22 159:24
160:20 162:12 163:9,17
164:6 165:19 166:14,19
166:24 168:12 169:23
170:3 171:21 172:20
173:23 174:11,18 176:5
177:24 179:9 182:6
184:4,13,24 185:5,10
185:19,25 186:5,25
188:10,20,25 189:6,10
190:16 196:15 207:21
208:3,15 209:10 210:7

210:9,13,14,19,23
211:2,5,12 212:1,3
254:6,14,14
**use** 113:19 116:13
121:12 195:18
**uses** 65:15 123:18,19
**usually** 25:24
**Utility** 163:20
**utilize** 116:11 140:20
141:1

**V**

**V** 2:5 46:1,1 56:11
**V-** 41:24
**V-A** 40:24 41:5
**V-B** 42:1,20
**V.1** 56:19 57:14 58:1
**VA** 14:10
**vague** 51:22 52:18 73:6
88:21 89:25 107:18
145:12,22 147:2
**Valley** 91:4,7 163:25
204:4
**value** 57:3
**Vanderweele** 2:11 3:5
7:18,19 8:9,14,18 9:12
39:8 49:13 50:19 51:18
52:1,8,14,21 55:10
62:11 70:13,17,19 71:4
73:8 77:13 83:6,14
85:14 88:24 89:6,11
90:3,12,17 94:1,23
96:15 97:14 101:7
103:2 104:21 106:3,18
108:4,8,13,16,23 109:7
109:14,23 110:1 111:7
120:13 131:18 132:16
132:18,20,23 133:1
135:1 136:4 137:11
138:20 139:4,17,21,23
145:13 146:2,8 147:5
147:12,23 150:13,19
151:2,17 152:25 153:4
153:7,11 155:9 158:15
161:9 164:21 167:3,11
170:20 173:9 177:22

180:15,20 181:20 182:1
182:18 183:12 186:23
187:3,24 188:16 189:15
190:24 192:10,14,18,22
193:5,8,17,18 194:22
195:13 196:10,19,24
197:20 198:1,6,12
199:7 200:16 201:18
202:24 212:12,21 220:1
221:23 223:8,22 224:6
224:10,25 225:12 226:9
231:17,21 236:11,14
239:5,16,18,24 244:16
244:20,23 245:1 252:10
254:1 255:25 256:4
**variety** 11:2 118:25
133:23
**various** 15:5 20:11 27:10
29:18 32:9 50:7 54:13
54:19 56:25 134:13
201:4
**vehicles** 251:16
**vendor** 132:12,21 133:4
133:14,18,24 134:8
135:12
**vendors** 24:17 251:19
**verbatim** 53:8 202:13
**version** 192:24 193:12
224:21 254:12,24 255:1
**versus** 30:2
**video** 7:5
**videographer** 7:4,13
30:11 83:8,12 147:14
147:18 212:15,19 256:5
**VIDEOTAPED** 1:16
**view** 228:16
**VII** 43:1,23 44:11,16,21
44:23 47:19 48:18 54:7
**violates** 85:12
**violating** 107:11 109:1
109:22 110:14
**violation** 107:15
**virtue** 100:24
**vision** 17:22
**visit** 249:19
**Von** 2:6

**vote** 28:16 30:5 94:15
97:4 103:7 122:2,5
127:25 159:10 230:21
**voted** 28:7,11 95:13
101:1,13 102:22 230:16
230:20,21 236:17
**voting** 156:5 161:25
165:7 167:19 168:4
171:2,9,12
**vs** 1:9 7:7 258:4

**W**

**W** 178:3
**wage** 60:12
**wages** 191:22
**wait** 28:17 148:18 153:8
170:11
**waiting** 207:5 232:8
**waiving** 239:9
**walk** 206:25
**want** 10:3 15:1 16:11
22:11 30:18 31:21 39:4
43:1 44:10 50:2 54:5
64:20 65:5 74:23 83:16
90:20 94:10 97:24
110:17 111:2 112:20,25
117:19 120:8 126:15
131:13 132:7,10 152:13
171:4 178:18 180:1
199:8 204:16,22 207:9
217:18 220:9,10,24
222:7 228:8 229:15,16
233:3,11 247:2,4,6
249:1,12,24 250:5
**wanted** 113:11 123:3
135:19 142:25 148:13
206:14 207:1,6 216:5
217:7,25 225:20 228:2
228:25 229:2 240:20,23
248:13 250:3 252:14
253:23
**wants** 141:8
**warehouse** 113:18
**warrant** 24:13,20
**warrants** 24:11,15
**Washington** 77:1



**wasn't** 28:25 116:4
  184:14,15,16,18,19
  206:9 225:6,17 232:7
  234:17
**waste** 20:10 76:23
**wastewater** 32:15 34:15
  34:19 79:6,13,17 119:1
  119:2 126:9
**watch** 78:17
**water** 14:13 32:24 59:25
  69:6,10,11,12,17,24
  70:5 76:17 91:7 174:13
  184:12
**waterline** 69:10 91:5
**way** 98:17 175:18 207:7
  227:2,22 230:19 233:7
**ways** 33:9
**we've** 30:10 70:21 111:9
  193:10,11
**week** 218:10 248:5
**weekend** 26:1
**weeks** 214:21 243:1
  244:7 245:8
**Weldan** 53:8
**wells** 125:5
**went** 49:18,25 62:3
  113:15 137:14 141:16
  143:2 203:12,18 210:22
  210:22 219:18 221:1,5
  230:18,21 233:15
  242:11 249:19 251:14
  251:19
**weren't** 75:12 77:24
  225:23 229:14 230:7
  240:16 252:1 253:18
**Western** 1:5 7:6,24 19:14
  20:3 21:17 199:22
  200:5,22 201:3 213:4
  258:3
**whatsoever** 245:14
**WHEREOF** 257:18
**White** 237:3
**wife** 249:18
**willing** 75:20,21 217:7,13
  217:17 223:6,6,10
  226:6,12 229:18

**withdraw** 109:24
**witness** 3:2 8:17 40:8
  51:24 52:20 89:10 90:2
  93:24 94:20 104:20
  106:1,2 107:20 108:2
  108:21 109:13 110:19
  132:19,22,24 137:10
  138:17 139:16,20
  141:15 145:24 146:3
  147:4 190:20 201:20
  219:8 223:10,24 224:12
  225:2,4,16 226:11
  231:25 232:4,7,10,11
  232:12 236:16,20 240:1
  245:3 253:21 257:9,18
**witness's** 85:13
**women's** 125:1
**wondering** 116:25
**words** 219:21
**work** 9:22 11:23,23,24
  12:8,14,19,23 13:7 15:2
  16:16 17:5 20:7 22:21
  22:24 31:5 34:25 49:19
  49:24 50:11 53:5,10
  59:15 62:3 65:20 66:10
  69:8,9,16 73:4,10,16,25
  74:3,15 75:21,21,25
  76:2,15,16 77:5,8,19,24
  78:12 86:3 89:18,22
  90:7 95:25 101:20,22
  103:10 104:4,9 114:12
  121:13 125:4,22 127:11
  129:11,13 134:3,20
  135:3,16,23 136:11,14
  136:15,20 137:6,18
  138:23 149:13,14
  153:22 154:10 156:18
  157:21 163:17,22 164:4
  176:16,21 183:4,25
  184:4,5,6,11,11,12,14
  184:16,17,19,24 190:16
  191:16,18 195:17,19
  196:14 202:7,8,11,11
  202:13 203:8,15,17
  210:6,13,14,19 222:25
  242:19,20 251:11

**worked** 10:25 11:10,20
  13:10,25 14:2,5,7,10
  17:24 20:9,10 49:21
  50:6 68:17 87:22 100:5
  116:13 135:22 137:1
  165:18 196:2 209:20
  226:18
**working** 13:15 31:18
  74:8 86:23 125:6
  163:22,24 164:1 191:18
  206:10
**works** 4:4,6 5:22 14:24
  23:4 36:19 37:23 38:12
  39:14 40:3,12,21 41:9
  41:21 42:7,22 45:20
  46:17 53:9 55:13 56:12
  56:16,23 57:4,17 58:11
  58:23 61:8 65:9,24
  71:10 84:5 87:12
  103:14 119:20,21 120:3
  120:4,19 121:15 123:3
  123:20 124:6,11,12,19
  125:10,21 126:20
  127:19 130:14 131:6
  137:7,15 141:7 142:20
  142:24 143:22 144:12
  146:24 148:20 149:9,15
  153:13,18 154:7 156:9
  159:18 162:8 165:13
  168:8 171:16 173:19
  176:12 184:20 186:13
  187:6 211:21
**workshop** 63:2,6,7,15,17
  63:20,25 64:4,15,17
  105:18
**workshops** 63:19
**worries** 153:9
**worth** 14:15
**wouldn't** 33:9 207:4
  224:14
**WRCOG** 21:2 199:23
  200:11 201:5,23 202:4
  202:25 203:1,11,12,15
  203:21 204:11,12,18,20
  206:4 212:9 250:24
**WRCOG's** 203:19

**writ** 225:4 232:11
**write** 228:18 232:17
  234:14
**writing** 234:9
**written** 52:9 72:22
  106:25 207:11
**wrong** 15:8 29:12 94:10
  102:14 124:3 187:21
  231:14 234:13 249:2,7
**wronged** 249:3
**wrote** 228:24 232:19
  233:5,12 253:22

_____
                X
_____
                Y
_____
**yea** 75:19
**yeah** 19:21 49:15 116:20
  125:20 127:11 141:14
  170:14 186:15 204:13
  205:13,17 213:24
  215:11,13 218:25 219:1
  221:7 222:18 228:7,8
  228:24 233:13 234:15
  237:10 241:16 242:10
  242:12 244:1 246:15
  247:12 248:20
**year** 4:12,14,17,20,23 5:5
  5:8,11,14 18:13,13 19:4
  25:11,11,14 39:2 49:15
  49:16 63:13 119:17
  120:15 121:14 122:3
  123:4 131:20 142:25
  145:8 148:2,14 149:22
  151:24 152:3 155:11
  156:18 158:18 159:5
  160:3 161:11 162:4
  164:23 167:13 169:22
  170:22 173:15 254:18
  255:3
**years** 4:9 14:10 17:25
  18:12 19:4,7 29:3 35:4
  68:1 72:19 76:21 80:16
  89:13 100:6 101:9,10
  140:1,18 141:9 146:5
  146:20 151:3 191:13



194:9,23 213:23 220:11
226:19,21 230:9 244:11
254:3,21 255:3,15
**Yep** 70:17 132:18 187:4
232:23
**yesterday** 218:24 219:1,4
242:6 247:9 249:15,17
249:18 250:12 252:13

**Z**

**zone** 21:7,9
**zoned** 21:9
**zoomed** 153:22
**Zs** 164:2

**0**

**1**

**1** 1:11 4:3,15,18,21 7:5
39:4,5 40:6,10 45:7,10
52:2 54:3 56:4,11 58:18
59:3 64:15 65:2 70:7
71:16 123:9 178:22
179:25 188:1 235:10
254:5,25 258:5
**1,073,382** 154:15
**1,287,841** 160:5
**1,566,002** 128:23
**1,707,277** 157:2
**1:33** 256:6,8
**10** 199:9
**10,979,123** 165:25
**10:19** 83:9,11
**10:29** 83:11,13
**100** 52:4
**1000** 2:6
**1090** 107:11,15 109:2,22
110:15
**11** 4:13 56:6 131:14,15
131:19 132:16 151:23
207:10
**11,299,216** 143:13
**11,848,852** 168:17
**11:35** 147:15,17
**11:43** 147:17,19
**1100** 1:21

**111** 6:8
**12** 4:15 140:8 146:20
155:5,6,10 211:11
**12:48** 212:16,18
**12:54** 212:18,20
**120** 5:9
**121** 14:15
**12586** 1:25 257:23
**13** 4:18 158:10,12,16
**131** 4:13
**139** 4:7
**13th** 257:19
**14** 4:21 68:8,15 161:5,6
161:10
**147** 4:10
**15** 5:3 6:12 62:13,18
97:21 99:23 100:25
101:3 105:18 164:17,18
164:22 253:14
**15,000** 45:14,19
**152,517,415** 166:3
**155** 4:15
**158** 4:18
**16** 5:6 14:10 81:6 121:2
131:25 152:5 167:7,8
167:12,15 189:16,17,24
**161** 4:21
**164** 5:3
**165,586,491** 168:21
**167** 5:6
**17** 5:9 120:8,10,14
122:19 138:3 142:12
170:8,11 175:6 189:18
190:2
**17,070,481** 160:8
**17,519,009** 174:6
**170** 5:12
**173** 5:15
**177** 5:17
**18** 5:12 67:25 80:16
170:16,17,21
**18101** 2:6
**19** 5:15 173:4,6
**192** 6:9
**1920s** 33:2
**195** 51:13

**1954** 8:20
**196** 5:19
**1973** 10:5
**1975** 10:17
**1977** 11:9
**1981** 16:18
**1982** 10:17
**1983** 21:24
**1985** 11:25 16:19 206:10
**1991** 42:14
**1993** 11:9 13:11 18:3,6
31:15,25 48:23 52:2
65:7 179:11 254:13
**1994** 56:7 140:1,8 141:23
**1994-1995** 4:9
**1995** 140:1,1 141:23,23
148:2
**1995-1996** 4:9,12
**1996** 140:1 141:24 148:2

**2**

**2** 4:5 33:2 40:6,10 45:24
55:5,7 56:9 57:19 58:19
58:23 59:3 64:25 65:3,6
66:18 70:7 78:20,24
79:3 114:6,8,21 123:17
158:20 178:19 181:13
188:1
**2,125,065** 172:2
**2.c** 98:1
**2.f** 94:4
**20** 5:17 89:13 126:5
151:3 177:18,19,23
209:25 213:22,23 230:8
242:22 244:22,25
245:16 254:21 255:3
258:18
**2000** 18:20 19:6,17 133:3
213:21
**2000s** 104:25 110:12
**2001** 112:17 115:12,22
117:14 118:1,6
**2002** 18:20 118:6 131:20
132:1 151:24 152:3,5
**2002-2003** 4:14
**2003** 131:20 151:24

152:3 155:14 194:11
**2003-2004** 4:17
**2003/2004** 155:12
**2004** 19:17 90:22 91:23
92:25 93:3,13 97:21
99:23 100:25 101:3
107:9 158:18,20 159:5
164:14
**2004-2005** 4:20
**2004-ish** 118:10
**2004/2005** 118:10
**2005** 158:18 159:5
161:11 213:24
**2005-2006** 4:23
**2006** 13:11 161:12
**2007** 164:23 165:4
191:15 202:22
**2007-2008** 5:5
**2008** 164:23 167:13,15
169:22 191:15
**2008-2009** 5:8
**2009** 53:3 167:13 169:22
191:15 200:11,17 201:2
**2009/2010** 53:1
**2010** 19:18 53:3 71:16
121:2
**2010-2011** 5:11
**2010/2011** 120:15
**2011** 62:13,18,25 64:1,15
71:17 84:21 85:5 86:24
88:7,9 89:4 104:5,12
105:13,18 106:5 170:22
170:24
**2011-2012** 5:14
**2012** 18:21 19:10 170:22
173:15
**2012-2013** 5:15
**2013** 18:21 19:10 173:16
**2014** 18:6 204:20,23
238:12 240:13,17
**2016** 22:5 197:4,8
**2019** 6:12 253:14 255:12
**2022** 1:18 7:2,10 257:19
**20th** 115:12
**21** 5:19 57:6 60:4 101:10
140:19,25 170:24



196:20,21 205:21 250:7
**213** 3:6
**22** 5:20 70:25 71:1,5 72:5
  78:20 79:5 80:6 93:7
  157:6 220:11
**22,632,708** 157:9
**23** 5:23 9:7,9,13,20,24
  16:17 19:12 148:13
  214:13
**231** 6:11
**238,346** 149:22
**24** 5:24 62:6,8,12 64:7
  70:22 105:16,17
**243** 255:10
**25** 6:3 90:13,14,18,21
  92:19 93:3 95:12
  112:16 183:16
**25,000** 103:25 104:16
**252** 3:5
**26** 6:4 97:10,11,15,18
**263-2600** 2:7
**27** 6:6 50:15,16,21 52:16
  65:7
**28** 6:8 111:3,4,9 241:9
**281807** 133:10
**281808** 132:12,23
**281819** 153:5
**29** 6:9 192:17,18,19,24
  193:11,15
**2A** 5:16

---

**3**

**3** 4:7 57:19 67:15 68:8,21
  72:4 90:22 92:25 93:3
  123:23 139:12,13,18,24
  155:14 182:19 185:3
  197:4,8
**3.5** 99:12
**30** 6:11 215:18 217:20
  231:21,22 232:25 241:1
  253:14 255:7
**30-minute** 222:8
**30,937,314** 129:2
**31** 1:18 7:2
**312** 2:14
**31st** 7:10

**33,101,287** 172:5
**3419** 71:12
**3751** 197:5
**39** 4:3
**3969** 186:22

---

**4**

**4** 4:10 40:6,10 47:15 48:8
  65:13 79:4 125:16,19
  147:10,20,25 148:1,18
**4,653,500** 148:21
**4.5** 144:1 166:6 168:24
  169:25 172:8 174:9
**40** 76:20 226:19
**42,994,879** 199:18
**43** 203:25 205:24,25
**45-day** 75:17
**48** 21:7

---

**5**

**5** 1:21 7:12 40:16,18 80:5
  129:2 150:2,4 151:18
  151:20
**5,525,308** 162:19
**5.2** 174:7,9
**5:20-cv-02164** 1:9
**50** 1:11 6:6 258:5
**508,917** 153:24
**55** 4:4
**564,465** 154:8
**565-1400** 2:14

---

**6**

**6** 80:3 81:1 165:3 186:3
**6.4** 172:6,8
**60606** 2:13
**62** 5:24
**632** 157:7
**653** 148:18
**659,646** 128:18
**676** 55:14

---

**7**

**7** 43:2 80:6 114:18,19
  115:9,14 141:21
**7.2** 166:4,6 168:21,24

**7.4** 143:13,21
**7.5** 160:14,16
**7.6** 154:21 163:1,4
**700** 251:10
**71** 5:20
**72,413,623** 163:1
**725** 39:15
**75** 183:24 184:5,23
**7th** 8:20

---

**8**

**8** 3:5 43:3,22 82:12
**800** 2:13
**808** 132:24
**808,710** 156:18
**80s** 33:4
**823** 62:14
**82479** 97:19
**82499** 90:20
**835,003** 143:5
**8408** 111:10
**85** 16:20,23
**86** 208:14
**898,567** 156:23

---

**9**

**9** 5:23 6:9 191:20 192:6
  192:15,25 193:12,20
**9,000** 65:13
**9:03** 1:19 7:2,10
**90** 6:3
**906,356** 128:22
**90s** 20:24
**914,674** 174:3
**92612** 2:7
**93** 237:4
**93-1** 91:6 99:11 133:3
**94** 180:22 181:1,10
  236:18
**949** 2:7
**97** 6:4

