# EXHIBIT 8

# Kelly Collins

| | |
|---|---|
| **From:** | Scott Schmookler |
| **Sent:** | Wednesday, June 22, 2022 6:38 PM |
| **To:** | Heather Buhr; Meagan VanderWeele |
| **Cc:** | Kara Coronado; Christopher E. Deal; Angela Lewosz |
| **Subject:** | RE: Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, PA |

Thanks. We object to a second deposition of any witness under FRCP 30(a)(2)(A)(ii). Pursuant to Local Rule 7-3, please provide a time to meet and confer as we intend to seek a protective order absent the withdrawal of these notices.

Also, FRCP 30(a)(2)(A)(i) only permits 10 depositions per side. To date, your side as deposed Ms. Leone, Ms. Rocha, Ms. Blake, Mr. DeForge, Ms. Gall, and Mr. Gregg. Please note that the 10 depositions include experts, and we will not agree to allow you to depose more than 10 total witnesses – including experts. You can therefore take 4 more depositions. Please let us know which 4 you plan to take and withdraw all remaining subpoenas.

Scott

---

**SCOTT L. SCHMOOKLER** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6779  |  sschmookler@grsm.com

www.grsm.com
vCard

---

**From:** Heather Buhr <Heather.Buhr@bbklaw.com>
**Sent:** Wednesday, June 22, 2022 6:24 PM
**To:** Scott Schmookler <sschmookler@grsm.com>; Meagan VanderWeele <mvanderweele@grsm.com>
**Cc:** Kara Coronado <Kara.Coronado@bbklaw.com>
**Subject:** Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, PA

Dear Counsel:

I am attaching the following documents:

    (1) Subpoena to Testify at a Deposition; Notice of Taking Deposition of Peter Fogarty
    (2) Subpoena to Testify at a Deposition; Notice of Taking Deposition of Roger Berg
    (3) Subpoena to Testify at a Deposition; Notice of Taking Deposition of James Gregg
    (4) Subpoena to Testify at a Deposition; Notice of Taking Deposition of Nancy Gall
    (5) Subpoena to Testify at a Deposition; Notice of Taking Deposition of Brian DeForge
    (6) Subpoena to Testify at a Deposition; Notice of Taking Deposition of Nancy Hall

    (7)  Notice of Taking Deposition of Jennifer Rocha

Please let me know if you are unable to open the attachments.

Best regards,



**Heather Buhr**
Legal Secretary
heather.buhr@bbklaw.com
T: (951) 826-8221
www.BBKlaw.com

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.