1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER E. DEAL, Bar No. 186754
   chris.deal@bbklaw.com
3  DANIEL L. RICHARDS, Bar No. 315552
   daniel.richards@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone:  (949) 263-2600
   Facsimile:   (949) 260-0972
7
   Attorneys for Plaintiffs
8  Western Riverside Council of Governments
   and City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　　August 1, 2022<br>Time:　　　　8:30 a.m.<br>Courtroom:　　9D |

# INTRODUCTION

Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs") requests that the Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following exhibit to the Appendix of Evidence

# REQUEST FOR JUDICIAL NOTICE

| Appendix of Evidence Exhibit No. | Document |
|---|---|
| 21 | City of Beaumont Municipal Code Chapter 2.12 – City Manager, available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.12CIMA |

# THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBIT 21

Plaintiffs respectfully requests the Court take judicial notice of Exhibit 21, pursuant to Rule 201 of the Federal Rules of Evidence. Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201.

**1.     Exhibit 21 is a Matter of Public Record**

Matters of public record are subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Exhibit 21 is a chapter of the Municipal Code of the City of Beaumont.  Courts may take judicial notice of local municipal codes. *See Long Beach Area Peace Network v. City of Long Beach*, 574 F.3d 1011, 1026 (9th Cir. 2009) (taking judicial notice of a local ordinance, a local regulation, and a local municipal code).

The existence of Exhibit 21 and the contents thereof is not subject to reasonable dispute and is capable of accurate and ready determination. Because the Beaumont Municipal Code is a public record, anyone may obtain an accurate and authentic copy from a government agency.

**2.  Exhibit 21 is Directly Relevant to Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment**

The existence of Exhibit 21 is directly relevant to the Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. This document demonstrates the level of control Alan Kapanicas exercised over the City of Beaumont, and tends to establish that the adverse domination doctrine applies and that the City Council had no responsibility for insurance matters.

## CONCLUSION

For all of the aforementioned reasons, Plaintiffs request that this Court take judicial notice of Exhibit 21 to the concurrently submitted Appendix of Evidence.

Dated: July 11, 2022                                BEST BEST & KRIEGER LLP

By: /s/ Jeffrey v. Dunn
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and City of Beaumont