JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:20-cv-02164- GW (KKx)

**PLAINTIFF WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS AND CITY OF BEAUMONT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO DOCUMENTS ATTACHED TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**

Date: August 1, 2022
Time: 8:30 a.m.
Courtroom: 9D

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# EVIDENTIARY OBJECTIONS TO THE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS and CITY OF BEAUMONT ("Plaintiffs") hereby submit the following evidentiary objections to the Documents Attached to Defendant National Union Fire Insurance Company's ("Defendant") Request for Judicial Notice (ECF 49-5 pp. 305-319) filed in Support of the Motion for Summary Judgment brought by Defendant.

## GENERAL AND PRELIMINARY OBJECTIONS

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 1 | Felony Plea Forms, *People of the State of California v. Alan Kapanicas, et al.*, Case No. RIF 1602262 ECF NO. 49-5, ECF 49-5 at pp. 305-310. | **Hearsay** (FRE 805, 801-802); (*see Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (holding "[W]hile the existence of the plea is properly subject to judicial notice, the contents of the documents Plaintiff submitted are not judicially noticeable for the purpose for which Plaintiff introduces them; i.e., the truth of the matters contained therein."); *see also Wyatt v. Terhune*, 315 F.3d 1108, 1114 (9th Cir.2003) (concluding that taking judicial notice of the findings of fact from another case exceeds scope of FRE 201);<br><br>**Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or | Sustained:_______<br><br>Overruled:_______ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | | other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 2 | Factual Basis of Deepak Moorjani, *People of the State of California v. Deepak Moorjani*, Case No. RIF 1602262, ECF NO. 49-5, ECF 49-5 at pp. 312-313. | **Hearsay** (FRE 805, 801-802); (*see Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (holding "[W]hile the existence of the plea is properly subject to judicial notice, the contents of the documents Plaintiff submitted are not judicially noticeable for the purpose for which Plaintiff introduces them; i.e., the truth of the matters contained therein."); *see also Wyatt v. Terhune*, 315 F.3d 1108, 1114 (9th Cir.2003) (concluding that taking judicial notice of the findings of fact from another case exceeds scope of FRE 201); While the plea related documents may be judicially noticeable, the truth of the conduct reflected in the plea and factual proffers is not. *See, e.g., Swartz v. Deutsche Bank*, at *6 | Sustained:_______<br>Overruled:_______ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | | (W.D. Wash. May 2, 2008)). | |
| 3 | Factual Basis of David Dillon, *People of the State of California v. David Dillon*, Case No. RIF 1602262, ECF NO. 49-5, ECF 49-5 at pp. 315-316. | **Hearsay** (FRE 805, 801-802); (*see Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (holding "[W]hile the existence of the plea is properly subject to judicial notice, the contents of the documents Plaintiff submitted are not judicially noticeable for the purpose for which Plaintiff introduces them; i.e., the truth of the matters contained therein."); *see also Wyatt v. Terhune*, 315 F.3d 1108, 1114 (9th Cir.2003) (concluding that taking judicial notice of the findings of fact from another case exceeds scope of FRE 201); While the plea related documents may be judicially noticeable, the truth of the conduct reflected in the plea and factual proffers is not. *See, e.g., Swartz v. Deutsche Bank*, at *6 (W.D. Wash. May 2, 2008)). | Sustained:_______ Overruled:_______ |
| 4 | Factual Basis of Ernest Egger, *People of the State of California v. Ernest Egger*, Case No. RIF 1602262, ECF NO. 49-5, ECF 49-5 at pp. 318-319. | **Hearsay** (FRE 805, 801-802); (*see Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (holding "[W]hile the existence of the plea is properly subject to judicial notice, the contents of the documents Plaintiff submitted are not judicially noticeable for the purpose for which Plaintiff introduces | Sustained:_______ Overruled:_______ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | | them; i.e., the truth of the matters contained therein."); *see also Wyatt v. Terhune*, 315 F.3d 1108, 1114 (9th Cir.2003) (concluding that taking judicial notice of the findings of fact from another case exceeds scope of FRE 201); While the plea related documents may be judicially noticeable, the truth of the conduct reflected in the plea and factual proffers is not. *See, e.g., Swartz v. Deutsche Bank*, at *6 (W.D. Wash. May 2, 2008)). | |

Dated: July 11, 2022

BEST BEST & KRIEGER LLP

By: */s/ Jeffrey v. Dunn*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and City of Beaumont