1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER E. DEAL, Bar No. 186754
   chris.deal@bbklaw.com
3  DANIEL L. RICHARDS, Bar No. 315552
   daniel.richards@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone: (949) 263-2600
   Facsimile: (949) 260-0972
7
8  Attorneys for Plaintiffs
   Western Riverside Council of Governments
9  and City of Beaumont

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  WESTERN RIVERSIDE COUNCIL OF          Case No. 5:20-cv-02164- GW (KKx)
    GOVERNMENTS, a California Joint
14  Powers Authority; CITY OF             **PLAINTIFFS WESTERN
    BEAUMONT, a public entity in the      RIVERSIDE COUNCIL OF
15  State of California,                   GOVERNMENTS AND CITY OF
                                          BEAUMONT'S REQUEST FOR
16          Plaintiff,                     EVIDENTIARY RULING ON
                                          SPECIFIED OBJECTIONS TO
17      v.                                 THE DECLARATION OF JAMES
                                          GREGG**
18  NATIONAL UNION FIRE
    INSURANCE COMPANY OF
19  PITTSBURGH, PA, and DOES 1
    through 50, inclusive,
20                                         Date:      August 1, 2022
            Defendants.                    Time:      8:30 a.m.
21                                         Courtroom: 9D

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# EVIDENTIARY OBJECTIONS TO THE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS and CITY OF BEAUMONT ("Plaintiffs") hereby submit the following evidentiary objections to the Declaration of James Gregg (ECF NO. 49-5) filed in Support of the Motion for Summary Judgment brought by Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant").

## GENERAL AND PRELIMINARY OBJECTIONS

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 1 | Declaration of James Gregg (hereinafter "Gregg Decl.") Gregg Decl., ECF NO. 49-5:<br><br>The City of Beaumont contracted with Urban Logic Consultants ("ULC") to perform economic development, construction management, design and inspection work.  Ernest Egger, David Dillon, and Deepak Moorjani owned ULC.  During my tenure, Mr. Dillon (as an economic development consultant for the City) and Mr. Moorjani (as City Engineer for the City) coordinated construction and economic development projects for the City, including creation of bid packages, soliciting bids for | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007))<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | construction work, presenting bids for infrastructure and economic development projects to City Council that their company (ULC) was contracted to supervise on behalf of the City. It is my understanding that Mr. Dillon (as an economic development consultant for the City) and Mr. Moorjani (as City Engineer for the City) made recommendations to the City Council that included work to be supervised by ULC. Based upon discussions and recommendations, the City Council authorized infrastructure and economic development projects that ULC would supervise and manage. It was my understanding that ULC was paid fees to manage projects approved by the City Council which Mr. Dillon (as an economic development consultant for the City) and Mr. Moorjani (as City Engineer for the City) had presented to the Council for approval." | | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | (Gregg Decl. ECF NO. 49-5, at ECF 49-5 pp. 187-188 lines 27 and 1-17 (¶9)). | | |
| 2 | Gregg Decl., ECF NO. 49-5:<br><br>"It is my understanding that during the period in which Messrs. Dillon and Moorjani owned ULC, ULC was paid fees in excess of $25,000 to supervise and manage projects that Mr. Dillon (as an economic development consultant for the City) and Mr. Moorjani (as City Engineer for the City) had discussed and recommended to the City Council."<br><br>(Gregg Decl. ECF NO. 49-5, at ECF 49-5 pp. 188-189 lines 25-27 and 1-2 (¶11)). | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007))<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |
| 3 | Gregg Decl., ECF NO. 49-5:<br><br>"I understood that the City Council had the authority to consider whether Messrs. Egger, Dillon and Moorjani violated California law and whether to remove Messrs. Egger, Dillon and | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007)) | Sustained:_____<br><br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

5:20-CV-02164- GW (KKX)
REQUEST FOR EVIDENTIARY RULING

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | Moorjani. I understood the City Council approved contracts with ULC appointing Messrs. Egger, Dillon and Moorjani to their respective roles, and allowing Messrs. Dillon and Moorjani to recommend projects that resulted in their company (ULC) being paid a fee to supervise those projects on behalf of the City of Beaumont. I was not in a position to question or override the City Council's decisions about the hiring of ULC." <br><br> (Gregg Decl. ECF NO. 49-5, at ECF 49-5 p. 189 lines 3-10 (¶12)). | **Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009); <br><br> **Hearsay** (FRE 805, 801-802); <br><br> **Irrelevant** (FRE 401-402). | |

Dated:  July 11, 2022

BEST BEST & KRIEGER LLP


By:  */s/  Jeffrey v. Dunn*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of
Governments and City of Beaumont

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612