JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:  (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS AND CITY OF BEAUMONT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DECLARATION OF JUDITH BINGHAM**<br><br>Date:　　　August 1, 2022<br>Time:　　　8:30 a.m.<br>Courtroom:　9D |

# EVIDENTIARY OBJECTIONS TO THE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS and CITY OF BEAUMONT ("Plaintiffs") hereby submit the following evidentiary objections to the Declaration of Judith Bingham (ECF No. 49-5) filed in Support of the Motion for Summary Judgment brought by Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant").

## GENERAL AND PRELIMINARY OBJECTIONS

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 1 | Declaration of Judith Bingham (hereinafter "Bingham Decl.") Bingham Decl., ECF NO. 49-5:<br><br>"In approximately August 2004, I assisted in the creation of a website at www.bcrg.org ('BRCG website') containing information about the City of Beaumont's retention of ULC and the ULC principals, and the ULC Principals' conflict of interest that violated Government Code Section 1090. I have added and updated information on the BCRG website over time. The BCRG website still exists today. The statements made on the BCRG website are based on my thorough review of public documents and | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007));<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009));<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106); | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | information I obtained from the City pursuant to public records' requests and from information I compiled, reviewed and analyzed by a consulting firm I retained to analyze City documents related to the contracts entered into between ULC and the City.<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 pp.43-44 lines 22-27 and 1-6 (¶5)) | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 2 | Bingham Decl., ECF NO. 49-5:<br><br>"In September 2010, the BCRG contained the following information: [screen shot omitted]"<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 44 lines 7-16 (¶6)). | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007));<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802); | Sustained:_____<br><br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | | **Incomplete Evidence** (FRE 106);<br><br>**Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 3 | Bingham Decl., ECF NO. 49-5:<br><br>"I have reviewed printouts of the BCRG website, dated September 10, 2010, attached here as Exhibit A. As a founding member of BCRG and a creator of the BCRG website, I am familiar with the BCRG website. Based on my knowledge and memory of the website, the printouts contained in Exhibit A are a fair and accurate | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Constitutes a Legal Conclusion.** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106); | Sustained:_____<br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

5:20-CV-02164- GW (KKX)
REQUEST FOR EVIDENTIARY RULING

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
|  | representation of the BCRG website in September 2010."<br><br>Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 44 lines 17-21 (¶7); and Bingham Decl. Exhibit A, ECF No. 49-5, at ECF 49-5 pp. 51-58). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). |  |
| 4 | Bingham Decl., ECF NO. 49-5:<br><br>"From 2005 until approximately December 2007 and from January 2010 through 2011, I attended nearly every Beaumont City Council meeting. During this time, and later, I repeatedly voiced my concerns to the City Council regarding the City of Beaumont's retention of ULC and the ULC Principals' conflict of interest. Prior to 2011, I told the City Council that | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007));<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802); | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
|  | the retention of ULC and the ULC Principals' actions as city officials violated Government Code Section 1090 because the ULC Principals, in their official capacity, participated in coordinating and planning construction projects for the City and then made recommendations to the City Council that their company (ULC) supervise those projects on behalf of the City for a fee. The City Council awarded work to ULC and paid ULC based on the reocmmendations the ULC Principals made to City Council in their official capacity.<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 pp. 44-45 lines 22-27 and 1-6 (¶8). | **Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402). |  |
| 5 | Bingham Decl., ECF NO. 49-5:<br><br>"As reflected in the Beaumont City Council meeting Minutes, on September 6, 2005, I advised the City Council that the ULC Principals were acting in their own self-interest. (See Minutes for Beaumont City | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901)<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802); | Sustained:_____<br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | Council, dated September 6, 2005, attached here as Exhibit B, at pg. 3.)" (Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 45 lines 7-10 (¶9)). | **Incomplete Evidence** (FRE 106); **Irrelevant** (FRE 401-402); **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 6 | Bingham Decl., ECF NO. 49-5: "As reflected in the Beaumont City Council meeting Minutes, I raised concerns regarding ULC's contract with the City and the ULC Principals' conflict of interest on August 21, 2007; October 2, 2007; August 17, 2010; October 5, 2010; October | **Improper Opinion Testimony** (FRE 701-703); **Lack of Foundation** (FRE 901) **Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009); **Hearsay** (FRE 805, 801-802); | Sustained:_____ Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | 19, 2010; November 16, 2010; April 5, 2011; May 3, 2011; May 17, 2011; June 7, 2011; November 1, 2011; August 21, 2012; December 4, 2012; September 3, 2013; February 4, 2014; and June 3, 2014. (See Minutes for Beaumont City Council, multiple dates, attached here as Group Exhibit C." (Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 45 lines 11-17 (¶10)). | **Irrelevant** (FRE 401-402); **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 7 | Bingham Decl., ECF NO. 49-5: "On or about November 6, 2007, I spoke at a City Council meeting and advised the City Council that the retention of ULC created a conflict because it allowed the ULC Principals to direct work to ULC in their capacity as city officials, supervise and inspect ULC's work in their capacity as city officials, and financially | **Improper Opinion Testimony** (FRE 701-703); **Lack of Foundation** (FRE 901) **Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009); **Irrelevant** (FRE 401-402); **Hearsay** (FRE 805, 801-802). | Sustained:_____ Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | benefit from the work awarded to ULC. At that meeting, I told the City Council that the retention of ULC violated Government Code Section 1090." (Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 45 lines 18-23 (¶11)). | | |
| 8 | Bingham Decl., ECF NO. 49-5: "Despite my appearances before the City Council and explanation that the ULC Principals had a conflict of interest, the City Council continued retaining ULC and allowing the ULC Principals to direct work to ULC and supervise ULC's work while acting in an official capacity for the City of Beaumont." (Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 45 lines 24-27 (¶12)). | **Improper Opinion Testimony** (FRE 701-703); **Lack of Foundation** (FRE 901) **Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009); **Irrelevant** (FRE 401-402); **Hearsay** (FRE 805, 801-802). | Sustained:_____ Overruled:_____ |
| 9 | Bingham Decl., ECF NO. 49-5: "On or about September 1, 2010, BCRG launched the website at wwww.beaumontgate.org [sic] ('BeaumontGate | **Improper Opinion Testimony** (FRE 701-703); **Lack of Foundation** (FRE 901); | Sustained:_____ Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
|  | website'). I have added and updated information on the BeaumontGate website over time. The BeaumontGate website still exists today. The statements made on the… website are based on my thorough review of public documents and information I obtained from the City pursuant to public records' requests and from information compiled, reviewed and analyzed by a consulting firm I retained to analyze City documents related to the contracts entered into between ULC and the City."<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 46 lines 1-8 (¶13)). | **Speculative Lay Testimony** (FRE 701; *see United States v. Freemand*, 498 F.3d 893, 905 (9th Cir. 2007));<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402); **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). |  |
| 10 | Bingham Decl., ECF NO. 49-5: | **Improper Opinion Testimony** (FRE 701-703); | Sustained:_____<br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | "In September 2010 the BeaumontGate website contained the following information: [screenshot omitted] (See printout of BeaumontGate website, dated September 10, 2010, attached here as Exhibit D.) The BeaumontGate website also contained the following information in 2010: [screenshot omitted] (See Exhibit D.)"<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 pp. 46-47 lines 9-26 and 1-15 (¶14); and Bingham Decl. Exhibit D, ECF NO. 49-5, at ECF 49-5 pp. 143-154). | **Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402);<br><br>**Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 11 | Bingham Decl., ECF NO. 49-5: | **Improper Opinion Testimony** (FRE 701-703); | Sustained:_____<br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | "I have reviewed printouts of the BeaumontGate website, dated September 10, 2010, attached here as Exhibit D. As a creator of the BeaumontGate website, I am familiar with the website. Based on my knowledge and memory of the BeamontGate website, the printouts contained in Exhibit D are a fair and accurate representation of the BeaumontGate website in September 2010."<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 47 lines 16-20 (¶15); and Bingham Decl. Exhibit D, ECF NO. 49-5, at ECF 49-5 pp. 143-154). | **Lack of Foundation** (FRE 901);<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Irrelevant** (FRE 401-402);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 12 | Bingham Decl., ECF NO. 49-5: | **Irrelevant** (FRE 401-402);<br><br>**Hearsay** (FRE 805, 801-802). | Sustained:____<br><br>Overruled:____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | "On or about October 7, 2020, Urban Logic Consultants, Mr. Moorjani, Mr. Egger, and MR. Dillon ('ULC Plaintiffs') filed a lawsuit against Beaumont Citizens for Responsible Growth, Mary Daniel, Nancy Hall and me ('the ULC defamation lawsuit'), alleging trade libel and defamation relating to statements posted on the BeaumontGate website."<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 47 lines 21-25 (¶16)). | | |
| 13 | Bingham Decl., ECF NO. 49-5:<br><br>"On February 15, 2011, the court granted defendants' motion to strike the ULC Plaintiffs' complaint."<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 47 lines 26-27 (¶17)). | **Lack of Foundation** (FRE 901);<br><br>**Irrelevant** (FRE 401-402);<br><br>**Hearsay** (FRE 805, 801-802). | Sustained:_____<br><br>Overruled:_____ |
| 14 | Bingham Decl., ECF NO. 49-5:<br><br>"On March 8, 2011, the court entered an order striking the complaint without leave to amend and entered judgment in favor of defendants and against the ULC Plaintiffs, with | **Lack of Foundation** (FRE 901);<br><br>**Irrelevant** (FRE 401-402);<br><br>**Hearsay** (FRE 805, 801-802); | Sustained:_____<br><br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
|  | defendants to recover their attorneys' fees, expenses, and costs."<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 48 lines 1-4 (¶18)). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). |  |
| 15 | Bingham Decl., ECF NO. 49-5:<br><br>"In March 2011, the BeaumontGate website contained the following information regarding the ULC Principals conflict of interest and violation of Government Code Section 1090: [screenshot omitted] (See printout of BeaumontGate website, dated March 19, 2011, attached as Exhibit E.)"<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 pp. 48- | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402); | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | 49 lines 5-27 and 1-2 (¶19); and Bingham Decl. Exhibit E, ECF NO. 49-5, at ECF 49-5 p. 155). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 16 | Bingham Decl., ECF NO. 49-5:<br><br>"I have reviewed printouts of the BeaumontGate website, dated March 19, 2011 attached here as Exhibit E. As a creator of the BeaumontGate website, I am familiar with the website. Based on my knowledge and memory of the BeaumontGate website, the printouts contained in Exhibit E are a fair and accurate representation of the BeaumontGate website in March 2011." | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402); | Sustained:\_\_\_\_\_<br><br>Overruled:\_\_\_\_\_ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
|  | (Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 49 lines 3-7 (¶20); and Bingham Decl. Exhibit E, ECF NO. 49-5, at ECF 49-5 p. 155). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). |  |
| 17 | Bingham Decl., ECF NO. 49-5:<br><br>"As set forth in the following excerpt of an audiotaped recording of the February 4, 2014 City Council meeting, for years I and other members of BCRG have raised concerns to the City regarding the City's contract with ULC and the ULC Principals' conflict of interest: [audio recording excerpt omitted] (See audio recording of April 4, 2014 City Council | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Constitutes a Legal Conclusion** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402); | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | meeting, at BEAUAIG0049060)…"<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 pp. 49-50 lines 8-27 and 1-11 (¶21)). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |
| 18 | Bingham Decl., ECF NO. 49-5:<br><br>"As set forth in the following except of an audiotaped recording of the April 15, 2014 City Council meeting, I again advised the City that, 'Urban Logic against has a conflict of interest and, and they cannot be a consultant on bonds when they are consultants to the City and profit from those bonds.' (See audio recording of April 15, 2014 of City Council meeting, at | **Improper Opinion Testimony** (FRE 701-703);<br><br>**Lack of Foundation** (FRE 901);<br><br>**Constitutes a Legal Conclusion.** (FRE 704; *see United States v. Boulware*, 558 F.3d 971 (9th Cir. 2009);<br><br>**Hearsay** (FRE 805, 801-802);<br><br>**Incomplete Evidence** (FRE 106);<br><br>**Irrelevant** (FRE 401-402); | Sustained:_____<br><br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 17 -

5:20-CV-02164- GW (KKX)
REQUEST FOR EVIDENTIARY RULING

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | BEAUMONTAIG 0296758.)"<br><br>(Bingham Decl. ECF NO. 49-5, at ECF 49-5 p. 50 lines 812-16 (¶22)). | **Requirement of the Original** (FRE 1002); (*see United States v. Bennett*, 363 F.3d 947, 953-54 (9th Cir. 2004)(holding that testimony offered to prove the content of data—or a printout or other representations of such data—is barred by the best evidence rule.); *see also U.S. v. Rivera-Carrizosa*, 35 F.3d 573, 2 (9th Cir. 1994) (holding that an agent's testimony regarding the content of a birth certificate violated the "best evidence" rule [Fed.R.Evid. 1002], which states that "[t]o prove the content of a writing … the original writing … is required, except as provided in these rules or by Act of Congress."). | |

Dated: July 11, 2022

BEST BEST & KRIEGER LLP

By: /s/ Jeffrey v. Dunn
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and City of Beaumont

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 18 -

5:20-CV-02164- GW (KKX)
REQUEST FOR EVIDENTIARY RULING