JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:   (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS AND CITY OF BEAUMONT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DEPOSITION TESTIMONY OF JAMES GREGG**<br><br>Date:         August 1, 2022<br>Time:        8:30 a.m.<br>Courtroom:  9D |
|---|---|

# EVIDENTIARY OBJECTIONS TO THE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS and CITY OF BEAUMONT ("Plaintiffs") hereby submit the following evidentiary objections to the Deposition testimony of James Gregg (ECF NO. 49-5) filed in Support of the Motion for Summary Judgment brought by Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant").

## GENERAL AND PRELIMINARY OBJECTIONS

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 1 | Deposition of James Gregg (hereinafter "Gregg Deposition"), ECF 49-5:<br><br>"Q: And the final product, in term of the facts that you were aware of at the time of your employment with the city, are the facts that are actually detailed in the declaration, is that correct?<br>A: Yes. They're the facts in the declaration. That's correct."<br><br>(Gregg Deposition at 193:20-194:01, ECF NO. 49-5 at ECF 49-5 pp. 196-197). | **Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br>**Leading Question** (FRE 611); (*see Green v. U.S.*, 348 F. 2d 340 (D.C. Cir. 1965). | Sustained:_____<br><br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| | |
|---|---|
| Dated: July 11, 2022 | BEST BEST & KRIEGER LLP |
| | By: */s/ Jeffrey v. Dunn* |
| | JEFFREY V. DUNN |
| | CHRISTOPHER E. DEAL |
| | DANIEL L. RICHARDS |
| | Attorneys for Plaintiffs Western Riverside Council of Governments and City of Beaumont |