JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS AND CITY OF BEAUMONT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DEPOSITION TESTIMONY OF JOHN PINKNEY**<br><br>Date: August 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

# EVIDENTIARY OBJECTIONS TO THE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Plaintiffs WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS and CITY OF BEAUMONT ("Plaintiffs") hereby submit the following evidentiary objections to the Deposition testimony of John Pinkney (ECF NO. 49-5) filed in Support of the Motion for Summary Judgment brought by Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant").

## GENERAL AND PRELIMINARY OBJECTIONS

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 1 | Deposition of John Pinkney (hereinafter "Pinkney Deposition"), ECF 49-5:<br><br>"Q: And so is it true that between April 28, 2015 and June 30th of 2015, your firm, in fact, evaluated Mr. Kapanicas' performance as City Manager?<br>A: I think that's fair."<br><br>(Pinkney Deposition at 33:06-33:09, ECF NO. 49-5 at p.285). | **Irrelevant** (FRE 401-402). | Sustained:_____<br>Overruled:_____ |
| 2 | Pinkney Deposition, ECF 49-5:<br><br>"Q: And your firm spent a considerable amount of time on that effort, did it not?<br>A: We spent a fair amount of time on that effort, we did. And it was--" | **Irrelevant** (FRE 401-402). | Sustained:_____<br>Overruled:_____ |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | (Pinkney Deposition at 33:10-33:13, ECF NO. 49-5 at p. 285). | | |
| 3 | Pinkney Deposition, ECF 49-5:<br><br>"Q: Can you recall a single instance in which Mr. Kapanicas actively impeded you're your evaluation of his conduct? A: You know, I don't know if he was doing something, but I'm not aware of it. And had I been aware of it, we would have – you know, we would have worked to work around that. We wouldn't have allowed him to do it. So we – so I'm not aware of anything that he did. I will say this though. I concerned – I was concerned that while he was there – but it was just a concern. I had no evidence to back it up, you know, as long as he was there was City Manager, that, you know, he had the ability to remove documents from the server, you know, there was always that risk…"<br><br>(Pinkney Deposition at 34:10-34:24, ECF NO. 49-5 at p. 286). | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| 4 | Pinkney Deposition, ECF 49-5:<br><br>"Q: Mr. Kapanicas, as City Manager, could prevent the City form issuing subpoenas in further of an investigation, could he?<br>A: He did not have authority to do that…"<br><br>(Pinkney Deposition at 40:24-41:05, ECF NO. 49-5 at p. 287). | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |
| 5 | Pinkney Deposition, ECF 49-5:<br><br>"Q: And I understand that, sir, and I want to separate, you know, the challenges of an investigation from what makes it impossible. I'm just wondering, was there any conduct by Mr. Dillon that rendered it impossible for you to conduct an investigation into Mr. Kapanicas and his performance in April/May/June time frame of 2015?…<br>A: Okay. I'm not aware of anything. He may have been – you know, he may have hid things or carted things off, but I'm not aware of that. And I'm not aware…that he interfered | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | with or impeded our work." (Pinkney Deposition at 42:19-43:05, ECF NO. 49-5 at p. 288). | | |
| 6 | Pinkney Deposition, ECF 49-5:<br><br>"Q: How about Mr. Moorjani? Are you aware of anything he did that impeded or prevented the investigation into Mr. Kapanicas and his performance?<br>A: I'm not aware of anything. They – you know, Moorjani was, I believe, the head of public works. Dillon was the head of economic development. And Egger – those are the three individuals that were affiliated with Urban Logic – Egger was the head of planning. And they were all gone at or about or shortly after the time that we come on. And then Aylward, the former finance director, left. So other than they weren't around, they weren't available, you know, to speak with." | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |

| Obj. No. | Material Objected To | Grounds for Objection | Ruling on the Objection |
|---|---|---|---|
| | (Pinkney Deposition at 43:06-43:18, ECF NO. 49-5 at p. 288). | | |
| 7 | Pinkney Deposition, ECF 49-5:<br><br>"Q: I'm just wondering if Mr. Moorjani, if you can identify any conduct that he engaged in that rendered it impossible for you to do an investigation into Mr. Kapanicas' conduct?<br>A: Not that I'm aware of."<br><br>(Pinkney Deposition at 43:21-25, ECF NO. 49-5 at p. 288). | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |
| 8 | Pinkney Deposition, ECF 49-5:<br><br>"Q: Did Mr. Egger engage in any conduct that made it impossible for you to investigate Mr. Kapanicas' conduct?<br>A: Not that I'm aware of. And we did investigative Kapanicas' – the activites at the City under his administration."<br><br>(Pinkney Deposition at 44:01-04, ECF NO. 49-5 at p. 288). | **Irrelevant** (FRE 401-402). | Sustained:_____<br><br>Overruled:_____ |

1   Dated: July 11, 2022                    BEST BEST & KRIEGER LLP

3                                            By: */s/ Jeffrey v. Dunn*
4                                            JEFFREY V. DUNN
                                             CHRISTOPHER E. DEAL
                                             DANIEL L. RICHARDS

                                             Attorneys for Plaintiffs
                                             Western Riverside Council of
                                             Governments and City of Beaumont