JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  August 1, 2022<br>Time:  8:30 a.m.<br>Courtroom:  9D |

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a partner at Best Best & Krieger LLP, attorneys of record for Attorneys for Plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (the "City") (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called to do so, could competently testify to them

2. On March 31, 2022, former Beaumont Councilmember Roger Berg was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 1 is a true and correct copy of excerpts from the transcript of Mr. Berg's deposition.

3. On May 18, 2022, Judith Blake was deposed in this matter, as an individual employed by NUFIC and as a corporate representative for NUFIC. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 2 is a true and correct copy of excerpts from the transcript of Ms. Blake's deposition.

4. On April 22, 2022, former Beaumont Councilmember David Castaldo was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 3 is a true and correct copy of excerpts from the transcript of Mr. Castaldo's deposition.

5. On April 28, 2022, former Beaumont Councilmember Brian DeForge was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 4 is a true and correct copy of excerpts from the transcript of Mr. DeForge's deposition.

6. On April 29, 2022, former Beaumont Councilmember Nancy Gall was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 5 is a true and correct copy of excerpts from the transcript of Ms. Gall's deposition.

7. On March 23, 2022, former Resource Director, former interim City Manager, and current City Manager Elizabeth Gibbs was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 6 is a true and correct copy of excerpts from the transcript of Ms. Gibbs's deposition.

8. On March 24, 2022, former Resource Director, former interim City Manager, and current City Manager Elizabeth Gibbs was deposed in this matter as corporate representative for the City of Beaumont. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 7 is a true and correct copy of excerpts from the transcript of Ms. Gibbs's deposition.

9. On April 26, 2022, former City of Beaumont Risk Manager James Gregg was deposed in this matter. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 8 is a true and correct copy of excerpts from the transcript of Mr. Gregg's deposition.

10. On May 24, 2022, Barbara Leone was deposed in this matter, as an individual employed by NUFIC and as a corporate representative for NUFIC. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 9 is a true and correct copy of excerpts from the transcript of Ms. Leone's deposition.

11. On July 11, 2022, former Resource Director, former interim City Manager, and current City Manager Elizabeth Gibbs, executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 10 is a true and correct copy of Ms. Gibbs's Declaration.

12. On July 11, 2022, former Beaumont Councilmember David Castaldo executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 11 is a true and correct copy of Mr. Castaldo's Declaration.

//
//

13. On July 11, 2022, Peter Nolan, an attorney representing the City of Beaumont, executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 12 is a true and correct copy of Mr. Nolan's Declaration.

14. On July 7, 2022, Steven DeBaun, general counsel for Plaintiff Western Riverside Council of Governments, executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 13 is a true and correct copy of Mr. DeBaun's Declaration.

15. On July 8, 2022, Plaintiffs' expert witness Daniel W. Ray executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 14 is a true and correct copy of Mr. Ray's Declaration.

16. On July 8, 2022, Plaintiffs' expert witness Douglas E. Barnhart executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 15 is a true and correct copy of Mr. Barnhart's Declaration.

17. On July 8, 2022, Plaintiffs' expert witness John Lepire executed a declaration in support of Plaintiffs' Opposition to NUFIC's Motion for Summary Judgment. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 16 is a true and correct copy of Mr. Lepire's Declaration.

18. During his March 31, 2022 deposition, former Councilmember Roger Berg identified and authenticated an August 20, 2001 letter that he had written to the Office of Inspector General for U.S. Department of Commerce. This letter was introduced as Exhibit 28 during the deposition of Roger Berg. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 17 is a true and

1  correct copy of the letter introduced as Exhibit 28 during the deposition of Mr.
2  Berg.

3      19.    During his March 31, 2022 deposition, former Councilmember Roger
4  Berg identified and authenticated a June 15, 2019 letter that he had written to the
5  Hon. Becky L. Dugan. This letter was introduced as Exhibit 30 during the
6  deposition of Roger Berg. Attached to the Appendix of Evidence, filed concurrently
7  herewith, as Exhibit 18 is a true and correct copy of the letter introduced as Exhibit
8  30 during the deposition of Mr. Berg.

9      20.    During discovery in this matter, Defendant NUFIC produced a report
10 prepared by NUFIC's forensic accountants HSNO. Attached to the Appendix of
11 Evidence, filed concurrently herewith, as Exhibit 19 is a true and correct copy of
12 this report.

13     21.    In January of 2020, I participated in a meeting with Kenneth Watnick,
14 counsel for NUFIC. At this meeting, Watnick, on behalf of NUFIC, offered
15 Plaintiffs $1,500,000 in exchange for a waiver of all of Plaintiffs' rights under the
16 insurance policy. Attached to the Appendix of Evidence, filed concurrently
17 herewith, as Exhibit 20 is a true and correct copy of an email exchange
18 memorializing this offer. See May 7, 2020 email from Watnick ("I am writing in
19 follow up to our meeting in late January during which National Union proposed to
20 resolve this claim for $1.5 million.").

21     22.    On July 9, 2022, I navigated to City of Beaumont's online repository
22 of its Municipal Code and downloaded a copy of Chapter 2.12 – City Manager.
23 This document is available online at:
24 https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT
25 2ADPE_CH2.12CIMA. As reflected on this document, Section 2.12.060 was last
26 amended in 1977, and Section 2.12.090 was last amended in 1965. Attached to the
27 Appendix of Evidence, filed concurrently herewith, as Exhibit 21 is a true and
28 correct copy of Chapter 2.12 of the Beaumont Municipal Code.

- 5 -

5:20-CV-02164- GW (KKX)
DECLARATION

23. Since 2016, NUFIC, including its claims handlers and attorneys, and counsel for Plaintiffs have exchanged numerous correspondence. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 22 is a true and correct copy of this correspondence, excluding individual emails.

24. To this day, NUFIC has not issued a coverage determination, has not denied the claim, has not accepted any part of the claim, or paid the City any amount under the policies it issued to the City.

25. On September 30, 2019, the City of Beaumont "and its related entities" (e.g., the Beaumont Finance Authority) assigned its claims under to the policies to WRCOG, "to the extent that such assignment is permissible under applicable law and the [policies]." Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibit 23 is a true and correct copy of this assignment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2022, at Irvine, CA.

Christopher E. Deal