JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:   (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**APPENDIX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   August 1, 2022<br>Time:   8:30 a.m.<br>Courtroom:   9D |

Plaintiffs, Western Riverside Council of Governments and City of Beaumont, ("Plaintiffs"), hereby submit the following exhibits in support of its Opposition to Motion for Summary Judgement:

| Exh. | Document | Pages |
|---|---|---|
| 1. | Excerpts from Deposition of Roger Berg; March 31, 2022 | 1-24 |
| 2. | Excerpts from Deposition of Judith Blake; May 18, 2022 | 1-5 |
| 3. | Excerpts from Deposition of David Castaldo; April 22, 2022 | 1-8 |
| 4. | Excerpts from Deposition of Brian DeForge; April 28, 2022 | 1-18 |
| 5. | Excerpts from Deposition of Nancy Gall; April 29, 2022 | 1-11 |
| 6. | Excerpts from Deposition of Elizabeth Gibbs; March 23, 2022 | 1-14 |
| 7. | Excerpts from Deposition of Elizabeth Gibbs; March 24, 2022 | 1-15 |
| 8. | Excerpts from Deposition of James Gregg; April 26, 2022 | 1-43 |
| 9. | Excerpts from Deposition of Barbara Leone; May 24, 2022 | 1-5 |
| 10. | Declaration of Elizabeth Gibbs; July 11, 2022 | 1-17 |
| 11. | Declaration of David Castaldo; July 11, 2022 | 1-30 |
| 12. | Declaration of Peter Nolan; July 11, 2022 | 1-4 |
| 13. | Declaration of Steven C. DeBaun; July 7, 2022 | 1-4 |
| 14. | Declaration of Daniel W. Ray; July 8, 2022 | 1-1064 |
| 15. | Declaration of Douglas E. Barnhart; July 8, 2022 | 1-15 |
| 16. | Declaration of John Lepire; July 8, 2022 | 1-18 |
| 17. | Letter from Roger Berg to the Office of Inspector General for U.S. Department of Commerce; August 20, 2001 (from March 31, 2022, Deposition of Roger Berg, Ex. 28) | 1-10 |

| 18. | Letter from Roger Berg to Hon. Becky L. Dugan; June 15, 2019 (from March 31, 2022, Deposition of Roger Berg, Ex. 30) | 1-17 |
|---|---|---|
| 19. | HSNO Supplemental Report; August 16, 2019 | 1-9 |
| 20. | Email from Kenneth Watnick to Christopher Deal, dated May 7, 2020 | 1-2 |
| 21. | City of Beaumont, Municipal Code of Ordinances, Chapter 2.12 – City Manager; retrieved July 9, 2022 | 1-4 |
| 22. | Correspondence between NUFIC and counsel for Plaintiffs | 1-295 |
| 23. | Letter from Julio Martinez to Steven C. DeBaun, dated September 30, 2019 | 1 |

Dated: July 11, 2022

BEST BEST & KRIEGER LLP

By: */s/ Jeffrey v. Dunn*
    JEFFREY V. DUNN
    CHRISTOPHER E. DEAL
    DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and City of Beaumont