# EXHIBIT 2

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
- - -

WESTERN RIVERSIDE        :
COUNCIL OF               :
GOVERNMENTS, a           :
California Joint         :
Powers Authority;        :
CITY OF BEAUMONT, a      :
public entity in the     :
State of California,     :
       Plaintiff,        :
                         :
     v.                  :
                         :
NATIONAL UNION FIRE      :
INSURANCE COMPANY OF     :
PITTSBURGH, PA. and      :
DOES 1 through 50,       : Case No.
inclusive,               : 5:20-cv-02164-
       Defendants.       : GW-KK
                  - - -

Wednesday, May 18, 2022

- - -

Video deposition of JUDITH

BLAKE, held remotely via Zoom, commencing

at 11:20 a.m. on the above date, before

Pamela J. Gober Bracic, a Federally

Approved Registered Professional Reporter

and Notary Public.

- - -

MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

Exhibit 2
Page 1 of 5



Page 6

```
 1                     -  -  -

 2              VIDEOGRAPHER:  We are now on

 3         the record.  This begins Video

 4         No. 1 in the deposition of Judith

 5         Blake, in the matter of Western

 6         Riverside Counsel of Governments,

 7         et al. versus National Union Fire

 8         Insurance, or INS, et al., in the

 9         United States District Court,

10         Central District of California,

11         Eastern Division.

12              Today is Wednesday, May 18,

13         2022, and the time is 11:20 a.m.

14         Eastern Daylight Time.

15              This deposition's being

16         taken via Zoom video conferencing,

17         with all parties appearing

18         remotely, at the request of Best,

19         Best and Krieger, LLP.

20              The videographer is Ken

21         Roberts, and the court reporter is

22         P.J. Bracic, and we're both from

23         Magna Legal Services.

24              Will all county -- excuse
```

Exhibit 2
Page 2 of 5



Page 7

```
 1          me -- all counsel and all -- let me

 2          try that again.

 3                  Will counsel and all parties

 4          present state their appearances and

 5          whom they represent.

 6                  MR. DEAL:  This is Chris

 7          Deal for plaintiff, WRCOG and the

 8          City.

 9                  MR. VAHEDY:  I am Aryan

10          Vahedy on behalf of plaintiff, as

11          well.

12                  MR. SCHMOOKLER:  Scott

13          Schmookler on behalf of the witness

14          and the defendant.

15                  VIDEOGRAPHER:  Will the

16          court reporter please swear in the

17          witness.

18                      -   -   -

19                  JUDITH BLAKE, after having

20          been duly sworn, was examined and

21          testified as follows:

22                      -   -   -

23                  EXAMINATION

24                      -   -   -
```

Exhibit 2
Page 3 of 5



Page 230

```
 1              VIDEOGRAPHER:  Okay.  And

 2        then Scott, did you want a copy of

 3        the video, sir?

 4              MR. SCHMOOKLER:  No.

 5              VIDEOGRAPHER:  Okay.

 6              COURT REPORTER:  Scott, do

 7        you want a copy of the transcript?

 8              MR. SCHMOOKLER:  Yes.

 9              VIDEOGRAPHER:  Okay.  I

10        think we are done with our

11        housekeeping.

12              This concludes today's

13        deposition of Judith Blake.  We are

14        now going off the record on

15        Wednesday, May 18, 2022, at

16        5:26 p.m. Eastern Daylight Time.

17              MR. DEAL:  Thanks everyone.

18                     -   -   -

19

20

21

22

23

24
```

Exhibit 2
Page 4 of 5



Page 231

```
 1                      -  -  -

 2                 C E R T I F I C A T E

 3

 4              I hereby certify that the

 5    witness was duly sworn by me and the

 6    transcript is a true record of the

 7    proceeding.

 8

 9

10

11              Pamela J Bracic

12              Pamela J. Gober Bracic

13              Registered Professional

14              Reporter

15              Notary Public

16              Dated:  May 31, 2022

17

18                      -  -  -

19              (The foregoing certification

20    of this transcript does not apply to any

21    reproduction of the same by any means,

22    unless under the direct control and/or

23    supervision of the certifying reporter.)

24                      -  -  -
```

Exhibit 2
Page 5 of 5



MAGNA
LEGAL SERVICES