# EXHIBIT 9

Page 1

```
        IN THE UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA
                 EASTERN DISTRICT

                     Case No. 5:20-cv-02164-GW-KK


WESTERN RIVERSIDE COUNCIL:  DEPOSITION UPON
OF GOVERNMENTS, a Cali-  :
fornia Joint Powers      :  ORAL EXAMINATION
Authority; CITY OF       :
BEAUMONT, a public entity:       OF
in the State of Califor- :
nia,                     :
          Plaintiff,     :
         - vs -          :
NATIONAL UNION FIRE      :
INSURANCE COMPANY OF     :
PITTSBURGH, PA. and DOES :
 through 50, inclusive,  :
          Defendants.    :  BARBARA A. LEONE
```

Zoom Videotape Deposition taken pursuant to notice was

held on Tuesday, May 24, 2022, beginning at 12:04 p.m.

Eastern Time, before Eva Hudson, Professional Court

Stenographer and Notary Public, with all counsel being in

their respective locations.

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com

Exhibit 9
Page 1 of 5



```
                                            Page 5
 1            VIDEOTAPE OPERATOR:  Good
 2       morning -- or, good afternoon.  We are
 3       now on the record.
 4            This begins videotape number one in
 5       the deposition of Barbara A. Leone in
 6       the matter of Western Riverside Council
 7       Of Governments, et al., vs. National
 8       Union Fire Institutional, et al.
 9            Today is Tuesday, May 24th, 2022,
10       and the time is now approximately
11       12:10 p.m. Eastern Time.  This
12       deposition is being taken at a Zoom
13       virtual location.
14            The videographer is Jacob
15       Uscinowicz of Magna Legal Services, and
16       the court reporter is Eva Hudson of
17       Magna Legal Services.
18            Will counsel and all parties
19       present state their appearances and whom
20       they represent?
21            MR. DEAL:  This is Chris Deal for
22       the plaintiffs.
23            MR. VAHEDY:  Aryan Vahedy for the
24       plaintiffs.
```

Exhibit 9
Page 2 of 5



```
                                                         Page 6
 1               MR. SCHMOOKLER:  Scott Schmookler
 2         for the defendant and witness.
 3               VIDEOTAPE OPERATOR:  Will the court
 4         reporter please swear in the witness?
 5                        - - -
 6               BARBARA A. LEONE, having been
 7         duly sworn, was examined and testified
 8         as follows:
 9                        - - -
10                     EXAMINATION
11                        - - -
12   BY MR. DEAL:
13   Q       Good morning, Ms. -- is it Leone or Leone?
14   A       It's Leone.
15   Q       It's a little hard to hear you.  I don't
16   know if there's any way to turn up the mic.
17   A       Is this better?
18   Q       I think so, yeah.
19           So can you please state and spell your name
20   for the record?
21   A       Sure.  It's Barbara Leone.  B-A-R-B-A-R-A.
22   Leone, L-E-O-N-E.
23   Q       And what's your current residence address?
24   A       175 Adams Street, Brooklyn, New York 11201.
```

Exhibit 9
Page 3 of 5



Case 5:20-cv-02164-GW-KK   Document 54-24   Filed 07/11/22   Page 5 of 6   Page ID #:2560

Page 147

```
 1        of here.
 2             So I think we just handle the
 3        transcript by code?
 4             MR. SCHMOOKLER:  That's fine.
 5             We'll reserve signature, and you
 6        can send it to me.
 7             MR. DEAL:  Aryan, we'll transmit
 8        the exhibits to the court reporter, if
 9        that's okay?
10             MR. VAHEDY:  Fine.
11             MR. DEAL:  We'll probably just go
12        sequentially tomorrow.
13             Eva, are you doing tomorrow's
14        deposition?
15             MR. SCHMOOKLER:  Let's go off the
16        record.
17             VIDEOTAPE OPERATOR:  The time is
18        now approximately 5:14 p.m.  We are
19        going off the record.
20                  (Whereupon, the video concluded
21        at 5:14 p.m.)
22
23
24
```

Exhibit 9
Page 4 of 5



```
                                                    Page 148
 1                  C E R T I F I C A T I O N
 2
 3            I, Eva Hudson, do hereby certify
 4       that the proceedings, evidence and
 5       objections noted are contained fully and
 6       accurately in the notes taken by me of
 7       the preceding oral deposition and that
 8       this copy is a correct transcription of
 9       the same.
10
11            _____Eva Hudson_____
              Eva Hudson, Professional Reporter
12
13
14
15
16
17
18
19            (The foregoing certification of
20       this transcript does not apply to any
21       reproduction of the same by any means,
22       unless under the direct control and/or
23       supervision of the certifying shorthand
24       reporter.)
```

Exhibit 9
Page 5 of 5

