# EXHIBIT 11

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California  92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF DAVID CASTALDO IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          August 1, 2022<br>Time:         8:30 a.m.<br>Courtroom:  9D |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 1 -

Exhibit 11
Page 1 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

## DECLARATION OF DAVID CASTALDO

I, David Castaldo, declare as follows:

1.  I have personal knowledge of the matters and facts set forth below and am competent to testify to such matters and facts.

2.  I am a resident of the City of Beaumont, California, and served on the Beaumont City Council from 2010 to 2014. From 2004 to 2008, I served on the City of Beaumont Planning Commission.

3.  The City of Beaumont's Risk Management Department was headed by James Gregg, who was the City's Risk Manager. James Gregg, acting under the direction and control of City Manager Alan Kapanicas, was responsible for handling all insurance matters on behalf of the City.

4.  In my tenure on the City Council, Gregg was not required to and did not seek the approval of the City Council before tendering an *insurance* claim to an insurance company under a policy.

5.  To the extent "claims" were brought before the City Council for consideration by the City Council, they were not insurance claims, but written claims under California's Government Claims Act. Under this statute, when a person is harmed and believes the City is responsible, they must present a "claim" to the City to provide the City an opportunity to investigate the claim and potentially settle the claim before filing a lawsuit against the City.

6.  I knew that, under the Beaumont Municipal Code, the City Council did not and could not exercise direct control over individual employees or officers of the City. The City Council was the legislative head of the City Government, but City Manager Alan Kapanicas was the administrative head of the City Government and had the ultimate power and duty to control, order, and give directions to City employees and inferior municipal officials, including James Gregg. This knowledge was based on Beaumont Municipal Code section 2.12.060 and my personal experience with the day-to-day function of the City of Beaumont.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

Exhibit 11
Page 2 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

7.      I learned while a City Council member that in 1993 and 1994, the City of Beaumont entered into several contracts with Urban Logic Consultants ("ULC") under which ULC would provide staff to perform certain general administrative functions, construction management, design, inspection, and other work for the City of Beaumont. All of the work performed by ULC and the ULC Principals was within the scope of these original contracts.

8.      Under the terms of these contracts, David Dillon was the City's Economic Development Director, Deepak Moorjani was the City's Public Works Director, and Ernest Egger was the City's Planning Director. Together, I will refer to these individuals as the ULC Principals.

9.      Because no further contracts were entered into between Beaumont and ULC,  I knew that all work performed by ULC was performed pursuant to the original contracts entered into with ULC before the ULC principals became City Officials. Based on this fact, I understood at all times that ULC's work for the City did not violate California Government Code Section 1090 ("Section 1090") because the ULC principals were not financially interested in any contract made by them *in their official capacity*. This understanding was informed by explanations I received from former City Mayors Deforge and Fox, City Manager Alan Kapanicas, and other City staff and officials.

10.     Based on my conversations with other City Council members and Mayor DeForge, I know that this understanding was shared by the other members of the Beaumont City Council. At no time did the City Council know or believe that ULC or the ULC principals were financially interested in any contract made by them in their official capacity.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 3 -

Exhibit 11
Page 3 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

11.     To the best of my recollection, while the ULC principals signed staff reports concerning projects that their respective departments were responsible for, and minor amendments to the existing contracts were made in or around 2012 or 2013, the ULC principals never recommended or discussed the formation of any new contract in which they or ULC were financially interested.

12.     While certain community members, most notably Nancy Hall and Judith Bingham, alleged that the ULC principals were involved in conflicts of interest, I understood that these lay citizens were mistaken and did not understand the relevant conflict of interest laws. In particular, I believed that these individuals were mistaken in their belief that the City's contracts with ULC were entered into in violation of section 1090, because the contracts were formed before the ULC principals were city officials. In fact, Alan Kapanicas told me and other council members repeatedly and at length that the allegations of Hall and Bingham were false. Additionally, Alan Kapanicas told me and other council members that the District Attorney's Office had investigated the complaint of Nancy Hall and Judith Bingham, and had not uncovered any evidence of any crime or illegality. Kapanicas kept a voicemail he had received from the District Attorney's office confirming that the investigation had uncovered no crime or illegality, and he played this voicemail to me to demonstrate that the allegations had been investigated and no wrongdoing was found.  I and the rest of the City Council relied upon the fact that the District Attorney had concluded there was no conflict of interest or other criminal wrongdoing for years.

13.     I had no knowledge of any overcharging by ULC or the principals of ULC. I understood, based on conversation with other City Council members, that no City Councilmember had any knowledge of any overcharging by ULC or the principals of ULC. This belief is supported by the fact that no investigation of overcharging was formally conducted by the City Council, because the City Council had no reason to believe overcharging was occurring.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

Exhibit 11
Page 4 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

14.     The City Council did not review and approve detailed invoices. Rather, the City Council approved "warrant lists" which identified overall payments to specific vendors. Attached hereto as Exhibit 1 is a true and correct copy of an example of a warrant list. As shown on this document, the warrant list does not describe the specific work performed by a contractor, who performed the work, or the total hours spend on the work. Rather, the warrant list identifies total overall payment to vendors. Neither I nor any member of the City Council could have determined from the warrant list (or any other document presented to the City Council) that the ULC principals were submitting invoices for work that was not performed, seeking inflated payment for work performed by subcontractors, or exceeding the 4.5 percent cap, as is discussed below.

15.     Additionally, I was a member of the City's Financial Review Committee, along with Mayor Brenda Knight, City Manager Kapanicas, finance director William Aylward, and Beaumont Treasurer Robert Deming.  Aylward and his staff were responsible for detailed review of the work performed by City Contractors, and would inform the rest of the Financial Review Committee that all work, including the work performed by ULC, was within budget, proceeding properly, and properly funded. Even in my role as a member of the financial Review Committee, I did not have sufficient information to uncover the overbilling scheme of ULC, and did not at any time believe that ULC was overbilling the City.

16.     I know that ULC's contract with the City imposed a "cap" of payment to ULC of 4.5 percent of the construction cost for public improvement for certain services provided by ULC and the ULC principals. I was not aware at any time that ULC would exceed the 4.5 percent cap, and neither ULC nor any other person disclosed to the City Council that the 4.5 percent cap was or would be exceeded.

17.     Neither ULC nor any other person presented sufficient information to the City Council to determine that the 4.5 percent cap would be exceeded, and the City Council never affirmatively approved of ULC exceeding the 4.5 percent cap.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

Exhibit 11
Page 5 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

18. In particular, the Capital Improvement Plans that were submitted to the City Council did not disclose sufficient information for the City Council to determine that ULC would exceed the 4.5 percent cap, for a number of reasons.

19. First, the Capital Improvement Plans did not disclose what individuals or contractors would perform what type of work on any particular project. While some Capital Improvement Plans included a lengthy list of authorized contractors, the Capital Improvement Plan did not identify which specific contactors would perform what work.

20. Second, the Capital Improvement Plans set broad, forward looking budgets, and did not authorize any specific work or authorize any specific contractor to perform any specific work. Any work performed by any employee or contractor was required to be separately authorized by a contract or come within the scope of an employee's duties.

21. I understood that if the Capital Improvement Plan contemplated a project that could not be performed in whole or part by a particular contractor or employee (e.g., that the work would not be permitted by the contractor's contract) another employee or contractor would perform the work or a contract would be amended to allow the work to be performed. I did not at any time believe that approval of a Capital Improvement Plan would permit *any* City employee or contractor to perform work for the City or require the City to incur debts or obligations that were not otherwise permitted by a contract or statute.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

22.     By way of example, attached hereto as Exhibit 2 is a true and correct copy of the Capital Improvement Plan for fiscal year 2011-2012. This Capital Improvement Plan was reviewed and approved by the City Council while I was a City Council member. As I describe above, this Capital Improvement Plan does not disclose which contractors or which employees will perform work on which project. Nor does the document approve any contractor or employee to perform any specific work, and there is no authorization for any contractor to perform any work not otherwise authorized by a separate contract.

23.     As reflected on the Capital Improvement Plan, ULC performed no work for the Beaumont Financing Authority ("BFA"). While BFA was involved in payment to ULC of Community Facilities District and bond funds, the work performed by ULC was performed for the City and pursuant to ULC's contracts with the City with funds belonging to the City. See Exhibit 2 at p. BEAUAIG0004414 ("The *City of Beaumont* will us community facility district funds, revenue bond proceeds . . . assessment district and other funds to implement Plan projects as part of the Comprehensive Public Facilities Financing Program.

24.     ULC's detailed invoices, listing hours worked and who performed what work at what rate, were not presented to or reviewed by the City Council. Rather, as described above, the warrants, Capital Improvement Plans, and other documents presented to and reviewed by the City Council contained only total dollar amounts and budgets. Thus, the City Council was never presented with sufficient information to discover any overbilling by ULC.

25.     Because other City Council members had access to the same information I had, it is my understanding that no other City Council member could have known of any overcharging on the part of ULC.

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 7 -

Exhibit 11
Page 7 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

26.     After the Superior Court issued its statement of decision and judgment on the WRCOG lawsuit against the City of Beaumont, I and the remainder of the City Council were repeatedly told by City Manager Alan Kapanicas and others that the Superior Court was wrong in its statement of decision and judgment, and refused to look at the City's evidence, including multiple boxes of documents, that the judgment would be appealed by the City, and that the judgment would certainly be reversed on appeal. Further, I understood the court's judgment and statement of decision to reference harm that had been caused to WRCOG. At no time did I understand that Court's judgment and statement of decision to state or imply that the ULC principals or any other City staff had engaged in theft of City funds or dishonest conduct that had caused the direct theft or loss of any City funds.

27.     Alan Kapanicas, as City Manager, exercised extraordinary control over the City Council and City Staff. As described above, Alan Kapanicas had essentially unfettered discretion to control, direct, and fire City staff and most officials. As City Manager, Alan Kapanicas also had control over staff reports and could control what information reached the City Council.

28.     On or about February 8, 2022, I was contacted by an attorney for NUFIC and asked to answer questions. NUFIC's attorneys did not disclose to me that they were a defendant in a lawsuit in which they were being sued by the City, and did not otherwise disclose their adversity to the City of Beaumont. Rather, counsel for NUFIC indicated that they were the "lawyers for the City's insurance company." Based on the call from the attorney for NUFIC, I was under the impression that if I had talked with the attorneys for NUFIC I would be assisting the City.

29.     At no time when I was on the City Council did I believe or suspect that the ULC principals or Kapanicas had engaged in theft or dishonest conduct.

Exhibit 11
Page 8 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1    30.    At no time when I was on the City Council did I believe or suspect that

2    the ULC principals had engaged in theft or any other dishonest act that caused a

3    loss of money equaling or exceeding $25,000.

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6    Executed this 11th day of July, 2022, at _____ Beaumont  CA

7

8                                        Signername

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Best Best & Krieger LLP

Exhibit 11
Page 9 of 30
5:20-CV-02164- GW (KKX)
DECLARATION

# EXHIBIT 1

Exhibit 11
Page 10 of 30

EXHIBIT
2

AGENDA ITEM NO. 3.C

WARRANT LIST
CITY COUNCIL MEETING
February 01, 2011

| | | |
|---|---|---|
| 73577-73718 | Checks | $1,157,297.83 |
| EFT 521-524 | ACH | $66,554.05 |
| EFT 234-256 | Credit Card | $30,195.37 |

| | | |
|---|---|---|
| Voids | 073634, 073635 | |
| Payroll | PPE 01/06/11 | $ 468,500.54 |
| Mutual of Omaha | PPE 12/23/10 | $ 33,081.13 |
| Cal PERS | PPE 01/06/11 | $ 112,125.06 |

I DO HEREBY CERTIFY THIS WARRANT LIST HAS BEEN COMPILED AND PREPARED TO MEET THE DAILY OPERATIONS FOR THE FISCAL YEAR JULY 1, 2010 TO JUNE 30, 2011.

SIGNATURE: _____

TITLE: Finance Director

Exhibit 11
Page 11 of 30

## City of Beaumont

Vendor Check Register

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| 073577 | 01/12/2011 | JEFFREY FOX | 400.00 | ADVANCE |
| 073578 | 01/14/2011 | GREENFEAT | 2,750.00 | CONTRACT SERVICES |
| 073579 | 01/14/2011 | JENNIFER RUVALCAVA | 524.64 | PAYROLL |
| 073580 | 01/14/2011 | AISG, ISO SERVICES, INC | 1,100.00 | YEARLY FEE |
| 073581 | 01/14/2011 | FENRANDO ANAS JR | 23.50 | REFUND |
| 073582 | 01/14/2011 | ARROWHEAD | 56.52 | WATER SERVIC E |
| 073583 | 01/14/2011 | CALPERS | 2,714.40 | BENEFITS |
| 073584 | 01/14/2011 | DAVID CASTALDO | 152.50 | MEETING |
| 073585 | 01/14/2011 | CASTANEDA & ASSOCIATES | 3,000.00 | SERVICES |
| 073586 | 01/14/2011 | CASTRO CHAPTER ONE | 100.00 | TRAINING |
| 073587 | 01/14/2011 | CINTAS CORPORATION #150 | 359.95 | CONTRACT SERVICES |
| 073588 | 01/14/2011 | CR&R INC. | 9,331.00 | STREET CLEANING |
| 073589 | 01/14/2011 | CSG SYSTEMS | 2,212.97 | OFFICE SUPPLIES |
| 073590 | 01/14/2011 | CUSTOM TROPHIES | 11.42 | NAME PLATES |
| 073591 | 01/14/2011 | DIRECTV | 96.98 | CABLE SERVICE |
| 073592 | 01/14/2011 | E.S.BABCOCK & SONS, INC. | 2,735.00 | CONTRACT SERVICES |
| 073593 | 01/14/2011 | ECONOMICS & POLITICS, INC | 4,166.66 | CONTRACT SERVICES |
| 073594 | 01/14/2011 | ERMAC | 6,474.27 | MATERIALS |
| 073595 | 01/14/2011 | FOOTHILL VACUUM & JANITORIA | 196.50 | CONTRACT SERVICES |
| 073596 | 01/14/2011 | GENERAL GOVERNMENT | 7,628.00 | CONTRACT SERVICE |
| 073597 | 01/14/2011 | Gosch | 28.26 | VEHICLE MAINTENANCE |
| 073598 | 01/14/2011 | GUARDIAN LIFE INSURANCE | 18,202.53 | INSURANACE |
| 073599 | 01/14/2011 | HARMSWORTH ASSOCIATES | 13,875.00 | CONTRACT SERVICES |
| 073600 | 01/14/2011 | HOME DEPOT/CREDIT SERVICES | 143.69 | MAINTENANCE SUPPLIES |
| 073601 | 01/14/2011 | JOHNSON POWER SYSTEMS | 3,996.76 | SERVICES |
| 073602 | 01/14/2011 | JP STRIPING | 900.00 | CONTRACT SERVICES |
| 073603 | 01/14/2011 | KEEP IT GREEN | 271.53 | CONTRACT SERVICES |
| 073604 | 01/14/2011 | LA FOLLETTE, JOHNSON, DE HA | 725.00 | SERVICES |
| 073605 | 01/14/2011 | LEAGUE OF *CA CITIES* | 9,534.00 | *DUES* |
| 073606 | 01/14/2011 | JOSHUA MACMILLAN | 251.50 | REFUND |
| 073607 | 01/14/2011 | MCS | 723.74 | VEHICLE MAINTENANCE |
| 073608 | 01/14/2011 | MOOREHEAD PUBLISHING | 546.00 | PREP GUIDES |
| 073609 | 01/14/2011 | MOSS,LEVY & HARTZHEIM | 6,000.00 | CONTRACT SERVICES |
| 073610 | 01/14/2011 | NAPA AUTO PARTS | 626.09 | VEHICLE MAINTENANCE |
| 073611 | 01/14/2011 | NATURES IMAGE, INC | 19,187.27 | CONTRACT SERVICE |
| 073612 | 01/14/2011 | NEXTEL COMMUNICATIONS | 437.57 | CELL PHONE |

Exhibit 11
Page 12 of 30

Vendor Check Register

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| 073613 | 01/14/2011 | PARDEE HOMES | 697.31 | REFUND ON SEWER ACCT |
| 073614 | 01/14/2011 | POLYDYNE, INC. | 2,300.00 | SERVICES |
| 073615 | 01/14/2011 | PROFORMA | 143.20 | OFFICE SUPPLIES |
| 073616 | 01/14/2011 | QUILL CORPORATON | 137.86 | OFFICE SUPPLIES |
| 073617 | 01/14/2011 | RANCHO READY MIX | 4,902.00 | CONTRACT SERVICES |
| 073618 | 01/14/2011 | RIVERSIDE COUNTY RECORDER | 2,072.00 | RELEASES |
| 073619 | 01/14/2011 | RODRIGO PENA PHOTOGRAPHY | 600.00 | CONTRACT SERVICES |
| 073620 | 01/14/2011 | KEN ROE | 99.08 | REFUND OF OVERPAYMENT |
| 073621 | 01/14/2011 | SOUTH COAST A.Q.M.D. | 402.21 | SERVICES |
| 073622 | 01/14/2011 | STATE OF CALIFORNIA DEPT OF | 569.00 | CONTRACT SERVICES |
| 073623 | 01/14/2011 | STREAMLINE | 781.25 | UNIFORM SUPPLIES |
| 073624 | 01/14/2011 | THE RECORD GAZETTE | 63.00 | ADVERTISING |
| 073625 | 01/14/2011 | TLMA ADMINISTRATION | 601.25 | FEES |
| 073626 | 01/14/2011 | TULE RANCH/MAGAN FARMS | 18,832.60 | CONTRACT SERVICES |
| 073627 | 01/14/2011 | TYLER WORKS | 2,565.00 | QUARTLY FEES |
| 073628 | 01/14/2011 | UNION PACIFIC RAILROAD | 12,144.41 | CONTRACT SERVICES |
| 073629 | 01/14/2011 | VERIZON CALIFORNIA | 594.75 | PHONE SERVICE |
| 073630 | 01/14/2011 | VERIZON WIRELESS | 3,085.55 | CELL PHONE SERVICE |
| 073631 | 01/14/2011 | VERIZON | 11.18 | INTERNET SERVICE |
| 073632 | 01/14/2011 | VOYAGER | 25,916.46 | FUEL SERVICE |
| 073633 | 01/14/2011 | YUEH YUN | 1.85 | FINAL BILL CREDIT REFUND |
| 073636 | 01/14/2011 | THE M & M GROUP | 17,500.00 | DEPOSIT |
| 073637 | 01/14/2011 | J.F. SHEA CONSTRUCTION INC | 68,234.76 | CONTRACT SERVICES |
| 073638 | 01/14/2011 | LOS ANGELES ENGINEERING | 556,795.00 | CONTRACT SERVICE |
| 073639 | 01/21/2011 | TYNER PAVING COMPANY | 171,716.67 | SERVICES |
| 073640 | 01/21/2011 | AFFANT COMMUNICATION | 2,414.00 | HARDWARE |
| 073641 | 01/21/2011 | AIR & HOSE SOURCE | 29.36 | VEHICLE MAINTENANCE |
| 073642 | 01/21/2011 | AL'S KUBOTA TRACTOR | 24.40 | SERVICES |
| 073643 | 01/21/2011 | ARROWHEAD | 54.33 | SUPPLIES |
| 073644 | 01/21/2011 | LEANDREW BANKS | 100.00 | REFUND ON PROPERTY |
| 073645 | 01/21/2011 | BANNING VETERINARY HOSPITA | 356.00 | ANIMAL CARE |
| 073646 | 01/21/2011 | BARNES DISTRIBUTION | 22.02 | VEHICLE MAINTENANCE |
| 073647 | 01/21/2011 | BEAUMONT UNIQUE FLOWERS | 387.13 | FLOWERS |
| 073648 | 01/21/2011 | BEAUMONT CHAMBER | 2,000.00 | MONTHLY  CHATTER |
| 073649 | 01/21/2011 | BEAUMONT POLICE OFFICERS A | 2,100.00 | DUES |
| 073650 | 01/21/2011 | C.A.P.E ACCOUNTING | 50.00 | TRAINING |
| 073651 | 01/21/2011 | CDW GOVERNMENT, INC. | 653.90 | SUPPLIES |

Exhibit 11
Page 13 of 30

City of Beaumont

Vendor Check Register

From: 01/12/2011 To: 01/24/2011

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| 073652 | 01/21/2011 | CENTER FOR CIVIC PARTNERSH | 75.00 | CONFERENCE FEE |
| 073653 | 01/21/2011 | CHERRY VALLEY NURSERY | 965.76 | SUPPLIES |
| 073654 | 01/21/2011 | CINTAS CORPORATION #150 | 748.34 | SERVICES |
| 073655 | 01/21/2011 | CITY OF BANNING | 2,787.63 | SERVICES |
| 073656 | 01/21/2011 | CITY OF CALIMESA | 586.00 | ANIMAL CARE |
| 073657 | 01/21/2011 | CONSOLIDATED ELECTRICAL DI | 182.21 | SUPPLIES |
| 073658 | 01/21/2011 | CRAYOLA ONLINE STORE | 24.94 | SUPPLIES |
| 073659 | 01/21/2011 | CREATIVE BUS SALES, INC | 487.36 | VEHICLE MAINTENANCE |
| 073660 | 01/21/2011 | DANGELO CO. | 942.90 | SUPPLIES |
| 073661 | 01/21/2011 | DANIELS TIRE SERVICE | 1,538.24 | VEHICLE MAINTENANCE |
| 073662 | 01/21/2011 | DA VINCI | 306.12 | SEVICES |
| 073663 | 01/21/2011 | DINERS CLUB | 10,115.09 | CREDIT CARD |
| 073664 | 01/21/2011 | EVANS-HYDRO, INC | 20,195.00 | MATERIALS |
| 073665 | 01/21/2011 | FEDEX | 22.28 | SHIPPING |
| 073666 | 01/21/2011 | FOUR CORNERS GLASS | 656.98 | SERVICES |
| 073667 | 01/21/2011 | FOX OCCUPATIONAL | 72.00 | SERVICES |
| 073668 | 01/21/2011 | Gosch | 36.43 | SUPPLIES |
| 073669 | 01/21/2011 | HI-WAY SAFETY INC | 167.30 | SERVICES |
| 073670 | 01/21/2011 | HOME DEPOT/CREDIT SERVICE: | 1,117.55 | SUPPLIES |
| 073671 | 01/21/2011 | HUNTINGTON COURT REPORTE | 1,420.50 | SERVICES |
| 073672 | 01/21/2011 | JAMES D KING JR. | 104.28 | CREDIT ON FINAL ACCT |
| 073673 | 01/21/2011 | LEE'S AUTO BODY | 469.73 | VEHICLE REPAIR |
| 073674 | 01/21/2011 | LEXISNEXIS | 142.00 | SERVICES |
| 073675 | 01/21/2011 | LEXISNEXIS EXPRESS SCREENII | 82.50 | SERVICES |
| 073676 | 01/21/2011 | LIFE ASSIST | 2.40 | SUPPLIES |
| 073677 | 01/21/2011 | MC TRUCKING | 362.18 | SUPPLIES |
| 073678 | 01/21/2011 | MOTOSAT | 807.00 | SERVICES |
| 073679 | 01/21/2011 | MST BACKFLOW | 208.88 | MAINTENANCE |
| 073680 | 01/21/2011 | MYERS TIRE SUPPLY | 118.22 | VEHICLE MAINTENANCE |
| 073681 | 01/21/2011 | NAPA AUTO PARTS | 488.69 | VEHICLE MAINTENANCE |
| 073682 | 01/21/2011 | NATIONAL FIRE SPRINKLER ASS | 49.00 | REGISTATION |
| 073683 | 01/21/2011 | NEXTEL | 1,346.87 | PHONE SERVICE |
| 073684 | 01/21/2011 | PACIFIC ALARM SERVICE | 497.50 | ALARM SERVICES |
| 073685 | 01/21/2011 | PAETEC COMMUNICATIONS | 1,590.23 | MONTHLY CHARGES |
| 073686 | 01/21/2011 | PANTER'S HARDWOOD FLOORS | 979.76 | CARPET |
| 073687 | 01/21/2011 | PATRICK A. SMITH | 1,326.00 | INSURANCE |
| 073688 | 01/21/2011 | PITNEY BOWES | 106.00 | POSTAGE |

Exhibit 11
Page 14 of 30

City of Beaumont
Vendor Check Register

From: 01/12/2011 To: 01/24/2011

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| 073689 | 01/21/2011 | POMA AUTOMOTIVE FUELING IN | 2,173.63 | FUEL |
| 073690 | 01/21/2011 | PRO RISE GARAGE DOOR CO | 825.00 | SUPPLIES |
| 073691 | 01/21/2011 | PRO-PIPE & SUPPLY | 19.42 | MAINTENANCE SUPPLIES |
| 073692 | 01/21/2011 | PROFORMA | 744.25 | REF BOOKS |
| 073693 | 01/21/2011 | PRUDENTIAL OVERALL SUPPLY | 383.46 | SERVICES |
| 073694 | 01/21/2011 | QUALITY POWER | 145.00 | VEHICLE MAINTENANCE |
| 073695 | 01/21/2011 | QUILL CORPORATON | 786.34 | OFFICE SUPPLIES |
| 073696 | 01/21/2011 | RAMONA HUMANE SOCIRTY INC | 13,999.49 | ACO |
| 073697 | 01/21/2011 | RESOURCE BUILDING MATERIAL | 2,453.83 | SUPPLIES |
| 073698 | 01/21/2011 | RIV.COUNTY SHERIFF'S DEPT. | 2,007.51 | Booking Fees |
| 073699 | 01/21/2011 | RIVERSIDE COUNTY SHERIFF'S | 276.00 | TRAINING |
| 073700 | 01/21/2011 | S.A MOBIL CARWASH AND DETA | 686.00 | SERVICES |
| 073701 | 01/21/2011 | SAFELITE AUTO GLASS | 265.90 | VEHICLE MAINTENANCE |
| 073702 | 01/21/2011 | SGP DESIGN AND PRINT | 1,975.00 | SINGS |
| 073703 | 01/21/2011 | SOUTHERN CALIF.EDISON | 45,707.65 | UTILITIES |
| 073704 | 01/21/2011 | SUN BADGE CO. | 171.00 | SUPPLIES |
| 073705 | 01/21/2011 | SYMBOL ARTS | 425.00 | SUPPLIES |
| 073706 | 01/21/2011 | THE GAS COMPANY | 128.31 | UTILITIES |
| 073707 | 01/21/2011 | TURF STAR, INC. | 304.60 | MAINTENANCE SUPPLIES |
| 073708 | 01/21/2011 | UNDERGROUND SERVICE ALERT | 143.00 | SERVICES |
| 073709 | 01/21/2011 | UNITED WAY OF THE | 162.00 | UNITED WAY |
| 073710 | 01/21/2011 | UTILITY PARTNERS | 1,074.04 | SERVICES |
| 073711 | 01/21/2011 | VERIZON CALIFORNIA | 491.18 | PHONE SERVICE |
| 073712 | 01/21/2011 | VERIZON WIRELESS | 1,139.99 | PHONE SERVICE |
| 073713 | 01/21/2011 | LESLEY VESTER | 172.50 | OVER PAYMENT ON SEWER ACCT |
| 073714 | 01/21/2011 | WEST COAST TURF | 1,258.00 | MAINTENANCE SUPPLIES |
| 073715 | 01/21/2011 | WEST PAYMENT CTR. | 175.00 | SERVICES |
| 073716 | 01/21/2011 | XEROX CORPORATION | 394.90 | COPIER |
| 073717 | 01/21/2011 | REPUBLIC ITS | 2,520.18 | MAINTENANCE |
| 073718 | 01/21/2011 | TASO TECH, INC | 6,720.00 | CONTRACT SERVICES |

**1,157,297.83**

Exhibit 11
Page 15 of 30

**City of Beaumont**

Vendor Check Register

From: 01/12/2011 To: 01/24/2011

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| EFT000521 | 01/13/2011 | BEAUMONT ELECTRIC INC. | 21,013.30 | CONTRACT SERVICES |
| EFT000522 | 01/13/2011 | R.MOODY CONSTRUCTION,INC. | 39,930.75 | CONTRACT SERVICES |
| EFT000523 | 01/13/2011 | STEVE MOORE COMMUNICATIOI | 950.00 | CONTRACT SERVICES |
| EFT000524 | 01/20/2011 | R.MOODY CONSTRUCTION,INC. | 4.650.00 | CONTRACT SERVICES |

**66,544.05**

Exhibit 11
Page 16 of 30

Page 1 of 1

Printed    01/24/2011  4:34:56PM

## City of Beaumont

Vendor Check Register

From: 01/11/2011 To: 01/24/2011

| Check Number | Check Date | Vendor Check Name | Amount | Description: |
|---|---|---|---|---|
| EFT000000000234 | 01/14/2011 | ALL PURPOSE RENTALS | 906.85 | RENTAL |
| EFT000000000235 | 01/14/2011 | ARAMARK | 214.92 | SUPPLIES |
| EFT000000000236 | 01/14/2011 | BEAUMONT TIRE | 762.89 | VEHICLE MAINTENANCE |
| EFT000000000237 | 01/14/2011 | BEAUMONT ACE HOME CENTER | 495.98 | MAINTENANCE SUPPLIES |
| EFT000000000238 | 01/14/2011 | BEAUMONT SAFE & LOCK | 316.82 | LOCKSMITH SERVICE |
| EFT000000000239 | 01/14/2011 | CHERRY VALLEY AUTOMATIVE | 12,473.74 | VEHICLE MAINTENANCE |
| EFT000000000240 | 01/14/2011 | GOPHER PATROL | 2,867.00 | MAINTENANCE |
| EFT000000000241 | 01/14/2011 | GORM, INC. | 1,561.05 | MAINTENANCE SUPPLIES |
| EFT000000000242 | 01/14/2011 | HIGH TECH IRRIGATION,INC. | 206.74 | MAINTENANCE |
| EFT000000000243 | 01/14/2011 | SHRED-IT | 439.00 | CONTRACT SERVICES |
| EFT000000000244 | 01/14/2011 | XEROX CORPORATION | 2,890.89 | CONTRACT SERVICES |
| EFT000000000245 | 01/21/2011 | A-Z BUS SALES,INC. | 208.66 | BUS MAINTENANCE |
| EFT000000000246 | 01/21/2011 | ALL PURPOSE RENTALS | 1,042.85 | RENTALS |
| EFT000000000247 | 01/21/2011 | ARAMARK | 589.25 | OFFICE SUPPLIES |
| EFT000000000248 | 01/21/2011 | BEAUMONT TIRE | 177.90 | VEHICLE MAINTENANCE |
| EFT000000000249 | 01/21/2011 | BEAUMONT ACE HOME CENTER | 85.77 | MAINTENANCE SUPPLIES |
| EFT000000000250 | 01/21/2011 | BEAUMONT SAFE & LOCK | 234.11 | LOCKSMITH  SERVICE |
| EFT000000000251 | 01/21/2011 | CHERRY VALLEY AUTOMATIVE | 3,863.77 | VEHICLE MAINTENANCE |
| EFT000000000252 | 01/21/2011 | CIVICPLUS | 220.50 | MONTHLY FEE |
| EFT000000000253 | 01/21/2011 | DIAMOND HILLS AUTO GROUP | 169.84 | VEHICLE MAINTENANCE |
| EFT000000000254 | 01/21/2011 | GORM, INC. | 168.60 | SUPPLIES |
| EFT000000000255 | 01/21/2011 | HIGH TECH IRRIGATION,INC. | 235.24 | MAINTENANCE |
| EFT000000000256 | 01/21/2011 | SHRED-IT | 63.00 | SERVICES |

**30,195.37**

Exhibit 11
Page 17 of 30

# EXHIBIT 2

Exhibit 11
Page 18 of 30

# City of Beaumont

## Amendment to the
## Capital Improvement Plan
## Comprehensive Public Facilities Financing Program
## Fiscal Year 2011-2012

*Prepared by:*

## Public Works Department

*Prepared for:*

**Brian De Forge, Mayor**
**Roger Berg, Mayor Pro Tem**
**David Castaldo, Council Member**
**Jeff Fox, Council Member**
**Nancy Gall, Council Member**

*June 21, 2011*

Exhibit 11
Page 19 of 30

BEAUAIG0004408

## Table of Contents

**Section**

I.     Introduction

II.     Redevelopment Agency and Public Works Projects

III.     Beaumont Utility Authority Projects

IV.     Transportation and Street Repair Projects

V.     Community Facilities District and Assessment District Projects

**Exhibits**

Map of Capital Improvement Plan Projects

Exhibit 11
Page 20 of 30

BEAUAIG0004409

## I.   INTRODUCTION

The City of Beaumont Capital Improvement Plan (Plan) is an integral component of the City budget process and its ongoing implementation of the Comprehensive Public Facilities Financing Program.  It identifies capital improvement projects that will be undertaken by the City, the Beaumont Utility Authority (Authority) and the Beaumont Redevelopment Agency (Agency) in Fiscal Year 2011-2012 and in subsequent years as necessary to implement the Plan.

The Capital Improvement Plan also provides data which is used by regulatory agencies such as the State Regional Water Quality Control Board, the California Department of Transportation (Caltrans) and the Riverside County Transportation Commission (RCTC). The projects included in the Plan are at various stages of the design and construction process.  Most projects address critical infrastructure needs of the City and the region.  Redevelopment Agency capital projects are designed to eliminate blighted conditions in the Redevelopment Project Area. All projects are designed to conform to various requirements of the City's General Plan and other public agencies which help administer capital improvement programs.

The Capital Improvement Plan for Fiscal Year 2011-2012 includes restricted fund projects, community facilities district and assessment district projects and projects funded with grants, development impact mitigation fees and other funding sources as part of the Comprehensive Public Facilities Financing Program.

## II.   REDEVELOPMENT AGENCY AND PUBLIC WORKS PROJECTS

The Beaumont Redevelopment Agency will, along with other sources of public works construction funds, implement a significant portion of the Capital Improvement Plan with local tax increment revenues for capital projects described below.

> **Old Town Street and Sewer Repair**

As streets are being rehabilitated in the Project Area, sewers and street lighting are being replaced and upgraded to conform to the City's Sanitary Sewer Master Plan and the Dark Sky Ordinance.  The proposed project emphasizes replacement of old sewers currently located in rear yards, easement and alleys which are deteriorating.  It includes the elimination of septic tanks for homes along rehabilitated streets.  It reduces the use of electrical energy for street lights, reduces sewer back-ups and storm water infiltration into sewer lines.

> **Palm Avenue and Sixth Street Storm Drain**

The proposed project consists of construction of a new storm drain to eliminate flooding at the intersection of Palm Avenue and Sixth Street.

Exhibit 11
Page 21 of 30

BEAUAIG0004410

▸       **Civic and Community Center Expansion**

The proposed Civic and Community Center Expansion is an ongoing project designed to improve public safety by integrating the old home of Summit School into the Civic and Community Center and constructing a regional public safety and emergency preparedness center. The Summit School property was recently purchased by the City from Beaumont Unified School District. The proposed project greatly enhances the City's capability to provide regional law enforcement and other public safety services to the community.

▸       **Regional Park Facilities**

The proposed project is a joint project with Beaumont-Cherry Valley Recreation and Parks District to construct a new baseball field and install new baseball field lighting. The project will help the City and District meet the growing needs for baseball facilities.

▸       **Downtown Underground Utility Project**

The City will work cooperatively with Southern California Edison Company to use Rule 20A funds set aside to remove overhead utility lines and poles on Beaumont Avenue between Fifth Street and Sixth Street. The proposed project will include construction of a new right turn lane from northbound Beaumont Avenue to eastbound Sixth Street.

▸       **Sidewalk Improvement Project**

The sidewalk improvement project is a multi-year, ongoing project to improve sidewalks and handicapped access to them in the older areas of town. The proposed project emphasizes high use areas including sidewalks which provide access to schools, parks and other civic facilities. The project also includes the extension of multi-purpose trails along Beaumont Avenue and a pedestrian bridge over Noble Creek on Brookside Avenue to encourage safe pedestrian access to Beaumont High School.

### III.    *BEAUMONT UTILITY AUTHORITY PROJECTS*

The Plan includes two major projects to be constructed by the Beaumont Utility Authority and Sewer Enterprise listed below.

▸       **Maximum Benefit and SSMP Implementation**

Every year, the City of Beaumont monitors the quality of regional surface and groundwater, and recycled water produced at the City's wastewater treatment plant. The City works closely with the State Regional Water Quality Control Board to implement the Water Quality Control Plan for the Santa Ana River Basin which sets the water quality limits and operational requirements for the City's wastewater treatment plant. The cooperative and

Exhibit 11
Page 22 of 30

BEAUAIG0004411

regulatory efforts help implement water conservation projects including implementation of the City's Sanitary Sewer Master Plan.

> **Wastewater Treatment Plant Upgrades**

The proposed wastewater treatment plant upgrades include improvements to the "headworks" which is the first stage of the treatment process. The project will include installation of a new "bar screen" which will help remove solids and debris from the sewage effluent near the point where sewage flows into the treatment plant. The upgrade will also include improved water flow and water quality testing equipment along with planning, permitting and design of the treatment plant to treat 8 million gallons of sewage a day.

## IV.   TRANSPORTATION PROJECTS

The City of Beaumont will use grant funds, development impact mitigation fees, bond proceeds, fair share contributions, local Gas Tax funds and other sources of transportation revenue to implement the following transportation system projects described below.

> **Brookside Avenue Crossing of Noble Creek**

Brookside Avenue west of Beaumont Avenue will be improved to prevent flooding of the street which provides access to Beaumont High School and Brookside Elementary School. A new arch bridge and other street improvements will be designed and constructed for the creek crossing to ensure safe access to area schools by residents in the Redevelopment Project Area and community at large.

> **Historic San Timoteo Canyon Bike and Pedestrian Facilities**

The proposed regional transportation project has been approved for a Transportation Enhancement Grant and has been approved for construction by RCTC and Caltrans. The project includes construction of a seven mile long bike trail along Oak Valley Parkway and San Timoteo Canyon Road to connect Noble Creek Regional Park with the Historic San Timoteo Canyon Schoolhouse.

> **State Route 60/Potrero Boulevard Interchange**

The City is working cooperatively with Caltrans to prepare the plans and specifications for a new freeway interchange on State Route 60. The interchange will connect to the Potrero Boulevard Bypass which is being designed and constructed jointly by the City and Riverside County. The proposed project will be designed to improve public safety and relieve traffic congestion caused by regional development and interstate traffic. The project will also improve access into key areas of the City planned for regional commercial and industrial development.

Exhibit 11
Page 23 of 30

BEAUAIG0004412

▸ ### Potrero Boulevard Overpass at State Route 60

The City has entered into a cooperative agreement with Caltrans to start construction on the second phase of the Potrero Boulevard Bypass which will provide a new regional transportation connection between Interstate 10, State Route 60 and State Route 79.  The proposed project will provide motorists with alternate routes to state and federal highways, relieve traffic congestion and improve highway safety.  The second phase consists of the construction of a new six lane overpass for Potrero Boulevard and State Route 60.

▸ ### Fourth Street/Potrero Boulevard Extension

The proposed project will extend Fourth Street approximately one-half mile from the east of the Winco Foods project to connect to Potrero Boulevard which will be extended one-half mile south of Interstate 10.

▸ ### Golf Cart Transportation Facilites

The golf cart transportation facilities will include modification of the median north of Oak Valley Parkway in Golf Club Drive to allow golf cart access to the Rite Aid center.

▸ ### Pavement Management and Street Repair

Several subdivisions are proposed where local streets will be slurry sealed and repairs made to the pavement as needed.  The subdivisions were constructed in the 1980's and are due for scheduled maintenance to extend the life of the pavement.  The proposed areas for maintenance are generally located west of Cherry Avenue, west of Elm Avenue and north of Oak Valley Parkway.  The project also includes rehabilitation of the following streets:

Eighth Street - Pennsylvania Avenue to Xenia Avenue
Xenia Avenue - Sixth Street to Eighth Street
Pennsylvania Avenue - First Street to Potrero Boulevard
Palm Avenue - Fifth Street to Sixth Street
Downtown Alleys

▸ ### Traffic Signal Upgrades

New traffic signals will be constructed at the following intersections in conjunction with the proposed transportation projects or by developers:

Pennsylvania Avenue and Sixth Street Protected Left Turn Addition
Beaumont Avenue Signal Synchronization
Cougar Way and Beaumont Avenue Protected Left Turn Addition
Beaumont Avenue and Sixth Street Right Turn Pocket Addition

Exhibit 11
Page 24 of 30

BEAUAIG0004413

Traffic signal upgrades will be constructed at the following intersections in conjunction with the proposed transportation projects or by private development projects:

Fourth Street and Viele Avenue
Fourth Street and California Avenue
Sixth Street and California Avenue

## V.  *COMMUNITY FACILITIES DISTRICT AND ASSESSMENT DISTRICT PROJECTS*

The City of Beaumont will use community facility district funds, revenue bond proceeds, fair share contributions, development impact mitigation fees, assessment district and other funds to implement Plan projects as part of the Comprehensive Public Facilities Financing Program. Community facilities and assessment districts will provide funding for common facilities authorized by the districts and included in the City of Beaumont Capital Improvement Plan.

Exhibit 11
Page 25 of 30

BEAUAIG0004414



City of Beaumont
Capital Improvement Plan For Fiscal Year 2011-2012

Exhibit 11
Page 26 of 30

BEAUAIG0004415

## Exhibit B-1
## City of Beaumont
## Capital Improvement Plan 2011 - 2012
## Sources and Uses of Funds

| Redevelopment Agency Projects | Sewer Enterprise Funds | RDA Capital Funds | Citywide Mitigation Funds | RDA Special Funds | Transportation Funds | TE/Transportation Grants | Gas Tax Funds | DBG/SB 821/BUSTL Rule 20 A Grants | BUA/BFA Funds | Total Project |
|---|---|---|---|---|---|---|---|---|---|---|
| Old Town Street and Sewer Repair Project | $0 | $871,600 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $871,600 |
| Palm Avenue at Sixth Street Storm Drain | $0 | $215,138 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $215,138 |
| Civic and Community Center Expansion | $0 | $1,002,225 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,002,225 |
| Regional Park Facilities | $0 | $0 | $0 | $724,055 | $0 | $0 | $0 | $0 | $0 | $724,065 |
| Downtown Underground Utility Project | $0 | $192,190 | $0 | $0 | $0 | $0 | $0 | $784,450 | $0 | $976,640 |
| Sidewalk Improvement Project | $0 | $262,150 | $0 | $0 | $0 | $0 | $0 | $1,070,000 | $0 | $1,332,150 |
| **Subtotal** | $0 | $2,543,201 | $0 | $724,055 | $0 | $0 | $0 | $1,854,450 | $0 | $5,121,706 |
| **Beaumont Utility Authority Projects** | | | | | | | | | | |
| Maximum Benefit and SSMP Implementation | $650,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $650,000 |
| Wastewater Treatment Plant Upgrades | $2,346,950 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,346,950 |
| **Subtotal** | $2,996,950 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,996,950 |
| **Transportation and Street Repair Projects** | | | | | | | | | | |
| Brookside Avenue Crossing of Noble Creek | $0 | $0 | $0 | $800,000 | $0 | $0 | $0 | $600,000 | $259,847 | $1,669,847 |
| Historic San Timoteo Canyon Bike & Ped. Facilities | $0 | $0 | $0 | $0 | $0 | $1,414,188 | $0 | $0 | $346,476 | $1,760,883 |
| State Route 60/Potrero Boulevard Interchange | $0 | $0 | $0 | $0 | $1,000,000 | $3,500,000 | $0 | $0 | $0 | $4,500,000 |
| Potrero Boulevard Overpass at State Route 60 | $0 | $0 | $0 | $0 | $6,707,976 | $3,000,000 | $0 | $0 | $0 | $9,707,976 |
| Fourth Street/Potrero Boulevard Extension | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,441,667 | $5,441,667 |
| Golf Cart Transportation Facilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $39,404 | $39,404 |
| Pavement Management and Street Repair | $0 | $779,638 | $0 | $0 | $0 | $0 | $500,000 | $0 | $313,511 | $1,593,149 |
| Traffic Signal Upgrades | $0 | $0 | $280,125 | $0 | $0 | $0 | $0 | $0 | $0 | $280,125 |
| **Subtotal** | $0 | $779,638 | $280,125 | $800,000 | $7,707,976 | $7,914,188 | $500,000 | $600,000 | $6,400,705 | $24,982,620 |
| **Total** | $2,996,950 | $3,322,839 | $280,125 | $1,524,055 | $7,707,976 | $7,914,188 | $500,000 | $2,454,450 | $6,400,705 | $33,101,287 |

Exhibit 11
Page 27 of 30

BEAUAIG0004416

**Exhibit B-2**

**City of Beaumont**
**Capital Improvement Plan 2011 - 2012**
**Budget Summary**

| | PE & PM Services | Engineering Services | Plan Check/ Inspection | Survey/GIS Services | Construction Management | Construction Contractor | Total Project |
|---|---|---|---|---|---|---|---|
| **Redevelopment Agency Projects** | | | | | | | |
| Old Town Street and Sewer Repair Project | $24,500 | $52,500 | $31,500 | $28,000 | $35,000 | $700,000 | $871,500 |
| Palm Avenue at Sixth Street Storm Drain | $6,048 | $12,960 | $7,776 | $6,912 | $8,640 | $172,800 | $215,136 |
| Civic and Community Center Expansion | $28,175 | $60,375 | $36,225 | $32,200 | $40,250 | $805,000 | $1,002,225 |
| Regional Park Facilities | $0 | $0 | $0 | $0 | $0 | $724,055 | $724,055 |
| Downtown Underground Utility Project | $27,456 | $58,834 | $35,300 | $31,378 | $39,223 | $784,450 | $976,640 |
| Sidewalk Improvement Project | $37,450 | $80,250 | $48,150 | $42,800 | $53,500 | $1,070,000 | $1,332,150 |
| **Subtotal** | **$123,629** | **$264,919** | **$158,951** | **$141,290** | **$176,813** | **$4,256,305** | **$5,121,706** |
| **Beaumont Utility Authority Projects** | | | | | | | |
| Maximum Benefit and SSMP Implementation | $0 | $650,000 | $0 | $0 | $0 | $0 | $650,000 |
| Wastewater Treatment Plant Upgrades | $65,979 | $141,383 | $84,830 | $75,404 | $94,255 | $1,885,100 | $2,346,950 |
| **Subtotal** | **$65,979** | **$791,383** | **$84,830** | **$75,404** | **$94,255** | **$1,885,100** | **$2,996,950** |
| **Transportation and Street Repair Projects** | | | | | | | |
| Brookside Avenue Crossing of Noble Creek | $46,657 | $99,979 | $59,987 | $53,322 | $66,653 | $1,333,050 | $1,659,647 |
| Historic San Timoteo Canyon Bike & Ped. Facilities | $49,497 | $106,064 | $63,638 | $56,568 | $70,709 | $1,414,188 | $1,760,663 |
| State Route 60/Potrero Boulevard Interchange | $0 | $4,500,000 | $0 | $0 | $0 | $0 | $4,500,000 |
| Potrero Boulevard Overpass at State Route 60 | $290,410 | $0 | $373,384 | $331,897 | $414,871 | $8,297,415 | $9,707,976 |
| Fourth Street/Potrero Boulevard Extension | $152,979 | $327,811 | $196,687 | $174,833 | $218,541 | $4,370,817 | $5,441,667 |
| Golf Cart Transportation Facilities | $1,108 | $2,374 | $1,424 | $1,266 | $1,583 | $31,650 | $39,404 |
| Pavement Management and Street Repair | $44,787 | $95,973 | $57,584 | $51,186 | $63,982 | $1,279,638 | $1,593,149 |
| Traffic Signal Upgrades | $7,875 | $16,875 | $10,125 | $9,000 | $11,250 | $225,000 | $280,125 |
| **Subtotal** | **$593,312** | **$5,149,076** | **$762,829** | **$678,070** | **$847,588** | **$16,951,757** | **$24,982,632** |
| **Total** | **$782,919** | **$6,205,377** | **$1,006,610** | **$894,764** | **$1,118,455** | **$23,093,162** | **$33,101,287** |

Exhibit 11
Page 28 of 30

BEAUAIG0004417

EXHIBIT "C"
LIST OF QUALIFIED PROFESSIONAL SERVICES CONTRACTORS

Exhibit 11
Page 29 of 30

BEAUAIG0004418

List of Professional Services Contractors

- Alhambra Group
- Applied Planning
- Beaumont Electric
- Blodgett Baylosis Associates, Inc.
- Buchannan and Associates
- CHJ, Inc.
- Christopher Drover
- Darrell Connerton
- Dennis Janda, Inc.
- Empire Economics
- Environmental & Regulatory Specialists, Inc.
- Fullbright & Jaworski
- General Government Management Services
- Harmsworth Associates
- Harris Realty Appraisal
- Hunsacker & Associates
- Jamkar Engineering
- JP Striping
- LSA Associates
- Mark Thomas Associates
- McFarlin & Anderson
- McKeever Engineering
- Planning Associates
- RBF Consultants
- Riverside Land Conservancy
- Robert Kahn and Associates
- Rod Gunn & Associates
- Urban Crossroads
- Urban Logic Consultants
- West Coast Electric
- Doug Wood and Associates

Exhibit 11
Page 30 of 30

BEAUAIG0004419