# EXHIBIT 12

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
ARYAN VAHEDY, Bar No. 323802
aryan.vahedy@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 50,<br><br>Defendants. | Case No. 5:20-cv-02164-GW (KKx)<br><br>**DECLARATION OF PETER J. NOLAN IN SUPPORT OF OPPOSITION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

# DECLARATION OF PETER J. NOLAN

I, Peter J. Nolan, declare as follows:

1. I am an attorney at law, licensed to practice before all courts of the State of California. I am of counsel at Slovak Baron Empey Murphy & Pinkney LLP. I have personal knowledge of the facts set forth below and if called upon to do so, could competently testify to them.

2. On or around 2018, I began assisting John Pinkney, City Attorney for the City of Beaumont (the "City"), on City matters specifically concerning the Riverside County District Attorney's Office criminal investigation of City Officials (the "Investigation") for embezzlement of public funds, in addition to misappropriation of public funds and conspiracy. These City Officials included Alan Kapanicas, City Manager; William Aylward, Director of Finance and later Assistant City Manager; David Dillon, City Planning Director; Ernest Egger, City Economic Development Director; Deepak Moorjani, City Director of Public Works; Joseph Aklufi, City Attorney; and Dave Wysocki, Assistant City Attorney.

3. Following the Investigation, numerous lawsuits were filed in direct relation to the unlawful actions of the City Officials.

4. On or around April 2017, the City entered into a settlement agreement ("Settlement Agreement") with Western Riverside Council of Governments ("WRCOG"). As part of the Settlement Agreement, the City assigned to WRCOG a portion of the City's rights to existing claims the City had against third parties such as companies, banks, and private individuals.

5. In 2016, the City tendered its claim to National Union Fire Insurance Company of Pittsburgh, Pa ("NUFIC"). More than four years later, NUFIC had yet to pay the City, or its assignee, WRCOG, any amount, or even render a definitive coverage position, despite the fact that the policies at issue undeniably cover the employee theft, embezzlement, and failure to faithfully perform that resulted in the City's losses.

Exhibit 12
Page 2 of 4
20323.00057\40293449.2
- 1 -
5:20-CV-02164-GW (KKX)
DECLARATION OF PETER J. NOLAN
BEST BEST & KRIEGER LLP

6. Under an agreement entered into between the City and National Union Fire Insurance Company of Pittsburgh, Pa ("NUFIC"), the City tendered its claim and submitted its Proof of Loss with accompanying addendum on November 03, 2016. As of the date of this declaration, the claim filed under the aforementioned Proof of Loss and the subsequent supplemental Proof of Loss dated April 20, 2018 remains unresolved and unpaid.

7. On or around August 3, 2020, WRCOG filed the original Complaint for *Western Riverside Council of Governments, et al. v. National Union Fire Insurance Company of Pittsburgh, Pa* matter ("Instant Action") with the Riverside County Superior Court. NUFIC then removed the lawsuit to the Central District of California. A First Amended Complaint was filed on or around November 30, 2020.

8. On or around November 2020, the City joined in the above case in order to preserve the City's bad faith/punitive damages claim against NUFIC.

9. I was staffed on the Instant Action since its inception to represent the City. I have participated extensively in the preparation of the City's case against NUFIC.

10. Specifically, I worked on document review, privilege review, and other discovery, coordinated with support and City staff, and conducted deposition preparation of city staff for PMK depositions.

11. Additionally, I've worked with our forensic accountant expert, Daniel W. Ray, for the Instant Action to conduct invoice analysis and witness interviews.

12. I've also worked on other pre-litigation matters, including but not limited to the litigation concerning the former principles of ULC. This work included discovery and trial preparation.

13. As a result of the above listed litigation, my firm has incurred, and continues to incur, attorneys' fees in an excess of $332,462.33 since prosecuting this matter.

BEST BEST & KRIEGER LLP

20323.00057\40293449.2

- 2 -

5:20-CV-02164-GW (KKX)
DECLARATION OF PETER J. NOLAN

Exhibit 12
Page 3 of 4

1    I declare under penalty of perjury under the laws of the State of California
2    that the foregoing is true and correct.

4    Executed this 11th day of July, 2022 in Henderson, Nevada.

*Peter J. Nolan*
_____
Peter Nolan

20323.00057\40293449.2

- 3 -

Exhibit 12
Page 4 of 4

5:20-CV-02164-GW (KKX)
DECLARATION OF PETER J. NOLAN

BEST BEST & KRIEGER LLP