# EXHIBIT 14-1

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
ARYAN VAHEDY, Bar No. 323802
aryan.vahedy@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California  92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments and
City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 50,<br><br>Defendants. | Case No. 5:20-cv-02164-GW (KKx)<br><br>**DECLARATION OF DANIEL W. RAY IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       August 1, 2022<br>Time:      8:30 a.m.<br>Courtroom:   9D<br>Judge:     Hon. George H. Wu |

BEST BEST & KRIEGER LLP

Exhibit 14
Page 1 of 1064

5:20-CV-02164-GW (KKX)
DECLARATION OF DANIEL W. RAY

## DECLARATION OF DANIEL W. RAY

I, Daniel W. Ray, declare as follows:

1. I am a Certified Public Accountant and a partner in the Concord office of Hemming Morse, LLP ("Hemming"). I am also a Certified Fraud Examine, and I am Certified in Financial Forensics. I have provided forensic accounting and litigation services since 1990. Prior to that time, I served as a Special Agent with the FBI from 1982 – 1990.

2. I am a member of the California Society of Certified Public Accountants ("CalCPA"). I am the past Chair of the Steering Committee of its statewide Forensic Services Section. This Steering Committee provides guidance to approximately 1,100 members of its Operating Sections: (1) Fraud and Financial Investigations, (2) Economic Damages, (3) Business Valuation and (4) Family Law. I previously served as the Chair of the CalCPA's statewide Fraud and Financial Investigations Section.

3. I am also a member of the Association of Certified Fraud Examiners, the Northern California Fraud Investigators Association, the Society of Former Special Agents of the FBI, and American Institute of Certified Public Accountants. I lecture frequently on a variety of topics including fraud and forensic accounting.

4. I was retained by Best Best & Kreiger, LLP as a forensic accountant expert to assist on the *Western Riverside Council of Governments, et al. v. National Union Fire Insurance Company of Pittsburgh, Pa.* (Case No. 5:20-cv-02164-GW (KKx)) matter.

5. In this matter my firm was initially retained in June 2016 by the law firm of Stradling Yocca Carlson & Rauth, P.C. ("Stradling"), who served as outside counsel for the City of Beaumont (the "City"). Hemming was thereafter retained by the Riverside County District Attorney's Office ("DA's Office") in approximately December 2016, to assist with the criminal investigation. I was responsible for performing the analysis detailed in various expert reports.

Exhibit 14
Page 2 of 1064

BEST BEST & KREIGER LLP

6.       Hemming received a large volume of documents from several sources including the Stradling law firm and the DA's Office. The Stradling law firm served as outside counsel for the City. The items received from Stradling include various documents relating to the issuance of bonds and requests for funds under the control of the Bond Trustee, as well as payroll and banking records, along with general ledger records for Urban Logic Consultants ("ULC"). The records also include the general ledgers for the City for fiscal years 2004 – 2015.

7.       Hemming was also provided work product previously prepared by a consulting firm called Urban Futures, Inc.

8.       The documents received from the DA's Office are from two primary sources: (1) work-papers supporting the analysis performed by a predecessor forensic accounting firm on numerous business and personal bank accounts; and (2) documents obtained by the DA's Office via the execution of search warrants. The types of documents reviewed and considered include banking records, tax filings, QuickBooks, general ledgers, payroll records, invoices, construction project files, declarations, etc.

9.       I based my expert reports on the following facts:

- While serving and being compensated as city officials, Dillon, Egger, and Moorjani materially participated in the approval process regarding capital improvement projects for which their company ULC was retained by City to serve as consultants in connection with those same approved capital improvement projects.

- For the work performed ULC issued invoices to the City for which some were paid by the City and  some were paid by the proceeds of bonds sold to investors.

- In connection with the work performed by ULC, ULC entered into agreements with the City that limited the amount of fees ULC could receive for their consulting services.

BEST BEST & KRIEGER LLP

20323.00057\40301538.1

- 2 -

Exhibit 14
Page 3 of 1064

5:20-CV-02164-GW (KKX)
DECLARATION OF DANIEL W. RAY

- An agreement between the City and ULC dated September 27, 1993, stated that for the capital improvement consulting services ULC was to be paid "on a time and materials basis not exceeding four and one-half percent (4.5%) of the confirmed construction cost of the public improvements to be constructed." An amended version of this agreement dated April 11, 1994, states "...compensation shall be on a time and materials basis not exceeding four and one-half percent (4.5%) of the bid price awarded by the City for each project."

- During the period 1993 through August 2012, ULC submitted invoices exclusively to the City and received payments from both the City as well as the Bond Trustee. These combined payments totaled approximately $75 million. The breakdown is approximately $35 million from the City and approximately $40 million from the Bond Trustee.

- It is noted that ULC and its owners were compensated for certain services that were not limited to the 4.5% cap described above for the capital improvement work. For purposes of a damage calculation, Hemming is estimating that approximately 25% of the funds paid to ULC from the City of Beaumont were not subject to the 4.5% cap.

- Therefore, we are estimating the amount received by ULC that relate to capital improvement projects that are subject to the 4.5% cap, as being $66,273,223. This is after reducing the amount received from the City by 25%. ($35,000,000 reduced to $26,000,000).[1]

- On or about May 17, 2016, the DA's Office filed a Felony Complaint against seven former public officials in the City. The charges alleged that the named defendants carried out various schemes which cost taxpayers nearly $43

---

[1] Based on this 25% estimation, I expressed the opinion that the total compensation received by ULC far exceeded the 4.5% cap. In my Supplemental/Rebuttal Report, I included an exhibit that showed that even if as much as 90% of the ULC invoices paid directly by the City were not subject to the cap, my opinion that ULC received payments that far exceeded the 4.5% cap remains correct.

BEST BEST & KRIEGER LLP

5:20-CV-02164-GW (KKX)
DECLARATION OF DANIEL W. RAY

Exhibit 14
Page 4 of 1064

million due to their improper conduct.  The Felony Complaint included a "Special Allegation – Aggravated White Collar Crime Enhancement" relating to multiple felonies of fraud or embezzlement.  Those charged included the principals of ULC who also served in various high-level positions with the City, as well as the owner of General Government Management Services ("GGMS, Inc.").  Summarized below is a table of the individuals and entities involved with this matter:

|  | ULC | GGMS, Inc. | City |
|---|---|---|---|
| David Dillon | Principal |  | Economic Development Director |
| Ernst Egger | Principal |  | Planning Director |
| Deepak Moorjani | Principal |  | City Engineer / Public Works Dir. |
| Alan Kapanicas |  | Owner | City Manager |

- As of the date of this declaration, all of the above individuals have pled guilty to criminal charges files.  On or about October 20, 2017, Moorjani plead guilty and was ordered to pay restitution of $3 million and serve 3 years' probation.  On or about December 19, 2017, Dillon, Egger, and Kapanicas also pled guilty to criminal charges.  As part of their guilty plea, Dillon was ordered to pay restitution of $4 million; Egger was ordered to pay restitution of $3 million; and Kapanicas was ordered to pay restitution of $1 million.

10.    On May 27, 2022, I prepared an expert report for the instant action to address the investigation results of the financial activities of ULC and its principals David Dillon, Ernst Egger, and Deepak Moorjani in addition to reviewing the financial activities of Alan Kapanicas and his entity GGMS, Inc. A true and correct copy of the expert report is attached hereto as **Exhibit A.**

Best Best & Krieger LLP

11.     On June 30, 2022, I prepared a supplemental/rebuttal report in response to National Union Fire Insurance Company of Pittsburgh, Pa's expert report of Richard E. Tasker dated May 31, 2022. A true and correct copy of the supplemental/rebuttal report is attached hereto as **Exhibit B**.

12.     Prior to being retained to work on the instant action, I was also retained to prepare an expert report on the same substance pre-litigation. This expert report dated September 25, 2018 was based on the same facts listed above. A true and correct copy of the pre-litigation expert report dated September 25, 2018 is attached hereto as **Exhibit C**.

13.     If called upon to testify, I could and would competently do so of the matters set forth in both my expert report and my supplemental/rebuttal report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this day of July 8, 2022 in San Clemente, California.

Daniel W. Ray

BEST BEST & KRIEGER LLP

# EXHIBIT A
## (To Exhibit 14)

Exhibit 14
Page 7 of 1064



1390 Willow Pass Road
Suite 410
Concord, CA 94520

# Western Riverside Counsel of Governments City of Beaumont

## v.

# National Union Fire Insurance Company of Pittsburgh

Expert Report of

Daniel W. Ray CPA / CFF, CFE

Partner – Hemming Morse, LLP

May 27, 2022

Exhibit 14
Page 8 of 1064

## I.      Introduction

The purpose of this report, and accompanying exhibits, is to provide a summary of the results of the investigation of the financial activities of Urban Logic Consultants ("ULC") and its principals David Dillon, Ernst Egger, and Deepak Moorjani.[1]  In addition, this report will also address, to a lesser extent, the financial activities of Alan Kapanicas and his entity General Government Management Services or GGMS, Inc.

In delivering or rendering this report, I am not assuming or usurping the role of the trier of fact (judge or jury).  With that caveat in mind, based upon my skills, training, and experience as detailed below, along with a careful analysis of financial and banking records, I am expressing my opinions regarding what appears to be a fraud scheme.

The analysis performed and conclusions expressed are as of the date of this report.  It is anticipated that additional documents may be received, and additional analyses may be performed following the date of this report.  If so, a supplemental report may be issued.

On or about May 17, 2016, the Riverside County District Attorney's Office ("DA's Office") filed a Felony Complaint against seven former public officials in the City of Beaumont ("City" or "Beaumont").  **(Exhibit 1)** The charges alleged that the named defendants carried out various schemes which cost taxpayers nearly $43 million due to their improper conduct.  The Felony Complaint included a "Special Allegation – Aggravated White Collar Crime Enhancement" relating to multiple felonies of fraud or embezzlement.  Those charged included the principals of ULC who also served in various high-level positions with the City of Beaumont, as well as the owner of GGMS.[2]  **(Exhibit 1A)** Summarized below is a table of the individuals and entities that will be the subject of this report:

|  | ULC | GGMS, Inc. | City of Beaumont |
|---|---|---|---|
| David Dillon | Principal |  | Economic Development Director |
| Ernst Egger | Principal |  | Planning Director |
| Deepak Moorjani | Principal |  | City Engineer / Public Works Dir. |
| Alan Kapanicas |  | Owner | City Manager |

As of the date of this report, all of the above individuals have pled guilty to criminal charges files.  On or about October 20, 2017, Mr. Moorjani plead guilty and was ordered to pay restitution of $3 million and serve 3 years' probation.  On or about December 19, 2017, Mr. Dillon, Mr. Egger, and Mr. Kapanicas also pled guilty to criminal charges.  As part of their guilty plea, Mr. Dillon was ordered to pay restitution of $4 million; Mr. Egger was ordered

---

[1]  In mid-August of 2012, ULC was sold to an individual named Kieran McKiernan. This report for the most part focuses on the period in which ULC was owned and controlled by Dillon, Egger, and Moorjani.

[2]  In a letter dated August 27, 2009, the three principals of ULC informed the City that they were terminating their positions as City officials effective that date.  Despite this "termination," the three ULC principals continued to operate in their same capacities with the exception that they were now executing documents as "consultants."

to pay restitution of $3 million; and Mr. Kapanicas was ordered to pay restitution of $1 million.

In this matter Hemming Morse, LLP ("Hemming") was initially retained in June 2016 by the law firm of Stradling Yocca Carlson & Rauth, P.C. ("Stradling") who served as outside counsel for the City. Hemming was thereafter retained by the DA's Office in approximately December 2016, to assist with the criminal investigation. I was responsible for performing the analysis detailed in this report.

## II.    Summary of Expert Qualifications

I am a Certified Public Accountant ("CPA") and a partner in the Concord office of Hemming. I am also a Certified Fraud Examiner ("CFE"), and I am Certified in Financial Forensics ("CFF"). I have provided forensic accounting and litigation services since 1990. Prior to that time, I served as a Special Agent with the FBI from 1982 – 1990. My expert qualifications, including my testimony in the last four years and the publications I have authored in the last ten years, are described in **Exhibit A** hereto.

I am a member of the California Society of Certified Public Accountants ("CalCPA"). I am the past Chair of the Steering Committee of its statewide Forensic Services Section. This Steering Committee provides guidance to approximately 1,100 members of its Operating Sections: (1) Fraud and Financial Investigations, (2) Economic Damages, (3) Business Valuation and (4) Family Law. I previously served as the Chair of the CalCPA's statewide Fraud and Financial Investigations Section.

I am also a member of the Association of Certified Fraud Examiners ("ACFE"), the Northern California Fraud Investigators Association ("NCFIA"), the Society of Former Special Agents of the FBI, and American Institute of Certified Public Accountants ("AICPA"). I lecture frequently on a variety of topics including fraud and forensic accounting.

## III.    Documents Reviewed and Considered

During the course of this investigation, Hemming received a large volume of documents from several sources including the Stradling law firm and the DA's Office. The Stradling law firm served as outside counsel for Beaumont. The items received from Stradling include various documents relating to the issuance of bonds and requests for funds under the control of the Bond Trustee, as well as payroll and banking records, along with general ledger records for ULC. The records also include the general ledgers for Beaumont for fiscal years 2004 – 2015. Hemming was also provided work product previously prepared by a consulting firm called Urban Futures, Inc.

The documents received from the DA's Office are from two primary sources: (1) work-papers supporting the analysis performed by a predecessor forensic accounting firm on numerous business and personal bank accounts; and (2) documents obtained by the DA's Office via the execution of search warrants. The types of documents reviewed and considered include banking records, tax filings, QuickBooks, general ledgers, payroll

records, invoices, construction project files, declarations, etc.  Included as **Exhibit B** is a detailed listing of documents reviewed and considered.

In addition to the documents reviewed and considered, I have also relied upon my own professional judgment and expertise gathered during my approximate 40 years in which I have conducted financial investigations.

## IV.    Summary of Opinions

As will be discussed in much greater detail in this report, my opinions include:

1.  The owners of ULC appear to have undertaken a scheme to materially inflate the profits achieved as a result of adding additional and improper markup to the services rendered by Professional Sub-Consultant's beyond the 15% markup limitation set forth in the various contracts with the City of Beaumont.

2.  The amount of total compensation received by ULC far exceeds the 4.5% limitation on confirmed construction costs of the public improvements as set forth in the various agreements with the City of Beaumont.

3.  The accounting records for ULC as set forth in their general ledger are not accurate.

## V.    Executive Summary of Facts and Findings

1.  While serving and being compensated as city officials, Mr. Dillon, Mr. Egger, and Mr. Moorjani materially participated in the approval process regarding capital improvement projects funded by bonds sold to investors.  In addition, their company ULC was retained by City of Beaumont to serve as consultants in connection with the approved capital improvement projects.

2.  In connection with the ULC consulting services, ULC entered into agreements with the City of Beaumont that limited the amount of fees ULC could receive for their consulting services.

3.  An agreement between the City of Beaumont and ULC dated September 27, 1993, stated that for the capital improvement consulting services ULC was to be paid "on a time and materials basis not exceeding four and one-half percent (4.5%) of the confirmed construction cost of the public improvements to be constructed."  An amended version of this agreement dated April 11, 1994, states "…compensation shall be on a time and materials basis not exceeding four and one-half percent (4.5%) of the bid price awarded by the City for each project."

4.  During the period 1993 through August 2012, ULC submitted invoices and received payments from both the City of Beaumont as well as the Bond Trustee.[3]  These combined

---

[3]  This analysis of payments to ULC stops in August 2012, because ULC was sold to a third party.

payments totaled approximately $75 million.  The breakdown is approximately $35 million from the City of Beaumont and approximately $40 million from the Bond Trustee.

5.  It is noted that ULC and its owners were compensated for certain services that were not limited to the 4.5% cap described above for the capital improvement work.  For purposes of a damage calculation, Hemming is estimating that approximately 25% of the funds paid to ULC from the City of Beaumont were not subject to the 4.5% cap.

6.  Therefore, we are estimating the amount received by ULC that relate to capital improvement projects, and thus subject to the 4.5% cap, as being $66,273,223.  This is after reducing the amount received from the City of Beaumont by 25%.  ($35,000,000 reduced to $26,000,000).

7.  Our analysis reveals that the adjusted amount received by ULC of $66,273,223 far exceeds 4.5% of the cost of the capital improvement projects undertaken by the City of Beaumont.

8.  Our analysis reveals that during the relevant period, the City of Beaumont expended approximately $177,809,377 on capital improvements.  A calculation of 4.5% of this amount indicates that ULC should have received approximately $8,000,000.  This suggests that ULC was overcompensated by approximately $58 million.[4]

9.  This report provides details regarding what appears to be a fraud scheme perpetrated by the ULC officials which enabled them to receive such a massive overpayment.

10.  To quantify this overpayment by year, HM prepared a schedule that does the does the following:

    a.  Tracks payments received each year from the City of Beaumont for years 1998 – Aug 2012
    b.  Reduces the payments received by 25% for the reason cited above
    c.  Tracks payments received from the Bond Trustee for years 1993 – Aug 2012
    d.  Totals the payments received
    e.  Tracks estimated capital improvement expenditures made by the City of Beaumont
    f.  Calculates 4.5% of each years' total capital improvement expenditures
    g.  Calculates the implied overpayments

11.  The summary chart reflecting the estimated year-by-year overpayments received by ULC is included as **Exhibit 2**.

---

[4]  It should be noted that HM was unable to locate records relating to payments made by the City of Beaumont to ULC for years 1993 – 1997.  Therefore, our calculation of the amounts paid to ULC is lower than the amount actually received.

San Francisco | San Mateo | Los Angeles | Concord | Santa Rosa | Fresno | Chico

## VI.    Detailed Summary of the Financial Activities of Urban Logic and its Principals

ULC was formed initially by Egger and Dillon in late 1993, with Moorjani subsequently added as a principal later that year.  As will be further detailed below, ULC entered into a series of contracts with Beaumont to provide consulting services in connection with a large number of capital improvement projects being undertaken by the City and funded by the sale of bonds.

Commencing in 1993, various bond issues were sold with a total face value of approximately $367,240,000.  Of this amount, approximately $267,004,166 was expended for a variety of purposes.[5]  **(Exhibit 3)**

These include the following:

| Bond Proceeds Usage | Amount |
|---|---|
| Construction – Design / Planning / Engineering / Mgmnt | $ 50,649,268 |
| Construction – 3rd Parties / Developers / Beaumont / Etc. | $193,948,343 |
| Cost of Issuance | $  5,134,984 |
| Underwriters Discount – Cost of Issuance | $  6,846,890 |
| Administration Expenses | $  3,567,143 |
| BFA Expenses | $  6,857,538 |
|  |  |
| **Total** | **$267,004,166** |

In their capacities as City officials, Dillon, Egger, and Moorjani were instrumental in the formation of a Community Facilities District ("CFD") for the stated purpose of raising funds to finance capital improvement projects in Beaumont.  Each time a bond issue was approved by the City, a portion of the bond proceeds were thereafter paid over to ULC for consulting services.  The identified purposes and amounts of bond funds paid to ULC included the following:

|  | Total Expenditure | Total Amt. to ULC | Percentage |
|---|---|---|---|
| Construction Design, Etc. | $50,649,268 | $45,391,831 | 90% |
| Cost of Issuance | $  5,134,984 | $   777,500 | 15% |
| Administration Expenses | $  3,567,143 | $   466,109 | 13% |
| Other Expenses | $  6,857,538 | $   385,000 | 6% |
| **Totals** | **$66,208,933** | **$47,020,440** |  |

---

[5]  In significant part Hemming is relying upon the work performed by Urban Futures for the details regarding the face amounts of the bonds, the net proceeds received, the categories of the disbursements, and bond expenses.  Urban Futures prepared a PowerPoint presentation dated June 7, 2016, which summarizes the uses of the bond proceeds. (Bates BMTSEC0081824 - 81872)

Exhibit 14
Page 13 of 1064

As calculated by Urban Futures during the scope of work performed by them for the City, but substantially verified by the work performed by Hemming, ULC received more than $45 million of the bond proceeds which were allocated for Construction purposes.  This equates to approximately 18.5% of the total funds allocated for Construction and 90% of the construction costs associated with design, planning, engineering, and management.

In addition to the receipt of approximately $47 million of bond proceeds, additional funds were paid to ULC directly by Beaumont for a variety of purposes including for service as city officials; for the management of the Wastewater Treatment Plant; and for services rendered for various capital improvement projects.[6]  Based upon the analysis of the ULC general ledger and banking records, the total amount of funds paid by Beaumont to ULC was approximately $42.3 million[7].

With respect to the determination of the payment amount of $42.3 million to ULC by Beaumont, it is important to consider the following:

- For the period January 1998 – June 2003, Hemming is relying on the general ledger ("GL") for ULC for this amount.  The total for this period was approximately $2.4 million.  No records for the period prior to January 1998 are available, and it is likely that a significant amount of funds was paid to ULC by Beaumont during the period from 1993 through the end of 1997.

- For the period July 2003 – August 2012, Hemming had access to the GL's for both ULC as well as the City.  In addition, Hemming had access to the banking records of ULC.  During this period, the total amount paid by the City to ULC was approximately $32.2 million.

- On or about mid-August 2012, ULC was sold by the three principals to an individual named Kieran McKiernan.  Following the sale, McKiernan maintained the same bank account as previously used by ULC, but the GL for ULC as maintained by the original principals was no longer utilized.  The funds paid by the City to ULC during the period September 2012 – June 2015 totals approximately $7.7 million.

In summary, the total amount received by ULC from both bond proceeds and payments directly by Beaumont totals approximately $89.3 million.  This broken down as follows:

|  | Bond Funds | Beaumont Funds | Total |
|---|---|---|---|
| Original Principals | $42,500,000 | $34,600,000 | **$77,100,000** |
| Kieran McKiernan | $  4,500,000 | $  7,700,000 | **$12,200,000** |
| **Total** | **$47,000,000** | **$42,300,000** | **$89,300,000** |

---

[6]  It should be noted that the City of Beaumont received approximately $55 million of the bond proceeds.  It is believed that a significant portion of the funds paid by the City of Beaumont to ULC for consulting services for capital improvement projects originated from the bond proceeds received by the City.

[7]  In addition to ULC, the principals created and operated an entity called Urban Logic Services ("ULS").  This entity received payments from Beaumont for its work on the Wastewater Treatment Plant.  Funds received by ULS were deposited into the ULC bank account.  Of the approximate $42.3 million received from the City, approximately $645,000 was paid to ULS.

Exhibit 14
Page 14 of 1064

### *Urban Logic Contracts with Beaumont*

It appears that ULC and its principals were initially hired by the City pursuant to an Agreement for Planning and Economic Development Services dated March 22, 1993.  This agreement specified several broad categories of services for which ULC would be compensated.  For Planning Services (Category I) and Economic Development Services (Category II), ULC was to be paid a lump sum monthly fee of $10,000.  The agreement specified that the ULC principals maintain an office presence at City Hall for 28 hours per week.  The agreement further identified an additional category called "Additional Services" for which ULC was to be compensated in accordance with the hourly rate schedule included as Exhibit A to the agreement.  The Exhibit A states that ULC would be entitled to reimbursements of Professional Sub-Consultant Services at ***"Actual Cost plus 15%"*** (emphases added) **(Exhibit 4)**

Shortly following the above agreement, another agreement was entered into between Beaumont and ULC.  This agreement dated September 27, 1993, was titled *Agreement for Planning, Economic Development and Public Works Services*.  This agreement was very similar to the initial agreement in that it sets forth the scope of the duties of the principals of ULC in their capacities as officials for the City, including the requirement to spend 28 hours per week working at City Hall.  For their services as public officials, ULC was paid $15,000 per month (an increase of $5,000 per month from the prior agreement.)  In addition, ULC was to provide Public Works and Engineering Services as detailed in the agreement.  For these services, ULC was to be paid "on a time and materials basis not exceeding four and one half percent (4.5%) of the confirmed construction cost of the public improvements to be constructed."  The agreement also has an additional scope of work section called Additional Services.  For these services, ULC was to be compensated in accordance with the hourly rate schedule included as Exhibit A to the agreement.  The Exhibit A states that ULC would be entitled to reimbursements of Professional Sub-Consultant Services at ***"Actual Cost plus 15%"*** (emphases added) **(Exhibit 5)**

There was an amendment to the above agreement with ULC in a document dated April 11, 1994.  In this amendment the language relating to the compensation to be paid to ULC for Public Works Construction Management was modified slightly.  The language in this agreement states, "…compensation shall be on a time and materials basis not exceeding four and one half percent (4.5%) of the bid price awarded by the City for each project." **(Exhibit 6)**

### *The Accounting Records Maintained by Urban Logic Are Not Accurate*

As noted above, Hemming had access to and reviewed the GL maintained by ULC for the period January 1996 – August 15, 2012.[8]  The accounting records for ULC were maintained by an accounting software program called QuickBooks.  From the ULC QuickBooks file, Hemming generated financial statement including an income statement and balance sheet.

---

[8] There are only a small number of transactions recorded in the GL for years 1996 and 1997.

The income statement generated from ULC's accounting records (QuickBooks) indicates
the following: (**Exhibit 7**)

| Summary of ULC Income Statement | | |
|---|---|---:|
| | | |
| Consulting Income | $ | 79,341,336 |
| Other Regular Income | $ | 5,648,547 |
| Reimbursed Expenses | $ | 5,529 |
| Retention | $ | (50,503) |
| **Total Income** | **$** | **84,944,909** |
| | | |
| Total Outside Services | $ | 3,515,671 |
| Total Professional Fees | $ | 51,590 |
| Total Payroll Expense | $ | 32,486 |
| Other Expenses | $ | 763,189 |
| **Total Expenses** | **$** | **4,362,936** |
| | | |
| **Net Income** | **$** | **80,581,973** |
| | | |

Based upon a detailed analysis of banking, payroll, and other records, it is clear that the Net
Income amount as recorded in the accounting records of ULC is not correct.  A detailed
analysis of the recorded revenue items appears correct, but the expense amount appears to
be materially understated.

The balance sheet generated from ULC's accounting records (QuickBooks) indicates the
following: (**Exhibit 8**)

| Summary of ULC Balance Sheet | | |
|---|---|---:|
| | | |
| Checking / Savings Balance | $ | (4,644,905) |
| Accounts Receivable | $ | 55,655 |
| Employee Advances | $ | 700 |
| Undeposited Funds | $ | 85,190,475 |
| **Total Assets** | **$** | **80,601,925** |
| | | |
| Accounts Payable | $ | 19,952 |
| **Total Liabilities** | **$** | **19,952** |
| | | |
| **Total Equity** | **$** | **80,581,973** |
| | | |
| **Total Liabilities & Equity** | **$** | **80,601,925** |
| | | |

Based upon a detailed analysis of banking, payroll, and other records, it is clear that the
reported equity is materially incorrect.  Equity in a balance sheet generally consists of

Exhibit 14
Page 16 of 1064

retained earnings generated from net income.  This balance sheet reflects net income for
the period ended August 31, 2012, of $4 million and Retained Earnings (cumulative prior
years' net income) of $76.5 million.  These amounts cannot be correct due to the
unrecorded expenses identified from the analysis of banking and payroll records.

### *The Compensation Received by the Principals of Urban Logic*

The work performed by Hemming included an analysis of the money received personally
by each of the principals of ULC.  The source of this information includes payroll records for
ULC, federal tax returns where available, and W-2's.

Hemming has analyzed the payroll records produced by Paychex in response to a search
warrant executed by the DA's office.  The salary and bonus payments made to the ULC
principals for years 2010 – 2012 are as follows: **(Exhibits 9, 10, 11)**

| | Year | | Salary | Bonus | Total |
|---|---|---|---|---|---|
| Dillon | **2010** | **Exhibit 3** | $ 227,999.98 | $ 999,000.00 | $ 1,226,999.98 |
| Dillon | **2011** | **Exhibit 4** | $ 227,999.98 | $ 1,013,500.00 | $ 1,241,499.98 |
| Dillon | **2012** | **Exhibit 5** | $ 166,615.37 | $ 837,550.00 | $ 1,004,165.37 |
| | **Totals** | | **$ 622,615.33** | **$ 2,850,050.00** | **$ 3,472,665.33** |
| | | | | | |
| | Year | | Salary | Bonus | Total |
| Egger | **2010** | **Exhibit 3** | $ 227,999.98 | $ 999,000.00 | $ 1,226,999.98 |
| Egger | **2011** | **Exhibit 4** | $ 227,999.98 | $ 986,500.00 | $ 1,214,499.98 |
| Egger | **2012** | **Exhibit 5** | $ 166,615.37 | $ 806,200.00 | $ 972,815.37 |
| | **Totals** | | **$ 622,615.33** | **$ 2,791,700.00** | **$ 3,414,315.33** |
| | Year | | Salary | Bonus | Total |
| Moorjani | **2010** | **Exhibit 3** | $ 227,999.98 | $ 999,000.00 | $ 1,226,999.98 |
| Moorjani | **2011** | **Exhibit 4** | $ 227,999.98 | $ 983,450.00 | $ 1,211,449.98 |
| Moorjani | **2012** | **Exhibit 5** | $ 166,615.37 | $ 830,450.00 | $ 997,065.37 |
| | **Totals** | | **$ 622,615.33** | **$ 2,812,900.00** | **$ 3,435,515.33** |
| | | | | | |
| | **Grand Totals for 2010** | | $ 683,999.94 | $ 2,997,000.00 | $ 3,680,999.94 |
| | **Grand Totals for 2011** | | $ 683,999.94 | $ 2,983,450.00 | $ 3,667,449.94 |
| | **Grand Totals for 2012** | | $ 499,846.11 | $ 2,474,200.00 | $ 2,974,046.11 |
| | | | **$ 1,867,845.99** | **$ 8,454,650.00** | **$ 10,322,495.99** |

The analysis of payroll records was limited to years 2010 – 2012 due to the availability of
the records produced by Paychex.

An analysis of available tax returns reveals reported wages for additional years not
included in the above table.  It should be noted that the personal tax returns for Egger were

not available.   In addition, tax returns for certain years were not available for Dillon and
Moorjani.  The reported wages on the available tax returns are as follows:

| Reported Wages on Federal Return | | | |
|---|---|---|---|
| Year | Dillon | Moorjani | Totals |
| 2003 | | $    565,631 | $    565,631.00 |
| 2004 | | $    623,769 | $    623,769.00 |
| 2005 | | $    792,115 | $    792,115.00 |
| 2006 | $  1,113,180 | $  1,113,180 | $  2,226,360.00 |
| 2007 | $  1,513,180 | | $  1,513,180.00 |
| 2008 | $  1,385,500 | $  1,385,500 | $  2,771,000.00 |
| 2009 | | $  1,172,300 | $  1,172,300.00 |
| 2010 | | $  1,205,000 | $  1,205,000.00 |
| 2011 | $  1,220,980 | $  1,190,930 | $  2,411,910.00 |
| 2012 | $  1,004,170 | $    982,070 | $  1,986,240.00 |
| 2013 | $      72,500 | | $      72,500.00 |
| 2014 | $      37,900 | | $      37,900.00 |
| Totals | $  6,347,410 | $  9,030,495 | $  15,377,905 |

From a detailed analysis of both the payroll records and tax returns, it appears that each
year the principals received about the same level of compensation.  Therefore, the table
below attempts to fill in the missing information by imputing the likely amount of wages
received based upon the information for other principals.  The imputed amounts are
highlighted in red.

| Reported Wages on Federal Return (Imputed amounts in RED) | | | | |
|---|---|---|---|---|
| Year | Dillon | Egger | Moorjani | Totals |
| 2003 | $    565,631 | $    565,631 | $    565,631 | $  1,696,893 |
| 2004 | $    623,769 | $    623,769 | $    623,769 | $  1,871,307 |
| 2005 | $    792,115 | $    792,115 | $    792,115 | $  2,376,345 |
| 2006 | $  1,113,180 | $  1,113,180 | $  1,113,180 | $  3,339,540 |
| 2007 | $  1,513,180 | $  1,513,180 | $  1,513,180 | $  4,539,540 |
| 2008 | $  1,385,500 | $  1,385,500 | $  1,385,500 | $  4,156,500 |
| 2009 | $  1,172,300 | $  1,172,300 | $  1,172,300 | $  3,516,900 |
| 2010 | $  1,205,000 | $  1,205,000 | $  1,205,000 | $  3,615,000 |
| 2011 | $  1,220,980 | $  1,200,000 | $  1,190,930 | $  3,611,910 |
| 2012 | $  1,004,170 | $  1,000,000 | $    982,070 | $  2,986,240 |
| 2013 | $      72,500 | $      72,500 | $      72,500 | $    217,500 |
| 2014 | $      37,900 | $      37,900 | $      37,900 | $    113,700 |
| Totals | $ 10,706,225 | $10,681,075 | $10,654,075 | $ 32,041,375 |

It should be noted that the earliest period in which wages from ULC is available is 2003.
Both the bond sales and ULC services to Beaumont commenced in 1993.  Therefore,
information relating to the compensation paid to the ULC principals is missing for a 10-
year period.

Exhibit 14
Page 18 of 1064

In addition to the wages received by the three principals, there were two significant transactions that netted the principals additional money.

In addition to owning ULC, the three principals also owned an entity called Urban Logic Services ("ULS") as previously mentioned. This entity received funds from Beaumont for work performed on the Wastewater Treatment Plant. On or about October 8, 2003, ULS was sold to an entity called Aquarion Operating Services for $1.8 million. It is believed that these proceeds were shared equally by the three principals.

As previously noted, ULC was acquired by Kieran McKiernan in August of 2012 through an entity owned by him called Torcal, LLC. The purchase price paid by Torcal / McKiernan was $5,600,000. The purchase price was in the form of cash to be paid in equal amounts to the three principals, with the remainder to be in the form of a note. **(Exhibit 12 – Select Pages Only)**

### *Material Inconsistencies Between the Billing Records and Payroll Records*

As noted above, ULC was paid from both bond funds and directly by the City. During the time that ULC was owned by the original principals, these payments totaled a minimum of $75 million.[9]

To obtain these funds, ULC issued separate invoices on a monthly basis to both the bond trustee and to Beaumont. In these invoices, ULC would list out various categories of professionals who provided services that month, along with the number of hours expended by each professional category. Examples of the professional categories include:

- Principal
- Construction Manager
- Surveyor
- One Man Crew
- Two Man Crew
- Office Manager
- Executive Secretary

The agreement between ULC and the City states that ULC shall be paid on a time and materials basis, and the invoices submitted by ULC were required to identify the hours expended by various professionals during the period covered by the invoice. An analysis was performed by Hemming to determine whether hours claimed on the monthly invoices reconciled or agreed with the hours on the payroll records that were produced. This analysis was performed for calendar years 2010 and 2011. Because of the limitation on the available documents, particularly the payroll records, this analysis was limited to just these two years. The results of these analyses for 2011 are included as **Exhibits 13, 13-1**, and the analysis 2010 are included as **Exhibits 14, and 14-1**.

---

[9] This $75 million figure is described as a minimum because, as previously stated, the earliest records available for analysis is the ULC general ledger which commences in January 1996. The bond program and ULC contracts with the City commenced in late 1993.

The initial step to this analysis was to locate the invoices submitted by ULC to both the bond trustee and Beaumont, and group them together by the month during which the services were performed.[10] The Hemming schedules identify the invoices submitted to the bond trustee on the left side (Blue color across the columns) and the invoices to Beaumont on the right side of the schedule (Green color across the columns).  As can be seen, there were typically multiple invoices submitted by ULC during each month.  The invoices were then totaled for each month.  The schedule also summarizes the hours claimed to have been worked by "Principals" and also tracks total hours claimed (this includes the principal hours).

The schedule starts with the invoice totals.  However, there are a number of items included on each invoice that do not represent time spent by professionals such as mileage reimbursements, a 15% markup on third party invoices paid by ULC, and other expense type items.  Once these items are subtracted from the invoice amount, it results in the determination of the professional fees being claimed.  An analysis is then made on the reported number of hours expended for those professional fees.  According to the analysis for 2011 (Exhibit 13 & 13-1), the total invoice amounts, total professional fees, and total hours appearing on the invoices were as follows:

| Year 2011 | To Bond Trustee | To Beaumont | Total |
|---|---|---|---|
| Total Invoices | $4,212,212 | $4,506,491 | $8,718,703 |
| Total Professional Fees | $4,144,909 | $4,365,400 | $8,510,309 |
| Total Hours | 28,940 | 29,159 | 58,099 |

In order to ensure that the ULC invoices included in the spreadsheet were actually issued and paid, a comparison was performed utilizing the banking records of ULC.  This comparison determined that the amounts deposited into the account of ULC equals the amount of the invoices included in the analysis.

A comparison was then made to assess the representations made in the invoices that 58,099 hours were expended by ULC during 2011.  In order to perform this analysis, we reviewed the payroll records produced by Paychex.  The payroll records identify 21 people on the payroll during calendar year 2011 (Exhibit 10).  Of these 21 employees, 12 are hourly employees and 9 are salaried employees.  For the hourly employees, the total number of hours worked are identified in the Paychex records.  For the salaried employees, the total gross earnings and hourly rates are provided.  By dividing the gross earnings by the hourly rate, the implied number of hours worked by the salaried employees can be determined.

As shown on the analysis included as **Exhibit 15**, the payroll records indicate that the hourly employees worked a total of 13,274 hours.  The payroll records in this exhibit also reflect wages paid to six salaried or non-hourly employees.  This exhibit assumes that they worked a minimum of 1,040 hours.  This estimate of 1,040 hours was calculating dividing

---

[10]   The analysis performed for calendar year 2011 will be detailed in the report narrative.  The records for 2011 are more complete than those for 2010.  The analysis for 2010 will be included as an exhibit.

the total wages paid as set forth in Exhibit 10 by the hourly rates for each salaried
employee as set forth in payroll records for 2010. **(Exhibit 15-1)** Through the process
described above, the implied number of hours incurred by the salaried employees (non-
principals) was 6,240 (1,040 hours x 6 employees).  Because the calculation of the implied
hours worked by salaried employees calculated to be only 1,040 hours, for purposes of the
analysis we doubled the implied hours to 12,480. The billing records indicate that the
total hours expended by Principals was 5,698.

The results of the analysis of the purported hours worked for 2011 is as follows:

| | |
|---|---|
| Total Reported Hours per Paychex | 13,274 |
| Actual Hours Claimed by Principals per invoices | 5,698 |
| Implied Hours for Salaried Employees | 6,240 |
| Double Implied Hours for Reasonableness | 6,240 |
| **Total Hours** | **31,452** |
| **Total Hours Claimed on Invoices** | **58,099** |
| **Implied Overbilled Hours** | **26,647** |

By dividing the total professional fees of $8,510,309 by the total hours claimed of 58,099, it
is determined that the average hourly rate is $146.48.  If this hourly rate is multiplied by
the implied overbilled hours of 26,647, the result is an implied overbilling of $3,903,252.

A similar result is obtained when this analysis is performed for the billings and payroll
records for year 2010.

It appears clear that the total hours claimed on the ULC invoices submitted to the bond
trustee and to Beaumont exceed the hours that were worked by employees of ULC.  This
suggests that invoices include either "phantom hours" (hours not actually worked by
anyone) or hours incurred by non-employees of ULC.

### Extraordinary Markup on Hours Worked by Non-ULC Employees

Included in the documents produced by the DA's Office were time and billing records used
by ULC to assist with the preparation of invoices to the bond trustee and Beaumont.  Also
included in the documents produced were copies of invoices submitted to ULC by various
third-party vendors.

A detailed analysis of the third-party invoices to ULC, the time and billing records, and the
invoices by ULC to the bond trustee and Beaumont reveals that the hours worked by third
party vendors were included in the time and billing records of ULC, and then included in
the invoices issued by ULC.  The detailed analysis also reveals that the ULC principals
applied extraordinary markups to these third-party invoices.  These markups on occasion
exceeded 300%.

It should be noted that the agreements between Beaumont and ULC previously discussed in this report anticipated the submission and repayment of invoices paid by ULC and allows for a markup of 15%.

There were a number of vendors that submitted invoices to ULC each month during 2011 and prior years whose hours appear to have been included on the ULC invoices.  Below is a table that identifies some of these vendors and summarizes the markup applied and charged by ULC.

| Per Invoice to Urban Logic | | Per ULC Invoice to Beaumont | | Markup Calculation | |
|---|---|---|---|---|---|
| Vendor | Rate to ULC | Position / Name | Hrly Rate | Markup $ / Hr. | Markup % |
| Satori R.E. Solutions, Inc. | $ 40.00 | Lana Guseva | $ 170.00 | $ 130.00 | 325.00% |
| Dennis Janda, Inc. - 1 Man Survey Crew | $ 110.00 | One Man Survey Crew | $ 160.00 | $ 50.00 | 45.45% |
| Dennis Janda, Inc. - 2 Man Survey Crew | $ 145.00 | Two Man Survey Crew | $ 210.00 | $ 65.00 | 44.83% |
| Dennis Janda, Inc. - Assistant Surveyor | $ 65.00 | Surveyor | $ 150.00 | $ 85.00 | 130.77% |
| Dennis Janda, Inc. - Principal Surveyor | $ 85.00 | Surveyor | $ 150.00 | $ 65.00 | 76.47% |
| Eric Lewis | $ 75.00 | Eric Lewis | $ 170.00 | $ 95.00 | 126.67% |
| Rich Soltysiak | $ 75.00 | Rich Soltysiak | $ 170.00 | $ 95.00 | 126.67% |
| Hisam Baqal | $ 70.00 | Hisam Baqal | $ 170.00 | $ 100.00 | 142.86% |
| EARSI - Director | $ 105.00 | Project Mgr/Sr Engineer | $ 170.00 | $ 65.00 | 61.90% |
| Giroux & Assoc. - Senior Scientist | $ 120.00 | Project Mgr/Sr Engineer | $ 170.00 | $ 50.00 | 41.67% |
| Giroux & Assoc. - Associate Planner | $ 75.00 | Associate Engineer | $ 125.00 | $ 50.00 | 66.67% |
| Giroux & Assoc. - Technican | $ 40.00 | CADD Technician | $ 90.00 | $ 50.00 | 125.00% |

The profits achieved by ULC as a result of the extraordinary markups on the third-party invoices has resulted in millions of dollars in profits to ULC.  Without a very detailed analysis of the documents obtained via search warrant by the DA's Office, which were also produced to the Stradling law firm as counsel to Beaumont, it appears likely that neither Beaumont or its citizens would have any knowledge of, or transparency into these profits. Using just one vendor, Satori R.E. Solutions, Inc. / Lana Guseva for just calendar year 2011 as an example, the summary table below demonstrates the undisclosed and non-transparent profit achieved by ULC.

| Summary of Invoices by Satori R.E. Solutions, Inc. to ULC | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Per Invoice to Urban Logic | | | | Per ULC Invoice to Beaumont | | | Hemming Markup Calculation | | |
| Invoice Date | Hrs | Invoice Amt. | Rate to ULC | Hrs | Billed | Rate to Beaumont | Profit to ULC | Markup $ / Hr. | Markup % |
| 01/31/11 | 102.46 | $ 4,098.20 | $ 40.00 | 102.50 | $ 17,425.00 | $ 170.00 | $ 13,326.80 | $ 130.00 | 325.02% |
| 03/01/11 | 163.17 | $ 6,526.80 | $ 40.00 | 164.00 | $ 27,880.00 | $ 170.00 | $ 21,353.20 | $ 130.00 | 325.00% |
| 04/01/11 | 182.42 | $ 7,296.80 | $ 40.00 | 182.50 | $ 31,025.00 | $ 170.00 | $ 23,728.20 | $ 130.00 | 325.00% |
| 05/01/11 | 175.25 | $ 7,010.00 | $ 40.00 | 175.25 | $ 29,792.50 | $ 170.00 | $ 22,782.50 | $ 130.00 | 325.00% |
| 06/01/11 | 185.42 | $ 7,416.80 | $ 40.00 | 185.50 | $ 31,535.00 | $ 170.00 | $ 24,118.20 | $ 130.00 | 325.00% |
| 07/01/11 | 186.00 | $ 7,440.00 | $ 40.00 | 186.00 | $ 31,620.00 | $ 170.00 | $ 24,180.00 | $ 130.00 | 325.00% |
| 08/01/11 | 171.00 | $ 6,840.00 | $ 40.00 | 171.00 | $ 29,070.00 | $ 170.00 | $ 22,230.00 | $ 130.00 | 325.00% |
| 09/01/11 | 192.67 | $ 7,706.80 | $ 40.00 | 193.00 | $ 32,810.00 | $ 170.00 | $ 25,103.20 | $ 130.00 | 325.00% |
| 09/30/11 | 169.50 | $ 6,780.00 | $ 40.00 | 169.50 | $ 28,815.00 | $ 170.00 | $ 22,035.00 | $ 130.00 | 325.00% |
| 11/01/11 | 198.17 | $ 7,926.80 | $ 40.00 | 198.00 | $ 33,660.00 | $ 170.00 | $ 25,733.20 | $ 130.00 | 325.00% |
| 12/05/11 | 161.17 | $ 6,446.80 | $ 40.00 | 161.00 | $ 27,370.00 | $ 170.00 | $ 20,923.20 | $ 130.00 | 325.00% |
| 12/31/11 | 121.00 | $ 4,840.00 | $ 40.00 | 121.00 | $ 20,570.00 | $ 170.00 | $ 15,730.00 | $ 130.00 | 325.00% |
| | 2,008.23 | $ 80,329.00 | | 2,009.25 | $341,572.50 | | $ 261,243.50 | | |

Included with this report are several examples of the markup and resulting profits to ULC
as summarized in the tables above.

**Example 1**

In June 2011, Satori R.E. Solutions, Inc. sent invoice number 5, dated June 1, 20111, to ULC
for services rendered during the month of May 2011.  This invoice was for 185.42 hours of
work at $40 per hour, for a total invoice amount of $7,416.80. Hemming noted the services
related to the Sundance Project. **(Exhibit 16-1 Subcontractor Invoice)**

On its May 2011 time and billing worksheet **(Exhibit 16-2 Time and Billing)**, ULC listed
under the Sundance Project 185.50 hours for Lana Guseva[11] for a total of $31,535, which
equates to an hourly rate of $170, or $130 greater than what was charged to ULC.

We noted that the May 2011 time and billing worksheet showed professional fees totaling
$307,215.75, which reconciled to the professional fees of ULC invoice number 2011-141,
dated 6/1/2011, for $311,987.92. **(Exhibit 16-3 ULC Invoice)** We noted the difference of
$4,772.17 is attributed to reimbursable expenses, mileage, and other miscellaneous
charges on the ULC invoice.

**Example 2**

In March 2011, Giroux & Associates sent invoice number 10-049-URB05, dated March 24,
2011, to ULC for services rendered during the month of March 2011.  This invoice was for

---

[11] Lana Guseva was the CEO and Secretary of Satori Real Estate Solutions, Inc. according to the business
search results from the California Secretary of State website. https://businesssearch.sos.ca.gov/.

10, 20, and 14 hours for the work of a Senior Scientist, Associate Planner, and Technician, respectively. We noted that the services were billed to ULC at rates of $120, $75, and $40 per hour, for total charges excluding travel of $3,260. Hemming noted the services related to the Beaumont Wastewater Treatment Plant Expansion. (**Exhibit 17-1 Subcontractor Invoice**)

On its March 2011 time and billing worksheet (**Exhibit 17-2 Time and Billing**), ULC listed under the Wastewater Treatment Plant Expansion Project 20 hours for an Associate Engineer, which agrees to the 20 hours for the Associate Planner noted above. We also noted that ULC listed 14 hours for a CADD Technician, which agrees to the 14 hours for a Technician noted above. Lastly, we noted that ULC listed 42 hours for a Project Manager / Sr. Engineer, which reconciles with the 10 hours for the Senior Scientist noted above after adding in 32 hours of the Director of Environmental Services charged to ULC in the same period by EARSI (**Exhibit 17-3 Subcontractor Invoice**). We noted that for these various services, ULC charged the City of Beaumont a total of $10,900. The total charges incurred by ULC for these services amounted to just $6,620, which indicates the services were marked up by $4,280, or an increase of 65% when examined in the aggregate.

We noted that the March 2011 time and billing worksheet had professional fees totaling $95,667.50, which reconciled to the professional fees of ULC invoice number 2011-125, dated 4/6/2011, for $95,667.50. (**Exhibit 17-4 ULC Invoice**)

### Example 3

In July 2011, Eric Lewis sent invoice number 84, dated July 24, 2011, to ULC for services rendered during the months of June and July 2011.  This invoice was for 19 hours of professional traffic engineering services. We noted that the services were billed to ULC at a rate of $75 per hour, for total charges of $1,425. (**Exhibit 18-1 Subcontractor Invoice**)

On its July 2011 time and billing worksheet (**Exhibit 18-2 Time and Billing**), ULC listed under City Wide Traffic Surveys 19 hours for Eric Lewis, which agreed to the invoice noted in the previous paragraph. We noted that for these various services, ULC charged the City of Beaumont a total of $3,230 or $170 per hour. The total charges incurred by ULC for these services was just $1,425, which indicates the services were marked up by $1,805, or an increase of 126.67%.

We noted that the July 2011 time and billing worksheet had professional fees totaling $220,494, which reconciled to the professional fees of ULC invoice number 2011-158, dated 8/5/2011, for $223,090.47. (**Exhibit 18-3 ULC Invoice**) We noted the difference of $2,596.47 is attributed to reimbursable expenses and mileage.

### Example 4

In October 2011, J. Andrew Schlange sent invoice number 11-09, dated October 31, 2011, to ULC for services rendered during October 2011.  This invoice was for 28.5 hours of consulting services related to the San Timoteo Project. We noted that the services were billed to ULC at a rate of $120 per hour, for total charges excluding mileage of $3,420. We

noted that 29.5 hours was written on the invoice, and that it is likely the $119.35 of mileage charges were billed as an hour of service by ULC. **(Exhibit 19-1 Subcontractor Invoice)**

On its October 2011 time and billing worksheet **(Exhibit 19-2 Time and Billing)**, ULC listed under San Timoteo Monitoring Wells Project 29.5 hours for a Project Manager / Sr. Engineer, which agreed to the hours written on invoice noted in the previous paragraph. We noted that for these various services, ULC charged the City of Beaumont a total of $5,015 or $170 per hour. The total charges incurred by ULC for these services was just $3,539.35, which indicates the services were marked up by $1,475.65, or an increase of 42%.

We noted that the time and billing worksheet had professional fees totaling $88,266, which reconciled to the professional fees of ULC invoice number 2011-185, dated 11/7/2011, for $88,463.25. **(Exhibit 19-3 ULC Invoice)** We noted the difference of $197.25 was due to reimbursable expenses.

**Example 5**

In December 2011, Dennis Janda, Inc. sent invoice number 8643, dated December 28, 2011, to ULC for services rendered during the months of November and December 2011.  This invoice was for 13 hours of a two-man survey crew, 5 hours of a one-man survey crew, and 412.50 hours of principal and assistant surveyors. We noted that for those services, the hourly rates charged to ULC were $145, $110, $85 (for principal surveyor), and $65 (for assistant surveyor) **(Exhibit 20-1 Subcontractor Invoice)**

On its December 2011 time and billing worksheet **(Exhibit 20-2 Time and Billing)**, ULC listed under various projects 13 hours for a two-man survey crew, 5 hours for a one- man survey crew, and 412.50 hours for principal and assistant surveyors, all of which agreed to the hours previously noted. We noted that according to the December 2011 time and billing worksheet, ULC charged the City of Beaumont a total of $65,405. The total charges incurred by ULC for these services was just $31,297.50, which indicates the services were marked up by $34,107.50, or an increase of 109% when examined in the aggregate.

We noted that the December 2011 time and billing worksheet had professional fees totaling $144,385, which reconciled to the professional fees of ULC invoice number 2012-101, dated January 9, 2012, for $148,335.25. **(Exhibit 20-3 ULC Invoice)** We noted the difference of $3,950.25 was due to reimbursable expenses.

***Amount Received by ULC Far Exceeds the Required 4.5% Cap***

As previously discussed in this report, the agreement between Beaumont and ULC put a cap on the amount of fees that ULC could receive for work performed on public works construction projects.

In connection with a civil suit brought by the Beaumont Citizens for Responsible Growth, several declarations were executed under penalty of perjury by Dillon in which he addresses the issue regarding the 4.5% cap.  In a declaration executed by Dillon on February 2, 2011, he states:

"According to its contracts with the City, Urban Logic bills the City for its services on an hourly "time and materials" basis.  Urban Logic has *never* received a cut, commission, or percentage of the overall cost of a development project.  Instead, the City budgets 4.5% of the estimated cost of capital improvements for payment to Urban Logic for construction management services." **(Exhibit 21)**

The analysis performed to date reveals that the amount of funds received from the bond proceeds and the City related to capital improvement projects appears to far exceed this 4.5% cap.  This can be demonstrated in a variety of ways.

As stated earlier in this report, the work performed by Urban Futures (and verified in significant part by Hemming) reveals that of the total bond expenditures of $267,004,166, ULC received payments totaling $47,020,440.  This equates to 18% of the total bond proceeds.[12]  If this analysis was performed on the bond fund expenditures that directly relate to construction costs the result would be similar.  The total construction related costs total $244,597,611, and from this amount ULC received $45,391,831.  This equates to 19% of the total construction related expenditures.  This analysis does not take into consideration the approximate $34.6 million that ULC received directly from Beaumont.

Among the ULC documents obtained via the search warrant were budget related documents called Construction Fund Vendor Control ("Vendor Control").  It appears that these documents were created on a monthly basis and maintained by ULC.  Our analysis has identified Vendor Control documents for 20 different bond issues.  Each of these Vendor Control documents identifies different categories of programs or uses of the bond proceeds, and also identifies the vendor responsible for carrying out the work.  **(Exhibit 22)**

One such example of a Vendor Control document is for bond 2004 Series B. **(Exhibit 23)** This particular example identifies four different projects under the category called Critical and Joint Facilities.  It also identified one project under the category called Individual Facilities.  Each of the projects has a budget amount, with the grand total budget being $4,637,323.[13]  Of this total amount, ULC was budgeted to perform work totaling $480,686.  The amount budgeted to ULC is therefore approximately 10% of the total budget amount.  The Vendor Control document also indicates that the entire amount of the $480,686 budgeted to ULC was paid out to ULC.

In the example above, ULC was budgeting for itself 10% of the construction expenditures for bond 2004 Series B.  The fact that ULC received 10% of this

---

[12]  It should be noted that of the $47,020,440 of bond proceeds received by ULC, $4,500,000 was paid out to ULC after the period in which ULC was sold to McKiernan.  Taking this into consideration, ULC would have received 16% of the bond proceeds during the time it was owned by the original principals.

[13]  The analysis performed by Urban Futures indicates that for bond 2004 Series B, the total construction-related expenditures were $5,017,770.

Exhibit 14
Page 26 of 1064

bond issue appears inconsistent with the agreement with the City and the declaration of Dillon in which he asserts that ULC was capped at 4.5%.

The analysis described above was performed on 20 different bond issues.  The results are summarized as follows:

| Summary of Construction Fund Vendor Control Documents | | | |
|---|---|---|---|
| Bond Issue | Project Budget | ULC Budget | Budgeted % to ULC |
| 1994A | $ 1,336,042 | $ 168,252 | 13% |
| 2000A | $ 17,167,621 | $ 2,569,037 | 15% |
| 2001A | $ 22,778,231 | $ 7,685,809 | 34% |
| 2002A | $ 8,667,559 | $ 1,911,749 | 22% |
| 2003A | $ 15,377,484 | $ 2,167,624 | 14% |
| 2003B | $ 8,580,215 | $ 583,273 | 7% |
| 2004A | $ 3,713,922 | $ 546,234 | 15% |
| 2004B | $ 4,637,323 | $ 480,686 | 10% |
| 2004C | $ 7,151,066 | $ 1,110,699 | 16% |
| 2004D | $ 19,012,683 | $ 1,101,102 | 6% |
| 2005A | $ 14,745,685 | $ 1,318,953 | 9% |
| 2005B | $ 9,931,147 | $ 1,252,508 | 13% |
| 2005C | $ 15,824,569 | $ 1,464,322 | 9% |
| 2006A | $ 11,983,501 | $ 1,114,059 | 9% |
| 2006B | $ 6,156,294 | $ 994,914 | 16% |
| 2007A | $ 4,505,884 | $ 4,500,384 | 100% |
| 2007E | $ 5,061,673 | $ 595,705 | 12% |
| 2008A | $ 2,879,684 | $ 1,211,614 | 42% |
| 2009A | $ 2,548,959 | $ 499,915 | 15% |
| 2009B | $ 1,890,857 | $ 439,250 | 15% |
| | $ 183,950,399 | $ 31,716,089 | 17% |

Another analysis performed to assess the reasonableness of the assertions made by Dillon that the amounts paid to ULC for capital improvement projects did not exceed 4.5% is to divide the amount of money ULC received by 4.5% to see whether the resulting number is consistent with the total amount spent by Beaumont on capital improvements.

During the period that ULC was owned by the original three principals, ULC received at least $75 million.  It is understood that some portion of this amount represents payments received for services other than capital improvement projects.  These other items include payments for service as City officials, management of the wastewater treatment plant, reimbursements of expenses, etc.  For conservative purposes, this analysis assumes that $25 million of the

funds were for other purposes leaving $50 million as payments received for capital improvement related services.  If the assertions made by Dillion that ULC only received 4.5% of the capital improvement costs are correct, then $50 million of payments calculate to be total capital improvement costs of approximately $1.1 billion.  The City did not spend anywhere near that amount of money on capital improvements.

One additional analysis performed to assess whether ULC received funds equal to or less that 4.5% of the total project costs is to estimate how much the City spent on capital improvement projects, then multiply that amount by 4.5% to determine how much money ULC should have received, and then compare that with the amount of money ULC actually received.

In his above referenced declaration executed on February 2, 2011 (Exhibit 21), Dillon stated that during the period 1993 – 2009, there were 64 major public works projects undertaken by the City.  His declaration listed these projects. Hemming took this identified list and attempted to determine the total construction costs for each project.  Hemming then searched the public database for Beaumont and identified a number of additional capital improvement project not included on the listing in the Dillon declaration.  Included with this report is a schedule prepared by Hemming of the identified capital improvement projects and their estimated total costs.[14] **(Exhibit 24)**

This schedule identifies approximately 192 capital improvement projects with a total contract amount of $181,327,811.  If it is assumed that this total contract amount is accurate, then 4.5% of this total calculates to be $8,159,752.  This is obviously dramatically less than the approximate $75 million received by ULC.

## VII.    Summary of Financial Activities of GGMS, Inc. and Kapanicas

Additional analysis was performed on the funds received by Alan Kapanicas and his company GGMS.  Kapanicas served as the City Manager.  During the pendency as city Manager, he also owned or controlled GGMS.

The work performed by Urban Futures, which was significantly substantiated by Hemming, reveals that more than $1 million of bond proceeds were paid out to GGMS as detailed in the chart below.[15]

---

[14]  The projects identified with the letter A were projects listed in the Dillon declaration.  The projects identified with the letter B were determined from a search of the public database of the City.
[15]   The source of this information is the PowerPoint presentation prepared by Urban Futures dated June 7, 2016. (Bates BMTSEC0081824 – 0081872)

|  | Total Expenditure | Total to GGMS | Percentage |
|---|---|---|---|
| Cost of Issuance | $ 5,134,984 | $ 451,222 | 9% |
| Administration Expenses | $ 3,567,143 | $ 512,042 | 14% |
| Other Expenses | $ 6,857,538 | $ 129,000 | 2% |
| **Totals** | $15,559,665 | $ 1,029,264 | |

In an effort to determine how much money was received by Kapanicas as City Manager and owner of GGMS, an analysis was made utilizing the available tax returns and related documents.

The earliest tax return available for Kapanicas was for year 2007.  The tax return for year 2008 was not located.  The table below summarizes the information on the tax returns.

| | Alan Kapanicas Federal Tax Return Summary | | | |
|---|---|---|---|---|
| | **Wages** | **Real Estate / Partnerships** | **Other Items** | **Totals** |
| **2007** | $    155,000 | $    187,536 | $    18,671 | $    361,207 |
| **2008** | | | | $    - |
| **2009** | $    172,000 | $    253,422 | $    19,646 | $    445,068 |
| **2010** | $    216,000 | $    (64,389) | $    7,705 | $    159,316 |
| **2011** | $    259,118 | $    29,035 | $    36,162 | $    324,315 |
| **2012** | $    250,420 | $    35,992 | $    29,705 | $    316,117 |
| **2013** | $    252,630 | $    16,632 | $    25,196 | $    294,458 |
| **2014** | $    237,007 | $    12,442 | $    39,489 | $    288,938 |
| **Totals** | **$  1,542,175** | **$    470,670** | **$    176,574** | **$  2,189,419** |

In addition to his personal tax return, Kapanicas also filed a return for GGMS, Inc. A review of these tax returns, for the years available, reveals gross receipts of nearly $2 million.  It also reveals that GGMS, Inc. was making rent payments to Kapanicas, and that Diana Kapanicas was also receiving a salary from GGMS, Inc.

| Analysis of GGMS, Inc. Federal Tax Returns and W-2's | | | | |
|---|---|---|---|---|
| Year | Gross Receipts | Rent Pmts to Kapanicas | Wages to Alan Kapanicas | Wages to Diana Kapanicas |
| 2003 | | | $      102,000 | $        81,500 |
| 2004 | | | | |
| 2005 | | | | |
| 2006 | | | | |
| 2007 | $      556,644 | $      24,000 | $        98,000 | $        98,000 |
| 2008 | | | $      102,000 | $      102,000 |
| 2009 | $      631,948 | $      24,000 | $      108,000 | $      108,000 |
| 2010 | $      362,485 | $      24,000 | $      130,000 | $      130,000 |
| 2011 | $      337,709 | $      24,000 | $        28,000 | $      162,500 |
| 2012 | | $      12,000 | $        54,000 | |
| 2013 | | $      36,000 | $        51,450 | |
| 2014 | $        70,574 | $      24,000 | $        30,000 | |
| | $ 1,959,360 | $    168,000 | $      703,450 | $      682,000 |

## VIII   Summary of Conclusions

Based upon the analysis performed to date, ULC (while owned by the original principals Dillon, Egger, and Moorjani) received at least $75 million dollars from the bond trustee and the City.  The amount received appears to be driven in significant part by the extraordinary markup on the third-party invoices which were included in the ULC invoices.  There was no transparency in the manner in which these additional hours worked by third parties were included in the invoice.  Without the ULC documents obtained via search warrant, followed by a laborious tracing of the hours and rates, this extraordinary markup up would never have come to light.  The markup percentages, which ranged between 42% to 325% appear to be completely inconsistent with the contract with the City which allowed only a 15% markup.  As previously stated, the 1993 original agreement between the City and ULC allowed for a 15% markup on third-party billings.  This same limitation of a 15% markup was also identified in the ULC Hourly Rate Schedule with an effective date of April 2, 2011. (**Exhibit 25**)

The analysis performed to date by Hemming strongly indicates that the amount of funds received by ULC far exceeds the required cap of 4.5%.

With respect to Kapanicas and his company GGMS, the analysis of the tax return reveals that he made millions of dollars through GGMS, while at the same time he served as the City Manager for Beaumont.

## IX.     Hourly Rate

The hourly billing rate established by HM for my services, which is the rate charged for
services rendered in connection with this engagement is $660.


Dated: May 27, 2022             By: _____

                                        Daniel W. Ray, CPA/CFF, CFE

# EXHIBIT B
## (To Exhibit 14)

Exhibit 14
Page 32 of 1064

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

1390 Willow Pass Road
Suite 410
Concord, CA 94520

# Western Riverside Counsel of Governments City of Beaumont

## v.

# National Union Fire Insurance Company of Pittsburgh

## Supplemental / Rebuttal Expert Report of

### Daniel W. Ray CPA / CFF, CFE

### Partner – Hemming Morse, LLP

### June 30, 2022

San Francisco I San Mateo I Los Angeles I Concord I Santa Rosa I Fresno I Chico

## I.      Introduction

The purpose of this Supplemental / Rebuttal Expert Report ("Supplemental Report") and accompanying exhibits is to respond to the Expert Report of Richard E. Tasker dated May 31, 2022.  This Supplemental Report sets forth opinions that will (1) address various inaccurate statements made by Mr. Tasker; (2) comment on his overall approach to his analysis; (3) and provide additional exhibits and supporting documents to further support the analysis and opinions set forth in my original Expert Report dated May 27, 2022.  This supplemental report will include both modified versions of exhibits previously included in my original report along with new exhibits.[1]

As previously stated in my original report, I am not assuming or usurping the role of the trier of fact (judge or jury).  With that caveat in mind, based upon my skills, training, and experience as detailed below, along with a careful analysis of financial and banking records, I am expressing my opinions regarding what appears to be a fraud scheme.

As noted in my original report, I have more 40 years-experience in conducting financial investigations.  Many of the matters in which I have been engaged include concerns of fraud being conducted by one or more individuals or entities.  Some of these matters include construction related transactions.  During my eight years as a Special Agent with the FBI, I specialized in the investigation of complex white-collar crimes.  Since leaving the FBI in 1990 and became a CPA, my practice has solely been on forensic accounting matters.  In addition to being a CPA, I am also a Certified Fraud Examiner, and I am Certified in Financial Forensics.  I lecture frequently on the topic of fraud and financial investigations. See also my Curriculum Vitae **(Exhibit A-1)** which has now been updated to reflect a recent deposition testimony.

## II.     Additional Documents Reviewed and Considered

In addition to the documents previously identified in my original report, I have now reviewed and considered additional documents.  The additional documents reviewed and considered in connection with this Supplemental Report are summarized in **Exhibit B-1**.

## III.    Opinions Regarding the Report by Mr. Tasker

In his report, Mr. Tasker makes certain assumptions that appear incorrect, he performs certain analyses that appear to be flawed, he makes factual errors, and he misstates my analysis and opinions that I expressed in my report dated May 27, 2022.  These will be addressed in this Supplemental Report.

---

[1]  The modified exhibits will maintain their original exhibit number but will be identified as being modified. New exhibits will commence with exhibit number 26 since the last exhibit number on the original report was exhibit number 25.

**In my Opinion Mr. Tasker Minimizes the Felony Guilty Pleas of the ULC Owners and Mr. Kapanicas.**

While Mr. Tasker does acknowledge that the former owners of Urban Logic Consulting ("ULC") Mr. Moorjani, Mr. Egger, and Mr. Dillon, along with Mr. Kapanicas pled guilty to the criminal charges filed by the Riverside District Attorney's Office (DA's Office) on or about May 17, 2016, he appears to be minimizing the fact that the four individuals (along with others) each plead guilty to felony criminal counts.  Mr. Moorjani and Mr. Egger each pled guilty to one count of Conflict of Interest.  Mr. Dillon pled guilty to Conflict of Interest and Embezzlement of Public Funds.  Mr. Kapanicas pled guilty to Embezzlement of Public Funds and Misappropriation of Public Funds.  As will be further discussed, Mr. Kapanicas approved virtually all if not all of the invoices submitted by ULC.  When Mr. Kapanicas issued invoices on behalf of his company GGMS, they were approved by one of the ULC owners.  Thus, the defendants in the criminal matter cross-approved each other's invoices.

Mr. Tasker focuses on the fact that the ULC owners were required to repay the victim (City of Beaumont) combined restitution of $10 million, and that this sum results in a reduction to the "damage" amount suffered by the plaintiff.  He does not appear to consider these felony guilty pleas and restitution payments as acknowledgments or admissions of wrongdoing by the ULC Principals.

As previously noted, the criminal complaint filed by the DA's Office alleged that the named defendants carried out various schemes which cost taxpayers nearly $43 million due to their improper conduct.  The Felony Complaint included a "Special Allegation – Aggravated White Collar Crime Enhancement" relating to multiple felonies of fraud or embezzlement.

**In my Opinion Mr. Tasker Inappropriately Excludes Approximately $40 Million Received by ULC from Bond Proceeds**

While he asserts that he is not making a legal opinion about the contract between ULC and the City of Beaumont ("City"), Mr. Tasker throughout his report excludes approximately $40 million received by ULC from bond proceeds based on his premise that there was no agreement between ULC and the Beaumont Financing Authority ("BFA").  He asserts that because there is no agreement between ULC and BFA, then the restrictions of a 4.5% cap set forth in the agreements between ULC and the City would not apply to any of the approximate $40 million received by ULC from bond proceeds.  While I would agree with Mr. Tasker that there does not appear to be an agreement between ULC and the BFA, this observation does not exclude the $40 million of bond proceeds from the 4.5% cap.

What Mr. Tasker fails to mention is that all of the invoices issued by ULC were addressed to the City of Beaumont with whom ULC has a contract.  On some occasions these invoices were paid directly by the City, and on other occasions Mr. Kapanicas included the ULC invoice in a payment request to the bond trustee.  To my knowledge there are no invoices from ULC to the BFA.  Thus, it would appear that all of the ULC invoices were issued to the party (the City) with whom ULC had contractual obligations including a cap of 4.5% for certain scopes of work.

This can be demonstrated by a review of **Modified Exhibit 13** and **Modified Exhibit 14**. Modified Exhibit 13 summarizes invoices issued by ULC to the City for which payments were received during calendar year 2011.  The summary chart shows payments made from bond proceeds totaling $4,212,212 and payments made by the City totaling $4,506,491.  It is emphasized that all the invoices, irrespective of the source of payment, were issued by ULC to the City of Beaumont.  Modified Exhibit 14 summarizes invoices issued by ULC to the City for which payments were received during calendar year 2010.  The summary chart shows payments made from bond proceeds totaling $5,296,309 and payments made by the City totaling $2,503,882.[2]  As with the schedule for 2011 all the invoices, irrespective of the source of payment, were issued by ULC to the City of Beaumont.[3]

The modifications made to these prior exhibits include additional language to make it clear that all invoices were issued by ULC to the City irrespective of the payment source.  The schedules now include references to all the supporting documents.  These new exhibits are as follows[4]:

| Exhibit # | Support for | Paid By | # of ULC Invoices | Invoice Totals | Year |
|---|---|---|---|---|---|
| 26 | Modified Ex. 13 | Bond Proceeds | 26 | $  4,212,212.17 | 2011 |
| 27 | Modified Ex. 13 | City of Beaumont | 70 | $  4,506,491.27 | 2011 |
| 28 | Modified Ex. 14 | Bond Proceeds | 33 | $  5,296,308.88 | 2010 |
| 29 | Modified Ex. 14 | City of Beaumont | 16 | $  2,503,882.04 | 2010 |
|  |  |  | **145** | **$16,518,894.36** |  |
|  |  |  |  |  |  |

These four exhibits include 145 invoices issued by ULC to the City of Beaumont totaling $16,518,894.  Some of the invoices were paid by the City and others were paid from bond proceeds.  Some of the ULC invoices paid directly by the City had a cover letter addressed to Alan Kapanicas and signed by a ULC official.  It appears that all of the ULC invoices issued to the City that were paid from bond proceeds had a cover letter addressed to the bond trustee signed by Alan Kapanicas.  The language in these cover letters, irrespective of payment source (City vs. Bond proceeds) was identical. **(Exhibit 30)** The cover letters state:

---

[2]  In Exhibit 14, the ULC invoices paid by the city for the period 01/01/10 – 06/30/10 could not be located. Therefore, the total payments received from the City in this schedule is lower than the actual amount received.  The General Ledger for ULC reflects the Consulting Revenue received from the City of Beaumont of $489,080 during the period 02/01/10 – 06/01/10.

[3]  Exhibits 13 & 14 focused on years 2010 and 2011 because we had payroll records for those periods.  These exhibits include details regarding the number of hours claimed on these invoices issued to the City.

[4]  Some of the ULC invoices paid from bond proceeds identify broad categories of work performed such as "Sewer Facilities" (Ex. 28 pdf pg. 34) and "Critical and Joint Facilities" (Ex. 28 pdf pg. 81) A documents titled "CFD Funding Summary" identifies the various facilities financed from bond proceeds.  (See **Exhibit 41**.)

*Please find enclosed the above referenced requisition related to the City of
Beaumont Community Facilities District 93-1 Funds.  Attached to the
requisition(s) are payment certificates, contractor certificates and invoices.*

*Thank you very much for your assistance with this matter.*

The cover letter to both the City and the Bond Trustee both indicate that the invoices
issued by ULC are "...related to the City of Beaumont Community Facilities District 93-1
Funds."

In my opinion it is inappropriate of Mr. Tasker to remove from consideration the
approximately $40 million received by ULC that had as the source of payment bond
proceeds.  His opinion that none of the work performed by ULC which was paid via bond
proceeds was subject to the 4.5% cap set forth in the agreements between the City and ULC
appears false.

### In My Opinion Mr. Tasker Misstates My Analysis of the 4.5% Cap per the Contracts

Mr. Tasker contradicts himself in his report regarding how I addressed the 4.5% cap
limitation on the total billings by ULC.  On the one hand he is critical of my estimation that
25% of the ULC invoices paid directly the City were outside of the 4.5% cap limitation.

On page 1 of his report, Mr. Tasker states that he is "...not aware of any reasonable or
customary practice to support Mr. Ray's assumption that 25% of ULC's fees were excluded
from any contractual billing cap."  Then on page 14 he states that I assumed that 25% of the
ULC invoices paid by the City were not subject to the 4.5% cap.

Following his criticism of my using an estimate of 25%, Mr. Tasker then asserts on page 15
of his report that my analysis assumed that any amount in excess of the 4.5% cap
constituted an overcharge.  He states, "Mr. Ray assumes that all services charged by ULC
were subject to the contractual caps, including services charged by the BFA."  This
statement makes no sense for several reasons.  He has already acknowledged that I
allocated 25% as being not subject to the 4.5% cap.  In addition, his phrase "...including
services **charged by the BFA**" (emphasis added) makes no sense.  As previously stated, all
ULC invoices were issued to the City of Beaumont.  On some occasions, the City forwarded
the ULC invoices to the bond trustee to be paid via bond proceeds.

Mr. Tasker stated that my use of an estimate "was not reasonable" and that it violated
"customary practice."  He states the analysis I performed, and my use of an estimate "...does
not follow commonly accepted practices and does not comply with industry standards used
to evaluate construction costs."[5]  The procedures I used in this matter are consistent with
my 40 years of practice and are consistent with the standards I follow as a CPA providing
forensic accounting services.[6]

---

[5]  It is noted that Mr. Tasker does not cite what "industry standard" I failed to follow.
[6]  My engagement agreement with WRCOG states that the work that I will perform is subject to the American
Institute of Certified Public Accountants ("AICPA") Statement on Standards for Forensic Services SSFS No.1.

Mr. Tasker states that in his experience the appropriate practice would be to perform an invoice-by-invoice analysis to identify those invoices that are subject to the 4.5% cap.  He states, "In my experience, this analysis requires an invoice-by-invoice analysis and **is not predicated upon assumptions.**" (Emphasis added. Tasker Report pg. 15).  These statements by Mr. Tasker have a myriad of problems including:

1. The period covered by this analysis is from September 1993 through August 2012.  This is a total of 19 years.  The entire population of ULC invoices are not available for analysis.
2. Mr. Tasker states on page 20 that he reviewed ULC invoices from 2008 – 2012.  This is a 5-year period, and there is no assurance that he reviewed every invoice issued during that period.
3. Mr. Tasker asserts in his footnote #113 that because the ULC invoices for the entire period are not available then the plaintiffs cannot assert that ULC overcharged the City.
4. Despite the fact that his touted invoice-by-invoice analysis "…is not predicated upon assumptions", this type of analysis clearly requires numerous assumptions to be made.  For example, it assumes:

   a. That the services being billed on the invoice was actually performed.
   b. That the invoice accurately describes the services performed given that ULC would have the incentive to describe a scope of work not subject to the 4.5% cap.
   c. That the math on the invoice is accurate.
   d. That the invoice does not inappropriately include hours worked by non-employees or professional sub-consultants (a specific finding in my report that they do).
   e. That Mr. Tasker will have the requisite expertise to definitively determine whether a particular scope of work is or is not subject to the 4.5% cap., particularly when ULC invoices often simply state they are billing for professional services rendered for a particular project or location. **(see Exhibit 31 and Exhibit 32)**
      i. Exhibit 31 was submitted to the City and paid by the City.
      ii. There are a significant number of similar ULC invoices paid by the City in which the description of the services rendered simply states "Billing for Professional Services."
      iii. Exhibit 32 was submitted to the City and paid from bond funds.
      iv. There are a significant number of similar ULC invoices issued to the City but paid via bond proceeds in which the description of services rendered simply states "Billing for Professional Services."
      v. Invoices paid by the City and invoices paid from bond proceeds both often indicate that the work related to the City of Beaumont Community Facilities District 93-1 Funds.

  f. It assumes no concern about the integrity of the invoices despite the fact that the
owners of ULC and the approver of the ULC invoices (Mr. Kapanicas) all pled
guilty to felony counts in the criminal action brought by the DA's Office.[7]

In my experience performing an invoice-by-invoice analysis given the great number of
assumptions that would have to be made, and the fact that the invoices were prepared and
approved by the defendants of the criminal case, would not be the appropriate method.

### In My Opinion Mr. Tasker Incorrectly Concludes that less than 4% of all the ULC Invoices Paid are Subject to the 4.5% cap.

As noted above, Mr. Tasker was critical of my use of a 25% estimate of ULC invoices paid by the City
as being not subject to the 4.5% cap.[8]  Despite this, he does not specifically state what he believes
the correct percentage is if not 25%.  Only through a careful reading of his findings that are set out
towards the end of his report can one get an understanding that he believes that less than 4% of the
ULC invoices during the period 2008 – 2012 were subject to the 4.5% cap.

Mr. Tasker focuses his analysis on two agreements between ULC and the City.  One agreement is
dated September 27, 1993, and the other is an amendment to that contract dated April 11, 1994.
The initial 1993 agreement ("Agreement") identified two specific services to be rendered by ULC
that were subject to a 4.5% cap of "...the confirmed construction cost of the public improvements to
be constructed."  The two scopes of work subject to this cap were identified as Plan Checking and
Construction Inspection.  There were other scopes of work to be performed by ULC for which was
to be paid a flat monthly fee of $15,000.  Included in this flat monthly fee was work described as
"Planning Services", "Economic Development Services", and "Public Works and Engineering
Services." (See prior Exhibit 5).[9]

This Agreement states that it is anticipated that ***"...from time-to-time"*** the City may have need for
other services not specifically listed in the agreement.[10]  (Emphasis added) The agreement further
states in paragraph XII, "The individuals directly responsible for the execution of the services as set
forth herein shall be Ernest A. Egger, David W. Dillon and Deepak Moorjani, ***principals*** for Urban
Logic.[11] (emphasis added)

The amendment dated April 11, 1994 ("Amendment"), expands the scope of work to be performed
by ULC.  This expanded scope of work is under the broad heading of "Construction Management
Services."  Within the category "Construction Management Services" the Amendment identifies 21
separate tasks.  Once again, the compensation to ULC for this work was limited to "...4.5% of the bid
price awarded by the City for each project." (see prior Exhibit 6)

---

[7] A review of the Curriculum Vitae for Mr. Tasker does not indicate that he has any particular training in
fraud detection or has any experience in matters that involve allegations of fraud.
[8] As previously noted, he also asserted that I was of the opinion that all of the invoices were subject to the
4.5% cap.
[9] This agreement also included an Exhibit A that limits the markup on "Professional Sub-Consultant Services"
to 15%.  This will be discussed later in this report.
[10] See page 7 of the Agreement (Exhibit 5)
[11] As will be discussed in greater detail, it appears Mr. Tasker does not consider any of the work performed
by the Principals of ULC as be limited by the 4.5% cap.

Despite the "...from time-to-time" catchall language in the 1993 Agreement, and the fact that there are now 23 separate tasks identified as being subject to the 4.5% cap, Mr. Tasker concludes "...most of the services provided by ULC are overwhelmingly "additional costs" under the terms of the Agreement and Amendment."[12]  The common understanding of the phrase "...from time to time" is that it is the exception and not the "overwhelming majority" as Mr. Tasker concludes.[13]

Neither the initial 1993 Agreement nor the 1994 Amendment indicate that this 4.5% cap does not apply when invoices issued by ULC to the City are forwarded by the City to the Bond Trustee for payment.  There is simply no carve-out exception.  As previously stated, all ULC invoices were issued to the City of Beaumont – the other party to the Agreement and Amendment that include the 4.5% cap language.

My analysis of hundreds of invoices issued by ULC to the City reveals that ULC included a variety of titles on their invoices with various hourly rates assigned to each.  While not every invoice includes all such professionals, there are certain professional titles that appear on most all invoices.  These include Principal, Sr. Assoc / Engineer, Construction Manager, Inspector, Etc.  Below is a table that compiles the professional titles found on ULC invoices.

| Summary of Titles on ULC Invoices | |
|---|---|
| **Title** | **Rate** |
| Principal | $ 195.00 |
| Project Manager / Engineer | $ 170.00 |
| Sr. Associate / Engineer | $ 170.00 |
| Surveyor | $ 150.00 |
| *Const. Manager* | *$ 150.00* |
| Sr. Planner | $ 150.00 |
| 1-Man Survey Crew | $ 160.00 |
| 2-Man Survey Crew | $ 210.00 |
| 3-Man Crew | $ 260.00 |
| *Inspector (Prev. Wage)* | *$ 136.50* |
| *Inspector* | *$ 100.00* |
| Soils Tech (Prev. Wage) | $ 136.50 |
| Sr. Designer II | $ 130.00 |
| Staff Engineer | $ 110.00 |
| *Plan Checker* | *$ 100.00* |
| Office Manager | $ 90.00 |
| CADD Tech | $ 80.00 |
| Exec. Secretary | $ 60.00 |

---

[12] Tasker report page 36. See also Tasker report page 22 where he states, "...the vast majority of ULC's services were outside the caps."
[13] Dictionary.com defines "from time to time" as "Occasionally, once in a while."

Exhibit 14
Page 40 of 1064

According to Mr. Tasker, he has concluded that the only professionals whose billed hours are subject to the 4.5% cap are Const. Manager, Plan Checker, Inspector, and Inspector (Prev. Wage).  Therefore, of the 18 different titled professional that are included on hundreds of invoices to the City, Mr. Tasker believes that only four professional categories are limited to the 4.5% cap.  Most significantly he has concluded than **none** of the work performed by the Principals of ULC (Moorjani, Dillon, and Egger) was subject to or limited by the 4.5% cap.  This conclusion by Mr. Tasker is despite the fact, as noted above, paragraph XII of the Agreement states that the ULC principals were to be directly responsible for the work to be performed.

The 1993 Agreement included Plan Checking and Construction Inspection as being subject to the 4.5% cap.  The April 1994 Amendment listed 21 scopes of work under the category "Construction Management Services" as being subject to the 4.5% cap.  The preamble prior to the listing of the 21 scopes of worked covered by the 4.5% cap states:

> *"In the performance of such duties, ULC shall provide construction management for each public works project before, during and after completion of various stages of construction including the following services related to the planning, control, scheduling, estimating and value engineering of public works projects:"*

The listing of 21 scopes of work related to Construction Management Services included but are not limited to tasks such as:

1. Coordinate, receive, review, and evaluate bids
2. Award bids, make appropriate recommendations, and prepare contracts
3. Manage, coordinate, and inspect all work
4. Prepare progress reports
5. Evaluate quality and workmanship of construction
6. Provide change order management and coordination
7. Liaison with controlling agencies and design and construction engineers.

Mr. Tasker has concluded that none of the ULC Principals (nor any of the other 14 titled professionals) ever performed **any** of these services which would be subject to the 4.5% cap.  The modified Exhibits 13 & 14 reveal that from July 1, 2010 – December 31, 2011, the ULC Principals billed the City for 11,345 hours of work.  The opinion of Mr. Tasker is than none of those 11,345 hours by the Principals were for services that were limited by the 4.5% cap.

Due to Mr. Taskers extraordinary limitation of the 4.5% cap to only 4 of the 18 professionals on these invoices, he concludes that the "overwhelming majority" of the work performed by ULC was outside of the limitation of the 4.5% cap.

His analysis focused on the available invoices issued by ULC during the period 2008 – 2012.  An imbedded chart on page 38 of Mr. Tasker's report suggests during the 5-year period there were "City Invoices" totaling $1,522,397 and "BFA Invoices" totaling $4,166,628 for a total of $5,689,026.  There are numerous flaws with Mr. Taskers chart.  His identification of

"BFA Invoices" is not correct because there are no "BFA Invoices." ULC did not issue any invoices to the BFA. All invoices from ULC were issued to the City of Beaumont. Some of these invoices were paid directly by the City and some of the ULC invoices were included by the City (along with other professional invoices) in a requisition requesting that they be paid from bond proceeds. On page 29 of his report Mr. Tasker states, "…ULC never entered into an agreement with BFA and did not appear to agree to 4.5% caps on its services to BFA…" As repeatedly stated in this report all ULC invoices were issued to the City. Mr. Tasker makes no showing whatsoever to support his comment that ULC "did not appear to agree to 4.5% caps on is services to BFA."

Mr. Tasker also makes no showing that ULC was aware of which invoices they issued to the City would be paid directly by the City and which would be paid via bond proceeds.[14] As stated earlier, many of these ULC invoices looked identical whether paid by the City or from bond proceeds. (See Exhibit 31 – ULC Invoice paid by the City and Exhibit 32 – ULC invoice paid from bond funds)

In addition, the calculation of the total invoice amounts includes only hours claimed for four of the 18 titled professionals. This unilateral exclusion of 14 titled professionals, including 100% of the hours worked by the ULC Principals significantly reduced the total billings by ULC to the City for this 5-year period. An analysis of Modified Exhibits 13 & 14 reveals that just during the 18 months from July 1, 2010 to December 31, 2011, ULC issued invoices to the City of Beaumont totaling $16,518,893.

From his already materially reduced ULC billing amount of $5,689,026 for the five years 2008 – 2012, Mr. Tasker then concludes that any ULC invoice that was paid via bond proceeds should be excluded. He refers to these as being "BFA Invoices." He therefore concludes that during this 5-year period only $1,522,397 of ULC invoices were subject to the 4.5% cap. As will be demonstrated below, his conclusion that only $1,522,397 of the ULC invoices issued during the entire 2008 – 2012 period are subject to the 4.5% cap results in an extremely small percentage being subject to the cap.

Mr. Tasker then compares his $1,522,397 against the total payments received by ULC during 2008–2012.[15] He states that ULC received payments totaling $41,188,467. He further states that his analysis of the bank account records for ULC for the period May 2008 – 2012[16] reflects deposits from the City of $7,311,776 and bond payments of $31,792,089. Mr. Tasker states that my report showing bond payments of $19,343,622 (and not his $31,792,089) is in error. He is incorrect.

---

[14] Mr. Tasker makes no showing that ULC cared from what source of funds their invoices were paid. Like virtually all contractors, what is most important is that the invoices get paid.

[15] My analysis stops at the end of August 2012 due to the change of ownership of ULC. Mr. Tasker simply states that his analysis runs through 2012.

[16] Mr. Tasker said that he did not have ULC bank statements prior to May 2008, but that the deposit total from January 2008 – April 2008 was $2,084,602. Without having the ULC bank statements it is unclear how he determined this amount. It may be based on his review of the invoices issued to the City.

I verified my analysis of the funds received by ULC for the period May 1, 2008 – August 31, 2012.[17]  The total payments received from the City was $18,141,812 and the total payments received from bond proceeds was $18,548,472.  The total deposits into ULC's bank account for this time period was $40,456,145.  Therefore, the deposits from the City and bond proceeds account for 90.7% of the total funds received and are about equally split between City and bond proceeds.  To supplement the analysis to include the first four months of 2008, I utilized ULC's General Ledger ("GL") for transactions identified as Consulting Income.  This analysis shows total Consulting Income deposits from the City and bond proceeds as being $3,049,370.  The payments received from the City were $1,477,179 (48%) and the payments from bond proceeds were $1,572,191 (52%).  This analysis is supported by the following:

Schedule of Identified Deposits and Disbursement **(Exhibit 33)**
Summary of Monthly Bank Statements for ULC **(Exhibit 34)**
Copies of the ULC Bank Statements **(Exhibit 35)**
ULC GL Showing Consulting Income for 01/01/08 – 04/30/08 **(Exhibit 36)**

According to the referenced exhibits, the total payments received by ULC for the period 01/01/08 – 08/31/12 is as follows:

| Payments Received By ULC | | | | |
|---|---|---|---|---|
| January 1, 2008 - August 31, 2012 | | | | |
| | | | | |
| Per Hemming Cash Deposit Analysis | | | | |
| | | | | |
| Source | Period | From City | From Bonds | Total |
| General Ledger | 01/01/08 - 04/30/08 | $  1,477,179 | $   1,572,191 | $   3,049,370 |
| Union Bank | 05/01/08 - 08/31/12 | $ 18,141,812 | $  18,548,472 | $ 36,690,285 |
| | Totals | $19,618,992 | $ 20,120,663 | $ 39,739,655 |
| | | | | |

The analysis by Hemming Morse, LLP ("Hemming") is fully supported by Exhibits 33-36 and reflects similar total deposits received by ULC as determined by Mr. Tasker during the period ($39.7M v. $41.1M).[18]  However, Mr. Tasker asserts that only $8.4 million was received from the City as opposed to the $19.6M as reflected in the bank records and GL for ULC.  He is incorrect.  To further verify the accuracy of the deposit sources, I had a staff person at Hemming verify my original analysis and I also reviewed the GL for ULC for the period 01/01/08 – 08/31/12 to determine the sources of the Consulting Income received per ULC.  The GL reflects deposits from the City of $19,19,148,287 (48.17% of total) and

---

[17]  My analysis of the ULC bank records commences May 1, 2008, because I do not have bank statement for earlier periods.
[18]  The analysis by Hemming stops at 08/31/12 due to the change of ownership.  Mr. Tasker's analysis appears to have continued through the end of 2012 which may account for his higher total deposits.

deposits from bond proceeds of $19,343,622 (48.66% of total) for a total of $39,755,588.[19]
As can be seen, this total per the GL is very close to the deposit total of $39,739,655 as
determined by the analysis of bank records.

The below summary tables demonstrate the conclusions reached by Mr. Tasker when you
incorporate the opinions he advocates:

Using the **incorrect** deposit amounts set forth in Mr. Taskers report, his calculations are as
follows:

| | Per Tasker (Using His INCORRECT Deposit Source Amounts) | | |
|---|---|---|---|
| | **City Payments** | **Bond Payments** | **Total** |
| Funds Received | $ 8,441,630.00 | $ 32,746,837.00 | $ 41,188,467.00 |
| Invoices Limited to the Cap | $ (1,522,397.00) | $ - | $ (1,522,397.00) |
| **Work Performed Outside of Cap** | **$ 6,919,233.00** | **$ 32,746,837.00** | **$ 39,666,070.00** |
| | | | |
| % Subject to the Cap (Note 1) | **18.03%** | 0.00% | **3.70%** |
| % Not Subject to the Cap | 81.97% | 100.00% | **96.30%** |
| | | | |
| Note 1.  Calculated as $1,522,397 / $8,441,630 = 18.03%.  $1,522,397 / $41,188,467 = 3.70%. | | | |

As shown above, using incorrect deposit source amounts, Mr. Tasker concludes that ULC
performed nearly $7 million of services for approximately 82% of the time directly for the
City which was not subject to the 4.5% cap.  For this work there does not appear to be any
written agreements, pre-authorizations, or pre-approvals.  In addition, he advocates that
only $1,522,397 out of the total payments received of $41,118,467 is limited by the 4.5%
cap.  He therefore is concluding that ULC performed services totaling $39,666,070 for the
City and the BFA that was not subject to the cap.[20]  For this nearly $40 million worth of
work, I do not see any agreements, change orders, contracts, or any type of pre-approvals
authorizing the work.  In total he concludes that during the period 2008 – 2012, only 3.7%
of the ULC invoices *are* subject to the 4.5% cap and 96.3% are *not* subject to the cap.

Using the **correct** deposit amounts and opinions set forth in Mr. Taskers report, the
calculations are as follows:

---

[19]  The deposit amounts determined from the bank statements vs. general ledger are off slightly due to the
timing as to when transactions are recorded in the GL versus when they are posted to bank statements.
[20] All ULC invoices were issued to the City.  There are no ULC invoices issued to the BFA.

| Per Tasker (Using The CORRECT Deposit Source Amounts) | | | |
|---|---|---|---|
| | **City Payments** | **Bond Payments** | **Total** |
| Funds Received | $ 19,618,992.00 | $ 20,120,663.00 | $ 39,739,655.00 |
| Invoices Limited to the Cap | $ (1,522,397.00) | $ - | $ (1,522,397.00) |
| **Work Performed Outside of Cap** | **$18,096,595.00** | **$ 20,120,663.00** | **$ 38,217,258.00** |
| | | | |
| % Subject to the Cap (Note 2) | **7.76%** | 0.00% | **3.83%** |
| % Not Subject to the Cap | 92.24% | 100.00% | **96.17%** |
| | | | |

Note 2.  Calculated as $1,522,397 / $19,618,992 = 7.76%.  $1,522,397 / $39,739,655 = 3.83%.

As shown above using correct deposit source amounts, Mr. Tasker apparently concludes that ULC performed more than $18 million of services for approximately 92% of the time directly for the City that was not limited by the 4.5% cap.  For this approximate $18 million of work there does not appear to be any written agreements, pre-authorizations, or pre-approvals.  If you incorporate the payments received from bond proceeds, Mr. Tasker would opine that $38.2 million of work by ULC was not subject to the 4.5% cap.

Mr. Tasker is of the opinion that this $7 million (using incorrect deposit sources) or $18 million (using correct deposit sources) received directly from the City was all considered "Additional Services" as described in the Agreement at Section VII., the first sentence of which includes the "…from time-to-time" language.[21]  Also included in this paragraph the agreement states, "City **may authorize** CONSULTANT to perform such additional services on an as needed basis." (Emphasis added) (See Exhibit 5) I have not seen such authorizations and Mr. Tasker has not identified any such authorizations.  The ULC invoices that were approved by Mr. Kapanicas and paid from City funds do not represent pre-authorizations or pre-approvals.

Throughout his report Mr. Tasker states, "…ULC never entered into an agreement with BFA and did not appear to agree to 4.5% caps on its services to BFA…"[22]  This consistent premise sets forth the basis for Mr. Tasker to exclude approximately $40 million received by ULC.  Following that premise, it would then mean that ULC performed nearly $33 million of work (using his incorrect deposit amounts) or $20 million of work (using the correct deposit amounts) for the BFA without any type of contract or agreement.  If Mr. Tasker wants to completely separate out the ULC invoices that were issued to the City but paid from bond proceeds from the 4.5% cap set forth in the Agreement and Amendment, then it would mean that $20 - $33 million of work was performed "for the BFA" without any type of written contract.  He cannot rely upon or point to Section VII of the Agreement which discusses "Additional Services" because he says BFA was not a party to the Agreement.

It should be noted that the amounts received by ULC in the above charts are simply for the 5-year period 2008 – 2012.  The Agreement with ULC commenced in 1993 and the analysis

---

[21]  As previously noted, Mr. Tasker is of the opinion that not a single hour worked by the ULC Principals would be subject to the Cap.
[22]  Tasker report page 29.

Exhibit 14
Page 45 of 1064

continues through August 2012 – a period of 19 years.  According to Exhibit 2 to my report,
ULC received approximately $35 million from the City for the period 1998 – August 2012
and received approximately $40 million from bond proceeds during the period 1993 –
August 2012.[23]  Thus the combined grand total received by ULC was approximately $75
million.

The table below incorporates the same percentages advocated by Mr. Tasker for his
analysis of years 2008 – 2012.  This now includes all funds received.

| Per Tasker's Methodology For ALL Payments Received (per Ex. 2) | | | |
|---|---|---|---|
| | **City Payments** | **Bond Payments** | **Total** |
| Funds Received (Hemming Ex. 2) | $ 34,660,057.00 | $ 40,278,181.00 | $ 74,938,238.00 |
| Invoices Limited to the Cap (Note 3) | 7.76% | 0.00% | 3.59% |
| Imputed Invoices Limited to Cap | $ 2,689,620.42 | $ - | $ 2,689,620.42 |
| **Work Performed Outside of Cap** | **$31,970,436.58** | **$ 40,278,181.00** | **$ 72,248,617.58** |
| | | | |
| Note 3. Calculated as $34,660,057 x 7.76% = $2,689,620.  $2,689,620 / $74,938,238 = 3.59% | | | |

Using the same percentages that Mr. Tasker advocates (using the correct deposit details)
and applying that methodology to the entire $75 million received by ULC, it indicates that
Mr. Tasker is of the opinion that ULC was paid $72.2 million which was not subject to the
4.5% cap.  For this $72.2 million of work performed by ULC, there does not appear to be
any specific authorizations by the City in advance of the ULC invoice being issued, and most
significantly "…ULC never entered into an agreement with BFA…" (quoting Mr. Tasker).
Therefore, according to Mr. Tasker, ULC performed $40 million of work "for the BFA"
without any written agreement.

### In My Opinion Mr. Tasker Makes Incorrect and Broad Sweeping Conclusions Regarding Insufficient Documents

This matter involves transactions between the City of Beaumont and ULC that date back to
1993 and continued through August 2012, at which time ULC was sold by its former
owners.  During this 19-year period, I would estimate than more than a thousand invoices
were issued by ULC to the City of Beaumont.[24]  On numerous occasions in his report, Mr.
Tasker takes the position that unless *all* documents were available for his review than it is
not possible to reach a conclusion that ULC overbilled the City.  He makes this statement
with respect to invoices, payroll records, banking records, tax return, etc.  Below are some
examples of such conclusions by Mr. Tasker:

1. "In my opinion, Beaumont cannot reasonably or reliably compute overcharging due
   to incomplete records."[25]

---

[23] We do not have any records reflecting how much ULC received directly from the City from 1993 – 1997.
[24] No ULC invoices were issued to the BFA.
[25] Tasker report page 19

2. "In my opinion, it is not possible to determine whether ULC overcharged the City
   from 1993 to 2007 because the City has not produced more than 64% of ULC
   invoices."[26]
3. The inability to trace the payments to specific invoices and tasks prevents the City
   from proving overcharging."[27]
4. "...in my opinion, it is impossible to reach a conclusion on whether there was
   overcharging for years 1993 to 2007 because the City did not maintain and produce
   ULC's invoices during that period."[28]

In my approximate 40-years of performing forensic accounting services and criminal fraud
investigations as an FBI Special Agent in matters similar to this, it is extremely rare that I
receive 100% of the relevant transaction documents.  In this matter I have received and
have incorporated into my analysis:

1. Hundreds of invoices issued by ULC to the City
2. Banking records for ULC for the period commencing May 2008
3. The general ledger for ULC showing "consulting income" beginning 1998
4. Bond payment details
5. Several years of payroll records
6. Tax returns and W-2's
7. Invoices from Professional Sub-Consultants
8. Agreement and Amendment with the City of Beaumont
9. Documents related to capital improvement projects
10. Numerous other documents

In my training and experience, these documents are sufficient for me to perform my
analysis and render the opinions that I have.  The work of forensic accounting experts often
includes the use of estimates and imputed amounts where complete documentation is not
available.

It is noted that a similar portfolio of documents was sufficient for the DA's office to file
criminal charges against the ULC owners and Mr. Kapanicas.  In addition, the CPA firm of
HSNO also worked with similar documents and concluded that ULC overbilled.

### *In My Opinion Mr. Tasker Incorrectly Criticizes My 25% Reduction Estimate on Invoices Paid by the City*

As previously stated, Mr. Tasker appears to contradict himself in his criticism of my
estimation that 25% of the ULC invoices paid directly by the City were outside of the 4.5%
cap limitation.  On the one had he says I am simply guessing without any basis.  On the
other had he says incorrectly that I assumed all invoices were subject to the 4.5% cap.

---

[26] Tasker report page 20, footnote 113
[27] Tasker report page 37
[28] Tasker report page 39

In my report I estimated that 25% of the ULC invoices paid directly by the City were **not** subject to the 4.5% cap, and that all of the ULC invoices paid from bond proceeds were subject to the 4.5% cap. The rational for this estimate is that clearly ULC was obligated to perform certain services for the City to be paid directly by the City via a monthly lump sum of $15,000, and "…from time-to-time…" provide other services for the City to be paid by the City. Based upon a careful reading of Mr. Taskers report, he appears to conclude that 96.3% of the ULC invoices paid by the City were **not** subject to the 4.5% cap. and that none of the ULC invoices issued to the City paid from bond proceeds were subject to the 4.5% cap. This conclusion by Mr. Tasker essentially makes the 4.5% cap completely meaningless if on a combined basis (paid by City and bond proceeds) about 97% of the invoices are not subject to the cap. He therefore concludes that if you take into consideration the $10 million of restitution paid by the ULC principals, the City has incurred no damage.

The Defendant in this litigation previously retained the accounting firm of Hagen, Streiff, Newton & Oshiro ("HSNO") to perform an analysis of possible overbillings by ULC. According to Mr. Tasker, HSNO incorrectly concluded that the maximum combined overbilling by ULC was $8.2 million. Mr. Tasker stated that he agrees with "…HSNO's analysis of ULC billings on an invoice by invoice bases…"[29] While he states that he agrees with the approach of HSNO, he states that, "…documents later developed allowed me to refine HSNO's analysis and reduce the maximum claimable loss."[30] He is therefore rejecting the conclusion of the prior CPA firm retained by the Defendant based upon his "refined" and "later developed" analysis.

In order to add some perspective to the conclusion reached by Mr. Tasker that no damage was incurred by the City, I have made modifications to a previous exhibit that reflected the estimated 25% exclusion from the cap. (See **Modified Exhibit 2)** Rather than limiting my initial assumption on Exhibit 2 to simply 25% of the payments from the City being excluded from the 4.5% cap, the Modified Exhibit 2 now shows four separate scenarios. All of these scenarios show that there were overpayments to ULC. These calculated overpayments occurred even after the repayment of $10 million to the City pursuant to the felony guilty pleas was applied. These various scenarios are summarized as follows:

| Scenario | Reduction Assumption | Applied To Payments From | Pmts From City 1998-2012 | Pmts from Bonds 1993-2012 | Total From City and Bonds | 4.5% of Est. Cap Exp. | Overage | Restitution Paid | Net Overage |
|----------|---------------------|--------------------------|--------------------------|---------------------------|---------------------------|----------------------|---------|------------------|-------------|
| 1 | 25% | City Only | $25,995,043 | $ 40,278,181 | $ 66,273,224 | $ 8,001,422 | $ 58,271,802 | $ 10,000,000 | $ 48,271,802 |
| 2 | 50% | City Only | $17,330,028 | $ 40,278,181 | $ 57,608,209 | $ 8,001,422 | $ 49,606,787 | $ 10,000,000 | $ 39,606,787 |
| 3 | 75% | City Only | $ 8,665,014 | $ 40,278,181 | $ 48,943,195 | $ 8,001,422 | $ 40,941,773 | $ 10,000,000 | $ 30,941,773 |
| 4 | 90% | City Only | $ 3,446,006 | $ 40,278,181 | $ 43,724,187 | $ 8,001,422 | $ 35,722,765 | $ 10,000,000 | $ 25,722,765 |

---

[29] See prior discussion in this Supplemental Report regarding the incompleteness of the available ULC invoices and the extraordinary amounts of assumptions that have to be made and relied upon in order to reach conclusions based on the wording on the invoices.
[30] Tasker report page 18.

Important notes to the above table include the following:

1.  We do not have any details regarding the amounts of payments made to ULC by the City of Beaumont prior to 1998.  If these payments amounts were known and included, it would further increase the calculated amount of overage. The initial agreement between ULC and the City commenced in 1993.  Therefore, this analysis excludes nearly 5 years of payments to ULC.

2.  The total amount of payments received by ULC directly from the City from 01/01/98 - 08/31/12 was $34,660,057.  The total amount received by ULC from City funds and Bond funds combined is approximately $75 million.

3.  Scenarios 1-4 assumes that a portion of the ULC invoices paid directly by the City are not subject to the 4.5% cap, but all of the payments received from bond proceeds are subject to the 4.5% cap.

It is important to note that the 4.5% is a Cap and not a floor.  My estimates in the table above which summarize the Modified Exhibit 3 are therefore conservative because it essentially assumes that ULC did work up to the cap on all occasions.  If some work was accomplished below the cap, then it indicates that the other work exceeded the cap to a greater extent.

### *In My Opinion Mr. Tasker is Not Correct that the 1994 Amendment Created a Separate 4.5% Cap for Construction Management Services Thus Raising the Cap to 9%*

On page 31 of his report Mr. Tasker states, "Applying that testimony, the total aggregate cap on plan check, inspection, and construction management services is 9%."[31]

On page 34 of his report Mr. Tasker states that the Amendment to include Construction Management Services created a "...second cap of 4.5%..."  He then adds the purported two cap's together to create a 9% cap.

While contract interpretation maybe a question for lawyers to debate, it is noted that the 1993 Agreement was amended approximately 6 months later.  The April 1994 document is an Amendment and not a new contract or agreement.[32]  The Agreement identifies the scope of work covered by the 4.5% cap in "Section V. Plan Checking and Construction Inspection." The 1994 Amendment states, "Section V is hereby amended to include the following subsection."  It then adds "Section V.1 Public Works Construction Management Services."  It appears that the Amendment simply expanded the universe of the original scope of work.

I believe the plain reading of this document is that is adds an additional scope of work to the original scope of work, which in total is capped at 4.5% of construction costs or the "bid price awarded" per the Amendment.

---

[31]  Tasker is referring to the deposition testimony of Berg.
[32]  Therefore, the Agreement with a narrower scope of work lasted approximately 6 months before the scope of work was expanded by virtue of the Amendment.  The expanded scope of work was in effect for approximately 18 ½ years.

Exhibit 14
Page 49 of 1064

***In My Opinion Mr. Tasker Provides No Detailed Analysis to Refute the Opinion in my
Expert Report Dated May 27, 2022, that ULC Invoices Included Hours Worked by
Professional Sub-Consultants Resulting in Excess Profits to ULC***

One of the opinions detailed in my Expert Report dated May 27, 2022, was that ULC
appears to have perpetrated a scheme by which they include on invoices issued to the City
(paid by both the City and bond proceeds) hours worked by Professional Sub-Consultants.
There was no disclosure in the invoices that they included hours worked by consultants
and that the rates being charged on the ULC invoices to the City far exceeded the 15%
markup allowed in the Attachment A to the Agreements between ULC and the City.  The
Attachment A states, "Direct Services and Reimbursement Costs: Professional Sub-
Consultant Services – Actual cost plus 15%." (See Exhibits 4, 5, & 25)

My Expert Report dated May 27, 2022, sets forth my detailed analysis of this apparent
scheme beginning on page 12 and continuing through page 21.  To support my analysis
included a number of exhibits including Exhibits 9 – 24.

In his rebuttal, Mr. Tasker states on page 17, "Contract labor is not included in the Paychex
"Compensation Report" but was included in the ULC invoices.  I concur with Mr. Ray's
conclusion that hours worked by others were included in the time and material billings to
Beaumont and BFA."[33]  In my opinion this is a significant acknowledgement by Mr. Tasker
in his stating he agrees that contract labor hours, which I and the Exhibit A to the
Agreement refer to as Professional Sub-Consultants, are included in the ULC invoices.

Mr. Tasker further states on page 16 of his report, "I believe that the Paychex reporting of
its actions and financial payments are likely accurate, but could be incomplete in that they
do not include additional payrolls.  Further, ***ULC could have paid contractors in cash,
such that their earnings would not be reported on Paychex***." (Emphasis added).  There
are a number of problems with this statement by Mr. Tasker.  These include:

1. He appears to be suggesting what could be viewed as tax fraud by his speculation
   that ULC may have paid contractors in cash so that their earnings would not be
   reported.
2. Whether ULC paid contractors by cash or in a manner that they appear on the
   records of Paychex does not alleviate my opinion that Professional Sub-Consultants
   hours are hidden (or not disclosed) on the ULC invoices and the rates were in excess
   of the 15% markup limitation.
3. The Professional Sub-Consultants have their own firms and would have their own
   payrolls.  They would not be on the payrolls of ULC.
4. He assumes that the Paychex records are accurate but incomplete.

While stating that the Paychex records are accurate, he states, "Mr. Ray relies upon
inaccurate financing, accounting and payroll records in his conclusion that there was fraud
by the ULC Principals."[34] I am not aware of what "financing" or "accounting" records he

---

[33] Once again, there are no "billings to BFA."  All invoices were issued to the City.
[34] Tasker report page 16.

asserts I relied upon.  I did make a very detailed analysis of ULC invoices issued to the City
for the period July 1, 2010 - December 31, 2011, to identify the hours claimed on 145
invoices. (See Modified Exhibits 13 & 14 and Exhibits 26 – 29).  I then compared the hours
appearing on those invoices with the Paychex records for the same period. (See Exhibits 9,
10, 13-1, 14-1, 15, and 15-1)  I then compared them with invoices issued by the
Professional Sub-Consultants to ULC (See Exhibits 16-1, 17-1, 17-3, 18-1, 19-1, and 20-1).
And I then identified those Professional Sub-Consultants hours of the various Time and
Billing records used by ULC to create invoices issued to the City (See Exhibits 16-2, 17-2,
18-2, 19-2, and 20-2)

While stating that my opinion is based on incomplete data, Mr. Tasker performs no specific
rebuttal analysis on the comprehensive data I utilized to reach my opinion.  In fact, he
concurs that consultant hours are included on the ULC invoices.

Mr. Tasker concludes his comments on this particular issue by stating, "I have not identified
any additional records to supplement these analyses and do not believe Mr. Ray's
assumptions and methodology used to calculate damages in this way are reliable and
customary in practice."  Mr. Tasker does not state what he believes the customary practice
would be to find undisclosed hidden hours for work performed by Professional Sub-
Consultants in invoices.

It is noted that on some ULC invoices they do follow the methodology and markup
limitation called for in the Exhibit A to the Agreement.  Examples of this are included as
**Exhibits 38-1 through 38-4**.  These exhibits suggest that ULC was fully aware of the
limitation of the 15% markup and understood the need to be transparent in their billings
by including a copy of the Professional Sub-Consultant invoices.

### *In My Opinion, Mr. Tasker Inappropriately Relies Upon CIP Approvals by Council Members to Conclude that ULC Could Not Have Overbilled*

In his report Mr. Tasker spends a significant amount of time demonstrating that the Capital
Improvement Plans ("CIP") were approved by Council members and that the CIP's reflected
services to be performed by ULC that "…in some instances, exceeded the fee caps set forth
in the agreement."[35] While CIPs are an important forwarding looking budgeting document,
they are simply budgets and plans.  They are not approvals of actual invoices.

While the City Council Members may have approved annual forward looking CIPs for
multiple years on which some line items included amounts budgeted to ULC that exceeded
4.5%, Mr. Kapanicas approved virtually all if not all of the actual invoices submitted by ULC.
Some of the ULC Payment Summary documents that have been located make it clear that the
budgets were approved by the CIP, and that other charges were approved by the
contract and/or the City Manager's (Mr. Kapanicas) approval.  **Examples include Exhibits 39-1 through 39-3.**

Conversely, when Mr. Kapanicas issued invoices on behalf of his company GGMS which
were paid from bond proceeds, they were approved by one of the ULC owners.  Examples

---

[35] Tasker Report page 11

include **Exhibits 40-1 through 40-4**.  Thus, the ULC principals and Mr. Kapanicas, who all
plead guilty to the criminal case brought by the DA's Office, would cross-approve each
other's invoices.

## IV.   Conclusions

My Expert Report dated May 27, 2022 identified three primary opinions as follows:

1.  The owners of ULC appear to have undertaken a scheme to materially inflate the
    profits achieved as a result of adding additional and improper markup to the
    services rendered by Professional Sub-Consultant's beyond the 15% markup
    limitation set forth in the various contracts with the City of Beaumont.

2.  The amount of total compensation received by ULC far exceeds the 4.5% limitation
    on confirmed construction costs of the public improvements as set forth in the
    various agreements with the City of Beaumont.

3.  The accounting records for ULC as set forth in their general ledger are not accurate.

My Expert Report went into great detail as to the documents considered, analysis
performed, and assumptions made to formulate the opinions expressed.  The report also
identified the skills, training, and experience I relied upon to perform the analysis and
reach the opinions expresses.  The analysis was further supported by 25 exhibits.

Following the detailed analysis of the Expert Report of Mr. Tasker dated May 31, 2022, I
stand by and make no modifications to the opinions I previously expressed.  The
modifications I have made to the original exhibits in my Expert Report dated May 27, 2022,
and the newly created exhibits referenced in this Supplemental Report further supports the
prior opinions expressed.

This report does, however, express a variety of new opinions which address the flaws and
inaccuracies in the report of Mr. Tasker.  These new opinions which focus on my analysis of
the work performed by Mr. Tasker include the following:

| Page # | Rebuttal Opinions |
|--------|-------------------|
| 3 | Mr. Tasker Minimizes the Felony Guilty Pleas of the ULC Owners and Mr. Kapanicas. |
| 3 | Mr. Tasker Inappropriately Excludes Approximately $40 Million Received by ULC from Bond Proceeds. |
| 5 | Mr. Tasker Misstates My Analysis of the 4.5% Cap per the Contracts. |
| 7 | Mr. Tasker Incorrectly Concludes that less than 4% of all the ULC Invoices Paid are Subject to the 4.5% cap. |
| 14 | Mr. Tasker Makes Incorrect and Broad Sweeping Conclusions Regarding Insufficient Documents. |

| 15 | Mr. Tasker Incorrectly Criticizes My 25% Reduction Estimate on Invoices Paid by the City. |
| 17 | Mr. Tasker is Not Correct that the 1994 Amendment Created a Separate 4.5% Cap for Construction Management Services Thus Raising the Cap to 9%. |
| 18 | Mr. Tasker Provides No Detailed Analysis to Refute the Opinion in my Expert Report Dated May 27, 2022, that ULC Invoices Included Hours Worked by Professional Sub-Consultants Resulting in Excess Profits to ULC. |
| 19 | Mr. Tasker Inappropriately Relies Upon CIP Approvals by Council Members to Conclude that ULC Could Not Have Overbilled |

## V.    Hourly Rate

The hourly billing rate for this Supplemental Report is the same as the rate identified in my Expert Report dated May 27, 2022.  The hourly rate established by Hemming for my services is $660.


Dated: June 30, 2022                    By: _____

                                        Daniel W. Ray, CPA/CFF, CFE

# EXHIBIT A-1

Exhibit 14
Page 54 of 1064

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2012 – Present | **Hemming Morse, LLP** |
| | Certified Public Accountants, Forensic and Financial Consultants |
| | Partner |
| 1995 – 2011 | **Hemming Morse, Inc.** |
| | Director, 1997-2011 |
| | Manager, 1995-1996 |
| 1990 – 1995 | **Neilson Elggren Durkin & Co.** |
| | Manager, 1992-1995 |
| | Supervisor, 1990-1992 |
| 1982 – 1990 | **Federal Bureau of Investigation** |
| | Special Agent |
| 1978 – 1982 | **Maryland Center for Public Broadcasting** |
| | Senior Accountant |
| 1978 | **Towson State University, Baltimore, Maryland** |
| | B.S. Business Administration |

Exhibit 14
Page 55 of 1064

PAGE 1 OF 8

# HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

CONCORD OFFICE
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Professional & Service Affiliations

- **Certified Public Accountant,** State of California

- **Certified Fraud Examiner**

- **Certified in Financial Forensics**
  California Society of Certified Public Accountants
  – Past Chair of Litigation Steering Committee
  – Past Chair of Fraud Operating Committee

- American Institute of Certified Public Accountants

- Association of Certified Fraud Examiners

- Society of Former Special Agents of the FBI

- Northern California Fraud Investigators Association

## Seminar Instruction

- "What You Don't Know Will Hurt You – Conducting a Large Scale Internal Investigation in the New World"
  California Society of CPA's
  San Francisco, CA, April 2021

- "Funds Tracing in a Murder Investigation"
  AICPA Forensic and Valuation Services Conference
  Atlanta, GA, November 2018

- "How Many Frauds Can be Perpetrated at One Time? A Case Study"
  AICPA Forensic and Valuation Services Conference
  Atlanta, GA, November 2018

- "Overview of the U.S. Judicial System"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2018

- "Law and Privacy – A Debate About the Locked iPhone Litigation"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2017

- "Law and Technology"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2016

- "Foreign Corrupt Practices Act - Latest Trends"
  California Society of CPAs
  Newport Beach, CA, March 2016

- "Case Study - The Shopping Center King: Insurance Fraud and a Host of Other Bad Things"
  California Society of CPAs
  Los Angeles, CA, August 2015

- "Law and Technology"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program,
  Berkeley, CA, August 2015

- "Finding Fraud Through Interviewing… Detecting Deception (Part 2)"
  AICPA Webcast (Panelist)
  New York, NY, July 2012

Exhibit 14
Page 56 of 1064

CURRICULUM VITAE

**H|M**  HEMMING | MORSE
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

### Seminar Instruction continued

- "Finding Fraud Through Interviewing... Tales From Fraudsters and Those Who Catch Them (Part 1)"
  AICPA Webcast (Panelist)
  New York, NY, May 2012

- "Internal Controls, Governance and Management Structure" (Panelist), Thompson Reuters - The China Deal 2012: Legal and Economic Outlook For Inbound and Outbound Deals San Francisco, CA, May 2012

- "From Suspicion to Conviction"
  Institute of Internal Auditors, Hawaii Chapter
  Honolulu, HI, February 2012

- "Foreign Corrupt Practices Act - A Monitor's Perspective"
  Institute of Internal Auditors, Hawaii Chapter
  Honolulu, HI, February 2012

- Interviewing for CPAs: Cutting Through the Rhetoric"
  California Society of CPAs - Combined Section Meeting, Marina Del Rey, CA, October 2011

- "From Suspicion to Conviction: Fraud Case Studies"
  AICPA National Governmental and Not-For-Profit Training Program, Orlando, FL, October 2011

- "Developing Your Fraud Investigation Through Percipient and Subject Interviews"
  AICPA National Governmental and Not-For-Profit Training Program, Orlando, FL, October 2011

- "The Role of Forensic Accountants"
  GE Capital Americas Risk / Loss Mitigation Retreat
  Tarrytown, NY, June 2011

- "The Foreign Corrupt Practices Act - A Monitor's Perspective", 22nd Annual ACFE Fraud Conference
  San Diego, CA, June 2011

- "For Profit Frauds in a Not-For-Profit World"
  AICPA National Not-For-Profit Financial Executive Forum, San Francisco, CA, November 2010

- "Financial Fraud Investigations Methodology"
  California Society of CPAs, San Francisco, CA
  January 2010

- "The Foreign Corrupt Practices Act: An Independent Monitor's Perspective", The PIPEs Conference 2009, Las Vegas, NV, November 2009

- "Foreign Corrupt Practices Act and Other Ethical Considerations", The China Deal 2010 Conference, San Francisco, CA, October 2009

- "The Role of the Monitor in Federal Cases"
  CalCPA Litigation Steering Committee, Los Angeles, CA, August 2009

- "Introduction to Financial Forensic Accounting"
  Golden Gate University, San Francisco, CA
  April 2009, August 2009

- "Crisis Management - What to do when Fraud is Detected", Governance Conference, Bellevue, WA, October 2008

- "An Independent Monitor's Perspective on Compliance with the Foreign Corrupt Practices Act"
  California Society of CPAs and Bar Association of San Francisco, San Francisco, CA, January 2008

Exhibit 14
Page 57 of 1064



CURRICULUM VITAE

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE                    HEMMING.COM

## Publications

- "The Foreign Corrupt Practices Act: Opportunities for Accountants and Lawyers"
  The Witness Chair, Winter 2016

- "Tips for an Efficient and Effective Fraud Investigation" Law 360, July 2015 (Co-author)

## News Media Contacts

- KPIX Channel 5 News, San Francisco, California Investigative report by Anna Werner on Fremont Football League; interviewed regarding forensic accounting procedures, February 2006

- NBC Nightly News Special report by Jim Avila – "Following the Terrorists' Money Trail," September 24, 2001

- KRON Channel 4 News, San Francisco, California Interviewed regarding forensic accounting; aired May 30, 2002

- The Los Angeles Times "Tracing the Money Trail of Terrorism," September 24, 2001

- The New York Times "And Now, a Case for the Forensic Accountant," May 27, 2001

- ABC News Productions Interviewed for Court TV production; October 19, 2001

## Testimony

### Trial

- **United States v. David Bergstein (February 2018),** United States District Court, Southern District of New York, Case No 16 Cr. 746 (PKC)

- **IAS Services Group, LLC v. Jim Buckley & Associates, et al. (July 2016),** U.S. District Court, Western District of Texas, Case No. 5:14-CV-180-FB

- **Audiencearc, Inc. v Spark Public Relations, LLC (February 2018),** Superior Court of California, County of San Francisco, Case No. CGC-16-552836

- **Rincon EV Realty LLC, et al. v. CP III Rincon Towers, Inc., et al. (July 2012),** San Francisco Superior Court, Case No. 10-496887

- **Walter Ruf, et al v. Palm Canyon Hotels, Inc., et al (March 2017),** Superior Court of California, Burbank, CA Case No. BC539849

- **City of Glendale v. Marcus Cable Associates, LLC, dba Charter Communications (February 2012),** Los Angeles County Superior Court, Case No. EC 051903

Exhibit 14
Page 58 of 1064



**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Testimony continued

### Trial continued

- People v. Howard Douglas Porter (July 2008), Stanislaus County Superior Court, Case No. 1219173

- BHE Group, Inc., et al. v. MTS Products and Ben Hsia (February 2008), Los Angeles County Superior Court, Case No. EC 041097

- People of the State of California v. Roland Clark Colton, and Paul McNeece Roesser (October 2007), San Diego County Superior Court, Central Division, Case No. CD204432

- Chevron U.S.A., Inc. v. SSD & Associates (August 2006), U.S. District Court, Northern District of California, Case No. C05-3276 WHA

- United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (March 2006), U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- People v. David Mark Levey (July 2005), Contra Costa County Superior Court, Case No. 1123341-0 F

- The People of the State of California v. Hanson Building Materials America, Inc., et al. (June 2005) Contra Costa County Superior Court Case No. MSC04-00524

### Deposition

- Leoch Battery Corporation v. Hui Peng & Eastern International, LLC  (May 2022) Superior Court of California, County of Orange Case No. 30-2020-01131891-CU-CO-CJC

- Storz Management Company, and Storz Realty, Inc. v. Andrew Carey and Mark Weiner (June 2019) U.S. District Court, Eastern District of California Case No. 2:18-cv-00068-TLN-DB

- Terroir Capital LLC, Terroir Winery Fund LP, and Terroir Hotel and Resort Fund II LP, Claimants v. Charles A. Banks, IV, Respondent (May 2019) JAMS Arbitration, San Francisco, CA Reference No. 1100098398

- Kevin McGee v. Terroir Capital LLC (April 2019) Superior Court of California, County of Sonoma Case No. SCV-262108

Exhibit 14
Page 59 of 1064

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

### Testimony continued

#### Deposition continued

- Aletheia Research and Management, Inc. v. Axis Surplus Insurance Company (March 2019) Superior Court of California, County of Los Angeles Case No. BC485198

- United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (March 2006), U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- People v. David Mark Levey (July 2005), Contra Costa County Superior Court, Case No. 1123341-0 F

- The People of the State of California v. Hanson Building Materials America, Inc., et al. (June 2005) Contra Costa County Superior Court Case No. MSC04-00524

- Mary Affinito and Michelle Affinito, as Co-Trustees of The Alfred A. Affinito Trust v. Michael Affinito, et al (November 2018), Superior Court of California, Contra Costa County, Case No. C17-00286

- Audiencearc, Inc. v Spark Public Relations, LLC (October 2017), Superior Court of California, County of San Francisco, Case No. CGC-16-552836

- United Energy Trading, LLC v. Pacific Gas and Electric Company, et al (October 2017) U.S. District Court, Northern District of California Case No. 3:15-CV-02383-RS

- Walter Ruf, et al v. Palm Canyon Hotels, Inc., et al (February 2017), Superior Court of California, Burbank, CA, Case No. BC539849

- IAS Services Group, LLC v. Jim Buckley & Associates, et al. (July 2015), U.S. District Court, Western District of Texas, Case No. 5:14-CV-180-FB

- Cambridge CM, Inc. v. Basil P. Fthenakis, et al. (July 2014), Santa Clara County Superior Court, Case No. 112 CV 223040

- Rincon EV Realty LLC, et al. v. CP III Rincon Towers, Inc., et al. (June 2012), San Francisco Superior Court, Case No. 10-496887

- Abarca, et al. v. Merck & Co., et al (February 2012), Eastern District of California Fresno Division, Case No. 1:07-CV-0388 DOC DLB

- City of Glendale v. Marcus Cable Associates, LLC, dba Charter Communications (July 2011), Los Angeles County Superior Court, Case No. EC 051903

- Alfa Tech Consulting Engineers, Inc. v. Cambridge CM, Inc. (February 2011), JAMS Arbitration - San Jose, CA,  Case No. 1110012203

- American Insurance Company, Travelers Indemnity Company (December 2009), Circuit Court, Cook County, Illinois, Case No. 2005 L 011044

Exhibit 14
Page 000K1064

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

CURRICULUM VITAE

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

### Testimony continued

#### Deposition continued

- Shinazy Enterprises, Inc.; Botta's Auto Body v. Truck Insurance Exchange; Farmers Insurance Group (September 2009), San Francisco Superior Court, Case No. CGC-07-461955

- Banco De Mexico v. Orient Fisheries, Inc., et al. (August 2009), U.S. District Court, Central District of California, Case No. 2:07-CV-07043 GAF

- Carolyn Vertuca, Trustee of The Louis R. Laeremans Trust dated December 12, 1997, et al. v. Citigroup Global Markets, Inc. dba Citi Smith Barney, et al. (July 2009), Alameda County Superior Court, Case No. RG07335879

- Community Memorial Health System, et al. v. Bartlett, Pringle & Wolf LLP, et al. (2008), Ventura County Superior Court, Case No. 56-2008-00318564-CU-FR-VTA

- BHE Group, Inc., et al. v. MTS Products and Ben Hsia (November 2007), Los Angeles County Superior Court, Case No. EC 041097

- Norris Houk v. CSAA (August 2007), Arbitration, San Francisco, CA

- Gerald Laframboise, dba Laframboise Construction v. Alan Van Vliet, et al. (February 2007), Mono County Superior Court, Case No. 15092

- New World TMT Limited v. PrediWave Corporation, et al. (September 2006), Santa Clara County Superior Court, Case No. 104 CV020369

- Patricia Davis Raynes, et al. v. Marvin Davis, Kenneth Kilroy, et al. (September 2006), JAMS Arbitration, Los Angeles, CA, Case No. 1220034665

- Chevron U.S.A., Inc. v. SSD & Associates (July 2006), U.S. District Court, Northern District of California, Case No. C05-3276 WHA

- Insurance Ventures, Inc. v. Vesta Fire Insurance Corporation (November 2005), Sacramento County Superior Court, Case No. O4AS00268

- United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (October 2005), U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- Daniel Garcia v. Thomas White (November 2005) San Francisco Superior Court Case No. CGC 02-414569

- Martha Wood, et al. v. John M. O'Quinn, et al. (September 2005), American Arbitration Association, Houston, TX

- The People of the State of California v. Hanson Building Materials America, Inc., et al. (May 2005) Contra Costa County Superior Court Case No. MSC04-00524

Exhibit 14
Page 61 of 1064

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

### Testimony continued

#### Aribtration

- **Alfa Tech Consulting Engineers, Inc. v. Cambridge CM, Inc. (March 2011),** JAMS Arbitration - San Jose, CA, Case No. 1110012203

- **Europlay Capital Advisors, LLC v. Pamela S. Colburn (December 2007),** American Arbitration Association, Case No. 72 180 Y 00337 07 WYGI

- **Tigran Z. Marcarian v. Tony Lee, et al. (October 2007),** Santa Clara County, CA

- **Norris Houk v. CSAA (August 2007),** San Francisco, CA

- **George Goff, et al. v. The Thomas Kinkade Company, et al. (April 2006),** Los Angeles, CA

- **Daniel Garcia v. Thomas White (November 2005),** Superior Court, San Francisco, CA, Case No. CGC 02-414569

- **Martha Wood, et al. v. John M. O'Quinn, et al. (October 2005),** Class Certification Hearing, Houston, TX

- **French Camp Vineyards v. Guenoc Winery (May 2004),** San Francisco, CA

- **Far Eastern Group I v. Hayes Valley Development Partners (February 2002),** San Mateo, CA

#### NASD Arbitration

- **A. G. Edwards & Sons, Inc. v. Wendy Feldman Purner (September 2005)** Arbitration Case No. 02-04317, San Diego, CA

- **A. G. Edwards & Sons, Inc. v. Wendy Feldman Purner (September 2004)** Arbitration Case No. 02-04275, Seattle, WA

Exhibit 14
Page 62 of 1064

| | Exhibit B-1 | |
|---|---|---|
| | **Documents Reviewed and Considered** | |
| | | |
| 1 | Expert Report of Richard E. Tasker dated May 31, 2022 | |
| 2 | Banking Records for ULC for the Period 05/01/08 - 08/31/12 | |
| 3 | Declaration of Ernst Egger May 25, 2022 | |
| 4 | Deposition Transcript of Roger Berg | |
| 5 | Best Best & Krieger ("BBK") Supplemental Proof Of Loss April 20, 2018 | |
| 6 | BBK Letter to Jennifer Rocha, Director of AIG Claims April 20, 2018 | |
| 7 | Crime Loss Report April 5, 2016 | |
| 8 | Declaration of Lawrence Dressel April 5, 2022 | |
| 9 | BBK Letter to Jennifer Rocha, Director of AIG Claims October 15, 2018 | |
| 10 | Stradling Law Firm Letter to Judith Blake, AIG November 3, 2016 | |
| 11 | WRCOG v. National Union First Amended Complaint November 30, 2020 | |
| 12 | Felony Plea Forms Moorjani, Egger, Dillon, and Kapanicas | |
| 13 | Settlement and Release Agreements for Egger, Dillon, and Moorjani | |
| 14 | Egger Factual Basis Filed December 19, 2017 | |
| 15 | CFD Funding Summary Schedule | |
| 16 | Select CIP Reports | |
| 17 | Select Documents Recevied From DA's Office LOC-4 | |
| | | |

Exhibit 14
Page 63 of 1064

# EXHIBIT 2

Exhibit 14
Page 64 of 1064

**Summary of Payments to Urban Logic by Year**

Sources: Years 1993-1996 - Urban Futures Work Product; 1998-2012 ULC General Ledger

Assumes 25% of ULC Invoices Paid by the City Were NOT Subject to the 4.5% Cap

| A | B | C | D | E = C + D | F | G = F x 4.5% | H = G - E |
|---|---|---|---|---|---|---|---|
| Year | Paid by City | Reduced by 25% | Bond Proceeds | Total | Est. Capital Exp. | 4.5% of Cap Exp. | Implied Overpmt |
| 1993 | | | $ 24,900.00 | $ 24,900.00 | $ 1,086,542.00 | $ 48,894.39 | $ 23,994.39 |
| 1994 | | | $ 520,327.48 | $ 520,327.48 | $ 7,772,750.00 | $ 349,773.75 | $ (170,553.73) |
| 1995 | | | $ 375,506.20 | $ 375,506.20 | $ 4,455,857.00 | $ 200,513.57 | $ (174,992.64) |
| 1996 | | | $ 362,392.86 | $ 362,392.86 | $ 2,407.00 | $ 108.32 | $ (362,284.55) |
| 1997 | | | $ 266,135.72 | $ 266,135.72 | $ 20,050.00 | $ 902.25 | $ (265,233.47) |
| 1998 | $ 115,721.78 | $ 86,791.34 | $ 170,988.21 | $ 257,779.55 | | $ - | $ (257,779.55) |
| 1999 | $ 216,246.55 | $ 162,184.91 | $ 538,052.81 | $ 700,237.72 | | $ - | $ (700,237.72) |
| 2000 | $ 315,857.25 | $ 236,892.94 | $ 1,112,243.29 | $ 1,349,136.23 | | $ - | $ (1,349,136.23) |
| 2001 | $ 453,032.75 | $ 339,774.56 | $ 1,171,873.63 | $ 1,511,648.19 | $ 2,037,900.00 | $ 91,705.50 | $ (1,419,942.69) |
| 2002 | $ 743,261.58 | $ 557,446.19 | $ 1,464,684.33 | $ 2,022,130.52 | $ 6,602,191.00 | $ 297,098.60 | $ (1,725,031.92) |
| 2003 | $ 1,001,253.24 | $ 750,939.93 | $ 1,929,334.19 | $ 2,680,274.12 | $ 30,690,742.00 | $ 1,381,083.39 | $ (1,299,190.73) |
| 2004 | $ 1,752,217.55 | $ 1,314,163.16 | $ 2,235,986.87 | $ 3,550,150.03 | $ 5,932,767.00 | $ 266,974.52 | $ (3,283,175.52) |
| 2005 | $ 2,621,764.46 | $ 1,966,323.35 | $ 2,785,812.23 | $ 4,752,135.58 | $ 35,021,730.00 | $ 1,575,977.85 | $ (3,176,157.73) |
| 2006 | $ 4,035,333.75 | $ 3,026,500.31 | $ 3,312,485.18 | $ 6,338,985.49 | $ 17,684,274.00 | $ 795,792.33 | $ (5,543,193.16) |
| 2007 | $ 4,256,080.81 | $ 3,192,060.61 | $ 4,663,835.34 | $ 7,855,895.95 | $ 24,555,416.00 | $ 1,104,993.72 | $ (6,750,902.23) |
| 2008 | $ 4,679,565.41 | $ 3,509,674.06 | $ 4,207,733.01 | $ 7,717,407.07 | $ 15,535,070.00 | $ 699,078.15 | $ (7,018,328.92) |
| 2009 | $ 2,865,383.92 | $ 2,149,037.94 | $ 4,638,016.57 | $ 6,787,054.51 | $ 21,089,167.00 | $ 949,012.52 | $ (5,838,042.00) |
| 2010 | $ 2,759,599.80 | $ 2,069,699.85 | $ 5,081,310.88 | $ 7,151,010.73 | $ 2,532,543.00 | $ 113,964.44 | $ (7,037,046.30) |
| 2011 | $ 4,078,469.78 | $ 3,058,852.34 | $ 4,098,876.92 | $ 7,157,729.26 | $ 2,232,652.00 | $ 100,469.34 | $ (7,057,259.92) |
| 12-Aug | $ 4,766,268.18 | $ 3,574,701.14 | $ 1,317,685.00 | $ 4,892,386.14 | $ 557,319.00 | $ 25,079.36 | $ (4,867,306.78) |
| | $ 34,660,056.81 | $ 25,995,042.61 | $ 40,278,180.72 | $ 66,273,223.33 | $ 177,809,377.00 | $ 8,001,421.97 | $ (58,271,801.36) |
| | | | | | | Less Restitution | $ (10,000,000.00) |
| | | | | | | Net "Overbillings" | $ (48,271,801.36) |

Exhibit 14

Page 65 of 1064

| Summary of Payments to Urban Logic by Year | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sources: Years 1993-1996 - Urban Futures Work Product; 1998-2012 ULC General Ledger | | | | | | | |
| Assumes 50% of ULC Invoices Paid by the City Were NOT Subject to the 4.5% Cap | | | | | | | |
| | | | | | | | |
| A | B | C | D | E = C + D | F | G = F x 4.5% | H = G - E |
| Year | Paid by City | Reduced by 50% | Bond Proceeds | Total | Est. Capital Exp. | 4.5% of Cap Exp. | Implied Overpmt |
| 1993 | | | $ 24,900.00 | $ 24,900.00 | $ 1,086,542.00 | $ 48,894.39 | $ 23,994.39 |
| 1994 | | | $ 520,327.48 | $ 520,327.48 | $ 7,772,750.00 | $ 349,773.75 | $ (170,553.73) |
| 1995 | | | $ 375,506.20 | $ 375,506.20 | $ 4,455,857.00 | $ 200,513.57 | $ (174,992.64) |
| 1996 | | | $ 362,392.86 | $ 362,392.86 | $ 2,407.00 | $ 108.32 | $ (362,284.55) |
| 1997 | | | $ 266,135.72 | $ 266,135.72 | $ 20,050.00 | $ 902.25 | $ (265,233.47) |
| 1998 | $ 115,721.78 | $ 57,860.89 | $ 170,988.21 | $ 228,849.10 | | $ - | $ (228,849.10) |
| 1999 | $ 216,246.55 | $ 108,123.28 | $ 538,052.81 | $ 646,176.09 | | $ - | $ (646,176.09) |
| 2000 | $ 315,857.25 | $ 157,928.63 | $ 1,112,243.29 | $ 1,270,171.92 | | $ - | $ (1,270,171.92) |
| 2001 | $ 453,032.75 | $ 226,516.38 | $ 1,171,873.63 | $ 1,398,390.01 | $ 2,037,900.00 | $ 91,705.50 | $ (1,306,684.51) |
| 2002 | $ 743,261.58 | $ 371,630.79 | $ 1,464,684.33 | $ 1,836,315.12 | $ 6,602,191.00 | $ 297,098.60 | $ (1,539,216.53) |
| 2003 | $ 1,001,253.24 | $ 500,626.62 | $ 1,929,334.19 | $ 2,429,960.81 | $ 30,690,742.00 | $ 1,381,083.39 | $ (1,048,877.42) |
| 2004 | $ 1,752,217.55 | $ 876,108.78 | $ 2,235,986.87 | $ 3,112,095.65 | $ 5,932,767.00 | $ 266,974.52 | $ (2,845,121.13) |
| 2005 | $ 2,621,764.46 | $ 1,310,882.23 | $ 2,785,812.23 | $ 4,096,694.46 | $ 35,021,730.00 | $ 1,575,977.85 | $ (2,520,716.61) |
| 2006 | $ 4,035,333.75 | $ 2,017,666.88 | $ 3,312,485.18 | $ 5,330,152.06 | $ 17,684,274.00 | $ 795,792.33 | $ (4,534,359.73) |
| 2007 | $ 4,256,080.81 | $ 2,128,040.41 | $ 4,663,835.34 | $ 6,791,875.75 | $ 24,555,416.00 | $ 1,104,993.72 | $ (5,686,882.03) |
| 2008 | $ 4,679,565.41 | $ 2,339,782.71 | $ 4,207,733.01 | $ 6,547,515.72 | $ 15,535,070.00 | $ 699,078.15 | $ (5,848,437.57) |
| 2009 | $ 2,865,383.92 | $ 1,432,691.96 | $ 4,638,016.57 | $ 6,070,708.53 | $ 21,089,167.00 | $ 949,012.52 | $ (5,121,696.02) |
| 2010 | $ 2,759,599.80 | $ 1,379,799.90 | $ 5,081,310.88 | $ 6,461,110.78 | $ 2,532,543.00 | $ 113,964.44 | $ (6,347,146.35) |
| 2011 | $ 4,078,469.78 | $ 2,039,234.89 | $ 4,098,876.92 | $ 6,138,111.81 | $ 2,232,652.00 | $ 100,469.34 | $ (6,037,642.47) |
| 12-Aug | $ 4,766,268.18 | $ 2,383,134.09 | $ 1,317,685.00 | $ 3,700,819.09 | $ 557,319.00 | $ 25,079.36 | $ (3,675,739.74) |
| | $ 34,660,056.81 | $ 17,330,028.41 | $ 40,278,180.72 | $ 57,608,209.13 | $ 177,809,377.00 | $ 8,001,421.97 | $ (49,606,787.16) |
| | | | | | | | |
| | | | | | | Less Restitution | $ (10,000,000.00) |
| | | | | | | Net "Overbillings" | $ (39,606,787.16) |

Exhibit 14
Page 66 of 1064

| Summary of Payments to Urban Logic by Year | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sources: Years 1993-1996 - Urban Futures Work Product; 1998-2012 ULC General Ledger | | | | | | | |
| Assumes 75% of ULC Invoices Paid by the City Were NOT Subject to the 4.5% Cap | | | | | | | |
| | | | | | | | |
| A | B | C | D | E = C + D | F | G = F x 4.5% | H = G - E |
| Year | Paid by City | Reduced by 75% | Bond Proceeds | Total | Est. Capital Exp. | 4.5% of Cap Exp. | Implied Overpmt |
| 1993 | | | $ 24,900.00 | $ 24,900.00 | $ 1,086,542.00 | $ 48,894.39 | $ 23,994.39 |
| 1994 | | | $ 520,327.48 | $ 520,327.48 | $ 7,772,750.00 | $ 349,773.75 | $ (170,553.73) |
| 1995 | | | $ 375,506.20 | $ 375,506.20 | $ 4,455,857.00 | $ 200,513.57 | $ (174,992.64) |
| 1996 | | | $ 362,392.86 | $ 362,392.86 | $ 2,407.00 | $ 108.32 | $ (362,284.55) |
| 1997 | | | $ 266,135.72 | $ 266,135.72 | $ 20,050.00 | $ 902.25 | $ (265,233.47) |
| 1998 | $ 115,721.78 | $ 28,930.45 | $ 170,988.21 | $ 199,918.66 | | $ - | $ (199,918.66) |
| 1999 | $ 216,246.55 | $ 54,061.64 | $ 538,052.81 | $ 592,114.45 | | $ - | $ (592,114.45) |
| 2000 | $ 315,857.25 | $ 78,964.31 | $ 1,112,243.29 | $ 1,191,207.60 | | $ - | $ (1,191,207.60) |
| 2001 | $ 453,032.75 | $ 113,258.19 | $ 1,171,873.63 | $ 1,285,131.82 | $ 2,037,900.00 | $ 91,705.50 | $ (1,193,426.32) |
| 2002 | $ 743,261.58 | $ 185,815.40 | $ 1,464,684.33 | $ 1,650,499.73 | $ 6,602,191.00 | $ 297,098.60 | $ (1,353,401.13) |
| 2003 | $ 1,001,253.24 | $ 250,313.31 | $ 1,929,334.19 | $ 2,179,647.50 | $ 30,690,742.00 | $ 1,381,083.39 | $ (798,564.11) |
| 2004 | $ 1,752,217.55 | $ 438,054.39 | $ 2,235,986.87 | $ 2,674,041.26 | $ 5,932,767.00 | $ 266,974.52 | $ (2,407,066.74) |
| 2005 | $ 2,621,764.46 | $ 655,441.12 | $ 2,785,812.23 | $ 3,441,253.35 | $ 35,021,730.00 | $ 1,575,977.85 | $ (1,865,275.50) |
| 2006 | $ 4,035,333.75 | $ 1,008,833.44 | $ 3,312,485.18 | $ 4,321,318.62 | $ 17,684,274.00 | $ 795,792.33 | $ (3,525,526.29) |
| 2007 | $ 4,256,080.81 | $ 1,064,020.20 | $ 4,663,835.34 | $ 5,727,855.54 | $ 24,555,416.00 | $ 1,104,993.72 | $ (4,622,861.82) |
| 2008 | $ 4,679,565.41 | $ 1,169,891.35 | $ 4,207,733.01 | $ 5,377,624.36 | $ 15,535,070.00 | $ 699,078.15 | $ (4,678,546.21) |
| 2009 | $ 2,865,383.92 | $ 716,345.98 | $ 4,638,016.57 | $ 5,354,362.55 | $ 21,089,167.00 | $ 949,012.52 | $ (4,405,350.04) |
| 2010 | $ 2,759,599.80 | $ 689,899.95 | $ 5,081,310.88 | $ 5,771,210.83 | $ 2,532,543.00 | $ 113,964.44 | $ (5,657,246.40) |
| 2011 | $ 4,078,469.78 | $ 1,019,617.45 | $ 4,098,876.92 | $ 5,118,494.37 | $ 2,232,652.00 | $ 100,469.34 | $ (5,018,025.03) |
| 12-Aug | $ 4,766,268.18 | $ 1,191,567.05 | $ 1,317,685.00 | $ 2,509,252.05 | $ 557,319.00 | $ 25,079.36 | $ (2,484,172.69) |
| | $ 34,660,056.81 | $ 8,665,014.20 | $ 40,278,180.72 | $ 48,943,194.92 | $ 177,809,377.00 | $ 8,001,421.97 | $ (40,941,772.96) |
| | | | | | | | |
| | | | | | | Less Restitution | $ (10,000,000.00) |
| | | | | | | Net "Overbillings" | $ (30,941,772.96) |

Exhibit 14
Page 67 of 1064

| Summary of Payments to Urban Logic by Year | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sources: Years 1993-1996 - Urban Futures Work Product; 1998-2012 ULC General Ledger | | | | | | | |
| Assumes 90% of ULC Invoices Paid by the City Were NOT Subject to the 4.5% Cap | | | | | | | |
| | | | | | | | |
| A | B | C | D | E = C + D | F | G = F x 4.5% | H = G - E |
| Year | Paid by City | Reduced by 90% | Bond Proceeds | Total | Est. Capital Exp. | 4.5% of Cap Exp. | Implied Overpmt |
| 1993 | | | $ 24,900.00 | $ 24,900.00 | $ 1,086,542.00 | $ 48,894.39 | $ 23,994.39 |
| 1994 | | | $ 520,327.48 | $ 520,327.48 | $ 7,772,750.00 | $ 349,773.75 | $ (170,553.73) |
| 1995 | | | $ 375,506.20 | $ 375,506.20 | $ 4,455,857.00 | $ 200,513.57 | $ (174,992.64) |
| 1996 | | | $ 362,392.86 | $ 362,392.86 | $ 2,407.00 | $ 108.32 | $ (362,284.55) |
| 1997 | | | $ 266,135.72 | $ 266,135.72 | $ 20,050.00 | $ 902.25 | $ (265,233.47) |
| 1998 | $ 115,721.78 | $ 11,572.18 | $ 170,988.21 | $ 182,560.39 | | $ - | $ (182,560.39) |
| 1999 | $ 216,246.55 | $ 21,624.66 | $ 538,052.81 | $ 559,677.47 | | $ - | $ (559,677.47) |
| 2000 | $ 315,857.25 | $ 31,585.73 | $ 1,112,243.29 | $ 1,143,829.02 | | $ - | $ (1,143,829.02) |
| 2001 | $ 453,032.75 | $ 45,303.28 | $ 1,171,873.63 | $ 1,217,176.91 | $ 2,037,900.00 | $ 91,705.50 | $ (1,125,471.41) |
| 2002 | $ 743,261.58 | $ 74,326.16 | $ 1,464,684.33 | $ 1,539,010.49 | $ 6,602,191.00 | $ 297,098.60 | $ (1,241,911.89) |
| 2003 | $ 1,001,253.24 | $ 100,125.32 | $ 1,929,334.19 | $ 2,029,459.51 | $ 30,690,742.00 | $ 1,381,083.39 | $ (648,376.12) |
| 2004 | $ 1,752,217.55 | $ 175,221.76 | $ 2,235,986.87 | $ 2,411,208.63 | $ 5,932,767.00 | $ 266,974.52 | $ (2,144,234.11) |
| 2005 | $ 2,621,764.46 | $ 262,176.45 | $ 2,785,812.23 | $ 3,047,988.68 | $ 35,021,730.00 | $ 1,575,977.85 | $ (1,472,010.83) |
| 2006 | $ 4,035,333.75 | $ 403,533.38 | $ 3,312,485.18 | $ 3,716,018.56 | $ 17,684,274.00 | $ 795,792.33 | $ (2,920,226.23) |
| 2007 | $ 4,256,080.81 | $ 425,608.08 | $ 4,663,835.34 | $ 5,089,443.42 | $ 24,555,416.00 | $ 1,104,993.72 | $ (3,984,449.70) |
| 2008 | $ 4,679,565.41 | $ 467,956.54 | $ 4,207,733.01 | $ 4,675,689.55 | $ 15,535,070.00 | $ 699,078.15 | $ (3,976,611.40) |
| 2009 | $ 2,865,383.92 | $ 286,538.39 | $ 4,638,016.57 | $ 4,924,554.96 | $ 21,089,167.00 | $ 949,012.52 | $ (3,975,542.45) |
| 2010 | $ 2,759,599.80 | $ 275,959.98 | $ 5,081,310.88 | $ 5,357,270.86 | $ 2,532,543.00 | $ 113,964.44 | $ (5,243,306.43) |
| 2011 | $ 4,078,469.78 | $ 407,846.98 | $ 4,098,876.92 | $ 4,506,723.90 | $ 2,232,652.00 | $ 100,469.34 | $ (4,406,254.56) |
| 12-Aug | $ 4,766,268.18 | $ 476,626.82 | $ 1,317,685.00 | $ 1,794,311.82 | $ 557,319.00 | $ 25,079.36 | $ (1,769,232.46) |
| | $ 34,660,056.81 | $ 3,466,005.68 | $ 40,278,180.72 | $ 43,744,186.40 | $ 177,809,377.00 | $ 8,001,421.97 | $ (35,742,764.44) |
| | | | | | | | |
| | | | | | | Less Restitution | $ (10,000,000.00) |
| | | | | | | Net "Overbillings" | $ (25,742,764.44) |

Exhibit 14
Page 68 of 1064

# EXHIBIT 13

Exhibit 14
Page 69 of 1064

**Analysis of Urban Logic Consulting Invoices Issued to the City of Beaumont**
**Paid via Bond Trustee and City of Beaumont - 2011**

| | | ULC Invoices Addressed to City Of Beaumont - Paid via Bond Trustee | | | | | | | | | ULC Invoices Addressed to City of Beaumont - Paid via City of Beaumont | | | | | | | Grand Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ref. # | Invoice Date | Period Ending | Prof. Fees | Misc | Expense Reimb | 15% Markup | Mileage Reimb | Total Hrs. | Invoice Total | Principal Hrs. | Total Hours | Bond Ref. | Ref. # | Invoice Date | Period Ending | Prof. Fees | Misc | Expense Reimb | 15% Markup | Invoice Total | Principal Hrs. | Total Hours | Invoice Total | Principal Hrs. | Total Hours |
| A | 02/02/11 | 01/31/11 | $ 257,727.50 | $ 1,806.00 | $ - | $ - | $ 1,998.50 | $ 261,532.00 | 222.00 | 1,821.25 | 2006A | AA | 02/03/11 | 01/28/11 | $ 346,015.00 | $ - | $ 34,081.08 | $ 5,112.16 | $ 385,208.24 | 130.00 | 2,348.50 | | | |
| B | 02/02/11 | 01/28/11 | $ 29,796.00 | $ - | $ - | $ - | $ 1,799.00 | $ 31,595.00 | 80.00 | 215.00 | 2001A | AA | 02/03/11 | 01/28/11 | $ 2,385.00 | $ - | $ - | $ - | $ 2,385.00 | 1.00 | 19.00 | | | |
| | | | | | | | | | | | | AA | 02/01/11 | 01/28/11 | $ 93,328.03 | $ 668.00 | $ - | $ - | $ 93,996.03 | 27.00 | 591.00 | | | |
| | **January 31, 2011** | | $ 287,523.50 | $ 1,806.00 | $ - | $ - | $ 3,797.50 | $ 293,127.00 | 302.00 | 2,036.25 | | | | | $ 441,728.03 | $ 668.00 | $ 34,081.08 | $ 5,112.16 | $ 481,589.27 | 158.00 | 2,958.50 | $ 774,716.27 | 460.00 | 4,994.75 |
| C | 03/03/11 | 02/25/11 | $ 345,245.00 | $ - | $ 79.39 | $ 11.91 | $ 2,396.50 | $ 347,732.80 | 301.00 | 2,362.00 | 2006A | BB | 03/03/11 | 02/25/11 | $ 256,990.00 | $ - | $ 5,690.00 | $ 853.50 | $ 263,533.50 | 24.00 | 1,807.00 | | | |
| D | 03/03/11 | 02/25/11 | $ 51,777.50 | $ - | $ - | $ - | $ - | $ 51,777.50 | 115.50 | 323.00 | 2001A | BB | 03/03/11 | 02/25/11 | $ 10,730.00 | $ - | $ - | $ - | $ 10,730.00 | 0.00 | 77.00 | | | |
| | | | | | | | | | | | | BB | 03/03/11 | 02/25/11 | $ 10,320.00 | $ - | $ - | $ - | $ 10,320.00 | 0.00 | 82.00 | | | |
| | | | | | | | | | | | | BB | 03/03/11 | 02/25/11 | $ 4,700.00 | $ - | $ - | $ - | $ 4,700.00 | 5.00 | 31.50 | | | |
| | | | | | | | | | | | | BB | 03/03/11 | 02/25/11 | $ 4,562.52 | $ - | $ - | $ - | $ 4,562.52 | 0.00 | 35.75 | | | |
| | | | | | | | | | | | | BB | 03/03/11 | 02/25/11 | $ 9,025.00 | $ - | $ 184.43 | $ 27.66 | $ 9,237.09 | 0.00 | 61.50 | | | |
| | | | | | | | | | | | | BB | 03/03/11 | 02/25/11 | $ 38,780.00 | $ - | $ - | $ - | $ 38,780.00 | 24.00 | 228.00 | | | |
| | **February 28, 2011** | | $ 397,022.50 | $ - | $ 79.39 | $ 11.91 | $ 2,396.50 | $ 399,510.30 | 416.50 | 2,685.00 | | | | | $ 335,107.52 | $ - | $ 5,874.43 | $ 881.16 | $ 341,863.11 | 53.00 | 2,322.75 | $ 741,373.41 | 469.50 | 5,007.75 |
| E | 04/05/11 | 04/01/11 | $ 345,976.50 | $ 792.00 | $ 357.97 | $ 53.70 | $ - | $ 347,180.17 | 300.00 | 2,389.25 | 2006A | CC | 04/06/11 | 04/01/11 | $ 27,800.00 | $ 552.00 | $ - | $ - | $ 28,352.00 | 1.00 | 175.50 | | | |
| F | 04/06/11 | 04/01/11 | $ 95,667.50 | $ - | $ - | $ - | $ - | $ 95,667.50 | 187.50 | 599.00 | 2001A | CC | 04/06/11 | 04/01/11 | $ 12,440.00 | $ 32.00 | $ - | $ - | $ 12,472.00 | 18.00 | 87.00 | | | |
| | | | | | | | | | | | | CC | 04/06/11 | 04/01/11 | $ 49,825.00 | $ - | $ - | $ - | $ 49,825.00 | 21.00 | 294.00 | | | |
| | | | | | | | | | | | | CC | 04/06/11 | 04/01/11 | $ 144,460.00 | $ - | $ - | $ - | $ 144,460.00 | 141.00 | 1,019.50 | | | |
| | | | | | | | | | | | | CC | 04/06/11 | 04/01/11 | $ 11,915.00 | $ - | $ - | $ - | $ 11,915.00 | 5.00 | 88.00 | | | |
| | | | | | | | | | | | | CC | 04/06/11 | 04/01/11 | $ 12,830.00 | $ - | $ - | $ - | $ 12,830.00 | 0.00 | 97.00 | | | |
| | **March 31, 2011** | | $ 441,644.00 | $ 792.00 | $ 357.97 | $ 53.70 | $ - | $ 442,847.67 | 487.50 | 2,988.25 | | | | | $ 259,270.00 | $ 584.00 | $ - | $ - | $ 259,854.00 | 186.00 | 1,761.00 | $ 702,701.67 | 673.50 | 4,749.25 |
| G | 05/03/11 | 04/29/11 | $ 338,199.88 | $ 1,688.00 | $ - | $ - | $ 1,788.00 | $ 341,675.88 | 225.00 | 2,385.50 | 2006B | DD | 05/04/11 | 04/29/11 | $ 8,541.00 | $ - | $ - | $ - | $ 8,541.00 | 1.00 | 60.00 | | | |
| H | 05/03/11 | 04/29/11 | $ 65,877.50 | $ - | $ - | $ - | $ - | $ 65,877.50 | 127.00 | 393.75 | 2001A | DD | 05/04/11 | 04/29/11 | $ 5,610.00 | $ - | $ - | $ - | $ 5,610.00 | 20.00 | 50.00 | | | |
| | | | | | | | | | | | | DD | 05/04/11 | 04/29/11 | $ 46,470.00 | $ - | $ - | $ - | $ 46,470.00 | 20.00 | 273.00 | | | |
| | | | | | | | | | | | | DD | 05/04/11 | 04/29/11 | $ 274,625.00 | $ - | $ - | $ - | $ 274,625.00 | 27.00 | 1,831.00 | | | |
| | | | | | | | | | | | | DD | 05/04/11 | 04/29/11 | $ 18,760.00 | $ - | $ - | $ - | $ 18,760.00 | 1.00 | 133.00 | | | |
| | | | | | | | | | | | | DD | 05/04/11 | 04/29/11 | $ 26,854.00 | $ - | $ - | $ - | $ 26,854.00 | 0.00 | 195.50 | | | |
| | **April 30, 2011** | | $ 404,077.38 | $ 1,688.00 | $ - | $ - | $ 1,788.00 | $ 407,553.38 | 352.00 | 2,779.25 | | | | | $ 380,860.00 | $ - | $ - | $ - | $ 380,860.00 | 49.00 | 2,542.50 | $ 788,413.38 | 401.00 | 5,321.75 |
| I | 06/01/11 | 05/27/11 | $ 307,215.75 | $ 1,688.00 | $ 714.93 | $ 107.24 | $ 2,262.00 | $ 311,987.92 | 225.00 | 2,177.75 | 2006B | EE | 06/02/11 | 05/27/11 | $ 33,407.00 | $ - | $ - | $ - | $ 33,407.00 | 2.00 | 233.50 | | | |
| J | 06/01/11 | 05/27/11 | $ 71,320.00 | $ - | $ - | $ - | $ - | $ 71,320.00 | 81.00 | 495.50 | 2001A | EE | 06/02/11 | 05/27/11 | $ 20,494.50 | $ - | $ - | $ - | $ 20,494.50 | 0.00 | 153.25 | | | |
| | | | | | | | | | | | | EE | 06/02/11 | 05/27/11 | $ 242,817.50 | $ - | $ - | $ - | $ 242,817.50 | 116.50 | 1,616.00 | | | |
| | | | | | | | | | | | | EE | 06/02/11 | 05/27/11 | $ 45,965.00 | $ - | $ - | $ - | $ 45,965.00 | 5.00 | 272.00 | | | |
| | | | | | | | | | | | | EE | 06/02/11 | 05/27/11 | $ 1,420.00 | $ - | $ - | $ - | $ 1,420.00 | 0.00 | 31.00 | | | |
| | | | | | | | | | | | | EE | 06/02/11 | 05/27/11 | $ 5,009.00 | $ - | $ - | $ - | $ 5,009.00 | 0.00 | 35.50 | | | |
| | **May 31, 2011** | | $ 378,535.75 | $ 1,688.00 | $ 714.93 | $ 107.24 | $ 2,262.00 | $ 383,307.92 | 306.00 | 2,673.25 | | | | | $ 349,113.00 | $ - | $ - | $ - | $ 349,113.00 | 123.50 | 2,315.75 | $ 732,420.92 | 429.50 | 4,989.00 |
| K | 07/06/11 | 07/01/11 | $ 308,547.88 | $ - | $ - | $ - | $ - | $ 308,547.88 | 287.50 | 2,158.50 | 2006B | FF | 07/07/11 | 07/01/11 | $ 4,512.00 | $ - | $ - | $ - | $ 4,512.00 | 3.00 | 32.00 | | | |
| L | 07/06/11 | 07/01/11 | $ 98,928.00 | $ - | $ - | $ - | $ - | $ 98,928.00 | 155.00 | 686.50 | 2001A | FF | 07/07/11 | 07/01/11 | $ 4,070.00 | $ - | $ - | $ - | $ 4,070.00 | 4.00 | 9.00 | | | |
| M | 07/06/11 | 07/01/11 | $ 31,316.00 | $ - | $ 150.00 | $ 22.50 | $ 2,673.50 | $ 34,162.00 | 38.00 | 224.00 | 2007E | FF | 07/07/11 | 07/01/11 | $ 58,420.00 | $ - | $ - | $ - | $ 58,420.00 | 46.00 | 341.00 | | | |
| | | | | | | | | | | | | FF | 07/07/11 | 07/01/11 | $ 231,755.00 | $ - | $ 18,691.19 | $ 2,803.68 | $ 253,249.87 | 86.50 | 1,564.50 | | | |
| | | | | | | | | | | | | FF | 07/07/11 | 07/01/11 | $ 24,809.50 | $ - | $ - | $ - | $ 24,809.50 | 10.00 | 172.50 | | | |
| | | | | | | | | | | | | FF | 07/07/11 | 07/01/11 | $ 13,741.00 | $ - | $ - | $ - | $ 13,741.00 | 14.00 | 106.00 | | | |
| | **June 30, 2011** | | $ 438,791.88 | $ - | $ 150.00 | $ 22.50 | $ 2,673.50 | $ 441,637.88 | 480.50 | 3,069.00 | | | | | $ 337,307.50 | $ - | $ 18,691.19 | $ 2,803.68 | $ 358,802.37 | 163.50 | 2,225.00 | $ 800,440.25 | 644.00 | 5,294.00 |
| N | 08/05/11 | 07/29/11 | $ 85,985.00 | $ - | $ - | $ - | $ - | $ 85,985.00 | 79.00 | 554.00 | 2001A | GG | 08/08/11 | 07/29/11 | $ 29,881.00 | $ - | $ - | $ - | $ 29,881.00 | 0.00 | 189.00 | | | |
| O | 08/05/11 | 07/29/11 | $ 220,494.00 | $ - | $ 405.63 | $ 60.84 | $ 2,130.00 | $ 223,090.47 | 210.50 | 1,618.50 | 2007E | GG | 08/08/11 | 07/29/11 | $ 2,960.00 | $ - | $ - | $ - | $ 2,960.00 | 0.00 | 32.00 | | | |
| | | | | | | | | | | | | GG | 08/08/11 | 07/29/11 | $ 49,185.00 | $ - | $ - | $ - | $ 49,185.00 | 21.00 | 288.00 | | | |
| | | | | | | | | | | | | GG | 08/08/11 | 07/29/11 | $ 309,293.38 | $ - | $ 26,907.69 | $ 4,036.15 | $ 340,237.22 | 136.50 | 2,049.25 | | | |
| | | | | | | | | | | | | GG | 08/08/11 | 07/29/11 | $ 17,570.00 | $ - | $ - | $ - | $ 17,570.00 | 4.00 | 136.50 | | | |
| | | | | | | | | | | | | GG | 08/08/11 | 07/29/11 | $ 8,201.50 | $ - | $ - | $ - | $ 8,201.50 | 1.00 | 65.00 | | | |
| | **July 31, 2011** | | $ 306,479.00 | $ - | $ 405.63 | $ 60.84 | $ 2,130.00 | $ 309,075.47 | 289.50 | 2,172.50 | | | | | $ 417,090.88 | $ - | $ 26,907.69 | $ 4,036.15 | $ 448,034.72 | 162.50 | 2,759.75 | $ 757,110.19 | 452.00 | 4,932.25 |
| P | 09/08/11 | 09/02/11 | $ 85,078.00 | $ - | $ 4,710.00 | $ 706.50 | $ - | $ 90,494.50 | 135.00 | 536.00 | 2001A | HH | 09/08/11 | 09/02/11 | $ 37,188.63 | $ - | $ - | $ - | $ 37,188.63 | 3.00 | 268.50 | | | |
| Q | 09/07/11 | 09/02/11 | $ 264,277.00 | $ - | $ 2,333.51 | $ 350.03 | $ 2,606.00 | $ 269,566.54 | 266.50 | 1,870.75 | 2007E | HH | 09/08/11 | 09/02/11 | $ 41,142.00 | $ - | $ - | $ - | $ 41,142.00 | 0.00 | 286.00 | | | |
| | | | | | | | | | | | | HH | 09/08/11 | 09/02/11 | $ 3,100.00 | $ - | $ - | $ - | $ 3,100.00 | 0.00 | 31.00 | | | |
| | | | | | | | | | | | | HH | 09/08/11 | 09/02/11 | $ 58,320.50 | $ - | $ - | $ - | $ 58,320.50 | 34.00 | 344.00 | | | |
| | | | | | | | | | | | | HH | 09/08/11 | 09/02/11 | $ 289,990.00 | $ - | $ 13,672.00 | $ 2,050.80 | $ 305,712.80 | 108.00 | 1,883.75 | | | |
| | | | | | | | | | | | | HH | 09/08/11 | 09/02/11 | $ 10,065.00 | $ - | $ - | $ - | $ 10,065.00 | 0.00 | 82.50 | | | |
| | **August 31, 2011** | | $ 349,355.00 | $ - | $ 7,043.51 | $ 1,056.53 | $ 2,606.00 | $ 360,061.04 | 401.50 | 2,406.75 | | | | | $ 439,806.13 | $ - | $ 13,672.00 | $ 2,050.80 | $ 455,528.93 | 145.00 | 2,895.75 | $ 815,589.97 | 546.50 | 5,302.50 |
| R | 10/06/11 | 09/30/11 | $ 116,313.50 | $ 4,460.00 | $ - | $ - | $ 2,055.00 | $ 122,828.50 | 51.50 | 955.50 | 2008A | II | 10/06/11 | 09/30/11 | $ 35,283.00 | $ - | $ - | $ - | $ 35,283.00 | 31.00 | 239.00 | | | |
| S | 10/06/11 | 09/30/11 | $ 112,301.00 | $ - | $ 6,960.48 | $ 1,044.07 | $ - | $ 120,305.55 | 149.00 | 748.00 | 2001A | II | 10/06/11 | 09/30/11 | $ 43,008.00 | $ 1,484.00 | $ - | $ - | $ 44,492.00 | 0.00 | 253.75 | | | |
| T | 10/06/11 | 09/30/11 | $ 91,867.50 | $ 160.00 | $ 1,709.41 | $ 256.41 | $ - | $ 93,993.32 | 103.00 | 642.00 | 2007E | II | 10/06/11 | 09/30/11 | $ 1,020.00 | $ - | $ - | $ - | $ 1,020.00 | 0.00 | 18.00 | | | |

Exhibit 14

Page 70 of 1064

6/17/2022
DRAFT

Prepared at the Request of Counsel by Hemming Morse, LLP

**Analysis of Urban Logic Consulting Invoices Issued to the City of Beaumont**
**Paid via Bond Trustee and City of Beaumont - 2011**

### ULC Invoices Addressed to City Of Beaumont - Paid via Bond Trustee

| Ref. # | Invoice Date | Period Ending | Prof. Fees | Misc | Expense Reimb | 15% Markup | Mileage Reimb | Invoice Total | Principal Hrs. | Total Hours | Bond Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| September 30, 2011 | | | $ 320,482.00 | $ 4,620.00 | $ 8,669.89 | $ 1,300.48 | $ 2,055.00 | $ 337,127.37 | 303.50 | $ 2,345.50 | |
| U | 11/07/11 | 10/28/11 | $ 227,498.00 | $ - | $ - | $ - | $ 2,187.00 | $ 229,685.00 | 172.00 | 1,689.50 | 2008A |
| V | 11/07/11 | 10/28/11 | $ 88,266.00 | $ - | $ 171.52 | 25.73 | $ - | $ 88,463.25 | 134.00 | 551.00 | 2001A |
| October 31, 2011 | | | $ 315,764.00 | | $ 171.52 | 25.73 | $ 2,187.00 | $ 318,148.25 | 306.00 | 2,240.50 | |
| W | 12/05/11 | 12/02/11 | $ 236,751.00 | $ - | $ 274.03 | 41.10 | $ 2,177.00 | $ 239,243.13 | 198.50 | 1,781.00 | 2008A |
| X | 12/05/11 | 12/02/11 | $ 89,480.00 | $ - | $ 7,078.05 | 1,061.71 | $ - | $ 97,619.76 | 94.00 | 574.00 | 2001A |
| Y | 12/05/11 | 12/02/11 | $ 34,617.75 | $ - | $ - | $ - | $ - | $ 34,617.75 | 0.00 | 236.00 | 2001A |
| November 30, 2011 | | | $ 360,848.75 | $ - | $ 7,352.08 | 1,102.81 | $ 2,177.00 | $ 371,480.64 | 292.50 | $ 2,591.00 | |
| Z | 01/09/12 | 12/30/11 | $ 144,385.00 | $ - | $ 3,435.00 | 515.25 | $ - | $ 148,335.25 | 64.00 | 952.50 | 2001A |
| December 31, 2011 | | | $ 144,385.00 | $ - | $ 3,435.00 | 515.25 | $ - | $ 148,335.25 | 64.00 | 952.50 | |
| Grand Totals - 2011 | | | $ 4,144,908.76 | $ 10,594.00 | $ 28,379.92 | 4,256.99 | $ 24,072.50 | $ 4,212,212.17 | 4,001.50 | 28,939.75 | |

### ULC Invoices Addressed to City of Beaumont - Paid via City of Beaumont

| Ref. # | Invoice Date | Period Ending | Prof. Fees | Misc | Expense Reimb | 15% Markup | Invoice Total | Principal Hrs. | Total Hours |
|---|---|---|---|---|---|---|---|---|---|
| II | 10/06/11 | 09/30/11 | $ 63,833.50 | $ - | $ - | $ - | $ 63,833.50 | 36.00 | 406.00 |
| II | 10/06/11 | 09/30/11 | $ 17,516.00 | 488.00 | $ - | $ - | $ 18,004.00 | 2.00 | 136.00 |
| II | 10/06/11 | 09/30/11 | $ 6,457.50 | $ - | $ - | $ - | $ 6,457.50 | 0.00 | 45.50 |
| JJ | 10/26/11 | 09/30/11 | $ 209,660.00 | $ - | $ - | $ - | $ 209,660.00 | 85.50 | 1,525.00 |
| September 30, 2011 | | | $ 376,778.00 | $ 1,972.00 | $ - | $ - | $ 378,750.00 | 154.50 | 2,623.25 |
| KK | 11/07/11 | 10/28/11 | $ 28,507.50 | 912.00 | $ - | $ - | $ 29,419.50 | 1.00 | 184.00 |
| KK | 11/07/11 | 10/28/11 | $ 2,540.00 | $ - | $ - | $ - | $ 2,540.00 | 0.00 | 19.00 |
| KK | 11/07/11 | 10/28/11 | $ 63,400.00 | $ - | $ - | $ - | $ 63,400.00 | 27.00 | 395.00 |
| KK | 11/07/11 | 10/28/11 | $ 16,718.00 | $ - | $ - | $ - | $ 16,718.00 | 7.00 | 122.00 |
| KK | 11/07/11 | 10/28/11 | $ 5,588.50 | $ - | $ - | $ - | $ 5,588.50 | 0.00 | 44.50 |
| KK | 11/07/11 | 10/28/11 | $ 155,073.75 | $ - | $ 2,275.54 | $ 341.33 | $ 161,690.62 | 101.50 | 1,017.00 |
| October 31, 2011 | | | $ 275,827.75 | 912.00 | $ 2,275.54 | 341.33 | $ 279,356.62 | 136.50 | 1,781.50 |
| LL | 12/05/11 | 12/02/11 | $ 236,398.75 | $ - | $ 12,330.00 | $ 1,849.50 | $ 250,578.25 | 160.50 | 1,530.50 |
| LL | 12/05/11 | 12/02/11 | $ 10,959.50 | $ - | $ - | $ - | $ 10,959.50 | 0.00 | 74.00 |
| LL | 12/05/11 | 12/02/11 | $ 42,995.00 | $ - | $ - | $ - | $ 42,995.00 | 0.00 | 263.00 |
| LL | 12/05/11 | 12/02/11 | $ 3,460.00 | $ - | $ - | $ - | $ 3,460.00 | 0.00 | 30.00 |
| LL | 12/05/11 | 12/02/11 | $ 14,171.00 | $ - | $ - | $ - | $ 14,171.00 | 0.00 | 102.00 |
| November 30, 2011 | | | $ 307,984.25 | $ - | $ 12,330.00 | $ 1,849.50 | $ 322,163.75 | 160.50 | 1,999.50 |
| MM | 01/09/12 | 12/30/11 | $ 188,127.50 | $ - | $ 3,830.00 | $ 574.50 | $ 192,532.00 | 82.00 | 1,209.25 |
| MM | 01/09/12 | 12/30/11 | $ 7,632.50 | $ - | $ - | $ - | $ 7,632.50 | 0.00 | 55.00 |
| MM | 01/09/12 | 12/30/11 | $ 1,920.00 | $ - | $ - | $ - | $ 1,920.00 | 0.00 | 14.00 |
| MM | 01/09/12 | 12/30/11 | $ 3,793.00 | 212.00 | $ - | $ - | $ 4,005.00 | 0.00 | 263.00 |
| MM | 01/09/12 | 12/30/11 | $ 88,045.00 | $ - | $ - | $ - | $ 88,045.00 | 9.00 | 533.00 |
| MM | 01/09/12 | 12/30/11 | $ 155,009.00 | $ 1,432.00 | $ - | $ - | $ 156,441.00 | 113.50 | 1,136.50 |
| December 31, 2011 | | | $ 444,527.00 | $ 1,644.00 | $ 3,830.00 | $ 574.50 | $ 450,575.50 | 204.50 | 2,973.75 |
| Grand Totals - 2011 | | | $ 4,365,400.05 | $ 5,780.00 | $ 117,661.93 | $ 17,649.29 | $ 4,506,491.27 | 1,696.50 | 29,159.00 |

### Grand Totals

| | Invoice Total | Principal Hrs. | Total Hours |
|---|---|---|---|
| September 30, 2011 | $ 715,877.37 | 458.00 | 4,968.75 |
| October 31, 2011 | $ 597,504.87 | 442.50 | 4,022.00 |
| November 30, 2011 | $ 693,644.39 | 453.00 | 4,590.50 |
| December 31, 2011 | $ 598,910.75 | 268.50 | 3,926.25 |
| Grand Totals - 2011 | $ 8,718,703.44 | 5,698.00 | 58,098.75 |

Exhibit 14
Page 71 of 1064

# EXHIBIT 14

Exhibit 14
Page 72 of 1064

**Analysis of Urban Logic Consulting Invoices Issued to the City of Beaumont**

**Paid via Bond Trustee and City of Beaumont - 2010**

NOTE - Per Letter from Egger dated 05/12/10, Moorjani has been assigned to a project in India until October 2010. (BATES LOC1-000039

15.00%

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ULC Invoices Addressed to City Of Beaumont - Paid via Bond Trustee** | | | | | | | | | **ULC Invoices Addressed to City of Beaumont - Paid via City of Beaumont** | | | | | | | | **Grand Totals** | | | |
| Ref. # | Invoice Date | Period Ending | Prof. Fees | Expense Reimb | 15% Markup | Mileage Reimb | Invoice Total | Principal Hrs. | Total Hours | Bond Ref. | Ref. # | Invoice Date | Period Ending | Prof. Fees | Expense Reimb | 15% Markup | Invoice Total | Principal Hrs. | Total Hours | Invoice Total | Principal Hrs. | Total Hours |
| A | 02/02/10 | 01/29/10 | $ 142,019.00 | $ 626.83 | $ 94.02 | $ 2,358.40 | $ 145,098.25 | 132.00 | 1,093.00 | 2007A | | | | | | | | | | | | |
| B | 02/02/10 | 01/29/10 | $ 73,913.75 | $ - | $ - | $ - | 73,913.75 | 122.75 | 565.75 | 2005A | | | | | | | | | | | | |
| C | 02/02/10 | 01/29/10 | $ 127,135.01 | $ 2,380.50 | $ 357.08 | $ - | 129,872.58 | 107.00 | 971.50 | 2001A | | | | | | | | | | | | |
| | January 31, 2010 | | $ 343,067.75 | $ 3,007.33 | $ 451.10 | $ 2,358.40 | $ 348,884.58 | 361.75 | 2,630.25 | | | | | $ - | $ - | $ - | $ - | - | - | $ 348,884.58 | 361.75 | 2,630.25 |
| D | 03/04/10 | 02/26/10 | $ 116,550.00 | $ - | $ - | $ - | 116,550.00 | 127.00 | 768.50 | 2007A | | | | | | | | | | | | |
| E | 03/04/10 | 02/26/10 | $ 127,982.00 | $ - | $ - | $ 2,026.75 | 130,008.75 | 96.00 | 913.00 | 2005A | | | | | | | | | | | | |
| F | 03/04/10 | 02/26/10 | $ 180,450.00 | $ 1,607.75 | $ 241.16 | $ - | 182,298.91 | 210.00 | 1,244.50 | 2001A | | | | | | | | | | | | |
| | February 28, 2010 | | $ 424,982.00 | $ 1,607.75 | $ 241.16 | $ 2,026.75 | $ 428,857.66 | 433.00 | 2,926.00 | | | | | $ - | $ - | $ - | $ - | - | - | $ 428,857.66 | 433.00 | 2,926.00 |
| G | 04/07/10 | 04/02/10 | $ 355,272.00 | $ 45.54 | $ 6.83 | $ 2,579.50 | 357,903.87 | 285.00 | 2,670.00 | 2006A | | | | | | | | | | | | |
| H | 04/07/10 | 04/02/10 | $ 139,372.50 | $ - | $ - | $ - | 139,372.50 | 205.00 | 939.75 | 2001A | | | | | | | | | | | | |
| I | 04/08/10 | 04/02/10 | $ 53,220.00 | $ - | $ - | $ - | 53,220.00 | 0.00 | 1,735.00 | 2005A | | | | | | | | | | | | |
| | March 31, 2010 | | $ 547,864.50 | $ 45.54 | $ 6.83 | $ 2,579.50 | $ 550,496.37 | 490.00 | 5,344.75 | | | | | $ - | $ - | $ - | $ - | - | - | $ 550,496.37 | 490.00 | 5,344.75 |
| J | 05/05/10 | 04/30/10 | $ 338,762.50 | $ 864.14 | $ 129.62 | $ 2,121.35 | 341,877.61 | 335.00 | 2,451.25 | 2005A | | | | | | | | | | | | |
| K | 05/05/10 | 04/30/10 | $ 137,430.00 | $ - | $ - | $ - | 137,430.00 | 106.00 | 931.00 | 2001A | | | | | | | | | | | | |
| L | 05/05/10 | 04/30/10 | $ 51,142.50 | $ - | $ - | $ - | 51,142.50 | 0.00 | 1,571.50 | 2005B | | | | | | | | | | | | |
| | April 30, 2010 | | $ 527,335.00 | $ 864.14 | $ 129.62 | $ 2,121.35 | $ 530,450.11 | 441.00 | 4,953.75 | | | | | $ - | $ - | $ - | $ - | - | - | $ 530,450.11 | 441.00 | 4,953.75 |
| M | 06/01/10 | 05/28/10 | $ 12,990.00 | $ - | $ - | $ - | 12,990.00 | 37.00 | 75.50 | 2005B | | | | | | | | | | | | |
| N | 06/01/10 | 05/28/10 | $ 305,320.00 | $ 4,500.00 | $ 675.00 | $ 2,228.05 | 312,723.05 | 267.00 | 2,071.25 | 2005B | | | | | | | | | | | | |
| O | 06/01/10 | 05/28/10 | $ 121,550.00 | $ - | $ - | $ - | 121,550.00 | 124.00 | 828.00 | 2001A | | | | | | | | | | | | |
| | May 31, 2010 | | $ 439,860.00 | $ 4,500.00 | $ 675.00 | $ 2,228.05 | $ 447,263.05 | 428.00 | 2,974.75 | | | | | $ - | $ - | $ - | $ - | - | - | $ 447,263.05 | 428.00 | 2,974.75 |
| P | 07/06/10 | 07/02/10 | $ 410,544.75 | $ - | $ - | $ 3,297.80 | 413,842.55 | 210.00 | 2,797.25 | 2005B | GG | 07/07/10 | 07/02/10 | $ 155,613.00 | $ 241.47 | $ 36.22 | $ 155,890.69 | 144.00 | 1,050.00 | | | |
| Q | 07/06/10 | 07/02/10 | $ 158,125.00 | $ - | $ - | $ - | 158,125.00 | 161.00 | 1,063.50 | 2001A | GG | 07/07/10 | 07/02/10 | $ 2,255.00 | $ - | $ - | $ 2,255.00 | 0.00 | 20.50 | | | |
| R | 07/06/10 | | $ 48,400.00 | $ - | $ - | $ - | 48,400.00 | 0.00 | | 2001A | GG | 07/07/10 | 07/02/10 | $ 45,582.50 | $ - | $ - | $ 45,582.50 | 42.00 | 271.80 | | | |
| | June 30, 2010 | | $ 617,069.75 | $ - | $ - | $ 3,297.80 | $ 620,367.55 | 371.00 | 3,860.75 | | | | | $ 203,450.50 | $ 241.47 | $ 36.22 | $ 203,728.19 | 186.00 | 1,342.30 | $ 824,095.74 | 557.00 | 5,203.05 |
| S | 08/04/10 | 07/30/10 | $ 314,959.00 | $ - | $ - | $ 2,305.00 | 317,264.00 | 161.00 | 2,047.50 | 2005B | | | | | | | | | | | | |
| T | 08/04/10 | 07/30/10 | $ 145,012.50 | $ 463.00 | $ 69.45 | $ - | 145,544.95 | 112.00 | 1,100.25 | 2001A | | | | | | | | | | | | |
| T | 07/06/10 | | $ 96,000.00 | $ - | $ - | $ - | 96,000.00 | | | 2001A | | | | | | | | | | | | |
| | July 31, 2010 | | $ 555,971.50 | $ 463.00 | $ 69.45 | $ 2,305.00 | $ 558,808.95 | 273.00 | 3,147.75 | | | | | $ - | $ - | $ - | $ - | - | - | $ 558,808.95 | 273.00 | 3,147.75 |
| U | 08/31/10 | 08/27/10 | $ 66,732.50 | $ - | $ - | $ - | 66,732.50 | 8.00 | 511.00 | 2005B | HH | 08/31/10 | 08/27/10 | $ 2,205.00 | $ - | $ - | $ 2,205.00 | 1.00 | 16.00 | | | |
| V | 08/31/10 | 08/27/10 | $ 252,407.50 | $ - | $ - | $ 2,339.50 | 254,747.00 | 145.00 | 1,703.50 | 2005C | HH | 08/31/10 | 08/27/10 | $ 73,872.50 | $ - | $ - | $ 73,872.50 | 88.00 | 515.25 | | | |
| W | 08/31/10 | 08/27/10 | $ 110,095.00 | $ - | $ - | $ - | 110,095.00 | 106.00 | 781.50 | 2001A | II | 08/31/10 | 08/27/10 | $ 27,990.00 | $ 6,210.00 | $ 931.50 | $ 35,131.50 | 31.00 | 168.50 | | | |
| | August 31, 2010 | | $ 429,235.00 | $ - | $ - | $ 2,339.50 | $ 431,574.50 | 259.00 | 2,996.00 | | | | | $ 104,067.50 | $ 6,210.00 | $ 931.50 | $ 111,209.00 | 120.00 | 699.75 | $ 542,783.50 | 379.00 | 3,695.75 |
| X | 10/06/10 | 10/01/10 | $ 84,287.50 | $ - | $ - | $ - | 84,287.50 | 120.00 | 562.25 | 2001A | JJ | 10/06/10 | 10/01/10 | $ 34,465.00 | $ - | $ - | $ 34,465.00 | 28.00 | 223.00 | | | |
| Y | 10/06/10 | 10/01/10 | $ 390,487.30 | $ 386.79 | $ 58.02 | $ 2,576.50 | 393,508.61 | 167.00 | 2,798.25 | 2005C | JJ | 10/06/10 | 10/01/10 | $ 20,280.00 | $ 5,584.18 | $ 837.63 | $ 26,701.81 | 0.00 | 158.50 | | | |
| | | | | | | | | | | | JJ | 10/06/10 | 10/01/10 | $ 437,134.00 | $ - | $ - | $ 437,134.00 | 388.00 | 2,749.50 | | | |
| | September 30, 2010 | | $ 474,774.80 | $ 386.79 | $ 58.02 | $ 2,576.50 | $ 477,796.11 | 287.00 | 3,360.50 | | | | | $ 491,879.00 | $ 5,584.18 | $ 837.63 | $ 498,300.81 | 416.00 | 3,131.00 | $ 976,096.92 | 703.00 | 6,491.50 |
| Z | 11/04/10 | 10/29/10 | $ 264,113.50 | $ - | $ - | $ 2,383.00 | 266,496.50 | 144.00 | 1,911.75 | 2005C | KK | 11/04/10 | 10/29/10 | $ 492,996.00 | $ 130,636.89 | $ 19,595.53 | $ 643,228.42 | 233.00 | 3,050.75 | | | |
| AA | 11/04/10 | 10/29/10 | $ 54,937.50 | $ - | $ - | $ - | 54,937.50 | 74.50 | 343.75 | 2001A | KK | 11/04/10 | 10/29/10 | $ 3,315.00 | $ - | $ - | $ 3,315.00 | 15.00 | 3.00 | | | |
| | | | | | | | | | | | KK | 11/04/10 | 10/29/10 | $ 7,550.00 | $ - | $ - | $ 7,550.00 | 0.00 | 59.50 | | | |
| | October 31, 2010 | | $ 319,051.00 | $ - | $ - | $ 2,383.00 | $ 321,434.00 | 218.50 | 2,255.50 | | | | | $ 503,861.00 | $ 130,636.89 | $ 19,595.53 | $ 654,093.42 | 248.00 | 3,113.25 | $ 975,527.42 | 466.50 | 5,368.75 |
| BB | 12/07/10 | 12/03/10 | $ 59,835.00 | $ - | $ - | $ - | 59,835.00 | 128.00 | 369.75 | 2001A | LL | 12/07/10 | 12/03/10 | $ 32,575.00 | $ - | $ - | $ 32,575.00 | 3.00 | 259.50 | | | |
| CC | 12/07/10 | 12/03/10 | $ 259,800.50 | $ - | $ - | $ 2,345.00 | 262,145.50 | 222.00 | 1,884.75 | 2005C | LL | 12/07/10 | 12/03/10 | $ 366,923.50 | $ 88,798.29 | $ 13,319.74 | $ 469,041.53 | 215.00 | 2,343.00 | | | |
| | November 30, 2010 | | $ 319,635.50 | $ - | $ - | $ 2,345.00 | $ 321,980.50 | 350.00 | 2,254.50 | | | | | $ 399,498.50 | $ 88,798.29 | $ 13,319.74 | $ 501,616.53 | 218.00 | 2,602.50 | $ 823,597.03 | 568.00 | 4,857.00 |
| DD | 01/05/11 | 12/31/10 | $ 43,397.50 | $ - | $ - | $ - | 43,397.50 | 110.50 | 267.50 | 2001A | MM | 01/05/11 | 12/31/10 | $ 453,167.50 | $ 51,254.40 | $ 7,688.16 | $ 512,110.06 | 233.00 | 2,944.50 | | | |
| EE | 01/05/11 | 12/31/10 | $ 119,460.00 | $ - | $ - | $ - | 119,460.00 | 108.00 | 719.75 | 2005C | MM | 01/05/11 | 12/31/10 | $ 22,185.00 | $ 555.68 | $ 83.35 | $ 22,824.03 | 4.00 | 182.50 | | | |
| FF | 01/05/11 | 12/31/10 | $ 94,067.50 | $ - | $ - | $ 1,470.50 | 95,538.00 | 92.00 | 677.75 | 2006A | | | | | | | | | | | | |
| | December 31, 2010 | | $ 256,925.00 | $ - | $ - | $ 1,470.50 | $ 258,395.50 | 310.50 | 1,665.00 | | | | | $ 475,352.50 | $ 51,810.08 | $ 7,771.51 | $ 534,934.09 | 237.00 | 3,127.00 | $ 793,329.59 | 547.50 | 4,792.00 |
| | Grand Totals - 2010 | | $ 5,255,771.80 | $ 10,874.55 | $ 1,631.18 | $ 28,031.35 | $ 5,296,308.88 | 4,222.75 | 38,369.50 | | | | | $ 2,178,108.99 | $ 283,280.91 | $ 42,492.14 | $ 2,503,882.04 | 1,425.00 | 14,015.80 | $ 7,800,190.92 | 5,647.75 | 52,385.30 |

Exhibit 14

# EXHIBIT 26

Exhibit 14
Page 74 of 1064



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 2, 2011

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 12 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 75 of 1064

UFIRIVDA0088188

**CONSTRUCTION FUND**

**REQUISITION NO. 12**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  February 2, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 76 of 1064

UFIRIVDA0088189

Exhibit A

| Requisition No. 12 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2006A**

Comprehensive Public Facility
Financing Program

Date  February 2, 2011

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 3 | Engineering | 261,532.00 |
| | | **TOTAL:** | **$261,532.00** |

**CITY APPROVALS:**

☐  Finance Director _____  Date _____

☑  City Manager _____  Date 2/3/11

Exhibit 14
Page 77 of 1064

UFIRIVDA0088190

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

## CONTRACTOR CERTIFICATE

Certificate No. _____ 3
Contract Amount _____ $1,034,058.76

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $261,532.00 | 2011-107 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $261,532.00 | |

Project Manager _____     Date 2-2-11

Exhibit 14
Page 78 of 1064

UFIRIVDA0088191

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 18C Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|
| 1 | $75,000.00 | | $75,000.00 |
| 2 | $95,538.00 | | $95,538.00 |
| 3 | $261,532.00 | | $261,532.00 |
| TOTAL | $432,070.00 | | $432,070.00 |

93-1, Series 2006A

Contractor  Urban Logic Consultants, Inc.
Contract Amount  1,034,058.76

Exhibit 14
Page 79 of 1064

UFIRIVDA0088192

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-107** |
| INVOICE DATE | **02/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA 92223**
   **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through January 28, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 222 | Hours @ | $195 | 43,290.00 |
| Project Manager/Engineer: | 300.5 | Hours @ | $170 | 51,085.00 |
| Surveyor: | 220.25 | Hours @ | $150 | 33,037.50 |
| 2-Man Survey Crew-Prev. Wage: | 122 | Hours @ | $245 | 29,890.00 |
| 2-Man Survey Crew: | 9 | Hours @ | $210 | 1,890.00 |
| Staff Engineer: | 163.5 | Hours @ | $110 | 17,985.00 |
| Const. Manager: | 86 | Hours @ | $150 | 12,900.00 |
| Sr. Planner: | 57 | Hours @ | $130 | 7,410.00 |
| Inspector: | 134 | Hours @ | $100 | 13,400.00 |
| Inspector-Prev. Wage: | 118 | Hours @ | $130 | 15,340.00 |
| Soils Tech.: | 84 | Hours @ | $100 | 8,400.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $130 | 5,850.00 |
| Office Manager: | 55 | Hours @ | $90 | 4,950.00 |
| Exec. Secretary: | 205 | Hours @ | $60 | 12,300.00 |
| CAL 216 - Relative Compaction | 4 | tests @ | $180 | $720.00 |
| CAL 521 - Concrete Cylinders | 17 | tests @ | $30 | $510.00 |
| CAL 231 - Use of Nuclear Gauges | 18 | days @ | $32 | $576.00 |

Mileage:

| | | | | |
|---|---:|---|---:|---:|
| Public Works Dept: | 3997 | miles @ | $0.500 | $1,998.50 |

| | |
|---|---:|
| **Total Amount Due:** | **$261,532.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 80 of 1064

UFIRIVDA0088193



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 2, 2011

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    **Requisition No. 117 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A. Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 81 of 1064

LOC4-062519

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 117**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  February 2, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 82 of 1064

LOC4-062520

Schedule I

**Requisition No. 117**

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

ACCOUNT   6711674106
DESCRIPTION  Construction Fund - 2001A

Date  February 2, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 110 | Wastewater Enterprise Projects | 31,595.00 |
| | | **TOTAL** | **$31,595.00** |

**CITY APPROVALS:**

☐   Finance Director

☑   City Manager                            Date

Date  2/3/11

Exhibit 14
Page 83 of 1064

LOC4-062521

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 110

**Common Sewer Facility Fund**

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $31,595.00 | 2011-108 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$31,595.00** | |

Project Manager _____  Date  2-2-11

Exhibit 14
Page 84 of 1064

LOC4-062522

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | Excess Dirt Removal-Phill | Dowling Orch. Recl. Water | North Sewer Rehab Ph.IV | ACTIVITY WWTP Exp. Env. | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | $0.00 | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| 109 | $2,400.00 | $0.00 | $0.00 | $12,102.50 | $2,970.00 | $3,770.00 | $11,775.00 | $10,380.00 | $43,397.50 |
| 110 | $3,500.00 | $195.00 | $0.00 | $0.00 | $1,410.00 | $3,570.00 | $13,410.00 | $9,510.00 | $31,595.00 |
| TOTAL | $46,140.00 | $130,825.08 | $364,858.50 | $35,335.00 | $1,634,301.80 | $156,686.41 | $822,522.95 | $689,359.95 | $3,807,799.74 |

Contractor: Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062523

Exhibit 14
Page 85 of 1064

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| INVOICE NO. | |
| --- | --- |
| **2011-108** | |
| INVOICE DATE | |
| **02/02/11** | |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through January 28, 2011**

| Stages V-VIII WWTP Expansion | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 46 | Hours @ | $195 | 8,970.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 4 | Hours @ | $195 | 780.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| Excess Dirt Removal-Ph. II | | | | |
| Inspector: | 35 | Hours @ | $100 | 3,500.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 8 | Hours @ | $195 | 1,560.00 |
| Const. Manager: | 8 | Hours @ | $150 | 1,200.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |
| WWTP Upgrades | | | | |
| Principal: | 21 | Hours @ | $195 | 4,095.00 |
| Sr. Asso./Eng.: | 14 | Hours @ | $170 | 2,380.00 |
| Sr. Planner: | 48.5 | Hours @ | $130 | 6,305.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| Dowling Orchard Reclaimed Water | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |

| | |
| --- | --- |
| **Total Amount Due:** | **$31,595.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 86 of 1064

LOC4-062524



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 3, 2011                                            **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:**   **Requisition No. 13 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 87 of 1064

UFIRIVDA0088194

**CONSTRUCTION FUND**

**REQUISITION NO. 13**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date: March 3, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 88 of 1064

UFIRIVDA0088195

Exhibit A

| Requisition No. 13 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2006A**

Comprehensive Public Facility
Financing Program

Date  March 3, 2011

ACCOUNT      Construction Fund
DESCRIPTION  Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 4 | Engineering | 347,732.80 |
| | | **TOTAL:** | $347,732.80 |

**CITY APPROVALS:**

☐   Finance Director _____          Date _____

☑   City Manager _____          Date 3/4/11

Exhibit 14
Page 89 of 1064

UFIRIVDA0088196

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 4
Contract Amount   $1,034,058.76

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $347,732.80 | 2011-114 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$347,732.80** | |

Project Manager _____     Date 3-4-11

Exhibit 14
Page 90 of 1064

UFIRIVDA0088197

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 19C Engineering | ACTIVITY | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | $75,000.00 |
| 2 | $95,538.00 | | | | | | $95,538.00 |
| 3 | $261,532.00 | | | | | | $261,532.00 |
| 4 | $347,732.80 | | | | | | $347,732.80 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | $779,802.80 | | | | | | $779,802.80 |

Contractor: Urban Logic Consultants, Inc.
Contract Amount: 1,034,058.76
Contract Balance: $254,255.96

93-1, Series 2006A

Exhibit 14
Page 91 of 1064

UFIRIVDA0088198

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-114** |
| **INVOICE DATE** | **03/03/11** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through February 25, 2011**

Joint & Critical Facilities

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 301 | Hours @ | $195 | 58,695.00 |
| Project Manager/Engineer: | 434.5 | Hours @ | $170 | 73,865.00 |
| Surveyor: | 441.5 | Hours @ | $150 | 66,225.00 |
| 2-Man Survey Crew-Prev. Wage: | 68.5 | Hours @ | $245 | 16,782.50 |
| 2-Man Survey Crew: | 44.5 | Hours @ | $210 | 9,345.00 |
| 1-Man Survey Crew-Prev. Wage: | 25 | Hours @ | $150 | 3,750.00 |
| Staff Engineer: | 180 | Hours @ | $110 | 19,800.00 |
| Const. Manager: | 94 | Hours @ | $150 | 14,100.00 |
| Sr. Planner: | 119 | Hours @ | $130 | 15,470.00 |
| Inspector: | 166 | Hours @ | $100 | 16,600.00 |
| Inspector-Prev. Wage: | 183 | Hours @ | $130 | 23,790.00 |
| Soils Tech.: | 68 | Hours @ | $100 | 6,800.00 |
| Soils Tech.-Prev. Wage: | 67 | Hours @ | $130 | 8,710.00 |
| Office Manager: | 57 | Hours @ | $90 | 5,130.00 |
| Exec. Secretary: | 113 | Hours @ | $60 | 6,780.00 |
| | ARC- | $79.39 | + 15% | 91.30 |

Mileage:

| | | | | |
|---|---:|---|---:|---:|
| Public Works Dept.: | 3598 | miles @ | $0.500 | $1,799.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$347,732.80** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 92 of 1064

UFIRIVDA0088199

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
a: (949)660-1150

**INVOICE NO.** 5991257

**INVOICE DATE** 03/01/11

**WORK ORDER#** 402772

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 03/01/11 at 11:22AM | PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | | BILLER | LOC |
| | POTRERO BLVD STRIPING | | | Chantha Saway | 16 |

| OPT COD | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL FT | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 2 | 1 | | 2 | EACH | | 2.00 |
| 1619 | MYLAR | 2 | 1 | 24X36 | 12 | SF | | 60.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 73.00 | | 6.39 | 79.39 | | 79.39 |

**TERMS:** Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Invoices undisputed for 45 days are final. 14

485892

UFIRIVDA0088200



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 3, 2011                                   **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 118 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



Exhibit 14
Page 94 of 1064
LOC4-062526

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 118**

     1.     The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

     2.     The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

     3.     Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

     4.     There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: March 3, 2011

BEAUMONT UTILITY AUTHORITY

By
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 95 of 1064

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

Requisition
No.
118

ACCOUNT    6711674106
DESCRIPTION   Construction Fund - 2001A

Date   March 3, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 111 | Wastewater Enterprise Projects | 51,777.50 |
| **TOTAL** | | | **$51,777.50** |

CITY APPROVALS:

☐   Finance Director                Date

☑   City Manager                     Date 3/4/11

Exhibit 14
Page 96 of 1064

LOC4-062528

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 111

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $51,777.50 | 2011-115 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$51,777.50** | |

Project Manager _____     Date 3-4-11

Exhibit 14
Page 97 of 1064
LOC4-062529

LOC4-062530

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | Excess Dirt Removal-PhII | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | ACTIVITY WWTP Exp. Env. | Emt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,367.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $25,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| 109 | $2,400.00 | | $0.00 | $12,102.50 | $2,970.00 | $3,770.00 | $11,775.00 | $10,380.00 | $43,397.50 |
| 110 | $3,500.00 | $195.00 | $0.00 | $0.00 | $1,410.00 | $3,570.00 | $13,410.00 | $9,510.00 | $31,595.00 |
| 111 | $4,785.00 | $325.00 | $0.00 | $13,617.50 | $2,085.00 | $4,700.00 | $15,795.00 | $10,470.00 | $51,777.50 |
| TOTAL | $50,925.00 | $131,150.08 | $364,858.50 | $48,952.50 | $1,636,386.80 | $161,386.41 | $838,317.95 | $699,829.95 | $3,859,577.24 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

Exhibit 14
Page 98 of 1064

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-115** |
| INVOICE DATE | **03/03/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through February 25, 2011**

Stages V-VIII WWTP Expansion

| | | | | |
|---|---|---|---|---|
| Principal: | 44 | Hours @ | $195 | 8,580.00 |
| Sr. Planner: | 9 | Hours @ | $130 | 1,170.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

Beaumont Mesa Lift Station

| | | | | |
|---|---|---|---|---|
| Principal: | 7 | Hours @ | $195 | 1,365.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

Excess Dirt Removal-Ph. II

| | | | | |
|---|---|---|---|---|
| Surveyor: | 4 | Hours @ | $150 | 600.00 |
| 2-Man Survey Crew: | 8.5 | Hours @ | $210 | 1,785.00 |
| Inspector: | 24 | Hours @ | $100 | 2,400.00 |

San Timoteo Monitoring Wells

| | | | | |
|---|---|---|---|---|
| Principal: | 4 | Hours @ | $195 | 780.00 |
| Const. Manager: | 10 | Hours @ | $150 | 1,500.00 |
| Sr. Planner: | 11 | Hours @ | $130 | 1,430.00 |
| Office Mgr.: | 11 | Hours @ | $90 | 990.00 |

WWTP Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 47 | Hours @ | $195 | 9,165.00 |
| Sr. Asso./Eng.: | 20 | Hours @ | $170 | 3,400.00 |
| Sr. Planner: | 20 | Hours @ | $130 | 2,600.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |

Dowling Orchard Reclaimed Water

| | | | | |
|---|---|---|---|---|
| Principal: | 1 | Hours @ | $195 | 195.00 |
| Sr. Planner: | 1 | Hours @ | $130 | 130.00 |

WWTP Expansion-Environmental

| | | | | |
|---|---|---|---|---|
| Principal: | 12.5 | Hours @ | $195 | 2,437.50 |
| Sr. Asso./Eng.: | 65 | Hours @ | $170 | 11,050.00 |
| Sr. Planner: | 1 | Hours @ | $130 | 130.00 |

**Total Amount Due:**     **$51,777.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 99 of 1064
LOC4-062531



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 6, 2011

VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 14 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

E

Exhibit 14
Page 100 of 1064
LOC4-019550

**CONSTRUCTION FUND**

**REQUISITION NO. 14**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  April 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By:
     Alan Kapanicas, City Manager of the
     City of Beaumont
     Ex-Officio Legislative Body of Community
     Facilities District 93-1

Exhibit 14
Page 101 of 1064

LOC4-019551

Exhibit A

| Requisition No. 14 | CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2006A |
|---|---|

Comprehensive Public Facility
Financing Program

Date  April 6, 2011

ACCOUNT        Construction Fund
DESCRIPTION    Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 5 | Engineering | 347,180.17 |
| | | **TOTAL:** | **$347,180.17** |

CITY APPROVALS:

☑  Finance Director _____     Date  4-7-11

☑  City Manager _____     Date  4/7/11

Exhibit 14
Page 102 of 1064

LOC4-019552

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____5_____
Contract Amount   $1,227,985.49

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $347,180.17 | 2011-124 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$347,180.17** | |

Project Manager _____   Date  4-7-11

Exhibit 14
Page 103 of 1064
LOC4-019553

LOC4-019554

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 19C Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | | $75,000.00 |
| 2 | $95,538.00 | | | | | | | $95,538.00 |
| 3 | $261,532.00 | | | | | | | $261,532.00 |
| 4 | $347,732.80 | | | | | | | $347,732.80 |
| 5 | $347,180.17 | | | | | | | $347,180.17 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | $1,126,982.97 | | | | | | | $1,126,982.97 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount:   1,227,985.49  (Includes Int. Earnings)

Contract Balance:   $101,002.52

93-1, Series 2006A

Exhibit 14
Page 104 of 1064

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-124** |
| INVOICE DATE | **04/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through April 1, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 300 | Hours @ | $195 | 58,500.00 |
| Project Manager/Engineer: | 446.5 | Hours @ | $170 | 75,905.00 |
| Surveyor: | 385.25 | Hours @ | $150 | 57,787.50 |
| 1-Man Survey Crew: | 7 | Hours @ | $160 | 1,120.00 |
| 2-Man Survey Crew-Prev. Wage: | 109.5 | Hours @ | $245 | 26,827.50 |
| 1-Man Survey Crew-Prev. Wage: | 26 | Hours @ | $150 | 3,900.00 |
| Staff Engineer: | 201 | Hours @ | $110 | 22,110.00 |
| Const. Manager: | 87 | Hours @ | $150 | 13,050.00 |
| Sr. Planner: | 101.5 | Hours @ | $130 | 13,195.00 |
| Inspector: | 224 | Hours @ | $100 | 22,400.00 |
| Inspector-Prev. Wage: | 140 | Hours @ | $130 | 18,200.00 |
| Soils Tech.: | 75 | Hours @ | $100 | 7,500.00 |
| Soils Tech.-Prev. Wage: | 60 | Hours @ | $130 | 7,800.00 |
| Office Manager: | 56.5 | Hours @ | $90 | 5,085.00 |
| Exec. Secretary: | 170 | Hours @ | $60 | 10,200.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180 | $180.00 |
| CAL 521 - Concrete Cylinders | 14 | tests @ | $30 | $420.00 |
| CAL 231 - Use of Nuclear Gauges | 6 | days @ | $32 | $192.00 |
| | ARC- | $24.58 | + 15% | 28.27 |
| | ARC- | $217.89 | + 15% | 250.57 |
| | ARC- | $115.50 | + 15% | 132.83 |
| <u>Mileage:</u> | | | | |
| Public Works Dept.: | 4793 | miles @ | $0.500 | $2,396.50 |

| | | |
|---|---|---:|
| **Total Amount Due:** | | **$347,180.17** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
LOC4-019555  Page 105 of 1064

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St. Costa Mesa, CA 92626
Phone: (949)660-1150

| INVOICE NO. | 5993161 |
|---|---|
| INVOICE DATE | 03/03/11 |
| WORK ORDER# | F1371045 |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 03/03/11 at 04:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |

| JOB# | JOB NAME | | | BILLER | LOC |
|---|---|---|---|---|---|
| | STRIPING PLAN B/2nd St. | | | Chantha Saway | 16 |

| JOB# | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | | 1 | 1 | | 1 | EACH | 5.00 |
| 6121 | DIGITAL PROCESSING | | 2 | 1 | | 2 | EACH | 2.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | | 2 | 1 | 24X36 | 12 | SF | 1.92 |
| 1601 | PPC BOND | | 2 | 4 | 24X36 | 48 | SF | 7.68 |
| 5200 | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUBTOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 22.60 | | 1.98 | 24.58 | | 24.58 |

Invoices undisputed for 45 days are final.
488222

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

Exhibit 14
Page 106 of 1064
LOC4-019556

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6004037 |
| INVOICE DATE | 03/18/11 |
| WORK ORDER# | F1371047 |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 03/18/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |
| JOB# | | JOB NAME | | BILLER | LOC |
| | | 1ST & 2ND ST. REPAIRS | | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 5 | 1 | | 5 | EACH | | 5.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 5 | 1 | 24X36 | 30 | SF | | 4.80 |
| 1601 | PPC BOND | 5 | 9 | 24X36 | 270 | SF | | 43.20 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EACH | | 9.00 |
| 1621.2 | LARGE FORMAT SET FOLDING | 1 | 10 | 24X36 | 60 | SF | | 30.00 |
| 1900 | B & W XEROX 8.5X11 | 69 | 10 | | 690 | EACH | | 69.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 1 | 10 | | 10 | EA | | 2.64 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 4.50 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 10 | | 10 | EA | | 10.00 |
| 1950.8 | GBC 1/2" | 1 | 10 | | 10 | EACH | | 11.22 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 200.36 | | 17.53 | 217.89 | | 217.89 |

Invoices undisputed for 45 days are final.
498376

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
NT

Exhibit 14
Page 107 of 1064
LOC4-019557

# ARC™
**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
●e: (949)660-1150

| | |
|---|---|
| **INVOICE NO.** | **6018139** |
| **INVOICE DATE** | **03/31/11** |
| **WORK ORDER#** | **F1371062** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 03/31/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | | BILLER | LOC |
| | 1ST & 2ND STREET REPAIR | | | Chentha Saway | 16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | | 1 | 1 | | 1 | EACH | 5.00 |
| 6121 | DIGITAL PROCESSING | | 5 | 1 | | 5 | EACH | 5.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | | 5 | 1 | 24X36 | 30 | SF | 4.80 |
| 1601 | PPC BOND | | 5 | 6 | 24X36 | 180 | SF | 28.80 |
| 1624 | LARGE FORMAT STAPLE | | 7 | 1 | | 7 | EACH | 6.30 |
| 1621.2 | LARGE FORMAT SET FOLDING | | 7 | 1 | 24X36 | 42 | SF | 21.00 |
| 1900 | B & W XEROX 8.5X11 | | 69 | 1 | | 69 | EACH | 6.90 |
| 1917 | XEROX CARD STOCK 8.5X11 | | 1 | 7 | | 7 | EA | 1.85 |
| 1927 | HAND COLLATE | | 3 | 7 | | 21 | EA | 3.15 |
| 1925.3 | XEROX ACETATE 8.5X11 | | 1 | 7 | | 7 | EA | 7.00 |
| 1950.7 | GBC 7/16" | | 1 | 7 | | 7 | EACH | 12.25 |
| ● | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| ●OTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 108.05 | -1.84 | 9.29 | 115.50 | | 115.50 |

Invoices undisputed for 45 days are final.
507654

**TERMS:** Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

Exhibit 14
Page 108 of 1064
LOC4-019558



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 6, 2011                                           **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 119 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 109 of 1064
LOC4-062512

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 119**

1. The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2. The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3. Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4. There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: April 6, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
 Alan Kapanicas, City Manager of the
 City of Beaumont
 Executive Director
 Beaumont Utility Authority

Exhibit 14
Page 110 of 1064

LOC4-062513

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Requisition
No.
119

Comprehensive Public Facility
Financing Program

| | |
|---|---|
| ACCOUNT | 6711674106 |
| DESCRIPTION | Construction Fund - 2001A |

Date April 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 112 | Wastewater Enterprise Projects | 95,667.50 |
| | | **TOTAL** | **$95,667.50** |

CITY APPROVALS:

[✓] Finance Director     _Lynne Cleytor_    Date 4-7-11

[✓] City Manager     _[signature]_    Date 4/7/11

Exhibit 14
Page 111 of 1064
LOC4-062514

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 112

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $95,667.50 | 2011-125 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $95,667.50 | |

Project Manager _____     Date 4-27-11

Exhibit 14
Page 112 of 1064
LOC4-062515

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

## CERTIFICATE SUMMARY

### Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | ACTIVITY | | | | | |
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| TOTAL | $577,119.95 | $364,858.50 | $1,645,451.80 | $166,346.41 | $0.00 | $0.00 | $0.00 | $2,753,776.66 |
| Budget: | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining: | $1,776,059.05 | $247,641.50 | $127,613.20 | $190,153.59 | | | | $2,341,467.34 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062516

Exhibit 14
Page 113 of 1064

Page 1 of 1

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-125** |
| INVOICE DATE | **04/06/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA 92223**
      **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 1, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 136.5 | Hours @ | $195 | 26,617.50 |
| Sr. Asso./Eng.: | 225 | Hours @ | $170 | 38,250.00 |
| Const. Manager: | 1 | Hours @ | $150 | 150.00 |
| Sr. Planner: | 36 | Hours @ | $130 | 4,680.00 |
| Associate Eng.: | 20 | Hours @ | $125 | 2,500.00 |
| Staff Engineer: | 60.5 | Hours @ | $110 | 6,655.00 |
| Technician: | 14 | Hours @ | $90 | 1,260.00 |
| Office Mgr.: | 17 | Hours @ | $90 | 1,530.00 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 39 | Hours @ | $195 | 7,605.00 |
| Sr. Planner: | 5 | Hours @ | $130 | 650.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Sr. Asso./Eng.: | 1.5 | Hours @ | $170 | 255.00 |
| Const. Manager: | 2 | Hours @ | $150 | 300.00 |
| Sr. Planner: | 5.5 | Hours @ | $130 | 715.00 |
| Office Mgr.: | 15 | Hours @ | $90 | 1,350.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$95,667.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 114 of 1064
LOC4-062517



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

May 4, 2011                                     VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 12 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 115 of 1064
LOC4-070387

**CONSTRUCTION FUND**

**REQUISITION NO. 12**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date: May 4, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 116 of 1064
LOC4-070388

Exhibit A

| Requisition No. 12 | CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2006B |
|---|---|

Comprehensive Public Facility Financing Program

Date  May 3, 2011

ACCOUNT         Construction Fund
DESCRIPTION    Acct. #6711797905

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 8 | Joint & Critical Facilities Engineering | 341,675.88 |
| | | **TOTAL** | **$341,675.88** |

CITY APPROVALS.

☑  Finance Director   _Lurk Grwa_    Date _5-14-11_

☑  City Manager    _[signature]_    Date _5/10/11_

Exhibit 14
Page 117 of 1064
LOC4-070389

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

**CONTRACTOR CERTIFICATE**

Certificate No.        8
Contract Amount     $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $341,675.88 | 2011-133 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$341,675.88** | |

Project Manager _____      Date 5-4-11

Exhibit 14
Page 118 of 1064
LOC4-070390

LOC4-070391

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 8B Engineering | ACTIVITY | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | $75,000.00 |
| 2 | $6,840.00 | | | | | | $6,840.00 |
| 3 | $6,210.00 | | | | | | $6,210.00 |
| 4 | $6,270.00 | | | | | | $6,270.00 |
| 5 | $6,510.00 | | | | | | $6,510.00 |
| 6 | $4,345.00 | | | | | | $4,345.00 |
| 7 | $7,690.00 | | | | | | $7,690.00 |
| 8 | $341,675.88 | | | | | | $341,675.88 |
| | | | | | | | |
| | | | | | | | |
| TOTAL | $454,540.88 | | | | | | $454,540.88 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount  $999,914.00

CFD 93-1, Series 2006B

Exhibit 14
Page 119 of 1064

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-133** |
| INVOICE DATE | **05/03/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through April 29, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 225 | Hours @ | $195.00 | 43,875.00 |
| Project Manager/Engineer: | 438.25 | Hours @ | $170.00 | 74,502.50 |
| Surveyor: | 453.75 | Hours @ | $150.00 | 68,062.50 |
| 1-Man Survey Crew: | 13.5 | Hours @ | $160.00 | 2,160.00 |
| 2-Man Survey Crew: | 59 | Hours @ | $210.00 | 12,390.00 |
| 2-Man Survey Crew-Prev. Wage: | 57.5 | Hours @ | $257.25 | 14,791.88 |
| 1-Man Survey Crew-Prev. Wage: | 13 | Hours @ | $157.50 | 2,047.50 |
| Staff Engineer: | 312 | Hours @ | $110.00 | 34,320.00 |
| Const. Manager: | 78 | Hours @ | $150.00 | 11,700.00 |
| Sr. Planner: | 111 | Hours @ | $130.00 | 14,430.00 |
| Inspector: | 213 | Hours @ | $100.00 | 21,300.00 |
| Inspector-Prev. Wage: | 120 | Hours @ | $136.50 | 16,380.00 |
| Soils Tech.: | 62 | Hours @ | $100.00 | 6,200.00 |
| Soils Tech.-Prev. Wage: | 29 | Hours @ | $136.50 | 3,958.50 |
| Office Manager: | 58 | Hours @ | $90.00 | 5,220.00 |
| Exec. Secretary: | 142.5 | Hours @ | $60.00 | 8,550.00 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 3576 | miles @ | $0.500 | $1,788.00 |

| | |
|---|---|
| **Total Amount Due:** | **$341,675.88** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 120 of 1064
LOC4-070392



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

May 4, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 120 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 121 of 1064
LOC4-062505

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 120**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  May 4, 2011

BEAUMONT UTILITY AUTHORITY

By:

Alan Kapanicas, City Manager of the
City of Beaumont
   Executive Director
   Beaumont Utility Authority

Exhibit 14
Page 122 of 1064
LOC4-062506

Schedule I

### CITY OF BEAUMONT
### PAYMENT CERTIFICATE

**Comprehensive Public Facility**
**Financing Program**

| Requisition<br>No.<br>120 |
|---|

ACCOUNT          6711674106
DESCRIPTION     Construction Fund – 2001A

Date  May 4, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor<br>Certificate<br>No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 113 | Wastewater Enterprise Projects | 65,877.50 |
| **TOTAL** | | | **$65,877.50** |

CITY APPROVALS:

☑  Finance Director

☑  City Manager

Date  5-10-11

Date  5/10/11

Exhibit 14
Page 123 of 1064
LOC4-062507

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No.                113

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $65,877.50 | 2011-134 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$65,877.50** | |

Project Manager _____     Date  5-4-11

Exhibit 14
Page 124 of 1064
LOC4-062508

LOC4-062509

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bml. Mesa Sewer LS. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| | | | | | | | | |
| TOTAL | $633,767.45 | $364,858.50 | $1,652,216.80 | $168,811.41 | $0.00 | $0.00 | $0.00 | $2,819,654.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,719,411.55 | $247,641.50 | $120,848.20 | $187,688.59 | | | | $2,275,589.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

Exhibit 14
Page 125 of 1064

*Page 1 of 1*

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-134** |
| INVOICE DATE | **05/03/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 29, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---|
| Principal: | 94 | Hours @ | $195 | 18,330.00 |
| Sr. Asso./Eng.: | 181 | Hours @ | $170 | 30,770.00 |
| Const. Manager: | 4 | Hours @ | $150 | 600.00 |
| Sr. Planner: | 16.5 | Hours @ | $130 | 2,145.00 |
| Surveyor: | 17.75 | Hours @ | $150 | 2,662.50 |
| Staff Engineer: | 8 | Hours @ | $110 | 880.00 |
| Office Mgr.: | 14 | Hours @ | $90 | 1,260.00 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---|
| Principal: | 31 | Hours @ | $195 | 6,045.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---|
| Principal: | 2 | Hours @ | $195 | 390.00 |
| Sr. Asso./Eng.: | 5 | Hours @ | $170 | 850.00 |
| Sr. Planner: | 2.5 | Hours @ | $130 | 325.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |

**Total Amount Due:**    **$65,877.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 126 of 1064
LOC4-062510



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2011                                                         **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 13 Construction Fund, City of Beaumont Community Facilities
        District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

**HM** | HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 127 of 1064
LOC4-070379

**CONSTRUCTION FUND**

**REQUISITION NO. 13**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

      1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

      2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

      3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

      4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

      5.    Payment shall be made from the Construction Fund.

Date:  June 1, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 128 of 1064
LOC4-070380

Exhibit A

CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2006B

| Requisition No. 13 |
|---|

Comprehensive Public Facility
Financing Program

Date  June 1, 2011

ACCOUNT         Acct. #6711797905
DESCRIPTION     Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 9 | Joint & Critical Facilities Engineering | 311,987.92 |
| | | **TOTAL** | **$311,987.92** |

CITY APPROVALS:

☑  Finance Director          Date 6-2-11

☑  City Manager             Date 6-2-11

Exhibit 14
Page 129 of 1064
LOC4-070381

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

**CONTRACTOR CERTIFICATE**

Certificate No.                                     9
Contract Amount            $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $311,987.92 | 2011-141 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$311,987.92** | |

Project Manager _____            Date 6-2-11

Exhibit 14
Page 130 of 1064
LOC4-070382

LOC4-070383

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | IA No. 8B Engineering | | | | |
| 1 | $75,000.00 | | | | $75,000.00 |
| 2 | $6,840.00 | | | | $6,840.00 |
| 3 | $6,210.00 | | | | $6,210.00 |
| 4 | $6,270.00 | | | | $6,270.00 |
| 5 | $6,510.00 | | | | $6,510.00 |
| 6 | $4,345.00 | | | | $4,345.00 |
| 7 | $7,690.00 | | | | $7,690.00 |
| 8 | $341,675.88 | | | | $341,675.88 |
| 9 | $311,987.92 | | | | $311,987.92 |
| | | | | | |
| TOTAL | $766,528.80 | | | | $766,528.80 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $999,914.00

CFD 93-1, Series 2006B

Exhibit 14
Page 131 of 1064

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-141** |
| INVOICE DATE | **06/01/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through May 27, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 225 | Hours @ | $195.00 | 43,875.00 |
| Project Manager/Engineer: | 374 | Hours @ | $170.00 | 63,580.00 |
| Surveyor: | 400.75 | Hours @ | $150.00 | 60,112.50 |
| 1-Man Survey Crew: | 67.5 | Hours @ | $160.00 | 10,800.00 |
| 2-Man Survey Crew: | 26.5 | Hours @ | $210.00 | 5,565.00 |
| 2-Man Survey Crew-Prev. Wage: | 15 | Hours @ | $257.25 | 3,858.75 |
| Staff Engineer: | 154 | Hours @ | $110.00 | 16,940.00 |
| Const. Manager: | 86 | Hours @ | $150.00 | 12,900.00 |
| Sr. Planner: | 104 | Hours @ | $130.00 | 13,520.00 |
| Sr. Designer II: | 46 | Hours @ | $130.00 | 5,980.00 |
| Inspector: | 310 | Hours @ | $100.00 | 31,000.00 |
| Inspector-Prev. Wage: | 128 | Hours @ | $136.50 | 17,472.00 |
| Soils Tech.: | 44 | Hours @ | $100.00 | 4,400.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $136.50 | 6,142.50 |
| Office Manager: | 65 | Hours @ | $90.00 | 5,850.00 |
| Exec. Secretary: | 87 | Hours @ | $60.00 | 5,220.00 |
| CAL 216 - Relative Compaction | 3 | tests @ | $180 | $540.00 |
| CAL 521 - Concrete Cylinders | 18 | tests @ | $30 | $540.00 |
| CAL 231 - Use of Nuclear Gauges | 19 | days @ | $32 | $608.00 |
| | ARC- | | $125.93 + 15% | 144.82 |
| | Inland Valley Sladden- | | $589.00 + 15% | 677.35 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4524 | miles @ | $0.500 | $2,262.00 |

| | |
|---|---|
| **Total Amount Due:** | **$311,987.92** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 132 of 1064
LOC4-070384

**Inland Valley Sladden, Inc.**

ba Sladden Engineering
450 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

**Invoice**

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 28745 |

| BILL TO |
|---------|
| **Urban Logic Consultants, Inc.**<br>**43517 Ridge Park Drive, Suit 200**<br>**Temecula, CA 92590** |

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-07044 | Brookside/Noble Creek |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| 20-6 | 2 | Hrs. Technician Services, Sample Pickup 4-14-11 | 72.00 | 144.00 |
| 10-01 Lab -01 | 1 | Max Density/Opt Moist (Method A) | 140.00 | 140.00 |
| 10-05 Lab -05 | 1 | Gradation (W/ 200 Wash) Sieve Analysis | 105.00 | 105.00 |
| 10-12 Lab -12 | 1 | Direct Shear Test | 200.00 | 200.00 |
| | | | **Total** | **$589.00** |

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent per month will be charged on the unpaid balance after 30 days.

Exhibit 14
Page 133 of 1064
LOC4-070385

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
ne: (949)660-1150

| | |
|---|---|
| **INVOICE NO.** | **6069145** |
| **INVOICE DATE** | **05/27/11** |
| **WORK ORDER#** | **f1371061** |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
ATTN: CAROLYN
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

**DUE: 05/27/11 at 10:55AM**

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| CAROLYN /URBAN LOGIC GROUP | (951) 676-1944 | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | SAN TIMOTEO BIKE LANE | | Ashley Wilson | 16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2501 | COLOR COPIES 11X17 | 6 | 12 | | 72 | EACH | 108.00 |
| 1945 | BINDERY STAPLE | 1 | 12 | | 12 | EA | 1.80 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | 6.00 |
| | TEMECULA | | | | | | |
| | | | | | | | |
| | SOUTHERN CALIFORNIA LOCATIONS WILL BE | | | | | | |
| | CLOSED SATURDAY MAY 28TH AND ALL | | | | | | |
| | LOCATIONS WILL BE CLOSED MONDAY MAY | | | | | | |
| | 30TH IN OBSERVANCE OF THE MEMORIAL DAY | | | | | | |
| | HOLIDAY | | | | | | |

| JOB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 115.80 | | 10.13 | 125.93 | | 125.93 |

Invoices undisputed for 45 days are final.
545891

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626
NT

Exhibit 14
Page 134 of 1064

LOC4-070386



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:**     **Requisition No. 121 Improvement Fund, Beaumont Utility Authority Variable Rate**
            **Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 135 of 1064
LOC4-062498

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 121**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: June 1, 2011

BEAUMONT UTILITY AUTHORITY

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 136 of 1064
LOC4-062499

Schedule I

| Requisition No. 121 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

ACCOUNT        6711674106
DESCRIPTION    Construction Fund – 2001A

Date  June 1, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #242000044C* | 114 | Wastewater Enterprise Projects | 71,320.00 |
| **TOTAL** | | | **$71,320.00** |

CITY APPROVALS.

☑ Finance Director          Date  6-2-11

☑ City Manager              Date  6-2-11

Exhibit 14
Page 137 of 1064
LOC4-062500

City of Beaumont
Comprehensive Public Facilities
Financing Program

CONTRACTOR CERTIFICATE

Certificate No. _____ 114

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $71,320.00 | 2011-142 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $71,320.00 | |

Project Manager _____   Date  6-2-11

Exhibit 14
Page 138 of 1064

LOC4-062501

LOC4-062502

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| | | | | | | | | |
| TOTAL | $699,757.45 | $364,858.50 | $1,656,446.80 | $169,911.41 | $0.00 | $0.00 | $0.00 | $2,890,974.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,653,421.55 | $247,641.50 | $116,618.20 | $186,588.59 | | | | $2,204,269.84 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

Exhibit 14
Page 139 of 1064

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-142** |
| INVOICE DATE | **06/01/11** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through May 27, 2011**

WWTP Expansion & Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 63 | Hours @ | $195 | 12,285.00 |
| Sr. Asso./Eng.: | 203 | Hours @ | $170 | 34,510.00 |
| Const. Manager: | 4 | Hours @ | $150 | 600.00 |
| Sr. Planner: | 20.5 | Hours @ | $130 | 2,665.00 |
| Surveyor: | 29 | Hours @ | $150 | 4,350.00 |
| Staff Engineer: | 49.5 | Hours @ | $110 | 5,445.00 |
| Inspector: | 9 | Hours @ | $100 | 900.00 |
| Office Mgr.: | 15.5 | Hours @ | $90 | 1,395.00 |
| Exec. Secretary: | 64 | Hours @ | $60 | 3,840.00 |

Beaumont Mesa Lift Station

| | | | | |
|---|---|---|---|---|
| Principal: | 18 | Hours @ | $195 | 3,510.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

San Timoteo Monitoring Wells

| | | | | |
|---|---|---|---|---|
| Staff Engineer: | 1 | Hours @ | $110 | 110.00 |
| Office Mgr.: | 11 | Hours @ | $90 | 990.00 |

**Total Amount Due:** **$71,320.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 140 of 1064
LOC4-062503



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

July 6, 2011                                        **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:    Requisition No. 14 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

**HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS**

Exhibit 14
Page 141 of 1064
LOC4-070373

**CONSTRUCTION FUND**

**REQUISITION NO. 14**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: July 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 142 of 1064

LOC4-070374

Exhibit A

| Requisition No. 14 |
| --- |

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2006B**

Comprehensive Public Facility
Financing Program

Date  July 6, 2011

ACCOUNT      Acct. #6711797905
DESCRIPTION   Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 10 | Joint & Critical Facilities Engineering | 308,547.88 |
| | | **TOTAL** | **$308,547.88** |

CITY APPROVALS.

☑  **Finance Director**        *Luye Crlwal*                Date  7-7-11

☑  **City Manager**                                       Date  7-7-11

Exhibit 14
Page 143 of 1064

LOC4-070375

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

### CONTRACTOR CERTIFICATE

Certificate No.            10
Contract Amount     $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $308,547.88 | 2011-149 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$308,547.88** | |

Project Manager _____     Date  7-7-11

Exhibit 14
Page 144 of 1064
LOC4-070376

LOC4-070377

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 8B Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|
| 1 | $75,000.00 | | $75,000.00 |
| 2 | $6,840.00 | | $6,840.00 |
| 3 | $6,210.00 | | $6,210.00 |
| 4 | $6,270.00 | | $6,270.00 |
| 5 | $6,510.00 | | $6,510.00 |
| 6 | $4,345.00 | | $4,345.00 |
| 7 | $7,690.00 | | $7,690.00 |
| 8 | $341,675.88 | | $341,675.88 |
| 9 | $311,987.92 | | $311,987.92 |
| 10 | $308,547.88 | | $308,547.88 |
| TOTAL | $1,075,076.68 | | $1,075,076.68 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $999,914.00 + Int. Earnings of $75,162.68

CFD 93-1, Series 2006B

Exhibit 14
Page 145 of 1064

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-149** |
| INVOICE DATE | **07/06/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 1, 2011**

Joint & Critical Facilities

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 287.5 | Hours @ | $195.00 | 56,062.50 |
| Project Manager/Engineer: | 447.5 | Hours @ | $170.00 | 76,075.00 |
| Surveyor: | 267.5 | Hours @ | $150.00 | 40,125.00 |
| 1-Man Survey Crew: | 18 | Hours @ | $160.00 | 2,880.00 |
| 2-Man Survey Crew: | 38.5 | Hours @ | $210.00 | 8,085.00 |
| 1-Man Survey Crew-Prev. Wage: | 6 | Hours @ | $157.50 | 945.00 |
| 2-Man Survey Crew-Prev. Wage: | 11.5 | Hours @ | $257.25 | 2,958.38 |
| Staff Engineer: | 118 | Hours @ | $110.00 | 12,980.00 |
| Const. Manager: | 100 | Hours @ | $150.00 | 15,000.00 |
| Sr. Planner: | 64 | Hours @ | $130.00 | 8,320.00 |
| Inspector: | 333 | Hours @ | $100.00 | 33,300.00 |
| Inspector-Prev. Wage: | 131 | Hours @ | $136.50 | 17,881.50 |
| Soils Tech.: | 101 | Hours @ | $100.00 | 10,100.00 |
| Soils Tech.-Prev. Wage: | 67 | Hours @ | $136.50 | 9,145.50 |
| Plan Checker: | 60.5 | Hours @ | $100.00 | 6,050.00 |
| Office Manager: | 73 | Hours @ | $90.00 | 6,570.00 |
| Exec. Secretary: | 34.5 | Hours @ | $60.00 | 2,070.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$308,547.88** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 146 of 1064
LOC4-070378



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

July 6, 2011                                         VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:  **Requisition No. 122 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A. Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 147 of 1064
LOC4-062491

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

(Issue Date: August 1, 2001)

**Requisition of the Authority**
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)

**REQUISITION NO. 122**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  July 6, 2011

                                    BEAUMONT UTILITY AUTHORITY

                                    By:
                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Executive Director
                                        Beaumont Utility Authority

Exhibit 14
Page 148 of 1064

LOC4-062492

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| | | | |
|---|---|---|---|
| | **ACCOUNT** | 6711674106 | |
| | **DESCRIPTION** | Construction Fund – 2001A | |

Requisition
No.
122

Date   July 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 115 | Wastewater Enterprise Projects | 98,928.00 |
| | **TOTAL** | | **$98,928.00** |

**CITY APPROVALS.**

☑  Finance Director                Date  7-7-11

☑  City Manager                    Date  7 - 7 - 11

Exhibit 14
Page 149 of 1064

LOC4-062493

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 115

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $98,928.00 | 2011-151 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $98,928.00 | |

Project Manager _____     Date 7-7-11

Exhibit 14
Page 150 of 1064
LOC4-062494

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | ACTIVITY | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $36,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| TOTAL | $785,697.45 | $365,638.50 | $1,662,164.80 | $176,401.41 | $0.00 | $0.00 | $0.00 | $2,989,902.16 |
| Budget. | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,567,481.55 | $246,861.50 | $110,900.20 | $180,098.59 | | | | $2,105,341.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062495

Exhibit 14
Page 151 of 1064

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-151** |
| INVOICE DATE | **07/06/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through July 1, 2011**

| WWTP Expansion & Upgrades | | | | |
|---|---|---|---|---|
| Principal: | 129 | Hours @ | $195.00 | 25,155.00 |
| Sr. Asso./Eng.: | 238 | Hours @ | $170.00 | 40,460.00 |
| Const. Manager: | 1 | Hours @ | $150.00 | 150.00 |
| Sr. Planner: | 25.5 | Hours @ | $130.00 | 3,315.00 |
| Surveyor: | 6 | Hours @ | $150.00 | 900.00 |
| Staff Engineer: | 36 | Hours @ | $110.00 | 3,960.00 |
| Inspector: | 8 | Hours @ | $100.00 | 800.00 |
| Plan Checker: | 19 | Hours @ | $100.00 | 1,900.00 |
| Office Mgr.: | 16 | Hours @ | $90.00 | 1,440.00 |
| Exec. Secretary: | 131 | Hours @ | $60.00 | 7,860.00 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 9 | Hours @ | $195.00 | 1,755.00 |
| Surveyor: | 8.5 | Hours @ | $150.00 | 1,275.00 |
| 2-Man Survey Crew (Prev. Wage | 8 | Hours @ | $257.25 | 2,058.00 |
| Office Mgr.: | 7 | Hours @ | $90.00 | 630.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 13 | Hours @ | $195.00 | 2,535.00 |
| Sr. Asso./Eng.: | 15.5 | Hours @ | $170.00 | 2,635.00 |
| Const. Manager: | 4 | Hours @ | $150.00 | 600.00 |
| Office Mgr.: | 8 | Hours @ | $90.00 | 720.00 |
| **North Sewer Rehab. Ph. IV** | | | | |
| Principal: | 4 | Hours @ | $195.00 | 780.00 |

| | |
|---|---|
| ...unt Due: | **$98,928.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 152 of 1064
LOC4-062496



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

July 6, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 5 Construction Fund, City of Beaumont Community Facilities District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 153 of 1064

UFIRIVDA0091092

**CONSTRUCTION FUND**

**REQUISITION NO. 5**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.  Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.  Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Administration Fund.

3.  None of the items for which payment is requested has been previously paid or reimbursed from the Administration Fund.

4.  The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.  Payment shall be made from the Administration Fund.

Date: July 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 154 of 1064

UFIRIVDA0091093

**Exhibit A**

| Requisition No. 5 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date   July 6, 2011

ACCOUNT   **Construction Fund**
DESCRIPTION   Acct. #6711832105

*The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.*

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #242000044C* | 2 | Jt. & Critical Facilities Engineering | $4,162.00 |
| | | **TOTAL** | **$34,162.00** |

**CITY APPROVALS.**

☑  Finance Director _____   Date  7-7-11

☑  City Manager _____   Date  7-7-11

Exhibit 14
Page 155 of 1064

UFIRIVDA0091094

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

### CONTRACTOR CERTIFICATE

Certificate No.      **2**
Contract Amount    **$670,705.00**

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $34,162.00 | 2011-150 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$34,162.00** | |

Project Manager _____     Date 2-7-11

Exhibit 14
Page 156 of 1064

UFIRIVDA0091095

# City of Beaumont
## Comprehensive Public Facilities Financing Program

### CERTIFICATE SUMMARY

CFD 93-1, Series 2007E

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| 1 | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| TOTAL | $50,000.00 | $34,162.00 | $0.00 | $84,162.00 |

Contractor Urban Logic Consultants, Inc.

Contract Amount $670,705.00

Exhibit 14
Page 157 of 1064

UFIRIVDA0091096

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-150** |
| **INVOICE DATE** | **07/06/11** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA 92223**
   **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through July 1, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 38 | Hours @ | $195.00 | 7,410.00 |
| Project Manager/Engineer: | 51 | Hours @ | $170.00 | 8,670.00 |
| Surveyor: | 1 | Hours @ | $150.00 | 150.00 |
| Staff Engineer: | 119 | Hours @ | $110.00 | 13,090.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Inspector: | 4 | Hours @ | $100.00 | 400.00 |
| Inspector-Prev. Wage: | 4 | Hours @ | $136.50 | 546.00 |
| Inland Valley Sladden- | | | $150.00 + 15% | 172.50 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 5347 | miles @ | $0.500 | $2,673.50 |

| | |
|---|---|
| **Total Amount Due:** | **$34,162.00** |

**ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.**

Exhibit 14
Page 158 of 1064

UFIRIVDA0091097

# Inland Valley Sladden, Inc.

tba Sladden Engineering
450 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 28879 |

**BILL TO**

Urban Logic Consultants, Inc.
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-11008 | Brookside/Noble |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| Reports | | Senior Engineer Report Review and Preparation, Culvert Design Review and Response, Engineer Certified Report No. 11-05-006 | 150.00 | 150.00 |
| | | **Total** | | **$150.00** |

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent per month will be charged on the unpaid balance after 30 days.

Exhibit 14
Page 159 of 1064

UFIRIVDA0091098



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

August 8, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:     Requisition No. 123 Improvement Fund, Beaumont Utility Authority Variable Rate
         Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 160 of 1064
LOC4-062484

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001 SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 123**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  August 8, 2011

BEAUMONT UTILITY AUTHORITY

By
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 161 of 1064

LOC4-062485

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| | Requisition No. 123 |
|---|---|

| | |
|---|---|
| ACCOUNT | 6711674106 |
| DESCRIPTION | Construction Fund – 2001A |

Date   August 8, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants | 116 | Wastewater Enterprise Projects | 85,985.00 |
| *Credit Union Bank of California* | | | |
| *Account #2420000446* | | | |
| | | | |
| | | | |
| | **TOTAL** | | **$85,985.00** |

CITY APPROVALS.

[✓]  Finance Director        Date  8-9-11

[✓]  City Manager           Date  8/10/11

Exhibit 14
Page 162 of 1064
LOC4-062486

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 116

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $85,985.00 | 2011-159 |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $85,985.00 | |

Project Manager _____   Date _8·11-11_

Exhibit 14
Page 163 of 1064
LOC4-062487

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer LS | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $3,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| TOTAL | $862,052.45 | $368,173.50 | $1,663,109.80 | $182,551.41 | $0.00 | $0.00 | $0.00 | $3,075,887.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,491,126.55 | $244,326.50 | $109,955.20 | $173,948.59 | | | | $2,019,356.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062488

Exhibit 14
Page 164 of 1064

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
|---|
| **2011-159** |
| **INVOICE DATE** |
| **08/05/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through July 29, 2011**

| | | | | |
|---|---|---|---|---|
| **WWTP Expansion & Upgrades** | | | | |
| Principal: | 70 | Hours @ | $195.00 | 13,650.00 |
| Sr. Asso./Eng.: | 277 | Hours @ | $170.00 | 47,090.00 |
| Sr. Planner: | 43 | Hours @ | $130.00 | 5,590.00 |
| Staff Engineer: | 68.5 | Hours @ | $110.00 | 7,535.00 |
| Office Mgr.: | 7 | Hours @ | $90.00 | 630.00 |
| Exec. Secretary: | 31 | Hours @ | $60.00 | 1,860.00 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 3 | Hours @ | $195.00 | 585.00 |
| Office Mgr.: | 4 | Hours @ | $90.00 | 360.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 6 | Hours @ | $195.00 | 1,170.00 |
| Sr. Asso./Eng.: | 24 | Hours @ | $170.00 | 4,080.00 |
| Const. Manager: | 3 | Hours @ | $150.00 | 450.00 |
| Office Mgr.: | 5 | Hours @ | $90.00 | 450.00 |
| **North Sewer Rehab. Ph. IV** | | | | |
| Surveyor: | 1.5 | Hours @ | $150.00 | 225.00 |
| 2-Man Survey Crew: | 11 | Hours @ | $210.00 | 2,310.00 |

Amount Due:                                    $85,985.00

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 165 of 1064
LOC4-062489



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

August 8, 2011                                                   **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 6 Construction Fund, City of Beaumont Community Facilities District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 166 of 1064

UFIRIVDA0091099

**CONSTRUCTION FUND**

**REQUISITION NO. 6**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.        Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.        Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Administration Fund.

3.        None of the items for which payment is requested has been previously paid or reimbursed from the Administration Fund.

4.        The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.        Payment shall be made from the Administration Fund.

Date: August 8, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 167 of 1064

Exhibit A

<table>
<tr><td>Requisition<br>No.<br>6</td></tr>
</table>

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date   August 8, 2011

ACCOUNT        Construction Fund
DESCRIPTION    Acct. #6711832105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|----------------------------|-------------|--------|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000446* | 3 | Jt. & Critical Facilities<br>Engineering | 223,090.47 |
| | | **TOTAL** | **$223,090.47** |

**CITY APPROVALS,**

☑ Finance Director     Date  8-9-11

☑ City Manager         Date  8/10/11

Exhibit 14
Page 168 of 1064

UFIRIVDA0091101

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

## CONTRACTOR CERTIFICATE

Certificate No.                          3
Contract Amount          $670,705.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $223,090.47 | 2011-158 |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$223,090.47** | |

Project Manager _____          Date 8-9-11

Exhibit 14
Page 169 of 1064

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

CFD 93-1, Series 2007E

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| 1 | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| 3 | | $223,090.47 | | $223,090.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $50,000.00 | $257,252.47 | $0.00 | $307,252.47 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount  $670,705.00

Exhibit 14
Page 170 of 1064

UFIRIVDA0091103

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-158** |
| INVOICE DATE | **08/05/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 29, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---:|
| Principal: | 210.5 | Hours @ | $195.00 | 41,047.50 |
| Project Manager/Engineer: | 385 | Hours @ | $170.00 | 65,450.00 |
| Surveyor: | 174 | Hours @ | $150.00 | 26,100.00 |
| 1-Man Survey Crew: | 3 | Hours @ | $160.00 | 480.00 |
| 2-Man Survey Crew: | 3 | Hours @ | $210.00 | 630.00 |
| 2-Man Survey Crew-Prev. Wage: | 8 | Hours @ | $257.25 | 2,058.00 |
| Staff Engineer: | 176.5 | Hours @ | $110.00 | 19,415.00 |
| Const. Manager: | 33 | Hours @ | $150.00 | 4,950.00 |
| Sr. Planner: | 49.5 | Hours @ | $130.00 | 6,435.00 |
| Inspector: | 333 | Hours @ | $100.00 | 33,300.00 |
| Inspector-Prev. Wage: | 26 | Hours @ | $136.50 | 3,549.00 |
| Soils Tech.: | 66 | Hours @ | $100.00 | 6,600.00 |
| Soils Tech.-Prev. Wage: | 3 | Hours @ | $136.50 | 409.50 |
| Plan Checker: | 2 | Hours @ | $100.00 | 200.00 |
| Office Manager: | 37 | Hours @ | $90.00 | 3,330.00 |
| Exec. Secretary: | 109 | Hours @ | $60.00 | 6,540.00 |
| Eagle Aerial Imaging- | | $405.63 | + 15% | 466.47 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---:|
| Public Works Dept.: | 4260 | miles @ | $0.500 | $2,130.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$223,090.47** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 171 of 1064

UFIRIVDA0091104

**EAGLE AERIAL IMAGING**
17952 SKY PARK CIRCLE, SUITE B
IRVINE, CA 92614

# Invoice

Customer No.: URB800

Invoice No.: 18537

**Bill To:** Urban Logic Consultants, Inc.
Attn. Ernie Egger
43517 Ridge Park Drive #200
Temecula, CA 92590

**Ship To:** Urban Logic Consultants, Inc.
Attn. Ernie Egger
43517 Ridge Park Drive #200
Temecula, CA 92590

| Date | Customer PO | Terms | | Ship Via |
|---|---|---|---|---|
| 06/22/11 | | Origin | | Net 30 |

| | Date Shipped | | Sales Rep | PO Send Receipt |
|---|---|---|---|---|
| | 06/16/11 | | Bob Groos | 16625 |

| Quantity Ordered | Quantity Shipped | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1 | DMIS | MrSid conversion<br>1' pixel<br>City of Beaumont-'2011<br><br>100 sq. miles<br>includes pgs 689-781<br>per client map crop<br><br>xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx<br><br>**Usage of this image data on**<br>**Beaumont GIS server subject**<br>**to license restrictions**<br><br>**pertaining to public access**<br>**and viewing**<br>*******************************<br>**PLEASE ATTEMPT TO SHIP THIS**<br>**ORDER SAME TIME AS CITY OF** | 350.00 | 350.00 |

|  |  |
|---|---|
| Invoice subtotal | 350.00 |
| Freight charges | 25.00 |
| Sales tax @ 7.750% | 30.63 |
| **Invoice total** | **405.63** |

**Thank You**

Exhibit 14
Page 172 of 1064

UFIRIVDA0091105



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

September 8, 2011

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    **Requisition No. 124 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
**City Manager**

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

AK:lio

Enclosures

Exhibit 14
Page 173 of 1064
LOC4-062475

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 124**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: September 8, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 174 of 1064
LOC4-062476

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

| Requisition
No.
124 |
|---|

**Comprehensive Public Facility
Financing Program**

ACCOUNT    6711674106
DESCRIPTION   Construction Fund – 2001A

Date  September 8, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor
Certificate
No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants
*Credit Union Bank of California
Account #2420000446* | 117 | Wastewater Enterprise Projects | 90,494.50 |
| **TOTAL** | | | **$90,494.50** |

**CITY APPROVALS.**

☑  Finance Director                          Date  9-8-11

☑  City Manager                              Date  9-8-11

Exhibit 14
Page 175 of 1064
LOC4-062477

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No.                117

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $90,494.50 | 2011-167 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $90,494.50 | |

Project Manager _____   Date 9-8-11

Exhibit 14
Page 176 of 1064

LOC4-062478

LOC4-062479

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | $90,494.50 |
| TOTAL | $940,715.45 | $368,173.50 | $1,665,839.80 | $191,652.91 | $0.00 | $0.00 | $3,166,381.66 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | $5,095,244.00 |
| Remaining | $1,412,463.55 | $244,326.50 | $107,225.20 | $164,847.09 | $0.00 | $0.00 | $1,928,862.34 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

Exhibit 14
Page 177 of 1064

*Page 1 of 1*

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | **2011-167** |
| INVOICE DATE | **09/08/11** |
| W.O. DISTRIBUTION | |

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through September 2, 2011**

<u>WWTP Expansion & Upgrades</u>

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 113 | Hours @ | $195.00 | | 22,035.00 |
| Sr. Asso./Eng.: | 208 | Hours @ | $170.00 | | 35,360.00 |
| Sr. Planner: | 68 | Hours @ | $130.00 | | 8,840.00 |
| Staff Engineer: | 110.5 | Hours @ | $110.00 | | 12,155.00 |
| Inspector-Prev. Wage: | 2 | Hours @ | $136.50 | | 273.00 |
| <u>Beaumont Mesa Lift Station</u> | | | | | |
| Principal: | 14 | Hours @ | $195.00 | | 2,730.00 |
| <u>San Timoteo Monitoring Wells</u> | | | | | |
| Principal: | 8 | Hours @ | $195.00 | | 1,560.00 |
| Sr. Asso./Eng.: | 12.5 | Hours @ | $170.00 | | 2,125.00 |
| | Diversified Drilling- | $3,210.00 | + 15% | | 3,691.50 |
| | Diversified Drilling- | $1,500.00 | + 15% | | 1,725.00 |

| | |
|---|---|
| ount Due: | **$90,494.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 178 of 1064
LOC4-062480

# DIVERSIFIED DRILLING

P.O. Box 1366, Santa Clarita, CA 91366
Cell : (661) 618-1804
License # 707742

**INVOICE**

INVOICE NO:

TO: AttN: KISHEN PRATHIVADI
URBAN LOGIC CONSULTANTS, INC.
43517 RIDGE PARK DRIVE, STE 200
TEMECULA, CA 92590
(951) 676-1944
FAX (951) 676-2054

| | DATE | BILLING PERIOD | PAGE NO. | SERVICE(S) |
|---|---|---|---|---|
| | 08-09-11 | 07-11 | 1 OF 1 | WELL MONITORING |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | CHECK WATER LEVELS, 40 WELLS | 75.00 | 3000.00 |
| | MILEAGE COST: 3 DAYS @ 140 MILES/DAY | .50 | 210.00 |
| | SUBTOTAL | | 3210.00 |
| | DEPOSIT | | |
| | TOTAL DUE | | 3210.00 |

_David Wood_     08-09-11
DAVID WOOD        Date

THANK YOU FOR YOUR BUSINESS!

Exhibit 14
Page 179 of 1064
LOC4-062481

O1A

# DIVERSIFIED DRILLING

P.O. Box 1366, Santa Clarita, CA 19386
Cell: (661) 618-1804
License # 707742

## INVOICE

INVOICE NO:

TO: ULC INC.
TEMECULA, CA
(951) 769-0914   FAX

ATT. Kishen Prathivadi

DATE RECEIVED
8-29-11

| SUBMIT BY | DATE | BILLING PERIOD | PAGE NO. | SERVICE(S) |
|---|---|---|---|---|
| | 08-25-11 | | 1 OF 1 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | PERFORMED 48-HR. WELL TEST @ CITY OF BEAUMONT HARTLAND WELL LOCATION. NEAR SAN TIMOTEO | | 1500.00 |

| | | |
|---|---|---|
| SUBTOTAL | 1500.00 |
| DEPOSIT | 0 |
| TOTAL DUE | 1500.00 |

DAVID WOOD    08-25-11
Date

THANK YOU FOR YOUR BUSINESS!

—1—

Exhibit 14
Page 180 of 1064
LOC4-062482



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

September 8, 2011                                    ► **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:**   **Requisition No. 7 Construction Fund, City of Beaumont Community Facilities District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 181 of 1064

UFIRIVDA0091106

**CONSTRUCTION FUND**

**REQUISITION NO. 7**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1  (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date: September 8, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 182 of 1064

UFIRIVDA0091107

**Exhibit A**

Requisition
No.
7

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date  September 8, 2011

ACCOUNT      Acct. #6711832105
DESCRIPTION   Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #242000044C* | 4 | Jt. & Critical Facilities Engineering | 269,566.54 |
| | | **TOTAL** | **$269,566.54** |

**CITY APPROVALS:**

☑ Finance Director                               Date 9-8-11

☑ City Manager                                   Date 9/8/11

Exhibit 14
Page 183 of 1064

UFIRIVDA0091108

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

**CONTRACTOR CERTIFICATE**

Certificate No.                    4
Contract Amount     $670,705.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $269,566.54 | 2011-166 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $269,566.54 | |

Project Manager _____          Date 9-8-11

Exhibit 14
Page 184 of 1064

UFIRIVDA0091109

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| 1 | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| 3 | | $223,090.47 | | $223,090.47 |
| 4 | | $269,566.54 | | $269,566.54 |
| TOTAL | $50,000.00 | $526,819.01 | $0.00 | $576,819.01 |

CFD 93-1, Series 2007E

Contractor  Urban Logic Consultants, Inc.

Contract Amount  $670,705.00

Exhibit 14
Page 185 of 1064

UFIRIVDA0091110

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| INVOICE NO. |
|---|
| **2011-166** |
| INVOICE DATE |
| **09/07/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through September 2, 2011**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 266.5 | Hours @ | $195.00 | 51,967.50 |
| Project Manager/Engineer: | 513 | Hours @ | $170.00 | 87,210.00 |
| Surveyor: | 230.25 | Hours @ | $150.00 | 34,537.50 |
| 1-Man Survey Crew: | 12 | Hours @ | $160.00 | 1,920.00 |
| 2-Man Survey Crew: | 39.5 | Hours @ | $210.00 | 8,295.00 |
| Const. Manager: | 8 | Hours @ | $150.00 | 1,200.00 |
| Staff Engineer: | 200 | Hours @ | $110.00 | 22,000.00 |
| Sr. Planner: | 76.5 | Hours @ | $130.00 | 9,945.00 |
| Inspector: | 279 | Hours @ | $100.00 | 27,900.00 |
| Inspector-Prev. Wage: | 28 | Hours @ | $136.50 | 3,822.00 |
| Soils Tech.: | 60 | Hours @ | $100.00 | 6,000.00 |
| Exec. Secretary: | 158 | Hours @ | $60.00 | 9,480.00 |
| R M Environmental- | | $1,564.50 | + 15% | 1,799.18 |
| ARC- | | $350.07 | + 15% | 402.58 |
| ARC- | | $97.29 | + 15% | 111.88 |
| ARC- | | $240.41 | + 15% | 276.47 |
| DaVinci- | | $21.68 | + 15% | 24.93 |
| DaVinci- | | $59.56 | + 15% | 68.49 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 5212 | miles @ | $0.500 | $2,606.00 |

**Total Amount Due:** **$269,566.54**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 186 of 1064

UFIRIVDA0091111

R M Environmental, Inc.,
Invoice No. 11-095

## TABLE 1 - COST BREAKDOWN
### Asbestos Assessment
### Commercial Building
### 600 Orange Ave., Beaumont, CA
### 08/10/11

| | Units | Rate | Multiplier | Subtotal | Task Total |
|---|---|---|---|---|---|
| **Task 1 - Project Management/Report Preparation** | | | | | |
| Project Geologist | 2.0 | $ 105.00 | n/a | $ 210.00 | |
| Clerical | 1.0 | $ 55.00 | n/a | $ 55.00 | |
| | | | | $ | 265.00 |
| | | | | | |
| **Task 2.0 - Asbestos and Lead Assessment (H2 Environmental)** | | | | | |
| Inspection and Sampling | 1 | $ 350.00 | 1.15 | $ 402.50 | |
| Asbestos Analysis (PLM method) | 42 | $ 15.00 | 1.15 | $ 724.50 | |
| XRF Survey | 1 | $ 100.00 | 1.15 | $ 115.00 | |
| Report of Results | 1 | $ 50.00 | 1.15 | $ 57.50 | |
| | | | | $ | 1,299.50 |

Invoice Total  $   1,564.50

Exhibit 14
Page 187 of 1064

UFIRIVDA0091112

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6147101 |
| INVOICE DATE | 08/29/11 |
| WORK ORDER# | F1371050 |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 08/29/11 at 04:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | | |
|---|---|---|---|---|---|
| LANORA | | | HEIDI SMILDE | | |
| JOB# | JOB NAME | | BILLER | | LOC |
| | BROOKSIDE BRIDGE | | Chantha Saway | | 16 |

| OR CODE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 8 | 24X36 | 702 | SF | | 115.83 |
| 1824 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 8.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 10 | 1 | | 10 | EA | | 2.64 |
| 1912 | XEROX HEAVY PAPER 8.5X11 | 10 | 1 | | 10 | EA | | 1.10 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.11 | GBC 3/4" | 10 | 1 | | 10 | EA | | 26.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

IN OBSERVANCE OF LABOR DAY, ALL OUR
OFFICES WILL BE CLOSED ON MONDAY, SEPT.
5TH.

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 328.79 | -3.90 | 25.18 | 350.07 | | 350.07 |

Invoices undisputed for 45 days are final.
601677

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

PWJ

Exhibit 14
Page 188 of 1064

UFIRIVDA0091113

# ARC™
**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **6120686** |
| INVOICE DATE | **07/27/11** |
| WORK ORDER# | **F1371049** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 07/27/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| LANORA | | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | CITY CAMPUS PH II | | Chantha Saway | 16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | | 1 | 1 | | 1 | EA | 6.00 |
| 6121 | DIGITAL PROCESSING | | 4 | 1 | | 4 | EA | 4.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | | 4 | 1 | 24X36 | 24 | SF | 3.96 |
| 1601 | PPC BOND | | 4 | 4 | 24X36 | 96 | SF | 15.84 |
| 1624 | LARGE FORMAT STAPLE | | 5 | 1 | | 5 | EA | 4.50 |
| 1900 | B & W XEROX 8.5X11 | | 79 | 5 | | 395 | EA | 39.50 |
| 1917 | XEROX CARD STOCK 8.5X11 | | 2 | 5 | | 10 | EA | 2.84 |
| 1927 | HAND COLLATE | | 3 | 5 | | 15 | EA | 2.25 |
| 1950.6 | GBC 1/2" | | 1 | 5 | | 5 | EA | 8.60 |
| 5200 | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 90.29 | | 7.00 | 97.29 | | 97.29 |

Invoices undisputed for 45 days are final.
582686

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

Exhibit 14
Page 189 of 1064

UFIRIVDA0091114

**ARC™**

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **6092413** |
| INVOICE DATE | **06/23/11** |
| WORK ORDER# | **F137048** |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 06/23/11 at 04:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---|---|---|---|---|
| LANORA | | | HEIDI SMILDE | |
| JOB# | JOB NAME CITY OF CAMPUS IMP. PH II | | BILLER Chantha Saway | LOC 16 |

| OP CODE | DESCRIPTION | TL. C.E. | CHRGE | SIZE | TOTAL CHRG | UM | UNIT PRINT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 6.00 |
| 6121 | DIGITAL PROCESSING | 4 | 1 | | 4 | EA | | 4.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 4 | 1 | 24X36 | 24 | SF | | 3.96 |
| 1601 | PPC BOND | 4 | 14 | 24X36 | 336 | SF | | 55.44 |
| 1624 | LARGE FORMAT STAPLE | 15 | 1 | | 15 | EA | | 13.50 |
| 1800 | B & W XEROX 8.5X11 | 79 | 15 | | 1185 | EA | | 118.50 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 15 | | 30 | EA | | 7.92 |
| 1927 | HAND COLLATE | 3 | 15 | | 45 | EA | | 6.75 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |
| | | | | | | | | |
| | ARC SO CAL WILL BE CLOSED SAT. JULY 2ND AND MON. JULY 4TH IN OBSERVANCE OF INDEPENDENCE DAY. | | | | | | | |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 221.07 | | 19.34 | 240.41 | | 240.41 |

Invoices undisputed for 45 days are final.
562541

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

NT

Exhibit 14
Page 190 of 1064

UFIRIVDA0091115

**DaVinci**
PRINTING & BLUEPRINTS

580 N. CALIFORNIA AVE. · BEAUMONT, CA 92223
(951) 769-1788 · FAX: (951) 769-2320 · info@davinciprinting.com

TIME IN: _____   NEED BY: _____

DATE: _____   PO: Conquest _____

WORK ORDER #
R11- 365

BILL TO: _____   ATT: _____   PH: _____

ADDRESS: _____

SHIP TO: _____   ATT: _____   PH: _____

ADDRESS: _____

| ORIGINALS | SIZE | DESCRIPTION | SCAN | BOND | TRANS | COLOR | VELLUM | MYLAR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| QTY | DESCRIPTION | S/F | AMOUNT |
|---|---|---|---|
| | | | 512 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

□ STAPLE   □ SCAN
□ LOOSE   □ BOOK
□ FOLD   □ PLOT
□ TRIM   □ CONVERT
□ FED-EX   □ SIZE
□ RUSH   □ CD
□ P/U DEL   □
□ E-MAIL
□ SPECIAL HANDLING

SUBTOTAL _____
TAX _____
TOTAL _____

SIGNATURE _____

□ PAID   □ CASH   □ CHECK#

Exhibit 14
Page 191 of 1064

UFIRIVDA0091116

**Da Vinci**

PRINTING & BLUEPRINTS

580 N. CALIFORNIA AVE. • BEAUMONT, CA 92223
(951) 769-1788 • FAX: (951) 769-2320 • info@davinciprinting.com

TIME IN: _____   NEED BY: _____   DATE: _____

P.O.: _____

**WORK ORDER #**
**R11- 364**

BILL TO: _____   ATT: _____   PH: _____

ADDRESS: _____

SHIP TO: _____   ATT: _____   PH: _____

ADDRESS: _____

| ORIGINALS | SIZE | DESCRIPTION | SCAN | BOND | AMOUNT | TRANS | COLOR | VELLUM | MYLAR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| QTY | SIZE | DESCRIPTION | S/F | AMOUNT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☑ STAPLE | ☐ SCAN | | | |
| | | | | | ☐ LOOSE | ☐ BOOK | | | |
| | | | | | ☐ FOLD | ☐ PLOT | | | |
| | | | | | ☐ TRIM | ☐ CONVERT | | | |
| | | | | | ☐ FED-EX | ☐ SIZE | | | |
| | | | | | ☐ RUSH | ☐ CD | | | |
| | | | | | ☐ P/U DEL | ☐ | | | |
| | | | | | ☐ E-MAIL | | | | |
| | | | | | ☐ SPECIAL HANDLING | | | | |

SUBTOTAL: 555.40

TAX: A.16

TOTAL: _____

SIGNATURE: _____

☐ PAID   ☐ CASH   ☐ CHECK#: _____

Exhibit 14
Page 192 of 1064

UFIRIVDA0091117



### *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

October 6, 2011                                                          **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 9 Construction Fund, City of Beaumont Community Facilities
            District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
**City Manager**

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 193 of 1064
LOC4-071823

**CONSTRUCTION FUND**

**REQUISITION NO. 9**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  October 6, 2011

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By: _____
                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

Exhibit 14
Page 194 of 1064

LOC4-071824

Exhibit A

**Requisition No. 9**

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

Date October 6, 2011

| | |
|---|---|
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

ACCOUNT    #6711840107
DESCRIPTION    Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 6 | Joint & Critical Facilities<br>Engineering | 122,828.50 |
| | TOTAL | | $122,828.50 |

CITY APPROVALS.

☑ Finance Director

☑ City Manager

Date 10-11-11

Date 10/6/11

*Urban Logic Consultants*

Exhibit 14
Page 195 of 1064
LOC4-071825

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                                6
Contract Amount          $1,211,614.00

| X | 2008 Series A |
|---|---------------|
|   | Sewer Revenue Bond |
|   | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $122,828.50 | 2009-175 |
| | | | |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $122,828.50 | |

Project Manager                                                              Date  10-3-11

Exhibit 14
Page 196 of 1064

LOC4-071826

LOC4-071827

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY WW & Recy'd Water Facilities | ACTIVITY Engineering | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|
| 1 | $150,980.00 | | | | | $150,980.00 |
| 2 | $184,609.50 | | | | | $184,609.50 |
| 3 | $130,120.00 | | | | | $130,120.00 |
| 4 | $63,447.50 | | | | | $63,447.50 |
| 5 | $11,700.00 | | | | | $11,700.00 |
| 6 | | $122,828.50 | | | | $122,828.50 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| TOTAL | $540,857.00 | $122,828.50 | | | | $663,685.50 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

|   | CFD 93-1/2000A |
|---|---|
|   | Sewer Revenue Bond |
| X | 2008 Series A |
|   | Other |

Exhibit 14
Page 197 of 1064

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | **2011-175** |
| INVOICE DATE | **10/06/11** |
| W.O. DISTRIBUTION | |

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through September 30, 2011**

<u>Joint & Critical Facilities</u>

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 51.5 | Hours @ | $195.00 | | 10,042.50 |
| Project Manager/Engineer: | 247.5 | Hours @ | $170.00 | | 42,075.00 |
| Surveyor: | 41 | Hours @ | $150.00 | | 6,150.00 |
| Staff Engineer: | 62.5 | Hours @ | $110.00 | | 6,875.00 |
| Inspector: | 272 | Hours @ | $100.00 | | 27,200.00 |
| Inspector-Prev. Wage: | 14 | Hours @ | $136.50 | | 1,911.00 |
| Soils Tech.: | 136 | Hours @ | $100.00 | | 13,600.00 |
| Office Mgr.: | 20 | Hours @ | $90.00 | | 1,800.00 |
| Exec. Secretary: | 111 | Hours @ | $60.00 | | 6,660.00 |
| CAL 216 - Relative Compaction | 17 | tests @ | $180 | | $3,060.00 |
| CAL 521 - Concrete Cylinders | 4 | tests @ | $30 | | $120.00 |
| CAL 231 - Use of Nuclear Gauges | 40 | days @ | $32 | | $1,280.00 |
| Mileage: | | | | | |
| Public Works Dept. | 4110 | miles @ | $0.500 | | $2,055.00 |

| | |
|---|---|
| **Total Amount Due:** | **$122,828.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 198 of 1064
LOC4-071828



### *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont,ca.us*

October 6, 2011                                                          **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 125 Improvement Fund, Beaumont Utility Authority Variable Rate
          Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 199 of 1064
LOC4-062464

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 125**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: October 6, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 200 of 1064
LOC4-062465

Schedule I

| Requisition No. 125 | |
|---|---|

**CITY OF BEAUMONT PAYMENT CERTIFICATE**

**Comprehensive Public Facility Financing Program**

| ACCOUNT DESCRIPTION | 6711674106 Construction Fund – 2001A |
|---|---|

Date   October 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California Account #2420000446* | 118 | Wastewater Enterprise Projects | 120,305.55 |
| TOTAL | | | $120,305.55 |

CITY APPROVALS.

☐ Finance Director _____ Date 10-11-11

☑ City Manager _____ Date 10/6/11

Exhibit 14
Page 201 of 1064
LOC4-062466

City of Beaumont
Comprehensive Public Facilities
Financing Program

CONTRACTOR CERTIFICATE

Certificate No. _____ 118

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $120,305.55 | 2011-176 |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $120,305.55 | |

Project Manager _____          Date ⟨D - 5-11

Exhibit 14
Page 202 of 1064
LOC4-062467

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,247.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| TOTAL | $1,045,120.51 | $368,173.50 | $1,668,569.80 | $204,823.41 | $0.00 | $0.00 | $0.00 | $3,286,687.22 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,308,058.49 | $244,326.50 | $104,495.20 | $151,676.59 | | | | $1,808,556.78 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062468

Exhibit 14
Page 203 of 1064

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn: Alan Kapanicas, City Manager**

|  | Page 1 of 1 |
|---|---|
| INVOICE NO. | **2011-176** |
| INVOICE DATE | **10/06/11** |
| W.O. DISTRIBUTION | |

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through September 30, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|--:|
| Principal: | 128 | Hours @ | $195.00 | 24,960.00 |
| Sr. Asso./Eng.: | 256 | Hours @ | $170.00 | 43,520.00 |
| Sr. Planner: | 81 | Hours @ | $130.00 | 10,530.00 |
| Staff Engineer: | 125 | Hours @ | $110.00 | 13,750.00 |
| Inspector-Prev. Wage: | 24 | Hours @ | $136.50 | 3,276.00 |
| Office Mgr.: | 88 | Hours @ | $90.00 | 7,920.00 |
| | ARC- | $73.71 | + 15% | 84.77 |
| | ARC- | $316.77 | + 15% | 364.29 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|--:|
| Principal: | 14 | Hours @ | $195.00 | 2,730.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|--:|
| Principal: | 7 | Hours @ | $195.00 | 1,365.00 |
| Sr. Asso./Eng.: | 25 | Hours @ | $170.00 | 4,250.00 |
| | Diversified Drilling- | $3,285.00 | + 15% | 3,777.75 |
| | Diversified Drilling- | $3,285.00 | + 15% | 3,777.75 |

**...unt Due:**      **$120,305.55**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 204 of 1064

LOC4-062469

09/26/2011  20:04    9518458944          STAPLES
Page 1 of 1

# INVOICE

DIVERSIFIED DRILLING
P.O. Box 1366
Santa Clarita, CA 91386-1366
Contact no.: 661-618-1804
License no.: 707742

URBAN LOGIC CONSULTANTS, INC.
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| Invoice # | 1003 |
|---|---|
| Invoice Date | 08/29/2011 |
| Due Date | 10/28/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @  140/day | 0.50 | 420.00 | 210.00 |

| | |
|---|---|
| Subtotal | 3,285.00 |
| Total | 3,285.00 |
| Amount Paid | 0.00 |
| Balance Due | $3,285.00 |

9/27/2011

Exhibit 14
Page 205 of 1064

LOC4-062470

09/26/2011  20:04   9518458944          STAPLES                    PAGE  03/03

# INVOICE

DIVERSIFIED DRILLING
P.O. Box 1366
Santa Clarita, CA 91386-1366
Contact no.: 661-618-1804
License no.: 707742

URBAN LOGIC CONSULTANTS, INC.
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| | | | | | |
|---|---|---|---|---|---|
| | | | **Invoice #** | 1004 | |
| | | | **Invoice Date** | 09/27/2011 | |
| | | | **Due Date** | 10/28/2011 | |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @  140/day | 0.50 | 420.00 | 210.00 |

| | | |
|---|---|---|
| **Subtotal** | | 3,285.00 |
| **Total** | | 3,285.00 |
| **Amount Paid** | | 0.00 |
| **Balance Due** | | $3,285.00 |

9/27/2011

Exhibit 14
Page 206 of 1064
LOC4-062471

**ARC**™
formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO.  **6178583**

INVOICE DATE  **10/05/11**

WORK ORDER#  **F1371056**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 10/05/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---------|-------|-----------------|--|-----------|--|
| LANORA | | | | HEIDI SMILDE | |
| JOB# | | JOB NAME | | BILLER | LOC |
| | | HEADWORKS | | Chantha Saway | 16 |

| OP-CODE | DESCRIPTION | END READ / COUNT | COPIES | SIZE | TOTAL SF / CTRL | UOM | UNIT PRICE | AMOUNT |
|---------|-------------|------------------|--------|------|-----------------|-----|-----------|--------|
| 1600 | 1ST SET PPC BOND | 14 | 1 | 24X36 | 84 | SF | | 13.86 |
| 1601 | PPC BOND | 14 | 1 | 24X36 | 84 | SF | | 13.86 |
| 1600 | 1ST SET PPC BOND | 5 | 1 | 24X36 | 30 | SF | | 4.95 |
| 6123.6 | 9800 SCALE CHANGE | 1 | 1 | | 1 | EA | | 8.00 |
| 1602 | 1ST SET ENLG/RDCE PPC | 19 | 1 | 11X17 | 57 | SF | | 9.41 |
| 1601 | PPC BOND | 14 | 1 | 11X17 | 42 | SF | | 6.93 |
| 1624 | LARGE FORMAT STAPLE | 6 | 1 | | 6 | EA | | 5.40 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 68.41 | | 5.30 | 73.71 | | 73.71 |

invoices undisputed for 45 days are final
623416

**TERMS:**   Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14
Page 207 of 1064

LOC4-062472

ARC™
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO.   6174144

INVOICE DATE   09/30/11

WORK ORDER#   F1371055

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/30/11 at 03:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| LA NORA/URBAN LOGIC | (909)676-1944 | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | HEADWORKS | | Mario Machuca | 16 |

| CPCODE | DESCRIPTION | QTY1 | QTY2 | SIZE | TOTAL QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.6 | 9800 SCALE CHANGE | 1 | 1 | | 1 | EA | | 8.00 |
| 1600 | 1ST SET PPC BOND | 42 | 1 | 24X36 | 252 | SF | | 41.58 |
| 1601 | PPC BOND | 42 | 2 | 24X36 | 504 | SF | | 83.16 |
| 1601.1 | ENGL/REDUCE/SGL 20# BOND | 42 | 1 | 11X17 | 126 | SF | | 138.60 |
| 1624 | LARGE FORMAT STAPLE | 5 | 1 | | 5 | EA | | 4.50 |
| 1902 | B & W XEROX 11X17 | 42 | 1 | 11X17 | 42 | EA | | 8.40 |
| 5200 | REGULAR DELIVERY TEMECULA | 1 | 1 | 92590 | 1 | EA | | 6.00 |
| 5205 | FUEL SURCHARGE | 1 | 1 | | 1 | EA | | 3.75 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 293.99 | | 22.78 | 316.77 | | 316.77 |

Invoices undisputed for 45 days are final.
820762

**TERMS:**   Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14
Page 208 of 1064
LOC4-062473



**City of Beaumont**
*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont,ca,us*

October 6, 2011                                          **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    **Requisition No. 8 Construction Fund, City of Beaumont Community Facilities
       District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 209 of 1064

UFIRIVDA0091118

**CONSTRUCTION FUND**

**REQUISITION NO. 8**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date: October 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 210 of 1064

UFIRIVDA0091119

Exhibit A

| Requisition No. 8 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

Comprehensive Public Facility
Financing Program

Date  October 6, 2011

ACCOUNT          Acct. #6711832105
DESCRIPTION     Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000446* | 5 | Jt. & Critical Facilities<br>Engineering | 93,993.32 |
| | | **TOTAL** | **$93,993.32** |

**CITY APPROVALS.**

☐  Finance Director                                      Date  10-11-11

☑  City Manager                                          Date  10/6/11

Exhibit 14
Page 211 of 1064

UFIRIVDA0091120

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

**CONTRACTOR CERTIFICATE**

Certificate No.                      5
Contract Amount         $670,705.00   + $107.33 Int. Earnings

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $93,993.32 | 2011-174 |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$93,993.32** | |

Project Manager _(signature)_                                Date  10-5-11

Exhibit 14
Page 212 of 1064

UFIRIVDA0091121

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | Engineer's Report | Engineering | | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | $50,000.00 | | | | | | | $50,000.00 |
| 2 | | $34,162.00 | | | | | | $34,162.00 |
| 3 | | $223,080.47 | | | | | | $223,080.47 |
| 4 | | $269,366.54 | | | | | | $269,366.54 |
| 5 | | $33,993.32 | | | | | | $33,993.32 |
| TOTAL | $50,000.00 | $620,812.33 | | $0.00 | | | | $670,812.33 |

Contractor   Urban Logic Consultants, Inc.

Contract Amount   $670,705.00 + $107.33 Int. Earnings

CFD 93-1, Series 2007E

Exhibit 14
Page 213 of 1064

UFIRIVDA0091122

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | |
| **2011-174** | |
| INVOICE DATE | |
| **10/06/11** | |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through September 30, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 103 | Hours @ | $195.00 | 20,085.00 |
| Project Manager/Engineer: | 125.5 | Hours @ | $170.00 | 21,335.00 |
| Surveyor: | 124 | Hours @ | $150.00 | 18,600.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Staff Engineer: | 99 | Hours @ | $110.00 | 10,890.00 |
| Sr. Planner: | 39.5 | Hours @ | $130.00 | 5,135.00 |
| Inspector: | 9 | Hours @ | $100.00 | 900.00 |
| Inspector-Prev. Wage: | 45 | Hours @ | $136.50 | 6,142.50 |
| Soils Tech.: | 14 | Hours @ | $100.00 | 1,400.00 |
| Office Mgr.: | 59 | Hours @ | $90.00 | 5,310.00 |
| Exec. Secretary: | 17 | Hours @ | $60.00 | 1,020.00 |
| CAL 231 - Use of Nuclear Gauges | 5 | days @ | $32 | $160.00 |
| ARC- | | $221.03 | + 15% | 254.18 |
| ARC- | | $349.90 | + 15% | 402.39 |
| ARC- | | $164.36 | + 15% | 189.01 |
| ARC- | | $327.74 | + 15% | 376.90 |
| ARC- | | $350.07 | + 15% | 402.58 |
| DaVinci- | | $296.31 | + 15% | 340.76 |

**Total Amount Due:** **$93,993.32**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 214 of 1064

UFIRIVDA0091123

# ARC™
Formerly OCB/Consolidated Reprographics
45 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6171363

**INVOICE DATE** 09/28/11

**WORK ORDER#** F1371060

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 09/28/11 at 04:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---------|-------|-----------------|--|-----------|--|
| LANORA | | | | HEIDI SMILDE | |

| JOB# | | JOB NAME | | BILLER | LOC |
|------|--|----------|--|--------|-----|
| | | CITY CAMPUS PH II | | Chantha Saway | 16 |

| QP CODE | DESCRIPTION | | | | QUANTITY | UNIT | AMOUNT |
|---------|-------------|--|--|--|----------|------|--------|
| 1900 | B & W XEROX 8.5X11 | 85 | 10 | | 850 | EA | 85.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 10 | | 20 | EA | 5.28 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | 5.10 |
| 1950.8 | GBC 1/2" | 1 | 10 | | 10 | EA | 13.20 |
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | 5.25 |
| 6121 | DIGITAL PROCESSING | 7 | 1 | | 7 | EA | 7.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 7 | 1 | 24X36 | 42 | SF | 8.93 |
| 1601 | PPC BOND | 7 | 9 | 24X36 | 378 | SF | 62.37 |
| 1524 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | 9.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 205.13 | | 15.90 | 221.03 | | 221.03 |

Invoices undisputed for 45 days are final.
619305

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14
Page 215 of 1064

UFIRIVDA0091124

# ARC™

Formerly OCB/Consolidated Reprographics
45 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **6166136** |
| INVOICE DATE | **09/22/11** |
| WORK ORDER# | **F1371054** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/22/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP |
|---|---|---|---|---|
| LANORA | | | | HEIDI SMILDE |

| JOB# | | JOB NAME | BILLER | LOC |
|---|---|---|---|---|
| | | BROOKSIDE | Chantha Saway | 16 |

| OF ITEM | DESCRIPTION | ORDERED | COPIES | SIZE | PRINTS | UNIT | PRICE PER | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1616.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 9 | 24X36 | 702 | SF | | 115.83 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 9.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 10 | | 20 | EA | | 5.28 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.10 | GBC 5/8" | 1 | 10 | | 10 | EA | | 24.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 328.33 | -3.60 | 26.17 | 349.90 | | 349.90 |

Invoices undisputed for 45 days are final.
515856

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14
Page 216 of 1064

UFIRIVDA0091125

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6159377

**INVOICE DATE** 09/14/11

**WORK ORDER#** 11371052

SOLD TO:
Cust# 36073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 36073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/14/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---------|-------|-----------------|-----------|--|
| LANORA | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | BILLER | LOC |
| | BROOKSIDE BRIDGE | | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | ORIGINALS | COPIES | SIZE | TOTAL | UM | UNIT PRICE | AMOUNT |
|---------|-------------|-----------|--------|------|-------|----|-----------|--------|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1801 | PPC BOND | 13 | 5 | 24X36 | 390 | SF | | 64.35 |
| 1624 | LARGE FORMAT STAPLE | 8 | 1 | | 8 | EA | | 5.40 |
| 1900 | B & W XEROX 8.5X11 | 136 | 2 | | 272 | EA | | 27.20 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 6 | | 12 | EA | | 3.17 |
| 1927 | HAND COLLATE | 3 | 6 | | 18 | EA | | 3.06 |
| 1950.10 | GBC 5/8" | 1 | 6 | | 6 | EA | | 14.40 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 154.70 | -2.16 | 11.82 | 164.36 | | 164.36 |

Invoices undisputed for 45 days are final.
610655

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14
Page 217 of 1064

UFIRIVDA0091126

# ARC™
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6157163**

INVOICE DATE **09/09/11**

WORK ORDER# **F1371053**

| SOLD TO: | SHIP TO: |
|---|---|
| Cust# 20743<br>URBAN LOGIC GROUP<br>43517 RIDGE PARK DRIVE SUITE 200<br>TEMECULA, CA 92590 | Cust# 20743<br>URBAN LOGIC GROUP<br>43517 RIDGE PARK DRIVE SUITE 200<br>TEMECULA, CA 92590 |

DUE: 09/09/11 at 03:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| LANORA | | | HEIDI SMILDE |

| JOB# | JOB NAME | BILLER | LOC |
|---|---|---|---|
| | CITY CAMPUS PH 2 | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | QUANTITY | VERSIONS | SIZE | TOTAL QTY | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 4.20 |
| 6121 | DIGITAL PROCESSING | 7 | 1 | | 7 | EA | | 8.96 |
| 1615.7 | 1ST SET PPC BOND PLOT | 7 | 1 | 24X36 | 42 | SF | | 18.48 |
| 1601 | PPC BOND | 7 | 9 | 24X36 | 378 | SF | | 93.74 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 8.40 |
| 1900 | B & W XEROX 8.5X11 | 85 | 10 | | 850 | EA | | 115.60 |
| 1917 | 80# UNCOATED COVER 8.5X11 | 1 | 10 | | 10 | EA | | 1.36 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 4.08 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 10 | | 10 | EA | | 10.80 |
| 1950.8 | GBC 1/2" | 1 | 10 | | 10 | EA | | 16.15 |
| 700 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 22.40 |

| S TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 304.17 | | 23.57 | 327.74 | | 327.74 |

Invoices undisputed for 45 days are final.
608494

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

NT

Exhibit 14
Page 218 of 1064

UFIRIVDA0091127

# ARC™
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| INVOICE NO. | 6147101 |
|---|---|
| INVOICE DATE | 08/29/11 |
| WORK ORDER# | F1371050 |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 08/29/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | | |
|---|---|---|---|---|---|
| LANORA | | | HEIDI SMILDE | | |
| JOB# | JOB NAME | | BILLER | | LOC |
| | BROOKSIDE BRIDGE | | Chantha Saway | | 16 |

| OP CODE | DESCRIPTION | NO OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.26 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1616.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 9 | 24X36 | 702 | SF | | 115.83 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 9.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 10 | 1 | | 10 | EA | | 2.84 |
| 1912 | XEROX HEAVY PAPER 8.5X11 | 10 | 1 | | 10 | EA | | 1.10 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.11 | GBC 3/4" | 10 | 1 | | 10 | EA | | 26.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

IN OBSERVANCE OF LABOR DAY, ALL OUR
OFFICES WILL BE CLOSED ON MONDAY, SEPT.
5TH.

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 328.79 | -3.90 | 25.18 | 350.07 | | 350.07 |

Invoices undisputed for 45 days are final
601677

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

Exhibit 14

UFIRIVDA0091128

# DaVinci

**PRINTING & BLUEPRINTS**
580 N. CALIFORNIA AVE. • BEAUMONT, CA 92223
(951) 769-1788 • FAX: (951) 769-2320 • info@davinciprinting.com

**TIME IN:** 2:10   **NEED BY:** Today!

**DATE:** 4/5/11

**WORK ORDER #**
R11-403

**BILL TO:** Urban Logic

**ADDRESS:**

**SHIP TO:**

**ADDRESS:**

**ATT:** Angela   **PH:** 951-719-6999

**ATT:** Gary - City of Beaumont   **PH:** 769-8520

| QTY | ORIGINAL | SIZE | DESCRIPTION | SF | AMOUNT | SCAN | BOND | TRANS | COLOR | VELLUM | MYLAR |
|-----|----------|------|-------------|-----|--------|------|------|-------|-------|--------|-------|
| 13 | | 24x36 | Base Brookside | | | | | | | | |
| | | | + Spec Books | | | | 6 | | | | |
| 78 | | 24x36 | Bond Prints | 468 | 140.40 | | | | | | |
| | | | Download | | | | | | | | |
| 6 | | | Spec. Books - 1 ltd. | | | | | | | | |
| | | | Spiral Bind | | | | | | | | |
| | | | Clear Plastic Covers | | | | | | | | |

| | |
|---|---|
| ☐ STAPLE | ☐ SCAN |
| ☐ LOOSE | ☐ BOOK |
| ☐ FOLD | ☐ PLOT |
| ☐ TRIM | ☐ CONVERT |
| ☐ FED-EX | ☐ SIZE |
| ☐ RUSH | ☐ CD |
| ☐ P/U DEL | ☐ |
| ☐ E-MAIL | |
| ☐ SPECIAL HANDLING | |
| **SUBTOTAL** | 275.00 |
| **TAX** | 21.31 |
| **TOTAL** | 296.31 |

☐ PAID   ☐ CASH   ☐ CHECK#

**SIGNATURE**

Exhibit 14
Page 220 of 364

UFIRIVDA0091129



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 7, 2011                              VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    **Requisition No. 10 Construction Fund, City of Beaumont Community Facilities District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HM HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS AND FORENSIC CONSULTANTS

Exhibit 14
Page 221 of 1064
LOC4-071816

**CONSTRUCTION FUND**

**REQUISITION NO. 10**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  November 7, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit 14
Page 222 of 1064

LOC4-071817

Exhibit A

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| Requisition No. 10 |
|---|

Date   November 7, 2011

| | |
|---|---|
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

ACCOUNT          #6711840107
DESCRIPTION     Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 7 | Joint & Critical Facilities<br>Engineering | 229,685.00 |
| | **TOTAL** | | **$229,685.00** |

CITY APPROVALS:

| ✓ | Finance Director |
|---|---|
| ✓ | City Manager |

Date   11-7-11

Date   11/7/11

*Urban Logic Consultants*

Exhibit 14
Page 223 of 1064

LOC4-071818

**City of Beaumont
Comprehensive Public Facilities
Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                                7
Contract Amount        $1,211,614.00

| X | 2008 Series A |
| | Sewer Revenue Bond |
| | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $229,685.00 | 2011-184 |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$229,685.00** | |

Project Manager                                                      Date  11/7/11

Exhibit 14
Page 224 of 1064
LOC4-071819

LOC4-071820

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | WW & Recy'd Water Facilities | Engineering | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | $150,980.00 | | | | | | $150,980.00 |
| 2 | $184,609.50 | | | | | | $184,609.50 |
| 3 | $130,120.00 | | | | | | $130,120.00 |
| 4 | $63,447.50 | | | | | | $63,447.50 |
| 5 | $11,700.00 | | | | | | $11,700.00 |
| 6 | | $122,828.50 | | | | | $122,828.50 |
| 7 | | $229,685.00 | | | | | $229,685.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| TOTAL | $540,857.00 | $352,513.50 | | | | | $893,370.50 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

| | CFD 93-1/2000A |
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

Exhibit 14
Page 225 of 1064

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-184** |
| **INVOICE DATE** | **11/07/11** |
| **W.O. DISTRIBUTION** | |

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA  92223
Attn:  Alan Kapanicas, City Manager

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through October 28, 2011**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 172 | Hours @ | $195.00 | 33,540.00 |
| Project Manager/Engineer: | 422.5 | Hours @ | $170.00 | 71,825.00 |
| Const. Manager: | 22 | Hours @ | $150.00 | 3,300.00 |
| Surveyor: | 237 | Hours @ | $150.00 | 35,550.00 |
| 2-Man Survey Crew: | 3 | Hours @ | $210.00 | 630.00 |
| Sr. Planner: | 42 | Hours @ | $130.00 | 5,460.00 |
| Staff Engineer: | 203 | Hours @ | $110.00 | 22,330.00 |
| Inspector: | 296 | Hours @ | $100.00 | 29,600.00 |
| Inspector-Prev. Wage: | 34 | Hours @ | $136.50 | 4,641.00 |
| Soils Tech.: | 89 | Hours @ | $100.00 | 8,900.00 |
| Office Mgr.: | 36 | Hours @ | $90.00 | 3,240.00 |
| Exec. Secretary: | 133 | Hours @ | $60.00 | 7,980.00 |
| CAL 521 - Concrete Cylinders | 5 | tests @ | $30 | $150.00 |
| CAL 231 - Use of Nuclear Gauges | 11 | days @ | $32 | $352.00 |
| Mileage: | | | | |
| Public Works Dept.: | 4374 | miles @ | $0.500 | $2,187.00 |

| | |
|---|---|
| **Total Amount Due:** | **$229,685.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 226 of 1064
LOC4-071821



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 7, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 126 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



Exhibit 14
Page 227 of 1064
LOC4-062456

# BEAUMONT UTILITY AUTHORITY

### VARIABLE RATE REVENUE BONDS, 2001 SERIES A
### (WASTEWATER ENTERPRISE PROJECT)

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

### REQUISITION NO. 126

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: November 7, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 228 of 1064

LOC4-062457

Schedule I

| Requisition No. 126 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

ACCOUNT       6711674106
DESCRIPTION   Construction Fund – 2001A

Date  November 7, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #242000044C* | 119 | Wastewater Enterprise Projects | 88,463.25 |
| | | | |
| **TOTAL** | | | **$88,463.25** |

CITY APPROVALS.

☑  Finance Director

☑  City Manager

Date  11·7·11

Date  11/7/11

Exhibit 14
Page 229 of 1064

LOC4-062458

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 119

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $88,463.25 | 2011-185 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$88,463.25** | |

Project Manager _____     Date 11/7/11

Exhibit 14
Page 230 of 1064

LOC4-062459

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | $88,463.25 |
| TOTAL | $1,124,818.76 | $368,173.50 | $1,669,154.80 | $213,003.41 | $0.00 | $0.00 | $0.00 | $3,375,150.47 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,228,360.24 | $244,326.50 | $103,910.20 | $143,496.59 | | | | $1,720,093.53 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062460

Exhibit 14
Page 231 of 1064

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-185** |
| **INVOICE DATE** | **11/07/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through October 28, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---|
| Principal: | 116 | Hours @ | $195.00 | 22,620.00 |
| Sr. Asso./Eng.: | 216 | Hours @ | $170.00 | 36,720.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Sr. Planner: | 96.5 | Hours @ | $130.00 | 12,545.00 |
| Staff Engineer: | 22 | Hours @ | $110.00 | 2,420.00 |
| Inspector-Prev. Wage: | 4 | Hours @ | $136.50 | 546.00 |
| Office Mgr.: | 40 | Hours @ | $90.00 | 3,600.00 |
| | FedEx- | $171.52 | + 15% | 197.25 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---|
| Principal: | 3 | Hours @ | $195.00 | 585.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---|
| Principal: | 15 | Hours @ | $195.00 | 2,925.00 |
| Sr. Asso./Eng.: | 29.5 | Hours @ | $170.00 | 5,015.00 |
| Sr. Planner: | 1 | Hours @ | $130.00 | 130.00 |
| Staff Engineer: | 1 | Hours @ | $110.00 | 110.00 |

**...unt Due:**      **$88,463.25**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 232 of 1064
LOC4-062461



LOWRP Upgrades-
Headworks

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-661-34843 | Oct 14, 2011 | 1701-1069-2 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off: Sep 28, 2011**   Cust. Ref.: NO REFERENCE INFORMATION   Ref #2:
**Payor: Shipper**   Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Urban Logic Consultants, Inc. | Greg Russell | |
| Tracking ID | 795239935059 | Urban Logic Consultants, Inc. | Greg Russell Consulting | |
| Service Type | FedEx Standard Overnight | 43517 RIDGE PARK DRIVE | 5306 SOULE DR | |
| Package Type | FedEx Pak | TEMECULA CA 92590 US | PANAMA CITY FL 32404 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 43.05 |
| Delivered | Sep 29, 2011 15:24 | Automation Bonus Discount | | -4.31 |
| Svc Area | A5 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 6.43 |
| FedEx Use | 000000000/0001415/02 | Total Charge | USD | $47.92 |

**Dropped off: Oct 04, 2011**   Cust. Ref.: NO REFERENCE INFORMATION   Ref #2:
**Payor: Shipper**   Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 3.0 lbs, 26" x 4" x 4", divided by 166.
- Package Delivered to Recipient Address - Release Authorized
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Urban Logic Consultants, Inc. | Greg Russell | |
| Tracking ID | 795280443677 | Urban Logic Consultants, Inc. | Greg Russell Consulting | |
| Service Type | FedEx Standard Overnight | 43517 RIDGE PARK DRIVE | 5306 SOULE DR | |
| Package Type | Customer Packaging | TEMECULA CA 92590 US | PANAMA CITY FL 32404 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Actual Weight | 2.0 lbs, 0.9 kgs | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 52.50 |
| Delivered | Oct 05, 2011 15:24 | Automation Bonus Discount | | -5.25 |
| Svc Area | A5 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 7.25 |
| FedEx Use | 000000000/0001415/02 | Total Charge | USD | $57.25 |

**Picked up: Oct 05, 2011**   Cust. Ref.: NO REFERENCE INFORMATION   Ref #2:
**Payor: Shipper**   Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 32444 zip code
- Your revenue threshold for this ship date was not met, therefore no Earned Discounts were applied.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | GREG RUSSELL | URBAN LOGIC | |
| Tracking ID | 873796795815 | URBAN LOGIC CONSULTANTS | - | |
| Service Type | FedEx Priority Overnight | 43517 RIDGE PARK DR STE 200 | 43512 RIDGE PARK DR STE 200 | |
| Package Type | Customer Packaging | TEMECULA CA 92590-3602 US | TEMECULA CA 92590 US | |
| Zone | 08 | | | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | Transportation Charge | | 53.95 |
| Delivered | Oct 06, 2011 09:53 | Courier Pickup Charge | | 4.00 |
| Svc Area | A3 | Fuel Surcharge | | 8.40 |
| Signed by | LOCHS | Total Charge | USD | $66.35 |
| FedEx Use | 027802747/0001618/_ | | | |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$171.52** |
| **Total FedEx Express** | **USD** | **$171.52** |

Exhibit 14
Page 233 of 1064
LOC4-062462



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 11 Construction Fund, City of Beaumont Community Facilities District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 234 of 1064
LOC4-071807

**CONSTRUCTION FUND**

**REQUISITION NO. 11**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  December 5, 2011

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By:

                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

Exhibit 14
Page 235 of 1064

LOC4-071808

Exhibit A

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Requisition
No.
11

**Comprehensive Public Facility**
**Financing Program**

Date   December 5, 2011

| | Sewer Revenue Bond |
|---|---|
| X | 2008 Series A |
| | Other |

| ACCOUNT | #6711840107 |
|---|---|
| DESCRIPTION | Construction Fund |

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 8 | Joint & Critical Facilities<br>Engineering | 239,243.13 |
| | **TOTAL** | | **$239,243.13** |

CITY APPROVALS:

| ☑ | Finance Director | | Date 12·6·11 |
|---|---|---|---|
| ☑ | City Manager | | Date 12/6/11 |

*Urban Logic Consultants*

Exhibit 14
Page 236 of 1064

LOC4-071809

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                    8
Contract Amount        $1,211,614.00

| X | 2008 Series A |
|---|---|
|   | Sewer Revenue Bond |
|   | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
|  | Joint & Critical Facilities Engineering | $239,243.13 | 2011-192 |
|  |  |  |  |
|  | TOTAL CERTIFICATE INVOICE AMOUNT | $239,243.13 |  |

Project Manager _____     Date _12-5-11_

Exhibit 14
Page 237 of 1064

LOC4-071810

LOC4-071811

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | WW & Recy'd Water Facilities | Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $150,980.00 | | | | | | | | $150,980.00 |
| 2 | $184,609.50 | | | | | | | | $184,609.50 |
| 3 | $130,120.00 | | | | | | | | $130,120.00 |
| 4 | $63,447.50 | | | | | | | | $63,447.50 |
| 5 | $11,700.00 | | | | | | | | $11,700.00 |
| 6 | | $122,828.50 | | | | | | | $122,828.50 |
| 7 | | $229,685.00 | | | | | | | $229,685.00 |
| 8 | | $239,243.13 | | | | | | | $239,243.13 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| | | | | | | | | | $0.00 |
| TOTAL | $540,857.00 | $591,756.63 | | | | | | | $1,132,613.63 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

| | CFD 93-1/2000A |
|---|---|
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

Exhibit 14
Page 238 of 1064

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-192** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through December 2, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 198.5 | Hours @ | $195.00 | $38,707.50 |
| Project Manager/Engineer: | 441 | Hours @ | $170.00 | $74,970.00 |
| Const. Manager: | 44 | Hours @ | $150.00 | $6,600.00 |
| Surveyor: | 197.5 | Hours @ | $150.00 | $29,625.00 |
| Sr. Planner: | 34.5 | Hours @ | $130.00 | $4,485.00 |
| Staff Engineer: | 252.5 | Hours @ | $110.00 | $27,775.00 |
| Inspector: | 274 | Hours @ | $100.00 | $27,400.00 |
| Inspector-Prev. Wage: | 9 | Hours @ | $136.50 | $1,228.50 |
| Soils Tech.: | 124 | Hours @ | $100.00 | $12,400.00 |
| Office Mgr.: | 40 | Hours @ | $90.00 | $3,600.00 |
| Exec. Secretary: | 166 | Hours @ | $60.00 | $9,960.00 |
| | ARC- | $119.03 | + 15% | $136.88 |
| | en, Inc.- | $155.00 | + 15% | $178.25 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4354 | miles @ | $0.500 | $2,177.00 |

| | |
|---|---|
| **Total Amount Due:** | **$239,243.13** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 239 of 1064
LOC4-071812

CFD

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6181026**

INVOICE DATE **10/10/11**

WORK ORDER# **F1371057**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 10/10/11 at 02:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| LANORA | | | Vicki Brunson |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | P.D. | | Chantha Saway | 16 |

| | DESCRIPTION | | COPIES | | | EA | | UNITS |
|---|---|---|---|---|---|---|---|---|
| 1900 | B & W XEROX 8.5X11 | | 737 | 1 | | 737 | EA | 73.70 |
| 2500 | COLOR COPIES 8.5X11 | | 19 | 1 | | 19 | EA | 14.25 |
| 1917 | XEROX CARD STOCK 8.5X11 | | 1 | 1 | | 1 | EA | 0.26 |
| 1935.1 | XEROX 2 SIDED SET-UP | | 1 | 1 | | 1 | EA | 10.50 |
| 1927 | HAND COLLATE | | 3 | 1 | | 3 | EA | 0.51 |
| 1925.3 | XEROX ACETATE 8.5X11 | | 1 | 1 | | 1 | EA | 1.00 |
| 1950.17 | GBC 2" | | 1 | 1 | | 1 | EA | 5.00 |
| 5200 | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 111.22 | -0.75 | 8.56 | 119.03 | | 119.03 |

Invoices undisputed for 45 days are final.
625852

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

Exhibit 14
Page 240 of 1064

LOC4-071813

*CF-D*

## Inland Valley Sladden, Inc.

# Invoice

dba Sladden Engineering
50 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

| DATE | INVOICE # |
|------|-----------|
| 9/30/2011 | 29170 |

| BILL TO |
|---------|
| Urban Logic Consultants, Inc.<br>43517 Ridge Park Drive, Suite 200<br>Temecula, CA 92590 |

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-11008 | Brookside/Noble |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| 10-20 Lab -20 | 1 | Corrosion Series Determination | 155.00 | 155.00 |
| | | **Total** | | **$155.00** |

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent per month will be charged on the unpaid balance after 30 days.

Exhibit 14
Page 241 of 1064
LOC4-071814



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 127 Improvement Fund, Beaumont Utility Authority Variable Rate
           Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



Exhibit 14
Page 242 of 1064
LOC4-062446

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 127**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: December 5, 2011

BEAUMONT UTILITY AUTHORITY

By _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 243 of 1064

LOC4-062447

Schedule I

| | Requisition No. 127 | CITY OF BEAUMONT PAYMENT CERTIFICATE |

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

| ACCOUNT | 6711674106 |
| DESCRIPTION | Construction Fund – 2001A |

Date   December 5, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|---------------------------|-------------|--------|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 120 | Wastewater Enterprise Projects | 97,619.76 |
| **TOTAL** | | | **$97,619.76** |

CITY APPROVALS.

☑ Finance Director

☑ City Manager

Date  12-7-11

Date  12/6/11

Exhibit 14
Page 244 of 1064
LOC4-062448

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No.                    120

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $97,619.76 | 2011-193 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$97,619.76** | |

Project Manager _____          Date _12-5-11_

Exhibit 14
Page 245 of 1064
LOC4-062449

City of Beaumont
Comprehensive Public Facilities
Financing Program

CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph. IV | Bml. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | | | $71,320.00 |
| 115 | $85,940.00 | $760.00 | $5,718.00 | $6,490.00 | | | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | | | | | $97,619.76 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| TOTAL | $1,203,948.02 | $369,538.50 | $1,673,834.80 | $225,448.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,472,770.23 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | | | $5,095,244.00 |
| Remaining | $1,149,230.98 | $242,961.50 | $99,230.20 | $131,051.09 | | | | | | $1,622,473.77 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062450

Exhibit 14
Page 246 of 1064

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-193** |
| **INVOICE DATE** | **12/05/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through December 2, 2011**

WWTP Expansion & Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 58 | Hours @ | $195.00 | $11,310.00 |
| Sr. Asso./Eng.: | 231 | Hours @ | $170.00 | $39,270.00 |
| Const. Manager: | 2 | Hours @ | $150.00 | $300.00 |
| Sr. Planner: | 117.5 | Hours @ | $130.00 | $15,275.00 |
| Staff Engineer: | 39 | Hours @ | $110.00 | $4,290.00 |
| Surveyor: | 14.5 | Hours @ | $150.00 | $2,175.00 |
| 2-Man Survey Crew: | 11 | Hours @ | $210.00 | $2,310.00 |
| Office Mgr.: | 44 | Hours @ | $90.00 | $3,960.00 |
| | ARC- | $208.05 | + 15% | $239.26 |

Beaumont Mesa Lift Station

| | | | | |
|---|---|---|---|---|
| Principal: | 24 | Hours @ | $195.00 | $4,680.00 |

San Timoteo Monitoring Wells

| | | | | |
|---|---|---|---|---|
| Principal: | 5 | Hours @ | $195.00 | $975.00 |
| Sr. Asso./Eng.: | 21 | Hours @ | $170.00 | $3,570.00 |
| Diversified Drilling- | $3,435.00 | + 15% | | $3,950.25 |
| Diversified Drilling- | $3,435.00 | + 15% | | $3,950.25 |

North Sewer Rehab Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 7 | Hours @ | $195.00 | $1,365.00 |

| | |
|---|---|
| ...unt Due: | **$97,619.76** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 247 of 1064

LOC4-062451

# ARC™
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6205428

**INVOICE DATE** 11/10/11

**WORK ORDER#** F1371059

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 11/10/11 at 03:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---------|-------|-----------------|---|-----------|---|
| LANORA | | | | Vicki Brunson | |
| **JOB#** | **JOB NAME** | | | **BILLER** | **LOC** |
| | WWTP UPGRADES | | | Chantha Saway | 016 |

| ORDER# | DESCRIPTION | | QTY | OPIES | SIZE | | UOM | | AMOUNT |
|--------|-------------|---|-----|-------|------|---|-----|---|--------|
| 1600 | 1ST SET PPC BOND | 016 | 56 | 1 | 24X36 | 336 | SF | | 55.44 |
| 1600 | 1ST SET PPC BOND | 016 | 1 | 1 | 24X36 | 6 | SF | | 0.99 |
| 1601 | PPC BOND | 016 | 56 | 1 | 24X36 | 336 | SF | | 55.44 |
| 6123.6 | 9800 SCALE CHANGE | 016 | 1 | 1 | | 1 | EA | | 8.00 |
| 1602 | 1ST SET ENLG/RDCE PPC | 016 | 57 | 1 | 11X17 | 171 | SF | | 28.22 |
| 1902 | B & W XEROX 11X17 | 016 | 56 | 3 | | 168 | EA | | 33.60 |
| 1824 | LARGE FORMAT STAPLE | 016 | 6 | 1 | | 6 | EA | | 5.40 |
| 5200 | REGULAR DELIVERY | 016 | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUBTOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|----------|----------|-----------|-------|---------|-------------|
| 193.09 | | 14.96 | 208.05 | | 208.05 |

**TERMS:** Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

Invoices undisputed for 45 days are final.
843923

PMJ

Exhibit 14
Page 248 of 1064
LOC4-062452

Invoice 1005 from David Wood                                    Page 1 of 1

**David Wood**
Diversified Drilling
P.O. Box 1366
Santa Clarita, CA 91386
661-618-1804

# INVOICE

**URBAN LOGIC CONSULTANTS, INC.**
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| | |
|---|---|
| **Invoice #** | 1005 |
| **Invoice Date** | 10/31/2011 |
| **Due Date** | 11/02/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @ $140/day | 0.50 | 420.00 | 210.00 |
| Service | Bi-montly stream analysis | | | |
| Days | Additional mileage for water sampling/stream tests | 0.50 | 300.00 | 150.00 |

| | |
|---|---|
| **Subtotal** | 3,435.00 |
| **Total** | 3,435.00 |
| **Amount Paid** | 0.00 |
| **Balance Due** | $3,435.00 |

# Diversified Drilling

# Invoice

David Wood
P.O.  Box 1366
Santa Clarita, CA 91386-1366
Contact No.  661-418-1804
License no.  707742

DATE:  11/2011
INVOICE:  1006

BILL TO:
Urban Logic consultants, Inc.
Attn: Kishen Prathivadi
43317 Ridge Park Drive, Suite 200
Temecula, CA  92590
Office no:  951-676-1964
Fax no....:  951-676-2654

| DESCRIPTION | | QUANTITY | AMOUNT |
|---|---|---|---|
| Service | Check water levels/month at $75/well | 41 | 3,075.00 |
| Service | Stream gauging bi-monthly | 4 | inc. |
| Service | Water samples bi-monthly | 4 | inc. |
| Service | Pictures of streams dry/wet | 11 | inc. |
| Service | Deliver water samples bi-monthly (Babcock) | 2 | inc. |
| Service | On-site water sampling  bi-monthly | 4 | inc. |
| Travel | 140 miles/day at 50 c/mile | 3 | 210.00 |
| Travel | Additional mileage for water sampling/stream tests | | |
| | 300 miles at 50c/mile | 1 | 150.00 |

| | |
|---|---|
| Subtotal | $3,435.00 |
| Total Due | $3,435.00 |

Make all checks payable to:

David Wood

*Thank you for your business!*

Exhibit 14
Page 250 of 1064
LOC4-062454



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                          **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 128 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



Exhibit 14
Page 251 of 1064
LOC4-062435

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 128**

1.     The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.     The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.     Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.     There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: December 12, 2011

                              BEAUMONT UTILITY AUTHORITY


                              By:
                              Alan Kapanicas, City Manager of the
                              City of Beaumont
                              Executive Director
                              Beaumont Utility Authority

Exhibit 14
Page 252 of 1064

LOC4-062436

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

| Requisition
No.
128 |
|---|

**Comprehensive Public Facility
Financing Program**

ACCOUNT       6711674106
DESCRIPTION   Construction Fund – 2001A

Date  December 12, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants | 121 | Redevelopment Projects | 34,617.75 |
| *Credit Union Bank of California* | | | |
| *Account #2420000440* | | | |
| City of Beaumont | 1 | WWTP Cleanup | 1,835,084.00 |
| *(per wire instructions)* | | | |
| | TOTAL | | $1,869,701.75 |

CITY APPROVALS.

☑  Finance Director            Date 12-13-11

☑  City Manager               Date 12/13/11

Exhibit 14
Page 253 of 1064

LOC4-062437

Fwd: City Bank info                                                     Page 1 of 1

**From:** Deepak Moorjani <deemoor@gmail.com>
**To:** LaNora Ochs <ulcianora@aol.com>
**Subject:** Fwd: City Bank info
**Date:** Thu, Oct 29, 2009 3:35 pm

---------- Forwarded message ----------
From: **Bill Aylward** <baylward@ci.beaumont.ca.us>
Date: Wed, Oct 28, 2009 at 10:36 AM
Subject: City Bank Info
To: Deepak Moorjani <deemoor@gmail.com>

Dee, please use the following info on future Union Bank bond requisitions to the City:

Bank Name: Citibank

Bank Routing #: 322271724

Bank Account #: 3674058965

Thanks, Bill

Bill Aylward, CPA

Finance Director

City of Beaumont

550 East 6th Street

Beaumont, CA 92223

Direct 951-769-8516

Fax 951-769-8526

Exhibit 14
Page 254 of 1064
LOC4-062438

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 121

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Redevelopment Projects | $34,617.75 | 2011-197 |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$34,617.75** | |

Project Manager _____        Date 12-13-11

Exhibit 14
Page 255 of 1064
LOC4-062439

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bml. Mesa Sewer LS. | ACTIVITY San Timoteo Mon. Wells | Redevelopment | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,180.00 | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | | $97,619.76 |
| 121 | | | | | $34,617.75 | | $34,617.75 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | $1,203,948.02 | $369,538.50 | $1,673,834.80 | $225,448.91 | $34,617.75 | $0.00 | $3,507,387.98 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | $5,095,244.00 |
| Remaining | $1,149,230.98 | $242,961.50 | $99,230.20 | $131,051.09 | | | $1,587,856.02 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 95-1 Series 2001A*

LOC4-062440

Exhibit 14
Page 256 of 1064

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-197** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the
Period through December 2, 2011**

*Redevelopment Agency Funds*
Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Surveyor: | 22.50 | hours @ | $150.00 | $3,375.00 |
| 1-Man Survey Crew (Prev. Wage): | 6.50 | hours @ | $157.50 | $1,023.75 |
| 2-Man Survey Crew (Prev. Wage): | 24.00 | hours @ | $257.25 | $6,174.00 |
| Const. Manager: | 55.00 | hours @ | $150.00 | $8,250.00 |
| Staff Eng.: | 9.00 | hours @ | $110.00 | $990.00 |
| Inspector-Prev. Wage: | 59.00 | hours @ | $136.50 | $8,053.50 |
| Soils Tech.: | 1.00 | hours @ | $100.00 | $100.00 |
| Soils Tech.-Prev. Wage: | 30.00 | hours @ | $136.50 | $4,095.00 |
| Office Mgr.: | 22.00 | hours @ | $90.00 | $1,980.00 |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |

Old Town Street Lighting

| | | | | |
|---|---|---|---|---|
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| Inspector-Prev. Wage: | 1.00 | hours @ | $136.50 | $136.50 |

APPROVED FOR PAYMENT
BY _____ CITY MANAGER, CITY OF BEAUMONT
Date 12/6/11 Acct.#

| | |
|---|---|
| **Total Amount Due:** | **$34,617.75** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 257 of 1064
LOC4-062441

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                    1
Contract Amount          $1,835,084.00

| X | SRB/2001A |
| | Sewer Revenue Bond |
| | 1996 SRB Series A |
| | Other _____ |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | WWTP Aeration Basins, Sludge Drying Bed and Lagoon Cleanup | $1,835,084.00 | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $1,835,084.00 | |

Project Manager _____        Date 12-13-11

Exhibit 14
Page 258 of 1064
LOC4-062442

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | CERTIFICATE TOTAL |
|---|---|---|---|---|
| | WWTP Cleanup | | | |
| 1 | $1,835,084.00 | | | $1,835,084.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $1,835,084.00 | | | $1,835,084.00 |

Contractor  City of Beaumont
Contract Amount   $1,835,084.00

| | |
|---|---|
| | CFD 93-1, Series 2003A |
| X | Sewer Revenue Bond, Series 2001A |
| | 1996 SRB Series A |
| | Other |

Exhibit 14
Page 259 of 1064
LOC4-062443



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

# INVOICE

**TO:** City of Beaumont
2001A Requisition
550 E. Sixth Street
Beaumont, CA 92223

**DATE:** December 12, 2011

**RE:** Aeration Basin, Sludge Bed and Lagoon Cleanup

| *Description* | *Amount* |
|---|---|
| Reimburse cost to clean and upgrade aeration basins.  Work performed by J.F. Shea Construction, Inc. | $1,348, 284.00 |
| Reimburse cost to clean sludge drying bed and lagoon.  Work performed by Utility Partners. | $486,800.00 |
| | |
| **Total Amount Due:** | $1,835,084.00 |

Exhibit 14
Page 260 of 1064
LOC4-062444



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

January 9, 2012                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 129 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 261 of 1064
LOC4-062427

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 129**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: January 9, 2012

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Exhibit 14
Page 262 of 1064

LOC4-062428

Schedule I

**Requisition No. 129**

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

| | |
|---|---|
| ACCOUNT | 6711674106 |
| DESCRIPTION | Construction Fund – 2001A |

Date  January 9, 2012

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 122 | Wastewater Enterprise Projects | 148,335.25 |
| **TOTAL** | | | **$148,335.25** |

CITY APPROVALS:

☑  Finance Director                          Date  1-9-12

☑  City Manager                            Date  1-10-12

Exhibit 14
Page 263 of 1064
LOC4-062429

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 122

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $148,335.25 | 2012-101 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$148,335.25** | |

Project Manager _____   Date  1-9-12

Exhibit 14
Page 264 of 1064
LOC4-062430

City of Beaumont
Comprehensive Public Facilities
Financing Program

CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bml. Mesa Sewer LS. | ACTIVITY San Timoteo Mon. Wells | Redevelopment | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | | | $97,619.76 |
| 121 | | | | | $34,617.75 | | | $34,617.75 |
| 122 | $137,175.00 | $0.00 | $3,705.00 | $7,435.25 | | | | $148,335.25 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | $1,341,123.02 | $369,538.50 | $1,677,539.80 | $232,904.16 | $34,617.75 | $0.00 | $0.00 | $3,655,723.23 |
| Budget. | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining. | $1,012,055.98 | $242,961.50 | $95,525.20 | $123,595.84 | | | | $1,439,520.77 |

Contractor  Urban Logic Consultants, Inc.

City of Beaumont
CFD 93-1 Series 2001A

LOC4-062431

Exhibit 14
Page 265 of 1064

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2012-101** |
| INVOICE DATE | **01/09/12** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through December 30, 2011**

WWTP Expansion & Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 43 | Hours @ | $195.00 | $8,385.00 |
| Sr. Asso./Eng.: | 225 | Hours @ | $170.00 | $38,250.00 |
| Sr. Planner: | 102.5 | Hours @ | $130.00 | $13,325.00 |
| Staff Engineer: | 91 | Hours @ | $110.00 | $10,010.00 |
| Surveyor: | 412.5 | Hours @ | $150.00 | $61,875.00 |
| 2-Man Survey Crew: | 13 | Hours @ | $210.00 | $2,730.00 |
| 1-Man Survey Crew: | 5 | Hours @ | $160.00 | $800.00 |
| Office Mgr.: | 20 | Hours @ | $90.00 | $1,800.00 |

Beaumont Mesa Lift Station

| | | | | |
|---|---|---|---|---|
| Principal: | 19 | Hours @ | $195.00 | $3,705.00 |

San Timoteo Monitoring Wells

| | | | | |
|---|---|---|---|---|
| Principal: | 2 | Hours @ | $195.00 | $390.00 |
| Sr. Asso./Eng.: | 17 | Hours @ | $170.00 | $2,890.00 |
| Office Mgr.: | 2.5 | Hours @ | $90.00 | $225.00 |
| Diversified Drilling- | $3,435.00 | + 15% | | $3,950.25 |

| | |
|---|---|
| ...unt Due: | **$148,335.25** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 266 of 1064
LOC4-062432

# Diversified Drilling

# Invoice

David Wood
P.O. Box 1300
Santa Clarita, CA 91380-1300
Contact No. 661-618-1000
License no. 709743

DATE: 1/20/12
INVOICE: 1007

BILL TO:
Union Light, residents, Inc.
Anna Rhine Ferdinand
43617 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1000
Fax no. 951-676-3000

| DESCRIPTION | | QUANTITY | AMOUNT |
|---|---|---|---|
| Service | Clean water levels/each at $25/well | 41 | 1,075.00 |
| Service | Stream gauging bi-monthly | 4 | inc. |
| Service | Water samples bi-monthly | 6 | inc. |
| Service | Pictures of stream depive | 11 | inc. |
| Service | Deliver water samples bi-monthly (Babcock) | 3 | inc. |
| Service | On-site water sampling bi-monthly | 6 | inc. |
| Travel | 140 miles/day at 50 ¢/mile | 3 | 210.00 |
| Travel | Additional mileage for water sampling/stream tests | | |
| | 300 miles at 50¢/mile | 1 | 150.00 |

3455.00

Subtotal   $3,436.00

Total Due   $3,435.00

Make all checks payable to:

David Wood

*Thank you for your business!*

Exhibit 14
Page 267 of 1064
LOC4-062433

# EXHIBIT 27

Exhibit 14
Page 268 of 1064

**City Of Beaumont**
550 EAST 6TH STREET
BEAUMONT CA   92223

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 0000000000033941 | 02/10/2011 | EFT000533 | |
| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
| 00000000000066537 | 2011-111 | 02/10/2011 | $385,208.24 | $385,208.24 | $0.00 | $0.00 | $385,208.24 |
| 00000000000066538 | 2011-110 | 02/10/2011 | $2,385.00 | $2,385.00 | $0.00 | $0.00 | $2,385.00 |
| 00000000000066539 | 2011-109 | 02/10/2011 | $93,996.03 | $93,996.03 | $0.00 | $0.00 | $93,996.03 |
| | | | $481,589.27 | $481,589.27 | $0.00 | $0.00 | $481,589.27 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

AA

Exhibit 14
Page 269 of 1064

LOC4-074474

RptBatchSumViewForm                                                              Page 1 of 1

**CitiBusiness Online**                              Report Date:          02/10/2011
**City of Beaumont**                                 Report Time:          07:40:42 PM

### Batch Summary Report by ID Number

| | | | | |
|---|---|---|---|---|
| Company Name: | **City Of Beaumont** | Effective Date: | 02/14/2011 | |
| ACH ID: | **6956000676** | Batch Sequence: | 1 | |
| Application Name: | **Validator** | Database Name: | Validator | |
| Batch Status: | **Released** | Confirm No.: | 988767 | |
| Status Message: | **Approved.** | | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|------|-----------|--------|-----|---------|-----------|-----------|-------------------|--------------------------|---------|
| DCI | DCI 001 | $113,923.56 | C | 322271724 | 203894779 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $1,850.00 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $481,589.27 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $597,362.83 | D | 321171184 | 3674058965 | C | 1 | 02/10/2011 19:39 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $597,362.83 | 1 |
| Credits | $597,362.83 | 3 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $597,362.83 | 1 |
| Credits | $597,362.83 | 3 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 270 of 1064
LOC4-074475

Page 1 of 1

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-111** |
| **INVOICE DATE** | **02/03/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

35-9350-4060-2102

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through January 28, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 130.00 | hours @ | $195.00 | $25,350.00 |
| Sr. Asso./Eng.: | 856.50 | hours @ | $170.00 | $145,605.00 |
| Surveyor: | 53.00 | hours @ | $150.00 | $7,950.00 |
| Sr. Planner: | 36.50 | hours @ | $130.00 | $4,745.00 |
| Sr. Designer II: | 1100.00 | hours @ | $130.00 | $143,000.00 |
| Staff Engineer: | 45.5 | Hours @ | $110 | 5,005.00 |
| Inspector: | 12.0 | hours @ | $100 | 1,200.00 |
| Inspector -Prev. Wage: | 71.0 | hours @ | $130 | 9,230.00 |
| Soils Tech.: | 2.0 | hours @ | $100 | 200.00 |
| Soils Tech.-Prev. Wage: | 10 | Hours @ | $130 | 1,300.00 |
| Office Mgr.: | 17.00 | hours @ | $90.00 | $1,530.00 |
| Exec. Secretary: | 15.0 | hours @ | $60 | 900.00 |
| | C.H.J. Inc.- | $21,652.28 | +15% | $24,900.12 |
| | C.H.J. Inc.- | $6,780.00 | +15% | $7,797.00 |
| | C.H.J. Inc.- | $5,648.80 | +15% | $6,496.12 |

| | |
|---|---|
| CIP Budget: | $7,968,000.00 |
| Previously Invoiced: | $1,656,669.51 |
| Current Invoice: | $360,498.24 |
| Balance Remaining: | $5,950,832.25 |

| | |
|---|---|
| **Total Amount Due:** | **$385,208.24** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 271 of 1064

LOC4-074476



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243 1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | **INVOICE** | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 1/19/2011 | 84179 |

| Client | Project |
|---|---|
| Urban Logic Consultants, Inc. | Urban Logic Consultants, Inc. |
| Attn: Kishen Prathivadi | Potrero Blvd Interchange |
| 43517 Ridge Park Dr., Ste. 200 | State Route 60 |
| Temecula, CA 92590 | Geotechnical Design Report |

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

December 16, 2010 through January 15, 2011
Services include finalization of Geotechnical Design Report dated December 30, 2010

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 9 | Hours - Senior Geologist | 140.00 | 1,260.00 |
| 49 | Hours - Project Engineer | 140.00 | 6,860.00 |
| 4 | Hours - Project Geologist | 140.00 | 560.00 |
| 100 | Hours - Senior Staff Engineer | 104.00 | 10,400.00 |
| 5 | Hours - Drafting/CAD Operator | 75.00 | 375.00 |
| 19 | Hours - Word Processing/Clerical | 60.00 | 1,140.00 |
| 1 | Outside Laboratory - Schiff Associates, Inc | 557.28 | 557.28 |
| 2 | Consolidation Test | 250.00 | 500.00 |

**TOTAL AMOUNT**     **21,652.28**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 272 of 1064
LOC4-074477



**C.H.J. Incorporated**

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
5345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | **INVOICE** | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 1/19/2011 | 84180 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

December 16, 2010 through January 15, 2011
Services include finalization of remaining Wall Type Selection Letter, San Timoteo Creek Bridge Type Selection Letter, San Timoteo Creek Bridge Foundation Report, Potrero Blvd. Overcrossing Bridge Foundation Report

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 7 | Hours - Senior Geologist | 140.00 | 980.00 |
| 20 | Hours - Project Engineer | 140.00 | 2,800.00 |
| 13 | Hours - Project Geologist | 140.00 | 1,820.00 |
| 2 | Hours - Staff Geologist | 104.00 | 208.00 |
| 3 | Hours - Senior Staff Engineer | 104.00 | 312.00 |
| 11 | Hours - Word Processing/Clerical | 60.00 | 660.00 |

**TOTAL AMOUNT**      **6,780.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 273 of 1064

LOC4-074478



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | | **INVOICE** | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| | | | 1/19/2011 | 84181 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
State Route 60 Potrero Bridge
Site, Beaumont
Fault Investigation

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-8- | Kishen Prathivadi | 1 |

December 16, 2010 through January 15, 2011
Services include coordination with CALTRANS and Mark Thomas & Company and revision/finalization of Fault Rupture Hazard Report

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 2 | Hours - Project Geologist | 140.00 | 280.00 |
| 1 | Outside Services - Larry Jacinto Construction | 5368.80 | 5,368.80 |

**TOTAL AMOUNT**      **5,648.80**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 274 of 1064

LOC4-074479

*Page 1 of 1*

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-110** |
| INVOICE DATE | **02/03/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    Attn:  **Alan Kapanicas, City Manager**

30-9350-4000

**Billing for Professional Services in connection with the**
**School District Property Purchase through January 28, 2011**

| | | | | |
|---|---|---|---|---:|
| Principal: | 1.0 | hours @ | $195 | 195.00 |
| Sr. Asso./Eng.: | 4.0 | hours @ | $170 | 680.00 |
| Staff Engineer: | 2 | Hours @ | $110 | 220.00 |
| Inspector: | 1.0 | hours @ | $100 | 100.00 |
| Inspector -Prev. Wage: | 5.0 | hours @ | $130 | 650.00 |
| Soils Tech.: | 1.0 | hours @ | $100 | 100.00 |
| Soils Tech.-Prev. Wage: | 2 | Hours @ | $130 | 260.00 |
| Exec. Secretary: | 3.0 | hours @ | $60 | 180.00 |

| | |
|---|---:|
| Budget: | $245,000.00 |
| Previously Invoiced: | $232,991.88 |
| Current Invoice: | $2,385.00 |
| Balance Remaining: | $9,623.12 |

| | |
|---|---:|
| **Total Amount Due:** | $2,385.00 |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 275 of 1064

LOC4-074480

## URBAN LOGIC CONSULTANTS, INC.
## PAYMENT SUMMARY

City of Beaumont
Invoice #       2011-109
Invoice Date    02/02/2011

| Description | | Amount |
|---|---|---:|
| General Fund/Development Fees: 1350-4060 | | 3,920.00 |
| Redevelopment Agency Funds: 360-3600-41060 | | 6,165.00 |
| *Sidewalk Improvement Project:* | | |
| Budget: | $107,149.00 | |
| Prev. Invoiced: | $36,845.00 | |
| Current Charges: | $2,720.00 | |
| Balance Remaining: | $67,584.00 | |
| Transportation Funds: 35-9350-4060 | | 6,605.00 |
| *Palm Ave./Elm Ave. Storm Drains* | | |
| Budget: | $236,283.00 | |
| Prev. Invoiced: | $32,337.50 | |
| Current Charges: | $465.00 | |
| Balance Remaining: | $203,480.50 | |
| Gas Tax: 03-9030-4060 | | 29,971.03 |
| Mitigation Fees: | | 47,335.00 |
| *Basic Services & Facilities:* 35-9350-8503 | | |
| WW O&M Budget: | $875,000.00 | |
| Prev. Invoiced: | $434,772.50 | |
| Current Charges: | $45,835.00 | |
| Balance Remaining: | $394,392.50 | |
| **TOTAL:** | | **$93,996.03** |

**All Budgets per approved 2010-2011 CIP.  All other charges approved per contract and/or City Manager's approval of T&M.**

Exhibit 14
Page 276 of 1064
LOC4-074481

Page 1 of 3

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-109** |
| INVOICE DATE | **02/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
Attn: **Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the
Period through January 28, 2011**

**_General Fund/Development Fees (1350-4060)_**
Acro AM/PM

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | $680.00 |
| High Desert Dist. Center | | | | |
| Sr. Asso./Eng.: | 18.00 | hours @ | $170.00 | $3,060.00 |
| Exec. Secretary: | 3.00 | hours @ | $60.00 | $180.00 |

**_GENERAL FUND/DEVELOPMENT FEES TOTAL:_** **_$3,920.00_**

**_Redevelopment Agency Funds_**
Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 16.00 | hours @ | $170.00 | $2,720.00 |
| Sidewalk Improvements-Phase III (CDBG) | | | | |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |
| Sidewalk Improvements-Phase II | | | | |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |
| Sidewalk Improvements-Ph. IV | | | | |
| Principal: | 2.00 | hours @ | $195.00 | $390.00 |
| Const. Manager: | 12.00 | hours @ | $150.00 | $1,800.00 |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |
| Elm St. Drainage Rehab | | | | |
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Sewer Repair & Const. | | | | |
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |

**_REDEVELOPMENT AGENCY FUNDS TOTAL:_** **_$6,165.00_**

**_Transportation Funds_**
Palm Ave./Elm Ave. Storm Drains

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |

| | |
|---|---|
| **Subtotal:** | **$10,550.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 277 of 1064

LOC4-074482

Page 2 of 3

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
Attn: **Alan Kapanicas, City Manager**

| | | | | |
|---|---|---|---|---|
| INVOICE NO. | | | | |
| **2011-109** | | | | |
| INVOICE DATE | | | | |
| **02/02/11** | | | | |
| W.O. DISTRIBUTION | | | | |

Billing for Public Works Services provided for the
Period through January 28, 2011

**_Transportation Funds_**
Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 10.00 | hours @ | $170.00 | $1,700.00 |
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Inspector-Prev. Wage: | 19.00 | hours @ | $130.00 | $2,470.00 |
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |

**TRANSPORTATION FUNDS TOTAL:** $6,605.00

**_Gas Tax_**
Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 11.00 | hours @ | $170.00 | $1,870.00 |
| Const. Manager: | 41.00 | hours @ | $150.00 | $6,150.00 |
| Inspector-Prev. Wage: | 29.00 | hours @ | $130.00 | $3,770.00 |
| Soils Tech.-Prev. Wage: | 7.00 | hours @ | $130.00 | $910.00 |
| CAL 216 - Relative Compaction | 3 | tests @ | $180.00 | $540.00 |
| CAL 231 - Use of Nuclear Gauges | 4 | days @ | $32.00 | $128.00 |

Palmer Ave/CVB St. Imp.

| | | | | |
|---|---|---|---|---|
| Surveyor: | 52.50 | hours @ | $150.00 | $7,875.00 |
| 1-Man Survey Crew: | 8.00 | hours @ | $160.00 | $1,280.00 |
| 2-Man Survey Crew: | 23.00 | hours @ | $210.00 | $4,830.00 |
| 2-Man Survey Crew-Prev. Wage: | 7.50 | hours @ | $245.00 | $1,837.50 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | $360.00 |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |
| | ARC- | $156.98 | +15% | $180.53 |

**GAS TAX TOTAL:** $29,971.03

**_Mitigation Fees_**
Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 23.00 | hours @ | $195.00 | $4,485.00 |
| Sr. Asso./Eng.: | 239.00 | hours @ | $170.00 | $40,630.00 |
| Const. Manager: | 3.00 | hours @ | $150.00 | $450.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |
| | | | Subtotal: | **$81,946.03** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 278 of 1064

LOC4-074483

Page 3 of 3

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-109** |
| INVOICE DATE | **02/02/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through January 28, 2011**

**_Mitigation Fees_**
Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 10.00 | hours @ | $150.00 | $1,500.00 |

**_MITIGATION FEE TOTAL:_**               **_$47,335.00_**

| | |
|---|---|
| Subtotal: | $1,500.00 |
| **Total Amount Due:** | **$93,996.03** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 279 of 1064
LOC4-074484

# ARC™

**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)680-1150

| | |
|---|---|
| **INVOICE NO.** | 5955841 |
| **INVOICE DATE** | 01/26/11 |
| **WORK ORDER#** | 402775 |

**SOLD TO:**
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

**DUE: 01/07/11 at 09:12AM**

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| CAROLYN/URBAN LOGIC GROUP | (951) 676-1944 | | HOUSE - IE |

| JOB# | JOB NAME | BILLER | LOC |
|---|---|---|---|
| | CALIMESA – Palmer Ave/CUB | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6141 | CONV TO PDF/DWF/JPEG | 7 | 1 | | 7 | EACH | | 3.50 |
| 1600 | 1ST SET PPC BOND | 7 | 1 | 24X36 | 42 | SF | | 6.51 |
| 1601 | PPC BOND | 7 | 4 | 24X36 | 168 | SF | | 26.04 |
| 1624 | LARGE FORMAT STAPLE | 5 | 1 | | 5 | EACH | | 5.00 |
| 1621.2 | LARGE FORMAT SET FOLDING | 5 | 1 | 24X36 | 30 | SF | | 15.00 |
| 1900 | B & W XEROX 8.5X11 | 70 | 3 | | 210 | EACH | | 31.50 |
| 1917 | XEROX CARD STOCK 8.5X11 | 6 | 1 | | 6 | EA | | 1.50 |
| 1921.9 | GBC PUNCH PER 500 | 1 | 1 | | 1 | EA | | 8.95 |
| 6163.28 | PS/PRN.DOC.CONV&PROC. | 1 | 70 | | 70 | MX1 | | 20.35 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 21.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 144.35 | | 12.63 | 156.98 | | 156.98 |

Invoices undisputed for 45 days are final.
452814

**TERMS:** Net 30 Days
Please Remit To: 345 CLINTON STREET, COSTA MESA CA 92626-6011

Exhibit 14
Page 280 of 1064

LOC4-074485

City Of Beaumont
550 EAST 6TH STREET
BEAUMONT CA   92223

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 00000000000034251 | 03/10/2011 | EFT000541 | |
| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
| 00000000000067125 | 2011-119 | 03/10/2011 | $38,780.00 | $38,780.00 | $0.00 | $0.00 | $38,780.00 |
| 00000000000067126 | 2011-120 | 03/10/2011 | $263,533.50 | $263,533.50 | $0.00 | $0.00 | $263,533.50 |
| 00000000000067127 | 2011-117 | 03/10/2011 | $10,730.00 | $10,730.00 | $0.00 | $0.00 | $10,730.00 |
| 00000000000067128 | 2011-118 | 03/10/2011 | $10,320.00 | $10,320.00 | $0.00 | $0.00 | $10,320.00 |
| 00000000000067129 | 2011-121 | 03/10/2011 | $4,700.00 | $4,700.00 | $0.00 | $0.00 | $4,700.00 |
| 00000000000067130 | 2011-122 | 03/10/2011 | $4,562.50 | $4,562.50 | $0.00 | $0.00 | $4,562.50 |
| 00000000000067131 | 2011-116 | 03/10/2011 | $9,237.09 | $9,237.09 | $0.00 | $0.00 | $9,237.09 |
| | | | $341,863.09 | $341,863.09 | $0.00 | $0.00 | $341,863.09 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 281 of 1064

LOC4-074529

RptBatchSumViewForm                                                 Page 1 of 1

**CitiBusiness Online**                            Report Date:        03/10/2011
**City of Beaumont**                               Report Time:        03:53:42 PM

### Batch Summary Report by ID Number

| | | | | |
|---|---|---|---|---|
| Company Name: | **City Of Beaumont** | Effective Date: | **03/11/2011** | |
| ACH ID: | **6956000676** | Batch Sequence: | **1** | |
| Application Name: | **Validator** | Database Name: | **Validator** | |
| Batch Status: | **Released** | Confirm No.: | **1006529** | |
| Status Message: | **Approved.** | | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| STEVE MOORE COMMUNICAT | STE002 | $2,837.50 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $341,863.09 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $344,700.59 | D | 321171184 | 3674058965 | C | 1 | 03/10/2011 15:52 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $344,700.59 | 1 |
| Credits | $344,700.59 | 2 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $344,700.59 | 1 |
| Credits | $344,700.59 | 2 |
| Prenotes | $0.00 | 0 |

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-120** |
| **INVOICE DATE** | **03/03/11** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through February 25, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 24.00 | hours @ | $195.00 | $4,680.00 |
| Sr. Asso./Eng.: | 545.00 | hours @ | $170.00 | $92,650.00 |
| Sr. Planner: | 12.00 | hours @ | $130.00 | $1,560.00 |
| Sr. Designer II: | 1181.00 | hours @ | $130.00 | $153,530.00 |
| Staff Engineer: | 26.00 | Hours @ | $110 | 2,860.00 |
| Office Mgr.: | 19.00 | hours @ | $90.00 | $1,710.00 |
| | C.H.J. Inc.- | $5,690.00 | +15% | $6,543.50 |

| | |
|---|---|
| CIP Budget: | $7,968,000.00 |
| Previously Invoiced: | $2,017,167.75 |
| Current Invoice: | $263,533.50 |
| Balance Remaining: | $5,687,298.75 |

35-9350 4000-2102

| **Total Amount Due:** | **$263,533.50** |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 283 of 1064
LOC4-074531

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-117** | |
| **INVOICE DATE** | |
| **03/03/11** | |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through February 25, 2011**

Gas Tax 03-9030-4060

**Road & Sewer Repairs**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Const. Manager: | 38.00 | hours @ | $150.00 | $5,700.00 |
| Inspector-Prev. Wage: | 6.00 | hours @ | $130.00 | $780.00 |
| Soils Tech.-Prev. Wage: | 7.00 | hours @ | $130.00 | $910.00 |

**Palmer Ave/CVB St. Imp.**

| | | | | |
|---|---|---|---|---|
| Surveyor: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Soils Tech.: | 4.00 | hours @ | $100.00 | $400.00 |
| Soils Tech.-Prev. Wage: | 8.00 | hours @ | $130.00 | $1,040.00 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | $360.00 |

| | |
|---|---|
| **Total Amount Due:** | **$10,730.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 284 of 1064
LOC4-074532

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | **2011-118** |
| INVOICE DATE | **03/03/11** |
| W.O. DISTRIBUTION | |

**Billing for Public Works Services provided for the**
**Period through February 25, 2011**

**General Fund/Development Fees (1350-4060)**

Acro AM/PM

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 1.00 | hours @ | $170.00 | $170.00 |

High Desert Dist. Center

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 23.00 | hours @ | $170.00 | $3,910.00 |
| Staff Engineer: | 44.00 | hours @ | $110.00 | $4,840.00 |

Cougar Ranch

| | | | | |
|---|---|---|---|---|
| Inspector: | 1.00 | hours @ | $100.00 | $100.00 |

Running Springs

| | | | | |
|---|---|---|---|---|
| Inspector: | 3.00 | hours @ | $100.00 | $300.00 |

Shell Gas Station

| | | | | |
|---|---|---|---|---|
| Inspector: | 9.00 | hours @ | $100.00 | $900.00 |
| Soils Tech.: | 1.00 | hours @ | $100.00 | $100.00 |

**Total Amount Due:** **$10,320.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 285 of 1064
LOC4-074533

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | **2011-121** |
| INVOICE DATE | **03/03/11** |
| W.O. DISTRIBUTION | |

---

**Billing for Public Works Services provided for the Period through February 25, 2011**

*Redevelopment Agency Funds*

Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| Inspector-Prev. Wage: | 9.00 | hours @ | $130.00 | $1,170.00 |
| Budget: | | $107,149.00 | | |
| Prev. Invoiced: | | $39,565.00 | | |
| Current Charges: | | $1,680.00 | | |
| Balance Remaining: | | $65,904.00 | | |

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 5.00 | hours @ | $195.00 | $975.00 |
| Const. Manager: | 4.00 | hours @ | $150.00 | $600.00 |
| Sr. Planner: | 2.00 | hours @ | $130.00 | $260.00 |

Elm St. Drainage Rehab

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Sr. Planner: | 2.50 | hours @ | $130.00 | $325.00 |

Old Town Street Lighting Rehab

| | | | | |
|---|---|---|---|---|
| Inspector-Prev. Wage: | 4.00 | hours @ | $130.00 | $520.00 |

*36-3000-4000*

| | |
|---|---|
| **Total Amount Due:** | **$4,700.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 286 of 1064
LOC4-074534

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-122** | |
| **INVOICE DATE** | |
| **03/03/11** | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

**W.O. DISTRIBUTION**

---

**Billing for Public Works Services provided for the
Period through February 25, 2011**

*Transportation Funds*
Palm Ave./Elm Ave. Storm Drains

| | | | | | |
|---|---|---|---|---|---|
| Surveyor: | 2.75 | hours @ | $150.00 | | $412.50 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | | $360.00 |
| | | Budget: | $236,283.00 | | |
| | | Prev. Invoiced: | $32,802.50 | | |
| | | Current Charges: | $772.50 | | |
| | | Balance Remaining: | $202,708.00 | | |

Heartland Mitigation

| | | | | | |
|---|---|---|---|---|---|
| Const. Manager: | 9.00 | hours @ | $150.00 | | $1,350.00 |
| Inspector-Prev. Wage: | 16.00 | hours @ | $130.00 | | $2,080.00 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | | $360.00 |

35-9350-4000

**Total Amount Due:** | **$4,562.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 287 of 1064
LOC4-074535

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-116** |
| INVOICE DATE | **03/03/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**School District Property Purchase through February 25, 2011**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 34.0 | hours @ | $170 | 5,780.00 |
| Staff Engineer: | 13.5 | Hours @ | $110 | 1,485.00 |
| Inspector: | 2.0 | hours @ | $100 | 200.00 |
| Inspector -Prev. Wage: | 12.0 | hours @ | $130 | 1,560.00 |
| | ARC- | $184.43 | + 15% | 212.09 |

| | |
|---|---|
| Budget: | $245,000.00 |
| Previously Invoiced: | $235,376.88 |
| Current Invoice: | $9,237.09 |
| Balance Remaining: | $386.03 |

35-9350- 4000

**Total Amount Due:** $9,237.09

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 288 of 1064
LOC4-074536

# ARC™

**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 5955552

**INVOICE DATE** 01/26/11

**WORK ORDER#** 402776

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 01/03/11 at 03:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | Andrew Sarmiento | |
| JOB# | JOB NAME | | | BILLER | LOC |
| | HVAC ELEC ROOM | | | Chantha Saway | 16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 5 | 1 | | 5 | EACH | | 7.50 |
| 1615.7 | 1ST SET PPC BOND PLOT | 5 | 1 | 24X36 | 30 | SF | | 5.82 |
| 1601 | PPC BOND | 5 | 5 | 24X36 | 150 | SF | | 29.10 |
| 1824 | LARGE FORMAT STAPLE | 6 | 1 | | 6 | EACH | | 1.78 |
| 1621.2 | LARGE FORMAT SET FOLDING | 6 | 1 | 24X36 | 36 | SF | | 18.00 |
| 1900 | B & W XEROX 8.5X11 | 119 | 6 | | 714 | EACH | | 48.27 |
| 1917 | XEROX CARD STOCK 8.5X11 | 12 | 1 | | 12 | EA | | 3.17 |
| 1921.9 | GBC PUNCH PER 500 | 1 | 1 | | 1 | EA | | 7.65 |
| 1950.13 | GBC 1" | 6 | 1 | | 6 | EACH | | 9.60 |
| 6163.26 | PS/PRN.DOC.CONV&PROC. | 1 | 119 | | 119 | MX1 | | 27.70 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 169.59 | | 14.84 | 184.43 | | 184.43 |

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

Invoices undisputed for 45 days are final.
450177

PMJ

Exhibit 14
Page 289 of 1064
LOC4-074537

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-119** |
| **INVOICE DATE** | **03/03/11** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through February 25, 2011**

### *Mitigation Fees*

**Wastewater O&M**

| | | | | |
|---|---|---|---|---|
| Principal: | 24.00 | hours @ | $195.00 | $4,680.00 |
| Sr. Asso./Eng.: | 184.00 | hours @ | $170.00 | $31,280.00 |
| Const. Manager: | 9.00 | hours @ | $150.00 | $1,350.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |
| | WW O&M Budget: | $875,000.00 | | |
| | Prev. Invoiced: | $480,607.50 | | |
| | Current Charges: | $37,580.00 | | |
| | Balance Remaining: | $356,812.50 | | |

**Lighting Replacement Project**

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |

35-9350-8503

| | |
|---|---|
| **Total Amount Due:** | **$38,780.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 290 of 1064

LOC4-074538



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

           | 2/21/2011 | 84349 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

January 16 through February15, 2011
Services Include:
Response to CALTRANS review comments and coordination with Mark Thomas & Company
Preparation and submittal of Geotechnical Design Report and Materials Report

| | | | |
|---|---|---|---|
| 3 | Hours - Senior Geologist | 140.00 | 420.00 |
| 24 | Hours - Project Engineer | 140.00 | 3,360.00 |
| 10 | Hours - Senior Staff Engineer | 104.00 | 1,040.00 |
| 2 | Hours - Drafting/CAD Operator | 75.00 | 150.00 |
| 12 | Hours - Word Processing/Clerical | 60.00 | 720.00 |

**TOTAL AMOUNT**      **5,690.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 291 of 1064

LOC4-074539

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 0000000000034584 | 04/07/2011 | EFT000550 | |
| **Our Voucher Number** | **Your Voucher Number** | **Date** | **Amount** | **Amount Paid** | **Discount** | **Writeoff** | **Net** |
| 0000000000067816 | 2011-127 | 04/07/2011 | $28,352.00 | $28,352.00 | $0.00 | $0.00 | $28,352.00 |
| 0000000000067817 | 2011-128 | 04/07/2011 | $12,472.00 | $12,472.00 | $0.00 | $0.00 | $12,472.00 |
| 0000000000067818 | 2011-129 | 04/07/2011 | $49,825.00 | $49,825.00 | $0.00 | $0.00 | $49,825.00 |
| 0000000000067819 | 2011-130 | 04/07/2011 | $144,460.00 | $144,460.00 | $0.00 | $0.00 | $144,460.00 |
| 0000000000067820 | 2011-131 | 04/07/2011 | $11,915.00 | $11,915.00 | $0.00 | $0.00 | $11,915.00 |
| 0000000000067821 | 2011-132 | 04/07/2011 | $12,830.00 | $12,830.00 | $0.00 | $0.00 | $12,830.00 |
| | | | $259,854.00 | $259,854.00 | $0.00 | $0.00 | $259,854.00 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

C C

Exhibit 14
Page 292 of 1064
LOC4-074540

RptBatchSumViewForm                                                    Page 1 of 1

**CitiBusiness Online**                           Report Date:        04/07/2011
**City of Beaumont**                              Report Time:        06:27:15 PM

### Batch Summary Report by ID Number

Company Name:      **City Of Beaumont**          Effective Date:     04/08/2011
ACH ID:            **6956000676**                Batch Sequence:     **1**
Application Name:  **Validator**                 Database Name:      **Validator**
Batch Status:      **Released**                  Confirm No.:        **1024919**
Status Message:    **Approved.**

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|------|-----------|--------|-----|---------|-----------|-----------|-------------------|--------------------------|---------|
| AKLUFI AND WYSOCKI | AKLU001 | $20,160.00 | C | 122000496 | 8970100056 | C | | | |
| BEAUMONT ELECTRIC INC. | BEAU012 | $6,746.68 | C | 122241631 | 002104398 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $1,750.00 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $259,854.00 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $288,510.68 | D | 321171184 | 3674058965 | C | 1 | 04/07/2011 18:25 | |

|  | Total Amount in Batch | Total Count in Batch |
|------|------|------|
| Debits | $288,510.68 | 1 |
| Credits | $288,510.68 | 4 |
| Prenotes | $0.00 | 0 |

|  | Grand Total Amount | Grand Total Count |
|------|------|------|
| Debits | $288,510.68 | 1 |
| Credits | $288,510.68 | 4 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 293 of 1064
LOC4-074541

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | |
| **2011-127** | |
| INVOICE DATE | |
| **04/06/11** | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through April 1, 2011**

*Gas Tax*

Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Sr. Asso./Eng.: | 7.00 | hours @ | $170.00 | $1,190.00 |
| Const. Manager: | 42.00 | hours @ | $150.00 | $6,300.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32.00 | $32.00 |

Palmer Ave/CVB St. Imp.

| | | | | |
|---|---|---|---|---|
| Surveyor: | 27.50 | hours @ | $150.00 | $4,125.00 |
| 2-Man Survey Crew-Prev. Wage: | 32 | Hours @ | $245.00 | 7,840.00 |
| Inspector: | 1.00 | hours @ | $100.00 | $100.00 |
| Inspector-Prev. Wage: | 26.00 | hours @ | $130.00 | $3,380.00 |
| Soils Tech.: | 4.00 | hours @ | $100.00 | $400.00 |
| Soils Tech.-Prev. Wage: | 28.00 | hours @ | $130.00 | $3,640.00 |
| Office Mgr.: | 7.00 | hours @ | $90.00 | $630.00 |
| CAL 216 - Relative Compaction | 2 | tests @ | $180.00 | $360.00 |
| CAL 231 - Use of Nuclear Gauges | 5 | days @ | $32.00 | $160.00 |

03-9080-4300

**Total Amount Due:** | **$28,352.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 294 of 1064
LOC4-074542

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | |
| **2011-128** | |
| INVOICE DATE | |
| **04/06/11** | |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through April 1, 2011**

### *General Fund/Development Fees (1350-4060)*

**Acro AM/PM**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | $680.00 |
| Staff Engineer: | 4.00 | hours @ | $110.00 | $440.00 |

**High Desert Dist. Center**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 24.00 | hours @ | $170.00 | $4,080.00 |
| Staff Engineer: | 2.00 | hours @ | $110.00 | $220.00 |

**City Council Meetings**

| | | | | |
|---|---|---|---|---|
| Principal: | 18.00 | hours @ | $195.00 | $3,510.00 |

**Shell Gas Station**

| | | | | |
|---|---|---|---|---|
| Staff Engineer: | 1.00 | hours @ | $110.00 | $110.00 |
| Inspector: | 34.00 | hours @ | $100.00 | $3,400.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32.00 | $32.00 |

1350-4060

| | |
|---|---|
| **Total Amount Due:** | **$12,472.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 295 of 1064
LOC4-074543

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | |
| **2011-129** | |
| INVOICE DATE | |
| **04/06/11** | |
| W.O. DISTRIBUTION | |

**Billing for Public Works Services provided for the Period through April 1, 2011**

***Mitigation Fees***

Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 21.00 | hours @ | $195.00 | $4,095.00 |
| Sr. Asso./Eng.: | 257.00 | hours @ | $170.00 | $43,690.00 |
| Const. Manager: | 6.00 | hours @ | $150.00 | $900.00 |
| Office Mgr.: | 6.00 | hours @ | $90.00 | $540.00 |

| | |
|---|---|
| WW O&M Budget: | $875,000.00 |
| Prev. Invoiced: | $518,187.50 |
| Current Charges: | $49,225.00 |
| Balance Remaining: | $307,587.50 |

Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 4.00 | hours @ | $150.00 | $600.00 |

35-9350-7502

| | |
|---|---|
| **Total Amount Due:** | **$49,825.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 296 of 1064
LOC4-074544

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-130** |
| INVOICE DATE | **04/06/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through April 1, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 141.00 | hours @ | $195.00 | $27,495.00 |
| Sr. Asso./Eng.: | 144.00 | hours @ | $170.00 | $24,480.00 |
| Surveyor: | 19.00 | hours @ | $150.00 | $2,850.00 |
| Sr. Planner: | 25.50 | hours @ | $130.00 | $3,315.00 |
| Sr. Designer II: | 299.00 | hours @ | $130.00 | $38,870.00 |
| Associate Eng.: | 320.00 | hours @ | $125.00 | $40,000.00 |
| Staff Engineer: | 53.00 | Hours @ | $110.00 | $5,830.00 |
| Office Mgr.: | 18.00 | hours @ | $90.00 | $1,620.00 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $2,280,701.25 |
| Current Invoice: | $144,460.00 |
| Balance Remaining: | $4,574,838.75 |

35-9350- 4060-2102    **Total Amount Due:**      **$144,460.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 297 of 1064
LOC4-074545

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | |
| | **2011-131** |
| INVOICE DATE | |
| | **04/06/11** |
| W.O. DISTRIBUTION | |

**Billing for Public Works Services provided for the Period through April 1, 2011**

*Redevelopment Agency Funds*

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 4.00 | hours @ | $195.00 | $780.00 |
| Const. Manager: | 4.00 | hours @ | $150.00 | $600.00 |

Sewer Repair & Const.

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |

Old Town Street Lighting Rehab

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Inspector-Prev. Wage: | 51.00 | hours @ | $130.00 | $6,630.00 |
| Soils Tech.-Prev. Wage: | 17.00 | hours @ | $130.00 | $2,210.00 |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| Soils Tech.: | 1.00 | hours @ | $100.00 | $100.00 |

310-3000-4000

| | |
|---|---|
| **Total Amount Due:** | **$11,915.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 298 of 1064
LOC4-074546

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-132** |
| INVOICE DATE | **04/06/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
  **550 East Sixth Street**
  **Beaumont, CA 92223**
  **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the**
**Period through April 1, 2011**

*Transportation Funds*
Palm Ave./Elm Ave. Storm Drains

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.0 | hours @ | $170.00 | 680.00 |
| Staff Engineer: | 16 | Hours @ | $110.00 | 1,760.00 |
| Surveyor: | 26.50 | hours @ | $150.00 | $3,975.00 |
| 1-Man Survey Crew: | 5.00 | hours @ | $160.00 | $800.00 |
| Office Mgr.: | 4.50 | hours @ | $90.00 | $405.00 |

|  |  |
|---|---|
| Budget: | $236,283.00 |
| Prev. Invoiced: | $33,575.00 |
| Current Charges: | $7,620.00 |
| Balance Remaining: | $195,088.00 |

Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 4.00 | hours @ | $150.00 | $600.00 |
| Sr. Planner: | 7.00 | hours @ | $130.00 | $910.00 |
| Inspector-Prev. Wage: | 25.00 | hours @ | $130.00 | $3,250.00 |
| Office Mgr.: | 5.00 | hours @ | $90.00 | $450.00 |

35-9350-4000

| **Total Amount Due:** | **$12,830.00** |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 299 of 1064
LOC4-074547

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:    1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | 00000000000034900 | 05/05/2011 | EFT000559 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 0000000000068331 | 2011-135 | 05/05/2011 | $8,541.00 | $8,541.00 | $0.00 | $0.00 | $8,541.00 |
| 0000000000068332 | 2011-136 | 05/05/2011 | $5,610.00 | $5,610.00 | $0.00 | $0.00 | $5,610.00 |
| 0000000000068333 | 2011-137 | 05/05/2011 | $46,470.00 | $46,470.00 | $0.00 | $0.00 | $46,470.00 |
| 0000000000068334 | 2011-138 | 05/05/2011 | $274,625.00 | $274,625.00 | $0.00 | $0.00 | $274,625.00 |
| 0000000000068335 | 2011-139 | 05/05/2011 | $18,760.00 | $18,760.00 | $0.00 | $0.00 | $18,760.00 |
| 0000000000068336 | 2011-140 | 05/05/2011 | $26,584.00 | $26,584.00 | $0.00 | $0.00 | $26,584.00 |
| | | | $380,590.00 | $380,590.00 | $0.00 | $0.00 | $380,590.00 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

*DD*

Exhibit 14
Page 300 of 1064
LOC4-074548

RptBatchSumViewForm                                        Page 1 of 1

**CitiBusiness Online**                          **Report Date:**        05/05/2011
**City of Beaumont**                             **Report Time:**        03:09:47 PM

### Batch Summary Report by ID Number

**Company Name:**     City Of Beaumont      **Effective Date:**    05/06/2011
**ACH ID:**           6956000676            **Batch Sequence:**    1
**Application Name:**  Validator            **Database Name:**     Validator
**Batch Status:**      Released             **Confirm No.:**       1042820
**Status Message:**    Approved.

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|------|-----------|--------|-----|---------|-----------|-----------|-------------------|--------------------------|---------|
| AKLUFI AND WYSOCKI | AKLU001 | $22,306.60 | C | 122000496 | 8970100056 | C | | | |
| BEAUMONT ELECTRIC INC. | BEAU012 | $45,438.48 | C | 122241831 | 002104398 | C | | | |
| JAMES NEHMENS | NHEM001 | $2,500.00 | C | 122000661 | 2081608187 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $1,412.50 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $380,590.00 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $452,247.58 | D | 321171184 | 3674058965 | C | 1 | 05/05/2011 15:09 | |

|  | Total Amount In Batch | Total Count In Batch |
|--|-----------------------|----------------------|
| Debits | $452,247.58 | 1 |
| Credits | $452,247.58 | 5 |
| Prenotes | $0.00 | 0 |

|  | Grand Total Amount | Grand Total Count |
|--|--------------------|-------------------|
| Debits | $452,247.58 | 1 |
| Credits | $452,247.58 | 5 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 301 of 1064

LOC4-074549

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-135** | |
| **INVOICE DATE** | |
| **05/04/11** | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Public Works Services provided for the Period through April 29, 2011**

*Gas Tax* O3-9030-4060

**Road & Sewer Repairs**

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| Const. Manager: | 28.00 | hours @ | $150.00 | $4,200.00 |
| Inspector-Prev. Wage: | 5.00 | hours @ | $136.50 | $682.50 |
| Soils Tech.-Prev. Wage: | 2.00 | hours @ | $136.50 | $273.00 |
| Palmer Ave/CVB St. Imp. | | | | |
| Inspector-Prev. Wage: | 11.00 | hours @ | $136.50 | $1,501.50 |
| Soils Tech.-Prev. Wage: | 6.00 | hours @ | $136.50 | $819.00 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | $360.00 |

| | |
|---|---|
| **Total Amount Due:** | **$8,541.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 302 of 1064
LOC4-074550

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-136** |
| INVOICE DATE | **05/04/11** |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the
Period through April 29, 2011**

### *General Fund/Development Fees (1350-4060)*

<u>Acro AM/PM</u>

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | $680.00 |
| Staff Engineer: | 4.00 | hours @ | $110.00 | $440.00 |

<u>High Desert Dist. Center</u>

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | $680.00 |

<u>Running Springs</u>

| | | | | |
|---|---|---|---|---|
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |

<u>Shell Gas Station</u>

| | | | | |
|---|---|---|---|---|
| Staff Engineer: | 1.00 | hours @ | $110.00 | $110.00 |
| Inspector: | 32.00 | hours @ | $100.00 | $3,200.00 |

**Total Amount Due:**  **$5,610.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 303 of 1064
LOC4-074551

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| INVOICE NO. |
| --- |
| **2011-137** |
| INVOICE DATE |
| **05/04/11** |
| W.O. DISTRIBUTION |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the**
**Period through April 29, 2011**

*Mitigation Fees*

Wastewater O&M

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 20.00 | hours @ | $195.00 | $3,900.00 |
| Sr. Asso./Eng.: | 240.00 | hours @ | $170.00 | $40,800.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |
| WW O&M Budget. | | | $875,000.00 | |
| Prev. Invoiced. | | | $567,412.50 | |
| Current Charges. | | | $44,970.00 | |
| Balance Remaining. | | | $262,617.50 | |

Lighting Replacement Project

| | | | | |
| --- | --- | --- | --- | --- |
| Const. Manager: | 10.00 | hours @ | $150.00 | $1,500.00 |

35-9350-8503

| **Total Amount Due:** | **$46,470.00** |
| --- | --- |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 304 of 1064
LOC4-074552

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-138** |
| INVOICE DATE | **05/04/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through April 29, 2011**

| | | | | |
|---|---|---|---|---:|
| Principal: | 27.00 | hours @ | $195.00 | $5,265.00 |
| Sr. Asso./Eng.: | 876.50 | hours @ | $170.00 | $149,005.00 |
| Surveyor: | 24.00 | hours @ | $150.00 | $3,600.00 |
| Sr. Planner: | 24.00 | hours @ | $130.00 | $3,120.00 |
| Sr. Designer II: | 862.00 | hours @ | $130.00 | $112,060.00 |
| Office Mgr.: | 17.50 | hours @ | $90.00 | $1,575.00 |

| | |
|---|---:|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $2,425,161.25 |
| Current Invoice: | $274,625.00 |
| Balance Remaining: | $4,300,213.75 |

35-9350-4000-2102

...unt Due:     $274,625.00

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 305 of 1064
LOC4-074553

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2011-139** |
| INVOICE DATE |
| **05/04/11** |

TO:  **City of Beaumont**
　　　**550 East Sixth Street**
　　　**Beaumont, CA  92223**
　　　**Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through April 29, 2011**

*Redevelopment Agency Funds*
Sidewalk Improvements-Ph. IV

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Sr. Asso./Eng.: | 1.00 | hours @ | $170.00 | $170.00 |
| Sr. Planner: | 2.00 | hours @ | $130.00 | $260.00 |
| Const. Manager: | 7.00 | hours @ | $150.00 | $1,050.00 |

Old Town Street Lighting Rehab

| | | | | |
| --- | --- | --- | --- | --- |
| Const. Manager: | 23.00 | hours @ | $150.00 | $3,450.00 |
| Inspector-Prev. Wage: | 13.00 | hours @ | $136.50 | $1,774.50 |
| Soils Tech.-Prev. Wage: | 13.00 | hours @ | $136.50 | $1,774.50 |

Rule 20A Underground Utility Project

| | | | | |
| --- | --- | --- | --- | --- |
| Const. Manager: | 9.00 | hours @ | $150.00 | $1,350.00 |
| Inspector-Prev. Wage: | 32.00 | hours @ | $136.50 | $4,368.00 |
| Soils Tech.-Prev. Wage: | 32.00 | hours @ | $136.50 | $4,368.00 |

360-36000-4000

| Total Amount Due: | $18,760.00 |
| --- | --- |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 306 of 1064
LOC4-074554

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-140** |
| INVOICE DATE | **05/04/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

---

**Billing for Public Works Services provided for the Period through April 29, 2011**

**_Transportation Funds_**

Palm Ave./Elm Ave. Storm Drains

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 2.0 | hours @ | $170.00 | $340.00 |
| Staff Engineer: | 55.0 | Hours @ | $110.00 | $6,050.00 |
| Surveyor: | 58.50 | hours @ | $150.00 | $8,775.00 |
| 2-Man Survey Crew: | 10.00 | hours @ | $210.00 | $2,100.00 |
| Office Mgr.: | 4.00 | hours @ | $90.00 | $360.00 |

| | |
|---|---|
| Budget: | $236,283.00 |
| Prev. Invoiced: | $41,195.00 |
| Current Charges: | $17,625.00 |
| Balance Remaining: | $177,463.00 |

Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 18.00 | hours @ | $150.00 | $2,700.00 |
| Sr. Planner: | 17.00 | hours @ | $130.00 | $2,210.00 |
| Inspector-Prev. Wage: | 26.00 | hours @ | $136.50 | $3,549.00 |
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |

35-9350 - 4000      **Total Amount Due:**     **$26,584.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 307 of 1064
LOC4-074555

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | | Check Name | | Payment Number | | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | | URBAN LOGIC CONSULTANTS | | 0000000000035418 | | 06/09/2011 | EFT000572 | |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 0000000000069179 | 2011-148 | 08/09/2011 | $20,494.50 | $20,494.50 | $0.00 | $0.00 | $20,494.50 |
| 0000000000069180 | 2011-147 | 08/09/2011 | $33,407.00 | $33,407.00 | $0.00 | $0.00 | $33,407.00 |
| 0000000000069181 | 2011-146 | 08/09/2011 | $242,817.50 | $242,817.50 | $0.00 | $0.00 | $242,817.50 |
| 0000000000069182 | 2011-145 | 08/09/2011 | $45,985.00 | $45,985.00 | $0.00 | $0.00 | $45,985.00 |
| 0000000000069183 | 2011-144 | 08/09/2011 | $1,420.00 | $1,420.00 | $0.00 | $0.00 | $1,420.00 |
| 0000000000069184 | 2011-143 | 08/09/2011 | $5,009.00 | $5,009.00 | $0.00 | $0.00 | $5,009.00 |
| | | | $349,113.00 | $349,113.00 | $0.00 | $0.00 | $349,113.00 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

E E

Exhibit 14
Page 308 of 1064
LOC4-074556

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-147** |
| INVOICE DATE | **06/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through May 27, 2011**

### *Redevelopment Agency Funds*

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 12.00 | hours @ | $150.00 | $1,800.00 |
| Surveyor: | 41.50 | hours @ | $150.00 | $6,225.00 |
| Soils Tech.-Prev. Wage: | 4.00 | hours @ | $136.50 | $546.00 |

Old Town Street Lighting Rehab

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 17.00 | hours @ | $150.00 | $2,550.00 |
| Inspector-Prev. Wage: | 30.00 | hours @ | $136.50 | $4,095.00 |
| Soils Tech.-Prev. Wage: | 28.00 | hours @ | $136.50 | $3,822.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32.00 | $32.00 |

Rule 20A Underground Utility Project

| | | | | |
|---|---|---|---|---|
| Principal: | 2.00 | hours @ | $195.00 | $390.00 |
| Const. Manager: | 12.00 | hours @ | $150.00 | $1,800.00 |
| Inspector-Prev. Wage: | 51.00 | hours @ | $136.50 | $6,961.50 |
| Soils Tech.-Prev. Wage: | 31.00 | hours @ | $136.50 | $4,231.50 |
| Office Manager: | 4.00 | hours @ | $90.00 | $360.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 2 | days @ | $32.00 | $64.00 |

Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 1.00 | hours @ | $170.00 | $170.00 |

A/P Sales Tax:   (Circle One - Line 2 and 3)
Service   Goods   Freight   Food
BMT Inv – Sales Tax Charged?   YES   NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%  _____ +Freight _____
Total $_____ BFA Sales Tax # 0000-1100

31-3600-4060

| Total Amount Due: | $33,407.00 |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 309 of 1064
LOC4-074557

RptBatchSumViewForm                                                      Page 1 of 1

**CitiBusiness Online**                           Report Date:          06/09/2011
**City of Beaumont**                              Report Time:          11:48:48 AM

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| **Company Name:** | City Of Beaumont | **Effective Date:** | 06/10/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1065134 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| STEVE MOORE COMMUNICAT | STE002 | $3,687.50 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $349,113.00 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $352,800.50 | D | 321171184 | 3674058965 | C | 1 | 06/09/2011 11:44 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $352,800.50 | 1 |
| Credits | $352,800.50 | 2 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $352,800.50 | 1 |
| Credits | $352,800.50 | 2 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 310 of 1064
LOC4-074558

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-148** |
| INVOICE DATE | **06/02/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through May 27, 2011**

### *Transportation Funds*

Palm Ave./Elm Ave. Storm Drains

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 9.0 | hours @ | $170.00 | $1,530.00 |
| Staff Engineer: | 64.0 | Hours @ | $110.00 | $7,040.00 |
| Surveyor: | 0.75 | hours @ | $150.00 | $112.50 |
| | Budget: | | $236,283.00 | |
| | Prev. Invoiced: | | $58,820.00 | |
| | Current Charges: | | $8,682.50 | |
| | Balance Remaining: | | $168,780.50 | |

Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 28.0 | hours @ | $170.00 | $4,760.00 |
| Const. Manager: | 12.00 | hours @ | $150.00 | $1,800.00 |
| Sr. Planner: | 21.50 | hours @ | $130.00 | $2,795.00 |
| Inspector-Prev. Wage: | 18.00 | hours @ | $136.50 | $2,457.00 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
(Service)   Goods    Freight    Food
BMT Inv – Sales Tax Charged?   YES   (NO)
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $ _____ X
8.75% _____ +Freight _____
Total $ _____ BFA Sales Tax # 0000-1100

35-9350-4060

Amount Due: | **$20,494.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 311 of 1064
LOC4-074559

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-146** |
| INVOICE DATE | **06/02/11** |
| W.O. DISTRIBUTION | |

TO:  City of Beaumont
550 East Sixth Street
Beaumont, CA  92223
Attn: Alan Kapanicas, City Manager

**Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through May 27, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 116.50 | hours @ | $195.00 | $22,717.50 |
| Sr. Asso./Eng.: | 628.00 | hours @ | $170.00 | $106,760.00 |
| Surveyor: | 47.75 | hours @ | $150.00 | $7,162.50 |
| Sr. Planner: | 10.00 | hours @ | $130.00 | $1,300.00 |
| Sr. Designer II: | 781.25 | hours @ | $130.00 | $101,562.50 |
| Associate Eng.: | 8.00 | hours @ | $125.00 | $1,000.00 |
| Staff Eng.: | 5.50 | hours @ | $110.00 | $605.00 |
| | 19.00 | hours @ | $90.00 | $1,710.00 |

**A/P Sales Tax:** (Circle One - Line 2 and 3)
Service        Goods        Freight              Food
BMT Inv – Sales Tax Charged?        YES        NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $ _____ X
8.75% _____ +Freight _____
Total $ _____ BFA Sales Tax # 0000-1100

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $2,699,786.25 |
| Current Invoice: | $242,817.50 |
| Balance Remaining: | $4,057,396.25 |

35-9360-4000-2102                    ...unt Due:        $242,817.50

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 312 of 1064
LOC4-074560

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-145** | |
| **INVOICE DATE** | |
| **06/02/11** | |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the**
**Period through May 27, 2011**

### *Mitigation Fees*

**Wastewater O&M**

| | | | | |
|---|---|---|---|---|
| Principal: | 5.00 | hours @ | $195.00 | $975.00 |
| Sr. Asso./Eng.: | 256.00 | hours @ | $170.00 | $43,520.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | $270.00 |

| | |
|---|---|
| WW O&M Budget: | $875,000.00 |
| Prev. Invoiced: | $612,382.50 |
| Current Charges: | $44,765.00 |
| Balance Remaining: | $217,852.50 |

**Lighting Replacement Project**

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
Service     Goods     Freight     Food
BMT Inv – Sales Tax Charged?     YES     NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____ +Freight _____
Total $_____ BFA Sales Tax # 0000-1100

35-9350-8503

| | |
|---|---|
| **Total Amount Due:** | **$45,965.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 313 of 1064
LOC4-074561

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| INVOICE NO. |
| --- |
| **2011-144** |
| INVOICE DATE |
| **06/02/11** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Public Works Services provided for the Period through May 27, 2011**

*General Fund/Development Fees (1350-4060)*

| | | | | |
| --- | --- | --- | --- | --- |
| Acro AM/PM | | | | |
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| High Desert Dist. Center | | | | |
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| Shell Gas Station | | | | |
| Inspector: | 4.00 | hours @ | $100.00 | $400.00 |

**A/P Sales Tax**:   (Circle One - Line 2 and 3)

Service    Goods    Freight    Food

BMT Inv – Sales Tax Charged?    YES    NO

If yes, Stop - If no, Calculate X-Rate

Tangible Goods Amt $_____ X

8.75% _____ +Freight _____

Total $_____ BFA Sales Tax # 0000-1100

| | |
| --- | --- |
| **Total Amount Due:** | **$1,420.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 314 of 1064
LOC4-074562

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-143** |
| INVOICE DATE | **06/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

Billing for Public Works Services provided for the
Period through May 27, 2011

*Gas Tax* 03-9030-4060

### Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| Const. Manager: | 14.00 | hours @ | $150.00 | $2,100.00 |
| Inspector.-Prev. Wage: | 6.00 | hours @ | $136.50 | $819.00 |
| Soils Tech.-Prev. Wage: | 8.00 | hours @ | $136.50 | $1,092.00 |

### Palmer Ave/CVB St. Imp.

| | | | | |
|---|---|---|---|---|
| CAL 216 - Relative Compaction | 2 | tests @ | $180.00 | $360.00 |
| CAL 231 - Use of Nuclear Gauges | 4 | days @ | $32.00 | $128.00 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
Service    Goods    Freight    Food
BMT Inv – Sales Tax Charged?    YES    NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ 0 _____ X
8.75% _____ 0 _____ +Freight _____ 0 _____
Total $ _____ 0 _____ BFA Sales Tax # 0000-1100

| | |
|---|---|
| **Total Amount Due:** | **$5,009.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 315 of 1064
LOC4-074563

**Shay Norville**

| | |
|---|---|
| **From:** | Alan Kapanicas [ggms@earthlink.net] |
| **Sent:** | Thursday, June 02, 2011 1:48 PM |
| **To:** | Shay Norville; Shirley Cobos |
| **Subject:** | FW: Retainer bills |
| **Attachments:** | Retainer.PDF |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **Categories:** | FINANCE |

Approved to process. Thanks, Alan K.

**From:** LaNora Ochs [mailto:ulclanora@aol.com]
**Sent:** Thursday, June 02, 2011 10:17 AM
**To:** ggms@earthlink.net
**Subject:** Retainer bills

Hi Alan,

Attached are our retainer invoices for your review.  If they are okay, please forward to Finance for processing.  Thank you!

LaNora I. Ochs
Office Manager
Urban Logic Consultants, Inc.
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590
951-676-1944
(f) 951-676-2054

1

Exhibit 14
Page 316 of 1064
LOC4-074564

**City Of Beaumont**
550 EAST 6TH STREET
BEAUMONT CA   92223

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 0000000000035872 | 07/22/2011 | EFT000584 | |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000070040 | 2011-152 | 06/30/2011 | $4,512.00 | $4,512.00 | $0.00 | $0.00 | $4,512.00 |
| 00000000000070041 | 2011-153 | 06/30/2011 | $4,070.00 | $4,070.00 | $0.00 | $0.00 | $4,070.00 |
| 00000000000070042 | 2011-154 | 06/30/2011 | $58,420.00 | $58,420.00 | $0.00 | $0.00 | $58,420.00 |
| 00000000000070043 | 2011-155 | 06/30/2011 | $253,249.87 | $253,249.87 | $0.00 | $0.00 | $253,249.87 |
| 00000000000070044 | 2011-156 | 06/30/2011 | $24,809.50 | $24,809.50 | $0.00 | $0.00 | $24,809.50 |
| 00000000000070045 | 2011-157 | 06/30/2011 | $13,741.00 | $13,741.00 | $0.00 | $0.00 | $13,741.00 |
| | | | $358,802.37 | $358,802.37 | $0.00 | $0.00 | $358,802.37 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

F F

Exhibit 14
Page 317 of 1064
LOC4-074257

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-152** |
| INVOICE DATE | **07/07/11** |

W.O. DISTRIBUTION

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 1, 2011**

*Gas Tax*
Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Principal: | 3.00 | hours @ | $195.00 | $585.00 |
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Inspector-Prev. Wage: | 9.00 | hours @ | $136.50 | $1,228.50 |
| Soils Tech.-Prev. Wage: | 9.00 | hours @ | $136.50 | $1,228.50 |
| Office Mgr.: | 1.00 | hours @ | $90.00 | $90.00 |

Palmer Ave/CVB St. Imp.

| | | | | |
|---|---|---|---|---|
| Office Mgr.: | 2.00 | hours @ | $90.00 | $180.00 |

03-9630-4060

**Total Amount Due:**    **$4,512.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 318 of 1064
LOC4-074258

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-153** |
| **INVOICE DATE** | **07/07/11** |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**W.O. DISTRIBUTION**

**Billing for Public Works Services provided for the Period through July 1, 2011**

*General Fund/Development Fees (1350-4060)*

| Acro AM/PM | | | | | |
|---|---|---|---|---|---|
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | | $340.00 |
| Const. Mgr.: | 2.00 | hours @ | $150.00 | | $300.00 |
| **High Desert Dist. Center** | | | | | |
| Sr. Asso./Eng.: | 11.00 | hours @ | $170.00 | | $1,870.00 |
| **Beaumont Logistics Center** | | | | | |
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | | $680.00 |
| City Council Meetings | | | | | |
| Principal: | 4.00 | hours @ | $195.00 | | $780.00 |
| Running Springs | | | | | |
| Inspector: | 1.00 | hours @ | $100.00 | | $100.00 |

| | |
|---|---|
| **Total Amount Due:** | **$4,070.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 319 of 1064
LOC4-074259

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-154** |
| INVOICE DATE | **07/07/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 1, 2011**

### *Mitigation Fees*

Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 46.00 | hours @ | $195.00 | $8,970.00 |
| Sr. Asso./Eng.: | 278.00 | hours @ | $170.00 | $47,260.00 |
| Office Mgr.: | 6.00 | hours @ | $90.00 | $540.00 |
| WW O&M Budget: | | $875,000.00 | | |
| Prev. Invoiced: | | $657,147.50 | | |
| Current Charges: | | $56,770.00 | | |
| Balance Remaining: | | $161,082.50 | | |

Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 11.00 | hours @ | $150.00 | $1,650.00 |

36-9350-8503

| | |
|---|---|
| **Total Amount Due:** | **$58,420.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 320 of 1064
LOC4-074260

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-155** |
| INVOICE DATE | 07/07/11 |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through July 1, 2011**

| | | | | |
|---|---|---|---|---:|
| Principal: | 86.50 | hours @ | $195.00 | $16,867.50 |
| Sr. Asso./Eng.: | 574.00 | hours @ | $170.00 | $97,580.00 |
| Surveyor: | 43.00 | hours @ | $150.00 | $6,450.00 |
| Sr. Planner: | 36.50 | hours @ | $130.00 | $4,745.00 |
| Sr. Designer II: | 775.00 | hours @ | $130.00 | $100,750.00 |
| Associate Eng.: | 22.50 | hours @ | $125.00 | $2,812.50 |
| Staff Eng.: | 6.00 | hours @ | $110.00 | $660.00 |
| Office Mgr.: | 21.00 | hours @ | $90.00 | $1,890.00 |
| ARC- | $3,100.19 | + 15% | | $3,565.22 |
| C.H.J.- | $7,236.00 | + 15% | | $8,321.40 |
| C.H.J.- | $2,940.00 | + 15% | | $3,381.00 |
| Iapping- | $5,415.00 | + 15% | | $6,227.25 |

| | |
|---|---:|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $2,942,603.75 |
| Current Invoice: | $253,249.87 |
| Balance Remaining: | $3,804,146.38 |

35-9350-4060-2102

| ...unt Due: | $253,249.87 |
|---|---:|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 321 of 1064
LOC4-074261

**ARC**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6048652**

INVOICE DATE **05/02/11**

WORK ORDER# **F1420181**

SOLD TO:
Cust# 86528
MTS ENGINEERS, INC
1960 ZANKER ROAD
SAN JOSE, CA 95112

SHIP TO:
Cust# 31
ATTN: MTS / MADONNA
WILL CALL/WAITER - CORPORATE
345 CLINTON ST.
COSTA MESA, CA 92626

DUE: 05/02/11 at 01:00PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| MADONNA/MTS ENGINEERS, INC | (949) 477-9000 | | Lorraine Labellarte |
| JOB# | JOB NAME | | BILLER | LOC |
| 651 POTERO | | | Kevin Oermann | 01 |

| | DESCRIPTION | ORDERED | COPIES | | PRINT | | TOTAL |
|---|---|---|---|---|---|---|---|
| 6121.24 | C/C SCAN PDF/TIFF 8.5X11 | 330 | 1 | 330 | EA | | 495.00 |
| 2511.40 | FIERY DOCUMENT SET-UP | 1 | 1 | 1 | EA | | 6.00 |
| 2516 | 1ST PAGE FIERY 8.5X11 | 330 | 1 | 330 | MX1 | | 330.00 |
| 2517 | FIERY 8.5X11 | 330 | 12 | 3960 | EACH | | 1980.00 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 12 | 12 | EA | | 15.00 |
| 1950.12 | GBC 7/8" | 1 | 12 | 12 | EACH | | 30.60 |
| 1917 | 80# UNCOATED COVER 8.5X11 | 1 | 12 | 12 | EA | | 1.80 |

Vendor # _____ Month _May_
Accounts # _____ SS - 10114-100-099
_____
_____
Route to _____ Approved _____

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 2858.40 | -7.65 | 249.44 | 3100.19 | | 3100.19 |

Invoices undisputed for 45 days are final.
528244

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
.B

Exhibit 14
Page 322 of 1064
LOC4-074262



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209





| INVOICE DATE | INVOICE NO. |
|---|---|
| 6/20/2011 | 85037 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| URBA03 | | 10452-3 | Kishen Prathivad | 1 |
|---|---|---|---|---|

May 16 through June 15, 2011
Services Include:
1) Meetings, teleconferences with Mark Thomas & Co. regarding Potrero OC and San Timoteo Bridge foundation reports
2) Preparation and submittal of revised Potrero OC foundation report in response to CALTRANS review comments

| | | | |
|---|---|---|---|
| 2 | Hours - Senior Geologist | 140.00 | 280.00 |
| 19 | Hours - Project Engineer | 140.00 | 2,660.00 |
| 39 | Hours - Senior Staff Engineer | 104.00 | 4,056.00 |
| 4 | Hours - Word Processing/Clerical | 60.00 | 240.00 |

**TOTAL AMOUNT** 7,236.00

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 323 of 1064
LOC4-074263



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

 

| | 6/20/2011 | 85036 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| URBA03 | | 10451-3 | Kishen Prathivad | | 1 |

May 16 through June 15, 2011
Services include: revisions to Geotechnical design and materials reports in response to CALTRANS
review comments

| | | | | |
|---|---|---|---|---|
| 17 | Hours - Project Engineer | | 140.00 | 2,380.00 |
| 4 | Hours - Project Geologist | | 140.00 | 560.00 |

**TOTAL AMOUNT**   **2,940.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
LOC4-074264

Jul. 6. 2011  3:14PM  DENNIS  No. 1151  P. 1



**VERTICAL MAPPING**
RESOURCES. INC
15169 North Scottsdale Road
Building C, Suite 320
Scottsdale, AZ 85254
Phone: 480.948.2555
Fax: 480.948.2321
Web: www.verticalmapping.com

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/10/2011 | INV-11-2018 |

**Bill To**
Dennis Janda, Inc.
42164 Remington Avenue
Temecula, CA 92592

| Client Project # | Terms | Ship Date | Ship Via | VMR Project Code | |
|---|---|---|---|---|---|
| 4th Street | Net 30 | 6/10/2011 | FTP | 11-1574 - 4th Street | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Aerial Photography at 1"=300' Photo Scale (7 B/W Exposures) | 1 | 1,100.00 | 1,100.00 |
| Precision Scanning at 14 Microns | 1 | 105.00 | 105.00 |
| Aerotriangulation Utilizing ISAT Software | 1 | 455.00 | 455.00 |
| Delivery of 1"=40' Topographic Mapping (DTM & 1' Contours) in AutoCAD Format. | 1 | 3,755.00 | 3,755.00 |

JUN 16 RR'D

Thank you from everyone at Vertical Mapping Resources!

| Total | $5,415.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | **$5,415.00** |

ULC- 11-010

Exhibit 14
Page 325 of 1064
LOC4-074265

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-156** |
| INVOICE DATE | **07/07/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 1, 2011**

*Redevelopment Agency Funds*

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 6.00 | hours @ | $195.00 | $1,170.00 |
| Const. Manager: | 30.00 | hours @ | $150.00 | $4,500.00 |
| Surveyor: | 8.50 | hours @ | $150.00 | $1,275.00 |
| Staff Eng.: | 1.00 | hours @ | $110.00 | $110.00 |
| Inspector-Prev. Wage: | 37.00 | hours @ | $136.50 | $5,050.50 |
| Soils Tech.-Prev. Wage: | 4.00 | hours @ | $136.50 | $546.00 |
| Office Manager: | 3.00 | hours @ | $90.00 | $270.00 |

Old Town Street Lighting Rehab

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 9.00 | hours @ | $150.00 | $1,350.00 |
| Inspector-Prev. Wage: | 9.00 | hours @ | $136.50 | $1,228.50 |
| Soils Tech.-Prev. Wage: | 9.00 | hours @ | $136.50 | $1,228.50 |

Rule 20A Underground Utility Project

| | | | | |
|---|---|---|---|---|
| Principal: | 3.00 | hours @ | $195.00 | $585.00 |
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Inspector-Prev. Wage: | 29.00 | hours @ | $136.50 | $3,958.50 |
| Soils Tech.-Prev. Wage: | 5.00 | hours @ | $136.50 | $682.50 |
| Office Manager: | 2.00 | hours @ | $90.00 | $180.00 |

Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 7.00 | hours @ | $170.00 | $1,190.00 |

Elm St. Drainage Rehab.

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Office Manager: | 1.00 | hours @ | $90.00 | $90.00 |

36-36000-4060

| | |
|---|---|
| Total Amount Due: | **$24,809.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 326 of 1064
LOC4-074266

## Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-157** |
| INVOICE DATE | **07/07/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA 92223**
   **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 1, 2011**

*Transportation Funds*
Palm Ave./Elm Ave. Storm Drains

| | | | | |
|---|---|---|---|---|
| Principal: | 2.0 | hours @ | $195.00 | $390.00 |
| Office Mgr.: | 3.0 | Hours @ | $90.00 | $270.00 |
| | Budget. | | $236,283.00 | |
| | Prev. Invoiced. | | $67,502.50 | |
| | Current Charges. | | $660.00 | |
| | Balance Remaining. | | $168,120.50 | |

Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Principal: | 12.0 | hours @ | $195.00 | $2,340.00 |
| Const. Manager: | 9.0 | hours @ | $150.00 | $1,350.00 |
| Sr. Planner: | 17.5 | hours @ | $130.00 | $2,275.00 |
| Inspector-Prev. Wage: | 24.0 | hours @ | $136.50 | $3,276.00 |
| Plan Checker: | 37.5 | hours @ | $100.00 | $3,750.00 |
| Office Mgr.: | 1.0 | Hours @ | $90.00 | $90.00 |

35-932-4060

| ...unt Due: | $13,741.00 |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 327 of 1064
LOC4-074267

**Shay Norville**

| | |
|---|---|
| **From:** | Alan Kapanicas [ggms@earthlink.net] |
| **Sent:** | Thursday, June 02, 2011 1:48 PM |
| **To:** | Shay Norville; Shirley Cobos |
| **Subject:** | FW: Retainer bills |
| **Attachments:** | Retainer.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **Categories:** | FINANCE |

Approved to process. Thanks, Alan K.

**From:** LaNora Ochs [mailto:ulclanora@aol.com]
**Sent:** Thursday, June 02, 2011 10:17 AM
**To:** ggms@earthlink.net
**Subject:** Retainer bills

Hi Alan,

Attached are our retainer invoices for your review.  If they are okay, please forward to Finance for processing.  Thank you!

LaNora I. Ochs
Office Manager
Urban Logic Consultants, Inc.
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590
951-676-1944
(f) 951-676-2054

1

Exhibit 14
Page 328 of 1064
LOC4-074268

RptBatchSumViewForm                                                          Page 1 of 1

**CitiBusiness Online**                              Report Date:         07/22/2011
**City of Beaumont**                                 Report Time:         11:32:07 AM

### Batch Summary Report by ID Number

| | | | | |
|---|---|---|---|---|
| Company Name: | City Of Beaumont | | Effective Date: | 07/25/2011 |
| ACH ID: | 6956000676 | | Batch Sequence: | 1 |
| Application Name: | Validator | | Database Name: | Validator |
| Batch Status: | Released | | Confirm No.: | 1095060 |
| Status Message: | Approved. | | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| BEAUMONT ELECTRIC INC. | BEAU012 | $13,702.30 | C | 122241831 | 002104398 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $358,802.37 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $372,504.67 | D | 321171184 | 3674058965 | C | 1 | 07/22/2011 11:31 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $372,504.67 | 1 |
| Credits | $372,504.67 | 2 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $372,504.67 | 1 |
| Credits | $372,504.67 | 2 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 329 of 1064
LOC4-074269

City Of Beaumont
550 EAST 6TH STREET
BEAUMONT CA   92223

Page:   1

| Vendor ID | Vendor Name | | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | | URBAN LOGIC CONSULTANTS | | 0000000000036338 | 08/18/2011 | EFT000600 | |
| Our Voucher Number | Your Voucher Number | Date | Amount | | Amount Paid | Discount | Writeoff | Net |
| 0000000000070836 | 2011-160 | 08/18/2011 | $29,881.00 | | $29,881.00 | $0.00 | $0.00 | $29,881.00 |
| 0000000000070837 | 2011-161 | 08/18/2011 | $2,980.00 | | $2,980.00 | $0.00 | $0.00 | $2,980.00 |
| 0000000000070838 | 2011-162 | 08/18/2011 | $49,185.00 | | $49,185.00 | $0.00 | $0.00 | $49,185.00 |
| 0000000000070839 | 2011-163 | 08/18/2011 | $340,237.22 | | $340,237.22 | $0.00 | $0.00 | $340,237.22 |
| 0000000000070840 | 2011-164 | 08/18/2011 | $17,570.00 | | $17,570.00 | $0.00 | $0.00 | $17,570.00 |
| 0000000000070841 | 2011-165 | 08/18/2011 | $8,201.50 | | $8,201.50 | $0.00 | $0.00 | $8,201.50 |
| | | | $448,034.72 | | $448,034.72 | $0.00 | $0.00 | $448,034.72 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 330 of 1064
LOC4-074270

RptBatchSumViewForm                                              Page 1 of 1

**CitiBusiness Online**                          **Report Date:**        08/18/2011
**City of Beaumont**                             **Report Time:**        08:05:50 PM

### Batch Summary Report by ID Number

| | | | | |
|---|---|---|---|---|
| **Company Name:** | **City Of Beaumont** | **Effective Date:** | 08/22/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1114173 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|------|-----------|--------|-----|---------|-----------|-----------|-------------------|--------------------------|---------|
| BEAUMONT ELECTRIC INC. | BEAU012 | $83,940.39 | C | 122241831 | 002104398 | C | | | |
| ELITE COMPANIES US, IN | ELIT002 | $126,812.78 | C | 122000247 | 8199843163 | C | | | |
| RIVERSIDE COUNTY | RIVE004 | $428,054.19 | C | 122000496 | 2740018593 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $448,034.72 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $1,086,642.08 | D | 321171184 | 3674058985 | C | 1 | 08/18/2011 20:04 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $1,086,642.08 | 1 |
| Credits | $1,086,642.08 | 4 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $1,086,642.08 | 1 |
| Credits | $1,086,642.08 | 4 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 331 of 1064
LOC4-074271

**Bill Aylward**

| | |
|---|---|
| **From:** | Alan Kapanicas |
| **Sent:** | Friday, August 12, 2011 2:22 PM |
| **To:** | Bill Aylward |
| **Subject:** | Re: ULC invoices |

Yes.

Sent from my Verizon Wireless Device

Bill Aylward <baylward@ci.beaumont.ca.us> wrote:

Did you approve?  They ended back in my mail.


Bill Aylward, CPA

Assistant City Manager/Finance Director

City of Beaumont

550 E 6th Street

Beaumont CA  92223

Tel 951-769-8516

Fax 951-769-8526

Cell 951-377-2347

1

Exhibit 14
Page 332 of 1064
LOC4-074272

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-160** | |
| **INVOICE DATE** | |
| **08/08/11** | |

TO: **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the Period through July 29, 2011**

**_Gas Tax_**

Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 1.00 | hours @ | $170.00 | $170.00 |
| Surveyor: | 13.50 | hours @ | $150.00 | $2,025.00 |
| 2-Man Survey Crew: | 6.5 | Hours @ | $210.00 | 1,365.00 |
| 2-Man Survey Crew-Prev. Wage: | 26 | Hours @ | $257.25 | 6,688.50 |
| Const. Manager: | 44.00 | hours @ | $150.00 | $6,600.00 |
| Inspector-Prev. Wage: | 32.00 | hours @ | $136.50 | $4,368.00 |
| Soils Tech: | 6.00 | hours @ | $100.00 | $600.00 |
| Soils Tech.-Prev. Wage: | 51.00 | hours @ | $136.50 | $6,961.50 |
| Office Mgr.: | 1.00 | hours @ | $90.00 | $90.00 |

Palmer Ave/CVB St. Imp.

| | | | | |
|---|---|---|---|---|
| Sr. Planner: | 5.00 | hours @ | $130.00 | $650.00 |
| Inspector-Prev. Wage: | 2.00 | hours @ | $136.50 | $273.00 |
| Office Mgr.: | 1.00 | hours @ | $90.00 | $90.00 |

03-9030 4060

**Total Amount Due:**    **$29,881.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 333 of 1064
LOC4-074273

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| INVOICE NO. |
|---|
| **2011-161** |
| INVOICE DATE |
| **08/08/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 29, 2011**

### *General Fund/Development Fees (1350-4060)*

| | | | | |
|---|---|---|---|---|
| Acro AM/PM | | | | |
| Sr. Asso./Eng.: | 1.00 | hours @ | $170.00 | $170.00 |
| Const. Mgr.: | 3.00 | hours @ | $150.00 | $450.00 |
| High Desert Dist. Center | | | | |
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Bank of Hemet | | | | |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| Cougar Ranch | | | | |
| Inspector: | 4.00 | hours @ | $100.00 | $400.00 |
| Exec. Secretary: | 3.00 | hours @ | $60.00 | $180.00 |
| Running Springs | | | | |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| Exec. Secretary: | 12.00 | hours @ | $60.00 | $720.00 |
| USA Tickets | | | | |
| Inspector: | 3.00 | hours @ | $100.00 | $300.00 |

| | |
|---|---|
| **Total Amount Due:** | **$2,960.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 334 of 1064
LOC4-074274

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | |
| **2011-162** | |
| **INVOICE DATE** | |
| **08/08/11** | |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA  92223**
   **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

Billing for Public Works Services provided for the
Period through July 29, 2011

### *Mitigation Fees*

**Wastewater O&M**

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 21.00 | hours @ | $195.00 | | $4,095.00 |
| Sr. Asso./Eng.: | 261.00 | hours @ | $170.00 | | $44,370.00 |
| Office Mgr.: | 3.00 | hours @ | $90.00 | | $270.00 |
| | WW O&M Budget. | | $875,000.00 | | |
| | Prev. Invoiced. | | $413,917.50 | | |
| | Current Charges. | | $48,735.00 | | |
| | Balance Remaining. | | $412,347.50 | | |

**Lighting Replacement Project**

| | | | | | |
|---|---|---|---|---|---|
| Const. Manager: | 3.00 | hours @ | $150.00 | | $450.00 |

35-9350-8803

| **Total Amount Due:** | **$49,185.00** |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 335 of 1064
LOC4-074275

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-163** |
| **INVOICE DATE** | **08/08/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
　　　 **550 East Sixth Street**
　　　 **Beaumont, CA  92223**
　　　 **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through July 29, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 136.50 | hours @ | $195.00 | $26,617.50 |
| Sr. Asso./Eng.: | 788.50 | hours @ | $170.00 | $134,045.00 |
| Surveyor: | 164.25 | hours @ | $150.00 | $24,637.50 |
| 2-Man Survey Crew-Prev. Wage: | 11.50 | hours @ | $257.25 | $2,958.38 |
| Sr. Planner: | 9.50 | hours @ | $130.00 | $1,235.00 |
| Sr. Designer II: | 847.00 | hours @ | $130.00 | $110,110.00 |
| Const. Manager: | 3.00 | hours @ | $150.00 | $450.00 |
| Staff Eng.: | 45.00 | hours @ | $110.00 | $4,950.00 |
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |
| Plan Checker: | 28.00 | hours @ | $100.00 | $2,800.00 |
| Office Mgr.: | 11.00 | hours @ | $90.00 | $990.00 |
| | C.H.J.– | $8,031.69 | + 15% | $9,236.44 |
| | C.H.J.– | $18,876.00 | + 15% | $21,707.40 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $3,195,853.62 |
| Current Invoice: | $340,237.22 |
| Balance Remaining: | $3,463,909.16 |

35-9350-4000-2102

| | |
|---|---|
| ·unt Due: | $340,237.22 |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 336 of 1064
LOC4-074276



## C.H.J. Incorporated

1255 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT |  | | INVOICE DATE | INVOICE NO. |
|---|---|---|---|---|
| | | | 7/19/2011 | 85221 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO. | PO NUMBER | CHJ JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

June 16 through July 15, 2011
Services include drilling and traffic control for two additional rotary wash borings at the San Timoteo Creek Bridge. Outside drilling and traffic control services are invoiced at cost. Other labor and laboratory testing costs are waived for this invoice.

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 8.5 | Hours - Project Engineer - No Charge | 0.00 | 0.00 |
| 2 | Hours - Senior Geologist - No Charge | 0.00 | 0.00 |
| 23 | Hours - Senior Staff Engineer - No Charge | 0.00 | 0.00 |
| 21 | Hours - Staff Geologist - No Charge | 0.00 | 0.00 |
| 2 | Hours - Drafting/CAD Operator - No Charge | 0.00 | 0.00 |
| 1 | Outside Services - Traffic Control Service | 2478.69 | 2,478.69 |
| 1 | Outside Services - So Cal Drilling Co. | 5553.00 | 5,553.00 |
| 7 | SA Fine Washed on #200 Sieve - No Charge | 0.00 | 0.00 |
| 14 | Soils Materials Finer Than #200 Sieve by Washing - No Charge | 0.00 | 0.00 |

**TOTAL AMOUNT**  **8,031.69**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 337 of 1064
LOC4-074277



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ♦ Phone (909) 824-7210 ♦ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ♦ Phone (760) 243-0506 ♦ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ♦ Phone (760) 772-8234 ♦ Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT |  INVOICE | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 7/19/2011 | 85220 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO | PO NUMBER | CHJ JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

June 16 through July 15, 2011
Services include preparation of revised Geotechnical Design and Materials Reports in response to CALTRANS review comments. Additional analysis and recommendations were performed for overhead sign foundations as requested by Mark Thomas. Additional laboratory testing was performed to support expanded pavement analysis.

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 13 | Hours - Project Engineer | 140.00 | 1,820.00 |
| 39 | Hours - Project Geologist | 140.00 | 5,460.00 |
| 59 | Hours - Senior Staff Engineer | 104.00 | 6,136.00 |
| 5 | Hours - Drafting/CAD Operator | 75.00 | 375.00 |
| 4 | Hours - Word Processing/Clerical | 60.00 | 240.00 |
| 1 | Outside Services - GC Consultants | 1200.00 | 1,200.00 |
| 3 | Plasticity Index (Plastic and Liquid Limit) | 200.00 | 600.00 |
| 7 | R-Value | 260.00 | 1,820.00 |
| 3 | Sand Equivalent | 80.00 | 240.00 |
| 5 | Sieve Analysis (Coarse to Fine) | 140.00 | 700.00 |
| 3 | SA Fine Washed on #200 Sieve | 95.00 | 285.00 |

**TOTAL AMOUNT**   18,876.00

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 338 of 1064
LOC4-074278

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | |
| **2011-164** | |
| INVOICE DATE | |
| **08/08/11** | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Public Works Services provided for the
Period through July 29, 2011**

**_Redevelopment Agency Funds_**

**Sidewalk Improvements-Ph. IV**

| | | | | |
|---|---|---|---|---|
| Principal: | 2.00 | hours @ | $195.00 | $390.00 |
| Const. Manager: | 16.00 | hours @ | $150.00 | $2,400.00 |
| Surveyor: | 9.50 | hours @ | $150.00 | $1,425.00 |
| Staff Eng.: | 18.00 | hours @ | $110.00 | $1,980.00 |
| Inspector-Prev. Wage: | 31.00 | hours @ | $136.50 | $4,231.50 |
| Soils Tech.-Prev. Wage: | 4.00 | hours @ | $136.50 | $546.00 |
| Office Manager: | 4.00 | hours @ | $90.00 | $360.00 |
| Exec. Secretary: | 7.00 | hours @ | $60.00 | $420.00 |

**Old Town Street Lighting Rehab**

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 14.00 | hours @ | $150.00 | $2,100.00 |
| Inspector-Prev. Wage: | 10.00 | hours @ | $136.50 | $1,365.00 |
| Soils Tech.-Prev. Wage: | 5.00 | hours @ | $136.50 | $682.50 |
| Exec. Secretary: | 8.00 | hours @ | $60.00 | $480.00 |

**Rule 20A Underground Utility Project**

| | | | | |
|---|---|---|---|---|
| Principal: | 2.00 | hours @ | $195.00 | $390.00 |

**Sidewalk Repairs**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 3.00 | hours @ | $170.00 | $510.00 |
| Plan Checker: | 2.00 | hours @ | $100.00 | $200.00 |

**Elm St. Drainage Rehab.**

| | | | | |
|---|---|---|---|---|
| Office Manager: | 1.00 | hours @ | $90.00 | $90.00 |

310-3000-40600

**Total Amount Due:**   **$17,570.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 339 of 1064

LOC4-074279

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-165** |
| INVOICE DATE | **08/08/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through July 29, 2011**

*Transportation Funds*
Palm Ave./Elm Ave. Storm Drains

| | | | | | |
|---|---|---|---|---|---|
| Office Mgr.: | 1.0 | Hours @ | $90.00 | | $90.00 |
| | Budget, | | $236,283.00 | | |
| | Prev. Invoiced, | | $68,162.50 | | |
| | Current Charges, | | $90.00 | | |
| | Balance Remaining, | | $168,030.50 | | |

Heartland Mitigation

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 1.0 | hours @ | $195.00 | | $195.00 |
| Const. Manager: | 11.0 | hours @ | $150.00 | | $1,650.00 |
| Sr. Planner: | 17.0 | hours @ | $130.00 | | $2,210.00 |
| Inspector-Prev. Wage: | 21.0 | hours @ | $136.50 | | $2,866.50 |
| Inspector: | 8.0 | hours @ | $100.00 | | $800.00 |
| Office Mgr.: | 1.0 | Hours @ | $90.00 | | $90.00 |
| Exec. Secreaty: | 5.0 | Hours @ | $60.00 | | $300.00 |

35-9350-4060

| | |
|---|---|
| ·unt Due: | **$8,201.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 340 of 1064
LOC4-074280

9/8/11

City Of Beaumont
550 EAST 6TH STREET
BEAUMONT CA   92223

Page:   1

| Vendor ID | Vendor Name | | Check Name | | Payment Number | | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | | URBAN LOGIC CONSULTANTS | | 0000000000036642 | | 09/14/2011 | EFT000610 | |
| Our Voucher Number | Your Voucher Number | Date | Amount | | Amount Paid | Discount | Writeoff | | Net |
| 00000000000071381 | 2011-168 | 09/14/2011 | $41,142.00 | | $41,142.00 | $0.00 | $0.00 | | $41,142.00 |
| 00000000000071382 | 2011-169 | 09/14/2011 | $3,100.00 | | $3,100.00 | $0.00 | $0.00 | | $3,100.00 |
| 00000000000071383 | 2011-170 | 09/14/2011 | $58,320.50 | | $58,320.50 | $0.00 | $0.00 | | $58,320.50 |
| 00000000000071384 | 2011-171 | 09/14/2011 | $305,712.80 | | $305,712.80 | $0.00 | $0.00 | | $305,712.80 |
| 00000000000071385 | 2011-172 | 09/14/2011 | $37,188.63 | | $37,188.63 | $0.00 | $0.00 | | $37,188.63 |
| 00000000000071386 | 2011-173 | 09/14/2011 | $10,065.00 | | $10,065.00 | $0.00 | $0.00 | | $10,065.00 |
| | | | $455,528.93 | | $455,528.93 | $0.00 | $0.00 | | $455,528.93 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

H H

Exhibit 14
Page 341 of 1064
LOC4-074246

RptBatchSumViewForm

Page 1 of 1

| | | |
|---|---|---|
| **CitiBusiness Online** | **Report Date:** | 09/14/2011 |
| **City of Beaumont** | **Report Time:** | 01:07:14 PM |

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| **Company Name:** | **City Of Beaumont** | **Effective Date:** | 09/15/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1131090 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| URBAN LOGIC CONSULTANT | URBA002 | $455,528.93 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $455,528.93 | D | 321171184 | 3674058965 | C | 1 | 09/14/2011 13:06 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $455,528.93 | 1 |
| Credits | $455,528.93 | 1 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $455,528.93 | 1 |
| Credits | $455,528.93 | 1 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 342 of 1064
LOC4-074247

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO:  City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn:  Alan Kapanicas, City Manager

| | |
|---|---|
| INVOICE NO. | **2011-172** |
| INVOICE DATE | **09/08/11** |
| W.O. DISTRIBUTION | |

**Billing for Public Works Services provided for the Period through September 2, 2011**

*Redevelopment Agency Funds*

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 3.00 | hours @ | $195.00 | $585.00 |
| Const. Manager: | 27.00 | hours @ | $150.00 | $4,050.00 |
| Surveyor: | 16.00 | hours @ | $150.00 | $2,400.00 |
| 2-Man Survey Crew-Prev. Wage: | 6.50 | hours @ | $257.25 | $1,672.13 |
| Staff Eng.: | 9.00 | hours @ | $110.00 | $990.00 |
| Inspector-Prev. Wage: | 77.00 | hours @ | $136.50 | $10,510.50 |
| Soils Tech.-Prev. Wage: | 15.00 | hours @ | $136.50 | $2,047.50 |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |

Old Town Street Lighting Rehab

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 13.00 | hours @ | $150.00 | $1,950.00 |
| Inspector-Prev. Wage: | 7.00 | hours @ | $136.50 | $955.50 |
| Exec. Secretary: | 2.00 | hours @ | $60.00 | $120.00 |

Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Inspector: | 14.00 | hours @ | $100.00 | $1,400.00 |
| Inspector-Prev. Wage: | 44.00 | hours @ | $136.50 | $6,006.00 |
| Soils Tech.: | 1.00 | hours @ | $100.00 | $100.00 |
| Soils Tech.-Prev. Wage: | 28.00 | hours @ | $136.50 | $3,822.00 |

**Total Amount Due:**  **$37,188.63**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY
CITY MANAGER CITY OF BEAUMONT
Date  9/9/11   Acct.  38-3800-4000

Exhibit 14
Page 343 of 1064

LOC4-074248

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2011-168** |
| INVOICE DATE |
| **09/08/11** |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through September 2, 2011**

### *Gas Tax*

Road & Sewer Repairs

| | | | | |
| --- | --- | --- | --- | --- |
| Surveyor: | 23.00 | hours @ | $150.00 | $3,450.00 |
| 2-Man Survey Crew: | 7 | Hours @ | $210.00 | 1,470.00 |
| Const. Manager: | 119.00 | hours @ | $150.00 | $17,850.00 |
| Inspector: | 3.00 | hours @ | $100.00 | $300.00 |
| Inspector-Prev. Wage: | 70.00 | hours @ | $136.50 | $9,555.00 |
| Soils Tech: | 6.00 | hours @ | $100.00 | $600.00 |
| Soils Tech.-Prev. Wage: | 58.00 | hours @ | $136.50 | $7,917.00 |

A/P Sales Tax:   (Circle One - Line 2 and 3)
Service    Goods    Freight    Food
BMT Inv – Sales Tax Charged?    YES    NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

| | |
| --- | --- |
| **Total Amount Due:** | **$41,142.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY
CITY MANAGER, CITY OF BEAUMONT
Date  9/9/11   Acct # 03-9030-4060

Exhibit 14

LOC4-074249

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-169** |
| INVOICE DATE | **09/08/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA 92223**
     **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through September 2, 2011**

*General Fund/Development Fees (1350-4060)*

Acro AM/PM

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 4.00 | hours @ | $170.00 | $680.00 |
| Const. Mgr.: | 1.00 | hours @ | $150.00 | $150.00 |

High Desert Dist. Center

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 5.00 | hours @ | $170.00 | $850.00 |

Calvary Chapel Church

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |

Cougar Ranch

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 3.00 | hours @ | $60.00 | $180.00 |

Running Springs

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 13.00 | hours @ | $60.00 | $780.00 |

USA Tickets

| | | | | |
|---|---|---|---|---|
| Inspector: | 4.00 | hours @ | $100.00 | $400.00 |

**Total Amount Due:**    **$3,100.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY _____
CITY MANAGER CITY OF BEAUMONT
Date 9/9/11   ACCL# 1350-4060

Exhibit 14

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-170** |
| INVOICE DATE | **09/08/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through September 2, 2011**

### *Mitigation Fees*

**Wastewater O&M**

| | | | | |
|---|---|---|---|---|
| Principal: | 34.00 | hours @ | $195.00 | $6,630.00 |
| Sr. Asso./Eng.: | 271.00 | hours @ | $170.00 | $46,070.00 |
| Const. Manager: | 4.00 | hours @ | $150.00 | $600.00 |
| Inspector-Prev. Wage: | 17.00 | hours @ | $136.50 | $2,320.50 |

| | |
|---|---|
| WW O&M Budget: | $875,000.00 |
| Prev. Invoiced: | $462,652.50 |
| Current Charges: | $55,620.50 |
| Balance Remaining: | $356,727.00 |

**Lighting Replacement Project**

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Surveyor: | 10.00 | hours @ | $150.00 | $1,500.00 |

| | |
|---|---|
| **Total Amount Due:** | **$58,320.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY _____
CITY MANAGER CITY OF BEAUMONT
Date 9/9/11 Acct.# D-405D-4060

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA  92223
Attn: Alan Kapanicas, City Manager

INVOICE NO.

**2011-171**

INVOICE DATE

**09/08/11**

W.O. DISTRIBUTION

Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through September 2, 2011

| | | | | |
|---|---|---|---|---|
| Principal: | 108.00 | hours @ | $195.00 | $21,060.00 |
| Sr. Asso./Eng.: | 839.00 | hours @ | $170.00 | $142,630.00 |
| Surveyor: | 94.25 | hours @ | $150.00 | $14,137.50 |
| 1-Man Survey Crew: | 14.00 | hours @ | $160.00 | $2,240.00 |
| 2-Man Survey Crew: | 36.00 | hours @ | $210.00 | $7,560.00 |
| Sr. Planner: | 34.00 | hours @ | $130.00 | $4,420.00 |
| Sr. Designer II: | 743.00 | hours @ | $130.00 | $96,590.00 |
| Associate Eng.: | 6.50 | hours @ | $125.00 | $812.50 |
| Exec. Secretary: | 9.00 | hours @ | $60.00 | $540.00 |
| C.H.J.- | $5,004.00 | + 15% | | $5,754.60 |
| C.H.J.- | $4,185.00 | + 15% | | $4,812.75 |
| C.H.J.- | $4,483.00 | + 15% | | $5,155.45 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $6,536,090.84 |
| Current Invoice: | $305,712.80 |
| Balance Remaining: | $158,196.36 |

...unt Due:   **$305,712.80**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY
CITY MANAGER  CITY OF BEAUMONT
Date 9/9/11  Acct.# 35-9300-4000-2162

Exhibit 14
Page 347 of 1064
LOC4-074252

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-173** |
| INVOICE DATE | **09/08/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through September 2, 2011**

*Transportation Funds*
Heartland Mitigation

| | | | |
|---|---|---|---:|
| Const. Manager: | 15.0 | hours @ $150.00 | $2,250.00 |
| Sr. Planner: | 19.5 | hours @ $130.00 | $2,535.00 |
| Staff Engineer: | 3.0 | hours @ $110.00 | $330.00 |
| Inspector-Prev. Wage: | 20.0 | hours @ $136.50 | $2,730.00 |
| Inspector: | 18.0 | hours @ $100.00 | $1,800.00 |
| Exec. Secreatry: | 7.0 | hours @ $60.00 | $420.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$10,065.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

APPROVED FOR PAYMENT
BY
CITY MANAGER  CITY OF BEAUMONT
Date 9/9/11  Acct.# 35-9350-4000

Exhibit 14



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209





| | INVOICE DATE | INVOICE REF. |
|---|---|---|
| | 8/26/2011 | 85376 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT | | JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

July 16 through August 15, 2011
Services include report revisions to address CALTRANS review comments and submittal of Final Geotechnical Report dated August 2, 2011

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|
| 10HR | Project Engineer | 140.00 | 1,400.00 |
| 6HR | Project Geologist | 140.00 | 840.00 |
| 11HR | Senior Staff Engineer | 104.00 | 1,144.00 |
| 12HR | Drafting/CAD Operator | 75.00 | 900.00 |
| 12HR | Word Processing/Clerical | 60.00 | 720.00 |

**TOTAL AMOUNT**    **5,004.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 349 of 1064
LOC4-074254



**C.H.J. Incorporated**

1395 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

 

| | INVOICE DATE | INVOICE NO. |
|---|---|---|
| | 8/26/2011 | 85377 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| URBA03 | 10452-3 | Kishen Prathivad | 1 |
|---|---|---|---|

July 16 through August 15, 2011
Services include preparation of Bridge Foundation for San Timoteo Creek Bridge Widening

| | | | |
|---|---|---|---|
| 26HR | Project Engineer | 140.00 | 3,640.00 |
| 1HR | Project Geologist | 140.00 | 140.00 |
| 3HR | Drafting/CAD Operator | 75.00 | 225.00 |
| 3HR | Word Processing/Clerical | 60.00 | 180.00 |

**TOTAL AMOUNT** **4,185.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
LOC4-074255



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

   

| | 4/20/2011 | 84661 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| URBA03 | | 10451-3 | | Kishen Prathivad | | 1 |

March 16 through April 15, 2011
Services include:
Temporary pavement evaluation
Caltrans Materials Report review comments
Caltrans Geotechnical Design Report review comments

| | | | |
|---|---|---|---|
| 22 | Hours - Project Engineer | 140.00 | 3,080.00 |
| 8 | Hours - Project Geologist | 140.00 | 1,120.00 |
| 2 | Hours - Senior Staff Engineer | 104.00 | 208.00 |
| 1 | Hours - Drafting/CAD Operator | 75.00 | 75.00 |

**TOTAL AMOUNT**     **4,483.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
LOC4-074256   Page 351 of 1064

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:    1

| Vendor ID | Vendor Name | | Check Name | | Payment Number | | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | | URBAN LOGIC CONSULTANTS | | 00000000000037074 | | 10/21/2011 | EFT000626 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000072019 | 2011-180 | 10/21/2011 | $35,283.00 | $35,283.00 | $0.00 | $0.00 | $35,283.00 |
| 00000000000072020 | 2011-177 | 10/21/2011 | $44,492.00 | $44,492.00 | $0.00 | $0.00 | $44,492.00 |
| 00000000000072021 | 2011-178 | 10/21/2011 | $1,020.00 | $1,020.00 | $0.00 | $0.00 | $1,020.00 |
| 00000000000072022 | 2011-179 | 10/21/2011 | $83,833.50 | $83,833.50 | $0.00 | $0.00 | $83,833.50 |
| 00000000000072023 | 2011-181 | 10/21/2011 | $18,004.00 | $18,004.00 | $0.00 | $0.00 | $18,004.00 |
| 00000000000072024 | 2011-182 | 10/21/2011 | $6,457.50 | $6,457.50 | $0.00 | $0.00 | $6,457.50 |
| | | | $169,090.00 | $169,090.00 | $0.00 | $0.00 | $169,090.00 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 352 of 1064
LOC4-074486

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

INVOICE NO.

**2011-180**

INVOICE DATE

**10/06/11**

W.O. DISTRIBUTION

TO:  **City of Beaumont**
       **550 East Sixth Street**
       **Beaumont, CA  92223**
       **Attn:  Alan Kapanicas, City Manager**

Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through September 30, 2011

| | | | | |
|---|---|---|---|---|
| Principal: | 31.00 | hours @ | $195.00 | $6,045.00 |
| Sr. Asso./Eng.: | 57.00 | hours @ | $170.00 | $9,690.00 |
| Surveyor: | 65.00 | hours @ | $150.00 | $9,750.00 |
| 2-Man Survey Crew: | 8.50 | hours @ | $210.00 | $1,785.00 |
| 2-Man Survey Crew-Prev. Wage: | 8.00 | hours @ | $257.25 | $2,058.00 |
| Sr. Planner: | 25.50 | hours @ | $130.00 | $3,315.00 |
| Office Mgr.: | 44.00 | hours @ | $60.00 | $2,640.00 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $3,841,803.64 |
| Current Invoice: | $35,283.00 |
| Balance Remaining: | $3,122,913.36 |

35-9350240.00-4120

unt Due:    $35,283.00

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 353 of 1064
LOC4-074487

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

INVOICE NO.

**2011-177**

INVOICE DATE

**10/06/11**

W.O. DISTRIBUTION

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through September 30, 2011**

**_Gas Tax_**

Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Surveyor: | 95.75 | hours @ | $150.00 | $14,362.50 |
| 2-Man Survey Crew: | 84 | Hours @ | $210.00 | 17,640.00 |
| Const. Manager: | 67.00 | hours @ | $150.00 | $10,050.00 |
| Inspector-Prev. Wage: | 5.00 | hours @ | $136.50 | $682.50 |
| Soils Tech.-Prev. Wage: | 2.00 | hours @ | $136.50 | $273.00 |
| CAL 216 - Relative Compaction | 7 | tests @ | $180.00 | $1,260.00 |
| CAL 231 - Use of Nuclear Gauges | 7 | days @ | $32.00 | $224.00 |

03-9030-40(a)

**Total Amount Due:**       **$44,492.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 354 of 1064
LOC4-074488

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

INVOICE NO.

**2011-178**

INVOICE DATE
**10/06/11**

W.O. DISTRIBUTION

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the
Period through September 30, 2011**

## *General Fund/Development Fees (1350-4060)*

Cougar Ranch

| | | | | |
|---|---|---|---|---|
| Inspector: | 3.00 | hours @ | $100.00 | $300.00 |
| Exec. Secretary: | 2.00 | hours @ | $60.00 | $120.00 |

Running Springs

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 5.00 | hours @ | $60.00 | $300.00 |

USA Tickets

| | | | | |
|---|---|---|---|---|
| Inspector: | 3.00 | hours @ | $100.00 | $300.00 |

1350-4060

**Total Amount Due:**     **$1,020.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 355 of 1064
LOC4-074489

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

INVOICE NO.

**2011-179**

INVOICE DATE
**10/06/11**

W.O. DISTRIBUTION

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the
Period through September 30, 2011**

*Mitigation Fees*

Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 36.00 | hours @ | $195.00 | $7,020.00 |
| Sr. Asso./Eng.: | 240.00 | hours @ | $170.00 | $40,800.00 |
| Const. Manager: | 13.00 | hours @ | $150.00 | $1,950.00 |
| Inspector: | 1.00 | hours @ | $100.00 | $100.00 |
| Inspector-Prev. Wage: | 59.00 | hours @ | $136.50 | $8,053.50 |
| Office Mgr.: | 44.00 | hours @ | $90.00 | $3,960.00 |

| | |
|---|---|
| WW O&M Budget: | $875,000.00 |
| Prev. Invoiced: | $518,273.00 |
| Current Charges: | $61,883.50 |
| Balance Remaining: | $294,843.50 |

Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Surveyor: | 5.00 | hours @ | $150.00 | $750.00 |

10-4050-4000

**Total Amount Due:** **$63,833.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 356 of 1064
LOC4-074490

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-181** |
| INVOICE DATE | **10/06/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

Billing for Public Works Services provided for the
Period through September 30, 2011

### *Redevelopment Agency Funds*

**Sidewalk Improvements-Ph. IV**

| | | | | |
|---|---|---|---|---|
| Principal: | 2.00 | hours @ | $195.00 | $390.00 |
| Const. Manager: | 49.00 | hours @ | $150.00 | $7,350.00 |
| Staff Eng.: | 10.00 | hours @ | $110.00 | $1,100.00 |
| Inspector-Prev. Wage: | 7.00 | hours @ | $136.50 | $955.50 |
| Office Mgr.: | 44.00 | hours @ | $90.00 | $3,960.00 |
| Exec. Secretary: | 3.00 | hours @ | $60.00 | $180.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 3 | days @ | $32.00 | $96.00 |

**Old Town Street Lighting Rehab**

| | | | | |
|---|---|---|---|---|
| Inspector-Prev. Wage: | 1.00 | hours @ | $136.50 | $136.50 |
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |
| CAL 231 - Use of Nuclear Gauges | 2 | days @ | $32.00 | $64.00 |

**Sidewalk Repairs**

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 18.00 | hours @ | $170.00 | $3,060.00 |
| Inspector: | 1.00 | hours @ | $100.00 | $100.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 2 | days @ | $32.00 | $64.00 |

**Rule 20A Underground**

| | | | | |
|---|---|---|---|---|
| CAL 231 - Use of Nuclear Gauges | 4 | days @ | $32.00 | $128.00 |

38 -3800 4000

| | |
|---|---|
| **Total Amount Due:** | **$18,004.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 357 of 1064
LOC4-074491

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

INVOICE NO.

**2011-182**

INVOICE DATE

**10/06/11**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through September 30, 2011**

*Transportation Funds*
Heartland Mitigation

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 8.0 | hours @ | $150.00 | $1,200.00 |
| Sr. Planner: | 11.5 | hours @ | $130.00 | $1,495.00 |
| Inspector-Prev. Wage: | 21.0 | hours @ | $136.50 | $2,866.50 |
| Exec. Secreatry: | 5.0 | hours @ | $60.00 | $300.00 |

1st & 2nd Street Repairs

| | | | | |
|---|---|---|---|---|
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 13 | days @ | $32.00 | $416.00 |

**Total Amount Due:** **$6,457.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 358 of 1064

LOC4-074492

RptBatchSumViewForm                                                    Page 1 of 1

| | | |
|---|---|---|
| **CitiBusiness Online** | **Report Date:** | **10/21/2011** |
| **City of Beaumont** | **Report Time:** | **06:24:11 PM** |

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| **Company Name:** | **City Of Beaumont** | **Effective Date:** | **10/24/2011** |
| **ACH ID:** | **6956000676** | **Batch Sequence:** | **1** |
| **Application Name:** | **Validator** | **Database Name:** | **Validator** |
| **Batch Status:** | **Released** | **Confirm No.:** | **1157688** |
| **Status Message:** | **Approved.** | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| BEAUMONT ELECTRIC INC. | BEAU012 | $11,218.32 | C | 122241831 | 001116541 | C | | | |
| COMMUNITY BANK | COMM006 | $41,089.74 | C | 122203471 | 14905607 | C | | | |
| JAMES NEHMENS | NHEM001 | $5,000.00 | C | 122000661 | 2081608187 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $1,262.50 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $169,090.00 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $227,660.56 | D | 321171184 | 3674058965 | C | 1 | 10/21/2011 18:23 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $227,660.56 | 1 |
| Credits | $227,660.56 | 5 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $227,660.56 | 1 |
| Credits | $227,660.56 | 5 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 359 of 1064
LOC4-074493

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | 0000000000037185 | 10/28/2011 | EFT000631 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 0000000000072299 | 2011-183 | 10/28/2011 | $209,660.00 | $209,660.00 | $0.00 | $0.00 | $209,660.00 |
| | | | $209,660.00 | $209,660.00 | $0.00 | $0.00 | $209,660.00 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

JJ

Exhibit 14
Page 360 of 1064

LOC4-074281

RptBatchSumViewForm

Page 1 of 1

**CitiBusiness Online**
**City of Beaumont**

Report Date:    10/28/2011
Report Time:    11:12:11 AM

### Batch Summary Report by ID Number

| Company Name: | City Of Beaumont | Effective Date: | 10/31/2011 |
|---|---|---|---|
| ACH ID: | 6956000676 | Batch Sequence: | 1 |
| Application Name: | Validator | Database Name: | Validator |
| Batch Status: | Released | Confirm No.: | 1162426 |
| Status Message: | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| BEAUMONT ELECTRIC INC. | BEAU012 | $22,715.38 | C | 122241831 | 001116541 | C | | | |
| RICHARD COOK | COOK002 | $3,579.00 | C | 121000358 | 0756211168 | C | | | |
| MITCHELL WHITE | MITC002 | $3,579.00 | C | 322271724 | 3674008572 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $1,525.00 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $209,660.00 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $241,058.38 | D | 321171184 | 3674058965 | C | 1 | 10/28/2011 11:11 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $241,058.38 | 1 |
| Credits | $241,058.38 | 5 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $241,058.38 | 1 |
| Credits | $241,058.38 | 5 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 361 of 1064
LOC4-074282

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-183** |
| **INVOICE DATE** | **10/26/11** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through September 30, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 85.50 | hours @ | $195.00 | $16,672.50 |
| Sr. Asso./Eng.: | 143.00 | hours @ | $170.00 | $24,310.00 |
| Surveyor: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Sr. Designer II: | 1283.00 | hours @ | $130.00 | $166,790.00 |
| Associate Eng.: | 5.50 | hours @ | $125.00 | $687.50 |

Line 2 and 3)

Goods    Freight    Food

– Sales Tax Charged?  YES  NO

Stop - If no, Calculate X-Rate

Goods Amt $_____ ✗

_____ +Freight _____

Tax # 0000-1100

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $3,877,086.64 |
| Current Invoice: | $209,660.00 |
| Balance Remaining: | $2,913,253.36 |

APPROVED FOR PAYMENT

BY _____ CITY MANAGER CITY OF BEAUMONT

Date: 10/26/ Acct # _____

35-9350-4060-2102

| | |
|---|---|
| **...unt Due:** | **$209,660.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 362 of 1064
LOC4-074283

11/7/11

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 0000000000037524 | 11/09/2011 | EFT000637 | |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 0000000000072651 | 2011-186 | 11/09/2011 | $29,419.50 | $29,419.50 | $0.00 | $0.00 | $29,419.50 |
| 0000000000072652 | 2011-187 | 11/09/2011 | $2,540.00 | $2,540.00 | $0.00 | $0.00 | $2,540.00 |
| 0000000000072653 | 2011-188 | 11/09/2011 | $63,400.00 | $63,400.00 | $0.00 | $0.00 | $63,400.00 |
| 0000000000072654 | 2011-190 | 11/09/2011 | $16,718.00 | $16,718.00 | $0.00 | $0.00 | $16,718.00 |
| 0000000000072655 | 2011-191 | 11/09/2011 | $5,588.50 | $5,588.50 | $0.00 | $0.00 | $5,588.50 |
| 0000000000072656 | 2011-189 | 11/09/2011 | $161,690.62 | $161,690.62 | $0.00 | $0.00 | $161,690.62 |
| | | | $279,356.62 | $279,356.62 | $0.00 | $0.00 | $279,356.62 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

K K

Exhibit 14
Page 363 of 1064
LOC4-074284

RptBatchSumViewForm

Page 1 of 1

**CitiBusiness Online**
**City of Beaumont**

**Report Date:** 11/09/2011
**Report Time:** 05:14:24 PM

### Batch Summary Report by ID Number

| | | | |
|---|---|---|---|
| **Company Name:** | City Of Beaumont | **Effective Date:** | 11/10/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1170783 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| BEAUMONT ELECTRIC INC. | BEAU012 | $213,787.77 | C | 122241831 | 001116541 | C | | | |
| R.MOODY CONSTRUCTION,I | R.MO001 | $2,280.00 | C | 121000358 | 0190508423 | C | | | |
| RIVERSIDE COUNTY | RIVE004 | $427,669.25 | C | 122000496 | 2740018593 | C | | | |
| TFG | TFG 001 | $25,000.00 | C | 122244171 | 07113851120000179 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $279,356.62 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $948,093.64 | D | 321171184 | 3674058985 | C | 1 | 11/09/2011 17:13 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $948,093.64 | 1 |
| Credits | $948,093.64 | 5 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $948,093.64 | 1 |
| Credits | $948,093.64 | 5 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 364 of 1064

LOC4-074285

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | |
| **2011-186** | |
| INVOICE DATE | |
| **11/07/11** | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through October 28, 2011**

*Gas Tax*

Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Principal: | 1.00 | hours @ | $195.00 | $195.00 |
| Sr. Asso./Eng.: | 2.00 | hours @ | $170.00 | $340.00 |
| Const. Manager: | 33.00 | hours @ | $150.00 | $4,950.00 |
| Inspector-Prev. Wage: | 99.00 | hours @ | $136.50 | $13,513.50 |
| Soils Tech.-Prev. Wage: | 66.00 | hours @ | $136.50 | $9,009.00 |
| Soils Tech.: | 5.00 | hours @ | $100.00 | $500.00 |
| CAL 216 - Relative Compaction | 4 | tests @ | $180.00 | $720.00 |
| CAL 231 - Use of Nuclear Gauges | 6 | days @ | $32.00 | $192.00 |

A/P Sales Tax:        (Circle One - Line 2 and 3)
Service        Goods        Freight        Food
BMT Inv – Sales Tax Charged?        YES        NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____        X
8.75%_____        +Freight_____
Total $_____        BFA Sales Tax # 0000-1100

APPROVED FOR PAYMENT
BY _____
CITY MANAGER, CITY OF BEAUMONT
Date: 11/7/11  Acct # _____

*pay all*

03-9030-4060

| | |
|---|---|
| **Total Amount Due:** | **$29,419.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 365 of 1064
LOC4-074286

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2011-187** |
| INVOICE DATE |
| **11/07/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through October 28, 2011**

### General Fund/Development Fees (1350-4060)

Cougar Ranch

| | | | | |
| --- | --- | --- | --- | --- |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |

Running Springs

| | | | | |
| --- | --- | --- | --- | --- |
| Exec. Secretary: | 5.00 | hours @ | $60.00 | $300.00 |

High Desert Dist. Center

| | | | | |
| --- | --- | --- | --- | --- |
| Sr. Asso./Eng.: | 12.00 | hours @ | $170.00 | $2,040.00 |

APPROVED FOR PAYMENT
By _____ CITY MANAGER ... OF BEAUMONT
Date 11/7/11 Acct.#

1350-4060

| Total Amount Due: | $2,540.00 |
| --- | --- |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 366 of 1064
LOC4-074287

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-188** |
| INVOICE DATE | **11/07/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
        **550 East Sixth Street**
        **Beaumont, CA  92223**
        **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the**
**Period through October 28, 2011**

**_Mitigation Fees_**

Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 27.00 | hours @ | $195.00 | $5,265.00 |
| Sr. Asso./Eng.: | 254.00 | hours @ | $170.00 | $43,180.00 |
| Const. Manager: | 16.00 | hours @ | $150.00 | $2,400.00 |
| Surveyor: | 3.00 | hours @ | $150.00 | $450.00 |
| Inspector-Prev. Wage: | 70.00 | hours @ | $136.50 | $9,555.00 |
| Office Mgr.: | 20.00 | hours @ | $90.00 | $1,800.00 |

|  |  |
|---|---|
| WW O&M Budget: | $875,000.00 |
| Prev. Invoiced: | $580,156.50 |
| Current Charges: | $62,650.00 |
| Balance Remaining: | $232,193.50 |

Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 5.00 | hours @ | $150.00 | $750.00 |

APPROVED FOR PAYMENT
BY
CITY MANAGER, CITY OF BEAUMONT
Date 11/7/11   Acct.#

10-4050-4060

| | |
|---|---|
| **Total Amount Due:** | **$63,400.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 367 of 1064
LOC4-074288

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-190** |
| INVOICE DATE | **11/07/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

Billing for Public Works Services provided for the
Period through October 28, 2011

### Redevelopment Agency Funds

Sidewalk Improvements-Ph. IV

| | | | | |
|---|---|---|---|---|
| Principal: | 7.00 | hours @ | $195.00 | $1,365.00 |
| Const. Manager: | 70.00 | hours @ | $150.00 | $10,500.00 |
| Staff Eng.: | 9.00 | hours @ | $110.00 | $990.00 |
| Inspector-Prev. Wage: | 2.00 | hours @ | $136.50 | $273.00 |
| Office Mgr.: | 20.00 | hours @ | $90.00 | $1,800.00 |
| Exec. Secretary: | 5.00 | hours @ | $60.00 | $300.00 |

Old Town Street Rehab

| | | | | |
|---|---|---|---|---|
| Surveyor: | 2.00 | hours @ | $150.00 | $300.00 |

Sidewalk Repairs

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 7.00 | hours @ | $170.00 | $1,190.00 |

APPROVED FOR PAYMENT
BY _____
CITY MANAGER, CITY OF BEAUMONT
Date 11/7/11  Acct #

38-3800-4060

| | |
|---|---|
| **Total Amount Due:** | **$16,718.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 368 of 1064
LOC4-074289

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | |
| | **2011-191** |
| INVOICE DATE | |
| | **11/07/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through October 28, 2011**

**Transportation Funds**
Heartland Mitigation

| | | | |
|---|---|---|---:|
| Const. Manager: | 12.0 | hours @ $150.00 | $1,800.00 |
| Sr. Planner: | 5.5 | hours @ $130.00 | $715.00 |
| Inspector-Prev. Wage: | 19.0 | hours @ $136.50 | $2,593.50 |
| Exec. Secreaty: | 8.0 | hours @ $60.00 | $480.00 |

APPROVED FOR PAYMENT
BY _____ CITY MANAGER CITY OF SEAUMONT
Date 11/7/11  Acct.#

35-9350-4060

| | |
|---|---:|
| **Total Amount Due:** | **$5,588.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 369 of 1064
LOC4-074290

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-189** |
| INVOICE DATE | **11/07/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through October 28, 2011

| | | | | |
|---|---|---|---|---|
| Principal: | 101.50 | hours @ | $195.00 | $19,792.50 |
| Sr. Asso./Eng.: | 392.50 | hours @ | $170.00 | $66,725.00 |
| Surveyor: | 246.00 | hours @ | $150.00 | $36,900.00 |
| 2-Man Survey Crew-Prev. Wage: | 5.00 | hours @ | $257.25 | $1,286.25 |
| Sr. Designer II: | 240.00 | hours @ | $130.00 | $31,200.00 |
| Sr. Planner: | 8.00 | hours @ | $130.00 | $1,040.00 |
| Office Mgr.: | 20.00 | hours @ | $90.00 | $1,800.00 |
| CADD/Tech.: | 3.00 | hours @ | $90.00 | $270.00 |
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |
| C.H.J.- | | $1,260.00 + 15% | | $1,449.00 |
| C.H.J.- | | $915.00 + 15% | | $1,052.25 |
| ARC- | | $100.54 + 15% | | $115.62 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $3,877,086.64 |
| Current Invoice: | $161,690.62 |
| Balance Remaining: | $2,961,222.74 |

APPROVED FOR PAYMENT
BY
CITY MANAGER, CITY OF BEAUMONT
Date: 11/7/11   Acct #

35-9350-4060-2102

Amount Due:  $161,690.62

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 370 of 1064
LOC4-074291

 **C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ♦ Phone (909) 824-7210 ♦ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ♦ Phone (760) 243-0506 ♦ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ♦ Phone (760) 772-8234 ♦ Fax (909) 824-7209

   

| | | 10/27/2011 | 85712 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| | | | | |
| --- | --- | --- | --- | --- |
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

September 16 through October 16, 2011
- Respond to CALTRANS comments regarding September 14, 2011 Materials Report

| | | | |
| --- | --- | --- | --- |
| 9 Hr | Project Engineer | 140.00 | 1,260.00 |

**TOTAL AMOUNT**    **1,260.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 371 of 1064
LOC4-074292



**C.H.J.** Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ● Phone (909) 824-7210 ● Fax (909) 824-7209
15145 Anacapa Road, Suite D, Victorville, CA 92392 ● Phone (760) 243-0506 ● Fax (760) 243-1225
77 564A Country Club Drive, Suite 322, Palm Desert, CA 92211 ● Phone (760) 772-8234 ● Fax (909) 824-7209

TERMS: DUE UPON RECEIPT          

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10/27/2011 | 85710 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO. | P.O. NUMBER | CHECK NUMBER | ENGINEER BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

September 16 through October 16, 2011
- Respond to CALTRANS comments regarding August 19, 2011 San Timoteo Bridge Foundation Report
- Revise logs of test borings as requested by Mark Thomas & Co.

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 6 Hr | Project Engineer | 140.00 | 840.00 |
| 1 Hr | Drafting/CAD Operator | 75.00 | 75.00 |

**TOTAL AMOUNT**     **915.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 372 of 1064
LOC4-074293

# ARC™
**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **6198015** |
| INVOICE DATE | **10/31/11** |
| WORK ORDER# | **F1371058** |

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 10/31/11 at 05:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| LANORA | | | | Vicki Brunson | |
| JOB# | JOB NAME | | | BILLER | LOG |
| | POTERO/SR60 | | | Chantha Saway | 016 |

| OP CODE | DESCRIPTION | | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 1902 | B & W XEROX 11X17 | 01 | 6 | 287 | 1 | 287 | EA | | 57.40 |
| 1902 | B & W XEROX 11X17 | 01 | 6 | 104 | 1 | 104 | EA | | 20.80 |
| 1944 | XEROX STAPLE | 01 | 6 | 1 | 1 | 1 | EA | | 0.11 |
| 1936 | 3 HOLE PUNCH PER 500 | 01 | 6 | 1 | 1 | 1 | EA | | 6.75 |
| 1953 | SCREW BIND | 01 | 6 | 3 | 1 | 3 | EA | | 2.25 |
| 5200 | REGULAR DELIVERY | 01 | 6 | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 93.31 | | 7.23 | 100.54 | | 100.54 |

Invoices undisputed for 45 days are final.
638143

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

Exhibit 14
Page 373 of 1064
LOC4-074294

12/5/11

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|-----------|-------------|------------|----------------|------------|--------------|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | 0000000000037831 | 12/8/2011 | EFT000650 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|--------------------|---------------------|------|--------|-------------|----------|----------|-----|
| 0000000000073227 | 2011-196 | 12/8/2011 | $250,578.25 | $250,578.25 | $0.00 | $0.00 | $250,578.25 |
| 0000000000073228 | 2011-198 | 12/8/2011 | $10,959.50 | $10,959.50 | $0.00 | $0.00 | $10,959.50 |
| 0000000000073229 | 2011-195 | 12/8/2011 | $42,995.00 | $42,995.00 | $0.00 | $0.00 | $42,995.00 |
| 0000000000073230 | 2011-199 | 12/8/2011 | $3,460.00 | $3,460.00 | $0.00 | $0.00 | $3,460.00 |
| 0000000000073231 | 2011-194 | 12/8/2011 | $14,171.00 | $14,171.00 | $0.00 | $0.00 | $14,171.00 |
| | | | $322,163.75 | $322,163.75 | $0.00 | $0.00 | $322,163.75 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 374 of 1064
LOC4-074295

RptBatchSumViewForm                                              Page 1 of 1

| | |
|---|---|
| **CitiBusiness Online** | **Report Date:** 12/08/2011 |
| **City of Beaumont** | **Report Time:** 07:24:55 PM |

**Batch Summary Report by ID Number**

| | | | |
|---|---|---|---|
| **Company Name:** | City Of Beaumont | **Effective Date:** | 12/12/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1191127 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| CARYN TELLO | TELL001 | $581.25 | C | 322271724 | 40052707987 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $322,163.75 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $322,745.00 | D | 321171184 | 3674058965 | C | 1 | 12/08/2011 19:23 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $322,745.00 | 1 |
| Credits | $322,745.00 | 2 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $322,745.00 | 1 |
| Credits | $322,745.00 | 2 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 375 of 1064
LOC4-074296

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-196** |
| **INVOICE DATE** | **12/05/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the**
**Potrero Blvd./S.R. 60 Interchange through December 2, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 160.50 | hours @ | $195.00 | $31,297.50 |
| Sr. Asso./Eng.: | 614.00 | hours @ | $170.00 | $104,380.00 |
| Surveyor: | 123.00 | hours @ | $150.00 | $18,450.00 |
| 2-Man Survey Crew-Prev. Wage: | 5.00 | hours @ | $257.25 | $1,286.25 |
| 1-Man Survey Crew: | 4.50 | hours @ | $160.00 | $720.00 |
| Sr. Designer II: | 578.50 | hours @ | $130.00 | $75,205.00 |
| Sr. Planner: | 14.00 | hours @ | $130.00 | $1,820.00 |
| Const. Manager: | 8.00 | hours @ | $150.00 | $1,200.00 |
| Office Mgr.: | 22.00 | hours @ | $90.00 | $1,980.00 |
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |
| | C.H.J.- | $6,747.00 | + 15% | $7,759.05 |
| | C.H.J.- | $3,620.00 | + 15% | $4,163.00 |
| | C.H.J.- | $915.00 | + 15% | $1,052.25 |
| | C.H.J.- | $1,048.00 | + 15% | $1,205.20 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $4,038,777.26 |
| Current Invoice: | $250,578.25 |
| Balance Remaining: | $2,710,644.49 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
Service   Goods   Freight   Food
BMT Inv - Sales Tax Charged?   YES   NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

359350-4060-2102

Amount Due:   $250,578.25

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 376 of 1064
LOC4-074297



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | INVOICE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| | | 9/21/2011 | 85553 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO. | PROJECT NUMBER | PO/JOB NUMBER | ORDERED BY | PAGE # |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

August 16 through September 15, 2011
Services include coordination with Mark Thomas, resolution of CALTRANS review comments and submittal of final Materials Report dated September 14, 2011

| QTY/UNIT | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 21Hr | Project Engineer | 140.00 | 2,940.00 |
| 3Hr | Senior Staff Engineer | 104.00 | 312.00 |
| 1Hr | Drafting/CAD Operator | 75.00 | 75.00 |
| 7Hr | Word Processing/Clerical | 60.00 | 420.00 |

**TOTAL AMOUNT** 3,747.00

## Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 377 of 1064
LOC4-074298



**C.H.J. Incorporated**

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

 TERMS: DUE UPON RECEIPT

 INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 9/21/2011 | 85554 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO. | CONTRACT | ORDER NUMBER | ORDERED BY | P/No. |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

August 16 through September 15, 2011
Services include coordination with Mark Thomas and preparation/submittal of Bridge Foundation Report for San Timoteo Creek Bridge, dated August 19, 2011

| QTY/UNIT | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 20Hr | Project Engineer | 140.00 | 2,800.00 |
| 2Hr | Project Geologist | 140.00 | 280.00 |
| 9Hr | Word Processing/Clerical | 60.00 | 540.00 |

**TOTAL AMOUNT     3,620.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 378 of 1064
LOC4-074299



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

**TERMS: DUE UPON RECEIPT**      **INVOICE**

| INVOICE DATE | INVOICE NO. |
|---|---|
| 11/28/2011 | 85844 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO. / PO NUMBER | CHJ JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|
| URBA03 | 10451-3 | Kishen Prathivad | 1 |

October 16 through November 15, 2011
Services include: coordination with Mark Thomas & Co., development of alternative miscellaneous
pavement recommendations, and preparation of responses to CALTRANS review comments

| QTY/UNIT | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 6 Hr | Project Engineer | 140.00 | 840.00 |
| 1 Hr | Drafting/CAD Operator | 75.00 | 75.00 |
| | **TOTAL AMOUNT** | | **915.00** |

## Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 379 of 1064
LOC4-074300

# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ♦ Phone (909) 824-7210 ♦ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ♦ Phone (760) 243-0506 ♦ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ♦ Phone (760) 772-8234 ♦ Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT |  INVOICE | INVOICE DATE | INVOICE NO. |
|---|---|---|---|
| | | 11/28/2011 | 85845 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNTING NO. | P.O. NUMBER | C.H.J. JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

October 16 through November 15, 2011
Services include: coordination with Mark Thomas & Co and assistance with response to final
CALTRANS review comments for San Timoteo Creek Bridge

| QTY/UNIT | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 6 Hr | Project Engineer | 140.00 | 840.00 |
| 2 Hr | Senior Staff Engineer | 104.00 | 208.00 |

**TOTAL AMOUNT**  1,048.00

### Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231

Please Note:   Payment for Professional Services rendered shall be due upon presentation of the invoice.
Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added
after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when
incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 380 of 1064
LOC4-074301

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-198** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the**
**Period through December 2, 2011**

*Transportation Funds*

Heartland Mitigation

| | | | |
|---|---|---|---|
| Const. Manager: | 20.0 | hours @ $150.00 | $3,000.00 |
| Sr. Planner: | 3.5 | hours @ $130.00 | $455.00 |
| Inspector-Prev. Wage: | 23.0 | hours @ $136.50 | $3,139.50 |
| Exec. Secreatry: | 4.0 | hours @ $60.00 | $240.00 |

Palm Ave./Elm Ave. Storm Drains

| | | | |
|---|---|---|---|
| Surveyor: | 13.5 | hours @ $150.00 | $2,025.00 |
| 2-Man Survey Crew: | 10.0 | hours @ $210.00 | $2,100.00 |

**A/P Sales Tax:**  (Circle One - Line 2 and 3)
(Service)   Goods   Freight   Food
BMT Inv – Sales Tax Charged?   YES   NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____  X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

35-9350-4000

**Total Amount Due:**  **$10,959.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 381 of 1064
LOC4-074302

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-195** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through December 2, 2011**

***Mitigation Fees***

Wastewater O&M

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 25.00 | hours @ | $195.00 | | $4,875.00 |
| Sr. Asso./Eng.: | 187.00 | hours @ | $170.00 | | $31,790.00 |
| Const. Manager: | 4.00 | hours @ | $150.00 | | $600.00 |
| Surveyor: | 6.00 | hours @ | $150.00 | | $900.00 |
| Office Mgr.: | 22.00 | hours @ | $90.00 | | $1,980.00 |
| | WW O&M Budget, | | $875,000.00 | | |
| | Prev. Invoiced, | | $642,806.50 | | |
| | Current Charges, | | $40,145.00 | | |
| | Balance Remaining, | | $192,048.50 | | |

Lighting Replacement Project

| | | | | | |
|---|---|---|---|---|---|
| Const. Manager: | 19.00 | hours @ | $150.00 | | $2,850.00 |

**A/P Sales Tax:**  (Circle One - Line 2 and 3)

Service    Goods    Freight    Food

BMT Inv – Sales Tax Charged?    YES    NO

If yes, Stop - If no, Calculate X-Rate

Tangible Goods Amt $_____    X

8.75%_____    +Freight_____

Total $_____    BFA Sales Tax # 0000 1100

APPROVED FOR PAYMENT

BY _____ CITY MANAGER-CITY OF BEAUMONT

Date 12/6/11

10-4060-4060

| | |
|---|---|
| **Total Amount Due:** | **$42,995.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 382 of 1064
LOC4-074303

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-199** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
　　**550 East Sixth Street**
　　**Beaumont, CA 92223**
　　**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through December 2, 2011**

*General Fund/Development Fees (1350-4060)*

Cougar Ranch

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |

Running Springs

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 5.00 | hours @ | $60.00 | $300.00 |

High Desert Dist. Center

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 10.00 | hours @ | $170.00 | $1,700.00 |

USA Tickets

| | | | | |
|---|---|---|---|---|
| Inspector: | 14.00 | hours @ | $100.00 | $1,400.00 |

01-1350-4060

**A/P Sales Tax:** (Circle One - Line 2 and 3)

Service　Goods　Freight　Food

BMT Inv – Sales Tax Charged?　YES　NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____　X
8.75%_____+Freight_____
Total $_____　BFA Sales Tax # 0000-1100

**Total Amount Due:**　**$3,460.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 383 of 1064
LOC4-074302

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-194** |
| INVOICE DATE | **12/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through December 2, 2011**

*Gas Tax*
Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 40.00 | hours @ | $150.00 | $6,000.00 |
| Inspector-Prev. Wage: | 37.00 | hours @ | $136.50 | $5,050.50 |
| Inspector: | 4.00 | hours @ | $100.00 | $400.00 |
| Soils Tech.-Prev. Wage: | 17.00 | hours @ | $136.50 | $2,320.50 |
| Soils Tech.: | 4.00 | hours @ | $100.00 | $400.00 |

APPROVED FOR PAYMENT
BY CITY MANAGER CITY OF BEAUMONT
Date 12/6/

03-9030-4060

**A/P Sales Tax**:   (Circle One - Line 2 and 3)
Service        Goods               Freight            Food
BMT Inv – Sales Tax Charged?        YES        NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____        X
8.75%_____  +Freight_____
Total $_____  BFA Sales Tax # 0000-1100

| | |
|---|---|
| **Total Amount Due:** | **$14,171.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 384 of 1064
LOC4-074305

1/9/12

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 00000000000038223 | 01/13/2012 | EFT000665 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 0000000000073909 | 2012-104 | 01/13/2012 | $192,532.00 | $192,532.00 | $0.00 | $0.00 | $192,532.00 |
| 0000000000073910 | 2012-105 | 01/13/2012 | $7,632.50 | $7,632.50 | $0.00 | $0.00 | $7,632.50 |
| 0000000000073911 | 2012-106 | 01/13/2012 | $1,920.00 | $1,920.00 | $0.00 | $0.00 | $1,920.00 |
| 0000000000073912 | 2012-102 | 01/13/2012 | $4,005.00 | $4,005.00 | $0.00 | $0.00 | $4,005.00 |
| 0000000000073913 | 2012-103 | 01/13/2012 | $88,045.00 | $88,045.00 | $0.00 | $0.00 | $88,045.00 |
| 0000000000073914 | 2012-107 | 01/13/2012 | $156,441.00 | $156,441.00 | $0.00 | $0.00 | $156,441.00 |
| | | | $450,575.50 | $450,575.50 | $0.00 | $0.00 | $450,575.50 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Exhibit 14
Page 385 of 1064
LOC4-074306

RptBatchSumViewForm                                                    Page 1 of 1

**CitiBusiness Online**                          Report Date:        01/13/2012
**City of Beaumont**                             Report Time:        04:49:56 PM

### Batch Summary Report by ID Number

Company Name:   **City Of Beaumont**      Effective Date:    01/17/2012
ACH ID:         **6956000676**            Batch Sequence:    1
Application Name: **Validator**           Database Name:     Validator
Batch Status:   **Released**              Confirm No.:       1216494
Status Message: **Approved.**

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|------|-----------|--------|-----|---------|-----------|-----------|-------------------|--------------------------|---------|
| BEAUMONT ELECTRIC INC. | BEAU012 | $1,416.57 | C | 122241831 | 001116541 | C | | | |
| STEVE MOORE COMMUNICAT | STE002 | $2,237.50 | C | 121000358 | 11986-67810 | C | | | |
| CARYN TELLO | TELL001 | $337.50 | C | 322271724 | 40052707987 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $450,575.50 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $454,567.07 | D | 321171184 | 3674058965 | C | 1 | 01/13/2012 16:49 | |

|  | Total Amount in Batch | Total Count in Batch |
|--|-----------------------|----------------------|
| Debits | $454,567.07 | 1 |
| Credits | $454,567.07 | 4 |
| Prenotes | $0.00 | 0 |

|  | Grand Total Amount | Grand Total Count |
|--|--------------------|-------------------|
| Debits | $454,567.07 | 1 |
| Credits | $454,567.07 | 4 |
| Prenotes | $0.00 | 0 |

Exhibit 14
Page 386 of 1064
LOC4-074307

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2012-104** |
| INVOICE DATE | 01/09/12 |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through December 30, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 82.00 | hours @ | $195.00 | $15,990.00 |
| Sr. Asso./Eng.: | 615.00 | hours @ | $170.00 | $104,550.00 |
| Surveyor: | 48.25 | hours @ | $150.00 | $7,237.50 |
| 2-Man Survey Crew: | 1.00 | hours @ | $210.00 | $210.00 |
| 1-Man Survey Crew-Prev. Wage: | 12.00 | hours @ | $157.50 | $1,890.00 |
| Sr. Designer II: | 432.50 | hours @ | $130.00 | $56,225.00 |
| Sr. Planner: | 4.50 | hours @ | $130.00 | $585.00 |
| Const. Manager: | 3.00 | hours @ | $150.00 | $450.00 |
| Office Mgt.: | 11.00 | hours @ | $90.00 | $990.00 |
| C.H.J.- | | $2,520.00 | + 15% | $2,898.00 |
| C.H.J.- | | $635.00 | + 15% | $730.25 |
| Sladden- | | $675.00 | + 15% | $776.25 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $4,289,355.51 |
| Current Invoice: | $192,532.00 |
| Balance Remaining: | $2,518,112.49 |

**A/P Sales Tax:** (Circle One - Line 2 and 3)
~~Service~~    Goods    Freight    Food
BMT Inv – Sales Tax Charged?    YES    NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____ +Freight_____
Total $_____BFA Sales Tax # 0000-1100

35-9350-4060-
2102

| | |
|---|---|
| Amount Due: | $192,532.00 |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 387 of 1064
LOC4-074308



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

 **TERMS: DUE UPON RECEIPT**      **INVOICE**

| INVOICE DATE | INVOICE NO. |
|---|---|
| 12/27/2011 | 85997 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO. | P.O. NUMBER | CHECK NUMBER | ORDERED BY | ORDER NO. |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

November 16 through December 15, 2011
Address final CALTRANS review comments and preparation of final Materials Report dated November 22, 2011

| QUANTITY | DESCRIPTION | UNIT PRICE | EXT PRICE |
|---|---|---|---|
| 15 Hr | Project Engineer | 140.00 | 2,100.00 |
| 7 Hr | Word Processing/Clerical | 60.00 | 420.00 |

**TOTAL AMOUNT    2,520.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 388 of 1064
LOC4-074309



**C.H.J. Incorporated**

1355 E. Cooley Drive, Colton, CA 92324 ◆ Phone (909) 824-7210 ◆ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ◆ Phone (760) 243-0506 ◆ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ◆ Phone (760) 772-8234 ◆ Fax (909) 824-7209

 

| | INVOICE DATE | INVOICE NO. |
|---|---|---|
| | 12/27/2011 | 85998 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO. | PO NUMBER | CHARGE NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

November 16 through December 15, 2011
Services include: Coordination with Mark Thomas & Company and revision of LOTB's

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 4 Hr | Project Engineer | 140.00 | 560.00 |
| 1 Hr | Drafting/CAD Operator | 75.00 | 75.00 |

**TOTAL AMOUNT** 635.00

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton,  CA 92324-0231**

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

Exhibit 14
Page 389 of 1064
LOC4-074310

**Inland Valley Sladden, Inc.**

dba Sladden Engineering
450 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/30/2011 | 29321 |

| BILL TO |
|---------|
| **Urban Logic Consultants, Inc.**<br>**43517 Ridge Park Drive, Suit 200**<br>**Temecula, CA 92590** |

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-07044 | 4th Street, Beaumont |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| 10-07 Lab -07 | 3 | Laboratory Testing - R-Value Determination | 225.00 | 675.00 |

| | Total | $675.00 |
|--|-------|---------|

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent
per month will be charged on the unpaid balance after 30 days.

Exhibit 14
Page 390 of 1064
LOC4-074311

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2012-105** |
| INVOICE DATE | **01/09/12** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
　　**550 East Sixth Street**
　　**Beaumont, CA  92223**
　　**Attn: Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the Period through December 30, 2011**

*Transportation Funds*
Heartland Mitigation

| | | | |
|---|---|---|---|
| Const. Manager: | 18.0 | hours @ $150.00 | $2,700.00 |
| Sr. Planner: | 0.5 | hours @ $130.00 | $65.00 |
| Inspector-Prev. Wage: | 25.0 | hours @ $136.50 | $3,412.50 |
| Exec. Secreatry: | 3.0 | hours @ $60.00 | $180.00 |
| Palm Ave./Elm Ave. Storm Drains | | | |
| Surveyor: | 8.5 | hours @ $150.00 | $1,275.00 |

35-9350 - 4000

**A/P Sales Tax**:　(Circle One - Line 2 and 3)
Service　　Goods　　Freight　　Food
BMT Inv – Sales Tax Charged?　YES　　NO
If yes, Stop  If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____+Freight_____
Total $_____BFA Sales Tax # 0000-1100

| | |
|---|---|
| **Total Amount Due:** | **$7,632.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 391 of 1064
LOC4-074312

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2012-106** |
| **INVOICE DATE** | **01/09/12** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Public Works Services provided for the Period through December 30, 2011**

**General Fund/Development Fees (1350-4060)**

Running Springs

| | | | | |
|---|---|---|---|---|
| Exec. Secretary: | 1.00 | hours @ | $60.00 | $60.00 |

High Desert Dist. Center

| | | | | |
|---|---|---|---|---|
| Sr. Asso./Eng.: | 8.00 | hours @ | $170.00 | $1,360.00 |

USA Tickets

| | | | | |
|---|---|---|---|---|
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |

a-1350-4060

A/P Sales Tax:   (Circle One - Line 2 and 3)
Service     Goods     Freight     Food
BMT Inv – Sales Tax Charged?     YES     NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____+Freight_____
Total $_____ BFA Sales Tax # 0000-1100

| | |
|---|---|
| **Total Amount Due:** | **$1,920.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 392 of 1064
LOC4-074313

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2012-102** |
| INVOICE DATE | **01/09/12** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Public Works Services provided for the**
**Period through December 30, 2011**

**_Gas Tax_**
Road & Sewer Repairs

| | | | | |
|---|---|---|---|---|
| Proj. Mgr./Sr. Eng.: | 1.00 | hours @ | $170.00 | $170.00 |
| Const. Manager: | 21.00 | hours @ | $150.00 | $3,150.00 |
| Inspector-Prev. Wage: | 2.00 | hours @ | $136.50 | $273.00 |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180.00 | $180.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32.00 | $32.00 |

**A/P Sales Tax**: (Circle One - Line 2 and 3)
Service    Goods    Freight    Food
BMT Inv – Sales Tax Charged?    YES    NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____ X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

03-9030-4060

| Total Amount Due: | $4,005.00 |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 393 of 1064
LOC4-074314

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2012-103** |
| INVOICE DATE | **01/09/12** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

---

**Billing for Public Works Services provided for the**
**Period through December 30, 2011**

*Mitigation Fees*

Wastewater O&M

| | | | | |
|---|---|---|---|---|
| Principal: | 9.00 | hours @ | $195.00 | $1,755.00 |
| Sr. Asso./Eng.: | 482.00 | hours @ | $170.00 | $81,940.00 |
| Office Mgr.: | 10.00 | hours @ | $90.00 | $900.00 |

| | |
|---|---|
| WW O&M Budget. | $875,000.00 |
| Prev. Invoiced. | $682,951.50 |
| Current Charges. | $84,595.00 |
| Balance Remaining. | $107,453.50 |

Lighting Replacement Project

| | | | | |
|---|---|---|---|---|
| Const. Manager: | 23.00 | hours @ | $150.00 | $3,450.00 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
Service      Goods      Freight      Food
BMT Inv – Sales Tax Charged?      YES      NO
If yes, Stop - If no, Calculate X-Rate
Tangible Goods Amt $_____  X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

10-4050-4060

| | |
|---|---|
| **Total Amount Due:** | **$88,045.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 394 of 1064
LOC4-074315

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2012-107** |
| INVOICE DATE | **01/09/12** |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through December 30, 2011**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 113.5 | Hours @ | $195.00 | $22,132.50 |
| Project Manager/Engineer: | 263 | Hours @ | $170.00 | $44,710.00 |
| Const. Manager: | 79 | Hours @ | $150.00 | $11,850.00 |
| Surveyor: | 135 | Hours @ | $150.00 | $20,250.00 |
| 2-Man Survey Crew-Prev. Wage: | 12 | Hours @ | $257.25 | $3,087.00 |
| Sr. Planner: | 21.5 | Hours @ | $130.00 | $2,795.00 |
| Staff Engineer: | 79 | Hours @ | $110.00 | $8,690.00 |
| Inspector: | 156 | Hours @ | $100.00 | $15,600.00 |
| Inspector-Prev. Wage: | 38 | Hours @ | $136.50 | $5,187.00 |
| Soils Tech.: | 77 | Hours @ | $100.00 | $7,700.00 |
| Soils Tech.-Prev. Wage: | 17 | Hours @ | $136.50 | $2,320.50 |
| Office Mgr.: | 28.5 | Hours @ | $90.00 | $2,565.00 |
| Exec. Secretary: | 117 | Hours @ | $60.00 | $7,020.00 |
| CAL 521 - Concrete Cylinder Streng | 6 | tests @ | $180.00 | $1,080.00 |
| CAL 231 - Use of Nuclear Gauges | 11 | days @ | $32.00 | $352.00 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 2204 | miles @ | $0.500 | $1,102.00 |

**A/P Sales Tax:**   (Circle One - Line 2 and 3)
Service      Goods      Freight      Food
BMT Inv – Sales Tax Charged?      YES      NO
If yes, Stop · If no, Calculate X-Rate
Tangible Goods Amt $_____  X
8.75%_____ +Freight_____
Total $_____ BFA Sales Tax # 0000-1100

| | |
|---|---|
| **Total Amount Due:** | **$156,441.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Exhibit 14
Page 395 of 1064
LOC4-074316