# EXHIBIT 20

| | |
|---|---|
| **From:** | Kenneth D. Watnick <kdw@amclaw.com> |
| **Sent:** | Saturday, June 13, 2020 12:06 PM |
| **To:** | Christopher E. Deal |
| **Cc:** | Jeffrey Dunn; Daniel Richards |
| **Subject:** | RE: City of Beaumont |

**CAUTION – EXTERNAL SENDER.**

Chris:  Just wanted to follow up on status.  Thanks.

**From:** Christopher E. Deal <chris.deal@bbklaw.com>
**Sent:** Thursday, May 14, 2020 12:20 PM
**To:** Kenneth D. Watnick <kdw@amclaw.com>
**Cc:** Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>; Daniel Richards <Daniel.Richards@bbklaw.com>
**Subject:** **EXTERNAL** RE: City of Beaumont

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Ken:

I am sorry for going silent but the Covid situation has obviously turned things upside down.  We are still working on a response, and I will try and provide an update next week.

Hope you are staying safe.



**Christopher Deal**
Partner
chris.deal@bbklaw.com
T: (949) 263-6567
www.BBKlaw.com

**From:** Kenneth D. Watnick [mailto:kdw@amclaw.com]
**Sent:** Thursday, May 07, 2020 9:01 AM
**To:** Christopher E. Deal
**Subject:** City of Beaumont

**CAUTION – EXTERNAL SENDER.**

Chris:  I hope you and your family are safe and healthy in this unusual time.  I am writing in follow up to our meeting in late January during which National Union proposed to resolve this claim for $1.5 million.  I understood that you and your colleagues were going to discuss this proposal with your client.   We then tentatively planned a further meeting for March 12.  Of course, this plan was upset by the shelter order.

Exhibit 20
Page 1 of 2

In any event, we are available to discuss resolution of the claim, albeit under different circumstances. Please feel free to contact me with questions.  In the interim, National Union reserves all rights under the policy, at law, or otherwise.

Ken Watnick
Anderson McPharlin & Conners
707 Wilshire Blvd.
Ste 4000
Los Angeles, CA 90017
(O) (213) 236-1627
(C)  (213) 324-0623

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client
communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the
intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly
prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.

Exhibit 20
Page 2 of 2