# EXHIBIT 23



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*www.ci.beaumont.ca.us*

September 30, 2019

**VIA U.S. MAIL**

Steven C. DeBaun
Best Best & Krieger LLP
3390 University Avenue, 5th Floor
Riverside, CA 92501

**RE: WRCOG v. BEAUMONT**

Dear Mr. DeBaun,

Pursuant to the amended and restated settlement agreement between the City of Beaumont and WRCOG, the City of Beaumont and its related entities (collectively "City") assign to WRCOG the claims the City has against AIG and National Union Fire Insurance Company of Pittsburgh, Pa under policy numbers 01-309-61-64 and 01-425-57-41 that relate to the theft and dishonesty incidents that have been tendered as part of claim number 3409580528US. This assignment is made to the extent that such assignment is permissible under applicable law and the above referenced policies.

Sincerely,

Julio Martinez
Mayor
City of Beaumont

Exhibit 23
Page 1 of 1