JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

# [PROPOSED] ORDER

Defendant National Union Fire Insurance Company of Pittsburgh, Pa's ("NUFIC") Motion for Summary Judgment came on for hearing on August 1, 2022, at 8:30 a.m., in Department 9D of the above entitled court.

Appearances are reflected in the record.

Upon review of NUFIC's Motion, the Opposition, and oral argument made at the hearing, and all other pertinent pleadings, papers, and records on file, the Court orders as follows:

The Court finds that there are genuine disputes which require a trial in this case, and hereby denies NUFIC's Motion for Summary Judgment. Judgment shall be entered in favor of Plaintiffs Western Riverside Council of Governments and the City of Beaumont with respect to this action.

**IT IS SO ORDERED**

Dated: _____, 2022

_____
Honorable George Wu
U.S. District Court Judge