Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:   Hon. George H. Wu<br>Date:    8/1/2022<br>Time:    8:30 a.m.<br>Room:   9D |

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), submits the following exhibits in support of its Reply in Support of its Motion for Summary Judgment:

-1-
SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT NATIONAL UNION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| Exhibit | Document | Page Range |
|---|---|---|
| 26 | Complaint for Damages filed in case styled *Western Riverside Council of Governments v. Urban Logic Consultants, et al.*, Case No. RIC 1712042 (Superior Court of the State of California, County of Riverside) | 1-34 |
| 27 | Declaration of Peter Evans | 1-50 |
| 28 | Excerpted pages from the deposition of Elizabeth Gibbs as City of Beaumont's 30(b)(6) representative, dated May 24, 2022 | 1-8 |

Dated: July 18, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

-2-
SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT NATIONAL UNION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiffs*

> GORDON REES SCULLY
> MANSUKHANI LLP
>
> By:  */s/ Scott L. Schmookler*
>    Scott L. Schmookler
>
> *Attorneys for Defendant*
> *National Union Fire Insurance*
> *Company of Pittsburgh, Pa.*

-3-
SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT NATIONAL UNION'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT