Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF SCOTT L. SCHMOOKLER IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>Judge:   Hon. George H. Wu<br>Date:    8/1/2022<br>Time:    8:30 a.m.<br>Room:   9D |

I, Scott L. Schmookler, declare as follows:

1. I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter. I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court. I submit this declaration in support of National Union's Reply in Support

-1-

DECLARATION OF SCOTT L. SCHMOOKLER

1  of Motion for Summary Judgment. I have personal knowledge of all matters set
2  forth in this Declaration and, if called as a witness, I could and would competently
3  testify to them.

4      2.    On May 24, 2022, Elizabeth Gibbs, as the Rule 30(b)(6) representative
5  of City of Beaumont, was deposed in this matter. Attached to the Supplemental
6  Appendix of Evidence, filed concurrently herewith, as **Exhibit 28** is a true and
7  correct copy of excerpts from the transcript of City of Beaumont's Rule 30(b)(6)
8  deposition.

Dated: July 18, 2022

GORDON REES SCULLY
MANSUKHANI LLP

By:   */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

-2-
DECLARATION OF SCOTT L. SCHMOOKLER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiff*
> *Western Riverside Council of Governments*

>     GORDON REES SCULLY
>     MANSUKHANI LLP
>
> By:  */s/ Scott L. Schmookler*
>       Scott L. Schmookler
>
>     *Attorneys for Defendant*
>     *National Union Fire Insurance*
>     *Company of Pittsburgh, Pa.*

-3-
DECLARATION OF SCOTT L. SCHMOOKLER