Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFFS' REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DEPOSITION OF JAMES GREGG**<br>**(DKT. 54-10)**<br><br>Judge: Hon. George H. Wu<br>Date: 8/1/2022<br>Time: 8:30 a.m.<br>Room: 9D |

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), hereby submits the following response to Plaintiffs' evidentiary objection to the Deposition Testimony of James Gregg ("Gregg Dep.") filed in support of National Union's Motion for Summary Judgment:

-1-

**Objection No. 1**

Material Objected To:

"Q: And the final product, in term of the facts that you were aware of at the time of your employment with the city, are the facts that are actually detailed in the declaration, is that correct?
A: Yes. They're the facts in the declaration. That's correct."

(Gregg Dep. at 193:20-194:01; Dkt. 49-5, pp. 196-197).

| Plaintiffs' Objection: | Defendant's Response: | Ruling: |
|---|---|---|
| **Lack of Personal Knowledge/Foundation** (FRE 602, 901);<br><br><br><br><br><br><br><br><br><br><br><br>**Leading Question** (FRE 611); (see *Green v. U.S.*, 348 F. 2d 340 (D.C. Cir. 1965). | 1. This testimony relates to Mr. Gregg's final review and execution of his declaration. He has personal knowledge of whether the facts in his declaration are correct. *Barthelemy v. Air Lines Pilots Ass'n*, 897 F.2d 999, 1018 (9th Cir. 1990) ("[Witness's] personal knowledge and competence to testify are reasonably inferred from their positions and the nature of their participation in the matters").<br><br>2. Plaintiffs failed to object to this question and therefore waived any form objections. Fed. R. Civ.P. 32(d) (3)(B). In addition, the question was asked during cross-examination and address non-controversial matters. Thus, leading questions were permitted. *In re Leonard*, 122 F. Supp. 214, 216 (S.D. Ca. 1954). | Sustained: _____<br><br>Overruled: _____ |

Dated: July 18, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: <u>*/s/ Scott L. Schmookler*</u>
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Daniel L. Richards, State Bar No. 315552
>daniel.richards@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By:  */s/ Scott L. Schmookler*
>       Scott L. Schmookler
>
>*Attorneys for Defendant*
>*National Union Fire Insurance*
>*Company of Pittsburgh, Pa.*