Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DECLARATION OF STEVEN C. DEBAUN (DKT. 54-28)**<br><br>Judge:   Hon. George H. Wu<br>Date:    8/1/2022<br>Time:    8:30 a.m.<br>Room:   9D |

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), hereby submits the following request for evidentiary ruling on specified objections to the declaration of Steven C. DeBaun filed at Dkt. 54-28 ("DeBaun Decl."):

-1-
DEFENDANT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS
TO THE DECLARATION OF STEVEN C. DEBAUN (DKT. 54-28)

| Obj. No. | Material Objected To | Grounds for Objection | Ruling |
|---|---|---|---|
| 1 | Declaration of Steven C. DeBaun Nolan, Dkt. 54-28, ¶¶ 1- 14. | **Rule 26 – Evidence from Undisclosed Witness.** Plaintiffs never disclosed Steven DeBaun as a witness. Rather, Mr. DeBaun is a lawyer for Western Riverside Council of Governments ("WRCOG") (although he has not filed an appearance in this case). Plaintiffs cannot rely on undisclosed evidence from one of WRCOG's attorneys to defeat summary judgment.<br><br>**Self-serving declaration of counsel.** Plaintiffs cannot rely on a self-serving declaration from one of their lawyers to avoid summary judgment. *Jang v. Sagicor Life Ins. Co.*, 854 F. App'x 870, 871 (9th Cir. 2021) ("When the nonmoving party relies only on its own affidavits to oppose summary judgment, it cannot rely on conclusory allegations unsupported by factual data to create | Sustained: _____<br><br>Overruled: _____ |

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

|  |  | an issue of material fact.") |  |
|--|--|--|--|

| | |
|---|---|
| Dated:  July 18, 2022 | GORDON REES SCULLY MANSUKHANI LLP |
| | By:  */s/ Scott L. Schmookler* <br> Scott L. Schmookler (PHV) <br> sschmookler@grsm.com <br> (312) 980-6779 <br> Christina R. Spiezia, (SBN: 315145) <br> cspiezia@grsm.com <br> (949) 255-6968 <br> 5 Park Plaza <br> Suite 1100 <br> Irvine, CA 92614 |
| | *Attorneys for Defendant* <br> *National Union Fire Insurance* <br> *Company of Pittsburgh, Pa.* |

-4-

DEFENDANT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS TO THE DECLARATION OF STEVEN C. DEBAUN (DKT. 54-28)

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Daniel L. Richards, State Bar No. 315552
>daniel.richards@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972
>
>*Attorneys for Plaintiffs*

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By:   */s/ Scott L. Schmookler*
>        Scott L. Schmookler
>
>*Attorneys for Defendant*
>*National Union Fire Insurance*
>*Company of Pittsburgh, Pa.*

-5-
DEFENDANT'S REQUEST FOR EVIDENTIARY RULING ON SPECIFIED OBJECTIONS
TO THE DECLARATION OF STEVEN C. DEBAUN (DKT. 54-28)