JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
ARYAN VAHEDY, Bar No. 323802
aryan.vahedy@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 50,<br><br>Defendants. | Case No. 5:20-cv-02164-GW (KKx)<br><br>**DECLARATION OF JOHN PINKNEY IN SUPPORT OF OPPOSITION DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

# DECLARATION OF JOHN PINKNEY

I, John Pinkney, declare as follows:

1. I am an attorney at law, licensed to practice before all courts of the State of California. I am a partner at Slovak Baron Empey Murphy & Pinkney LLP. I have personal knowledge of the facts set forth below and if called upon to do so, could competently testify to them.

2. Since May 2015, I have been the City Attorney for the City of Beaumont ("City"). In this time, I have represented the City in matters including the Riverside County District Attorney's Office criminal investigation of City Officials (the "Investigation") for embezzlement of public funds, in addition to misappropriation of public funds and conspiracy. These City Officials included Alan Kapanicas, City Manager; William Aylward, Director of Finance and later Assistant City Manager; David Dillon, City Planning Director; Ernest Egger, City Economic Development Director; Deepak Moorjani, City Director of Public Works; and Joseph Aklufi, City Attorney.

3. The Riverside County District Attorney's Office filed a criminal complaint against the then principles of ULC and other city employees.[1] The defendants later pled guilty to certain crimes. These pleas required, among others, Egger, Dillon, Moorjani, and Kapanicas, to pay restitution. This restitution was paid directly to Western Riverside Council of Governments ("WRCOG"), *not* to the City of Beaumont.

4. Following the Investigation, numerous lawsuits were filed in direct relation to the unlawful actions of the City Officials.

5. On or around April 2017, the City entered into a settlement agreement ("Settlement Agreement") with WRCOG to resolve a lawsuit involving Transportation Uniform Mitigation Fees. As part of the Settlement Agreement, the

---

[1] City staff included Alan Charles Kapanicas, City Manager; William Aylward, Director of Finance and later Assistant City Manager; Joseph Aklufi, City Attorney.

1  City assigned to WRCOG a portion of the City's rights to existing claims the City
2  had against certain third parties including companies and private individuals. Due
3  to the Settlement Agreement, the City will receive at least 35 percent and up to 50
4  percent (depending upon the total amount recovered) of any damages recovered
5  with Plaintiffs in this lawsuit

6    6.    In 2016, the City tendered its claim to National Union Fire Insurance
7  Company of Pittsburgh, Pa ("NUFIC"). More than four years later, NUFIC had yet
8  to pay the City, or its assignee, WRCOG, any amount, or even render a definitive
9  coverage position, despite the fact that the policies at issue undeniably cover the
10 employee theft, embezzlement, and failure to faithfully perform that resulted in the
11 City's losses.

12    7.    Under an agreement entered into between the City and National Union
13 Fire Insurance Company of Pittsburgh, Pa ("NUFIC"), the City tendered its claim
14 and submitted its Proof of Loss with accompanying addendum on November 03,
15 2016. As of the date of this declaration, the claim filed under the aforementioned
16 Proof of Loss and the subsequent supplemental Proof of Loss dated April 20, 2018
17 remains unresolved and unpaid.

18    8.    On or around August 3, 2020, WRCOG filed the original Complaint
19 for *Western Riverside Council of Governments, et al. v. National Union Fire*
20 *Insurance Company of Pittsburgh, Pa* matter ("Instant Action") with the Riverside
21 County Superior Court. NUFIC then removed the lawsuit to the Central District of
22 California. A First Amended Complaint was filed on or around November 30,
23 2020.

24    9.    On or around November 2020, the City joined in the above case in
25 order to preserve the City's bad faith/punitive damages claim against NUFIC.

26    10.    I have represented the City in the Instant Action since its inception. I
27 have participated in the preparation of the City's case against NUFIC.
28

11. Specifically, I and my staff have worked on document review, privilege review, and other discovery, coordinated with support and City staff, and conducted deposition preparation of city staff for PMK depositions.

12. Additionally, along with other attorneys in my firm, I and my staff worked with our forensic accountant expert, Daniel W. Ray, for the Instant Action to conduct invoice analysis and witness interviews.

13. Along with other attorneys in my firm, I have worked on other pre-litigation matters, including but not limited to the litigation concerning the former principles of ULC. This work included discovery and trial preparation.

14. As a result of the above listed litigation, my firm has incurred, and continues to incur, attorneys' fees in an excess of $332,462.33 since prosecuting this matter.

15. From June 29, 2022 until July 18, 2022, I was out of the office on a preplanned vacation to Florida, and had limited access to email and voicemail due to the fairly remote location at which I stayed and the lack of access to a computer and wifi. I was therefore unable to submit a declaration in connection with Plaintiffs' opposition to NUFIC's motion for summary judgment.

16. Had I not been on this vacation, I could and would have submitted a declaration containing the information above, which was instead submitted by Plaintiffs through the declarations of Peter Nolan and Steven Debaun.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of July, 2022 in Palm Springs, California.

John Pinkney