UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-2164-GW-KKx | Date | August 1, 2022 |
| Title | *Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher E. Deal | Scott L. Schmookler |
| Daniel L. Richards | Meagan P. VanderWeele |

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT PURSUANT TO FRCP 56 [49]**

The Court's Tentative Ruling was issued on July 29, 2022 [62]. Oral argument is held. For reasons stated on the record, Defendant's Motion is taken under submission.

: 15

Initials of Preparer   JG