Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTIONS IN LIMINE**<br><br>Judge: Hon. George H. Wu<br>Date: September 1, 2022<br>Time: 8:30 a.m.<br>Room: 9D |

Defendant, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), submits the following exhibits in support of its Motions *in Limine*, filed contemporaneously herewith:

-1-
APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT NATIONAL UNION'S
MOTIONS IN LIMINE

| Exhibit | Document | Page Range |
|---|---|---|
| 1 | Expert Report of Daniel Ray, dated May 27, 2022 | 5-29 |
| 2 | Deposition of Daniel Ray, dated July 18, 2022 | 30-124 |
| 3 | Expert Report of John Lepire, dated May 31, 2022 | 125-136 |
| 4 | Deposition of John Lepire, dated July 19, 2022 | 137-410 |
| 5 | Felony Plea Form, David Dillion, Case No. RIF1602262 | 411-413 |
| 6 | Felony Plea Form, Ernest Egger, Case No. RIF1602262 | 414-416 |
| 7 | Felony Plea Form, Deepak Moorjani, Case No. RIF1602262 | 417-419 |
| 8 | Felony Plea Form, Alan Kapanicas, Case No. RIF1602262 | 420-422 |
| 9 | Felony Plea Form, William Aylward, Case No. RIF1602262 | 423-425 |
| 10 | Factual Basis, Alan Kapanicas, Case No. RIF1602262 | 426-428 |
| 11 | Factual Basis, William Aylward, Case No. RIF1602262 | 429-431 |
| 12 | Proof of Loss, dated November 3, 2016 | 432-447 |
| 13 | Supplement to Proof of Loss, dated April 20, 2018 | 448-453 |
| 14 | Insurance Policy, 2014-2015 Period | 454-735 |
| 15 | Insurance Policy, 2015-2017 Period | 736-1033 |
| 16 | Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated January 8, 2020 | 1034-1044 |
| 17 | Plaintiffs' Supplemental Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), Dated March 5, 2021 | 1045-1053 |
| 18 | Deposition of John Pinkney, dated May 31, 2022 | 1054-1161 |

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

| 19 | Deposition of Elizabeth Gibbs, dated May 23, 2022 | 1162-1254 |
|---|---|---|
| 20 | Email from Daniel Richards to Scott Schmookler, dated May 4, 2022 | 1255-1261 |
| 21 | Plaintiffs' Supplemental Response to Defendant's First Set of Interrogatories, dated March 8, 2021 | 1262-1437 |
| 22 | Deposition of Roger Berg, dated March 31, 2022 | 1438-1534 |
| 23 | Declaration of Lawrence Dressel, dated April 5, 2022 | 1535-1576 |
| 24 | Declaration of James Gregg, dated February 7, 2022 | 1577-1582 |
| 25 | 1993 Agreement for Planning, Economic Development and Public Works Services | 1583-1614 |
| 26 | 1994 Amendment to Agreement for Planning, Economic Development and Public Works Services | 1615-1618 |

Dated: August 11, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*

-3-
APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT NATIONAL UNION'S MOTIONS IN LIMINE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiffs*

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    Scott L. Schmookler

-4-

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT NATIONAL UNION'S MOTIONS IN LIMINE