# EXHIBIT 8

**EXHIBIT 8**
**PAGE 420**

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 19 2017

MARLENE ACUÑA

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
### FELONY PLEA FORM

People v. **Alan Charles Kapanicas**                    Case Number **RIF1602262**     ALB

DEC 26 2017 R

### A. ADVISEMENT OF RIGHTS:

_ACK_ 1. I have the right to a speedy and public trial by a judge or jury.
_ACK_ 2. At my trial, I have the right to face and cross-examine any witnesses against me.
_ACK_ 3. I have the right to ask the court to compel witnesses to attend my trial at no expense to me, and to present evidence in my defense.
_ACK_ 4. I have the right against self-incrimination. I cannot be forced to testify against myself, but I also have the right to testify in my own defense if I choose to do so.
_ACK_ 5. I have the right to be represented by a lawyer throughout my trial. If I cannot afford one, the court will appoint one to represent me at no cost to me.

### B. CONSEQUENCES OF PLEA (1 through 5 apply to everyone):

_ACK_ 1. As a convicted felon, I will not be able to own or possess any firearm. I will be ordered to pay restitution to the victim(s) if the victim(s) suffered economic harm. I agree that the amount of victim restitution is **1,000,000.00**. If the parties do not agree, the probation department will determine the amount. If I disagree with the amount, I must promptly request a hearing.
_ACK_ 2. Charges and/or enhancements may have been dismissed as part of this negotiated disposition with the District Attorney's Office. I agree that I will be ordered to pay restitution to the victim(s) of the dismissed charges and/or enhancements if the victim(s) suffered economic harm.
_ACK_ 3. I will be ordered to pay a restitution fine of at least $300 and not more than $10,000. There are several other fines and fees that will be imposed as a result of this guilty plea.
_ACK_ 4. If I am not a citizen of the United States, I understand that this conviction may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization pursuant to the laws of the United States.
_ACK_ 5. If I receive a state prison term, I will be placed on parole or local community supervision after completing the term. Parole or local community supervision will be for the term specified by law. Generally, parole is for up to five years and local community supervision is for up to three years. If my term of imprisonment is life, and I am ever granted parole, it may be for life. If I violate any of the terms of parole, I could be returned to state prison for up to one year per violation. If I violate any of the terms of local community supervision, I could be incarcerated in county jail for up to 180 days per violation.
_ACK_ 6. If I am sentenced to county jail, a portion of my term may be suspended and, upon release from jail, I may be placed on mandatory supervision. If I violate any of the terms and conditions of my mandatory supervision, I could be returned to county jail for up to the remainder of my suspended jail term.
_ACK_ 7. I will be required to give a DNA sample.
_X_ 8. My driving privileges will be suspended or revoked by the Department of Motor Vehicles.
_X_ 9. I understand that because I am pleading guilty to a qualifying offense, I will be ordered to register with law enforcement as a(n) _____ and that if I fail to register or to keep my registration current for any reason, new criminal charges may be filed against me. I understand that registration as a sex offender is a life long requirement.
_ACK_ 10. I will be required to undergo AIDS testing.
_ACK_ 11. Being under the influence of alcohol or drugs, or both, impairs your ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I drive while under the influence of alcohol or drugs, or both, and as a result of that driving, someone is killed, I can be charged with murder.
_X_ 12. Other _____

### C. DEFENDANT'S STATEMENT:

_ACK_ 1. All the promises made to me are written on this form, or stated in open court.
_ACK_ 2. No one has made any threats to me or anyone close to me, or placed any pressure of any kind on me in order to make me plead guilty.

Page 1 of 2

Approved for Optional Use
Riverside Superior Court
CR004 (Rev. 12/11/14)

EXHIBIT 8
PAGE 421

BMTGJ0000018

People v. Alan Charles Kapanicas        Case Number RIF1602262

_init_ 3. I understand that if I violate any of my probation terms, I could be sentenced to the maximum custody term possible under these charges as set forth under "Plea Agreement", Item 2.

_init_ 4. I have had adequate time to discuss with my attorney (1) my constitutional rights, (2) the consequences of any guilty plea, and (3) any defenses I may have to the charges against me.

_init_ 5. As part of this plea, I (circle one) do / do not waive any right to appeal that I may have.

_init_ 6. Factual Basis: I agree that I did the things that are stated in the charges that I am admitting.

## D. PLEA AGREEMENT:

1. I will enter a guilty plea to the following charges and enhancements:
   Count 2: a violation of Penal Code Section 504 / 514 [Embezzlement of Public Funds], a felony and
   Count 30: a violation of Penal Code Section 424 (a)(1) [Misappropriation of Public Funds], a felony.

   The Prosecutor will dismiss any charges and enhancements that I do not admit.

2. The maximum possible custody commitment for the admitted charges and enhancements is: 4 yrs 8 mo state prison

3. My guilty pleas are conditional on receiving the following considerations as to sentence:

   a) Formal probation will (circle one) be 1) denied; 2) granted; 3) decided by the court. If granted, the length of formal probation may be up to five years. If probation is granted, a suspended state prison sentence or felony county jail term (circle one) will/will not be imposed. A suspended felony county jail term may include a period of mandatory supervision for up to the remainder of the suspended jail term. The following legal restrictions apply to a decision to grant probation in this case:

   b) The custody term **will be** 365 days of confinement to be served through alternative sentencing (stip)
   The custody term shall not be **more** than 365 days (top)
   The custody term shall not be **less** than 365 days (floor)

   c) Fines: Restitution of $1,000,000.00

   d) Other: ___

   e) Credit for time served will be 4 days actual; 4 days [X] 4019 [ ] 2933; 8 total.

## E. SIGNATURES

**District Attorney:** The above is a correct statement of the Plea Agreement between defense and prosecution.

12-19-17   Emily Hanks   /s/
(DATE)     (PRINT NAME) (SIGNATURE)

**Defendant:** I have read and understand this entire document. I waive and give up all of the rights that I have initialed. I accept this Plea Agreement.

12-19-17   Alan Charles Kapanicas   /s/
(DATE)     (PRINT NAME)             (SIGNATURE)

**Defense Attorney:** I am the attorney for the defendant. I am satisfied that (1) the defendant understands his/her constitutional rights and understand that a guilty plea would be a waiver of these rights; (2) the defendant has had an adequate opportunity to discuss his/her case with me, including any defenses he/she may have to the charges; and (3) the defendant understands the consequences of his/her guilty plea. I join in the decision of the defendant to enter a guilty plea.

12-19-17   Greg Kassel   /s/
(DATE)     (PRINT NAME) (SIGNATURE)

**Interpreter:** Having been duly sworn, I have translated this form to the defendant in the _____ language. The defendant has stated that he/she fully understood the contents of the form prior to signing.

_____    _____    _____
(DATE)         (PRINT NAME)   (SIGNATURE)

Approved for Optional Use
Riverside Superior Court
CR004 (Rev. 12/11/14)

Page 2 of 2

EXHIBIT 8
PAGE 422

BMTGJ0000019