# EXHIBIT 10

EXHIBIT 10
PAGE 426

MICHAEL A. HESTRIN
District Attorney
County of Riverside
3960 Orange Street
Riverside, California 92501
Telephone: (951) 955-5400
Amy Barajas, Deputy District Attorney
State Bar No. 237141
Emily R. Hanks, Deputy District Attorney
State Bar No. 230442



F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 19 2017

MARLENE ACUÑA

ALB

DEC 26 2017 R

SUPERIOR COURT OF CALIFORNIA

COUNTY OF RIVERSIDE

(Riverside)

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO. RIF1602262 |
| Plaintiff, | FACTUAL BASIS |
| v. | |
| ALAN CHARLES KAPANICAS, | |
| Defendant. | |

I worked for the City of Beaumont between 1993 and 2015 in various capacities including Administrative Services Director, City Manager, and special tax consultant.  In early 1996, I started my own business called General Government Management Services ("GGMS").  I was contracted through GGMS to serve as the City Manager of Beaumont, and at the same time to provide special tax functions to the City.

Between July 2003 and June 2009, the City of Beaumont collected millions of dollars from developers in the City as Transportation Uniform Mitigation Fees ("TUMF").  Pursuant to local ordinances adopted by the City, these TUMF funds should have been remitted to the Western Riverside Council of Governments ("WRCOG").  During this time, I was continually advised by City Attorney Joseph Aklufi and made the decision not to remit those funds to WRCOG as was legally required, instead withholding and diverting those funds, from which my company ultimately profited.

Between 2010 and 2013, myself and City Finance Director William Aylward gave out

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
3960 Orange Street
Riverside, California

1

EXHIBIT 10
PAGE 427

BEAUAIG0003392

$113,773 in interest free loans to City employees, including $45,000 to then-Beaumont Chief of Police Frank Coe.  These interest free loans were not authorized by City Council or any City program.

Between 2009 and 2015, myself and City Finance Director William Aylward allowed a private company called Beaumont Electric Inc. to use the City's resale permit and borrow $6,247,458.86 in public funds interest free to make company purchases.  This use of public funds by a private corporation was not authorized by City Council or any City program.

ALAN KAPANICAS
Defendant

GREG KASSEL
Attorney for Defendant

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
3960 Orange Street
Riverside, California

2

EXHIBIT 10
PAGE 428

BEAUAIG0003393