# EXHIBIT 11

**EXHIBIT 11**
**PAGE 429**

```
 1  MICHAEL A. HESTRIN
 2  District Attorney
    County of Riverside
 3  3960 Orange Street
 4  Riverside, California 92501
 5  Telephone: (951) 955-5400
    Amy Barajas, Deputy District Attorney
 6  State Bar No. 237141
 7  Emily R. Hanks, Deputy District Attorney
 8  State Bar No. 230442
```



FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
DEC 1 9 2017
MARLENE ACUÑA

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Riverside)

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

WILLIAM KEVIN AYLWARD,

Defendant.

CASE NO. RIF1602262

FACTUAL BASIS

I worked for the City of Beaumont between 1993 and 2015 in various capacities including accounting manager, finance director, and assistant city manager in charge of finance.

Between July 2003 and June 2009, the City of Beaumont collected millions of dollars from developers in the City as Transportation Uniform Mitigation Fees ("TUMF"). Pursuant to local ordinances adopted by the City, these TUMF funds should have been remitted to the Western Riverside Council of Governments ("WRCOG"). Urban Logic Consultants ("ULC") principles David Dillon, Ernest Egger, and Deepak Moorjani, along with City Manager Alan Kapanicas and City Attorney Joseph Aklufi made the decision not to remit those funds to WRCOG as was legally required, instead withholding and diverting those funds for personal profit. I aided and abetted in the embezzlement of these monies by setting up and managing funds within the City to conceal the diverted fees and assisting in the direction of those fees to unauthorized purposes. Mr. Dillon, Mr. Kapanicas, and Mr. Aklufi deceived WRCOG and City Council regarding the withholding and diverting of TUMF monies by misrepresenting the

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
3960 Orange Street
Riverside, California

1

EXHIBIT 11
PAGE 430

BEAUMONTAIG0000018

source and use of the monies. At the instruction of Mr. Kapanicas, I directed millions of dollars to be paid to ULC that the company was not legally entitled to receive.

Between 2010 and 2013, myself and City Manager Alan Kapanicas gave out $113,773 in interest free loans to City employees, including $45,000 to then-Beaumont Chief of Police Frank Coe. These interest free loans were not authorized by City Council or any City program.

Between 2009 and 2015, myself and City Manager Alan Kapanicas allowed a private company called Beaumont Electric Inc. to use the City's resale permit and borrow $6,247,458.86 in public funds interest free to make company purchases. This use of public funds by a private corporation was not authorized by City Council or any City program.

WILLIAM AYLWARD
Defendant

JAMES TAYLOR
Attorney for Defendant

MICHAEL A. HESTRIN
DISTRICT ATTORNEY
3960 Orange Street
Riverside, California

2

EXHIBIT 11
PAGE 431

BEAUMONTAIG0000019