# EXHIBIT 14

EXHIBIT 14

PAGE 454

**EXHIBIT**

**Blake 7  5/18/22  PJ**

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

91222 (4/13)

**EXHIBIT 14**

**PAGE 455**

**CRIME AND FIDELITY**
**CR DS 04 08 07**

POLICY NUMBER:
01-309-61-64
REPLACEMENT OF
POLICY NUMBER:
01-996-28-15

### GOVERNMENT CRIME
### POLICY DECLARATIONS

In Return For The Payment Of The Premium, And Subject To All The Terms And Conditions Of This Policy, We Agree With You To Provide The Insurance As Stated In This Policy.

**Coverage Is Written:**

[X] Primary        [ ] Excess        [ ] Coindemnity        [ ] Concurrent

| | |
|---|---|
| **Company Name Area:** | National Union Fire Insurance Company of Pittsburgh, Pa. |
| **Producer Name Area:** | ALLIANT INSURANCE SERVICES, INC.<br>1301 DOVE ST<br>NEWPORT BEACH, CA 92660-2412 |
| **Named Insured:** | CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA) |
| | (including any Employee Welfare or Benefit Plans) |
| **Mailing Address:** | 75 IRON POINT CIRCLE, SUITE 200<br>FOLSOM, CA 95630 |

| Policy Period | |
|---|---|
| **From:** | June 30, 2014 |
| **To:** | June 30, 2015    12:01 A.M. at your mailing address shown above. |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| 1. **Employee Theft – Per Loss Coverage** | $10,000,000 | PER SCHEDULE |
| 2. **Employee Theft – Per Employee Coverage** | Not Covered | Not Covered |
| 3. **Forgery Or Alteration** | $10,000,000 | PER SCHEDULE |
| 4. **Inside The Premises – Theft Of Money And Securities** | $10,000,000 | PER SCHEDULE |
| 5. **Inside The Premises – Robbery Or Safe Burglary Of Other Property** | $10,000,000 | PER SCHEDULE |
| 6. **Outside The Premises** | $10,000,000 | PER SCHEDULE |
| 7. **Computer Fraud** | $10,000,000 | PER SCHEDULE |
| 8. **Funds Transfer Fraud** | $10,000,000 | PER SCHEDULE |

**EXHIBIT 14**
**PAGE 456**

**CRIME AND FIDELITY**
**CR DS 04 08 07**

POLICY NUMBER:
01-309-61-64
REPLACEMENT OF
POLICY NUMBER:
01-996-28-15

## GOVERNMENT CRIME
## POLICY DECLARATIONS

| 9.   Money Orders And Counterfeit Money | $10,000,000 | PER SCHEDULE |
|---|---|---|

If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this policy is deleted.

**Endorsements Forming Part Of This Policy When Issued:**
#1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #17, #18, #19, #20, #21, #22, #23, #24, #25, #26, #27, #28, #29, #30, #31, #32, #33, #34, #35

**Cancellation Of Prior Insurance Issued By Us:**
**By acceptance of this Policy you give us notice cancelling prior policy Nos.**   01-996-28-15       ; the **cancellation to be effective at the time this Policy becomes effective.**

Premium:   $960,618

### Countersignature Of Authorized Representative

**Name:**

**Title:**

**Signature:**

**Date:**

IN WITNESS WHEREOF, the Insurer has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

PRESIDENT

SECRETARY

AUTHORIZED REPRESENTATIVE

© ISO Properties, Inc., 2006        CR DS 04 08 07    □
**EXHIBIT 14**
**PAGE 457**

CRIME AND FIDELITY
CR 00 26 05 06

# GOVERNMENT CRIME POLICY
## (DISCOVERY FORM)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place at any time which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.i.**:

### 1. Employee Theft - Per Loss Coverage

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Employee Theft - Per Employee Coverage

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by each "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 3. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written

promises, orders or directions to pay a sum certain in "money" that are:

(1) Made or drawn by or drawn upon you; or

(2) Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

b. If you are sued for refusing to pay any instrument covered in Paragraph **3.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 4. Inside The Premises - Theft Of Money And Securities

a. We will pay for loss of "money" and "securities" inside the "premises" or "banking premises":

(1) Resulting directly from "theft" committed by a person present inside such "premises" or "banking premises"; or

(2) Resulting directly from disappearance or destruction.

b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted

© ISO Properties, Inc., 2005

EXHIBIT 14
PAGE 458

"theft" of or unlawful entry into those containers.

5. **Inside The Premises - Robbery Or Safe Burglary Of Other Property**

   a. We will pay for loss of or damage to "other property":

      (1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

      (2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

   b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

   c. We will pay for loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

6. **Outside The Premises**

   a. We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

   b. We will pay for loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

7. **Computer Fraud**

   We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from the use of any computer to fraudulently cause a transfer of that property from inside the "premises" or "banking premises":

   a. To a person (other than a "messenger") outside those "premises"; or

   b. To a place outside those "premises".

8. **Funds Transfer Fraud**

   We will pay for loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

9. **Money Orders And Counterfeit Money**

   We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

   a. Money orders issued by any post office, express company or bank that are not paid upon presentation; or

   b. "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

1. This policy does not cover:

   a. **Acts Committed By You**

      Loss resulting from "theft" or any other dishonest act committed by you, whether acting alone or in collusion with other persons.

   b. **Acts Of Employees Learned Of By You Prior To The Policy Period**

      Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this policy and you or any of your officials, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

 © ISO Properties, Inc., 2005 CR 00 26 05 06

EXHIBIT 14

PAGE 459

c. **Acts Of Officials, Employees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your officials, "employees" or authorized representatives:

(1) Whether acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.** or **A.2.**

d. **Confidential Information**

Loss resulting from:

(1) The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

(2) The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

e. **Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

f. **Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this policy including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property".

(2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this policy.

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this policy.

g. **Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.3.**

h. **Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

i. **Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

j. **War And Military Action**

Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. Insuring Agreements **A.1.** and **A.2.** do not cover:

a. **Bonded Employees**

Loss caused by any "employee" required by law to be individually bonded.

b. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

However, where you establish

EXHIBIT 14

PAGE 460

wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

**c. Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

**d. Treasurers Or Tax Collectors**

Loss caused by any treasurer or tax collector by whatever name known.

**3.** Insuring Agreements **A.4., A.5.** and **A.6.** do not cover:

**a. Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

**b. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**c. Fire**

Loss or damage resulting from fire, however caused, except:

(1) Loss of or damage to "money" and "securities"; and

(2) Loss from damage to a safe or vault.

**d. Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer Or Surrender Of Property**

(1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat to

do bodily harm to any person;

(c) As a result of a threat to do damage to any property;

(d) As a result of a threat to introduce a denial of service attack into your computer system;

(e) As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system;

(f) As a result of a threat to contaminate, pollute or render substandard your products or goods; or

(g) As a result of a threat to disseminate, divulge or utilize:

(i) Your confidential information; or

(ii) Weaknesses in the source code within your computer system.

(2) But, this Exclusion does not apply under Insuring Agreement **A.6.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

(a) Had no knowledge of any threat at the time the conveyance began; or

(b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone acting on your express

© ISO Properties, Inc., 2005

EXHIBIT 14

PAGE 461

or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

4. Insuring Agreement **A.7.** does not cover:

   **a. Credit Card Transactions**

   Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

   **b. Funds Transfer Fraud**

   Loss resulting from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

   **c. Inventory Shortages**

   Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   (1) An inventory computation; or

   (2) A profit and loss computation.

5. Insuring Agreement **A.8.** does not cover:

   **COMPUTER FRAUD**

   Loss resulting from the use of any computer to fraudulently cause a transfer of "money", "securities" or "other property".

**E. Conditions**

1. **Conditions Applicable To All Insuring Agreements**

   **a. Additional Premises Or Employees**

   If, while this policy is in force, you establish any additional "premises" or hire additional "employees", such "premises" and "employees" shall automatically be covered under this policy. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Declarations.

   **b. Cancellation Of Policy**

   (1) The first Named Insured shown in the Declarations may cancel this policy by

mailing or delivering to us advance written notice of cancellation.

(2) We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 30 days before the effective date of cancellation if we cancel for any other reason.

(3) We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

(4) Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

(5) If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

(6) If notice is mailed, proof of mailing will be sufficient proof of notice.

   **c. Changes**

   This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

   **d. Concealment, Misrepresentation Or Fraud**

   This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other Insured, at any time, intentionally conceal or misrepresent a material fact concerning:

EXHIBIT 14

PAGE 462

(1) This policy;

(2) The property covered under this policy;

(3) Your interest in the property covered under this policy; or

(4) A claim under this policy.

**e. Cooperation**

You must cooperate with us in all matters pertaining to this policy as stated in its terms and conditions.

**f. Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must:

(1) Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.**, **A.2.** or **A.3.**) involves a violation of law, you must also notify the local law enforcement authorities.

(2) Submit to examination under oath at our request and give us a signed statement of your answers.

(3) Produce for our examination all pertinent records.

(4) Give us a detailed, sworn proof of loss within 120 days.

(5) Cooperate with us in the investigation and settlement of any claim.

**g. Employee Benefit Plans**

(1) The employee benefit plans shown in the Declarations (hereafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.** or **A.2.**

(2) Any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

(3) The Deductible Amount applicable to Insuring Agreement **A.1.** or **A.2.** does not apply to loss sustained by any Plan.

**h. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the Policy Period shown in the Declarations and up to 3 years afterward.

**i. Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this policy, which is "discovered" by you no later than 60 days from the date of that cancellation.

However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this policy, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**j. Inspections And Surveys**

(1) We have the right to:

(a) Make inspections and surveys at any time;

(b) Give you reports on the conditions we find; and

(c) Recommend changes.

(2) We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

(a) Are safe or healthful; or

(b) Comply with laws, regulations, codes or standards.

(3) Paragraphs **j.(1)** and **j.(2)** apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**k. Joint Insured**

© ISO Properties, Inc., 2005

CR 00 26 05 06

**EXHIBIT 14**

**PAGE 463**

(1) If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this policy. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured or official of that Insured has knowledge of any information relevant to this policy, that knowledge is considered knowledge of every Insured.

(3) An "employee" of any Insured is considered to be an "employee" of every Insured.

(4) If this policy or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you no later than 60 days from the date of that cancellation.

However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this policy, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(5) We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

(6) Payment by us to the first Named Insured for loss sustained by any Insured, other than an employee benefit plan, shall fully release us on account of such loss.

**l. Legal Action Against Us**

You may not bring any legal action against us involving loss:

(1) Unless you have complied with all the terms of this policy;

(2) Until 90 days after you have filed proof of loss with us; and

(3) Unless brought within 2 years from the date you "discovered" the loss.

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**m. Liberalization**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this policy.

**n. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this policy, our obligations are limited as follows:

(1) **Primary Insurance**

When this policy is written as primary insurance, and:

(a) You have other insurance subject to the same terms and conditions as this policy, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

(b) You have other insurance covering the same loss other than that described in Paragraph (1)(a), we will only pay for the amount of loss that exceeds:

(i) The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

(ii) The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is sub-

EXHIBIT 14

PAGE 464

ject to the terms and conditions of this policy.

**(2) Excess Insurance**

**(a)** When this policy is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this policy.

**(b)** However, if loss covered under this policy is subject to a Deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance .

**o. Ownership Of Property; Interests Covered**

The property covered under this policy is limited to property:

**(1)** That you own or lease; or

**(2)** That you hold for others whether or not you are legally liable for the loss of such property.

However, this policy is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this policy must be presented by you.

**p. Policy Bridge - Discovery Replacing Loss Sustained**

**(1)** If this policy replaces insurance that provided you with an extended period of time after cancellation in which to discover loss and which did not terminate at the time this policy became effective:

**(a)** We will not pay for any loss that occurred during the Policy Period of that prior insurance which is "discovered" by you during the extended period to "discover" loss, unless the amount of loss exceeds the Limit of In-

surance and Deductible Amount of that prior insurance. In that case, we will pay for the excess loss subject to the terms and conditions of this policy.

**(b)** However, any payment we make for the excess loss will not be greater than the difference between the Limit of Insurance and Deductible Amount of that prior insurance and the Limit of Insurance shown in the Declarations. We will not apply the Deductible Amount shown in the Declarations to this excess loss.

**(2)** The Other Insurance Condition **E.1.n.** does not apply to this Condition.

**q. Premiums**

The first Named Insured shown in the Declarations:

**(1)** Is responsible for the payment of all premiums; and

**(2)** Will be the payee for any return premiums we pay.

**r. Records**

You must keep records of all property covered under this policy so we can verify the amount of any loss.

**s. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this policy, whether made by us or you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this policy;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

**(d)** Fourth, to you in satisfaction of any loss not covered under this policy.

© ISO Properties, Inc., 2005

CR 00 26 05 06

**EXHIBIT 14**

**PAGE 465**

(2) Recoveries do not include any recovery:

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued.

**t. Territory**

This policy covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions) and Puerto Rico.

**u. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent.

**v. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**w. Valuation - Settlement**

(1) The value of any loss for purposes of coverage under this policy shall be determined as follows:

(a) Loss of "money" but only up to and including its face value.

(b) Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

(i) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(ii) Pay the cost of any Lost Securities Bond

required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

i. Market value of the "securities" at the close of business on the day the loss was "discovered"; or

ii. The Limit of Insurance applicable to the "securities".

(c) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(i) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose;

(ii) The amount you actually spend that is necessary to repair or replace the lost or damaged property; or

(iii) The Limit of Insurance applicable to the lost or damaged property.

With regard to Paragraphs **w.(1)(c)(i)** through **w.(1)(c)(iii)**, we will not pay on a replacement cost basis for any loss or damage:

i. Until the lost or damaged property is actually repaired or replaced; and

ii. Unless the repairs or replacement are made as soon

**EXHIBIT 14**

**PAGE 466**

as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(2) Any property that we pay for or replace becomes our property.

## 2. Conditions Applicable To Insuring Agreements A.1. And A.2.

### a. Indemnification

We will indemnify any of your officials who are required by law to give individual bonds for the faithful performance of their duties against loss through "theft" committed by "employees" who serve under them, subject to the applicable Limit of Insurance.

### b. Termination As To Any Employee

This Insuring Agreement terminates as to any "employee":

(1) As soon as:

(a) You; or

(b) Any of your officials or employees authorized to manage, govern or control your "employees" not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

(2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

### c. Territory

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.t.** for a period of not more

than 90 consecutive days.

## 3. Conditions Applicable To Insuring Agreement A.3.

### a. Deductible Amount

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.3.**

### b. Electronic And Mechanical Signatures

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

### c. Proof Of Loss

You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

### d. Territory

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.t.** does not apply to Insuring Agreement **A.3.**

## 4. Conditions Applicable To Insuring Agreements A.5. And A.6.

### a. Armored Motor Vehicle Companies

Under Insuring Agreement **A.6.**, we will only pay for the amount of loss you cannot recover:

(1) Under your contract with the armored motor vehicle company; and

(2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

### b. Special Limit Of Insurance For Specified Property

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

## 5. Conditions Applicable To Insuring Agreement A.7.

### a. Special Limit Of Insurance For Specified Property

© ISO Properties, Inc., 2005 CR 00 26 05 06

EXHIBIT 14
PAGE 467

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.t.** does not apply to Insuring Agreement **A.7.**

## F. Definitions

1. "Banking premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

3. "Custodian" means you, or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

4. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this policy has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this policy.

5. "Employee":

a. "Employee" means:

(1) Any natural person:

(a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other dishonest act committed by the "employee";

(b) Who you compensate directly by salary, wages or commissions; and

(c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent "employee" as defined in Paragraph **a.(1)**, who is on leave; or

(b) To meet seasonal or short-term workload conditions;

while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph **a.(2)**;

(4) Any natural person who is:

(a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any employee benefit plan; and

(b) An official of yours while that person is engaged in handling "funds" or "other property" of any employee benefit plan;

(5) Any natural person who is a former official, "employee" or trustee retained as a consultant while performing services for you; or

(6) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises".

© ISO Properties, Inc., 2005

**EXHIBIT 14**

**PAGE 468**

**b.** "Employee" does not mean any agent, independent contractor or representative of the same general character not specified in Paragraph **5.a.**

**6.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**7.** "Fraudulent instruction" means:

**a.** An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

**b.** A written instruction (other than those described in Insuring Agreement **A.3.**) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

**c.** An electronic, telegraphic, cable, teletype, telefacsimile, telephone or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

**8.** "Funds" means "money" and "securities".

**9.** "Messenger" means you or any "employee" while having care and custody of property outside the "premises".

**10.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**11.** "Occurrence" means:

**a.** Under Insuring Agreement **A.1.:**

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such Policy Period or both.

**b.** Under Insuring Agreement **A.2.:**

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by each "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such Policy Period or both.

**c.** Under Insuring Agreement **A.3.:**

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, before such Policy Period or both.

**d.** Under All Other Insuring Agreements:

(1) An individual act or event;

(2) The combined total of all separate acts or events whether or not related; or

(3) A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, before such Policy Period or both.

**12.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, elec-

© ISO Properties, Inc., 2005

**EXHIBIT 14**

**PAGE 469**

tronic data or any property specifically excluded under this policy.

13. "Premises" means the interior of that portion of any building you occupy in conducting your business.

14. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

   a. Caused or threatened to cause that person bodily harm; or

   b. Committed an obviously unlawful act witnessed by that person.

15. "Safe burglary" means the unlawful taking of:

   a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

   b. A safe or vault from inside the "premises".

16. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

   a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in

current use; and

   b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

17. "Theft" means the unlawful taking of property to the deprivation of the Insured.

18. "Transfer account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

   a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

   b. By means of written instructions (other than those described in Insuring Agreement **A.3.**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

19. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

EXHIBIT 14
PAGE 470

ENDORSEMENT# *1*                     **CRIME AND FIDELITY**
                                     **CR 02 49 09 12**

This endorsement, effective *12:01 am*     *June 30, 2014*          forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION POLICY

Paragraphs **A.** and **B.** apply only to the Commercial Crime Policy, Government Crime Policy and Kidnap/Ransom And Extortion Policy.

**A.** Paragraphs **(2)** and **(3)** of the **Cancellation Of Policy** Condition are replaced by the following:

**(2) All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for:

**(i)** Nonpayment of premium; or

**(ii)** Discovery of fraud by:

i. Any insured or his or her representative in obtaining this policy; or

ii. You or your representative in pursuing a claim under this policy.

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(3) All Policies In Effect For More Than 60 Days**

**(a)** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(i)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(ii)** Discovery of fraud or material misrepresentation by:

## END 001

CR 02 49 09 12              ©Insurance Services Office, Inc., 2012              Page 1 of 3         ☐

EXHIBIT 14
PAGE 471

**ENDORSEMENT#** *1*   (continued)

i. Any insured or his or her representative in obtaining this policy; or

ii. You or your representative in pursuing a claim under this policy.

(iii) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

(iv) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

(v) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

(vi) A determination by the Commissioner of Insurance that the:

i. Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

ii. Continuation of the policy coverage would:

i Place us in violation of California law or the laws of the state where we are domiciled; or

ii Threaten our solvency.

(vii) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

(b) We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

(i) 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

(ii) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph (3)(a).

B. The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

1. Subject to the provisions of Paragraph **B.2.**, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

*END 001*

© Insurance Services Office, Inc., 2012   CR 02 49 09 12   ☐

**EXHIBIT 14**
**PAGE 472**

ENDORSEMENT# *1*   (continued)

2. We are not required to send notice of nonrenewal in the following situations:

a. If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

b. If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph B.1.

c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

d. If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e. If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

f. If we have made a written offer to the first Named Insured, in accordance with the time frames shown in Paragraph **B.1.**, to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

C. Under the Commercial Crime Policy, Government Crime Policy and Employee Theft And Forgery Policy, the following is added to the **Valuation - Settlement** Condition:

Actual cash value is calculated as the amount it would cost to repair or replace covered property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of covered property, regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

_____
AUTHORIZED REPRESENTATIVE

## END 001

EXHIBIT 14
PAGE 473

**ENDORSEMENT#** *2*

This endorsement, effective at *12:01 am*    *June 30, 2014*        forms a part of
Policy No. *01-309-61-64*
Issued to: *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

By: *National Union Fire Insurance Company of Pittsburgh, Pa.*

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**ECONOMIC SANCTIONS ENDORSEMENT**

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay
any claim or provide any benefit hereunder to the extent that the provision of such cover,
payment of such claim or provision of such benefit would expose the Insurer, its parent
company or its ultimate controlling entity to any sanction, prohibition or restriction under
United Nations resolutions or the trade or economic sanctions, laws or regulations of the
European Union or the United States of America.

_Robert M Vell_

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 002*
Page 1 of 1

89644 (6/13)

EXHIBIT 14
PAGE 474

ENDORSEMENT# *3*

This endorsement, effective *12:01 am      June 30, 2014*      forms a part of
policy number *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A.Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *SEE THE FOLLOWING MEMBER SPECIFIC ENDORSEMENTS* | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above  SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4, 5, 6, 7,  8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is  the applicable Limit of Insurance shown  in the above SCHEDULE for the respective  Named Insured and  such loss  shall also be subject to the applicable Deductible Amount also  shown  in the  SCHEDULE above  for the respective  Named Insured.

3. No Limit of  Insurance during  any  period will be  cumulative  with any  other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 3*

MNSCPT

EXHIBIT 14
PAGE 475

## ENDORSEMENT# *3-1*

This endorsement, effective *12:01 am*       *June 30, 2014*      forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Alameda County*<br>*Alameda County Fire Department*<br>*Alameda County Law Library*<br>*Alameda County Local Agency Formation*<br>*Commission*<br>*Alameda County Tobacco Asset Securitization*<br>*Corporation (ACTASC)*<br>*The California County Tobacco Securitization*<br>*Agency*<br>*Zone 7, Flood Control and Water Conservation*<br>*District* | *$10,000,000* | *$2,500* |

**EXHIBIT 14**
**PAGE 476**

B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 477

## ENDORSEMENT# *3-2*

This endorsement, effective *12:01 am*              *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Alameda Health System* *Alameda Hospital* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 478**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Yellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 479**

## ENDORSEMENT# *3-3*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Alpine County*<br>*Alpine County Court Services* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 480**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*
_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 481**

## ENDORSEMENT# *3-4*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | **Limit of Insurance** | **Deductible Amount** |
| *Amador County*<br>*Amador Abandoned Vehicle Abatement* | *$10,000,000* | *$25,000* |

### B. Provisions

**1.** Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 482

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 483

### ENDORSEMENT# 3-5

This endorsement, effective  *12:01 am*          *June 30, 2014*     forms a part of
policy number    *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Bay Area Regional Interoperable Communications System Authority* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 484

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellon
_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 485**

## ENDORSEMENT# *3-6*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Big Independent Cities Excess Pool (BICEP)* | | |
| *member agencies (as endorsed)* | | |
| *City of Huntington Beach* | *$10,000,000* | *$25,000* |
| *City of Oxnard* | *$10,000,000* | *$2,500* |
| *City of Oxnard Community Development* | | |
| *Commission* | | |
| *City of Oxnard Financing Authority* | | |
| *Oxnard Housing Authority* | | |
| *City of San Bernardino* | *$10,000,000* | *$2,500* |
| *City of San Bernardino Economic Development* | | |
| *Agency and its Sub-Agencies* | | |
| *City of San Bernardino One Stop Career Center* | | |
| *(Employment & Training Agency)* | | |
| *San Bernardino Civic Center Authority* | | |
| *San Bernardino Joint Powers Financing Authority* | | |
| *City of Santa Ana* | *$10,000,000* | *$25,000* |

**EXHIBIT 14**
**PAGE 486**

| | | |
|---|---|---|
| *Community Redevelopment Agency of the City of Santa Ana* | | |
| *Housing Authority of the City of Santa Ana* | | |
| *Industrial Development Authority of the City of Santa Ana* | | |
| *Santa Ana Empowerment Corporation* | | |
| *Santa Ana Financing Authority* | | |
| *Workforce Board (WIB)* | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3. 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 487**

## ENDORSEMENT# *3-7*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Butte County* *Butte County Children & Families Commission* *Butte County Fair Association* *Butte County In-Home Supportive Services* *Public Authority* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

EXHIBIT 14
PAGE 488

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 489

## ENDORSEMENT# *3-8*

This endorsement, effective *12:01 am*          *June 30, 2014*       forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Calaveras County* *Calaveras County Children and Families* *First Commission* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 490

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vellm*

_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 491**

## ENDORSEMENT# *3-9*

This endorsement, effective *12:01 am*       *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Central Sierra Child Support Agency* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 492

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 493

## ENDORSEMENT# *3-10*

This endorsement, effective *12:01 am*      *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Children and Families Commission of Fresno County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 494**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 495**

### ENDORSEMENT# *3-11*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Children and Families Commission of Orange County* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 496**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Velle_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 497**

## ENDORSEMENT# *3-12*

This endorsement, effective  *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Anaheim* *Orange County- City Hazardous Materials* *Emergency Response Authority* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 498**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 499**

## ENDORSEMENT# *3-13*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Concord* *Concord Redevelopment Agency* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 500**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 501**

## ENDORSEMENT# *3-14*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Corona* *Corona Industrial Development Authority* *Corona Mall Business Improvement District* *Corona Public Financing Authority* *Corona Public Improvement Corporation* *Corona Utility Authority* *The Redevelopment Agency of the City of Corona* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

EXHIBIT 14
PAGE 502

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellen_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 503

## ENDORSEMENT# *3-15*

This endorsement, effective  *12:01 am*                    *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by       *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Covina Covina Redevelopment Agency* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 504**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Velle

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 505**

## ENDORSEMENT# *3-16*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Fremont* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 506

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Yellen*

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 507

## ENDORSEMENT# *3-17*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Fresno* *Fresno Joint Powers Financing Authority* *Fresno Revitalization Corporation* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 508

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 509**

## ENDORSEMENT# *3-18*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Long Beach* | *$10,000,000* | *$2,500* |
| *City of Long Beach, a municipal corporation* | | |
| *Harbor Facilities Corporation* | | |
| *Housing Authority of the City of Long Beach* | | |
| *Including all pension plans and funds* | | |
| *Long Beach Bond Financing Authority* | | |
| *Long Beach Capital Improvement Corporation* | | |
| *Long Beach Financing Authority* | | |
| *Long Beach Harbor Department and Board of Harbor Commissioners* | | |
| *Long Beach Housing Development Company* | | |
| *Long Beach Police Athletic Association* | | |
| *Long Beach Water Department and the Board of Water Commissioners* | | |
| *Long Beach/Los Angeles County Civic Center Authority* | | |

**EXHIBIT 14**
**PAGE 510**

| *Parking Authority of the City of Long Beach* *Redevelopment Agency of the City of Long Beach* *Southeast Resource Recovery Facility* | | |
|---|---|---|

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 511**

**ENDORSEMENT# *3-19***

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


**ADDITIONAL NAMED INSURED**


**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Modesto* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 512**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 513**

## ENDORSEMENT # *3-20*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Monterey* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 514**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 515**

## ENDORSEMENT # *3-21*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Napa* *Housing Authority City of Napa* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 516

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 517**

## ENDORSEMENT# *3-22*

This endorsement, effective *12:01 am*                 *June 30, 2014*       forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Newport Beach*<br>*The Balboa Village Business Improvement District*<br>*The Corona Del Mar Business Improvement District*<br>*The Marine Avenue Business Improvement District*<br>*The Restaurant Association Business Improvement District*<br>*Newport Beach Public Facilities Corporation* | *$10,000,000* | *$25,000* |

### B. Provisions

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 518**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 519**

## ENDORSEMENT# *3-23*

This endorsement, effective  *12:01 am*      *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *City of Oakland* *City of Oakland Redevelopment Agency of the COO* *Oakland Municipal Employee Retirement System (OMERS)* *Oakland Police and Fire Retirement System (OPFRS)* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 520**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 521

## ENDORSEMENT# *3-24*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Rancho Cordova* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4, 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 522**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 523**

## ENDORSEMENT# *3-25*

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of
policy number        *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by        *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Sacramento Sacramento City Employees' Retirement System* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 524**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 525**

**ENDORSEMENT# *3-26***

This endorsement, effective *12:01 am*       *June 30, 2014*      forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**ADDITIONAL NAMED INSURED**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 | |
|---|---|---|
|  | Endorsements: CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of San Buenaventura* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 526**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 527**

**ENDORSEMENT#** *3-27*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of San Diego*<br>*Public Facilities Financing Authority of the City of San Diego*<br>*Redevelopment Agency of the City of San Diego*<br>*Retirement Board of the City of San Diego* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 528**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vallen

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 529

## ENDORSEMENT# *3-28*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Santa Barbara* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 530**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 531**

## ENDORSEMENT# *3-29*

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of
policy number        *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by        *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Santa Clara*<br>*City of Santa Clara Redevelopment Agency*<br>*City of Santa Clara Sports and Open Space Authority*<br>*City of Santa Clara Housing Authority*<br>*Santa Clara Stadium Authority*<br>*Successor Agency for the Redevelopment Agency of the City of Santa Clara* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 532**

2. **Solely** with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 533**

## ENDORSEMENT# *3-30*

This endorsement, effective *12:01 am*      *June 30, 2014*   forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by    *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Santa Monica*<br>   *Santa Monica Housing Authority*<br>   *Santa Monica Parking Authority*<br>   *Santa Monica Redevelopment Agency* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 534

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vellen*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 535**

ENDORSEMENT# *3-31*

This endorsement, effective *12:01 am*          *June 30, 2014*       forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Santa Rosa* *City of Santa Rosa Housing Agency* *Successor Agency for CSR Redevelopment Agency, of City of Santa Rosa Development Agency* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 536**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 537**

## ENDORSEMENT# *3-32*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by        *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Simi Valley* *Ventura County Waterworks District Number 8* *Simi Valley County Sanitation District* *Simi Valley Community Development Agency* *Simi Valley Industrial Development Authority* *Simi Valley Civic Center Authority* *City of Simi Valley 401(K) Plan – Vanguard* *457-Hartford* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 538**

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vellen*

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 539

## ENDORSEMENT# *3-33*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *City of Torrance* | *$10,000,000* | *$2,500* |

### B. Provisions

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4, 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 540**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 541**

### ENDORSEMENT# *3-34*

This endorsement, effective *12:01 am*                *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Colusa County* *Colusa County Transit Agency* *Colusa County Transportation Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 542**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Velta

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 543**

## ENDORSEMENT# *3-35*

This endorsement, effective *12:01 am*          *June 30, 2014*       forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Conservation and Liquidation Office*<br>*California Department of Insurance* | *$10,000,000* | *$25,000* |

### B. Provisions

**1.** Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 544**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellum_
_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 545**

## ENDORSEMENT# *3-36*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *CSAC Excess Insurance Authority (CSAC EIA)* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 546

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 547**

## ENDORSEMENT# *3-37*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Del Norte County*<br>*Del Norte County Public Facilities Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 548**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 549**

## ENDORSEMENT# *3-38*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *El Dorado County* *El Dorado Air Quality Management District* *El Dorado County Airport and Land Use* *El Dorado County Fair Association* *El Dorado County Transportation Commission* *El Dorado County Water Agency* *El Dorado Housing Authority* *El Dorado In Home Supportive Services Public Authority* *Sacramento Placerville Transportation Corridor JPA as respects El Dorado's 28.15 miles right of way* | *$10,000,000* | *$2,500* |

**EXHIBIT 14**
**PAGE 550**

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 551

## ENDORSEMENT# *3-39*

This endorsement, effective  *12:01 am*                    *June 30, 2014*        forms a part of
policy number        *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by        *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Exclusive Risk Management Authority of California (ERMAC) and member agencies as endorsed* | *$10,000,000* | *$2,500* |
| *City of Beaumont* <br> *Beaumont Redevelopment Agency* <br> *Beaumont Utility Authority* <br> *Beaumont Charitable Foundation* <br> *Beaumont Conservation Authority* | *$10,000,000* | *$2,500* |
| *City of Hayward* | *$10,000,000* | *$2,500* |
| *City of Laguna Hills* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 552**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 553**

## ENDORSEMENT# *3-40*

This endorsement, effective *12:01 am*                *June 30, 2014*        forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *First 5 Commission of San Diego* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 554

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 555

**ENDORSEMENT# 3-41**

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *First 5 El Dorado Children and Families Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 556**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 557**

## ENDORSEMENT# 3-42

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number          *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by          *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *First 5 Merced County* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 558**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 559**

ENDORSEMENT# *3-43*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements: CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *First 5 Santa Clara County*<br>  *First 5 Santa Clara County Deferred*<br>  *Compensation Plan*<br>  *First 5 Santa Clara County Retirement Plan* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 560

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 561**

## ENDORSEMENT# 3-44

This endorsement, effective *12:01 am*                    *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 | |
| | Endorsements: CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *First 5 Santa Cruz County* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 562

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 563**

## ENDORSEMENT# *3-45*

This endorsement, effective *12:01 am*    *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
|  | Limit of Insurance | Deductible Amount |
| *First 5 Siskiyou Children and Families Commission* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 564

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellum_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 565**

## ENDORSEMENT# *3-46*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| Named Insured | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *First 5 Tulare County* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 566

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 567**

## ENDORSEMENT# *3-47*

This endorsement, effective *12:01 am*                      *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Fresno County*<br>*Fresno County Employees' Retirement Association (FCERA)*<br>*Fresno County Financing Authority* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 568

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 569**

## ENDORSEMENT# *3-48*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Golden State Risk Management Authority (GSRMA) and its members:* | *$10,000,000* | *$25,000* |
| *Albion-Little River Fire Protection District* | | |
| *Alturas Cemetery District* | | |
| *Anderson Cemetery District* | | |
| *Anderson Valley Community Services District* | | |
| *Arbuckle Cemetery District* | | |
| *Arbuckle Public Utility District* | | |
| *Arroyo Grande Cemetery District* | | |
| *Artesia Cemetery District* | | |
| *Artois Community Services District* | | |
| *Artois Fire District* | | |
| *Atascadero Cemetery District* | | |

EXHIBIT 14
PAGE 570

| | | |
|---|---|---|
| *Auburn Public Cemetery District* | | |
| *Bangor Cemetery District* | | |
| *Bayliss Fire Protection District* | | |
| *Bear Valley/Indian Valley Fire District* | | |
| *Berry Creek Community Services District* | | |
| *Big Pine Cemetery District-Added effective 7/1/2014* | | |
| *Big Pine Fire Protection District-Added effective 7/1/2014* | | |
| *Brannan-Andrus Levee Maintenance District* | | |
| *Broadmoor Police Protection District-Added effective 7/1/2014* | | |
| *Browns Valley Cemetery District* | | |
| *Brownsville Cemetery District* | | |
| *Burney Cemetery District* | | |
| *Burney Fire Protection District* | | |
| *Butte City Community Services District* | | |
| *Byron-Brentwood-Knightsen Union Cemetery District* | | |
| *Cachuma Resource Conservation District-Added effective 9/1/2014* | | |
| *Cambria Cemetery District* | | |
| *Camptonville Community Services District* | | |
| *Capay Fire Protection District* | | |
| *Capay Joint Union Elementary School District* | | |
| *Capital SouthEast Connector* | | |
| *Carters Cemetery District* | | |
| *Castroville Cemetery District* | | |
| *Cayucos-Morro Bay Cemetery District* | | |
| *Cedarville Cemetery District* | | |
| *Central Valley Cemetery District* | | |

EXHIBIT 14

PAGE 571

| | | |
|---|---|---|
| *Chester Cemetery District* | | |
| *Chowchilla Red Top Resource Conservation District* | | |
| *Church Tree Community Services District* | | |
| *City of Crescent City* | | |
| *City of Dorris- Added effective 7/1/2014* | | |
| *City of Orland* | | |
| *City of Williams* | | |
| *Clovis Cemetery District* | | |
| *Coarsegold Resource Conservation District* | | |
| *Coffee Creek Volunteer Fire District* | | |
| *College City Cemetery District* | | |
| *Columbia Cemetery District* | | |
| *Colusa Basin Drainage District* | | |
| *Colusa Cemetery District* | | |
| *Colusa County One-Stop Partnership* | | |
| *Colusa County Resource Conservation District* | | |
| *Colusa County Water District* | | |
| *Colusa County Water Works #1* | | |
| *Comptche Community Services District* | | |
| *Concord/Pleasant Hill Health Care District* | | |
| *Corning Cemetery District* | | |
| *Cortina Creek Flood Control District and Flood Water* *Conservation District* | | |
| *Cortina Water District* | | |
| *Cottonwood Cemetery District* | | |
| *County of Glenn* | | |
| *Crescent Fire Protection District* | | |
| *Dobbins-Oregon House Fire Protection District* | | |
| *Downieville Fire Protection District* | | |

**EXHIBIT 14**
**PAGE 572**

| | | |
|---|---|---|
| *East Merced Resource Conservation District* | | |
| *El Medio Fire Protection District* | | |
| *Elk Community Services District* | | |
| *Elk County Water District* | | |
| *Elk Creek Cemetery District* | | |
| *Elk Creek Community Services District* | | |
| *Elk Creek Fire District* | | |
| *Elk Grove-Cosumnes Cemetery District* | | |
| *Elsinore Valley Cemetery District* | | |
| *Fair Oaks Cemetery District* | | |
| *Fall River Mills Fire Protection District* | | |
| *First 5 Colusa* | | |
| *First 5 Glenn County* | | |
| *First 5 Yuba* | | |
| *Foothill Fire Protection District* | | |
| *Fortuna Cemetery District* | | |
| *Galt-Arno Cemetery District* | | |
| *Glenbrook Cemetery District* | | |
| *Glenn-Codora Fire District* | | |
| *Glenn-Colusa Fire District* | | |
| *Glenn County In-Home Supportive Services Public Authority* | | |
| *Glenn County Office of Education* | | |
| *Glenn County Olive Pest Management District* | | |
| *Glenn County Resource Conservation District* | | |
| *Glenn County Transit Service* | | |
| *Glenn Local Agency Formation Commission* | | |
| *Gridley-Biggs Cemetery District* | | |
| *Guadalupe Cemetery District* | | |

**EXHIBIT 14**
**PAGE 573**

| | | |
|---|---|---|
| *Halcumb Cemetery District* | | |
| *Hamilton City Community Services District* | | |
| *Hamilton City Fire Protection District* | | |
| *Hamilton Unified School District* | | |
| *Hanford Cemetery District* | | |
| *Happy Homestead Cemetery District* | | |
| *Hartley Cemetery District* | | |
| *Hills Ferry Cemetery District* | | |
| *Holthouse Water District* | | |
| *Hornbrook Cemetery District* | | |
| *Hornbrook Community Services District* | | |
| *In-Home Supportive Services Public Authority of* | | |
| *Marin* | | |
| *Jackson Valley Fire Protection District* | | |
| *Kelsey Cemetery District* | | |
| *Kelseyville Cemetery District* | | |
| *Kern River Valley Cemetery District* | | |
| *Keystone Cemetery District* | | |
| *Kimshew Cemetery District* | | |
| *Knights Landing Fire Protection District* | | |
| *La Porte Fire Protection District* | | |
| *Lake Berryessa Resort Improvement District* | | |
| *Lake Elementary School District* | | |
| *Levee District I* | | |
| *Levee District II* | | |
| *Levee District III* | | |
| *Little Valley Community Services District* | | |
| *Live Oak Cemetery District* | | |
| *Lompoc Cemetery District* | | |

**EXHIBIT 14**

**PAGE 574**

| | | |
|---|---|---|
| *Long Valley Fire Protection District* | | |
| *Lookout Cemetery District* | | |
| *Los Banos Cemetery District* | | |
| *Los Carneros Water District* | | |
| *Los Molinos Cemetery District* | | |
| *Lower Lake Cemetery District* | | |
| *Madera Cemetery District* | | |
| *Madera Resource Conservation District* | | |
| *Manton Joint Cemetery District* | | |
| *Marvin-Chapel Cemetery District* | | |
| *Mary's Cemetery District* | | |
| *Maxwell Cemetery District* | | |
| *Maxwell Fire Protection District* | | |
| *Maxwell Public Utility District* | | |
| *Maxwell Recreation and Park District* | | |
| *Meadow Valley Cemetery District* | | |
| *Mendocino City Community Services District* | | |
| *Mendocino Fire Protection District* | | |
| *Mendocino Little River Cemetery District* | | |
| *Merced Cemetery District* | | |
| *Merced County In-Home Supportive Services Public Authority* | | |
| *Merced County Law Library* | | |
| *Meridian Fire Protection District* | | |
| *Millville Cemetery District* | | |
| *Mt. Shasta Fire Protection District* | | |
| *Murrietta Valley Cemetery District* | | |
| *N. E. Willows Community Services District* | | |
| *Napa-Berryessa Resort Improvement District* | | |

**EXHIBIT 14**
**PAGE 575**

| | | |
|---|---|---|
| *Nevada Cemetery District* | | |
| *Nevada-Sierra Regional IHSS Public Authority* | | |
| *Newcastle, Rocklin, Gold Hill Cemetery District* | | |
| *Newville Cemetery District* | | |
| *North Central Counties Consortium* | | |
| *North Central Counties Consortium, Inc.* | | |
| *North Kern Cemetery District* | | |
| *North Willows County Service Area* | | |
| *Oak Grove Cemetery District* | | |
| *Oak Hill Cemetery District* | | |
| *Ord Bend Community Services District* | | |
| *Ord Bend Fire Protection District* | | |
| *Orland-Artois Water District* | | |
| *Orland Cemetery District* | | |
| *Orland Rural Fire District* | | |
| *Oroville Cemetery District* | | |
| *Pajaro Valley Cemetery District* | | |
| *Paradise Cemetery District* | | |
| *Paso Robles Cemetery District* | | |
| *Patterson Cemetery District* | | |
| *Peoria Cemetery District* | | |
| *Picard Cemetery District* | | |
| *Piercy Fire Protection District* | | |
| *Pine Creek Cemetery District* | | |
| *Placer County Cemetery District #1* | | |
| *Plainsburg Cemetery District* | | |
| *Plaza School District* | | |
| *Pleasant Grove Cemetery District* | | |
| *Pliocene Ridge Community Services District* | | |

**EXHIBIT 14**

**PAGE 576**

| | | |
|---|---|---|
| *Porterville Cemetery District* | | |
| *Princeton Joint Unified School District* | | |
| *Proberta Water District* | | |
| *Quincy-LaPorte Cemetery District* | | |
| *Ramona Cemetery District* | | |
| *Rancho Murieta Community Services District* | | |
| *Reclamation District No. 317* | | |
| *Reclamation District No. 407* | | |
| *Reclamation District No. 563* | | |
| *Reclamation District No. 784* | | |
| *Reclamation District No. 833* | | |
| *Reclamation District No. 1002* | | |
| *Reclamation District No. 2067* | | |
| *Reclamation District No. 2140* | | |
| *Red Bluff Cemetery District* | | |
| *Redwood Coast Fire Protection District* | | |
| *River Delta Fire District* | | |
| *Riverview Cemetery District* | | |
| *Russian River Cemetery District* | | |
| *Sacramento County In-Home Supportive Services Public Authority* | | |
| *Sacramento Metropolitan Cable Television Commission* | | |
| *Salsipuedes Sanitary District* | | |
| *San Joaquin County In-Home Supportive Services Public Authority* | | |
| *Sand Creek Flood Control District* | | |
| *Santa Margarita Cemetery District* | | |
| *Santa Maria Cemetery District* | | |

**EXHIBIT 14**

**PAGE 577**

| | | |
|---|---|---|
| *Selma Cemetery District* | | |
| *Shasta Valley Cemetery District* | | |
| *Shaws Flat-Springfield Cemetery District* | | |
| *Shiloh Cemetery District* | | |
| *Sierra County Cemetery District #5* | | |
| *Sierra-Sacramento Valley Emergency Medical Services* | | |
| *Silveyville Cemetery District* | | |
| *Siskiyou County Service Area No. 4* | | |
| *Snelling Cemetery District* | | |
| *Solano County Transit* | | |
| *South Kern Cemetery District* | | |
| *Stony Creek Joint Unified School District* | | |
| *Stonyford Cemetery District* | | |
| *Storm Drain Maintenance District I* | | |
| *Storm Drain Maintenance District III* | | |
| *Sunnyside Cemetery District* | | |
| *Sutter Cemetery District* | | |
| *Sylvan Cemetery District* | | |
| *Tehachapi Public Cemetery District* | | |
| *Tehama Cemetery District* | | |
| *Tehama-Colusa Canal Authority* | | |
| *Tipton-Pixley Cemetery District* | | |
| *Township No. 2 Cemetery District* | | |
| *Tracy Public Cemetery District* | | |
| *Trinity Center Community Services District* | | |
| *Truckee Cemetery District* | | |
| *Tulare County In-Home Supportive Services Public Authority* | | |
| *Ukiah Valley Fire District* | | |

EXHIBIT 14

PAGE 578

| | | |
|---|---|---|
| *Ukiah Valley Sanitation District* | | |
| *Upham Cemetery District* | | |
| *Upper Lake Cemetery District* | | |
| *Visalia Public Cemetery District* | | |
| *West Side Cemetery District* | | |
| *Westside Water District* | | |
| *Wheatland Cemetery District* | | |
| *Wildomar Cemetery District* | | |
| *Williams Cemetery District* | | |
| *Williams Fire Protection Authority* | | |
| *Willows Cemetery District* | | |
| *Willows Rural Fire Protection District* | | |
| *Willows Unified School District* | | |
| *Wilmington Cemetery District* | | |
| *Winton Cemetery District* | | |
| *Yolo Fire Protection District* | | |
| *Yuba LAFCO* | | |
| *Zamora Fire Protection District* | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3. 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 579**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 580**

### ENDORSEMENT# *3-49*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Humboldt County* *Humboldt County Public Authority* *Humboldt County Public Authority for* *In-Home Supportive Services* *Humboldt County Public Property Leasing* *Corporation* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 581**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 582**

## ENDORSEMENT# *3-50*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*


## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Humboldt County Children and Families Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 583

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 584**

## ENDORSEMENT# *3-51*

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Imperial County* *Imperial County Facilities Corporation* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 585**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Yellen*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 586**

## ENDORSEMENT# *3-52*

This endorsement, effective *12:01 am*  *June 30, 2014* forms a part of
policy number *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Imperial County Children and Families First Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14
PAGE 587**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 588**

## ENDORSEMENT# *3-53*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Inyo County* *Inyo County Children and Families* *First Commission* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 589**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 590**

## ENDORSEMENT# *3-54*

This endorsement, effective *12:01 am*       *June 30, 2014*    forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Kern County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 591**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 592**

## ENDORSEMENT# *3-55*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Kings County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 593**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 594**

## ENDORSEMENT# *3-56*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Lake County*<br>*Lake County Housing Commission* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 595**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 596

## ENDORSEMENT# *3-57*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Lassen County* *Lassen County Public Improvement Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 597

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellm

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 598

## ENDORSEMENT# *3-58*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Madera County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 599

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 600**

## ENDORSEMENT# *3-59*

This endorsement, effective *12:01 am*                    *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Marin County* <br> *Marin Coastal Ambulance* <br> *Marin County Improvement Financing Authority* <br> *Marin Emergency Radio Authority* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 601**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 602**

## ENDORSEMENT# *3-60*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Marin County Employees Retirement Association* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 603**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**

**PAGE 604**

## ENDORSEMENT# *3-61*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Mariposa County* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4, 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 605**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vello

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 606**

**ENDORSEMENT#** *3-62*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**ADDITIONAL NAMED INSURED**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Mendocino County*<br>*Mendocino County Public Facilities Corporation* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 607**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 608**

## ENDORSEMENT# *3-63*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Merced County* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 609

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellin_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 610**

## ENDORSEMENT# *3-64*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ·ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Merced County Employees Retirement Association* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 611

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 612**

## ENDORSEMENT# *3-65*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Modoc County*<br>*Modoc County Public Improvement Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 613**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vellen*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 614**

## ENDORSEMENT# *3-66*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Mono County* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 615**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 616**

## ENDORSEMENT# *3-67*

This endorsement, effective *12:01 am*      *June 30, 2014*     forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Monterey County* <br> *Coordinated Trial Courts of Monterey County* <br> *County of Monterey Public Improvement Corporation* <br> *County of Monterey Resource Management Agency (RMA)* <br> *Monterey County Water Resources Agency (WRA)* <br> *Monterey County, all correlative commissions, agencies, boards, committees overseen, managed and controlled by Monterey County* <br> *Natividad Hospital* | *$10,000,000* | *$25,000* |

**EXHIBIT 14**
**PAGE 617**

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 618**

## ENDORSEMENT# *3-68*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Napa County* *Health and Human Services Public Assistance* *Programs* *Napa County Flood Control and Water* *Conservation District* *Napa County Housing Authority* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 619**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vell

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 620**

## ENDORSEMENT# *3-69*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Nevada County* *Nevada County In-Home Supportive Services* *Public Authority* *Nevada County Sanitation District No. 1* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 621

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 622**

## ENDORSEMENT# *3-70*

This endorsement, effective *12:01 am*            *June 30, 2014*        forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Orange County In Home Supportive Services Public Authority* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 623**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 624**

## ENDORSEMENT# *3-71*

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of
policy number        *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by        *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Orange County Local Agency Formation Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 625**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellen_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 626**

## ENDORSEMENT# *3-72*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Placer County North Lake Tahoe Public Financing Authority* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 627**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 628

## ENDORSEMENT# *3-73*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Plumas County* *Plumas Local Agency Formation Commission* *Children's and Families First Commission* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 629

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Velle

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 630**

## ENDORSEMENT# 3-74

This endorsement, effective *12:01 am*                    *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Riverside County* <br> *Habitat Conservation Agency* <br> *LAFCO* <br> *Palm Desert Financing Authority* <br> *Riverside County Service Areas* <br> *Riverside District Court Financing Corporation* <br> *First 5 Riverside County* | *$10,000,000* | *$50,000 agreement 1 and FP, $25,000 all other* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

EXHIBIT 14
PAGE 631

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as
afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy
for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the
respective Named Insured and such loss shall also be subject to the applicable Deductible
Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount
applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller
_____

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 632**

## ENDORSEMENT# *3-75*

This endorsement, effective *12:01 am*     *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

## A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sacramento County* *County Sanitation District (CSD-1)* *AKA:Sacramento Area Sewer District* *Sacramento County Employees Retirement System (SCERS)* *Sacramento County including any an all districts and commissions administered or operated or under the jurisdiction of the Sacramento County and/or the Board of Supervisors and/or their employees and any entities or individuals for whom the named insured is required to buy insurance* *Sacramento County Public Facilities Financing Corporation* *Sacramento County Water Agency (SCWA)* | *$10,000,000* | *$25,000* |

EXHIBIT 14
PAGE 633

| Sacramento Regional County Sanitation District (SRCSD) Sacramento Regional Solid Waste Authority (SWA) | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


*Robert M Veller*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 634**

## ENDORSEMENT# *3-76*

This endorsement, effective *12:01 am*          *June 30, 2014*        forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *San Benito County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 635

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 636**

## ENDORSEMENT# *3-77*

This endorsement, effective *12:01 am*            *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *San Bernardino Children and Families Commission First Five San Bernardino* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 637**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Yellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 638**

## ENDORSEMENT# *3-78*

This endorsement, effective *12:01 am*        *June 30, 2014*        forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
|---|---|---|
|  | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *San Diego County*<br>  *Edgemoor Hospital Patient Trust Fund*<br>  *Health and Human Services Agency (HHSA)*<br>  *San Diego County Capital Asset Leasing*<br>  *Corporation*<br>  *San Diego County Employees Retirement*<br>  *Association*<br>  *San Diego Regional Building Authority*<br>  *Serra Cooperative Library System Law Library*<br>  *Vista-County of San Diego Building Authority* | *$10,000,000* | *$50,000  agreement  1 and FP,  $25,000  all other* |

**EXHIBIT 14**
**PAGE 639**

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vell

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 640

## ENDORSEMENT# *3-79*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *San Diego Housing Commission* *Central SDHC FHA, LLC* *Housing Development Partners of San Diego* *Northern SDHC FHA, LLC* *San Diego Housing Authority* *Southern SDHC FHA, LLC* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 641**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vallen*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 642**

<u>ENDORSEMENT# *3-80*</u>

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*


## ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| | Limit of Insurance | Deductible Amount |
|---|---|---|
| *San Diego Unified School District* *San Diego Unified School District Board of Education* *San Diego City Schools Financing Authority* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.
2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 643**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 644**

ENDORSEMENT# *3-81*

This endorsement, effective *12:01 am*        *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| | Limit of Insurance | Deductible Amount |
| *San Joaquin County* *Mountain House Community Service District* *San Joaquin County Public Facilities Financing Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 645**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 646**

## ENDORSEMENT# *3-82*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *San Joaquin Valley Insurance Authority* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 647**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellen

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 648**

<u>ENDORSEMENT#</u> *3-83*

This endorsement, effective *12:01 am*          *June 30, 2014*       forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | **Limit of Insurance** | **Deductible Amount** |
| *San Luis Obispo County San Luis Obispo County Financing Authority San Luis Obispo County Public Facilities Corporation* | *$10,000,000* | *$2,500* |

**B. Provisions**

**1.** Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 649**

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 650**

## ENDORSEMENT# *3-84*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Santa Barbara County* *Santa Barbara Children and Families Commission* *Santa Barbara County Employees'* *Retirement System* *Santa Barbara County Finance Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

EXHIBIT 14
PAGE 651

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 652**

## ENDORSEMENT# *3-85*

This endorsement, effective *12:01 am*      *June 30, 2014*     forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Santa Clara County Santa Clara County Fairground Management Corp. Santa Clara Valley Medical Center Santa Clara Public Financing Authority Valley Health Plan* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 653**

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 654

## ENDORSEMENT# *3-86*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Santa Cruz County Santa Cruz County In-Home Supportive Services Public Authority Santa Cruz County Public Financing Authority Santa Cruz County Sanitation Department* | *$10,000,000* | *$2,500* |

### B. Provisions

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 655**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 656**

## ENDORSEMENT# *3-87*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9<br>Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Shasta County*<br>*Shasta Joint Powers Financing Authority* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 657

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 658**

## ENDORSEMENT# *3-88*

This endorsement, effective *12:01 am*          *June 30, 2014*          forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Sierra County* *Local Agency Formation Commission, of Sierra County* *Sierra County Superior Court* *Sierra County Supervisoral District Service Area 1* *Sierra County Supervisoral District Service Area 2* *Sierra County Supervisoral District Service Area 3* *Sierra County Supervisoral District Service Area 4* *Sierra County Supervisoral District Service Area  4a* *Sierra County Supervisoral District Service Area 5* *Sierra County Supervisoral District Service Area 5a* *Sierra County Transportation Commission* | *$10,000,000* | *$2,500* |

**EXHIBIT 14**
**PAGE 659**

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 660

## ENDORSEMENT# 3-89

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sierra County Children and Families First Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

**1.** Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 661**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 662**

## ENDORSEMENT# *3-90*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by    *National Union Fire Insurance Company of Pittsburgh, Pa.*


## ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| Named Insured | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Siskiyou County* *Siskiyou County In Home Supportive Services* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 663**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellin_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 664**

## ENDORSEMENT# *3-91*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements: 1, 3, 4, 5, 6, 7, 8, 9 Endorsements: CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Solano County*<br>*First 5 Solano Children and Families Commission*<br>*Solano Financing Corporation* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 665**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellm_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 666

## ENDORSEMENT # 3-92

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by    *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sonoma County* *California County Tobacco Securitization Agency* *County of Sonoma Public Financing Corporation* *Harvest Fair Association of Sonoma County* *Sonoma County Agriculture Preservation &* *Open Space District* *Sonoma County Children and Families Commission* *Sonoma County Community Development Commission* *Sonoma County Economic Development Board* *Foundation* *Sonoma County Fair & Exposition, Inc.* *Sonoma County Fair Association* *Sonoma County Housing Authority* *Sonoma County In Home Supportive Services Authority* *Sonoma County Local Agency Formation Commission* *Sonoma County Regional Parks Foundation* | *$10,000,000* | *$25,000* |

**EXHIBIT 14**
**PAGE 667**

| Sonoma County Securitization Corporation | | |
|---|---|---|
| Sonoma County Tobacco Securitization Corporation | | |
| Sonoma Valley County Sanitation District | | |
| Sonoma County Water Agency | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


*Robert M Vellu*

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 668**

## ENDORSEMENT# *3-93*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sonoma County Employees Retirement Association* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 669

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 670**

### ENDORSEMENT# *3-94*

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Stanislaus County* *Stanislaus County Children and Families First Commission* *Stanislaus County Law Library* *Stanislaus County Regional 911* *Stanislaus Animal Services Agency* *North County Corridor Transportation Expressway* *Stanislaus County Employees' Retirement Association (StanCERA)* | *$10,000,000* | *$25,000* |

**EXHIBIT 14**
**PAGE 671**

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

3. No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 672**

## ENDORSEMENT# *3-95*

This endorsement, effective *12:01 am*  *June 30, 2014* forms a part of
policy number *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sutter County* *Sutter County Children and Families First Commission* | *$10,000,000* | *$2,500* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 673

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Veller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 674**

## ENDORSEMENT# *3-96*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*


### ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Sutter County Children and Families Commission Sutter County Children and Families Commission- Executive Director of the Commission* | *$10,000,000* | *$2,500* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 675**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellen_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 676**

## ENDORSEMENT # *3-97*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Tehama County* | *$10,000,000* | *$2,500* |
| *Board of Directors of Tehama County Sanitation District No. 1* | | |
| *Tehama County Sanitation District No. 1* | | |
| *Tehama County In-Home Supportive Services* | | |
| *Public Authority* | | |
| *County of Tehama and Special Districts organized* | | |
| *under state laws are governed by the Board of* | | |
| *Supervisors of the County of Tehama* | | |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 677**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 678**

## ENDORSEMENT# *3-98*

This endorsement, effective *12:01 am*            *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Tehama County Children and Families Commission* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 679

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Velle

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 680

## ENDORSEMENT# *3-99*

This endorsement, effective *12:01 am*     *June 30, 2014*    forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by    *National Union Fire Insurance Company of Pittsburgh, Pa.*


## ADDITIONAL NAMED INSURED


### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Trindel Insurance Fund* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 681**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vella

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 682**

## ENDORSEMENT# *3-100*

This endorsement, effective *12:01 am*       *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Trinity County* *All Trinity County Court Operations* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 683

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_

**AUTHORIZED REPRESENTATIVE**

EXHIBIT 14
PAGE 684

## ENDORSEMENT# *3-101*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

### A. Schedule*

|  | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
| --- | --- | --- |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Tulare County* <br> *All Tulare County Court Operations* <br> *Deferred Compensation Committee* <br> *Tulare County Public Facilities Corporation* | *$10,000,000* | *$25,000* |

### B. Provisions

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 685

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vellen_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 686**

## ENDORSEMENT# *3-102*

This endorsement, effective *12:01 am*      *June 30, 2014*    forms a part of policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| Named Insured | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| | Limit of Insurance | Deductible Amount |
| *Tuolumne County* *First 5 Tuolumne County* *Tuolumne County Economic Development Authority* *Tuolumne County Transportation Council* | *$10,000,000* | *$25,000* |

**B. Provisions**

**1.** Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**EXHIBIT 14**
**PAGE 687**

**2.** Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Vellin

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 688**

## ENDORSEMENT# *3-103*

This endorsement, effective *12:01 am*      *June 30, 2014*     forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Ventura County* | *$10,000,000* | *$25,000* |

**B. Provisions**

1. Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2. Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

EXHIBIT 14
PAGE 689

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vella_

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 690**

## ENDORSEMENT# 3-104

This endorsement, effective *12:01 am*          *June 30, 2014*      forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## ADDITIONAL NAMED INSURED

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A. Schedule***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 Endorsements:  CR 25 19, CR 25 20 | |
|---|---|---|
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *Yuba County* *County of Yuba Public Facilities Corporation* *Three Rivers Levee Improvement Authority* | *$10,000,000* | *$2,500* |

**B. Provisions**

1.  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

2.  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 691**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

Robert M Voller

**AUTHORIZED REPRESENTATIVE**

**EXHIBIT 14**
**PAGE 692**

## ENDORSEMENT# *3-105*

This endorsement, effective *12:01 am*          *July 27, 2014*      forms a part of policy number     *01-309-61-64*

issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### ADDITIONAL NAMED INSURED

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME COVERAGE FORM**
**COMMERCIAL CRIME POLICY**
**EMPLOYEE THEFT AND FORGERY POLICY**
**GOVERNMENT CRIME COVERAGE FORM**
**GOVERNMENT CRIME POLICY**

The following Insured(s) is/are added as a Named Insured with respect to all Insuring Agreements:

**A.  Schedule\***

| | Insuring Agreements:  1, 3, 4, 5, 6, 7, 8, 9 | |
|---|---|---|
| | Endorsements:  CR 25 19, CR 25 20 | |
| **Named Insured** | **Limit of Insurance** | **Deductible Amount** |
| *San Diego Housing Commission*<br>  *Belden SDHC FNMA, LLC*<br>  *Central  SDHC FNMA, LLC*<br>  *Northern SDHC FNMA, LLC* | *$10,000,000* | *$2,500* |

**B.  Provisions**

**1.**  Solely with respect to the Named Insured(s) set forth in the above SCHEDULE, Endorsements CR 25 19 and CR 25 20 are added to the Coverage Form/Policy.

**2.**  Solely with respect to Insuring Agreements 1, 3, 4. 5, 6, 7, 8, and 9 and the coverage as afforded by Endorsements CR 25 19 and CR 25 20, the most we will pay under this policy for loss is the applicable Limit of Insurance shown in the above SCHEDULE for the respective Named Insured and such loss shall also be subject to the applicable Deductible Amount also shown in the SCHEDULE above for the respective Named Insured.

**EXHIBIT 14**
**PAGE 693**

**3.** No Limit of Insurance during any period will be cumulative with any other amount applicable to the same coverage during any other period.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

**EXHIBIT 14**
**PAGE 694**

ENDORSEMENT# *4*

**CRIME AND FIDELITY**
**CR 25 19 05 06**

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADD FAITHFUL PERFORMANCE OF DUTY COVERAGE**
**FOR GOVERNMENT EMPLOYEES**

This endorsement modifies insurance provided under the following:

GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Insuring Agreements designated below:

**SCHEDULE**

| Insuring Agreement | Limit Of Insurance |
|---|---|
| ☒ Employee Theft - Per Loss Coverage | *$10,000,000* |
| ☐ Employee Theft - Per Employee Coverage | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

1. The following is added to the Employee Theft Insuring Agreement designated above:

   We will pay for loss or damage to "money", "securities" and "other property" resulting directly from the failure of any "employee" to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a loss of your covered property. The most we will pay for loss arising out of any one "occurrence" is the Limit of Insurance shown in the Schedule. That Limit, is part of, not in addition to, the Limit of Insurance shown in the Declarations.

2. The following exclusions are added to Section **D.2. Exclusions:**

   a. Loss resulting from the failure of any entity acting as a depository for your property or property for which you are responsible.

   b. Damages for which you are legally liable as a result of:

      (1) The deprivation or violation of the civil rights of any person by an "employee"; or

      (2) The tortious conduct of an "em-

   ployee", except the conversion of property of other parties held by you in any capacity.

3. The **Indemnification** Condition is replaced by the following:

   We will indemnify any of your officials who are required by law to give bonds for the faithful performance of their duties against loss through the failure of any "employee" under the supervision of that official to faithfully perform his or her duties as prescribed by law, when such failure has as its direct and immediate result a loss of your covered property.

4. Part (I) of the **Termination As To Any Employee** Condition is replaced by the following:

   (1) As soon as:

      (a) You; or

      (b) Any official or employee authorized to manage, govern or control your "employees" learn of any act committed by the "employee" whether before or after becoming employed by you which would constitute a loss covered under the terms of the Employee

*END 004*

© ISO Properties, Inc., 2005                Page 1 of 2        □

**EXHIBIT 14**

**ENDORSEMENT# *4***    (Continued)

Theft Insuring Agreement, as amend-
ed by this endorsement.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_AUTHORIZED REPRESENTATIVE_

AUTHORIZED REPRESENTATIVE

*END 004*

    © ISO Properties, Inc., 2005|     **CR 25 19 05 06**     □

**EXHIBIT 14**
**PAGE 696**

ENDORSEMENT# 5

This endorsement, effective 12:01 am    June 30, 2014          forms a part of
policy number   01-309-61-64
issued to    CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)

by     National Union Fire Insurance Company of Pittsburgh, Pa.

**OMNIBUS NAMED INSURED**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

1. The Item of the  DECLARATIONS entitled NAMED INSURED is  amended by addition of
   the following:

   ALL AGENCIES, AUTHORITIES AND DISTRICTS (INCLUDING  SPECIAL DISTRICTS)
   WHICH ARE GOVERNED  DIRECTLY BY  THE GOVERNING  BODY OF  THE NAMED
   INSURED

2. With respect to the Commercial Crime Policy only, this amendment is subject to Clause
   **E. Conditions, Consolidation - Merger or Acquisition.**

3. Nothing herein contained shall be held to vary, alter, waive or  extend any of the terms,
   limitations, conditions or agreements of the attached policy other than as above stated.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 5*

95439 (08/07)

EXHIBIT 14
PAGE 697

### ENDORSEMENT# 6

**CRIME AND FIDELITY**
**CR 25 40 08 07**

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### INCLUDE EXPENSES INCURRED
### TO ESTABLISH AMOUNT OF COVERED LOSS

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Insuring Agreement(s) designated below:

### SCHEDULE

| [X] Employee Theft Insuring Agreement | |
|---|---|
| **Costs, Fees Or Other Expenses** | |
| **Limit Of Insurance** | **Covered Loss** |
| *$75,000* | *100*      % |

| [X] Computer Fraud Insuring Agreement | |
|---|---|
| **Costs, Fees Or Other Expenses** | |
| **Limit Of Insurance** | **Covered Loss** |
| *$75,000* | *100*      % |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

### *END 006*

**EXHIBIT 14**
**PAGE 698**

<u>ENDORSEMENT#</u> *6*    (continued)

The following condition is added to Paragraph **E. Conditions:**

1. We will pay for reasonable costs, fees or other expenses that you incur and pay to an independent accounting, auditing or other service used to determine the amount of loss covered under this insurance.

2. The most that we will pay for reasonable costs, fees or other expenses is limited to the lesser of the:

   **a.** Limit of Insurance; or

   **b.** Percentage of the Covered Loss;

   shown in the Schedule.

3. We will pay for reasonable costs, fees or other expenses after settlement of covered loss.

4. We will have no liability to pay any such costs, fees or other expenses if the amount of the covered loss does not exceed the Deductible Amount of the applicable Insuring Agreement.

5. The amount that we will pay is part of, not in addition to, the Limit of Insurance for the applicable Insuring Agreement.

6. Paragraph **(3)** of the **Indirect Loss** Exclusion is replaced by the following:

   Payment of costs, fees or other expenses you incur in establishing the existence of loss under this insurance.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Veller_
_____
AUTHORIZED REPRESENTATIVE

*END 006*

**EXHIBIT 14**
**PAGE 699**

ENDORSEMENT# *7*

**CRIME AND FIDELITY**
**CR 25 20 08 07**

This endorsement, effective *12:01 am*    *June 30, 2014*    forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADD CREDIT, DEBIT OR CHARGE CARD FORGERY**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Forgery Or Alteration Insuring Agreement:

**SCHEDULE**

| Limit Of Insurance | Covered Instruments |
|---|---|
| *$10,000,000* | [X] Includes written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes. |
| | [ ] Limited to written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

1. Covered Instruments either includes or is limited to, whichever is indicated as applicable in the Schedule, written instruments required in conjunction with any credit, debit or charge card issued to you or any "employee" for business purposes.

2. The most we will pay in any one "occurrence" is the Limit of Insurance shown in the Schedule.

3. The following exclusion is added to Section D.:

   The Forgery Or Alteration Insuring Agreement does not apply to:

   **NON-COMPLIANCE WITH CREDIT, DEBIT OR CHARGE CARD ISSUER'S REQUIREMENTS**

   Loss arising from any credit, debit or charge card if you have not complied fully with the provisions, conditions or other terms under which the card was issued.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

***END 007***

**EXHIBIT 14**
**PAGE 700**

ENDORSEMENT# *8*

This endorsement, effective  *12:01 am*      *June 30, 2014*           forms a part of
policy number   *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### REVISION OF DISCOVERY AND PRIOR THEFT OR DISHONESTY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

**A. Schedule***

**Prior Theft or Dishonesty**

**Amount: $25,000**

*Information required to complete this Schedule, if not shown on this endorsement,
will be shown in the Declarations.

**PROVISIONS**

1.     E. Conditions, 2. **Conditions Applicable To Insuring Agreements A.1. And A.2.** b.
       **Termination As To Any Employee** (1) is deleted in its  entirety and replaced with the
       following:

       (1)    As soon as:

              RISK MANAGEMENT DEPARTMENT OR OTHER DEPARTMENT DESIGNATED
              TO HANDLE INSURANCE MATTERS FOR THE NAME INSURED

       learns of "theft" or any other  dishonest act committed by the  "employee" whether
       before or after becoming  employed  by you  provided that such  conduct  involved
       Loss of "Money", "Securities" or "Other property" valued at the amount specified in
       the schedule above or more.

2.     E. Conditions, 1. **Conditions Applicable To All Insuring Agreements**, f. Duties In  The
       Event Of Loss, is hereby modified to add the following at the end thereof:

       (6) Discovery of a loss or situation that may result in loss of or damage to "money,"
       "securities" or "other property for the  purpose of this section shall  be discovery by
       any person in the specific departments or employment capacities of the insured:

       RISK MANAGEMENT DEPARTMENT OR OTHER DEPARTMENT DESIGNATED TO
       HANDLE INSURANCE MATTERS FOR THE NAMED INSURED

MNSCPT                                      *END 8*

**EXHIBIT 14**
**PAGE 701**

ENDORSEMENT# *8* (Continued)

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

3.    In Section D. Exclusions, exclusion 1.b. **Acts of Employees Learned Of By You Prior To The Policy Period** is hereby deleted in its entirety.

4.    Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limitations, conditions or agreements of the attached policy other than as stated above.

5.    This endorsement is effective as of 12:01 A.M. on standard time as specified in the policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 8*

MNSCPT

EXHIBIT 14
PAGE 702

**ENDORSEMENT#** *9*

**CRIME AND FIDELITY**
**CR 25 08 08 07**

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INCLUDE SPECIFIED NON-COMPENSATED**
**OFFICERS AS EMPLOYEES**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

**SCHEDULE**

| Names Or Titles Of Non-Compensated Officers |
|---|
| *Any elected or appointed officials of any of those named as insured* |
| *Any non-compensated officers of any of those named as insured* |
|  |
|  |
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The definition of "employee" is amended
to include your non-compensated of-
ficers shown in the Schedule.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*

_____
AUTHORIZED REPRESENTATIVE

*END 009*

CR 25 08 08 07                    © ISO Properties, Inc.,2006            Page 1 of 1          □

EXHIBIT 14
PAGE 703

## ENDORSEMENT# *10*

This endorsement, effective *12:01 am*      *June 30, 2014*           forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### CANCELLATION OF POLICY AMENDED

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

**E. Conditions, Conditions Applicable To All Insuring Agreements, Cancellation Of Policy** (2)(b) is deleted in its entirety and replaced with the following:

(b)    *120* days before the effective date of cancellation if we cancel for any other reason.

Nothing herein stated shall be held to alter, vary, waive or extend any of the terms, conditions, provisions, agreements or limitations of the policy, other than as stated herein.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 010*

95420 (8/07)                    Page 1 of 1

**EXHIBIT 14**
**PAGE 704**

ENDORSEMENT# *11*

**CRIME AND FIDELITY**
**CR 25 09 08 07**

This endorsement, effective *12:01 am*     *June 30, 2014*     forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INCLUDE VOLUNTEER WORKERS AS EMPLOYEES**

This endorsement modifies insurance provided under the following:

     COMMERCIAL CRIME COVERAGE FORM
     COMMERCIAL CRIME POLICY
     EMPLOYEE THEFT AND FORGERY POLICY
     GOVERNMENT CRIME COVERAGE FORM
     GOVERNMENT CRIME POLICY

The definition of "employee" is amended to include any non-compensated natural person:

1. Other than one who is a fund solicitor, while performing services for you that are usual to the duties of an "employee"; or

2. While acting as a fund solicitor during fund raising campaigns.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____

AUTHORIZED REPRESENTATIVE

*END 011*

EXHIBIT 14
PAGE 705

ENDORSEMENT# *12*

CRIME AND FIDELITY
CR 25 12 08 07

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INCLUDE TREASURERS OR TAX COLLECTORS
AS EMPLOYEES**

This endorsement modifies insurance provided under the following:

GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

**SCHEDULE**

| Treasurers Or Tax Collectors |
|---|
| *Any Treasurer or Tax Collector of any of those named as Insured* |
| |
| |
| |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

1.  The definition of "employee" is amend-
    ed to include your treasurers or tax
    collectors shown in the Schedule.

2.  Exclusion **D.2.d. Treasurers Or Tax Col-
    lectors** is deleted.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Vella*
_____

AUTHORIZED REPRESENTATIVE

*END 012*

**EXHIBIT 14**
**PAGE 706**

## ENDORSEMENT# *13*

CRIME AND FIDELITY
CR 25 41 08 07

**This** endorsement, effective *12:01 am*    *June 30, 2014*    forms a part of
policy number  *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INCLUDE DESIGNATED PERSONS OR CLASSES
OF PERSONS AS EMPLOYEES**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

**SCHEDULE**

| Persons Or Classes Of Persons |
|---|
| *Any Directors or Trustees of any of those named as Insured* |
| *Any board members of any of those named as insured* |
| |
| |
| |
| |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The definition of "employee" is amended to
include any natural person or group of
persons named or described in the Schedule.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Weller*
_____
AUTHORIZED REPRESENTATIVE

*END 013*

CR 25 41 08 07           © ISO Properties, Inc., 2006            Page 1 of 1         □

**EXHIBIT 14**

**PAGE 707**

ENDORSEMENT# *14*

This endorsement, effective *12:01 am*       *June 30, 2014*                 forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### BONDED EMPLOYEES EXCLUSION DELETED

This endorsement modifies insurance provided under the following:

### GOVERNMENT CRIME POLICY

In Section **D. Exclusions**, subparagraph 2., the exclusion entitled **Bonded Employees** is deleted in its entirety.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 014*

95419 (8/07)                        Page 1 of 1

EXHIBIT 14
PAGE 708

ENDORSEMENT# *15*

This endorsement, effective *12:01 am      June 30, 2014*      forms a part of
policy number  *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## CAL WORKS PROGRAM EMPLOYEE ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### GOVERNMENT CRIME POLICY

In consideration of the premium charged, it is hereby understood and agreed that in Section F. Definitions, paragraph 5., "Employee," subparagraph (a) is hereby amended to include the following paragraph at the end thereof:

"Employee" also means:

(4) Any natural person while in your service (and thirty (30) days after termination of the service), that is subject to your direction and control while performing services for you as a result of an employment contract or agreement with the State of California "Cal Works Program" or any similar state or county work or welfare program.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 15*

MNSCPT

EXHIBIT 14
PAGE 709

ENDORSEMENT# *16*

This endorsement, effective *12:01 am    June 30, 2014*    forms a part of
policy number    *01-309-61-64*
issued to    *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**INCLUDE DESIGNATED AGENTS AS EMPLOYEES**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

**SCHEDULE**

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| Sutter County - Yuba Sutter Economic Development Corporation | $50,000 |
| Golden State Risk Management Authority (GSRMA) - Ardee, Inc. solely in respect to Golden State Risk Management Authority | $10,000,000 |
| Trinity County - Weaverville Cemetery Association | $20,000 |
| City of Napa - William J. Zenoni as Interim Finance Director | $10,000,000 |
| City of Napa - Caroline Gabriel as Interim Purchasing Services Manager | $10,000,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

CR2502 (05/06)    ***END 16***

**EXHIBIT 14**
**PAGE 710**

ENDORSEMENT# *16*     (Continued)

This endorsement, effective *12:01 am*     *June 30, 2014*          forms a part of
policy number   *01-309-61-64*
issued to     *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

1. The definition of "Employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit of Insurance is part of, not in addition to, the Limit of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 16*

CR2502 (05/06)

EXHIBIT 14
PAGE 711

ENDORSEMENT# *17*

**CRIME AND FIDELITY**
**CR 20 01 08 07**

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**POLICY CHANGE**
**(DISCOVERY FORM)**

This endorsement modifies insurance provided under the Discovery Form version of the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

**SCHEDULE**

| Change Number | Date Of Issue | Effective Date Of Change |
|---|---|---|
| *1* | *June 30, 2014* | 12:01 A.M. on: *June 30, 2014* |

| The Named Insured is changed to: |
|---|
| The following Insured(s) is added as a Named Insured: |
| The following Insured(s) is deleted as a Named Insured: |
| The Mailing Address is changed to: |

The Policy Period is:
         Extended to:                              Reduced to:

The following Insuring Agreement(s) is:

☐  **Added to the Coverage Form/Policy**

| Insuring Agreement(s) | Limit Of Insurance | Deductible Amount |
|---|---|---|
|  |  |  |
|  |  |  |

**END 017**

**EXHIBIT 14**
**PAGE 712**

ENDORSEMENT# *17*   (continued)

| ☐ | Deleted from the Coverage Form/Policy | | |
|---|---|---|---|
| **Insuring Agreement(s)** | | **Limit Of Insurance** | **Deductible Amount** |
| | | | |
| | | | |

| ☒ | Changed as respects the Limit(s) of Insurance and/or Deductible Amount(s) | | |
|---|---|---|---|
| **Insuring Agreement(s)** | | **Limit Of Insurance** | **Deductible Amount** |
| *EMPLOYEE THEFT FOR SAN DIEGO AND RIVERSIDE COUNTY* | | | $50,000 |
| *FAITHFUL PERFORMANCE OF DUTY FOR SAN DIEGO & RIVERSIDE CNTY* | | | $50,000 |

**The following Endorsement(s) is:**

| ☐ | Added to the Coverage Form/Policy | |
|---|---|---|
| **Endorsement(s)** | | **Limit Of Insurance** |
| | | |
| | | |

| ☐ | Deleted from the Coverage Form/Policy | |
|---|---|---|
| **Endorsement(s)** | | **Limit Of Insurance** |
| | | |
| | | |

| ☐ | Changed as respects the Limit(s) of Insurance | |
|---|---|---|
| **Endorsement(s)** | | **Limit Of Insurance** |
| | | |
| | | |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |
|---|---|---|

Application of changes affected by this Endorsement:

1. **All Changes Other Than In Paragraph 2.**

   This change applies to loss or damage that you sustain resulting directly from an "occurrence" taking place at any time which is "discovered" by you on or after the Effective Date of Change. However, if a retroactive date endorsement is used, the provisions of that endorsement are controlling.

2. **Deletion Of Coverage**

   This change applies to loss or damage

*END 017*

© ISO Properties, Inc., 2006     CR 20 01 08 07     ☐

**EXHIBIT 14**
**PAGE 713**

ENDORSEMENT# *17*    (continued)

that you sustain resulting directly from an "occurrence" taking place:

a. On or after the Effective Date of Change which is "discovered" by you after the Effective Date of

change; and also

b. Before the Effective Date of Change if "discovered" by you after 60 days from that date.

| Accepted |
|---|
| **First Named Insured:** |
| **Name:** |
| **Title:** |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_Robert M Vell_

AUTHORIZED REPRESENTATIVE

*END 017*

CR 20 01 08 07                © ISO Properties, Inc., 2006          Page 3 of 3          □

EXHIBIT 14
PAGE 714

ENDORSEMENT# *18*

This endorsement, effective *12:01 am    June 30, 2014*        forms a part of
policy number   *01-309-61-64*
issued to    *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### FOOD STAMPS COVERAGE ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

### GOVERNMENT CRIME POLICY

In consideration of the premium charged, it is hereby understood and agreed that the policy is amended as follows:

1. Section F. Definitions is amended by appending the following paragraph at the end thereof:

     FS-1.  "Food stamps" mean only food stamps issued by the federal government of the United States of America, including any authorization to purchase such food stamps.

2. In Section F. Definitions, paragraph 18., "securities," is amended to include the following paragraph at the end thereof:

     "Securities" also means "food stamps."

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 18*

MNSCPT

EXHIBIT 14
PAGE 715

ENDORSEMENT# *19*

This endorsement, effective *12:01 am*      *June 30, 2014*           forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## CANCELLATION AMENDATORY
## (RETURN PRO RATA)

Wherever used herein: (1) "Policy" means the policy or bond to which this endorsement or rider is made part of; (2) "Insurer" means the "Insurer," "Underwriter," "Company" or other name specifically ascribed in this Policy as the insurance company or underwriter for this Policy; (3) "Named Entity" means the "Named Entity," "Named Corporation," Named Organization," "Named Sponsor," "Named Insured," "First Named Insured," "Insured's Representative," "Policyholder" or equivalent term stated in Item 1 of the Declarations; and (4) "Period" means the "Policy Period," "Bond Period" or equivalent term stated in the Declarations.

In consideration of the premium charged, it is hereby understood and agreed that notwithstanding anything to the contrary in any CANCELLATION or TERMINATION clause of this Policy (and any endorsement or rider amending such cancellation or termination clause, including but not limited to any state cancellation/non-renewal amendatory attached to this policy), if this Policy shall be canceled by the Named Entity, the Insurer shall return to the Named Entity the unearned pro rata proportion of the premium as of the effective date of cancellation.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


_____
AUTHORIZED REPRESENTATIVE


⊕ All rights reserved.
*END 019*
Page 1 of 1

101036 (4/09)

EXHIBIT 14
PAGE 716

ENDORSEMENT# *20*

This endorsement, effective *12:01 am      June 30, 2014*          forms a part of
policy number   *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

### DEFINITION OF EMPLOYEE AMENDED
### (PUBLIC GUARDIAN)

In consideration of the premium charged, it is hereby understood and agreed that the policy is amended as follows:

1. Paragraph 5. "Employee" of Clause F. Definitions is amended to include the following paragraph at the end thereof:

    PG- (1)      Any natural person appointed by you to serve in the capacity as a public guardian.

2. This policy is specifically written as excess over any other valid and collectible insurance or bond available to the public guardian or the guardianship or conservatorship estates which are the responsibility of the public guardian (herein "Public Guardianship Bond").

3. Clause C. Deductible is amended to include the following paragraph at the end thereof:

    Notwithstanding the foregoing, it is further understood and agreed that, solely with respect to covered loss under this policy arising out of a natural person serving in the capacity as a public guardian, any such covered loss which is paid under a Public Guardianship Bond shall be applied toward and shall reduce the Deductible.

4. Loss or damage, if any, under any coverage provided pursuant to this endorsement, shall be adjusted with the first Named Insured and shall be paid jointly to the first Named Insured, the guardianship and conservatorship estates, as their respective interests may exist.

5. Any payment made under this Policy to any guardianship or conservatorship estates shall be construed to be payment to you.

6. This endorsement confers upon the guardianship and conservatorship estates no status as joint insured nor any rights to or under the policy except to receive the payment of any claim as asserted by the Named Insured and if, as and when payable.

7. The limit of the Company's liability shall not be increased by the inclusion of such guardianship or conservatorship estates.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 20*

MNSCPT

**EXHIBIT 14**
**PAGE 717**

ENDORSEMENT# *21*

This endorsement, effective *12:01 am    June 30, 2014*         forms a part of
policy number  *01-309-61-64*
issued to  *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

### INCLUDE LEASED WORKERS AND EMPLOYEES

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

**A.Schedule***

| Labor Leasing Firm |
|---|
| **All leased employees working for any those named as insured.** |
| *Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations. |

**B. Provisions**

The Definition of "Employee" is amended to include any natural person leased to you  by
a labor leasing firm shown in the Schedule, under a written agreement between you and
the labor leasing firm, to  perform duties  related to  the conduct of  your business, but
does not mean  a person  furnished to  you to substitute  for a  permanent employee  on
leave, or to meet seasonal or short-term workload conditions.

_____
AUTHORIZED REPRESENTATIVE

CR2505 (03/00)

© All rights reserved.
*END 21*

EXHIBIT 14
PAGE 718

## ENDORSEMENT# *22*

This endorsement, effective *12:01 am*       *June 30, 2014*      forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
     *Golden State Risk Management Authority*


by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

### PROVIDE REQUIRED NOTICE OF CANCELLATION
### TO ANOTHER ENTITY

This endorsement modifies insurance provided under the following:

     COMMERCIAL CRIME COVERAGE FORM
     COMMERCIAL CRIME POLICY
     EMPLOYEE THEFT AND FORGERY POLICY
     GOVERNMENT CRIME COVERAGE FORM
     GOVERNMENT CRIME POLICY

### SCHEDULE

| Entity | Number Of Days |
|---|---|
| Sacramento Employment and Training Agency<br>925 Del Paso Blvd, Suite 100<br>Sacramento, CA 95815 | 30 |

If this insurance is cancelled, whether at your request or ours, we will provide the entity
shown in the Schedule with written notice of such cancellation. No cancellation of this
insurance shall take effect until the entity shown in the Schedule has received such writ-
ten notice and then only after the number of days shown in the Schedule, unless an earlier
date is approved by such entity.

*Robert M Vellen*

**AUTHORIZED REPRESENTATIVE**

© All rights reserved.
*END 022*
Page 1 of 1

MNSCPT

**EXHIBIT 14**
**PAGE 719**

ENDORSEMENT# *23*

**CRIME AND FIDELITY**
**CR 25 06 08 07**

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**INCLUDE CHAIRPERSON AND MEMBERS OF**
**SPECIFIED COMMITTEES AS EMPLOYEES**

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

**SCHEDULE**

| Names Of Committees |
|---|
| *ANY COMMITTEES OF ANY OF THOSE NAMED AS INSURED* |
|  |
|  |
|  |
|  |
|  |
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The definition of "employee" is amended to include any natural person, whether or not compensated, while performing services for you as the chairperson, or a member of any committee named in the Schedule.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

**END 023**

**EXHIBIT 14**
**PAGE 720**

ENDORSEMENT# *24*

This endorsement, effective *12:01 am     June 30, 2014*          forms a part of
policy number  *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

**VENDOR THEFT COVERAGE**

It is agreed that:

    1. Section A. Insuring Agreements is amended to include the following
       Insuring Agreement at the end thereof:

        **10. Vendor Theft**

        We will pay for loss or damage to "money," "securities" and "other
        property" resulting from "theft" committed by an identified "employee" of
        "your" "vendor" acting alone or in collusion with other persons.

    2. Solely with respect to Insuring Agreement 10, "Limit of Insurance Per
       Occurrence" as stated on the Declarations Page is deleted in its entirety and
       replaced with the following:

        Limit of Insurance $1,000,000 for all loss arising out of Insuring Agreement
        10, Vendor Theft.

    3. Section F. Definitions is amended to include the following definition at the
       end thereof:

        "Vendor" means an entity that provides a service to "you" under a written
        agreement which includes a requirement to provide Crime or Fidelity
        insurance covering "your" property in the care, custody and control of the
        "vendor" and its "employees." If such Crime or Fidelity insurance is valid or
        collectible then this Policy will respond only to that portion of loss which is
        excess of such requirement and no deductible shall apply. If such Crime or
        Fidelity insurance is not valid or collectible then this Policy will respond only
        to that portion of loss which is in excess of $500,000 and no deductible
        shall apply. However, "vendor" does not include any financial institution,
        asset manager, broker, dealer or armored transport company.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 24*

MNSCPT

**EXHIBIT 14**
**PAGE 721**

**ENDORSEMENT# 25**

This endorsement, effective *12:01 am      June 30, 2014*      forms a part of
policy number *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by   *National Union Fire Insurance Company of Pittsburgh, Pa.*

**CONDITIONS AMENDED - SUBROGATION OF FAITHFUL PERFORMANCE CLAIMS**

This endorsement modifies insurance provided under the following:

**GOVERNMENT CRIME POLICY**

**PROVISIONS:**

(1) Section E. Conditions, paragraph 1, subsection v. "Transfer Of Your Rights Of Recovery Against Others To Us" is hereby deleted in its entirety and replaced with the following:

**v.  Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or entity for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after discovery of loss to impair them; provided, however, with respect to recovery of loss resulting directly from the failure of any **employee** to faithfully perform his or her duties as prescribed by law afforded by Endorsement #4 we shall have the right to recover only where the **employee's** failure to faithfully perform his or her duties as prescribed by law was due to actual fraud, corruption, actual malice, or where the **employee** or a person or entity was unjustly enriched as a result of the **employee's** failure to faithfully perform his or her duties as prescribed by law.

(2) Nothing herein contained shall be held to vary, alter, waive, or extend any of the terms, limitations, conditions, or provisions of the attached Policy other than the above stated.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 25*

MNSCPT

**EXHIBIT 14**
**PAGE 722**

ENDORSEMENT# *26*

This endorsement, effective *12:01 am     June 30, 2014*          forms a part of policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

## EMPLOYEE POST TERMINATION COVERAGE

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

**PROVISIONS:**

1.  Section **F. Definitions**, "Employee", subsection a.(1)(a) is hereby deleted in its entirety and replaced with the following:

    a.    "Employee" means:

    (1)   Any natural person:

    (a)   While in your service and for the first  *90* days immediately after termination of service, unless such termination is due to "theft" or any other dishonest act committed by the "employee";

2.  Nothing herein contained shall be held to vary, alter, waive, or extend any of the terms, limitations, conditions, or provisions of the attached Policy other than the above stated.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

*Robert M Veller*
_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 026*

95428 (8/07)                     Page 1 of 1

**EXHIBIT 14**
**PAGE 723**

**ENDORSEMENT# *27***

This endorsement, effective *12:01 am*      *June 30, 2014*            forms a part of
policy number    *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**NOTICE OF CLAIM
(REPORTING BY E- MAIL)**

In consideration of the premium charged, it is hereby understood and agreed as follows:

1.  *Email Reporting of Claims*: In addition to the postal address set forth for any Notice of
    Claim Reporting under this policy, such notice may also be given in writing pursuant
    to the policy's other terms and conditions to the Insurer by email at the following
    email address:

    c- claim@AlG.com

    Your email must reference the policy number for this policy. The date of the
    Insurer's receipt of the emailed notice shall constitute the date of notice.

    In addition to Notice of Claim Reporting via email, notice may also be given to the
    Insurer by mailing such notice to: AIG, Financial Lines Claims, P.O. Box 25947,
    Shawnee Mission, KS 66225 or faxing such notice to (866) 227- 1750.

2.  *Definitions*: For this endorsement only, the following definitions shall apply:

    (a)  "Insurer" means the "Insurer," "Underwriter" or "Company" or other name
         specifically ascribed in this policy as the insurance company or underwriter for
         this policy.

    (b)  "Notice of Claim Reporting" means "notice of claim/circumstance," "notice of
         loss" or other reference in the policy designated for reporting of claims, loss
         or occurrences or situations that may give rise or result in loss under this
         policy.

    (c)  "Policy" means the policy, bond or other insurance product to which this
         endorsement is attached.

3.  This endorsement does not apply to any Kidnap & Ransom/Extortion Coverage
    Section, if any, provided by this policy.


ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.


*Robert M Vella*

_____

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 027*

EXHIBIT 14
PAGE 724

## ENDORSEMENT# *28*

This endorsement, effective *12:01 am*     *June 30, 2014*     forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
        *Santa Clara County*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

## PROVIDE REQUIRED NOTICE OF CANCELLATION
## TO ANOTHER ENTITY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

### SCHEDULE

| Entity | Number Of Days |
|---|---|
| State of California Department of Managed Healthcare<br>Attn: Office of  Health Plan Oversight<br>980 9TH Street Ste 500<br>Sacramento , CA 95814 | 30 |

If this insurance is cancelled, whether at your request or ours, we will provide the entity
shown in the Schedule with written notice of such cancellation. No cancellation of this
insurance shall take effect until the entity shown in the Schedule has received such writ-
ten notice and then only after the number of days shown in the Schedule, unless an earlier
date is approved by such entity.

AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 028*
Page 1 of 1

MNSCPT

EXHIBIT 14
PAGE 725

## ENDORSEMENT# *29*

This endorsement, effective *12:01 am*      *June 30, 2014*          forms a part of
policy number   *01-309-61-64*
issued to     *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIRD PARTY COVERAGE**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY
GOVERNMENT CRIME POLICY**

**PROVISIONS**

1. Clause A.1. **Employee Theft** is amended by adding the following at the end thereof:

   We will pay for loss of or damage to "Client Property" arising out of your
   indemnification of your "Client" for any dishonest or fraudulent act(s) committed by
   your "employee," but only when and to the extent that you are liable for such
   indemnification pursuant to the terms of this policy.

2. Clause F. **Definitions** is amended by adding the following at the end thereof:

   21. "Client Property" means "Money," "Securities" or "Other Property":

   (1) owned by the Client,
   (2) held by the Client in any capacity, or
   (3) for which a Client is legally liable

   22. "Client," as used in this endorsement, means any person, firm, corporation or
   association for whom your professional services have been charged.

3. Clause E.1.o. **Ownership of Property; Interests Covered** is deleted in its entirety and
   replaced with the following:

   The property covered under this policy is limited to property:

   (1) That you own or lease;
   (2) That you hold for others; or
   (3) That you hold in any capacity, whether or not you are legally liable, but also may
   be property for which you are legally liable.

   Client property covered under this policy is limited to property:

MNSCPT                           *END 29*

**EXHIBIT 14**
**PAGE 726**

**ENDORSEMENT#** *29*    (Continued)

This endorsement, effective *12:01 am*    *June 30, 2014*        forms a part of
policy number   *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

     (1) owned by the Client;
     (2) held by the Client in any capacity;
     (3) for which the Client is legally liable;
     Provided you are legally liable for such property and it is included in your proof of loss, in which event Clauses E.1.f and E.1.h., and any other condition applicable to loss or claims with respect thereto, shall apply.

4. Clause D.1. **Exclusions** is amended by adding the following at the end thereof:

     Solely with respect to Client Property, loss attributable to fraudulent, dishonest or criminal acts of any Client's proprietor, officer, director, partner or employee acting in collusion with your "employee."

5. It is further understood and agreed that with respect to the coverage afforded pursuant to this endorsement, the most we will pay under this policy for loss is the Limit of Insurance shown in the below SCHEDULE for the respective named "client" and such loss shall also be subject to the applicable Deductible Amount shown in the SCHEDULE below:

SCHEDULE

| Name of "client" | Limit of Insurance | Deductible Amount |
|---|---|---|
| 1) All INSUREDS | $250,000 | $25,000 |

The above scheduled Limit of Insurance shall be part of and not in addition to the applicable limit of insurance stated in the Declarations page as applicable to Insuring Agreement A.1. **Employee Theft** and will in no way serve to increase the Company's limit of liability as therein stated.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limitations, conditions, or provisions of the attached policy other than as above stated.

ALL OTHER TERMS, CONDITIONS, AND EXCLUSIONS REMAIN UNCHANGED.

                                        AUTHORIZED REPRESENTATIVE

© All rights reserved.
MNSCPT                                         *END 29*

EXHIBIT 14
PAGE 727

## ENDORSEMENT# *30*

This endorsement, effective *12:01 am*          *June 30, 2014*     forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
                    *San Diego Housing Commission*


by     *National Union Fire Insurance Company of Pittsburgh, Pa.*


**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**RETROACTIVE DATE (SCHEDULED ENTITIES)**

This endorsement modifies insurance provided under the following:

GOVERNMENT CRIME POLICY

A.  SCHEDULE

| Entity | Retroactive Date 12:01 A.M. on: | Limit of Liability 1 | Limit of Liability 2 |
|---|---|---|---|
| **Central SDHC FHA, LLC** | 11/01/2013 | $1,000,000 | $10,000,000 |
| **Southern SDHC FHA, LLC** | 11/01/2013 | $1,000,000 | $10,000,000 |
| **Northern SDHC FHA, LLC** | 11/01/2013 | $1,000,000 | $10,000,000 |

B.  PROVISIONS

    Solely with respect to each Entity listed in the Schedule above, the first paragraph of Section A. **Insuring Agreements** is replaced by the following:

    Any loss that you sustain resulting directly from an "occurrence" taking place in its entirety prior to the Retroactive Date shown in the Schedule above which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period to Discover Loss Condition shall have the Limit of Liability shown in Limit of Liability 1 of the above Schedule for the corresponding Entity.

    Any loss that you sustain resulting directly from an "occurrence" taking place in its entirety after the Retroactive Date shown in the Schedule above which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period to Discover Loss Condition shall have the Limit of Liability shown in Limit of Liability 2 of the above Schedule for the corresponding Entity.

    ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

© American International Group, Inc. All rights reserved.

**EXHIBIT 14**
**PAGE 728**

ENDORSEMENT# *31*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number   *01-309-61-64*
issued to    *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

**BLANKET JOINT LOSS PAYEE ENDORSEMENT**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

**Provisions**

1. You agree that any loss payable under this insurance shall be paid jointly to you and, where legally permissible, any loss payee ("Joint Loss Payee") designated by you in the proof of loss and any such payment shall constitute payment to you. We agree that such payments shall be made jointly to you and, where legally permissible, the Joint Loss Payee, and we will not make any payment solely to you unless a request in writing from the Joint Loss Payee to make such payment to you is provided to us.

2. This insurance is for your benefit only. It provides no rights or benefits to any other person or organization including the Joint Loss Payee, other than, where legally permissible, payment of loss as set forth in this endorsement.

   Any claim for loss that is covered under this insurance must be presented by you.

3. Our liability under this insurance as extended by this endorsement shall not be cumulative.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.
*END 31*

MNSCPT

EXHIBIT 14
PAGE 729

## ENDORSEMENT# *32*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number     *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
          *City of Sacramento*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## PROVIDE REQUIRED NOTICE OF CANCELLATION
## TO ANOTHER ENTITY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

### SCHEDULE

| Entity | Number Of Days |
|--------|----------------|
| Sacramento Employment and Training Agency<br>925 Del Paso Blvd, Suite 100<br>Sacramento, CA 95815 | 15 |

If this insurance is cancelled, whether at your request or ours, we will provide the entity shown in the Schedule with written notice of such cancellation. No cancellation of this insurance shall take effect until the entity shown in the Schedule has received such written notice and then only after the number of days shown in the Schedule, unless an earlier date is approved by such entity.

*Robert M Vell*

**AUTHORIZED REPRESENTATIVE**

© All rights reserved.
*END 032*
Page 1 of 1

MNSCPT

EXHIBIT 14
PAGE 730

<u>**ENDORSEMENT**</u> *# 33*

This endorsement, effective  *12:01 am*                *June 30, 2014*        forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
                *SISKIYOU COUNTY*


by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

# INCLUDE DESIGNATED AGENTS AS EMPLOYEES

This endorsement modifies insurance provided under the following:

      COMMERCIAL CRIME COVERAGE FORM
      COMMERCIAL CRIME POLICY
      EMPLOYEE THEFT AND FORGERY POLICY
      GOVERNMENT CRIME COVERAGE FORM
      GOVERNMENT CRIME POLICY

and applies to the Employee Theft Insuring Agreement:

**SCHEDULE**

| Capacity Of Agent | Limit Of Insurance |
|---|---|
| **Solely with respect to Siskiyou County gate attendant (s) employed by an employment contractor while such gate attendant(s) are subject to your direction and control while performing services for you** | $  10,000,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

1. The definition of "Employee" is amended to include each natural person, partnership or corporation you appoint in writing to act as your agent in the capacity shown in the Schedule while acting on your behalf or while in possession of covered property. These natural persons, partnerships or corporations are not covered for faithful performance of duty, even in the event that this insurance may have been amended by endorsement to provide such coverage on other "employees". Only coverage for "theft" applies to the agents scheduled above.

2. Each such agent and the partners, officers and employees of that agent are considered to be, collectively, one "employee" for the purposes of this insurance. However, the Termination As To Any Employee Condition applies individually to each of them.

3. The most we will pay under this insurance for loss caused by an agent included as an "employee" by this endorsement is the Limit of Insurance shown in the Schedule. That Limit of Insurance is part of, not in addition to, the Limit of Insurance shown in the Declarations as applicable to the Employee Theft Insuring Agreement.

_____
AUTHORIZED REPRESENTATIVE

**CR 25 41 08 07**                **© ISO Properties, Inc., 2005**                **Page 1 of 1**

**EXHIBIT 14**
**PAGE 731**

ENDORSEMENT# *34*

This endorsement, effective *12:01 am*      *June 30, 2014*      forms a part of
policy number      *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
          *Ventura County*

by      *National Union Fire Insurance Company of Pittsburgh, Pa.*

## PROVIDE REQUIRED NOTICE OF CANCELLATION
## TO ANOTHER ENTITY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY

## SCHEDULE

| Entity | Number Of Days |
|---|---|
| State of California Department of Managed Healthcare Attn: Office of Health Plan Oversight 980 9TH Street Ste 500 Sacramento , CA 95814 | 30 |

If this insurance is cancelled, whether at your request or ours, we will provide the entity shown in the Schedule with written notice of such cancellation. No cancellation of this insurance shall take effect until the entity shown in the Schedule has received such written notice and then only after the number of days shown in the Schedule, unless an earlier date is approved by such entity.

**AUTHORIZED REPRESENTATIVE**

© All rights reserved.
*END 034*
Page 1 of 1

MNSCPT

EXHIBIT 14
PAGE 732

ENDORSEMENT# *35*

This endorsement, effective *12:01 am    June 30, 2014*                    forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by   *National Union Fire Insurance Company of Pittsburgh, Pa.*

FORMS INDEX ENDORSEMENT

The contents of the Policy is comprised of the following forms:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| CRDS04 | 08/07 | GOVERNMENT CRIME POLICY DECLARATIONS - ISSUE MANUALLY |
| CR0026 | 05/06 | GOVERNMENT CRIME POLICY (DISCOVERY FORM ) |
| CR 02 49 | 09/12 | CALIFORNIA CHANGES |
| 89644 | 06/13 | ECONOMIC SANCTIONS ENDORSEMENT |
| MNSCPT | | ADDITIONAL NAMED INSURED |
| CR2519 | 05/06 | ADD FAITHFUL PERFORMANCE OF DUTY COVERAGE FOR GOVERNMENT EMPLOYEES |
| 95439 | 08/07 | OMNIBUS NAMED INSURED |
| CR2540 | 08/07 | INCLUDE EXPENSES INCURRED TO ESTABLISH AMOUNT OF COVERED LOSS |
| CR2520 | 08/07 | ADD CREDIT, DEBIT OR CHARGE CARD FORGERY |
| MNSCPT | | REVISION OF DISCOVERY AND PRIOR THEFT OR DISHONESTY |
| CR2508 | 08/07 | INCLUDE SPECIFIED NON COMPENSATED OFFICERS AS EMPLOYEES |
| 95420 | 08/07 | CANCELLATION OF POLICY AMENDED |
| CR2509 | 08/07 | INCLUDE VOLUNTEER WORKERS AS EMPLOYEES |
| CR2512 | 08/07 | INCLUDE TREASURER OR TAX COLLECTORS AS EMPLOYEES |
| CR2541 | 08/07 | INCLUDE DESIGNATED PERSONS OR CLASSES OF PERSONS AS EMPLOYEES |
| 95419 | 08/07 | BONDED EMPLOYEES EXCLUSION DELETED |
| MNSCPT | | CAL WORKS PROGRAM EMPLOYEE ENDORSEMENT |
| CR2502 | 05/06 | INCLUDE DESIGNATED AGENTS AS EMPLOYEES |
| CR2001 | 08/07 | POLICY CHANGE (DISCOVERY FORM) |
| MNSCPT | | FOOD STAMPS COVERAGE ENDORSEMENT |
| 101036 | 04/09 | CANCELLATION AMENDATORY (RETURN PRO RATA) |
| MNSCPT | | DEFINITION OF EMPLOYEE AMENDED |
| CR2505 | 03/00 | INCLUDE LEASED WORKERS AND EMPLOYEES |

**END 035**

**EXHIBIT 14**
**PAGE 733**

ENDORSEMENT# *35*

This endorsement, effective *12:01 am     June 30, 2014*                    forms a part of
policy number   *01-309-61-64*
issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

FORMS INDEX ENDORSEMENT

The contents of the Policy is comprised of the following forms:

| FORM NUMBER | EDITION DATE | FORM TITLE |
|---|---|---|
| MNSCPT | | PROVIDE REQUIRED NOTICE OF CANCELLATION TO ANOTHER ENTITY |
| CR2506 | 08/07 | INCLUDE CHAIRPERSON AND MEMBERS OF SPECIFIED COMMITTEES AS EMPLOYEES |
| MNSCPT | | VENDOR THEFT COVERAGE |
| MNSCPT | | CONDITIONS AMENDED - SUBROGATION OF FAITHFUL PERFORMANCE CLAIMS |
| 95428 | 08/07 | EMPLOYEE POST TERMINATION COVERAGE |
| 99758 | 08/08 | NOTICE OF CLAIM (REPORTING BY E-MAIL) |
| MNSCPT | | PROVIDE REQUIRED NOTICE OF CANCELLATION TO ANOTHER ENTITY |
| MNSCPT | | THIRD PARTY COVERAGE |
| MNSCPT | | RETROACTIVE DATE ENDORSEMENT |
| MNSCPT | | BLANKET JOINT LOSS PAYEE ENDORSEMENT |
| MNSCPT | | PROVIDE REQUIRED NOTICE OF CANCELLATION TO ANOTHER ENTITY |
| CR2541 | 08/07 | INCLUDE DESIGNATED AGENTS AS EMPLOYEE |
| MNSCPT | | PROVIDE REQUIRED NOTICE OF CANCELLATION TO ANOTHER ENTITY |
| 78859 | 10/01 | FORMS INDEX ENDORSEMENT |
| CR0026 | | GOVERNMENT CRIME POLICY (DISCOVERY FORM) |

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

AUTHORIZED REPRESENTATIVE

*END 035*

## ENDORSEMENT# *36*

This endorsement, effective *12:01 am*        *July 27, 2014*     forms a part of policy number    *01-309-61-64*

issued to *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*
        *San Diego Housing Commission*

by    *National Union Fire Insurance Company of Pittsburgh, Pa.*

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**RETROACTIVE DATE (SCHEDULED ENTITIES)**

This endorsement modifies insurance provided under the following:

GOVERNMENT CRIME POLICY

A.  SCHEDULE

| Entity | Retroactive Date 12:01 A.M. on: | Limit of Liability 1 | Limit of Liability 2 |
|---|---|---|---|
| **Central SDHC FNMA, LLC** | **07/27/2014** | **$1,000,000** | **$10,000,000** |
| **Belden SDHC FNMA, LLC** | **07/27/2014** | **$1,000,000** | **$10,000,000** |
| **Northern SDHC FNMA, LLC** | **07/27/2014** | **$1,000,000** | **$10,000,000** |

B.  PROVISIONS

    Solely with respect to each Entity listed in the Schedule above, the first paragraph of Section A. **Insuring Agreements** is replaced by the following:

    Any loss that you sustain resulting directly from an "occurrence" taking place in its entirety prior to the Retroactive Date shown in the Schedule above which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period to Discover Loss Condition shall have the Limit of Liability shown in Limit of Liability 1 of the above Schedule for the corresponding Entity.

    Any loss that you sustain resulting directly from an "occurrence" taking place in its entirety after the Retroactive Date shown in the Schedule above which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period to Discover Loss Condition shall have the Limit of Liability shown in Limit of Liability 2 of the above Schedule for the corresponding Entity.

    ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

© American International Group, Inc. All rights reserved.

**EXHIBIT 14**
**PAGE 735**