# EXHIBIT 20

**EXHIBIT 20**
**PAGE 1255**

# Kelly Collins

| | |
|---|---|
| **From:** | Daniel Richards <Daniel.Richards@bbklaw.com> |
| **Sent:** | Wednesday, May 4, 2022 7:05 PM |
| **To:** | Scott Schmookler |
| **Cc:** | Meagan VanderWeele; Hanna Monson; Angela Lewosz; Jeffrey Dunn; Christopher E. Deal; Kara Coronado |
| **Subject:** | RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held |

Hi Scott,

I'm writing to follow up on our call of May 3, 2022.

First, regarding Aklufi and Wysocki, to confirm, Plaintiffs do not intend to depose either witness. We cannot, however, waive our right to potentially call one or both of these witnesses to potentially testify as to limited percipient, non-privileged facts, depending upon how this case develops. We understand that this means you will likely want to conduct at least limited depositions of these witnesses. However, in light of their roles as attorneys for the City, we believe an oral deposition would pose an unacceptable risk of inadvertent waiver of privilege and other protections. We therefore propose, like we have proposed with Pinkney, that if Defendant wishes to depose one or both of these witnesses any such deposition be conducted by written question. Please let us know if you have any thoughts on this proposal, or if you would like to discuss.

Regarding Egger, Dillon, Moorjani, and Kapanicas, we do not intend to take the depositions of these individuals. I understand from our conversation that NUFIC may depose at least Dillon. Please let us know what date you are contemplating for the deposition of Dillon and/or any of the other individuals identified above.

Regarding WRCOG, I can confirm the City does not intend to call employees or officials, so long as NUFIC does contest facts related to the assignment of assignable claims to WRCOG.

Regarding Stradling, we believe the stipulation is acceptable. We are reviewing now for any changes that may be necessary, but believe it is largely acceptable.

Regarding the Gibbs deposition on the 10th, we've unfortunately confirmed that Ms. Gibbs will be out of town and unavailable for deposition from May 8–19th.

I believe those are all of the topics we discussed providing a response to you about, but please let us know if we have missed anything. Please also let us know when you've confirmed the dates for the NUFIC depositions we discussed. We will be sending the LR 37 stipulation regarding the Pinkney deposition by separate email shortly. Thank you.

Best regards,

Daniel Richards

**From:** Scott Schmookler <sschmookler@grsm.com>
**Sent:** Tuesday, May 3, 2022 10:46 AM
**To:** Christopher E. Deal <chris.deal@bbklaw.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
**Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
**Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held

**CAUTION - EXTERNAL SENDER.**

Please circulate a call-in number.

> **From:** Scott Schmookler
> **Sent:** Tuesday, May 3, 2022 11:01 AM
> **To:** 'Christopher E. Deal' <chris.deal@bbklaw.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
> **Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
> **Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held
>
> 12pst is fine.
>
>> **From:** Christopher E. Deal <chris.deal@bbklaw.com>
>> **Sent:** Tuesday, May 3, 2022 10:54 AM
>> **To:** Scott Schmookler <sschmookler@grsm.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
>> **Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
>> **Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held
>>
>> Let's discuss today.  Are you available at 12 pst or after 2:30?
>>
>>> **From:** Scott Schmookler <sschmookler@grsm.com>
>>> **Sent:** Tuesday, May 3, 2022 4:46 AM
>>> **To:** Christopher E. Deal <chris.deal@bbklaw.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
>>> **Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
>>> **Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held

**CAUTION - EXTERNAL SENDER.**

Following my emails below, I spoke with Jen about her availability. Like Judith Blake, she seems to be available on May 18 and 20 in the afternoon. I understood that you wanted 1/2 day with Judith and Jen. Do you want to lock down one of those days for these two depositions? I need to know ASAP as the clients cannot hold these date indefinitely.

Scott

**From:** Scott Schmookler
**Sent:** Saturday, April 30, 2022 10:21 AM
**To:** 'Christopher E. Deal' <chris.deal@bbklaw.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
**Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
**Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held

Both are fine. Please send an invite.

**From:** Christopher E. Deal <chris.deal@bbklaw.com>
**Sent:** Friday, April 29, 2022 6:30 PM
**To:** Scott Schmookler <sschmookler@grsm.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
**Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
**Subject:** RE: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held

I could talk on Tuesday afternoon or Wednesday 1-3. Let me know if either of those dates/times work.

Chris

**From:** Scott Schmookler <sschmookler@grsm.com>
**Sent:** Thursday, April 28, 2022 1:52 PM
**To:** Christopher E. Deal <chris.deal@bbklaw.com>; Daniel Richards <Daniel.Richards@bbklaw.com>; Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>
**Cc:** Meagan VanderWeele <mvanderweele@grsm.com>; Hanna Monson <hmonson@grsm.com>; Angela Lewosz <alewosz@grsm.com>
**Subject:** FW: Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held

3

**EXHIBIT 20**
**PAGE 1258**

**CAUTION - EXTERNAL SENDER.**

In light of the ruling, I suggest we schedule a call next week to discuss scheduling the remaining depositions. In the interim, I spoke with my client's witnesses. Here is their availability in May:

Barbara Leone: She is monitoring a trial from May 4 to May 19. She would be available in NY May 24-27.

Judith Blake: She is available in Boston or virtually the week of May 17, May 18, or May 20.

Jen Rocha: She is available in NJ or virtually. Jen seemed to be someone flexible, so if you have some preferred dates, let me know.

Please let us know if you have time next week to discuss scheduling these depositions, along with the depositions of your clients' 30(b)(6) witnesses, Mr. Pinkney and Ms. Gibbs.

Scott

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Thursday, April 28, 2022 2:36 PM
**To:** noreply@ao.uscourts.gov
**Subject:** Activity in Case 5:20-cv-02164-GW-KK Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al Minutes of In Chambers Order/Directive - no proceeding held


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

4

**EXHIBIT 20**
**PAGE 1259**

The following transaction was entered on 4/28/2022 at 12:35 PM PDT and filed on 4/28/2022

| | |
|---|---|
| **Case Name:** | Western Riverside Council of Governments v. National Union Fire Insurance Company of Pittsburgh, Pa. et al |
| **Case Number:** | 5:20-cv-02164-GW-KK |
| **Filer:** | |
| **Document Number:** | 44 |

**Docket Text:**
**MINUTE ORDER IN CHAMBERS - ORDER by Judge George H. Wu. The Court has received the Stipulation to Modify Scheduling Order [43]. On June 17, 2021, the Court indicated no further continuances would be granted (see, Docket No. 29). For that reason, the stipulation is denied except that completion of regular discovery cutoff will be extended to May 30, 2022. (lom)**


**5:20-cv-02164-GW-KK Notice has been electronically mailed to:**

Jeffrey V Dunn     jeffrey.dunn@bbklaw.com, patrick.skahan@bbklaw.com, kerry.keefe@bbklaw.com, wendy.wang@bbklaw.com, daniel.richards@bbklaw.com

Meagan P. VanderWeele     mvanderweele@grsm.com

Daniel Lee Richards     janice.liu@bbklaw.com, daniel.richards@bbklaw.com

Katherine Ann Musbach     ssantaguida@grsm.com, kmcollins@grsm.com, kmusbach@grsm.com

Christina Rose Spiezia     cspiezia@grsm.com, ecravey@grsm.com, kcastleberry@grsm.com

Scott L. Schmookler     sschmookler@grsm.com, kmcollins@grsm.com

Christopher E Deal     chris.deal@bbklaw.com

Iga W. Todd     itodd@grsm.com

Hanna E. Monson     hmonson@grsm.com

Angela Lewosz     alewosz@grsm.com

**5:20-cv-02164-GW-KK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
**http://www.grsm.com**

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.