Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**NOTICE OF MOTION AND MOTION IN LIMINE NO. 7 OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA TO BAR WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS WITNESSES**<br><br>Judge:  Hon. George H. Wu<br>Date:   9/1/2022<br>Time:   8:30 a.m.<br>Room:  9D |

1

MOTION IN LIMINE NO. 7 TO BAR WESTERN RIVERSIDE COUNCIL OF
GOVERNMENTS WITNESSES

TO PLAINTIFF WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS AND CITY OF BEAUMONT AND ITS COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** that on September 1, 2022, at 8:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Hon. George H. Wu, located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, Courtroom 9D, 9th Floor, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") will and hereby does move this Court to BAR WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS WITNESSES pursuant to an agreement between the parties.

This motion is based on this notice, motion, Declaration of Scott Schmookler and Appendix of Exhibits. These materials are filed concurrently herewith, along with all the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This Motion follows the meeting of counsel, pursuant to L-R 7-3, which occurred on August 4, 2022.

Dated:  August 11, 2022

GORDON REES SCULLY MANSUKHANI LLP

By:  */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza, Suite 1100
Irvine, CA 92614
*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

2
MOTION IN LIMINE NO. 7 TO BAR WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS WITNESSES

Defendant National Union moves *in limine* to bar Plaintiffs from calling any witnesses from Western Riverside Council of Governments ("WRCOG") pursuant to an agreement between the parties.

On May 4, 2022, Daniel Richards, counsel for Plaintiffs, wrote: "Regarding WRCOG, I can confirm the City does not intend to call employees or officials, so long as [National Union Fire Insurance Company] does not contest facts related to the assignment of assignable claims to WRCOG." (Dkt. 65-20, Email from Daniel Richards to Scott Schmookler on May 4, 2022). Additionally, Plaintiffs did not disclose anyone from WRCOG in either their Initial or Supplemental Rule 26 Disclosures. (Dkt. 65-16; Dkt. 65-17).

Given the previous agreement between the parties, National Union requests *in limine* that plaintiffs be barred from calling any employees or officials of WRCOG at trial.

Dated: August 11, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa.*

3

MOTION IN LIMINE NO. 7 TO BAR WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS WITNESSES

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Daniel L. Richards, State Bar No. 315552
>daniel.richards@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By:  */s/ Scott L. Schmookler*
>          Scott L. Schmookler

4

MOTION IN LIMINE NO. 7 TO BAR WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS WITNESSES