Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, IL
sschmookler@grsm.com, *Pro Hac Vice*
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF SCOTT L. SCHMOOKLER IN SUPPORT OF DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTIONS IN LIMINE**<br><br>Judge:  Hon. George H. Wu<br>Date:   9/1/2022<br>Time:   8:30 a.m.<br>Room:   9D |

I, Scott L. Schmookler, declare as follows:

1.  I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter. I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court. I submit this declaration in support of National Union's Motions *in Limine*.

-1-
DECLARATION OF SCOTT L. SCHMOOKLER

I have personal knowledge of all matters set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

2. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 1** is a true and correct copy of the expert report of Daniel Ray, dated May 27, 2022.

3. On July 18, 2022, expert witness Daniel Ray was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 2** is a true and correct copy of the transcript of Mr. Ray's deposition.

4. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 3** is a true and correct copy of the expert report of John Lepire, dated May 31, 2022.

5. On July 19, 2022, expert witness John Lepire was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 4** is a true and correct copy of the transcript of Mr. Lepire's deposition.

6. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 5** is a true and correct copy of the Felony Plea Form of David Dillon, filed in Case No. RIF1602262.

7. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 6** is a true and correct copy of the Felony Plea Form of Ernest Egger, filed in Case No. RIF1602262.

8. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 7** is a true and correct copy of the Felony Plea Form of Deepak Moorjani, filed in Case No. RIF1602262.

9. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 8** is a true and correct copy of the Felony Plea Form of Alan Kapanicas, filed in Case No. RIF1602262.

10. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 9** is a true and correct copy of the Felony Plea Form of William Aylward, filed in Case No. RIF1602262.

11. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 10** is a true and correct copy of the Factual Basis of Alan Kapanicas, filed in Case No. RIF1602262.

12. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 11** is a true and correct copy of the Factual Basis of William Aylward, filed in Case No. RIF1602262.

13. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 12** is a true and correct copy of Plaintiffs' Proof of Loss, dated November 3, 2016.

14. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 13** is a true and correct copy of Plaintiffs' Supplement to Proof of Loss, dated April 20, 2018.

15. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 14** is a true and correct copy of Policy No. 01-309-61-64, issued by National Union Fire Insurance Company of Pittsburgh, Pa. to CSAC Excess Insurance Authority.

16. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 15** is a true and correct copy of Policy No. 01-425-57-41, issued by National Union Fire Insurance Company of Pittsburgh, Pa. to CSAC Excess Insurance Authority.

17. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 16** is a true and correct copy of Plaintiffs' Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated January 8, 2020.

18. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 17** is a true and correct copy of Plaintiffs' Supplemental Initial

-3-

Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), dated March 5, 2021.

19. On May 31, 2022, John Pinkney, attorney for the City of Beaumont, was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 18** is a true and correct copy of the transcript of Mr. Pinkney's deposition.

20. On May 23, 2022, Elizabeth Gibbs was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 19** is a true and correct copy of the transcript of Ms. Gibb's deposition.

21. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 20** is a true and correct copy of email correspondence from Daniel Richards, counsel for Plaintiffs, to counsel for National Union, dated May 4, 2022.

22. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 21** is a true and correct copy of Plaintiffs' Supplemental Response to Defendant's First Set of Interrogatories, dated March 8, 2021.

23. On March 31, 2022, Roger Berg, former Mayor and City Council member for the City of Beaumont, was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 22** is a true and correct copy of the transcript of Mr. Berg's deposition.

24. On April 5, 2022, Lawrence Dressel, a former member of the Beaumont City Council, executed a declaration in connection with this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 23** is a true and correct copy of Mr. Dressel's declaration.

25. On February 7, 2022, James Gregg, former Risk Manager for the City of Beaumont, executed a declaration in connection with this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 24** is a true and correct copy of Mr. Gregg's declaration.

DECLARATION OF SCOTT L. SCHMOOKLER

26. On September 27, 1993, the City of Beaumont and Urban Logic Consultants entered into an Agreement for Planning, Economic Development and Public Works Services. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 25** is a true and correct copy of the agreement.

27. On April 11, 1994, the City of Beaumont and Urban Logic Consultants entered into an Agreement Amending the Agreement for Planning, Economic Development and Public Works Services. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 26** is a true and correct copy of the amended agreement.

Dated: August 11, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Christina R. Spiezia, (SBN: 315145)
cspiezia@grsm.com
(949) 255-6968
5 Park Plaza
Suite 1100
Irvine, CA 92614

*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*

-5-
DECLARATION OF SCOTT L. SCHMOOKLER

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2022, he served a copy of the foregoing upon the following counsel by ECF and sending it via e-mail to the following addresses:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Daniel L. Richards, State Bar No. 315552
>daniel.richards@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972
>
>*Attorneys for Plaintiff*
>*Western Riverside Council of Governments*

>>GORDON REES SCULLY
>>MANSUKHANI LLP
>>
>>By:   */s/ Scott L. Schmookler*
>>        Scott L. Schmookler

-6-
DECLARATION OF SCOTT L. SCHMOOKLER