JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER M. PISANO IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE NO. 1 TO EXCLUDE PETER FOGARTY FROM OFFERING OPINION TESTIMONY AT TRIAL**<br><br>Trial Date: September 13, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D |

# DECLARATION OF CHRISTOPHER M. PISANO

I, Christopher M. Pisano, declare:

1.  I am an attorney at law licensed to practice in the State of California. I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2.  On or about May 31, 2022, counsel for Defendant served on my co-counsel a Rule 26 expert witness disclosure statement. I was subsequently provided with a copy, a true and correct copy of which is attached hereto as Exhibit "A."

3.  On July 28, 2022, I took the deposition of Mr. Fogarty. A true and correct copy of certain pages from the transcript is attached hereto as Exhibit "B." This includes exhibits 6, 7 and 14 to the deposition, which are the three pre-litigation reports that Mr. Fogarty prepared in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August 2022, at Los Angeles, California.

*[signature: Christopher Pisano]*

Christopher M. Pisano

20323.00057\40613488.1