# EXHIBIT B

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

91222 (4/13)

CRIME AND FIDELITY
CR DS 04 08 07

# GOVERNMENT CRIME
# POLICY DECLARATIONS

POLICY NUMBER:
01-425-57-41
REPLACEMENT OF
POLICY NUMBER:
01-309-61-64

In Return For The Payment Of The Premium, And Subject To All The Terms And Conditions Of This Policy, We Agree With You To Provide The Insurance As Stated In This Policy.

**Coverage Is Written:**

[X] Primary    [ ] Excess    [ ] Coindemnity    [ ] Concurrent

| | |
|---|---|
| **Company Name Area:** | National Union Fire Insurance Company of Pittsburgh, Pa. |
| **Producer Name Area:** | ALLIANT INSURANCE SERVICES, INC.<br>1301 DOVE ST<br>NEWPORT BEACH, CA 92660-2412 |
| **Named Insured:** | CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA) |
| | (including any Employee Welfare or Benefit Plans) |
| **Mailing Address:** | 75 IRON POINT CIRCLE, SUITE 200<br>FOLSOM, CA 95630 |

| Policy Period | | |
|---|---|---|
| **From:** | June 30, 2015 | |
| **To:** | June 30, 2017 | 12:01 A.M. at your mailing address shown above. |

| Insuring Agreements | Limit Of Insurance Per Occurrence | Deductible Amount Per Occurrence |
|---|---|---|
| 1. **Employee Theft – Per Loss Coverage** | $15,000,000 | PER SCHEDULE |
| 2. **Employee Theft – Per Employee Coverage** | Not Covered | Not Covered |
| 3. **Forgery Or Alteration** | $15,000,000 | PER SCHEDULE |
| 4. **Inside The Premises – Theft Of Money And Securities** | $15,000,000 | PER SCHEDULE |
| 5. **Inside The Premises – Robbery Or Safe Burglary Of Other Property** | $15,000,000 | PER SCHEDULE |
| 6. **Outside The Premises** | $15,000,000 | PER SCHEDULE |
| 7. **Computer Fraud** | $15,000,000 | PER SCHEDULE |
| 8. **Funds Transfer Fraud** | $15,000,000 | PER SCHEDULE |

CR DS 04 08 07                © ISO Properties, Inc., 2006                Page 1 of 2

CRIME AND FIDELITY
CR DS 04 08 07

**GOVERNMENT CRIME
POLICY DECLARATIONS**

POLICY NUMBER:
01-425-57-41
REPLACEMENT OF
POLICY NUMBER:
01-309-61-64

| 9. Money Orders And Counterfeit Money | $15,000,000 | PER SCHEDULE |
|---|---|---|
| If "Not Covered" is inserted above opposite any specified Insuring Agreement, such Insuring Agreement and any other reference thereto in this policy is deleted. | | |

**Endorsements Forming Part Of This Policy When Issued:**
#1, #2, #3, #4, #5, #6, #7, #8, #9, #10, #11, #12, #13, #14, #15, #16, #17, #18, #19, #20, #21, #22, #23, #24, #25, #26, #27, #28, #29, #30, #31, #32, #33, #34, #35, #36, #7, #38, #39, #40 and #41

**Cancellation Of Prior Insurance Issued By Us:**
**By acceptance of this Policy you give us notice cancelling prior policy Nos.**   01-309-61-64   ; the **cancellation to be effective at the time this Policy becomes effective.**

Premium:   $2,598,183

**IN WITNESS WHEREOF,** the **Insurer** has caused this Policy to be signed by its President, Secretary and Authorized Representative. This Policy shall not be valid unless signed below at the time of issuance by an authorized representative of the insurer.

_____
**PRESIDENT**
National Union Fire Insurance Company of Pittsburgh, Pa.

_____
**SECRETARY**
National Union Fire Insurance Company of Pittsburgh, Pa.

_____
**AUTHORIZED REPRESENTATIVE**

_____   _____   _____
**COUNTERSIGNED AT**      **DATE**       **COUNTERSIGNATURE**

*ALLIANT INSURANCE SERVICES, INC.*
*1301 DOVE ST*
*NEWPORT BEACH, CA 92660-2412*

*250340*

CRDS04 (08/07)        3

© All rights reserved.