# EXHIBIT C

ENDORSEMENT# *8*

This endorsement, effective *12:01 am      June 30, 2014*           forms a part of
policy number   *01-309-61-64*
issued to    *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by     *National Union Fire Insurance Company of Pittsburgh, Pa.*

REVISION OF DISCOVERY AND PRIOR THEFT OR DISHONESTY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME POLICY**
**GOVERNMENT CRIME POLICY**

**A. Schedule\***

**Prior Theft or Dishonesty**

**Amount: $25,000**

\*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**PROVISIONS**

1. E. Conditions, 2. **Conditions Applicable To Insuring Agreements A.1. And A.2.** b. **Termination As To Any Employee** (1) is deleted in its entirety and replaced with the following:

    (1)    As soon as:

    RISK MANAGEMENT DEPARTMENT OR OTHER DEPARTMENT DESIGNATED TO HANDLE INSURANCE MATTERS FOR THE NAME INSURED

    learns of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you provided that such conduct involved Loss of "Money", "Securities" or "Other property" valued at the amount specified in the schedule above or more.

2. E. Conditions, 1. **Conditions Applicable To All Insuring Agreements**, f. Duties In The Event Of Loss, is hereby modified to add the following at the end thereof:

    (6) Discovery of a loss or situation that may result in loss of or damage to "money," "securities" or "other property for the purpose of this section shall be discovery by any person in the specific departments or employment capacities of the insured:

    RISK MANAGEMENT DEPARTMENT OR OTHER DEPARTMENT DESIGNATED TO HANDLE INSURANCE MATTERS FOR THE NAMED INSURED

MNSCPT                              ***END 8***

<u>ENDORSEMENT#</u> *8*     (Continued)

This endorsement, effective *12:01 am    June 30, 2014*        forms a part of
policy number   *01-309-61-64*
issued to   *CSAC EXCESS INSURANCE AUTHORITY (CSAC EIA)*

by   *National Union Fire Insurance Company of Pittsburgh, Pa.*

3.  In Section D. Exclusions, exclusion 1.b. **Acts of Employees Learned Of By You Prior To The Policy Period** is hereby deleted in its entirety.

4.  Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, limitations, conditions or agreements of the attached policy other than as stated above.

5.  This endorsement is effective as of 12:01 A.M. on standard time as specified in the policy.

ALL OTHER TERMS, CONDITIONS AND EXCLUSIONS REMAIN UNCHANGED.

_____
AUTHORIZED REPRESENTATIVE

© All rights reserved.

MNSCPT                    ***END 8***