# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN *LIMINE* NO. 2 TO LIMIT THE SCOPE OF EVIDENCE TANTAMOUNT TO TRIGGERING THE DISCOVERY OR TERMINATION CLAUSES TO ONLY JAMES GREGG'S KNOWLEDGE**<br><br>Trial Date:　September 13, 2022<br>Time:　　　 9:00 a.m.<br>Courtroom:　9D |

1  The Court has considered the in limine motion ("MIL No. 2") of Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, the "Plaintiffs"). The matter was heard before the Court, the Honorable George H. Wu presiding, on _____ __, 2022 at ___:___ am/pm. Appearances were as stated in the record. Having considered the papers, arguments of counsel, and good cause appearing, the Plaintiffs' MIL No. 2 is granted. The following scope of evidence regarding the triggering of the Discovery Clause or Termination Clause is hereby limited to (or deemed "triggered" only by) the knowledge of the City of Beaumont's Risk Management Department, i.e. James Gregg. No other evidence of knowledge shall be considered in determining whether the Discovery Clause or Termination Clause were triggered.

IT IS SO ORDERED.

Dated: _____

Hon. George H. Wu
United States District Judge