JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION *IN LIMINE* NO. 3 TO EXCLUDE EXPERT TESTIMONY OF PETER EVANS OR LIMITING HIM TO REBUTTAL TESTIMONY ONLY**<br><br>Trial Date: September 13, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D |

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2. Attached as **Exhibit "A"** is a true and correct copy of Plaintiffs' initial expert disclosure.

3. Attached as **Exhibit "B"** is a true and correct copy of Defendant's initial expert disclosure.

4. Attached as E**xhibit "C"** is a true and correct copy of Defendant's rebuttal disclosure.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August 2022, at Los Angeles, California.

_____
Christopher E. Deal

20323.00057\40613457.1