# EXHIBIT C

Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.   5:20-cv-02164-GW (KKx)<br><br>**Defendant's Supplemental Rule 26(a)(2) Disclosures**<br><br>Judge: Honorable George H. Wu |

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), submits the following supplemental disclosure and discloses that it may present evidence under Federal Rules of Evidence 702, 703, or 705 from the following witnesses at trial:

A. **Supplemental Rule 26(a)(2)(B) Disclosure**

1. ***Richard E. Tasker***

Pursuant to Rule 26(a)(2)(B), Defendant separately serves (and incorporates by reference) a supplemental report, dated July 19, 2022, detailing additional

-1-

opinions Mr. Tasker will express, in addition to those opinions set forth in his report dated May 31, 2022, and the basis and reasons for them, and the facts or data considered by Mr. Tasker in forming his opinions. National Union incorporates by reference Mr. Tasker's report dated May 31, 2022, and National Union's Rule 26(a)(2) disclosure of Mr. Tasker.

Defendant reserves the right to supplement and amend Mr. Tasker's opinions, report and this disclosure to address any facts or information obtained after service of this disclosure or disclosed in recent depositions for which it has not yet received final transcripts.

Dated: July 20, 2022

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/* Scott L. Schmookler
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ
    HANNA E. MONSON
    CHRISTINA R. SPIEZIA

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

## PROOF OF SERVICE

The undersigned hereby certifies that on July 20, 2022, a true and correct copy of the foregoing **Defendant's Supplemental Rule 26(a)(2) Disclosures** was electronically served via email to the following addresses:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
>
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
>
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com

                         GORDON REES SCULLY
                         MANSUKHANI LLP

By: */s/* Scott L. Schmookler
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ
    HANNA E. MONSON

    Attorneys for Defendant,
    National Union Fire Insurance
    Company of Pittsburgh, Pa.