UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN *LIMINE* NO. 3 TO EXCLUDE EXPERT TESTIMONY OF PETER EVANS OR LIMITING HIM TO REBUTTAL TESTIMONY ONLY**<br><br>Trial Date: September 13, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

The Court has considered the in limine motion ("MIL No. 3") of Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, the "Plaintiffs"). The matter was heard before the Court, the Honorable George H. Wu presiding, on _____ __, 2022 at ___:___ am/pm. Appearances were as stated in the record. Having considered the papers, arguments of counsel, and good cause appearing, the Plaintiffs' MIL No. 3 is granted.

IT IS SO ORDERED.

Dated:
_____

_____
Hon. George H. Wu
United States District Judge

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 2 -

5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION IN LIMINE NO. 3