# EXHIBIT C

1   Scott L. Schmookler, *Pro Hac Vice*
    sschmookler@grsm.com
2   (312) 980-6779
    Gordon Rees Scully Mansukhani, LLP
3   5 Park Plaza Suite 1100
    Irvine, CA 92614
4
    Attorneys for Defendant,
5   NATIONAL UNION FIRE INSURANCE
    COMPANY OF PITTSBURGH, PA
6

7                    UNITED STATES DISTRICT COURT
8
           CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
9

10
    WESTERN RIVERSIDE COUNCIL          Case No. 5:20-cv-02164- GW (KKx)
11  OF GOVERNMENTS, a California
    Joint Powers Authority; CITY OF     **Declaration of Judith Bingham**
12  BEAUMONT, a public entity in the
    State of California,
13
                  Plaintiffs,
14
          v.
15
    NATIONAL UNION FIRE
16  INSURANCE COMPANY OF
    PITTSBURGH, PA, and DOES 1
17  through 50, inclusive,

18                Defendants.

19

20          I, JUDITH BINGHAM, declare as follows:

21          1.    I have personal knowledge of the matters and facts set forth below and

22  am competent to testify to such matters and facts.

23          2.    I am a resident of Beaumont, California and one of the founding

24  members and President of Beaumont Citizens for Responsible Growth ("BCRG"),

25  an organization initially formed in August 2004 and officially organized as a non-

26  profit Public Benefit Corporation in May 2005.

27

28
                                     -1-

1      3.    I formed BCRG because I was concerned with the nature and pace of

2    development in the City of Beaumont, wanted to inform Beaumont citizens about

3    local government issues and sought to encourage dialog with the City regarding

4    future growth and development. The mission of BCRG is to protect the quality of

5    life for Beaumont residents and locally-operated businesses while conserving rural

6    and natural assets for present and future generations of Beaumont residents.

7    BCRG's guiding principles include educating and providing public input to

8    government officials, agencies and residents to ensure that local planning and

9    development serves the interests of the public.

10      4.    In approximately April 2004, I discovered that the City of Beaumont

11    contracted with Urban Logic Consultants ("ULC") and paid ULC to provide

12    planning, economic development, construction management and engineering

13    services. At that time, I learned that while Ernest Egger, David Dillon, and Deepak

14    Moorjani ("ULC Principals") owned ULC, they served in an official capacity of

15    the City of Beaumont.  Mr. Dillon served as the City of Beaumont's Economic

16    Development Director during the time he held an ownership interest in ULC and

17    while ULC contracted with City of Beaumont. Mr. Moorjani served as the City of

18    Beaumont's Public Works Director during the time he held an ownership interest

19    in ULC and while ULC contracted with City of Beaumont. Mr. Egger served as

20    the City of Beaumont's Planning Director during the time he held an ownership

21    interest in ULC and while ULC contracted with City of Beaumont.

22      5.    In approximately August 2004, I assisted in the creation of a website

23    at www.bcrg.org (the "BCRG website") containing information about planning

24    and development in the City of Beaumont. The BCRG website contained

25    information about the City of Beaumont's retention of ULC and the ULC

26    Principals, and the ULC Principals' conflict of interest that violated Government

27    Code Section 1090. I have added and updated information on the BCRG website

28

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-2-

NUFIC_049208

1   over time. The BCRG website still exists today. The statements made on the

2   BCRG website are based on my thorough review of public documents and

3   information I obtained from the City pursuant to public records' requests and from

4   information compiled, reviewed and analyzed by a consulting firm I retained to

5   analyze City documents related to the contracts entered into between ULC and the

6   City.

7   6.      In September 2010, the BCRG contained the following information:

8   In February 2002, Urban Logic Services, Inc. (same owners as Urban Logic Consultants) contracted with the City to maintain and operate the wastewater
    treatment facility and sewer system for a five year period beginning December 2001. The first year service fee was $418,442.24 with each year thereafter
9   adjusted by the consumer price index which was 3.7% in December 2002 and 1.8% in December 2003.

10  "Beaumont out-sources around 15 city staff positions to Urban Logic. The City provides offices and other overhead expenses for these non-city employees.
    Isn't it time the City hires its own staff? To whom are these employees loyal to—the City or the people who sign their paychecks?

11  In 2004, Urban Logic billed the City $1.8 million for services provided by the full-time equivalent of 12.85 employees. The City Manager estimated Urban
    Logic would provide the full-time equivalent of 19 employees, 6.35 employees more than what was provided! The City Manager also estimated using Urban
    Logic services would only cost the City $1.5 million vs. hiring City employees which would cost $1.8 million. Shouldn't the City re-evaluate it's consultant
12  contracts and look to hire City employees that are dedicated to the City and its citizens?

13  Urban Logic, a FOR PROFIT BUSINESS, is in charge of the Planning, Economic Development, and Public Works Departments of the City. The very
    departments which are directly involved in promoting growth in the City and making recommendations to the Council to approve developments. The more
14  Beaumont grows, the more money Urban Logic makes. Whose best interests are being served—the citizen's or Urban Logic's? Is this a direct Conflict of
    Interest in violation of State law?

15  (See printout of BCRG website, dated September 10, 2010, attached here as

16  Exhibit A.)

17  7.      I have reviewed printouts of the BCRG website, dated September 10,

18  2010, attached here as Exhibit A. As a founding member of BCRG and a creator

19  of the BCRG website, I am familiar with the BCRG website. Based on my

20  knowledge and memory of the website, the printouts contained in Exhibit A are a

21  fair and accurate representation of the BCRG website in September 2010.

22  8.      From 2005 until approximately December 2007 and from January

23  2010 through 2011, I attended nearly every Beaumont City Council meeting.

24  During this time, and later, I repeatedly voiced my concerns to the City Council

25  regarding the City of Beaumont's retention of ULC and the ULC Principals'

26  conflict of interest. Prior to 2011, I told the City Council that the retention of ULC

27  and the ULC Principals' actions as city officials violated Government Code

28

-3-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

NUFIC_049209

1    Section 1090 because the ULC Principals, in their official capacity, participated in

2    coordinating and planning construction projects for the City and then made

3    recommendations to the City Council that their company (ULC) supervise those

4    projects on behalf of the City for a fee. The City Council awarded work to ULC

5    and paid ULC based on the recommendations the ULC Principals made to City

6    Council in their official capacity.

7       9.    As reflected in the Beaumont City Council meeting Minutes, on

8    September 6, 2005, I advised the City Council that the ULC Principals were acting

9    in their own self-interest. (See Minutes for Beaumont City Council, dated

10   September 6, 2005, attached here as Exhibit B, at pg. 3.)

11      10.   As reflected in the Beaumont City Council meeting Minutes, I raised

12   concerns regarding ULC's contract with the City and the ULC Principals' conflict

13   of interest on August 21, 2007; October 2, 2007; August 17, 2010; October 5,

14   2010; October 19, 2010; November 16, 2010; April 5, 2011; May 3, 2011; May

15   17, 2011; June 7, 2011; November 1, 2011; August 21, 2012; December 4, 2012;

16   September 3, 2013; February 4, 2014; and June 3, 2014. (See Minutes for

17   Beaumont City Council, multiple dates, attached here as Group Exhibit C.)

18      11.   On or about November 6, 2007, I spoke at a City Council meeting and

19   advised the City Council that the retention of ULC created a conflict because it

20   allowed the ULC Principals to direct work to ULC in their capacity as city

21   officials, supervise and inspect ULC's work in their capacity as city officials, and

22   financially benefit from the work awarded to ULC. At that meeting, I told the City

23   Council that the retention of ULC violated Government Code Section 1090.

24      12.   Despite my appearances before the City Council and explanation that

25   the ULC Principals had a conflict of interest, the City Council continued retaining

26   ULC and allowing the ULC Principals to direct work to ULC and supervise ULC's

27   work while acting in an official capacity for the City of Beaumont.

28

-4-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

NUFIC_049210

1    13.  On or about September 1, 2010, BCRG launched the website at

2  wwww.beaumontgate.org ("BeaumontGate website"). I have added and updated

3  information on the BeaumontGate website over time. The BeaumontGate website

4  still exists today. The statements made on the BeaumontGate website are based on

5  my thorough review of public documents and information I obtained from the City

6  pursuant to public records' requests and from information compiled, reviewed and

7  analyzed by a consulting firm I retained to analyze City documents related to the

8  contracts entered into between ULC and the City.

9    14.  In September 2010 the BeaumontGate website contained the

10  following information:

## A Clear Conflict of Interest

**The City of Beaumont's contract with Urban Logic presents a
significant conflict of interest and therefore must be terminated.**

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which **provides Urban Logic principals $15,000 per month** to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic **is paid a commission of up to 4.5% of the construction costs** of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid **another 4.5%** to provide construction management services for all public projects. Thus, Urban Logic **is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects.** As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

20  (See printout of BeaumontGate website, dated September 10, 2010, attached here

21  as Exhibit D.)  The BeaumontGate website also contained the following

22  information in 2010:

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services **"beyond those available from City staff."**

Urban Logic's contract with the City of Beaumont **has been in place since 1994,** and has never been reviewed or put out to bid since that time.

-5-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

NUFIC_049211

\*\*\*

## Favoritism & Cronyism

### The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has consistently demonstrated favoritism and cronyism in the awarding of pubic contracts.

Bid specifications are kept vague, allowing Urban Logic and Alan Kapanicas to simply dismiss bids at will by stating that the bids did not match the scope of work desired.

From 2000 to 2009 all public works contracts went to only three paving contactors, two construction companies, and only one electric company, despite a building boom in the City during this time.

From 2000 to 2009 over $9.6 million was paid to one electrical company, Beaumont Electric. Lower bids by other qualified electrical contractors are routinely rejected in favor of Beaumont Electric. No other electrical contractor has been given work. Beaumont Electric was also given a contract to serve as the City's official electrical inspector.

\*\*\*

Urban Logic's contract to provide planning, economic development and public works services has never been reviewed by the City Council since it was first adopted in 1994. Thus the Council has failed to give other contractors an opportunity to bid on providing these services to the City.

"Urban Logic and City Manager Alan Kapanicas have consistently seen to it that public contracts are awarded to a small group of close friends and business associates. This type of blatant cronyism is shameful and illegal, and should not be tolerated by the City Council or the residents of Beaumont."

(See Exhibit D.)

15. I have reviewed printouts of the BeaumontGate website, dated September 10, 2010, attached here as Exhibit D. As a creator of the BeaumontGate website, I am familiar with the website. Based on my knowledge and memory of the BeaumontGate website, the printouts contained in Exhibit D are a fair and accurate representation of the BeaumontGate website in September 2010.

16. On or about October 7, 2010, Urban Logic Consultants, Mr. Moorjani, Mr. Egger, and Mr. Dillon ("ULC Plaintiffs") filed a lawsuit against Beaumont Citizens for Responsible Growth, Mary Daniel, Nancy Hall and me ("the ULC defamation lawsuit"), alleging trade libel and defamation relating to statements posted on the BeaumontGate website.

17. On February 15, 2011, the court granted defendants' motion to strike the ULC Plaintiffs' complaint.

-6-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

NUFIC_049212

18.   On March 8, 2011, the court entered an order striking the complaint without leave to amend and entered judgment in favor of defendants and against the ULC Plaintiffs, with defendants to recover their attorneys' fees, expenses and costs.

19.   In March 2011, the BeaumontGate website contained the following information regarding the ULC Principals conflict of interest and violation of Government Code Section 1090:

## A CLEAR CONFLICT OF INTEREST

**The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.**

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which provides Urban Logic principals $16,000 per month to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic is paid a commission of up to 4.5% of the construction costs of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid another 4.5% to provide construction management services for all public projects. Thus Urban Logic is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services, beyond those available from City staff."

Urban Logic's contract with the City of Beaumont has been in place since 1994, and has never been reviewed or put out to bid since that time.



**DOWNLOAD
URBAN LOGIC
CONTRACTS**

**Original
Contract**
Dated March 22, 1993

**1st Amendment
to Contract**
Dated September 27, 1993

**2nd Amendment
to Contract**
Dated April 11, 1994

**Amendment
Confirmation**
Dated April 12, 1994

UPDATE: After years of refusing to make public Urban Logic's contracts, pressure created by BeaumontGate.org has forced the City to finally share these documentsâ€”but only after these contracts were posted on BeaumontGate.org.

Why did the City withhold the contracts for so many years until they were exposed by BeaumontGate.org? Because Urban Logic's contracts create a clear conflict of interest and are in violation of Government Code Section 1090.

-7-

NUFIC_049213

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

(See printout of BeaumontGate website, dated March 19, 2011, attached as Exhibit E.)

20.  I have reviewed printouts of the BeaumontGate website, dated March 19, 2011 attached here as Exhibit E. As a creator of the BeaumontGate website, I am familiar with the website. Based on my knowledge and memory of the BeaumontGate website, the printouts contained in Exhibit E are a fair and accurate representation of the BeaumontGate website in March 2011.

21.  As set forth in the following excerpt of an audiotaped recording of the February 4, 2014 City Council meeting, for years I and other members of BCRG have raised concerns to the City regarding the City's contract with ULC and the ULC Principals' conflict of interest:

> When I moved to Beaumont in 1984 I had a reasonable expectation that state and federal laws were being followed by local Beaumont government. **However, in 2003, 2004 it became obvious that two private for profit companies Urban Logic Consultants and General Government Management Services, Alan better known as Alan Kapanicas, were in charge. They were here to serve themselves and not the citizens of Beaumont.** They had no oversight because citizens in Beaumont were content to let them do as they pleased. When neighbors in the rural southside of Beaumont began to question their illegal practices, asking questions of the Planning Commission, being involved in the general plan, and fighting changes that would have seriously impacted our rural quality of life, much in the same way the warehouses will affect rural Cherry Valley, Calimesa, and nearby developments, we became the target of Urban Logic Consultants because it would impact their revenue stream. **When Beaumont Citizens for Responsible Growth began to question the City's business practices, explore their contracts through public record request, and expose their violations of the California Public Contracting Code, and complain to various oversight agencies, Alan and Urban Logic Consultants stepped up their efforts to stop us from speaking up and exposing their corruption. I will never shut up. But you keep on trying. When I spoke last week in public comment I meant everything I said about their abuse of power. I**

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-8-

NUFIC_049214

1

2

3

4

5

6

7

8

9

**spoke of my past experiences. I was speaking to the government agencies that are now closely looking into the violations of state and federal laws. I want them to know that I have the documentation to prove everything I said.** As I said that night, I will be happy to share it with anyone who is interested and interested in the truth. Much in the same way Beaumont Citizens for Responsible Growth produced 235 pages of the City's own public records to prove everything we said on BeaumontGate.org was true. Even in Beaumont, citizens still have first amendment rights. **Urban Logic Consultants tried to silence the very citizens they should have been serving. But instead their lies caught up with them in their strategic lawsuit against public participation and they still owe our attorneys over \$58,000. How's that for serving the public?**

10

11

(See audio recording of April 4, 2014 City Council meeting, at BEAUAIG0049060) (emphasis added).

12

13

14

15

16

17

22.    As set forth in the following excerpt of an audiotaped recording of the April 15, 2014 City Council meeting, I again advised the City that, "Urban Logic again has a conflict of interest and, and they cannot be a consultant on bonds when they are consultants to the City and profit from those bonds." (See audio recording of April 15, 2014 City Council meeting, at BEAUMONTAIG0296758.)

18

19

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

20

Executed this ___7___ th day of February, 2022.

21

22

23

24

_Judith Bingham_

Judith Bingham

25

26

27

28

-9-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

NUFIC_049215

BCRG                                                                    Page 1 of 2

HOME   DO YOU KNOW?   MEMBERSHIP   PUBLIC NOTICES   HISTORY



In 2000, Beaumont's population was 11,407 with 3,887 households. In 2030 the population is projected to be 90,290 with 28,333 households. An increase of 792% and 755%, respectively.

In 2000, employment was 6,155. In 2030, employment is projected to be 25,601. An increase of 416% which does not keep pace with population growth.

In 2000 there was approximately one local job per 2 residents in Beaumont. In 2005 there will be approximately one job per 3 residents. In 2030 there will be approximately 1 job per 4 residents. Shouldn't we be creating more jobs in Beaumont, not less? With less jobs available locally for the residents there will be more commuting and more traffic.

There is no formal written provision (resolution or ordinance) to protect the Deodar Cedar (Cedrus deodara) trees lining Beaumont Avenue north of Oak Valley Parkway (14th Street). Saving these historic trees is a day by day, project. (Note: The City formed a Tree Committee to address this issue after the City Council stated in Sept 2004 that it has no intentions of cutting down the trees. No policy has been adopted by the committee to this date.)

Beaumont is run by consultants, none of whom live in Beaumont. City Manager position is contracted with General Government Management Services. Director of Economic Development, Director of Planning, and Director of Public Works positions are contracted with Urban Logic Consultants. Finance Director is contracted with an individual who lives in Cherry Valley.

Beaumont contracted with Urban Logic Consultants in February 1993. The Contract was amended in 1994 to include public works construction management. There have been no amendments since. The contract can be terminated with a 60 day notice. Why hasn't the City gone out to bid on these services since? It's common for public agencies to go out to bid every 3-5 years for professional services or to at least review the contracts. It's been 18 years and the City has done neither. Who's minding the store?

Beaumont has no zoning ordinance for horses or farm animals. Beaumont is in the process of annexing county land that has horses and farm animals. What will happen when Beaumont approves housing developments next to these rural properties? Chances are the new people will not appreciate the rural lifestyle and start complaining to City officials. With no zoning ordinance to protect these existing homeowners, they will be outnumbered by these large developments, and they could lose their rural lifestyle and right to keep farm animals.

The Beaumont neighborhood commonly known as the Barrio and surrounding area was largely zoned industrial over the objections of the majority of residents in that area. This is one of the oldest neighborhoods in Beaumont and is rich in local history.

In February 2002, Urban Logic Services, Inc. (same owners as Urban Logic Consultants) contracted with the City to maintain and operate the wastewater treatment facility and sewer system for a five year period beginning December 2001. The first year service fee was $416,442.24 with each year thereafter adjusted by the consumer price index which was 3.7% in December 2002 and 1.8% in December 2003.

Beaumont out-sources around 15 city staff positions to Urban Logic. The City provides offices and other overhead expenses for these non-city employees. Isn't it time the City hires its own staff? To whom are these employees loyal to--the City or the people who sign their paychecks?

*Not currently accurate no overhead*

In 2004, Urban Logic billed the City $1.8 million for services provided by the full-time equivalent of 12.65 employees. The City Manager estimated Urban Logic would provide the full-time equivalent of 19 employees, 6.35 employees more than what was provided! The City Manager also estimated using Urban Logic services would only cost the City $1.5 million vs. hiring City employees which would cost $1.8 million. Shouldn't the City re-evaluate it's consultant contracts and look to hire City employees that are dedicated to the City and its citizens?

Urban Logic, a FOR PROFIT BUSINESS, is in charge of the Planning, Economic Development, and Public Works Departments of the City. The very departments which are directly involved in promoting growth in the City and making recommendations to the Council to approve developments. The more Beaumont grows, the more money Urban Logic makes. Whose best interests are being served--the citizen's or Urban Logic's? Is this a direct Conflict of



EXHIBIT A

LOC5-001274

NUFIC_049216

BCRG

Interest in violation of State law?
**Click here to read Urban Logic Consultants,Inc. contracts**

The above information came from reviewing City contracts and documents, and speaking with longtime Beaumont residents. Questions are merely that—questions to make the reader think! If anyone has valid information that disagrees with the above statements, please email your information to info@bcrg.org. The information will be reviewed and changes will be made accordingly.

Please email info@bcrg.org with any questions you have regarding this web site.
BCRG. All rights reserved.

BCRG. ALL RIGHTS RESERVED.

EXHIBIT A

LOC5-001275
NUFIC_049217

BCRG                                                                      Page 1 of 2

HOME   DO YOU KNOW?   MEMBERSHIP   PUBLIC NOTICES   HISTORY   BEAUMONTGATE

Beaumont Citizens for Responsible Growth (BCRG) is concerned about rural, environmental, economic, and community issues. Our mission is to protect our quality of life and locally-operated businesses while conserving rural and natural assets for present and future generations in the Beaumont and San Gorgonio Pass area.

1. We strive to have a strong regional voice in the direction of our community by participating in local planning and decision making on issues such as traffic and air pollution, water and land use, open space, schools, bike and equestrian access, public services, economic development, among others.

2. We empower ourselves by bringing together diverse community residents and recognizing that we share common concerns in the future of our community.

3. We educate and provide public input to local government officials, agencies, and residents to help develop balanced solutions to growth related problems.

4. We build constructive relationships with local government officials and community representatives while holding accountable those people who make decisions affecting present and future generations in our community.

"NEVER DOUBT THAT A SMALL GROUP OF THOUGHTFUL, COMMITTED PEOPLE CAN CHANGE THE WORLD. INDEED, IT IS THE ONLY THING THAT EVER HAS." – MARGARET MEAD (1901-1978)

4th Thursday of every month at 7:00 PM

Cherry Valley Grange
10478 Beaumont Ave.
Cherry Valley, CA 92223
(951)845-2998

President- Judith Bingham
Treasurer- Mary Daniel
Secretary- Nancy Hall

Please email Info@bcrg.org with any questions you have regarding this web site. BCRG. All rights reserved.
Beaumont Citizens For Responsible Growth

http://www.bcrg.org/default.html                                          9/10/2010

EXHIBIT A

LOC5-001276

NUFIC_049218

BCRG

BCRG. ALL RIGHTS RESERVED.

EXHIBIT A

LOC5-001277

NUFIC_049219

BCRG                                                                                   Page 1 of 1

HOME   DO YOU KNOW?   MEMBERSHIP   PUBLIC NOTICES   HISTORY   BEAUMONTGATE



BCRG is a non-profit organization. Annual membership fees are $20 per family. If you would like to become a supporting member, please mail a check or money order payable to BCRG along with your name, address, phone number, and email address to:

No 501.3.(c)
filing

BCRG
P.O. Box 716
Beaumont, CA 92223

Or you can pay your membership fee at our next meeting. We appreciate your support!

If you would like to contribute more than $20, please do! We appreciate it!

Please email info@bcrg.org with any questions you have regarding this web site.
BCRG. All rights reserved.

BCRG. ALL RIGHTS RESERVED.

EXHIBIT A                                       LOC5-001278
NUFIC_049220

BCRG                                                                Page 1 of 1

HOME   DO YOU KNOW?    MEMBERSHIP    PUBLIC NOTICES    HISTORY    BEAUMONTGATE



The Beaumont Planning Commission meets the second and fourth Tuesdays of the month at 6:00 PM in the Beaumont Civic Center – Room 5, 550 E. 6th Street. Anyone wishing to address the Planning Commission on any matter not on the agenda may do so during the Oral Communications portion of the agenda.

The Beaumont City Council meets every first and third Tuesday of the month at 6:00 PM in Room 5 of the Civic Center at 550 E. 6th Street. Anyone wishing to address the City Council on any matter not on the agenda may do so during the oral communications portion of the agenda.

The 2006 General Plan Impact Report will be discussed and reviewed at the January 18th 2007 Beaumont Citizens For Responsible Growth Meeting. We hear that Beaumont is being modeled after Temecula. This report should help us to see how they plan to mitigate or deal with the impacts.

Upon reviewing the report your letters to the council could make a difference in their vote or changes to the report before it is approved.

BCRG, ALL RIGHTS RESERVED.

EXHIBIT A                          LOC5-001279
NUFIC_049221

BCRG                                                                         Page 1 of 2



HOME   DO YOU KNOW?   MEMBERSHIP   PUBLIC NOTICES   HISTORY   BEAUMONTGATE

**Concerned Citizens,**

**Thank you for your support of Beaumont Citizens for Responsible Growth (BCRG).** Your commitment gives the people of Beaumont a stronger voice, by uniting and making our opinions and concerns known to local government officials.

We are proud of what we have accomplished and with more people involved we can make a greater statement.

We strive to keep a sense of community in these transient times.  A 20% voter turnout is a barometer of our apathy. What message are we sending when vital community organizations can't attract members?

Beaumont was recently ranked #1 in the fastest growing cities in the Inland Empire, ranked by the percentage of population change 2005/2006. Percent of population change for Beaumont was 21.1%, while Temecula, Ranked #2, was with a 14.7% change.

Our elected officials are public servants. We are the public. It is their job to serve us well, and it is our job to see that they do. One way to accomplish this is to advocate the things we believe in and send the message loud and clear.  We should all participate in this community for the same common goals. Change affects everyone and everything that the City Council approves will have an impact on the quality of your life either good or bad. BCRG is proud that we made our voices heard and made a difference. Some of the accomplishments we have made thus far are:

**2004**

Several neighbors concerned about the proposed hillside development of the Taurek property south of Beaumont shared costs and paid for an Environmental consultant to challenge the City's Negative Declaration *(meaning no impact)*. This project included over 240 homes on 130 acres of hillsides, which included 1-1 and 2-1 slopes. The report concluded that several CEQA requirements were violated.  As a result, the developer was forced to do an Environmental Impact study.

BCRG participated in the Community Block Party by handing out literature on community concerns and accepting signatures on petitions for a Hillside Ordinance, Saving the Trees along Beaumont Avenue and the need for Televised City Council Meetings.

A web page was established for BCRG in order to get timely information to the public on proposed development and building in Beaumont. www.bcrg.org

**2005**

Members worked for months with the planning commission, to write a Hillside Ordinance that would benefit and protect citizen's from the negative impacts of development on the beautiful hillsides south of Beaumont.  Unfortunately, this Ordinance was rescinded by the City Council when opposition was voiced regarding the need for a Cumulative Impact Study, which would indicate the impact of each developer *on each other* and determine the number of homes the hillsides could safely support.

Sponsored a booth at the Cherry Festival and distributed information concerning the proposed development in Beaumont.  Also we discussed citizen concerns, which will be presented to the City Council in the future.

Opposed the new General Plan Draft that sought to annex 5000 acres into the city including Jack Rabbit Trail (*Shea Homes*), 224 residential acres with 2,000 dwelling units, The Preserve (*Rox Consulting*) with 3, 412 dwelling units, and Highland Crossing (*Vista Community Planners*) 430 dwelling units.  As a result, the annexation was reduced to 1200 acres and the General Plan was withdrawn for additional study.

Placed ad in the Press Enterprise calling for a moratorium on building until the infrastructure could catch up and collected signatures of citizens presented at the LAFCO hearings.

**2006**

Members talked with several hundred Beaumont and Cherry Valley citizens at area markets, who stated the need for more commercial development, not more houses. As a result, we voiced opposition to a proposed change by Sundance Builders, who wanted to change the zoning on two of their properties from commercial to high-density housing.  Because of BCRG opposition, Sundance developers were told that they had to stand by their Specific Plan at least on one of the properties.  While the Beaumont City Council has stated many times that they are pro-development, *it was unusual for them to actually tell a developer "No".*

http://www.bcrg.org/history.html                                            9/10/2010

EXHIBIT A

LOC5-001280
NUFIC_049222

BCRG                                                                                                      Page 2 of 2

Letters were sent to Congressional Representatives indicating concerns with the inadequacies of the Beaumont Post Office—specifically with parking and service.  The current Post Office was built in 1984 and was adequate for a population of 5000 people.  Since then the city has grown 400 % but the Post Office is the same.  We will continue to advocate for an update in the Postal services for Beaumont's citizens.

Members attended a Town Meeting hosted by the South Coast Air Quality Management District to discuss air quality in the Pass area with particular emphasis on the Wastewater Treatment Plant and the City's violation of California Health and Safety Codes.

Informed local business owners near proposed commercial development of possible concerns and instruction as to how to oppose and or present concerns at the City Planning Commission Meetings.

Represented the citizens of Beaumont at a LAFCO Annexation hearing for Hidden Canyon development which had requested 236 acres be annexed into Beaumont.  The result of this meeting was that only 36 acres were approved for annexation. *The 36 acres represent the headwaters of Potrero Blvd at Hwy 60.*

BCRG continues to work with the TUMF Commission to align the proposed Potrero Blvd Bypass to connect with Highway 79 below California Avenue and not along the southern city limits a short distance from 1st Street as suggested by the City of Beaumont Planners.  We have sent photos, engineering studies and other information so that TUMF can make an informed decision on this important traffic mitigation.

Our members stand united with CVAN (Cherry Valley Acres and Neighbors) members, in opposing the annexation of Cherry Valley into the City of Beaumont. Over 500 letters were collected in opposition and the Planning Commission voted to approve the annexation so one private landowner could develop their property.

BCRG and CVAN members oppose giving away the City's wastewater treatment plant and reclaimed water project to the Beaumont-Cherry Valley Water District.  Members agree it should go out for bid, as the water district has no provisions in their by-laws or daily regime for water treatment.

Please join with us in our efforts to support the quality of life that we all want for the Pass area's citizens.

**2007**
BCRG opposed the City's Downtown Specific Plan because Urban Logic Consultants refused to do a State CEQA required Environmental Impact Report. We filed a lawsuit and the City decided to withdraw the plan.

Discovered the City Manager, Alan Kapanicas, had purposefully withheld Urban Logic's first amended contract dated Sept 27,1993, from our 2005 public records request. This contract showed that ULC could bill the City for an additional 4.5% of the confirmed construction cost of the public improvement to be constructed. (See ULC contracts under Do You Know)

Your BCRG Neighbors
President- Judith Bingham
Treasurer- Mary Daniel
Secretary- Nancy Hall

BCRG, ALL RIGHTS RESERVED.

EXHIBIT A                                                      LOC5-001281



NUFIC_049223

Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, September 6, 2005

## WORKSHOP SESSION
**Workshop to begin at 4:00 p.m.          Place: Civic Center, Room 5**

**Roll Call:      Mayor Dressel, Mayor Pro Tem Fox,
                  Council Member Berg,      Council Member DeForge,
                  Council Member Killough were present.**

---

**Items included in the workshop session are for discussion purposes only.  No action by the city council is taken at this time.  This portion of the agenda is to give input and receive clarification for items on the scheduled agenda or for future agenda's.**

---

1)      Hospital Requested Assessment Development Impact Fees (DIF)
2)      Update on Bus Safety and Security

## CLOSED SESSION          No Action Taken
**Closed Session to begin at 5:00 p.m.          Place: Civic Center
                                                Conference Room**

**Roll Call:      Mayor Dressel, Mayor Pro Tem Fox,
                  Council Member Berg,      Council Member DeForge,
                  Council Member Killough were present.**

a.      Pursuant to Government Code Section 54957.6, Conference with Labor Negotiator – City Negotiator as Personnel Director Alan Kapanicas Employee Organization: Management Unit
b.      Pursuant to Government Code Section 54956.8 Conference with Real Property Negotiator Property Generally Located at:
        1.      Government Code Section 54956.8 – 4th Street & Beaumont Avenue
c.      Pursuant to Government Code Section 54956.9(a) - Anticipated Litigation – Conference with Legal Counsel – Existing Litigation(Government Code 54956.9)
        1.  Outdoor Media Group, Inc. vs. City of Beaumont – Case No. ED CV 03-01461 RT SGLx
        2.  Cherry Valley Pass Acres and Neighbors vs. The City of Beaumont – Case No. 371902
        3.  Balderamma Vs. Beaumont (Claim)
        4.  Ayala vs. Beaumont Case No. 413345
        5.  Madas VS. City of Beaumont

EXHIBIT B

NUFIC_049224

**REGULAR SESSION**
**Regular Session to begin at 6:00 p.m.**          **Place: Civic Center, Room 5**
**Roll Call:     Mayor Dressel, Mayor Pro Tem Fox,**
          **Council Member Berg,       Council Member DeForge,**
          **Council Member Killough were present.**

Invocation:                **Council member DeForge**
Pledge of Allegiance:      **Council Member DeForge**
Presentation:              **None**
**Adjustments to Agenda: None**

---

**ORAL AND WRITTEN COMMUNICATIONS: Anyone wishing to address
the City Council on any matter not on the agenda of this meeting may do
so now.  The oral communications portion of the agenda is to hear
public comments.  If any question or concern arises related to any
issues not on the agenda, it will be referred to staff for appropriate
response.  Anyone wishing to speak on an item on the agenda may do
so at the time the Council considers that item.  All person(s) wishing to
speak must fill out a "Request to Speak Form" and give it to the City
Clerk at the beginning of the meeting.  The forms are available on the
table at the back of the room. There is a three (3) minute limit on public
comments.  There will be no sharing or passing of time to another
person.**

---

Ken Hedrick –Feels that the Roads within the City are in need of repair and also
feels that the City, as a government agency should not have any Invocations at
the council meetings.
Leslie Rios – announcement regarding the California State Railroad Museum

1.   **CONSENT CALENDAR**

a.   Approval of all Ordinances and Resolutions to be read by title only and
     publish by summary.
b.   Approval of the Minutes of the City Council Meeting August 16, 2005.
c.   Approval of the Warrant List for September 6, 2005.
d.   Denial of Claim – Miguel Romero
e.   Approval of Final Map and Subdivision Agreements for Tract Map Nos.
     31519, 31519-1 & 31519-2 Located South of Highland Springs and West of
     First Street – Seneca Springs.
f.   Adopt Resolution No. 2005-35 – a Resolution of the City of Beaumont
     Endorsing Application under the Mobile Source Air Pollution Reduction
     Review Committee by 2004-05 Local Government Match Program.

**Recommendation:  Approval of the Consent Calendar as presented.**

**Motion by Council Member Fox, Seconded by Council Member Berg to
approve the Consent Calendar as presented.  Vote: 5/0**

**EXHIBIT B**

NUFIC_049225

2.    **ACTION ITEMS/PUBLIC HEARING/REQUESTS**

b.    General Plan Update, Southside Annexation, and Associated
      Environmental Impact Report

**Recommendation: Staff recommends that the City Council conduct a public
hearing on the items presented for consideration.  At the time the City
Council has completed its public hearing and review of these documents,
staff recommends that the City Council take action for:**

> 1) **Certification of the Environmental Impact Report for the
>    General Plan Update and the Southside Annexation.**
>
> 2) **Adoption of the proposed Resolution for the adoption of the
>    General Plan Update.**
>
> 3) **Direct staff to prepare the necessary Resolution to initiate the
>    Southside Annexation.**
>
> 4) **Direct staff to prepare an Ordinance to pre-zone the Southside
>    Annexation area consistent with the General Plan Land Use
>    Element.**

Staff Report was given by Ernest Egger, Director of Planning, a copy of which is
on file.

Open Public Hearing 7:10 p.m.
Speakers:
**Nancy Hall** – Says Hillside EIR was not done because area is not in city.
General Plan includes new boundaries. EIR does not cover impacts of
development of areas with hillside areas.  Residents like open space, education
and specialness of the areas with wider lots and  larger streets.  Request public
hearing be extended to next meeting. Commented that the General Plan was
vague.
**Judy Bingham** – residents deserve comprehensive general plan. Citizens have
enough.  Concerning odor from the sewer plant, she stated that she "Doesn't
want to hear just live with the issue."  No new development until infrastructure in
place.  Development is rampant.  Infrastructure must meet demand of existing
and new residents.  Citizens will pay price in reduced quality of life if
uncontrolled growth.  Leaders must accept responsibility.  Business owners do
not deserve to have property taken for the greater good.  City's consultants act in
their own self interest.
**Patsy Reeley** – CVAN – (submitted comments on EIR)  Wastewater plant is
going to recycle water and not send to Water district and this undermines the
conclusions of the EIR.
**Roann Kidd** – Property in question is proposed to go from agriculture to
residential.  Would request change to commercial or industrial. (99 California -
Southwest corner of California and First Street)
**Jamie Brower** – 14711 Manzanita – Country Hills RV park – in favor of
annexation and residential single family designation.  Child Help has indicated in
favor of this.  Increase in lot size will increase house price and majority can't

**EXHIBIT B**

NUFIC_049226

afford to landscape or maintain yards with large lot. BCRG is a small group that doesn't represent the majority.

**C. Robert Ferguson** – On behalf of BCRG – marvelous vision – point and goal for betterment of city. Sees problem when those applied in written form. Circulation element is not specifically correlated with Land Use Plan. Problem exists in Planning Department, not in plan. General Plan is going to be around of long time. The people who worked on the plan will not be around for the life of the plan. It needs to be expressly written in plan. Has to be clear or it won't be recognized. Water conservation is a problem, we are in a desert. General Plan says guidelines are in place and won't deal with it. Has language that does not address issues. Anecdotal planning with residential and commercial properties.

**John Wismer** –South East Elm / Oak Valley – patio homes, working class prices, lacking zoning in General Plan. Zoning changed to allow for patio homes. City has lot of industrial and commercial and if affordable product is not available then they will live and take paycheck elsewhere. Why not have them live here and promote city.

**Steve Koules** – Beaumont overlay zone and requirement should be very stringent at staff and council level to help buffer bordering uses. This overlay zone includes only three vacant parcels and council would have control to get good plan.

**David Castaldo** – Planning Commission did good job. SW corner of California and First not opposed to commercial of industrial but does not want to see punch press operation. Southern area has good view. Keep residential and if at some point in time if industrial wants to come they can do rezone. The community needs to be preserved.

**Pam Lingren** – Realtor – Cougar Way and Beaumont Avenue – Would like to build commercial center. Aware that there are several issues; however received good feedback from residents.

**David Golkar** – Request to expand annexed area to areas included in letter presented. Bring opportunity to construct Potrero for 60 to lambs canyon.

**Mary Daniel** – General Plan section to S/E and S/W planning area. Thanks to Planning Commission for addressing the residential concerns. Page 2.6 now states ……. This decision made is validation of vision. Developers could care less of vision and is pushed by greed. If plan becomes rule then developers will have to follow that vision.

**Leslie Rios** – Feels that with the new General Plan that the City should make sure that we preserve the history in the Community, by keeping the historic names of streets

Public Hearing for the General Plan was closed at 7:45 p.m.

Motion by Council Member DeForge, Seconded by Council Member Berg to continue to the regular meeting of November 1, 2005 at 6:00 p.m. and allow written public comment to be submitted until September 20, 2005. Vote: 5/0

a.    Ordinance Adding the Regional Park, Multipurpose Trail and Open Space Facility Fee to the Beaumont Municipal Code

**Recommendation: Hold Public Hearing and Approve the First Reading of Ordinance No. 886.**

EXHIBIT B

NUFIC_049227

Staff Report was given by Dave Dillon, Director of Economic Development, a copy of which is on file.

Open Public Hearing 8:13 p.m.
Speakers:
**Nancy Hall** – Happy with the ordinance.
**Marsha Pistilli** – Would Like to see Mt. David become part of a trail system or part of a park.
**Rod Hanway** – Sun-Cal Development – Happy with this Ordinance, not happy with the proposed Hospital Fee Ordinance.
Closed Public Hearing 8:27 p.m.

Motion by Council Member Fox, Seconded by Council Member DeForge to approve the first reading of Ordinance No. 886. Vote: 5/0

c.     Selection of Planning Commissioner to fill unexpired term

**Recommendation: Review Applications and select qualified person to fill vacancy to expire December 2006.**

**Motion by Council Member DeForge, Seconded by Council Member Fox to appoint Mickey Valdivia to fill the Planning Vacancy to expire December 2006. Vote: 5/0**

3.     **City Manager's Reports**
4.     **Council Reports**

**Adjournment of the City Council Meeting at 8:38 p.m.**

**Respectfully Submitted,**

**Shelby Hanvey**
**Deputy City Clerk**

EXHIBIT B

NUFIC_049228



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, August 21, 2007

## WORKSHOP SESSION

**Workshop began at 4:00 p.m.   Place: Civic Center, Room 5**

**Roll Call:**    **Mayor Fox, Mayor Pro Tem DeForge,
Council Member Berg,    Council Member Dressel,
Council Member Killough were present.**

---

**Items included in the workshop session are for discussion purposes only.  No action by the city council is taken at this time.  This portion of the agenda is to give input and receive clarification for items on the scheduled agenda or for future agenda's.**

---

## CLOSED SESSION    No action taken
**Closed Session began at 5:00 p.m.**    **Place: Civic Center
Conference Room**

**Roll Call:**    **Mayor Fox, Mayor Pro Tem DeForge,
Council Member Berg,    Council Member Dressel,
Council Member Killough were present.**

a.    Pursuant to Government Code Section 54957.6, Conference with Labor Negotiator – City Negotiator as Personnel Director Alan Kapanicas Employee Organizations
b.    Pursuant to Government Code Section 54956.8 Conference with Real Property Negotiator Property Generally Located at:
    1.    Government Code Section 54956.8 – 4th Street & Beaumont Avenue
c.    Pursuant to Government Code Section 54956.9(a) - Anticipated Litigation – Conference with Legal Counsel – Existing Litigation(Government Code 54956.9)
    1.    Outdoor Media Group, Inc. vs. City of Beaumont – Case No. ED CV 03-01461 RT SGLx
    2.    Peters vs. City – Case No. RIC 467388

GROUP EXHIBIT C

**REGULAR SESSION**
**Regular Session began at 6:00 p.m.**                    Place: Civic Center, Room 5
**Roll Call:**     Mayor Fox, Mayor Pro Tem DeForge,
                   Council Member Berg,     Council Member Dressel,
                   Council Member Killough were present.

| | |
|---|---|
| **Invocation:** | **Mayor Pro Tem DeForge** |
| **Pledge of Allegiance:** | **Mayor Pro Tem DeForge** |
| **Presentation:** | **Introduction of Autrey &** |
| **Adjustments to Agenda:** | **Item 3.k has a correction to show the bid amount as $234,894.** |
| | **Item 3.n has a correction to show the total cost as $2,548,048.25.** |

**ORAL AND WRITTEN COMMUNICATIONS: Anyone wishing to address the City
Council on any matter not on the agenda of this meeting may do so now.  The
oral communications portion of the agenda is to hear public comments.  If any
question or concern arises related to any issues not on the agenda, it will be
referred to staff for appropriate response.  Anyone wishing to speak on an item
on the agenda may do so at the time the Council considers that item.   All
person(s) wishing to speak must fill out a "Request to Speak Form" and give it
to the City Clerk at the beginning of the meeting.  The forms are available on
the table at the back of the room. There is a three (3) minute limit on public
comments.  There will be no sharing or passing of time to another person.**

**Report on Oral and Written Communications (City Manager)**

**Ruth Jennings – Beaumont Women's Club**
**Judy Bingham – ULC**
**Nancy Hall - ULC**

1.    **COUNCIL REPORTS**
      a)     Mayor Fox
      b)     Mayor Pro Tem DeForge
      c)     Council Member Berg
      d)     Council Member Dressel
      e)     Council Member Killough

2.    **CITY MANAGER REPORTS**

a.     Community Information Update
       1)     Update on Federal Funding for a Postal Facility
b.     Sales Tax Update
c.     Local Project Update
d.     What's That and Rumor Control

GROUP EXHIBIT C

NUFIC_049230

## 3.   CONSENT CALENDAR

a.   Approval of all Ordinances and Resolutions to be read by title only and publish by summary.

b.   Approval of the Minutes of the City Council Meeting July 17, 2007.

c.   Approval of the Warrant List for August 21, 2007.

d.   Adoption of Ordinance No. 915 at its second reading – Ordinance of the City Council of the City of Beaumont Authorizing the Levy of a Services Special Tax and a Special Tax within Improvement Area No. 8D of Community Facilities District No. 93-1.

e.   Denial of Claim – Lisa Kraintz

f.   Adoption of Ordinance No. 919 at its second reading – An Ordinance of the City Council of the City of Beaumont, California adding Chapter 5.64 to the Beaumont Municipal Code Entitled "Commercial Peddlers, Solicitors and Itinerant Merchants.

g.   Approval of the Purchase of an Animal Care Vehicle.

h.   Approval of Final Parcel Map No. 34880 located at the southwest corner of Oak Valley Parkway and future Potrero Blvd. – SunCal Heartland LLC

i.   Approval of Final Map and Subdivision Agreement for Parcel Map No. 34879 located at the Northeast corner of Oak Valley Parkway and Golf Club Drive – Panattoni Development

j.   Approval of Sewer Connection for Beaumont-Cherry Valley Water District Office Expansion.

k.   Approval of Plans and Specifications for the Lighting at the Athletic Fields for the Sports Park and Stewart Park and award the contract to the lowest responsible bidder.

l.   Approval of the rejection of proposals for Water Quality Basin RFP and authorize staff to amend the request for proposals and re-advertise for proposals.

m.   Approval of Improvement Agreement for Plot Plan 06-PP-15 (Marathon Land & Cattle) located on Third Street, East of Maple Avenue (APN 418-230-020)

n.   Authorize Pennsylvania Avenue Rehabilitation and Other Street Repairs.

o.   Approve Plans and Specifications and Bid Documents relative to full width Improvements of Oak Valley Parkway, west of the I-10 Freeway.

Recommendation:  Approval of the Consent Calendar as presented.

Mayor Pro Tem DeForge recused himself from the dais, as he had personal interest on item 1.j.

Motion by Council Member Killough, Seconded by Council Member Dressel to approve the Consent Calendar with the corrections on the dollar amounts for Items 3k and 3n as stated in the Adjustments to the Agenda.  Vote: 4/0

**GROUP EXHIBIT C**

**4. ACTION ITEMS/PUBLIC HEARING/REQUESTS**

a. **Sunny – Cal Specific Plan, Annexation and Associated Applications;
North Brookside Community Plan**

Recommendation:     Adopt Resolution Nos. 2007-44, 2007-45, 2007-46 2007-47 2007-
48and approve the first reading of Ordinance Nos. 917 and 918 as presented:

1)    Resolution No. 2007-44– A Resolution of the City Council of the City of
      Beaumont, California, Certifying the Final Environmental Impact Report Prepared
      for the Sunny Cal Project, Including the Sunny Cal Specific Plan, General Plan
      Amendment, Annexation, Pre-Zoning and Zoning, Sphere of Influence
      Amendment and Development Agreement; Adopting Environmental Findings
      Pursuant to the California Environmental Quality Act; and Adopting a Statement
      of Overriding Considerations and a Mitigation Monitoring and Reporting Program

2)    Resolution No. 2007-45– A Resolution of the City Council of the City of
      Beaumont, California, Amending the Beaumont Comprehensive General Plan
      Land Use Element Land Use Map (Sunny-Cal Specific Plan and Sphere of
      Influence Extension) (05-GPA-01).

3)    Resolution No. 2007-46– A Resolution of the City Council of the City of
      Beaumont, California, Adopting Specific Plan No. 05-01 (Sunny-Cal Specific
      Plan)

4)    Resolution No. 2007-47– A Resolution of the City Council of the City of
      Beaumont, California, Requested the Local Agency Formation Commission to
      Initiate Proceedings for an amendment of the City's Sphere of Influence,
      Annexation of Uninhabitable Territory to the City of Beaumont, Annexation of
      said Territory to the Beaumont Cherry Valley  Water District, and Concurrent
      Detachment from the Riverside County Waste Management Resources District
      Pursuant to the Cortese-Knox-Hertzberg Local Government Reorganization Act
      of 2000

5)    Ordinance No. 917 – An Uncodified Ordinance of the City Council of the City of
      Beaumont, California, Adopting a Zone Change to Pre-Zone 205 Acres of Land
      from County of Riverside R-A (Residential Agriculture) to City of Beaumont SP-A
      (Specific Plan Area) (Annexation No. 05-ANX-01, Sunny-Cal Specific Plan).

6)    Ordinance No. 918 – An Uncodified Ordinance of the City Council of the City of
      Beaumont, California, Adopting the Development Agreement between the City of
      Beaumont and Sunny-Cal Egg and Poultry Company, Inc./Manheim, Manheim &
      Berman, in Connection with the Sunny-Cal Specific Plan (Pursuant to
      Government Code Sections 65864-65869.5)

Staff Report was given by Ernest Egger, Director of Planning, a copy of which is on file.

Motion by Council Member DeForge, Seconded by Council Member Killough to adopt
Resolution No. 2007-44 as presented.  Vote: 5/0

Motion by Council Member Killough, Seconded by Council Member Dressel to adopt
Resolution No. 2007-45 as presented.  Vote: 5/0

Motion by Council Member Berg, Seconded by Council Member DeForge to adopt
Resolution No. 2007-46 as presented.  Vote: 5/0

GROUP EXHIBIT C

NUFIC_049232

Motion by Council Member Dressel, Seconded by Council Member Berg to adopt
resolution No. 2007-47 as presented.  Vote: 5/0

Motion by Council Member Killough, Seconded by Council Member Dressel to approve
the first reading of Ordinance No. 917 as presented.  Vote: 5/0

Motion by Council Member Berg, Seconded by Council Member DeForge to approve the
first reading of Ordinance No. 918 a presented.  Vote: 5/0

**b.    Update of the Beaumont Zoning Ordinance**

**Ordinance No. 920 - "An Ordinance of the City Council of the City of
Beaumont, California Amending Title 17 of the Beaumont Municipal Code,
Zoning Ordinance, and Amending the Official Zoning Map"**

Recommendation:     1) Review the proposed Zoning Ordinance Update, and provide
staff with input; 2) Conduct a Public Hearing; 3) Approve the 1st reading of Ordinance
No. 920.

Staff report was given by Ernest Egger, Director of Planning, a copy of which is on file.

Open Public Hearing 6:56 p.m.
No Speakers
Closed Public Hearing 6:56 p.m.

Motion by Council Member Berg, Seconded by Council Member Dressel to approve the
first reading of the Zoning Ordinance Update with the addition of the Planning
Commissions recommendations.  Vote: 5/0

**c.    Plot Plan No. 07-PP-02 and Tentative Tract Map No. 35440, Located at
1343 E. Eighth Street.  Applicant: James Liang**

Recommendation: Hold a Public Hearing and Approve Tentative Tract Map No. 35440
and Adopt Negative Declaration No. 07-ND-05 for a period of two years, based on the
findings and subject to the conditions of approval.

Council Member Berg recused himself from the dais as he owns property with the
vicinity of the project.

Staff Report was given by Ernest Egger, Director of Planning, a copy of which is on file.

Open Public Hearing 7:10 p.m.
No Speakers
Closed Public Hearing 7:10 p.m.

Motion by Council Member DeForge, Seconded by Council Member Killough to Approve
Tentative Tract Map No. 35440 and adopt Negative Declaration No. 07-ND-05 for a
period of two year based on the findings and subject to the conditions of approval.  Vote:
4/0

**GROUP EXHIBIT C**

NUFIC_049233

Council Member Berg returned to the meeting.

d.    **Tentative Tract Map No. 35574 and 35575 proposed division of a total of 470 acre property into 18 lots located west of Highland Springs Avenue, South of Brookside, and North of the Edison Easement in Sundance. Applicant: Pardee Homes**

Recommendation:  1) Hold a Public Hearing; 2) Approve Tentative Tract Map No. 35574 for a period of two years based on the findings and subject to the conditions of approval; 3) Approve Tentative Tract Map No. 35575 for a period of two years based on the findings and subject to the conditions of approval; 4) Approve Final Map Nos. 35574 and 35575 subject to the conformance with all conditions of approval as approved by the Public Works Director based on the findings that the map conforms to the approved tentative parcel map and is consistent with the Subdivision Map Act and the Beaumont Municipal Code.

Staff Report was given by Ernest Egger, Director of Planning, a copy of which is on file.

Greg Holman – Developer

Open Public Hearing 7:21 p.m.
No Speakers
Closed Public Hearing 7:21 p.m.

Motion by Council Member Berg, Seconded by Council Member

e.    **Desert Lawn Drive Road Closure between Birdie Drive and Champions Drive from August 27, 2007 to October 5, 2007.**

Recommendation: Approval of the Street Closure.

Staff report was given by Alan Kapanicas, City Manager.

Motion by Council Member DeForge, Seconded by Council Member Dressel to approve the street closure as recommended by staff.  Vote: 5/0

f.    **Resolution 2007-48 – A Resolution of the City Council of the City of Beaumont Establishing Rates, Fees and Charges for Residential and Commercial/Industrial Refuse Collection and Recycling**

Recommendation: Hold a Public Hearing and Adopt Resolution No. 2007-48 as presented.

Staff Report was given by Alan Kapanicas, City Manager.

**GROUP EXHIBIT C**

NUFIC_049234

Open Public Hearing 7:28 p.m.
No Speakers
Closed Public Hearing 7:28 p.m.

Motion by Council Member DeForge, Seconded by Council Member Killough to
adopt Resolution No. 2007-48 as presented.  Vote: 5/0

**Adjournment of the City Council Meeting at 7:30 p.m.**

**Respectfully Submitted,**

**Alan Kapanicas**
**City Manager**

---

Any Person with a disability who requires accommodations in order to
participate in this meeting should telephone Shelby Hanvey at 951-769-8520
ext. 323, at least 48 hours prior to the meeting in order to make a request for a
disability-related modification or accommodation

GROUP EXHIBIT C

NUFIC_049235



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, October 2, 2007

## WORKSHOP SESSION
**Workshop began at 4:00 p.m.   Place: Civic Center, Room 5**

Roll Call:      Mayor Fox, Mayor Pro Tem DeForge, Council Member Berg,
                Council Member Killough, Council Member Dressel were present.

1)    Downtown Plan
2)    Pass Business Connection
3)    Community Recreation Center

Items included in the workshop session are for discussion purposes only.  No action
by the city council is taken at this time.  This portion of the agenda is to give input and
receive clarification for items on the scheduled agenda or for future agenda's.

## CLOSED SESSION        No Action Taken
**Closed Session began at 5:00 p.m.**          **Place: Civic Center**
                                               **Conference Room**

Roll Call:      Mayor Fox, Mayor Pro Tem DeForge, Council Member Berg,
                Council Member Killough, Council Member Dressel were present.

a.    Pursuant to Government Code Section 54957.6, Conference with Labor
      Negotiator – City Negotiator as Personnel Director Alan Kapanicas
      Employee Organizations and Staffing
b.    Pursuant to Government Code Section 54956.8 Conference with Real Property
      Negotiator Property Generally Located at:
      1.     Government Code Section 54956.8 – 4th Street & Beaumont Avenue
c.    Pursuant to Government Code Section 54956.9(a) - Anticipated Litigation –
      Conference with Legal Counsel – Existing Litigation(Government Code 54956.9)
      1.  Outdoor Media Group, Inc. vs. City of Beaumont – Case No. ED CV 03-
          01461 RT SGLx
      2.  Peters vs. City – Case No. RIC 467388

GROUP EXHIBIT C

NUFIC_049236

**REGULAR SESSION**
**Regular Session began at 6:00 p.m.**          **Place: Civic Center, Room 5**

Roll Call:      Mayor Fox, Mayor Pro Tem DeForge, Council Member Berg,
                Council Member Killough, Council Member Dressel were present.

Invocation:             Mayor Pro Tem DeForge
Pledge of Allegiance:   Chief Bennett
Presentation:
        1)      Proclamation – "Safe and Healthy Blood Collection and Transfusion
                Month"
        2)      Fire Explorer Post 566 Recognition

Adjustments to Agenda:      None

---

ORAL AND WRITTEN COMMUNICATIONS: Anyone wishing to address the City Council on any matter
not on the agenda of this meeting may do so now.  The oral communications portion of the agenda is to
hear public comments.  If any question or concern arises related to any issues not on the agenda, it will
be referred to staff for appropriate response.  Anyone wishing to speak on an item on the agenda may
do so at the time the Council considers that item.  All person(s) wishing to speak must fill out a "Request
to Speak Form" and give it to the City Clerk at the beginning of the meeting.  The forms are available on
the table at the back of the room. There is a three (3) minute limit on public comments.  There will be no
sharing or passing of time to another person.

---

Debbie Franklin – Mayor Pro Tem from City of Banning – Spoke about the Unity
Celebration and the "Man About Town"

Judy Bingham – Spoke in regards to ULC Contracts

1.   **COUNCIL REPORTS**
        a)      Mayor Fox – update on Caldwell Homecoming – November 2,
                Groundbreaking for the Medical Center
        b)      Mayor Pro Tem DeForge – Update on Man About Town,
                Community Connection, Community Recreation Center
        c)      Council Member Berg – Update on RCTC, Sheriff Swearing In
        d)      Council Member Dressel -
        e)      Council Member Killough – Update Oktoberfest, Blue Ribbon
                Community Meeting

2.   **CITY MANAGER REPORTS**
a.   Community Information Update
        1)      Building and Safety Department – Permit Update
        2)      Community Recreation Center Update – October 16, 2007 Council
                Meeting
        3)      Senior Scam Stoppers – October 3, 2007 – Beaumont Civic Center
b.   Local Project Update
        1)      Stetson Landscaping Update on Action Taken
c.   What's That and Rumor Control
        1)      Tire Recycling Program and Universal/Electronic Waste Recycling

GROUP EXHIBIT C

NUFIC_049237

3. **CONSENT CALENDAR**

a. Approval of all Ordinances and Resolutions to be read by title only and
   publish by summary.

b. Approval of the Minutes of the City Council Meeting September 18, 2007.

c. Approval of the Warrant List for October 2, 2007.

d. Approval of Improvement Agreement for Plot Plan No. 04-PP-18 (Prologis),
   located south of State Route 60, North of Fourth Street and Northwest of
   Beaumont Wastewater Reclamation Facility.

e. Denial of Claim – Santiago Torres

f. Request for Expenditure of Citizen's Option for Public Safety Program
   (COPS) – AB3229 – SLESF Allocation for Year 2007

g. Authorize and Direct the City Manager to Hire an Animal Care Supervisor
   and Animal Care Services Officer; and purchase and outfit an additional
   vehicle.

Recommendation: Approval of the Consent Calendar as presented.

Motion by Council Member Killough, Seconded by Council Member Dressel to
approve the Consent Calendar. Vote: 5/0

4. **ACTION ITEMS/PUBLIC HEARING/REQUESTS**

a. **Downtown Specific Plan Project – Authorization for Professional
   Services**

Recommendation: Staff Recommends 1) Allocate a maximum of $146,800 for
the preparation of the Downtown Specific Plan; 2) Authorize the City Manager to
execute a contract with Terra Verde for the required professional services; and 3)
Provide staff direction with respect to establishment and composition of an
advisory committee for the Downtown Specific Plan.

Staff Report was given by Ernest Egger, Director of Planning.

Motion by Council Member Berg, Council Member DeForge to 1) Allocate a
maximum of $146,800 for the preparation of the Downtown Specific Plan; 2)
Authorize the City Manager to execute a contract with Terra Verde for the
required professional services; and 3) Provide staff direction with respect to
establishment and composition of an advisory committee for the Downtown
Specific Plan. Vote: 5/0

b. **Street Closure Request – Beaumont High School – Homecoming
   Parade**

Recommendation: Review and Approval.

Staff Report was given by Alan Kapanicas, City Manager.

**GROUP EXHIBIT C**

NUFIC_049238

Motion by Council Member Killough, Seconded by Council Member Dressel to approve the street closure request subject to the Conditions stipulated in the Staff Report. Vote; 5/0

**c.     Award Contract for Water Quality Basin Engineering, Management and Maintenance**

Recommendation: Hold a Public Hearing and Award the contract to the apparent high value proposer, the Dirt Connection with a proposal value of $3,569,376 subject to the verification of all proposal requirements by the City Attorney, Approval of the Project Progress Report and Authorization for the City Attorney to prepare the contract.

Staff Report was given by Dave Dillon, Economic Development Director.

Open Public Hearing 6:48 p.m.
Judy Bingham – Opposed
Closed Public Hearing 6:50 p.m.

Motion by Council Member Berg, Seconded by Council Member DeForge to Award the contract to the apparent high value proposer, the Dirt Connection with a proposal value of $3,569,376 subject to the verification of all proposal requirements by the City Attorney, Approval of the Project Progress Report and Authorization for the City Attorney to prepare the contract. Vote: 5/0

**d.     Resolution Establishing and Relating to the Cooper's Creek Special Connectivity Reserve and Policy Area**

Recommendation: Hold a Public Hearing and Adopt Resolution No. 2007-54 and approve the Project Progress Report.

Staff Report was given by Dave Dillon, Director of Economic Development Director.

Open Public Hearing 7:07 p.m.
No Speakers
Closed Public Hearing 7:07 p.m.

Motion by Council Member DeForge, Seconded by Council Member Killough to Adopt Resolution No. 2007-54 as presented.  Vote: 5/0

GROUP EXHIBIT C

NUFIC_049239

e.    **Appeal for Denial of 07-CUP-07, Upgrade existing Alcoholic Beverage
Control (ABC) Off-sale Beer and Wine License, 1111 Beaumont
Avenue.  Applicant: Parmjit Singh**

Recommendation: Open Public Hearing and deny the appeal and uphold the
Planning Commission decision for denial.

Council Member Berg recused himself from this item.

Staff report was given by Ernest Egger, Director of Planning.

Open Public Hearing 7:13 p.m.
Applicant Representative Spoke
Parmjit Singh – Applicant
Closed Public Hearing 7:20 p.m.

Motion by Council Member Dressel, Seconded by Council Member Fox to
Approve the Appeal.  Vote: 2/2 (Council Member Killough and DeForge Vote No)

Motion by Council Member DeForge, Seconded by Council Member Killough to
Deny the Appeal. Vote: 2/2 (Mayor Fox and Council Member Dressel voted no)

Item died due to lack of sufficient positive votes.

Council Member Berg returned to the dais.

f.    **Community Facilities District No. 93-1 – Improvement Area 8C**

Resolution No. 2007-51 – "Resolution of the City Council of the City of
Beaumont Acting as the Legislative Body of Community Facilities District
No. 93-1 Related to the Issuance of Bonds with Respect to Improvement
Area No. 8C within Community Facilities District No. 93-1 and the Sale
thereof to the Beaumont Financing Authority"

Resolution No. BFA 2007-04 – "Resolution of the Beaumont Financing
Authority Authorizing the Issuance of Not in Excess of $8,000,000
Aggregate Principal Amount of 2007 Local Agency Revenue Bonds,
Series E, Approving the Form of Legal Documents Relating Thereto and
Authorizing and Directing Preparation, Execution and Delivery of the Final
forms Thereof"

Recommendation: Hold a Public Hearing and Adopt Resolution No. 2007-51 and
Resolution No. BFA 2007-4 as presented.

**GROUP EXHIBIT C**

NUFIC_049240

Staff report was given by Alan Kapanicas, City Manager

Open Public Hearing 7:31 p.m.
No Speakers
Closed Public Hearing 7:31 p.m.

Motion by Council Member Dressel, Seconded by Council Member DeForge to adopt Resolution No. 2007-51 and BFA 2007-04 as presented.

Adjournment of the City Council Meeting at 7:37 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

> Any Person with a disability who requires accommodations in order to participate in this meeting should telephone Shelby Hanvey at 951-769-8520 ext. 323, at least 48 hours prior to the meeting in order to make a request for a disability-related modification or accommodation

GROUP EXHIBIT C

NUFIC_049241



**Minutes**
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, August 17, 2010

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

## WORKSHOP

Workshop to begin at 4:00 p.m.                    Place: Civic Center, Room 5

Roll Call: Mayor De Forge, Council Member Gall, and Council Member St.Martin were present. Mayor Pro Tem Berg and Council Member Fox was excused.

1) Support our Troops Ranch – Presentation

**CLOSED SESSION**          No reportable action was taken.

Closed Session to begin at 5:00 p.m.          Place: City Manager Conference Room

Roll Call: Mayor De Forge, Mayor Pro Tem Berg, Council Member Gall, and Council Member St.Martin were present. Council Member Fox was excused.

a. Pursuant to Government Code Section 54957.6, Conference with Labor Negotiator – City Negotiator as Personnel Director Alan Kapanicas Employee Organizations and Staffing
b. Pursuant to Government Code Section 54956.8 Conference with Real Property Negotiator
c. Pursuant to Government Code Section 54956.9(a) - Anticipated Litigation – Conference with Legal Counsel – Existing Litigation(Government Code 54956.9)
   1. Peters vs. City – Case No. RIC 467388
   2. Western Riverside Council of Governments vs City of Beaumont RIC 536164
   3. Coronado vs. City RIC 10001628 & RIC 516461
   4. Moore vs. City RIC 540267
   5. Cashmer vs. RIC 541427



Public Record
GROUP EXHIBIT C

**REGULAR SESSION**
Regular Session began at 6:05 p.m.          Place: Civic Center, Room 5

Roll Call: Mayor De Forge, Mayor Pro Tem Berg, Council Member Gall, and Council
        Member St.Martin were present. Council Member Fox was excused.

| | |
|---|---|
| Invocation: | Marc Stamper – New Creations |
| Pledge of Allegiance: | Jake Gregg |
| Presentation: | Beaumont and Banning Scramble |
| | Mt. San Jacinto College Presentation |
| Adjustments to Agenda: | Continue Item 4.b – Ordinance No. 972 to the Regular City |
| | Council Meeting of September 21, 2010. |

ORAL AND WRITTEN COMMUNICATIONS:

Dick Meinhdd – Year of Mark Twain
Ann Connors – Elm Avenue
Michael Ostermann – Development, Landscaping, Taxes
Rick Roark – Weeds and landscaping in Fairway Canyon
Chad Scott – CFD Bond in Fairway Canyon
Adam Wagner – Street Sweeping
Judy Bingham – Urban Logic Consultants
Nancy Hall - Urban Logic Consultants

## 1.   COUNCIL REPORTS
**(This is the portion of the agenda where the city council will present updates on city actions taken,
committee assignments, and training and travel)**

   a)   Mayor De Forge – Updates on Valdivia Family Reunion, MDA Rummage
        Sale, Market Night, Movies in the Park, Concerts in the Park, Morongo
        Fundraiser, National Night Out

   b)   Mayor Pro Tem Berg – Nothing new to report with RCTC, would like to look
        into setting up a task force on roads

   c)   Council Member Fox – Absent/Excused

   d)   Council Member Gall – Traffic on 60, weeds in San Timoteo, 3rd Street
        Roads.

   e)   Council Member St.Martin – Update on Market Night, Tip a COP, Concerts
        in the Park



Public Record
GROUP EXHIBIT C

NUFIC_049243

## 2. CITY MANAGER REPORTS

*(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.  Community Information and Local Project Update
    1)  Sustainability Update
        a)  Summer Concerts in the Park Series
        b)  Potrero Blvd Bypass
        c)  Golf Access Program Update
        d)  Golf Cart Plan Update
        e)  Cherry Bowl Junior Tournament
    2)  Financial Update
        a)  Sales Tax Update
        b)  HDL Consensus Forecast – July 2010
        c)  Financial update – June 2010 (year-end)
    3)  Project Update
        a)  Beaumont Cares
            1)  Citizens Academy – Community Ice Cream Social Open House
            2)  The RIGHT Way to School – signs and locations
        b)  Signs
            1)  Caltrans expected to do study of I-10 Routes
            2)  Election Signs – September 17, 2010 through November 12, 2010
        c)  School Sewer Update and Action
    4)  Introductions of New Employees and Promotions
        a)  Fire Marshal
        b)  Grounds Maintenance
        c)  PD (Commander, Lieutenant, Sergeant, Dispatchers)
b.  Calendar of Events
    1)  August 23, 2010 - 1st Day of School – Beaumont Unified
    2)  August 27, 2010 – Annual Lt. Acosta Memorial Golf Tournament
    3)  September 6, 2010 – Jerry Lewis MDA Telethon
    4)  September 11, 2010 – United Way Day of Caring
    5)  September 15 – 17, 2010 - League of CA Cities Annual Conference
    6)  September 17, 2010 – 1st day for Political Signs
    7)  September 24, 2010 – Ice Cream Social 5:30 p.m. Beaumont Civic Center
    8)  Second and Third Wednesday of Each Month – Story Time Café
c.  Rumor Control, and Report on Oral and Written Communications

## 3. CONSENT CALENDAR

(This portion of the Agenda is for items that do not require a public hearing or discussion.)

a.  Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b.  Approval of the Minutes of the City Council Meeting July 6, 2010
c.  Approval of the Warrant List for August 17, 2010
d.  Approval of the Cherry Valley Blvd./Palmer Extension
e.  Approval of the Water and Energy Conservation Agreement with Pardee Homes
f.  Authorize Withdraw from Participation in the San Timoteo Watershed Management Authority
g.  Approval of Fee Waiver for the Beaumont Spirit Run
h.  Denial of Claim – Robert Hahn
i.  Denial of Claim – Linda Williams
j.  Denial of Claim – Jimmie Dean Williams
k.  Approval of Withdraw from WRCOG

Public Record

GROUP EXHIBIT C

NUFIC_049244

l.   Exoneration of Bonds – Marathon Land & Cattle – 06-PP-15 – 5 acres located on 2ⁿᵈ Street, 3ʳᵈ Street, Palm Avenue, and Chestnut.
m.  Approval of Task Order for Preliminary Assimilative Capacity Assessment for the San Timoteo Management Zone.
n.   Ratification of the Temporary Agreement with Tule Ranch/Magan Farms and Authorize the Mayor to execute subject to the authority of the City Attorney to make non-substantive changes.
o.   Approval of Sanitary Sewer Management Plan (SSMP).
p.   Authorize Request for Proposals and Ratify Temporary Service Agreement for Wastewater Operations Maintenance and Management.

Recommendation: Approval of the Consent Calendar as presented.

Speakers:
Judy Bingham – Comments on Items 3.f, k, n, o, p
Adam Wagner – Comments Item 3.d

Motion by Council Member Berg, Seconded by Council Member St.Martin to approve the Consent Calendar as presented. Vote: 4/0

## 4.   ACTION ITEMS/PUBLIC HEARING/REQUESTS
(This portion of the Agenda is for items that require a public hearing, discussion, and/or Council direction.)

### a.   Ordinance No. 971 – An Ordinance of the City Council of the City of Beaumont, California, Adding Chapter 5.70 to the Beaumont Municipal Code Entitled "Medical Marijuana Regulations"

Recommendation: Take Testimony, Close Public Hearing and Continue item off calendar to be re-advertised at a later date. (Continued from July 6, 2010)

Staff report was given by Joe Aklufi, City Attorney
Speakers:
Robert Christopherson- Opposed to having any type of Medical Marijuana
Blair Ball - Opposed to Medical Marijuana establishments
Marshall Cammack- Opposed to Medical Marijuana establishments
Nancy Hall - Opposed to Medical Marijuana establishments

Closed the Public Hearing 9:13 p.m.

Motion by Council Member Berg, Seconded by Council Member St. Martin to deny Ordinance No. 971 and direct staff to follow through with Code Enforcement Actions. Vote: 3/1 (Council Member Gall voted no on the denial).



Public Record
GROUP EXHIBIT C

**b.**     **Ordinance No. 972 – An Ordinance of the City Council of the City of Beaumont, California Requiring Payment of Development Impact Fees for Recycled Water Facilities, Appointing Time and Place of a Public Meeting and of a Public Hearing and Directing Notice Thereof, Describing the Proposed Boundaries of Benefit Area.**

Recommendation: Hold a Public Hearing; Approve the first reading of Ordinance No. 972; and Authorize the Mayor to execute the Project Progress Report.

Open Public Hearing 9:27 p.m.

Judy Bingham - Opposed
John Halliwill - Neutral

No action taken. Public Hearing will be continued to September 21, 2010 at 6:00 p.m.

**c.     Soils Excavation Agreement for the Beaumont Industrial Park and Negative Declaration No. 10-ND-07**

Recommendation: 1) Hold a Public Hearing; 2) Adopt Negative Declaration No. 10-ND-07; 3) Approve the Soils Excavation Agreement and Project Progress Report between the City and Canyon Ridge Contractors; and 4) Authorize the Mayor to execute the Agreement and Project Progress Report.

Staff report was given by Chris Tracy, Staff Planner.

Open Public Hearing 9:40 p.m.
Judy Bingham - Opposed
Closed Public Hearing 9:42 p.m.

Motion by Council Member Berg, Seconded by Council Member St.Martin to Adopt Negative Declaration No. 10-ND-07, Approve the Soils Excavation Agreement and Project Progress Report between the City of Beaumont and Canyon Ridge Contractors, and Authorize the Mayor to execute the agreement and project progress report. Vote: 4/0

Adjournment of the City Council Meeting at 9:42 p.m.

Respectfully Submitted,

Alan Kapanicas,
City Manager

Public Record
GROUP EXHIBIT C

NUFIC_049246



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, October 5, 2010

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

Regular Session began at 6:00 p.m.          Place: Beaumont Civic Center, Room 5

**Roll Call:** Mayor De Forge, Mayor Pro Tem Berg, Council Member Gall, and Council Member St.Martin were present. Council Member Fox was excused.

**Invocation:**              B.J. Stavness - New Creation Church
**Pledge of Allegiance:**     Council Member St. Martin
Presentation: None
Adjustments to Agenda: None

## Oral and Written Communications:

Judy Bingham -ULC Contract, Aklufi Contract, Kapanicas Contract
Adam Wagner - ULC Contract on the web page
Dave Castaldo - Campaign Comments
Delores Calderon – Requested "B" Street name change

1. **COUNCIL REPORTS (This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)**

   a)   **Mayor De Forge** - Nothing to report
   b)   **Mayor Pro Tem Berg** - RCTC Update
   c)   **Council Member Fox** - Excused
   d)   **Council Member Gall** - Review of Urban Logic Contracts, Church on 8th Street, Campaign Debates
   e)   **Council Member St.Martin** - Banning Council Meeting, Fairway Canyon meeting, Ice Cream Social, State of the County

Public Record
GROUP EXHIBIT C

NUFIC_049247

## 2. CITY MANAGER REPORTS
*(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.   Community Information and Local Project Update
  1) Sustainability Update
    a) Ice Cream Social Update
    b) Day Camp Update
    c) Beaumont Foundation Update
    d. Road Improvements
      1) Potrero & 1st Street
      2) Golf Club Drive
      3) Highland Springs – Joint with Banning
      4) Elm Avenue
      5) Freeway Improvements
      6) Cherry Valley Blvd/Palmer
  2) Project Update
    a) Beaumont Cares
      1) Community Services Update
        a) Disc Golf
        b) Sound Panels at the CRC
        c) Beaumont Cares – Team Proposal
        d) Respect your: City Parks, Friends, and Neighbors
      2) Volunteer Program
    b) Signs
      1) Election Signs – September 17, 2010 through November 12, 2010
    c) Civic Center Campus Update
  3) Financial Update
    a) 2010 Annual Conference Resolutions Final Report
b.   Calendar of Events
  1) October 6, 2010 – Community Awareness Team – Civic Center Room 5 6:00 p.m.
  2) October 9, 2010 – Chamber of Commerce - 4th - Annual Pass Area Business Expo
  3) October 9, 2010 – Home Depot Safety Fair
  4) October 11, 2010 – Columbus Day - Civic Center Offices Closed
  5) October 16, 2010 – Community Recycling Event Stewart Park – 8 am – 1 pm
  6) October 27 – 30, 2010 - Haunted Halloween Maze Civic Center 6pm
  7) October 31, 2010 – Trunk or Treat & Zombie Walk – Sports Park
  8) November 5, 2010 – Fire Department Open House & Spaghetti Dinner 5-8 p.m.
  9) Second and Third Wednesday of Each Month – Story Time Café
c.   Rumor Control, and Report on Oral and Written Communications
  1) Fairway Canyon/Beaumont Cares Action Team
  2) Bike Paths – Action Item

Public Record

GROUP EXHIBIT C

## 3. CONSENT CALENDAR

(This portion of the Agenda is for items that do not require a public hearing or discussion.)

a. Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b. Approval of the Minutes of the City Council Meeting September 21, 2010
c. Approval of the Warrant List for October 5, 2010
d. Adoption of Ordinance No. 971 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California Amending Section 17.04.080 of the Beaumont Municipal Code Entitled "Regulating Enclosures for Solid Waste and Recycling Materials"
e. Adoption of Ordinance No. 974 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California adding Section 9.03.155 to the Beaumont Municipal Code Entitled "Special Events Recycling"
f. Adoption of Ordinance No. 975 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California Adding Chapter 8.13 to the Beaumont Municipal Code Entitled "Mandatory Recycling of Construction and Demolition Waste"
g. Adoption of Ordinance No. 976 at its 2nd – An Ordinance of the City Council of the City of Beaumont, California Adding Chapter 8.14 to the Beaumont Municipal Code Entitled "Mandatory Recycling Requirements for Commercial Facilities"
h. Award of Contract for City Campus Improvements to R. Moody Construction subject to the final review and approval of the City Attorney.
i. Award Agreement and Task Order for Street Sweeping Services to CR&R, Authorize the Mayor to execute the Agreement, Task Order, and Project Progress Report subject to the City Attorney to make non-substantive changes.
j. Approval of Improvement Agreement for Tract Map 31288-1 (Tournament Hills) Located near Desert Lawn Drive
k. Approval of request for fee waiver for sewer connection fees for 114 California Ave. Applicant: Kirk G. Howard
l. Adoption of Resolution in support of "Business Friendly Principles as part of SCAG's Development of Southern California Economic Growth Strategy
m. Authorize the formation of the Beaumont Cares Awareness Team Committee
n. Receive and File the City of Beaumont Economic Stimulus Plan Update
o. Approval of fund raising activities – Spark of Love Toy Drive and Shop with a Hero
p. Approval of Reimbursement Agreement with City of Calimesa for Repair of Cherry Valley Blvd. and Palmer Avenue
q. Authorize Staff to continue working with its partners on the Lights, Camera, Beaumont a Film Friendly City program

### Recommendation: Approval of the Consent Calendar as presented.

Council Member Berg requested that item 3.p be pulled from the consent calendar and make it item 4.c on the Action agenda.

Motion by Council Member Berg, Seconded by Council Member St.Martin to approve of the Consent Calendar with the exception of item 3.p. Vote: 4/0



Public Record GROUP EXHIBIT C

**4.**   **ACTION ITEMS/PUBLIC HEARING/REQUESTS** (This portion of the Agenda is for items
that require a public hearing, discussion, and/or Council direction.)

a.   **Highland Springs Avenue Improvements Task Force**

Recommendation: City Council name two of its members to the Highland Springs
Avenue Improvement Task Force

Staff report was given by Alan Kapanicas, City Manager

Mike Taylor - Pardee Homes – in support
Duane Burke - City of Banning – in support

Mayor De Forge and Council Member St.Martin were assigned to the task force.

b.   **Amendment to the Bike and Pedestrian Facility Master Plan**

Recommendation: Approval of the proposed amendment to the Bike and Pedestrian
Facility Master Plan and Authorization of the City Manager to expend $20,000 to
implement changes.

Staff report was given by Rebecca Deming, Assistant Planning Director.

Victor Young - Business owner - Would like to see the on-street parking on 4th
Street/Veile Avenue to be put back in place. There is also a concern with street lighting
on Veile Avenue turning off every night.

Motion by Council Member Berg, Seconded by Council Member Gall to approve Class 3
bike lanes permanently on 4th Street and Veile Avenue.  Vote: 4/0

c.   **Reimbursement Agreement with the City of Calimesa for Repair of Cherry
Valley Blvd. and Palmer Avenue**

Staff report was given by Alan, Kapanicas, City Manager

Motion by Council Member Berg, Seconded by Council Member Gall to approve as
recommended by the City Manager. Vote: 4/0

Adjournment of the City Council Meeting at 8:18p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager



GROUP EXHIBIT C

NUFIC_049250



**Minutes**
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Regular Session (6:00 p.m.)
Closed Session (After Regular Session)
Tuesday, October 19, 2010

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

## REGULAR SESSION

Regular Session began at 6:05 p.m.                     Place: Civic Center, Room 5

**Roll Call:**    Mayor De Forge, Council Member Gall, and Council Member St.Martin
were present. Mayor Pro Tem Berg and Council Member Fox were absent.

**Invocation:**              Mayor De Forge
**Pledge of Allegiance:**    Mayor De Forge
**Presentation:**            None

**Adjustments to Agenda:**    Motion by Council Member St.Martin, Seconded by Council Member Gall to add Agenda Item 4.d to the agenda - Authorization to File Amicus Letter in support of Petition for Writ of Prohibition: *Western Riverside Council of Governments v. California Energy Commission*, Case No. RIC 10005849

ORAL AND WRITTEN COMMUNICATIONS: Anyone wishing to address the City Council on any matter not on the agenda of this meeting may do so now. The oral communications portion of the agenda is to hear public comments. Anyone wishing to speak on an item on the agenda may do so at the time the Council considers that item. All person(s) wishing to speak must fill out a "Request to Speak Form" and give it to the City Clerk at the beginning of the meeting. The forms are available on the table at the back of the room. There is a three (3) minute limit on public comments. There will be no sharing or passing of time to another person.

**Judy Bingham** - Contracts Comments
**Tracy Salinas** - Business Expo Update and Thank the City for their support
**David Castaldo** - Would like to see the City put up a Memorial for Anthony Martinez with the help of the local service clubs.
**Sarah Lockhart** - Proud to be an American, Comments on the upcoming Election
**Pam Reinn** - Campaigning/Election Comments
**Lynn Bogh Baldi** - Visiting Nurses Association Hospice Program - Wednesday November 10, 2010 - Highland Springs Resort
**Jack Easton** - Riverside Land Conservancy - San Timoteo Regional Park - Thank the City for Securing the Access Point.
**Alan Gooch** - Development/Investments/Business in Beaumont
**Brenda Knight** - Shop the Pass
**Bruce Murriell** - Update on Recycling Day and Thank you
**Sean Balingit** - Thank the City of Beaumont and Staff for the support to the Chamber of Commerce and providing the City with public good.
**Jim Stewart** - Economic Stimulus Plan



Public Record

GROUP EXHIBIT C

NUFIC_049251

## 1. COUNCIL REPORTS

**(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)**

- a) Mayor De Forge – Business Expo, Beaumont-Banning Football Game & Homecoming, Dahl Memorial
- b) Mayor Pro Tem Berg - Absent
- c) Council Member Fox - Absent
- d) Council Member Gall – Disagreed with the speakers regarding Election and Campaign issues.
- e) Council Member St.Martin – Dahl Memorial, Business Expo, Urban Land Institute Seminar

## 2. CITY MANAGER REPORTS

*(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

- a. Community Information and Local Project Update
  - 1) Sustainability Update
    - a) Beaumont Foundation Update
    - b) Road Improvements
      - 1) Bike Path
      - 2) Cherry Valley & Palmer Update
    - c) Fire Museum Update
    - d) Beaumont Economic Stimulus Business Expansion Program
  - 2) Project Update
    - a) Beaumont Cares
      - 1) City Cleanup Day October 16, 2010
      - 2) San Timoteo Creek Cleanup
      - 3) See Something, Say Something – Honorable Mentions
    - b) Signs
      - 1) Election Signs – September 17, 2010 through November 12, 2010
        (candidates agreed to have all signed picked up no later than 11/12/10)
- b. Calendar of Events
  - 1) October 23, 2010 - Disc Golf Course Opening – Oak Valley Park
  - 1) October 27 – 30, 2010 - Haunted Halloween Maze Civic Center 6pm
  - 2) October 31, 2010 – Trunk or Treat & Zombie Walk – Sports Park
  - 3) November 5, 2010 – Fire Department Open House & Spaghetti Dinner 5-8 p.m.
  - 4) Second and Third Wednesday of Each Month – Story Time Café
- c. Rumor Control, and Report on Oral and Written Communications
  - 1) Veile Street (between I10 & 4th Street) – Street light update

## 3. CONSENT CALENDAR

**(This portion of the Agenda is for items that do not require a Public Hearing or discussion.)**

- a. Approval of all Ordinances and Resolutions to be read by title only and publish by summary
- b. Approval of the Minutes of the City Council Meeting October 5, 2010
- c. Approval of the Warrant List for October 19, 2010
- d. Denial Of Claim – Shauna Dorman
- e. Approval of the Telecommunications Contract Award to TelePacific and authorize the City Attorney to make Non-substantive changes.
- f. Approval of Agreement and Task Order with Mamco, Inc. for Repair of Oak Valley Parkway/I-10 Intersection.


Public Record
GROUP EXHIBIT C

**NUFIC_049252**

g.   Award Agreement and Task Order with Kad Paving Company for Street Repair
     and Pavement Rehabilitation Project.
h.   Approve $1,000 from Beaumont Foundation for Spirit of Courage Awards.
i.   Adoption of Resolution No. 2010-26 & Resolution No. RDA 2010-03 – Beaumont
     Economic Stimulus Expansion Program

**Recommendation:  Approval of the Consent Calendar as presented.**

**Discussion on the following:**

**Sheri Laffey – Item 3.h  - Thank the City for their consideration of the donation
Richard Bennecke – Item 3.i – Economic Stimulus
Council Member Gall – Item 3.e
Council Member St.Martin  - Item 3.f**

**Motion by Council Member St.Martin, Seconded by Council Member Gall to
approve the consent calendar as presented.  Vote 3/0**

**4.   ACTION ITEMS/PUBLIC HEARING/REQUESTS**
(This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

**a.   Ordinance No. 983 – Amending Chapter 8.08 of the Beaumont Municipal
      Code to Authorize Summary Abatement of Combustible Vegetation**

Recommendation: Hold a Public Hearing and approve the first reading of Ordinance No.
983 as presented.

Staff report was given by Keith Hightower, Building Department

Open Public Hearing 7:34 p.m.
No Speakers
Closed Public Hearing 7:35p.m.

**Motion by Council Member St.Martin, Seconded by Council Member Gall to
approve the first Reading of Ordinance No. 983 as presented. Vote: 3/0**

**b.   Application for CDBG Funding for 2011-2012**

Recommendation: 1) Hold a Public Hearing; 2) Approval and Authorization to prepare
and submit CDBG applications for Public Improvement Projects including Sidewalk
repair and addition of new sidewalks; 3) Approval and authorization to prepare CDBG
applications for Non-Profit Public Programs including ADV, subject to the condition that
ADV apply for and receive funds from the County or other EDA participating cities; and
4) Give authority to the City Manager to reduce or increase the amount funded to the
sidewalk repair and addition of new sidewalks.



Public Record
GROUP EXHIBIT C

NUFIC_049253

Staff report was given by Rebecca Deming, Asst. Planning Director.

Open Public Hearing 7:40 p.m.
No Speakers
Closed Public hearing 7:41 p.m.

**Motion by Council Member Gall, Seconded by Council Member St. Martin to approve as presented. Vote: 3/0**

c.    **Proposed Annexation of New Beaumont Stadium Site, Located North of Brookside Avenue and West of Beaumont High School**

Recommendation:  1)    Hold a Public Hearing; 2)  Provide specific direction to staff with regard to infrastructure improvement obligations, in order for staff to incorporate City Council direction into necessary City Action, relative to the annexation; and 3) Continue these matters to the City Council Meeting of November 16, 2010 in order to permit City Council direction to be incorporated.

Mayor De Forge recused himself and left the dais.

Staff gave an informational report.

No action taken due to lack of quorum.  Item will be heard at the next regular scheduled City Council Meeting.

d.    **Authorization to File Amicus Letter in support of Petition for Writ of Prohibition: *Western Riverside Council of Governments v. California Energy Commission*, Case No. RIC 10005849**

Recommendation: Support for the California Energy Commission in this matter through the filing of the "Amicus Letter in support of Petition for Writ of Prohibition" and authorization of the Mayor to sign on behalf of City Council.

Staff report was given by Kelsey De Forge, Customer Service Coordinator

Motion by Council Member Gall Seconded by Council Member St.Martin to approve the support letter as presented and authorize the Mayor to execute. Vote: 3/0

Adjournment of the City Council Meeting at 7:51 p.m.

Respectfully Submitted

Alan Kapanicas
City Manager

Public Record
GROUP EXHIBIT C

NUFIC_049254



**Minutes**
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Regular Session (6:00 p.m.)
Closed Session (after Regular Session)
Tuesday, November 16, 2010

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

## REGULAR SESSION

Regular Session began at 6:07 p.m.                    Place: Civic Center, Room 5

Roll Call:  Mayor De Forge, Mayor Pro Tem Berg, Council Member Fox, Council Member Gall, and Council Member St.Martin were present.

| Invocation: | Bob Griffin – Fellowship in the Pass |
|---|---|
| Pledge of Allegiance: | Mayor Pro Tem Berg |
| Presentation: | SCE Check Presentation |
| | Smiles for Seniors - Cathy Serianni |

Adjustments to Agenda:   None

ORAL AND WRITTEN COMMUNICATIONS: Anyone wishing to address the City Council on any matter not on the agenda of this meeting may do so now. The oral communications portion of the agenda is to hear public comments. Anyone wishing to speak on an item on the agenda may do so at the time the Council considers that item. All person(s) wishing to speak must fill out a "Request to Speak Form" and give it to the City Clerk at the beginning of the meeting. The forms are available on the table at the back of the room. There is a three (3) minute limit on public comments. There will be no sharing or passing of time to another person.

Christopher Pinero - Utility Bill Audit - Sewer and Refuse charge.
Judy Bingham - Controllers Report, Contactors salary, Televised meetings
Dave Castaldo - Congratulate Elected members, Thanks for found property, Drainage ditches

## 1.   COUNCIL REPORTS
**(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)**

a)   Mayor De Forge – Visiting Nurses Association
b)   Mayor Pro Tem Berg – WCROG Update
c)   Council Member Fox – Veteran's Day
d)   Council Member Gall - None
e)   Council Member St.Martin - None



Public Record

GROUP EXHIBIT C

## 2. CITY MANAGER REPORTS
*(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a. Community Information and Local Project Update
    1) Sustainability Update
        a) Beaumont Foundation Update
            1) Fire Department Open House and Spaghetti Dinner
        b) Road Improvements
            1) Update on Calimesa Agreement
            2) Update on Beaumont Roads
            3) Update on Sidewalks
        c) Residential Fire Sprinkler System – January, 2011
        d) Grants
            1) Police Department
            2) Energy Efficiency and Conservation Block Grant
            3) Alternatives to Domestic Violence Presentation
    2) Project Update
        a) Beaumont Cares
            1) Beaumont Cares Signs & Historic Railroad District Update
            2) Beaumont Cares Awareness Meeting Dec. 1, 2010
            3) Update on October 31, 2010 Events
    3) Financial Updates
        a) Sales Tax Update
        b) Property Tax Update
        c) Update on Local Government Compensation Report for Calendar Year 2009

b. Calendar of Events
    1) November 14, 2010 - VFW Post 233 2nd Annual Charity Golf Tournament
    2) November 25 & 26, 2010 - City Offices Closed - Thanksgiving Holiday
    3) November 25, 2010 – Thanksgiving Dinner – Senior/Home Bound Deliveries
    4) November 25, 2010 - Pass Transit CLOSED - Thanksgiving Holiday
    5) November 27, 2010 - Fall RV Festival Fishermans Retreat – Raffle Proceeds will be donated to MDA
    6) December 4, 2010 - Low Cost Animal Care Clinic
    7) December 4, 2010 – Winterfest 2010
    8) December 11, 2010 – Christmas Light Parade – Palm Avenue
    9) January 4, 2010 – City Council Reorganization
    10) January 6, 8, & 9, 2011 – CERT Training
    11) Second and Third Wednesday of Each Month – Story Time Café

c. Rumor Control, and Report on Oral and Written Communications
    1) Election Central – Bring back to Meeting in January to discuss Municipal Code
    2) Budget Season Starts January 1, 2011

Public Record



GROUP EXHIBIT C

NUFIC_049256

## 3. CONSENT CALENDAR

(This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a. Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b. Approval of the Minutes of the City Council Meeting October 19, 2010
c. Approval of the Warrant List for November 16, 2010
d. Adoption of Ordinance No. 983 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California Amending Chapter 8.08 of the Beaumont Municipal Code to Authorize Summary Abatement of Combustible Vegetation.
e. Exoneration and Acceptance of Improvements for Bond No. 257847M for Tract No. 24039-7 – Three Rings Ranch.
f. Exoneration and Acceptance of Improvements for Bond No. 257839M for Tract No. 24039-5 – Three Rings Ranch.
g. Exoneration and Acceptance of Improvements for Bond No. 257826M for Tract No. 24039-3 – Three Rings Ranch.
h. Exoneration of Bond No. 81963784M for Xenia Avenue – Pardee Homes - Sundance.
i. Adoption of Resolution No. 2010-28 Authorizing the City Manager to Execute Surety Bond Agreements for Public Works Projects
j. Approval of a one year extension of time on Tentative Tract Map No. 33851 (East of Orchard Heights and South of Norman Road), Applicant: Pecuniary Capital
k. Approval of Fee Waiver for 2011 Redlands Bicycle Classic – Beaumont Circuit.
l. Approval of Participation in the Riverside County Mortgage Certificate (MCC) Program.
m. Adoption of Resolution No. 2010-29 – Termination of the Agreement for Administrative Services with Public Agency Retirement Services and Authorizing the Termination of the Agreement with Union Bank as Trustee and Investment Manager of the City of Beaumont PARS Section 457 FICA Alternative Retirement Plan.
n. Approval of Request for Expenditure of Citizen's Option for Public Safety Program (COPS) – AB3229 – SLESF Allocation for Year 2010-11
o. Denial of Claim – Michael Norman
p. Denial of Claim – Stephen Ochs
q. Denial of Claim – Camron Ochs
r. Approval of Foundation Funding Request: Smiles for Seniors
s. Approval of Naming Council Member St.Martin as WRCOG Representative and Council Member Fox as Alternate.

**Recommendation: Approval of the Consent Calendar as presented.**

**Speaker:**
**Michael Norman – comments on item 3.o**

**Request by Council Member Gall to Pull Items a, e, f, g, h, and l for discussion/clarification. These items were placed at the end of action items for further discussion.**

Public Record
GROUP EXHIBIT C

NUFIC_049257

**Motion by Council Member Fox, Seconded by Council Member Berg to approve
the remainder of the Consent Calendar. Vote: 5/0**

## 4. ACTION ITEMS/PUBLIC HEARING/REQUESTS
(This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

**Mayor De Forge recused himself and left the dais.**

### a. Proposed Annexation of New Beaumont Stadium Site, Located North of Brookside Avenue and West of Beaumont High School

Recommendation: 1) Hold a Public Hearing; and 2) Provide specific direction to
staff with regard to infrastructure improvement obligations, in order for staff to
incorporate City Council direction into necessary City Action, relative to the annexation.

Staff report was given by Kyle Warsinski, Staff Planner.

Open Public Hearing 7:32 p.m.
No Speakers
Closed Public Hearing 7:32 p.m.

Motion by Council Member Gall, Seconded by Council Member Fox to approve as
presented. Vote: 4/0

Mayor De Forge returned to the dais.

### b. Ordinance No. 984 – Amending chapter 17.07.080C "Special Event Signs"

Recommendation: Hold a Public Hearing and Approve the 1st reading of Ordinance No.
984 as presented.

Staff report was given by Rebecca Deming, Assistant Director of Planning

Open Public Hearing 7:35 p.m.
No Speakers
Closed Public Hearing 7:36 p.m.

Motion by Council Member Berg, Seconded by Council Member St.Martin to approve the
first reading of Ordinance No. 984 as presented. Vote: 5/0

### c. General Plan Housing Element Update

Recommendation: 1) Hold a Public Hearing; 2) Adopt Resolution No. 2010-25, adoption
of the General Plan Housing Element; 3) Approve the 1st reading of Ordinance No. 977,
978, 979, 980, 981, and 982 as presented; and 4) Adopt Negative Declaration 10-ND-08.

Staff report was given by Rebecca Deming and Ralph Castenada.



NUFIC_049258

Open Public Hearing 7:54 p.m.
Judy Bingham – opposed
Closed Public Hearing 7:57 p.m.

Alan Kapanicas, City Manager, indicated that with no action being taken on item 3.a, which Council Member Gall requested be pulled from the agenda, that staff would need to read each ordinance into the record from start to finish.

Motion by Council Member Berg, Seconded by Council Member Fox to approve all Ordinances and Resolutions to be read by title only and publish by summary (item 3.a of the agenda). Vote: 4/1 (Council Member Gall voted no)

Motion by Council Member Berg, Seconded by Council Member Fox to adopt Resolution No. 2010-25 as presented. Vote: 5/0

Motion by Council Member Berg, Seconded by Council Member Fox to approve the first reading of Ordinance No. 977, 978, 979, 980, 981and 982 by title only. Vote: 5/0

Alan Kapanicas, City Manager, indicated that the Council needed to take consideration on item 4.b again as the entire ordinance should have been read into the record as item 3.a was pulled for discussion.

Motion by Council Member Berg, Seconded by Council Member Fox to read Ordinance No. 984 by title only and publish by summary. Vote: 4/1 (Council Member Gall voted no)

Motion by Council Member Berg, Seconded by Council Member Fox to approve the first reading of Ordinance No. 98 by title only. Vote: 5/0

Consideration on items 3 e, f, g, h, and i.

Council asked for clarification on exoneration of these bonds.

Motion by Council Member Berg, Seconded by Council Member St.Martin to approve items 3 e, f, g, h, and i as presented. Vote: 5/0

Council adjourned to Closed Session at 8:03 p.m.


Public Record
GROUP EXHIBIT C

## CLOSED SESSION

Closed Session to begin after regular session         Place: City Manager Conference Room

a.    Pursuant to Government Code Section 54957.6, Conference with Labor Negotiator – City
      Negotiator as Personnel Director Alan Kapanicas
      Employee Organizations and Staffing
b.    Pursuant to Government Code Section 54956.8 Conference with Real Property Negotiator
c.    Pursuant to Government Code Section 54956.9(a) - Anticipated Litigation – Conference with
      Legal Counsel – Existing Litigation(Government Code 54956.9)
      1.  Peters vs. City – Case No. RIC 467388
      2.  Western Riverside Council of Governments vs City of Beaumont RIC 536164
      3.  Cashmer vs. RIC 541427
      4.  Outdoor Media Group vs City
      5.  Hillcrest Construction vs. City

No reportable action in closes session.

Adjournment of the City Council Meeting at 8:10 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

---

Any Person with a disability who requires accommodations in order to participate in this meeting should
telephone Shelby Hanvey at 951-769-8520 ext. 323, at least 48 hours prior to the meeting in order to
make a request for a disability-related modification or accommodation

Public Record

GROUP EXHIBIT C

NUFIC_049260



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, April 5, 2011

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

REGULAR SESSION Called to Order at 6:00 p.m.

Roll Call:   Mayor De Forge, Council Member Castaldo, Council Member Fox and Council Member Gall were present. Mayor Pro Tem Berg was excused.

Invocation: Father Joseph - Blessed Katari
Pledge of Allegiance:   Girl Scouts
Presentation:   Recognition - Anita Worthen, Women of the Year
Adjustments to Agenda: None

Oral and Written Communications:
Michelle and Amanda Henley - Wrestling request for donation
Nancy Hall - Contracts
Judy Bingham - Contracts
Michelle Mendez - Parent Project

1. **COUNCIL REPORTS**  (This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)
   a) Mayor De Forge - Parent Project, Anita Worthens Award Ceremony, Ribbon Cutting for Music Lab, San Timoteo School House opening, Highland Springs Task Force, Welcome Home Vietnam Veterans, Redlands Bike Race, Mayor Race in Redlands,
   b) Mayor Pro Tem Berg - Absent
   c) Council Member Castaldo - San Timoteo School House Opening, Interact Block Party St Patrick's Day, Yucaipa CERT Training, Interact Speech Contest, Gonsalvez Appreciation Dinner, Bike Race Breakfast,
   d) Council Member Fox - Redlands Bike Classic - Beaumont Circuit
   e) Council Member Gall - San Timoteo School House Opening, Just became aware of paying the City bill online and is pleased with that

Public Record

GROUP EXHIBIT C

**2.** **CITY MANAGER REPORTS** *(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.   Beaumont Charitable Foundation *(made up of donations from citizens, employees and contractors)*
    1)   "Boys in Blue" MDA Event Update ($1,500 raised)

b.   Community Information and Local Project Update
    1)   Financial Updates
    2)   Beaumont Redevelopment Agency
    3)   Sustainability
        a)   Summer Concerts in the Park
        b)   Economic Stimulus Update
        c)   Animal Care Low Cost Shot Clinic Update
        d)   Request Partner Update
        e)   Southern California Edison Gold Level Achievement
        f)   Redlands Bike Classic – Beaumont Circuit Update
    4)   Public Works Update
        1)   Median Markings
        2)   Brookside Avenue improved adjacent to the Sports Park
        3)   Cherry Valley Blvd and I-10 Interchange improvements
        4)   I-10 and Oak Valley Parkway Stop Sign Update

c.   Calendar of Events
    1)   April 1, 2011 – Redland Bike Classic – Beaumont Circuit
    2)   April 6, 2011 – Beaumont Cares Awareness Team Meeting
    3)   April 7, 2011 – World Health Day
    4)   April 8, 2011 – Chamber  of Commerce Good Morning Beaumont Breakfast
    5)   April 9, 2011 – Mardi Gras Event (MDA Fundraiser)
    6)   April 9, 2011 – Law Enforcement Torch Run
    7)   April 12, 2011 – Beaumont Planning Commission Meeting
    8)   April 16 & 17, 2011 – Baker to Vegas (MDA Police Run)
    9)   April 16, 2011 – BCVPR Fishing Derby at the BCVW District Ponds
    10)   April 21, 2011 – Volunteer Celebration – 11 am to 1 pm Beaumont CRC
    11)   April 30, 2011 – BCVPR District – Home Run Derby (MDA Fundraiser)
    12)   May 5, 2011 – Charity Basketball Tournament (MDA Fundraiser)
    13)   May 14th & 15th, 2011 – Relay For Life – Sports Park
    14)   May 18, 2011 – "Run for the Wall"
    15)   May 21, 2011 – Miss Beaumont Queens Pageant
    16)   May 28, 2011 – Breezin' Through Beaumont/Cherry Festival Car Show
    17)   May 30, 2011 – Memorial Day Ceremony – Beaumont Civic Center 11 am
    18)   June 2, 3, 4 & 5, 2011 – Cherry Festival
    19)   June 10, 2011 – Beaumont Municipal Pool opens for the summer
    20)   July 4, 2011 – Independence Day Celebration
    21)   1st Wednesday of each Month – Beaumont Care Awareness Team
    22)   Second and Third Wednesday of Each Month – Story Time Café

d.   Rumor Control, and Report on Oral and Written Communications
    1)   Candidates Packet Supplied since 1995 – To be updated at the April 19, 2011 meeting

Public Record



GROUP EXHIBIT C

NUFIC_049262

3.  **CONSENT CALENDAR** (This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a.  Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b.  Approval of the Minutes of the City Council Meeting March 15, 2011
c.  Approval of the Warrant List for April 5, 201.
d.  Approval of the purchase and installation of a safety guard rail on Elm Avenue North of California Avenue
e.  Approval of Change Order for Street Repair Work at Oak Valley Parkway and Interstate 10.
f.  Award of Agreement and Task Order for Erosion Control repair on Oak Valley Parkway.
g.  Adoption of Resolution No. 2011-07 – A Resolution of the City Council of the City of Beaumont Pertaining to Any Consideration for the Pass and Redistricting

**Recommendation: Approval of the Consent Calendar as presented.**

Council Member Gall requested that Item 3.g be pulled for further discussion. Item 3.g will be heard as item 4.f.

Motion Council Member Fox, Seconded by Castaldo to approve the remainder of the Consent Calendar as presented. Vote: 4/0

4.  **ACTION ITEMS/PUBLIC HEARING/REQUESTS** (This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

a.  **Ordinance No. 994 - An Ordinance of the City Council of the City of Beaumont, California Adding Section 8.12.023 of the Municipal Code RE: "Unauthorized Disposal - Prohibited"**

Recommendation: Hold a Public Hearing and approve the 1st reading of Ordinance No. 994 as presented.

Staff Report given by Dave Wysocki, Assistant City Attorney

Open Public Hearing 7:11 p.m.
No Speakers
Closed Public Hearing 7:12 p.m.

Motion by Council Member Fox, Seconded by Council Member Castaldo to approve the 1st reading of Ordinance No. 994. Vote: 4/0

b.  **Ordinance No. 995 - An Ordinance of the City Council of the City of Beaumont, California Amending Section 1.16.030 of Chapter 1.16 of the Beaumont Municipal Code Entitled "Violation-Infraction-Penalty"**

Recommendation: Hold a Public Hearing and approve the 1st reading of Ordinance No. 995 as presented.

Public Record



GROUP EXHIBIT C

NUFIC_049263

Staff report was given by Dave Wysocki, Assistant City Attorney

Open Public Hearing 7:13 p.m.
No Speakers
Close Public Hearing 7:14 p.m.

Motion by Council Member Castaldo, Seconded by Council Member Gall to approve the
1st reading of Ordinance No. 995 as presented. Vote 4/0

c.  **Street Vacation 10-SV-01 - a request for the vacation of a portion of Edgar
    Avenue (located between Interstate 10 and Fifth Street) and Magnolia Avenue
    (located between Interstate 10 and Fourth Street). Applicant: City of
    Beaumont and Harvey Marcell**

Recommendation: Hold a Public hearing and Approve Street Vacation 10-SV-01.

Staff report was given by Rebecca Deming, Assistant Planning Director.

Open Public Hearing 7:15 p.m.
No Speakers
Closed Public Hearing 7:16 p.m.

Motion by Council Member Castaldo, Seconded by Council Member Fox to approve as
presented.  Vote: 4/0

d.  **City's Façade Improvement Program - Site Improvements at the Lil
    Luau/Celebrity Carpets Commercial Center located at 385 E. 6th Street.
    Applicant: Randy Reynolds**

Recommendation: City Council provide direction to staff relative to the applicant's
request.

Staff report was given by Chris Tracy, Staff Planner

Motion by Council Member Gall, Seconded by Council Member Fox to approve Option
A -For the sign tower, the property owner would dedicate an easement to the City under
which the City would build the tower as part of a separate site improvement program
and Option B - The tower would be constructed by the applicant under this façade
improvement application, but the applicant would be seeking additional funds beyond
the $50,000 maximum. Vote: 4/0

Public Record



GROUP EXHIBIT C

NUFIC_049264

e.   **SCAG Annual Conference**

Recommendation: Appoint one (1) full conference Council Member to attend the conference

**Appoint Council Member Gall as the Delegate and Council Member Castaldo as the Alternate.**

f.   **Resolution No. 2011-07 - A Resolution of the City Council of theCity of Beaumont Pertaining to Any Consideration for the Pass and Redistricting.**

Staff report was given by Alan Kapanicas, City Manager

Motion by Council Member Fox, Seconded by Council Member Gall to adopt Resolution No. 2011-07 as presented. Vote: 4/0

5.   **WORKSHOP**

a.   **Budget**
   1)   Decision Packages
      a)   Review
      b)   Prioritize

Council Member Fox left at 7:45 p.m.

Adjournment of the City Council Meeting at 8:17 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049265



**Minutes**
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, May 3, 2011

**WORKSHOP:** Began at 5:00 p.m.          Location: Beaumont Civic Center, Room 5

1) Preliminary General Fund Budget
2) Preliminary Special Funds Budget

**REGULAR SESSION** called to order: 6:03 p.m.

**Roll Call:**     Mayor De Forge, Mayor Pro Tem Berg, Council Member Castaldo, and
Council Member Gall were present. Council Member Fox was excused.

**Invocation:**            Pastor Tim Cowell - Fellowship in the Pass
**Pledge of Allegiance:**  Girl Scouts
**Presentation:**          Proclamation - Peace Officer Memorial Day
                           Gabe Salinas - BCVRP District - Presented a check for MDA
**Adjustments to Agenda:** None

**Oral and Written Communications:**
Ann Connors - Truck Route Signage
Judy Bingham - Contracts
Nancy Hall - Animal Care for the County of Riverside and City Directors Positions

1.   **COUNCIL REPORTS** (This is the portion of the agenda where the City Council will present
     updates on city actions taken, committee assignments, and training and travel)
a)   Mayor De Forge - Burn institute Golf Tournament, State of the City Luncheon, Volunteer
     Recognition Lunch at the CRC
b)   Mayor Pro Tem Berg - RCTC Update, RCA Update, WRCOG Update
c)   Council Member Castaldo - Noble Creek Egg Hunt, LDS Church Volunteered painting the
     fencing at Stewart Park, Dedication of the Memorial Wall at the Parks District, Ice Cream
     Social at Tournament Hills Community Meeting
d)   Council Member Fox - Excused
e)   Council Member Gall - Best Depiction of California presented and displayed in Washington
     DC

Public Record



GROUP EXHIBIT C

NUFIC_049266

**2.** **CITY MANAGER REPORTS** *(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.  Beaumont Charitable Foundation *(made up of donations from citizens, employees and contractors)*
b.  Community Information and Local Project Update
    1)  Economic Development Report & Stimulus Plan Update
    2)  Budget Update
    3)  Sales Tax Update
c.  Calendar of Events
    1)   May 5, 2011 – Charity Basketball Tournament (MDA Fundraiser) – CRC
    2)   May 5, 2011 – National Day of Prayer - 7:30 a.m. - CRC
    3)   May 7, 2011 - Little Miss Beaumont 2011 - CRC
    4)   May 14-15, 2011 – Relay For Life – Sports Park
    5)   May 18, 2011 – "Run for the Wall"
    6)   May 19, 2011 – Beaumont Chamber of Commerce "Burning the Mortgage"
    7)   May 21, 2011 – Miss Beaumont Queens Pageant - CRC
    8)   May 26, 2011 – Dedication Ceremony Recognizing for 1st Lt. Joshua M.
          Palmer/Spc. Michael Dahl, Jr. – Highland Springs Medical Center
    9)   May 28, 2011 – Breezin' Through Beaumont/Cherry Festival Car Show –Civic Center
    10)  May 28 – 29, 2011 - 2nd Annual Ho'olaule'a Hawaiian Festival – BCVRPD
    11)  May 30, 2011 – Memorial Day Ceremony – Beaumont Civic Center 11 am
    12)  June 2-5, 2011 – Cherry Festival – Stewart Park
    13)  June 10, 2011 – Beaumont Municipal Pool opens for the summer
    14)  June 11, 2011 – Disc Golf Tournament – MDA Fundraiser Event
    15)  July 4, 2011 – Independence Day Celebration/Concerts in the Park
    16)  1st Wednesday of each Month – Beaumont Care Awareness Team
    17)  Second and Third Wednesday of Each Month – Story Time Café
d.  Rumor Control, and Report on Oral and Written Communications

**3.** **CONSENT CALENDAR** (This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a.  Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b.  Approval of the Minutes of the City Council Meeting April 19, 2011
c.  Approval of the Warrant List for May 3, 2011.
d.  Adoption of Ordinance No. 996 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California Amending Chapter 15 of the BMC RE: Building and Construction
e.  Adoption of Ordinance No. 992 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California Repealing Section 5.26 "Solicitation" and Amending Chapter 5.64 entitled "Commercial Peddlers, Solicitors and Itinerant Merchants
f.  Adoption of Resolution 2011-08 – A Resolution of the City of Beaumont in Opposition to the Governor's Realignment Proposal to Shift Adult Parole Programs, Services and Supervision from State to Local Governments
g.  Denial of Claim – Don Yaryan and Robert E. Schaefer
h.  Acceptance of Quitclaim Deed to KB Homes to Relinquish City's Interest for Lots in Seneca Springs
i.  Receive and File the Update on Compliance with Maximum Benefit Requirements

**Recommendation: Approval of the Consent Calendar as presented.**

Pull Item 3.h and to be discussion and considered as item 4.c


Public Record

GROUP EXHIBIT C

NUFIC_049267

Motion by Council Member Berg, Seconded by Council Member Castaldo to approve the Consent Calendar with the exception of item 3.h as presented. Vote: 4/0

4.    **ACTION ITEMS/PUBLIC HEARING/REQUESTS** (This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

a.    **Ordinance No. 997 - An Ordinance of the City Council of the City of Beaumont, California Amending Sections 8.08.130, 8.28.020, 8.32.520, 8.36.140, 8.46.050, 8.50.100.5B, 9.02.090, 9.04.040, 9.10.050, 9.12.060, 9.22.050, 9.30.030, 9.32.050, 9.36.060, 12.16.120, 12.24.030, 12.28.040, 13.04.160, 13.08.650 and 13.12.020 of the Beaumont Municipal Code (Provides for uniform penalty provision throughout the BMC.)**

Recommendation: Hold a Public Hearing and approve the 1st reading of Ordinance No. 997 as presented.

Staff report as given by Keith Hightower.

Open Public Hearing at 7:08 p.m.
No Speakers
Closed Public Hearing 7:09 p.m.

Motion by Council Member Castaldo, Seconded by Council Member Berg to approve the 1st reading as presented. Vote: 4/0

b.    **Negative Declaration and Streambed Agreement for the Brookside Avenue Bridge Crossing of Noble Creek**

Recommendation: Hold a Public Hearing, Adopt Negative Declaration No. 11-ND-03, Approve the Project Progress Report and Approve of the Streambed Alteration Agreement with CDFG, Notification No. 1600-2010-0118-R6, subject to the authority of the City Attorney to make changes.

Staff report was given by Kyle Warsinski

Open the Public Hearing 7:10p.m.
No Speakers
Closed Public Hearing 7:11p.m.

Motion by Council Member Gall, Council Member Castaldo to approve as presented. Vote: 4/0



Public Record

GROUP EXHIBIT C

NUFIC_049268

c.   **Acceptance of Quitclaim Deed to KB Homes to Relinquish City's Interest for Lots in Seneca Springs.**

Motion by Council Member Gall, Seconded by Council Member Berg to approve as presented. Vote: 4/0

**Adjournment of the City Council Meeting at 7:14 p.m.**

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049269



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Workshop Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Closed Session (after Regular Session)
Tuesday, May 17, 2011

"Materials related to an item on this agenda submitted to the City Council after distribution of the agenda packet are available for public inspection in the City Clerk's office at 550 E. 6th Street during normal business hours"

## WORKSHOP

Workshop Session to begin at 5:00 p.m.                    Place: Civic Center, Room 5

Budget
1)   Prioritize Capital Improvement Plan (CIP) Budget
2)   Proposed General Fund Budget
3)   Proposed Special Funds Budget

## REGULAR SESSION

Regular Session to begin at 6:00 p.m.                    Place: Civic Center, Room 5

Roll Call:  Mayor De Forge, Mayor Pro Tem Berg, Council Member Castaldo, Council Member Fox, Council Member Gall were present.

Invocation:             Homer Spears – Church of Latter Day Saints - Yucaipa
Pledge of Allegiance:   Boy Scouts
Presentation:           Proclamation – May is Mental Health Month
                        Presentation of Gratitude - Mormon Helping Hand
                        Presentation – Anti-Degradation Study for Beaumont Management
                        Zone Update
Adjustments to Agenda:  None

Oral and Written Communications:

Judy Bingham – Pod cast on the City webpage and contracts
Rebecca Pruiksma – Basketball Hoops

Public Record



GROUP EXHIBIT C

NUFIC_049270

1.    **COUNCIL REPORTS** (This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)

    a)    Mayor De Forge – Beaumont Cares Meeting, National Day of Prayer, Lyons Club Golf Tournament, Relay for Life, Lois Denman's 90th Birthday, Beaumont Youth Advisory Committee, Beaumont Volunteer Fire  Dinner

    b)    Mayor Pro Tem Berg – Invite group to pull the community together, We have good educational programs in place – city could reach out to them to get the word out, put out more information on identity theft.

    c)    Council Member Castaldo – National Day of Prayer, Cherry Jubilee, Collaborative Agency Committee Meeting

    d)    Council Member Fox  - Upcoming Memorial Day Ceremony 11 am Beaumont Civic Center May 30, 2011

    e)    Council Member Gall – Cherry Jubilee, SCAG Conference

2.    **CITY MANAGER REPORTS** (City of Beaumont Core Values: Treat everyone right; Keep a customer service focus;  Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)

a.    Beaumont Charitable Foundation (made up of donations from citizens, employees and contractors)
    1)    Financial Update on the Beaumont Charitable Foundation
    2)    Update of Basketball Tournament supporting MDA
    3)    Update on the Relay or Life Supporting Cancer Research
b.    Community Information and Local Project Update
    1)    Financial Update
c.    Calendar of Events
    1)    May 18, 2011 – "Run for the Wall"
    2)    May 19, 2011 – Beaumont Chamber of Commerce "Burning the Mortgage"
    3)    May 21, 2011 – Miss Beaumont Queens Pageant - CRC
    4)    May 26, 2011 – Dedication Ceremony Recognizing for 1st Lt. Joshua M. Palmer/Spc. Michael Dahl, Jr.  – Highland Springs Medical Center
    5)    May 28, 2011 – Breezin' Through Beaumont/Cherry Festival Car Show –Civic Center
    6)    May 28 – 29, 2011 - 2nd Annual Ho'olaule'a Hawaiian Festival – BCVRPD
    7)    May 28, 2011 – Beaumont Municipal Pool Opens
    8)    May 30, 2011 – Memorial Day Ceremony – Beaumont Civic Center 11 am
    9)    June 2-5, 2011 – Cherry Festival – Stewart Park
    10)    June 11, 2011 – Disc Golf Tournament – MDA Fundraiser Event
    11)    July 4, 2011 – Independence Day Celebration/Concerts in the Park
    12)    1st Wednesday of each Month – Beaumont Care Awareness Team
    13)    Second and Third Wednesday of Each Month – Story Time Café
d.    Rumor Control, and Report on Oral and Written Communications
    1)    Commercial Vehicle Signage Installed


Public Record
GROUP EXHIBIT C
NUFIC_049271

3.   **CONSENT CALENDAR**  (This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a.   Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b.   Approval of the Minutes of the City Council Meeting May 3, 2011
c.   Approval of the Warrant List for May 17, 2011.
d.   Adoption of Ordinance No. 997 - An Ordinance of the City Council of the City of Beaumont, California Amending Sections 8.08.130, 8.28.020, 8.32.520, 8.36.140, 8.46.050, 8.50.100.5B, 9.02.090, 9.04.040, 9.10.050, 9.12.060, 9.22.050, 9.30.030, 9.32.050, 9.36.060, 12.16.120, 12.24.030, 12.28.040, 13.04.160, 13.08.650 and 13.12.020 of the Beaumont Municipal Code (Provides for uniform penalty provision throughout the BMC.)Adoption of Ordinance No. 992 at its 2nd reading – An Ordinance of the City Council of the City of Beaumont, California Repealing Section 5.26 "Solicitation" and Amending Chapter 5.64 entitled "Commercial Peddlers, Solicitors and Itinerant Merchants
e.   Approval of Improvement Agreement for Plot Plan 04-PP-18 (WINCO) Located South of State Route 60, North of Fourth Street & Northwest of the Beaumont Wastewater Reclamation Facility
f.   Denial of Claim – Rosemary Morgan
g.   Denial of Claim – Michelle Luna
h.   Denial of Claim – Don Yaryan and Robert E. Schaefer
i.   Approval of Funding Request for the Beaumont Charitable Foundation for Amanda Hendey
j.   Approval of Task Order for Water Quality Management and Engineering Services
k.   Adoption of Resolution No. 2011-09 – A Resolution of the City Council of the City of Beaumont Adopting a Public Records Retention and Destruction Policy

**Recommendation:  Approval of the Consent Calendar as presented.**

**Item 3.j was moved to item 4.c for public comments.**

**Motion by Council Member Berg, Seconded by Council Member Castaldo to approve the Consent Calendar with the exception of Item 3.j. Vote: 5/0**

4.   **ACTION ITEMS/PUBLIC HEARING/REQUESTS**
(This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

a.   **Pass Transit's Fixed Route 2 Re-Evaluation**

Recommendation:  Hold a Public Hearing and Approve the proposed changes to Route 2 to be effective May 23, 2011.

Staff report was given by Elizabeth Urtiaga, Resources Director.

Open Public Hearing 8:03 p.m.
No Speakers


Public Record

GROUP EXHIBIT C

NUFIC_049272

Closed Public Hearing 8:04 p.m.
Motion by Council Member Berg, Seconded by Council Member Gall to approve as presented.  Vote: 5/0

**b.      Preliminary General Fund and Preliminary Special Fund Budget**

Recommendation: Approve the Preliminary General and Special Fund Budgets and set the Public Hearing for June 7, 2011 at 6:00 p.m.

Staff report was given by Alan Kapanicas, City Manager

Motion by Council Member Berg, Seconded by Council Member Fox to approve the preliminary General and Special Fund Budgets and set the public hearing for June 7, 2011 at 6:00 p.m.  Vote: 4/1 (Council Member Gall voted no)

**c.      Approval of Task Order for Water Quality Management and Engineering Services (moved to discussion from item 3.j on Consent Calendar)**

Speakers:
Judy Bingham – comments regarding contracts not related to this item. Questions regarding when bidding is required and not.

Motion by Council Member Berg, Seconded by Council Member Fox to approve the Task Order as presented.  Vote: 5/0

Adjournment of the City Council Meeting at 8:15 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049273



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
550 E. 6th Street, Beaumont, California
City Council Workshop (4:00 p.m.)
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)
Tuesday, June 7, 2011

## WORKSHOP

**1)  Fund Balance Policy**
**2)  Proposed Capital Improvement Plan (CIP) Budget**

## REGULAR SESSION

Call to Order: 6:02                     Place: Civic Center, Room 5

Roll Call: Mayor De Forge, Mayor Pro Tem Berg, Council Member Castaldo, Council Member Fox and Council Member Gall were present.

Invocation:              Ron Bridges - Victory Tabernacle Church
Pledge of Allegiance:
Presentation:            Ben Cloninger – Donation for MDA Golf Tournament $2,812.00
                         Proclamation  - Amanda Hendey
                         Linda Hanley – Boys and Girls Club
Adjustments to Agenda:   None

**1.  COUNCIL REPORTS  (This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)**

a)  Mayor De Forge - Run to the Wall, Career Day at Beaumont Unified, Burn the Mortgage, Picnic with your Legislator, Miss Beaumont Pageant, Beaumont Youth Advisory Committee, Mayors Breakfast, Loma Linda Memorial, LEAC Awards, Breezin through Beaumont, Memorial Day Ceremony, Cherry Festival.
b)  Mayor Pro Tem Berg - Cherry Festival Parade, Pancake Breakfast, RCTC Update, WRCOG Update.
c)  Council Member Castaldo - League of California Cities Conference Update, LEAC Award Dinner, Cherry Festival.
d)  Council Member Fox  - Beaumont Men's Rugby game, RTA will be donating a van to local charity.
e)  Council Member Gall  - Cherry Festival Parade, Stop Signs at 13th and Michigan



Public Record

GROUP EXHIBIT C

NUFIC_049274

**2.** **CITY MANAGER REPORTS** *(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.  Beaumont Charitable Foundation *(made up of donations from citizens, employees and contractors)*
1)  Don Messler – Run for the Wall  - Update
2)  Chad Devlin – Iron Man Competition
3)  Pass the Boot – Cherry Festival Parade - Update
b.  Community Information and Local Project Update
1)  "I have a friend who wants to……" Update
2)  Manufactured-Mobile Home
a)  Energy-Efficiency Program
b)  Inspection Support for Park Residents
3)  Marketing the City – International Conference of Shopping Centers
4)  Wastewater Treatment Plant Tour
5)  Profile of the City of Beaumont
6)  Pass Area Transit Ad-Hoc Committee
c.  Calendar of Events
1)  June 2-5, 2011 – Cherry Festival – Stewart Park
2)  June 2, 2011 – Centennial Bridge Soft Opening – 4 p.m. onsite
3)  June 11, 2011 – Disc Golf Tournament – MDA Fundraiser Event
4)  June 11, 2011 – Beaumont Municipal Pool full opening for summer swim
5)  July 4, 2011 – Independence Day Celebration/Concerts in the Park
6)  1st Wednesday of each Month – Beaumont Care Awareness Team
7)  Second and Third Wednesday of Each Month – Story Time Café
8)  Potential Summer Schedule for City Council Meetings – July 19, August 16, September 20
d.  Rumor Control, and Report on Oral and Written Communications

**3.** **CONSENT CALENDAR** (This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a.  Approval of all Ordinances and Resolutions to be read by title only and publish by summary
b.  Approval of the Minutes of the City Council Meeting May 17, 2011
c.  Approval of the Warrant List for June 7, 2011.
d.  Authorization to Accept an Offer of Dedication 08-D-013 for a Corner Cut at the Southeast Corner of 3rd Street and Maple Avenue.
e.  Adopt Resolution No. 2011-11 – A Resolution of the City Council of the City of Beaumont, California, Determining and Levying the Special Tax in Community Facilities District No. 93-1 for Fiscal Year 2011-2012.
f.  Adopt Resolution No. 2011-12 – Resolution of the City Council of the City of Beaumont, California Approving the Appropriation Limit for the 2011-2012 Fiscal Year.
g.  Adopt Resolution No. 2011-13 – A Resolution of the City Council of the City of Beaumont, California, Ordering the Collection of Weed Abatement Charges and Directing the County Auditor to Collect Such Fees on the Tax Roll.
h.  Adopt Resolution No. 2011-14 – A Resolution of the City Council of the City of Beaumont, California Ordering the Collection of Delinquent Sewage and Sanitation Fees and Directing the County Auditor to Collect such fees on the Tax Rolls.



Public Record

GROUP EXHIBIT C

i.   Adopt Resolution No. 2011-15 – A Resolution of the City Council of the City of Beaumont, California, Ordering the Collection of Nuisance and Building Abatement Charges and Directing the County Auditor to Collect such Fees on the Tax Rolls.

j.   Resolution No. 2011-16 – A Resolution of the City Council of the City of Beaumont Pertaining to the 2011-2012 CalRecycle Used Oil Payment Program (OPP2).

k.   Authorization to Acquire Mobile Pumps for the Wastewater System

l.   Approval of the Investment Policy

m.   Award of the Agreement for Street Repair of Western Knolls Avenue.

n.   Authorization to Accept Open Space Lots for Tract 24039-1, Lots G, H, and I, 24039-3, Lot A, 24039-4, Lots A & B, 24039-5, Lot G within Brookfield Homes, Three Rings subdivision. Lots G & H, as part of 24039-1, are located on the north and south side of Ring Ranch Road, west of Elm Avenue; Lot I, as part of 24039-1, is located off of Hurstland Avenue, east of Tartan Way; Lot A, as part of 24039-3, is located at the southwest corner of Brookside Lane and Claiborne Avenue, Lots A & B, as part of 24039-4, are located on the north side of Ring Ranch Road at Jonabell Way, and Lot G, as part of 24039-5, is located on the Southside of Ring Ranch Road at Claiborne West Avenue.

o.   Approval of Amendment to Cooperative Agreement with Caltrans for Potrero Blvd. Interchange

**Recommendation:  Approval of the Consent Calendar as presented.**

Item 3.o - Moved to 4.d for pubic request to speak

Motion by Council Member Berg, Seconded by Council Member Castaldo to approve the remainder of the Consent Calendar as presented. Vote: 5/0

**4.   ACTION ITEMS/PUBLIC HEARING/REQUESTS** (This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

**a.   2011/2012 General Fund and Special Fund Budget**

Recommendation: Hold a Public Hearing and Adopt the 2011/2012 General Fund and Special Fund Budget as presented.

Staff report was given by Alan Kapanicas, City Manager

Open Public Hearing 7:38 p.m.
Judy Bingham - Contracts
Gail De Forge - Thank the City
Mr. Halliwell - Press Enterprise Article
Closed Public Hearing 7:44 p.m.

Motion by Council Member Berg, Seconded by Council Member Fox to approve the General Fund and Special Fund Budget as presented.  Vote 4/1 (Council Member Gall voted no)



Public Record

GROUP EXHIBIT C

**b.    Preliminary Capital Improvement (CIP) Budget**

Recommendation: Approve the Preliminary CIP Budget and set the Public Hearing for June 21, 2011 at 6:00 p.m.

Staff report was given by Alan Kapanicas, City Manager

Motion by Council Member Berg, Seconded by Council Member Fox to approve the Preliminary and set the Public Hearing for June 21, 2011. Vote: 5/0

**c.    Resolution No. 2011-10 - A Resolution of the City Council of the City of Beaumont Establishing Annual Sewer Standby Charges.**

Recommendation: Hold a Public Hearing and Adopt Resolution No. 2011-10 as presented.

Open Public 7:50 p.m.
No Speakers
Closed Public Hearing 7:51 p.m.

Motion by Council Member Berg, Seconded by Council Member Gall to Adopt Resolution No. 2011-10 as presented. Vote: 5/0

**d.    Approval of Amendment to Cooperative Agreement with Caltrans for Potrero Blvd. Interchange (moved from Consent Calendar item 3.o)**

Staff report was given by Alan Kapanicas, City Manager

Speakers:
Judy Bingham

Motion by Council Member Berg, Seconded by Council Member Fox to approve as presented. Vote: 5/0

**Oral and Written Communication:**

Judy Bingham - Pod Casts

Adjournment of the City Council Meeting at 8:03 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049277



Minutes
Beaumont City Council
Beaumont Redevelopment Agency
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Regular Session (6:00 p.m.)
Workshop (after Regular Session.)
Closed Session (after Workshop Session)
Tuesday, November 1, 2011

**REGULAR SESSION**

Regular Session began at 6:00 p.m.                    Place: Civic Center, Room 5

Roll Call:  Mayor De Forge, Mayor Pro Tem Berg, Council Member Castaldo, Council Member Fox, Council Member Gall were present.

Invocation:                     Ray Johnson – Fellowship in the Pass
Pledge of Allegiance:           Brianna Weil
Presentation:                   Muscular Dystrophy Association (MDA) Presentation
                                Solera Veteran's Club – Fire Station Flag Pole
Adjustments to Agenda:          item 3.p pulled from the agenda - Council consideration is not
                                required (Law Enforcement Services Agreement)

**1.    COUNCIL REPORTS**   *(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)*

   a)    Mayor De Forge – Beaumont Cares, Good morning Beaumont, Homecoming Parade, Fire Department Spaghetti Dinner, City Wide Clean up
   b)    Mayor Pro Tem Berg – RCTC Update
   c)    Council Member Castaldo – Fire Department Spaghetti Dinner, Monster Mash, Miravilla Care Center
   d)    Council Member Fox – Banning/Beaumont Task Force
   e)    Council Member Gall – Sundance Blue Ribbon Award

Public Record

GROUP EXHIBIT C

NUFIC_049278

**2.**     **CITY MANAGER REPORTS** *(City of Beaumont Core Values: Treat everyone right; Keep a customer service focus;  Effective communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change)*

a.     **Beaumont Charitable Foundation** *(made up of donations from citizens, employees and contractors)*
- 1)     Financial Update 9/30/2011
- 2)     Fire Department Open House and Spaghetti Dinner Update

b.     **Community Information and Local Project Update**
- 1)     Financial Update 9/30/2011
- 2)     Energy Efficiency Grant Kickoff
- 3)     Brookside Bridge Road Improvement Update
- 4)     Christmas Parade Activities
- 5)     Community Clean Up Update
- 6)     Special Olympics Tip-A-Cop at Applebee's Update
- 7)     Beaumont Public Library Sign Agreement
- 8)     Update on Signalization on Highland Springs Avenue

c.     **Calendar of Events**
- 1)     October 29, 2011 – Monster Mash Halloween Party
- 2)     October 29, 2011 – Pharmaceutical Drop Off
- 3)     October 31, 2011 – Trunk or Treat at the Beaumont Sports Park
- 4)     November 8, 2011 – Adopt A Cop Breakfast Burrito Fundraiser – Civic Center
- 5)     November 8, 9, 10, 2011 – TEEN CERT (Community Emergency Response Team) Train-the-Trainer
- 6)     November 24, 2011 – Thanksgiving Day Dinner Delivery to Elderly and Homebound Seniors
- 7)     December 3, 2011 - Shop with a Hero
- 8)     December 10, 2011 - Crafts Fair 11am – 4 pm
- 9)     December 10, 2011 – Winter Wish Food Drive - Walmart
- 10)    December 10, 2011 – Christmas Light Parade 6 p.m.
- 11)    1st Wednesday of each Month – Beaumont Care Awareness Team
- 12)    1st Wednesday of Each Month - TEAM (Transportation Education Awareness & Marketing) Meeting
- 13)    2nd and 3rd Wednesday of Each Month – Story Time Café

d.     **Rumor Control, and Report on Oral and Written Communications**
- 1)     "In God We Trust" (scheduled for 11/15/11 meeting)


**3.**     **CONSENT CALENDAR**  (This portion of the Agenda is for items that do not require a Public Hearing or discussion.)

a.     Approval of all Ordinances and Resolutions to be read by title only and publish by summary

b.     Approval of the Minutes of the City Council Meeting October 4, 2011

c.     Approval of the Warrant List for November 1, 2011.

d.     Adoption of Ordinance No. 986 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California, Adding Section 10.10.025 to Chapter 10.10 of the Beaumont Municipal Code Restricting RV Parking on Commercial, Retail and Shopping Center Properties.

e.     Adoption of Ordinance No. 1003 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California, Amending Section 17.11.100 of the Beaumont Municipal Code Regarding "Swimming Pools, Spa and Similar"

f.     Adoption of Ordinance No. 1004 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California, Adding Chapter 6.05 to the Beaumont Municipal Code Regarding the Disposal of Dog Feces on Public and Private Property.

g.     Adoption of Ordinance No. 1005 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California, Amending Chapter 6.10 and 6.12 of the Beaumont Municipal Code Regarding Potentially Dangerous Dogs and Vicious Animals.



Public Record
GROUP EXHIBIT C

NUFIC_049279

h.   Adoption of Ordinance No. 1006 at its second reading by title only – An Ordinance of the City Council of the City of Beaumont, California, Adding Section 10.08.075 to Chapter 10.08 of the Beaumont Municipal Code Prohibiting Camping or Sleeping in Motor Vehicles.

i.   Exoneration and Acceptance of Improvements for Bond No. SU5021733-A for Tract 33096-1 – Four Seasons at Beaumont Westerly Bridge – K Hovnanian

j.   Exoneration and Acceptance of Improvements for Bond No. 929350860-M for Tract 32260-1 Model Site – Street, Sewer & Storm Drain – K Hovnanian

k.   Exoneration and Acceptance of improvements for Bond No. 929350862 – M for Tract 32260-1 Sales Facility – Street, Sewer & Storm Drain – K Hovnanian

l.   Exoneration and Acceptance of Improvements for Bond No. 81970884-M for Tract No. 34862 Sewer – Sundance Cherry Avenue

m.   Approval of Agreement with the Ramona Humane Society to Provide Animal Shelter Services for the City of Beaumont.

n.   Adoption of Resolution 2011-23 – A Resolution of the City Council Authorizing the Submittal of Application(s) for all Cal Recycle Grants for which the City of Beaumont is Eligible.

o.   Receive and File the Quarterly Water Quality Monitoring Reports related to Maximum Benefit

**Recommendation:  Approval of the Consent Calendar as presented.**

**Request by Mayor Pro Tem Berg to pull item 3.f and discuss as item 4.c.**

**Motion by Council Member Fox, Seconded by Council Member Berg to approve the remainder of the consent Calendar as presented. Vote: 5/0**

## 4.   ACTION ITEMS/PUBLIC HEARING/REQUESTS
(This portion of the Agenda is for items that require a Public Hearing, discussion, and/or Council direction.)

**a.   Resolutions and Agreement Authorizing the Issuance of Bonds for Pardee Homes and Community Facilities District No. 93-1, Improvement Area No. 17B – Tournament Hills**

Recommendation: Hold a Public Hearing and Adopt Resolution No.  2011-23, 2011-24, BFA 2011-01, and 2011-25; Approve the proposed Facility Fee Credit and Acquisition Agreement; and Authorization of the mayor to execute the agreements.

Staff report was given by Alan Kapanicas, City Manager

Open Public Hearing 6:57 p.m.
No Speakers
Closed Public Hearing 6:59 p.m.

Motion by Council Member Berg, Seconded by Fox to Adopt Resolution Nos. 2011-23, 2011-24, BFA 2011-01, and 2011-25 and Approve the proposed Facility Fee Credit and Acquisition Agreement; and Authorization of the mayor to execute the agreements as presented. Vote: 5/0



Public Record
GROUP EXHIBIT C

NUFIC_049280

**b.  Application for Community Development Block Grant (CDBG) Funding for 2012-2013.**

Recommendation:  Hold a Public Hearing and Approve as follows:

1) Approve and authorization to prepare and submit CDBG applications for Public Improvement Projects including the Sidewalk repairs and addition of new sidewalks  and give authority to the City Manager to reduce or increase the amount funded to the Sidewalk repair and addition of new sidewalk project.

2) Approve and authorization to prepare and submit CDBG applications for Non-profit Public Programs including the Riverside County Coalition for Alternatives to Domestic Violence (ADV) in the amount of $10,000. Subject to the condition that ADV apply for and receive funds from the County or other EDA participating Cities.

3) Approve and authorization to prepare and submit CDBG applications for Non-profit Public Programs including the Boys and Girls Clubs in the amount of $10,000. Subject to the condition that Boys and Girls Clubs apply for and receive funds from the County or other EDA participating Cities.

Staff Report was given by Rebecca Deming, Director of Planning

Open Public Hearing 7:03 p.m.
Deb Smith – ADV - Applicant
Eddie Estrada – UCAP - Applicant
Rhonda Guaderrama –Boys & Girls Clubs of the San Gorgonio Pass  - Applicant
Closed Public Hearing 7:13p.m.

Motion by Council Member Berg, Seconded by Council Member Fox to 1) Approve and Authorize the preparation and submit CDBG applications for Public Improvement Projects including the Sidewalk repairs and addition of new sidewalks and give authority to the City Manager to reduce or increase the amount funded to the Sidewalk repair and addition of new sidewalk project; 2) Approve and authorization to prepare and submit CDBG applications for Non-profit Public Programs including the Riverside County Coalition for Alternatives to Domestic Violence (ADV) in the amount of $10,000, subject to the condition that ADV apply for and receive funds from the County or other EDA participating Cities; 3) Approve and authorization to prepare and submit CDBG applications for Non-profit Public Programs including the Boys and Girls Clubs in the amount of $10,000, subject to the condition that Boys and Girls Club apply for and receive funds from the County or other EDA participating Cities; and 4) Approve and authorization to prepare and submit CDBG applications for Non-profit Public Programs including Urban Community Action Projects in the amount of $10,000, subject to the condition that Urban Community Action Projects apply for and receive funds from the County or other EDA participating Cities.  Vote: 5/0

Public Record



GROUP EXHIBIT C

NUFIC_049281

c.   **Adoption of Ordinance No. 1004 at its second reading by title only – An
Ordinance of the City Council of the City of Beaumont, California, Adding
Chapter 6.05 to the Beaumont Municipal Code Regarding Disposal of Dog
Feces on Private Property.  (pulled from consent calendar for discussion)**

Mayor Pro Tem Berg recommended that the Ordinance be modified to include horses.

Motion by Council Member Berg, Seconded by Council Member Fox to approve
Ordinance No. 1004 with the amendment to include horses in the requirements as well.
Vote: 5/0

5.     **ORAL AND WRITTEN COMMUNICATIONS:**

Judy Bingham – Comments regarding ULC
Doug Hammer – Update on the Fire Museum

Adjournment of the City Council Meeting at 7:32 p.m.

Respectfully Submitted,

Alan Kapanicas,
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049282



Minutes
Beaumont City Council
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
550 E. 6th Street, Beaumont, California
Regular Session (6:00 p.m.)
Workshop (After Regular Session.)
Closed Session (after Workshop)
Tuesday, August 21, 2012

**REGULAR SESSION**

Regular Session to begin at 6:00 p.m.                 Place: Civic Center, Room 5

Roll Call:  Mayor Berg, Mayor Pro Tem Castaldo, Council Member
            De Forge, Council Member Fox, Council Member Gall were present.

| | |
|---|---|
| Invocation: | Pastor Carey Barnett – 1st Baptist Church |
| Pledge of Allegiance: | |
| Presentation: | Honoring a Local Volunteer Hero – Matt Huizenga |
| | PASSCOM Presentation – Brenda Knight |
| Adjustments to Agenda: | Item 3.a.10 pulled from the agenda – Task Order for Water Quality Management Services |

**1.     COUNCIL REPORTS**  *(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)*

   a)   Mayor Berg – Update on Summer Concerts in the Park Series, thank staff for resolving the issues with the church on 7th Street.
   b)   Mayor Pro Tem Castaldo – Updates on 4th of July, Concerts in the Park Series, BCVWD
   c)   Council Member De Forge – Updates on 4th of July and Summer Concerts in the Park
   d)   Council Member Fox – Update on MDA
   e)   Council Member Gall – Update on the Hawaiian Festival

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049283

**2.** **CITY MANAGER REPORTS**
a. **Beaumont Charitable Foundation** *(made up of donations from citizens, employees & contractors)*
   1) Financial Update
   2) MDA Update – Year End Review
b. **Community Information and Local Project Update**
   1) Financial Update
   2) Centennial Update
   3) Construction Update
   4) Economic/Successor Agency Update
   5) Youth Advisory Committee Update
   6) Memorial Committee Report
      a) Public Safety
      b) Barrio Informational Kiosk
   7) League of California Cities Annual Conference Sept. 5, 6, & 7, 2012– Resolution Packet
   8) Request Partner Update
   9) Dark Sky Update
   10) Sales Tax Update
   11) Stimulus Update
c. **Calendar of Events**
   1) August 29, 2012 – Jail-A-Thon 8am – 5 pm Civic Center – Fundraiser for Adopt a Cop and Police Explorer Program
   2) August 30, 2012 – Ice Cream Social – 6 pm – 8pm - Civic Center
   3) September 3, 2012 City Offices Closed for Labor Day
   4) September 8, 2012 – Low Cost Animal Shot Clinic
   5) September 14 – 16, 2012 Oktoberfest – Noble Creek
   6) October 8, 2012 – City Offices Closed – Columbus Day
   7) October 27, 2012 – Monster Mash Halloween Party
   8) November 10, 2012 – Family Safety Fair
   9) November 18, 2012 – City of Beaumont 100th Birthday!!!
   10) 1st Wednesday of each Month – Beaumont Care Awareness Team
   11) 2nd and 3rd Wednesday of Each Month – Story Time Café
d. **Rumor Control and Report on Oral and Written Communications**

**3.** **ACTION ITEMS/PUBLIC HEARING/REQUESTS**
   a. **Consent Calendar** (Items on the consent calendar are taken as one action item unless an item is pulled for further discussion)
     1. Approval of all Ordinances & Resolutions to be read by title only & publish by summary
     2. Approval of the Minutes of the City Council Meeting July 3, 2012
     3. Approval of the Warrant List for August 21, 2012.
     4. Adoption of Ordinance No. 1022 at its second reading by title only – Ordinance of the City Council of the City of Beaumont Authorizing the Levy of a Service Special Tax and a Special Tax within Improvement Area No. 17C of Community Facilities District No. 93-1.
     5. Approval of Notice of Completion and Release of Bond No. 46BSBDW3435 for Centex Homes, Seneca Springs 31521-5.
     6. Approval of Business License for Symons Emergency Specialties (non-emergency transport ambulance).
     7. Approval of Request for Fee Waiver for the 3rd Annual Beaumont Spirit Run – September 8, 2012
     8. Approval of Business License for Valley Medical Transport (non-emergency transport ambulance).
     9. Approval of Notice of Completion and Reduction of Cash Bonds for KB Homes, Seneca Springs 31521-1 & 2
     10. Approval Task Order for Water Quality Management Services.
     11. Approval of Exoneration of Monument Bond No. 52BSBDL9424 – Pardee Homes, Sundance Tract 31468-3
**Recommendation: Approval of the Consent Calendar as presented.**

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

Public Record

GROUP EXHIBIT C

NUFIC_049284

**Motion by Council Member Fox, Seconded by Council Member De Forge to
approve the Consent Calendar with the exception of item 3.a.10 which was pulled
from the agenda for consideration at a future meeting. Vote: 5/0**

b.   **Ordinance No. 1023 – An Ordinance of the City Council of the City of
Beaumont, California Establishing Development Impact Fee for Salt
Removal Facilities.**

Recommendation:  Receive Staff Report, Hold a Public Hearing, and Approve the 1st
reading of Ordinance No. 1023 as presented.

Staff report was given by Kyle Warsinski, Community Development Analyst

Open Public Hearing 7:12 p.m.
Judy Bingham – Opposed
Bill Blankenship – Opposed
Chris Courtney – Opposed
Closed Public Hearing 7:25 p.m.

Motion by Council Member Berg, Seconded by Council Member De Forge to continue
consideration to the next regular City Council Meeting.  Vote: 5/0

c.   **Ordinance No. 1024 – An Ordinance of the City Council of the City of
Beaumont, California Establishing Development Impact Fee for the Fourth
Street Extension Project, Appointing Time and Place of a Public Meeting
and of a Public Hearing and Directing Notice Thereof.**

Recommendation:  Receive Staff Report, Hold a Public Hearing, and approve the 1st
reading of Ordinance No. 1024 as presented.

Staff report was given by Kyle Warsinski, Community Development Analyst

Open Public Hearing 7:52 p.m.
Bill Blankenship – Opposed
Chris Courtney – Opposed
Closed Public Hearing 7:58 p.m.

Motion by Council Member De Forge, Seconded by Council Member Gall to continue
consideration to the next regular meeting. Vote: 5/0

Public Record

GROUP EXHIBIT C

NUFIC_049285

e.   **Update on Barrio Memorial Proposals – Review of Resolution No. 2012-22, A Request for Street Name Change of "B" Street to Garcia-Dominguez Street, between Elm Avenue and Grace Avenue, or Consideration of a Memorial Kiosk**

Recommendation: Receive Staff Report; Review the proposed requests and take Public Comment; and Approve or Deny the street name change request; and should the City Council determine to approve this name change request, Adopt Resolution No. 2012-22 changing the name of "B" Street to Garcia-Dominguez Street; and Provide direction to staff relative to the Memorial Kiosk Proposal.  Should the Council elect this option, staff recommends that the Memorial Committee review this formally at its next meeting.

**Staff report was given by Chris Tracy, Associate Planner**

**Speakers:**
**Lawrence Calderon – In favor of street name change**
**Delores Calderon – In favor off street name change**

Motion by Council Member De Forge, Seconded by Council Member Castaldo to authorize the residents to move forward with the planning of the kiosk and deny the request for the street name change. Vote: 5/0

**Council Member Fox left the meeting**

d.   **Ordinance No. 1025 - Ordinance of the City Council of the City of Beaumont, California Amending Chapter 17.03.120 "Permitted Uses for Base Zones", Amending Chapter 17.03.150 "Permitted Uses for Overlay Zone Districts", and Amending Chapter 17.14.030 "Definitions A through Z", of the Beaumont Municipal Code (churches and other religious uses)**

Recommendation:  Receive Staff Report, Hold a Public Hearing, and approve the 1st reading of Ordinance No. 1025 as presented.

Staff report was given by Rebecca Deming, Director of Planning

Open Public Hearing 8:15 p.m.
No speakers
Closed Public Hearing 8:16 p.m.

Motion by Council Member De Forge, Seconded by Council Member Gall to approve the 1st reading as presented.  Vote: 4/0

Public Record

GROUP EXHIBIT C

NUFIC_049286

4. **ORAL AND WRITTEN COMMUNICATIONS:**

John Halliwill – Golf Club Drive Improvements, Lowe's Property Maintenance, BCVWD Improvements

Judy Bingham – feels she is being harassed by the Mayor, ULC profits from the City.

5. **SUCCESSOR AGENCY BUSINESS (RDA)**

a. **Resolution 2012-44 and 2012-45; Approval of the Successor Agency Administrative Budgets for the periods of January 2013 through June 2013 and July 2013 through December 2013.**

Recommendation: Receive Staff Report and Adopt Resolution No. 2012-44 and 2012-45 as presented.

Motion by Council Member De Forge, Seconded by Council Member Gall to adopt Resolution Nos. 2012-44 and 2012-45 as presented. Vote: 4/0

b. **Resolution 2012-46; Approve the Recognized Obligation Payment Schedule for January 1, 2013 to June 30, 2013.**

Recommendation: Receive Staff Report and Adopt Resolution No. 2012-46 as presented.

Motion by Council Member De Forge, Seconded by Council Member Castaldo to adopt Resolution No. 2012-46 as presented. Vote: 4/0

Adjournment of the City Council Meeting at 8:25 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049287



**Minutes**
**Beaumont City Council**
**Beaumont Financing Authority**
**Beaumont Utility Authority**
**Beaumont Charitable Foundation**
**Beaumont Conservation Authority**
**Beaumont Successor Agency (formerly RDA)**
550 E. 6th Street, Beaumont, California
Regular Session (6:00 p.m.)
Workshop (After Regular Session.)
Closed Session (after Workshop)
Tuesday, December 4, 2012

## REGULAR SESSION

Regular Session to begin at 6:00 p.m.                    Place: Civic Center, Room 5

Roll Call: Mayor Berg, Mayor Pro Tem Castaldo, Council Member De Forge, Council Member Fox, Council Member Gall were present.

Invocation:
Pledge of Allegiance:

Thank Nancy Gall and give plaque

Swearing in of Elected Officials by Mayor Berg

Council Member Knight takes her seat on the dais

| | |
|---|---|
| Presentation: | Proclamation - Catch a Star Theatrical Players |
| | California Clean Energy Authority Presentation – Heather Swan |
| Adjustments to Agenda: | None |

1.    **COUNCIL REPORTS**   *(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)*

   a)    Mayor Berg – Update on Centennial Celebration, RCA,
   b)    Mayor Pro Tem Castaldo – Update on Safety Fair, Centennial Celebration, Thanksgiving distribution, State of the County,
   c)    Council Member De Forge – Beaumont Cares Meeting,
   d)    Council Member Fox – Centennial, Thank Nancy, Public Safety Memorial
   e)    Council Member Knight – Happy to be on board, Memorial Service for Mr. McManis, Beaumont Safety Fair, Passcom Update, Veteran's Expo, Centennial Celebrations, Memorial CHP Rick Reed, Chatigny Center Day Camp, Castaldo Land, 20th Annual Winter Fest

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

Public Record

GROUP EXHIBIT C

NUFIC_049288

**2.   CITY MANAGER REPORTS**

a.   **Beaumont Charitable Foundation** *(made up of donations from citizens, employees & contractors)*\
    1)   Financial Update

b.   **Community Information and Local Project Update**
    1)   Centennial Update (2112 Planning)
    2)   Construction Update
    3)   Youth Advisory Committee Update
    4)   Memorial Committee Report
        a)   Public Safety
        b)   Barrio Informational Kiosk
        c)   Fallen Hero's at Oak View Park
    5)   Request Partner/Mobile Update
    6)   2012 Family Safety Fair Update – Held November 10, 2012
    7)   Economic Stimulus Plan Update

c.   **Calendar of Events**
    1)   December 1, 2012 – Food Drive - Walmart
    2)   December1 & 2, 2012 – Spark of Love Toy Drive – Walmart
    3)   December 8, 2012 – Shop with a Hero
    4)   December 15, 2012 - Christmas Light Parade & Christmas Tree Lane Auction
    5)   1st Wednesday of each Month – Beaumont Care Awareness Team
    6)   2nd and 3rd Wednesday of Each Month – Story Time Café

d.   **Rumor Control and Report on Oral and Written Communications**

Tommy Thompson spoke on item 2.b.7 – In Favor

**3.   ACTION ITEMS/PUBLIC HEARING/REQUESTS**

a.   **Consent Calendar (Items on the consent calendar are taken as one action item unless an item is pulled for further discussion)**
    1.   Approval of all Ordinances & Resolutions to be read by title only & publish by summary
    2.   Approval of the Minutes of the City Council Meeting November 6, 2012
    3.   Approval of the Warrant List for December 4, 2012.
    4.   Approval of Final Parcel Map No. 36488 Located at 1538 Second Street Marketplace (Farmer Boys)
    5.   Approval of Business License – Care Ambulance Service Inc.
    6.   Approval of Veteran's Expo request for Funding
    7.   Denial of Claim – Caleb Arnold
    8.   Approval of Funding Request from CAST Players
    9.   Approval of Final Parcel Map No. 36506 Located at 1488 Second Street Marketplace (Firestone/Ramona Tire) – Applicant: Fountainhead Development
    10.  Approval of Fee Waiver Request for the 2013 Redlands Bike Classic
    11.  Approval of the Lake Elsinore and Canyon Lake Nutrient TMDL Task Force Agreement
    12.  Adopt Resolution No. 2012-50 - Declaring the Result of the 2012 Election held by the County of Riverside Registrar of Voters
    13.  Award of the Street Sweeping Agreement to CR&R Inc., Approve the Project Progress Report; and Authorize the Mayor to Execute the Agreement, Task Order, and Project Progress Report subject to the City Attorney to Make non-substantive changes.

**Recommendation:  Approval of the Consent Calendar as presented.**

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049289

Motion by Council Member Fox, Seconded by Council Member De Forge to approve the Consent Calendar as presented. Vote: 5/0

b.   **Salt Mitigation Facilities Fee Rate Study and Ordinance No. 1023 (continued from August 21, 2012 and again September 18, 2012)**

Recommendation:  Receive the Staff Report, Hold a Public Hearing, Table Ordinance No. 1023, Approve the Salt Mitigation Facility Fee Study and the Project Progress Report, and Authorize the Mayor to Execute the Project Progress Report.

Staff report was given by Kyle Warsinski, Economic Development Analyst

Open Public Hearing 7:05 p.m.
Judy Bingham – opposed
Tommy Thompson, BIA Representative – in favor
Closed Public Hearing 7:07 p.m.

Motion by Council Member De Forge, Seconded by Council Member Castaldo to Table Ordinance No. 1023, Approve the Salt Mitigation Facility Fee Study and the Project Progress Report, and Authorize the Mayor to Execute the Project Progress Report. Vote: 5/0

c.   **Negative Declaration 12-ND-06 and Resolution authorizing submittal of the Clean Water State Revolving Fund (CWSRF) Application for the Septic Tank Conversion Project (continued from November 6, 2012)**

Recommendation: Receive staff report; Approve the Project Progress Report; Approve Negative Declaration No. 12-ND-06 and corresponding Federal Environmental Checklist; and Adopt the resolution to submit the Clean Water State Revolving Fund Application to secure funding for the Septic Conversion Project.

Staff report was given by Rebecca Deming, Director of Planning

Open Pubic Hearing 7:15 p.m.
No speakers
Closed Public Hearing 7:16p.m.

Motion by Council Member De Forge, Seconded by Council Member Fox to approve the Project Progress Report; Approve Negative Declaration No.12-ND-06 and Corresponding Federal Environmental Checklist; and Adopt the resolution to submit the Clean Water State Revolving Fund Application to secure funding for the Septic Conversion Project. Vote: 5/0

d.   **An Ordinance Amending Section 17.09 of the Beaumont Municipal Code – "Animal Keeping"**

Recommendation: Receive staff report; Hold a Public Hearing; and Approve the 1st Reading of the Ordinance to amend section 17.09 of the Beaumont Municipal Code.

Staff report was given by Rebecca Deming, Director of Planning

Public Record

GROUP EXHIBIT C

NUFIC_049290

Open Public Hearing 7:17 p.m.
No Speakers
Closed Public Hearing 7:18 p.m.

Motion by Council Member De Forge, Seconded by Council Member Knight to approve the first
reading of the ordinance to amend section 17.09 of the Beaumont Municipal Code as presented.
Vote: 5/0

**e.    An Ordinance Amending Section 8.50 of the Beaumont Municipal Code Entitled
"Outdoor Lighting"**

Recommendation: Receive staff report, Hold a public Hearing; and approve the 1st reading of the
ordinance to amend section 8.50 of the Beaumont Municipal Code as presented.

Staff report was given by Rebecca Deming, Director of Planning

Open Public Hearing 7:20 p.m.
Susie Lara -
Closed Public Hearing 7:21 p.m.

Motion by Council Member Castaldo, Seconded by Council Member De Forge to approve the
first reading of the ordinance to amend section 8.50 of the Beaumont Municipal Code as
presented. Vote: 5/0

**f.    Planning Commission Appointments for three (3) vacancies**

Recommendation: Receive staff report, review applications and ask questions of applicants, and
make appointments for the three (3) vacancies to end December 2016.

Nomination by Council Member Castaldo, Seconded by Council Member Fox to appoint Joseph
Davis for the position of Planning Commission for a term to expire December 30, 2016. Vote: 5/0

Nomination by Council Member Fox, Seconded by Council Member De Fore to nominate Sean
Balingit for the position of Planning Commissioner for a term to expire December 30, 2016. Vote:
5/0

Nomination By Council Member Fox to appoint Bob Tinker for the position of Planning
Commissioner.  No Second was offered.

Nomination by Council Member DeForge, Seconded by Council Member Berg to appoint Nick
Wirick for the position of Planning Commissioner for a term to expire December 30, 2016. Vote:
4/1 (Council Member Fox voted no)

**g.    Administrative Board of Appeals Appointments for nine (9) vacancies**

Recommendation: Receive staff report, review applications and ask questions of applicants, and
make appointments to fill vacancies to end December 2014.

Motion by Council Member DeForge, Seconded by Council Member Castaldo to appoint Gunnar
Hardy, Paul St. Martin, Bob Tinker and Brian Sylva to the Administrative Board of Appeals for a
term to expire December 2014. Vote: 5/0

Public Record

GROUP EXHIBIT C

NUFIC_049291

All Planning Commissioners and Administrative Appeals Board Members present were sworn in.

**4.** **SUCCESSOR AGENCY BUSINESS (RDA)**

**a.** **Transfer ownership of certain assets and properties owned by the dissolving Beaumont Redevelopment Agency to the City of Beaumont and Authorize the retention of the assets and properties by the City of Beaumont.**

Recommendation: Adopt the Resolution to Approve the Transfer ownership of certain assets and properties owned by the dissolving Beaumont Redevelopment Agency to the City of Beaumont and authorize the retention of the assets and properties by the City of Beaumont.

Staff report was given by Kyle Warsinski, Community Development Analyst

Motion by Council Member Castaldo, Seconded by Council Member De Forge to adopt the Resolution to Approve the Transfer ownership of certain assets and properties owned by the dissolving Beaumont Redevelopment Agency to the City of Beaumont and authorize the retention of the assets and properties by the City of Beaumont. Vote: 5/0

**5.** **ORAL AND WRITTEN COMMUNICATIONS:**

Suzie Lara – Thank the City for the Safety Assembly for Beaumont Unified School District Students

Judy Bingham – Comments about Urban Logic and City Staff

Adjournment of the City Council Meeting at 8:04 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

GROUP EXHIBIT C

NUFIC_049292



Minutes
Beaumont City Council
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
Beaumont Successor Agency (formerly RDA)
550 E. 6th Street, Beaumont, California
Regular Session
Tuesday, September 3, 2013
6:00 p.m.

**REGULAR SESSION**
Regular Session to begin at 6:00 p.m.                     Place: Beaumont Civic Center

Roll Call:   Mayor Berg, Mayor Pro Tem Castaldo, Council Member De Forge, Council Member Fox, Council Member Knight.

Invocation:                    Jerry Westholder – Police Chaplin
Pledge of Allegiance:          Mayor Berg
Adjustments to Agenda:         None

### 1.   PRESENTATIONS

a)   Transit Comprehensive Operations Analysis Update

### 2.   COUNCIL REPORTS   *(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)*

a)   Mayor Berg  - Update on RCTC
b)   Mayor Pro Tem Castaldo – Thank Community and Staff for assistant with the Silver Fire Disaster Relief, Thank the Fire Department, Thank the Police Department, Water Task Force Meeting, Finance Committee Meeting, Fiscal Year Audit 2012, the City has not extended the CFD's, Forensic Audit
c)   Council Member De Forge – Beaumont Youth Advisory Committee
d)   Council Member Fox – Police and Fire Memorial Fund Raiser
e)   Council Member Knight – Delegate visit from Kabul, CERT Training

### 3.   PUBLIC COMMENT PERIOD:

| | |
|---|---|
| Lloyd White – | Internal Control Audit |
| Blair Ball – | Wastewater Treatment Fees |
| John Dyson – | CFD Bond – Please leaves the bonds as they are |
| Judy Bingham – | Missing sign placed on table in the council meeting, questioning the Council, ULC and Mr. Kapanicas, GAAP Audit |
| Anita Worthen – | Thank you to the City, Four Seasons in very happy with what the City has done, National Night Out update |
| Victor Dominguez – | Forensic Internal Audit – How many signatures to get the audit |

### 4.   WORKSHOP

a.   Planning and Neighborhood Services Presentation

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

Public Record

GROUP EXHIBIT C

NUFIC_049293

**5.** **CITY MANAGER REPORTS**

a. **Beaumont Charitable Foundation** *(made up of donations from citizens, employees & contractors)*
    1) Recent/Upcoming Events
        a) Financial Update (May, June, July, 2013)
        b) MDA Update

b. **Community Information and Local Project Update**
    1) Financial Update (July 31, 2013)
    2) Sales Tax Update
    3) Streets/Facilities Update
    4) June 2013 Dashboard Report
    5) Department of Building and Safety Yearly Reporting of Permit Information
    6) Beaumont Cares Information
    7) Memorial Committee Report
    8) Legislative Update
    9) Youth Advisory Committee

c. **Calendar of Events**
    1) August 31, 2013 – Public Safety Memorial Golf Tournament – Golden Era Golf Course
    2) September 7-8, 2013 – Stagecoach Days – City of Banning
    3) September 27-29, 2013 – Oktoberfest – Noble Creek
    4) September 28, 2013 – Community Clean up – 8am – 1 pm Stewart Park (9th & Maple)
    5) 1st Wednesday of each Month – Beaumont Care Awareness Team
    6) 2nd and 3rd Wednesday of Each Month – Story Time Café

d. **Rumor Control and Report on Public Comments**

**6.** **ACTION ITEMS/PUBLIC HEARING/REQUESTS**

a. **Consent Calendar** (Items on the consent calendar are taken as one action item unless an item is pulled for further discussion)
    1. Approval of all Ordinances & Resolutions to be read by title only & publish by summary
    2. Approval of the Minutes of the City Council Meeting July 2, 2013
    3. Approval of Minutes for City Council Meeting of July 16, 2013.
    4. Approval of the Warrant List for September 3, 2013
    5. Approval of Notice of Completion, Acceptance of Street, Drainage and Sewer Improvements and Exoneration Bond No. 8204-49-50M for KB Homes, Sundance Tract 31468-4
    6. Approval of Notice of Completion, Acceptance of Street, Drainage and Sewer Improvements and Exoneration Bond No. 8204-49-49M for KB Homes, Sundance Tract 31468-8
    7. Ratify the Purchase of Electronic Control Devices for Police Operations
    8. Approval of Improvement Agreement for Tract Map 34862-1 Street, Sewer, and Drainage Improvements Located in the Sundance Community.
    9. Approval of Improvement Agreements for Tract Map 31468-7 and 31468-8 Street, Sewer, and Drainage Improvements located in Sundance and Exoneration of Bond # 5025598 and 5025596 being replaced by said Agreement
    10. Authorization to Accept an Offers of Dedication and Approve Quitclaim Deed related to Dowling Industrial Phase II (Icon Fitness)
    11. Approval of Agreement to Jointly Implement Southern California Edison's 2013 Local Government Strategic Plan Solicitation and Southern California Gas Company's Technical Assistance funding with AECOM
    12. Adopt a Resolution of the City Council of the City of Beaumont Fixing the Day and Time of the Regular Meetings of the City Council and Planning Commission.
    13. Approval of Fee Waiver for Special Event Permit for "4th Annual Beaumont Spirit Run" on October 12, 2013. Applicant: Beaumont-Cherry Valley Rotary Club

**Recommendation: Approval of the Consent Calendar as presented.**

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

Public Record

GROUP EXHIBIT C

**Pull items 6.a.2, 4, 11, 12 and 13 for further discussion.**

**AE Com Presentation on Item 6.a.11**

**Motion by Council Member Fox, Seconded by Council Member De Forge to approve the remainder of the Consent Calendar as presented. Vote: 5/0**

b.  **Hidden Canyon General Plan Amendment 13-GPA-02, Revised Tentative Parcel Map 36426 (13-PM-01) for "Finance and Conveyance Purposes", and Development Agreement 13-DA-02 – Located at the Western Terminus of Fourth Street, South of Highway 60, East of Jack Rabbit Trail. Applicant: Timoteo Land Development, LLC** (Continue from Regular meeting of July 2, 2013)

Recommendation: Receive Staff Report, Receive Testimony, Close Public Hearing and
- Adopt of a resolution amending the General Plan (13-GPA-02), updating the General Plan Circulation Map.
- Approve of Revised Tentative Parcel Map 36426 as presented; and,
- Approve the first reading of an Ordinance for the Implementation of Development Agreement 13-DA-02.by

Staff report was given Rebecca Deming, Director of Planning

John Dyson – Opposed to warehouses
Rebecca     - Opposed to warehouses
Judy Bingham – Opposed to warehouses
Mary Daniel - Opposed to warehouses
Lloyd White - Opposed to warehouses

Motion by Council Member Fox, Seconded by Council Member De Forge to Continue to the regular meeting of October 1, 2013 at approximately 6:00 pm.  Vote: 4/1 (Council Member Castaldo opposed)

c.  **Ordinance Amending Beaumont Municipal Code Section 9.30.020 Regarding Dangerous Weapons**

Recommendation: Receive Staff Report, Hold a Public Hearing, Approve the First Reading of the Ordinance as presented.

Staff report was given by Frank Coe, Police Chief

Open Public Hearing 8:10 p.m.
No speakers
Closed Public Hearing 8:11 p.m.

Motion by Council De Forge, Seconded by Council Member Knight to approve the first reading of the ordinance to amend section 9.30.020 of the Beaumont Municipal Code as presented.  Vote: 5/0

Public Record

GROUP EXHIBIT C

NUFIC_049295

d.   **Environmental Review – 4th Street Extension to Potrero Blvd. Overpass; Mitigated Negative Declaration 13-MND-05**

Recommendation: Receive Staff Report; Hold a Public Hearing; and Review and Adopt Mitigated Negative Declaration 13-MND-05 for the 4th Street Extension to Potrero Blvd.

Staff report was given by Chris Tracy, Associate Planner

Open Public Hearing 8:19 p.m.
Judy Bingham – Opposed
Closed Public Hearing 8:20 p.m.

Motion by Council Member Castaldo, Seconded by Council Member Knight to Adopt Mitigated Negative Declaration 13-MND-05 for the 4th Street Extension to Potrero Blvd. Vote: 5/0

e.   **Resolutions for State Water Resources Control Board – Clean Water State Revolving Fund**

Recommendation: Receive Staff Report and Adopt Resolutions as presented.

Staff report was given by Kelsey Gormley, Management Analyst

Speakers:
Judy Bingham – Her business does not have sewer.

Motion by Council Member Castaldo, Seconded by Council Member De Forge to Adopt Resolutions as presented.  Vote: 5/0

f.   **Request for Acceptance and Expenditure of Grant Funds as awarded by the University of Berkeley, Safe Transportation Research and Education Center for Grant Period FY2013-14.**

Recommendation:  Accept the award in the amount not to exceed $34,431.00 and authorize the City Manager to direct the Police Chief to approve expenditures as approved in the grant application for staff time and equipment related to grant activities and submit reimbursements as outlined in the program documents.

Motion by Council Member DeForge, Seconded by Council Member Knight to Accept the award in the amount not to exceed $34,431.00 and authorize the City Manager to direct the Police Chief to approve expenditures as approved in the grant application for staff time and equipment related to grant activities and submit reimbursements as outlined in the program documents. Vote: 5/0

g.   **Warrant List (moved from Consent Calendar)**

Speakers:
Judy Bingham – Urban Logic payments

Motion by Council Member Castaldo, Seconded by Council Member De Forge to approve the Warrant List as presented. Vote: 4/0 (Council Member Knight was away from the dais)

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049296

h. **Adopt a Resolution of the City Council of the City of Beaumont Fixing the Day and Time of the Regular Meetings of the City Council and Planning Commission.** (moved from Consent Calendar)

Speakers:
Judy Bingham – Wants to know why this resolution is on the agenda.

Motion by Council Member De Forge, Seconded by Council Member Fox to adopt the resolution as presented. Vote: 5/0

i. **Minutes of the July 2, 2013 Council Meeting** (moved from Consent Calendar)

Speakers:
Lloyd White – clarification on motion for item 6.d of the July 2, 2013 minutes

Motion by Council Member De Forge, Seconded by Council Member Knight to approve the minutes as presented. Vote: 5/0

j. **Approval of Agreement to Jointly Implement Southern California Edison's 2013 Local Government Strategic Plan Solicitation and Southern California Gas Company's Technical Assistance funding with AECOM** (moved from Consent Calendar)

Motion by Council Member Castaldo, Seconded by Council Member Knight to continue to the next regular City Council meeting. Vote: 5/0

k. **Approval of Fee Waiver for Special Event Permit for "4th Annual Beaumont Spirit Run" on October 12, 2013. Applicant: Beaumont-Cherry Valley Rotary Club**

Motion by Council Member De Forge, Seconded by Council Member Fox to approve as presented. Vote: 3/0/2 (Council Member Knight and Council Member Castaldo abstained)

7. **SUCCESSOR AGENCY BUSINESS (RDA)**

a. **Resolutions to Approve two Successor Agency Administrative Budgets for the periods of January 2014 through June 2014, and July 2014 through December 2014.**

Recommendation: Adopt Resolutions as presented.

Staff report was given by Kyle Warsinski, Community Development Analyst

Motion by Council Member Knight, Seconded by Council Member Castaldo to adopt the resolutions as presented. Vote: 5/0

b. **Resolution to Approve the Recognized Obligation Payment Schedule 13-14B for January 1, 2014 to June 30, 2014.**

Recommendation: Adopt Resolution as presented.

Staff report was given by Kyle Warsinski, Community Development Analyst

Motion by Council Member De Forge, Seconded by Council Member Castaldo to adopt the resolution as presented.  5/0

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

Public Record

GROUP EXHIBIT C

8. **LEAGUE OF CALIFORNIA CITES ANNUAL CONFERENCE - RESOLUTIONS FOR CONSIDERATION**

a. **Resolution Calling Upon the Governor and the Legislature to work with the League of California cities in Providing Adequate Funding and to Prioritize Water Bonds to Assist Local Government in Water Conservation, Ground Water Recharge and Reuse of Storm water and Urban Runoff Programs**

b. **Resolution Calling Upon the Governor and Legislature to enter into discussions with the League and California Police Chiefs' Association Representatives to Identify and Enact Strategies that will Ensure the Success of Public Safety Realignment from a Local Municipal Law Enforcement Perspective**

Recommendation: Review Resolutions and Background and Directed the League of California Cities Annual Conference appointed Voting Delegates, Mayor Berg and Mayor Pro Tem Castaldo.

**Motion by Council Member Fox, Seconded by Council Member Knight to request that the voting delegates vote in support of these two resolutions at the League of California Cities Annual Conference. Vote: 5/0**

9. **CLOSED SESSION** No Action Taken

Closed Session may be held after regular session
a. Conference with Labor Negotiator – Pursuant to Government Code Section 54957.6 City Negotiator as Personnel Director, Alan Kapanicas
b. Pursuant to Government Code 54956.9 (a)– Existing Litigation
    1. Western Riverside Council of Governments vs. City of Beaumont RIC 536164
    2. Oak Tree Alternative Care vs. City of Beaumont RIC 1109687
    3. Morgan/Luna vs. City of Beaumont RIC 1118540
    4. Davis, Harris, and Ford VS. City of Beaumont 12-4990(ABC)(SHX)
    5. City of Beaumont vs. WRCOG/RCTC – RIC 1211222
    6. Sontoski vs. City of Beaumont – RIC 1217866
    7. Hernandez v. City of Beaumont, et.al. ED CV 13-00967DDP (DTBx)
    8. Minyard vs. City of Beaumont ED CV 13-110DSF (RZ)
c. Significant Exposure to Litigation Pursuant to Government Code Section 54956.4(b): One Case

Adjournment of the City Council Meeting at 9:20 p.m.

Respectfully Submitted

Alan Kapanicas
City Manager

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049298



Minutes
Beaumont City Council
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
Beaumont Successor Agency (formerly RDA)
550 E. 6th Street, Beaumont, California
Tuesday, February 4, 2014
Closed Session (5:00 p.m.)
Regular Session (6:00 p.m.)

**CLOSED SESSION**
Closed Session to begin at 5:00 p.m.

Roll Call:   Mayor Knight, Mayor Pro Tem Fox, Council Member Berg,
            Council Member Castaldo, and Council Member De Forge were present.

a.      Conference with Labor Negotiator – Pursuant to Government Code Section 54957.6 City
        Negotiator as Personnel Director, Alan Kapanicas
b.      Pursuant to Government Code 54956.9 (a)– Existing Litigation
        1.  Western Riverside Council of Governments vs. City of Beaumont RIC 536164
        2.  Oak Tree Alternative Care vs. City of Beaumont RIC 1109687
        3.  Morgan/Luna vs. City of Beaumont RIC 1118540
        4.  Davis, Harris, and Ford VS. City of Beaumont 12-4990(ABC)(SHX)
        5.  City of Beaumont vs. WRCOG/RCTC – RIC 1211222
        6.  Sontoski vs. City of Beaumont – RIC 1217866
        7.  Hernandez vs. City of Beaumont, et.al. ED CV 13-00967DDP (DTBx)
        8.  Minyard vs. City of Beaumont ED CV 13-110DSF (RZ)
        9.  City of Beaumont vs. Beaumont Cherry Valley Water District RIC 1314072
        10. Walker vs. City of Beaumont 13-CV-1992
        11. Pedroza vs. City of Beaumont EDCV-13-01800JGB (DTBx)

Item b.4 has been settled.  No other action was taken.

**REGULAR SESSION**
Regular Session to begin at 6:00p.m.                    Place: Beaumont Civic Center

Roll Call:   Mayor Knight, Mayor Pro Tem Fox, Council Member Berg, Council Member Castaldo,
            and Council Member De Forge were present.

Invocation:              Berg
Pledge of Allegiance:    De Forge
Adjustments to Agenda:   None

**1.     PRESENTATIONS/RECOGNITIONS**

        a)      Presentation from the Beaumont Library District
        b)      Presentation from the Cherry Festival Association
        c)      Proclamation – Home Town Hero

GROUP EXHIBIT C

NUFIC_049299

2. **COUNCIL REPORTS** *(This is the portion of the agenda where the City Council will present updates on city actions taken, committee assignments, and training and travel)*
    a)   Berg  - Update on RCTC
    b)   Castaldo – Update on Veterans Expo, CVP Volunteers, and Police Explorers
    c)   De Forge  - Update on Veterans Expo
    d)   Fox – Update on Mayor's Breakfast, Veterans Expo, and RTA
    e)   Knight – Update on Science Fair Judge and Environmental Quality Control Meeting,

3. **PUBLIC COMMENT PERIOD:**
    a.   Karah Fraise – Pass Transit School Transportation
    b.   Bette Yurnehl – Code Enforcement
    c.   John Dyson – Gateway Warehouse project, CFD Taxes
    d.   Dr. Blair Ball – Brown Act
    e.   Judy Bingham -  ULC and GGMS

4. **CITY MANAGER REPORTS**
a. **Beaumont Charitable Foundation** *(made up of donations from citizens, employees & contractors)*
    1)   Recent/Upcoming Events
    2)   Financial/Operation Update
b. **Community Information and Local Project Update**
    1)   Financial/Operation Update
        a.   Sales Tax Update
    2)   Committee Updates
        a.   Streets/Facilities
        b.   Memorial Committee
        c.   Youth Advisory Committee
        d.   Legislative Committee
    3)   Beaumont Chamber of Commerce Report
c. **Calendar of Events**
    1)   February 1, 2014 – Low Cost Animal Care Shot Clinic – 9-11 – Civic Center
    2)   February 7, 2014 – Beaumont Climate Action Planning Workshop – 5:30 – 8:30 p.m. – Civic Center
    3)   February 9, 2014 - Relay for Life Survivor Birthday Party – 2 p.m. – 4 p.m. - Beaumont Civic Center
    4)   February 11, 2014 - Senior Valentine Dance – 1 p.m. to 3 p.m. (RSVP Required 951-769-8524) Beaumont CRC
    5)   February 13 - 15 2014 – CERT Training – Civic Center
    6)   February 17, 2014 – Beaumont Civic Center Closed – Presidents Day (CRC/PD Regular Hours)
    7)   February 27, 2014 – Boys in Blue Serving You – Applebee's 5:00 p.m. – 8:00 p.m.
    8)   1st Wednesday of each Month – Beaumont Care Awareness Team
    9)   2nd and 3rd Wednesday of Each Month – Story Time Café
d. **Rumor Control and Report on Public Comments**

5. **WORKSHOP**
    1)   Customer Service

6. **POTENTIAL FUTURE ACTION ITEMS**
    a)   CDBG 5yrs Plan
    b)   Resolution of the Beaumont Financing Authority regarding Improvement Area 18 (Stetson)
    c)   Council request for possible consideration on future agenda

Public Record

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049300

Speakers:
Lloyd White – comments on Item 6.b

## 7.    ACTION ITEMS/PUBLIC HEARING/REQUESTS

a.    **Consent Calendar** (Items on the consent calendar are taken as one action item unless an item is pulled for further discussion)
   1.    Approval of all Ordinances & Resolutions to be read by title only & publish by summary
   2.    Approval of the Minutes of January 21, 2014.
   3.    Approval of the Warrant List for February 4, 2014
   4.    Approval of Notice of Completion, Acceptance of Street, Sewer and Storm Drain and Exoneration of Performance and Maintenance Bond - Fairway Canyon LLC, Fairway Canyon
   5.    Adoption of Ordinance Amending Chapter 15.20 of the Beaumont Municipal Code entitled "Fire Code"

**Option: 1)   Approval of the Consent Calendar as presented; or 2) pull items for further discussion, continuation, or denial.**

Items 7.a.3 and 7.a.5 were pulled for further discussion

Motion by Fox, Seconded by De Forge to approve the remainder of the consent calendar as presented. Vote : 5/0

AYES:         Berg, Castaldo, De Forge. Fox and Knight
NOES:         None
ABSTAIN:    None
ABSENT:     None

b.    **Ordinance Adding Section 15.14 to the Beaumont Municipal Code and Adopting by Reference the International Property Maintenance Code (Second Reading)**

**Action:**       Receive Staff Report

**Options:**    1) Approve the Second Reading of the Ordinance; 2) Approve the Second Reading of the Ordinance with modifications; 3) Continue the Ordinance; or 4) Deny the Ordinance

Staff report was given by Rebecca Deming, Planning Director

Speakers:
Dr. Blair Ball - opposed
Baffrey Bentley - opposed
David Fenn - opposed
Judy Bingham - opposed
David Hoffman – opposed

Closed Public Hearing 8:25 p.m.

Motion by Fox to call for a vote on the item as is.  There was no second.

Motion by Berg to continue for 90 days.  There was no second.

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

Motion by Castaldo, Seconded by Fox to deny the ordinance at its second reading. Vote: 3/2

AYES:       Castaldo, De Forge, Fox
NOES:       Berg, Knight
ABSTAIN:    None
ABSENT:     None

**c.    Adoption of Ordinance Amending Chapter 15.20 of the Beaumont Municipal Code entitled "Fire Code"**

Motion by Berg, Seconded by Fox to adopt the Ordinance Amending Chapter 15.20 of the Beaumont Municipal Code entitled Fire Code as presented. Vote: 5/0

AYES:       Berg, Castaldo, De Forge, Fox, and Knight
NOES:       None
ABSTAIN:    None
ABSENT:     None

**d.    Approval of the Warrant List for February 4, 2014**

Motion by Castaldo, Seconded by Fox to approve the Warrant List as presented. Vote: 5/0

AYES:       Berg, Castaldo, De Forge, Fox, and Knight
NOES:       None
ABSTAIN:    None
ABSENT:     None

**8.    SUCCESSOR AGENCY BUSINESS (RDA)**

a.     Resolution to approve the Recognized Obligation Payment Schedule 14-15A for July 1, 2014 to December 31, 2014

**Action:**     Receive staff report

**Options:**    1)     Adopt the Resolution to Approve the Recognized Obligations Payment Schedule 14-15A for the six-month period of July1, 2014 through December 31, 2014; 2) Modify and Adopt the Resolution; 3) Continue the Resolution; or 4) Deny the Resolution

Staff report was given by Kyle Warsinski, Community Development Analyst

Motion by Berg, Seconded by De Forge to adopt the Resolution to approve the Recognized Obligation Payment Schedule 14-15A for July 1, 2014 to December 31, 2014 as presented.

Adjournment of the City Council Meeting at 8:57 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049302



Minutes
Beaumont City Council
Beaumont Financing Authority
Beaumont Utility Authority
Beaumont Charitable Foundation
Beaumont Conservation Authority
Beaumont Successor Agency (formerly RDA)
550 E. 6th Street, Beaumont, California
Tuesday, June 3, 2014
Regular Session (6:00 p.m.)
Closed Session (following regular session)

**REGULAR SESSION**
Regular Session began at 6:01p.m.                    Place: Beaumont Civic Center

Roll Call:   Mayor Knight, Mayor Pro Tem Fox, Council Member Berg,
             Council Member Castaldo were present. Council Member De Forge was excused.

Pledge of Allegiance:        Lloyd Odegaard – Fire Chaplain
Invocation:                  Lloyd Odegaard – Fire Chaplain
Adjustments to Agenda:       Move Chamber of Commerce Announcements to presentations

1.    **PRESENTATIONS/RECOGNITIONS**
      a.    Chamber of Commerce Presentation

2.    **COUNCIL REPORTS**  *(This is the portion of the agenda where the City Council will present
      updates on city actions taken, committee assignments, and training and travel)*
      a)    Berg  - Update on RCA
      b)    Castaldo  - Update on San Gorgonio Pass Water Task Force meeting, State of
            the City Address
      c)    De Forge  - Excused
      d)    Fox  - Update on Public Safety Memorial
      e)    Knight – Update on WRCOG/TUMF

3.    **PUBLIC COMMENT PERIOD:**

1)    Michael Dahl – Memorial Service for his son Oct 18, memorial at fallen hero park
2)    John Dyson – Comments on the Budget
3)    Lloyd White – WRCOG Litigation
4)    Judy Bingham – ULC Comments
5)    Dr. Blair Ball – WRCOG Litigation
6)    Nancy Carroll – WRCOG Litigation
7)    Victor Dominguez - WRCOG Litigation

4.    **CITY MANAGER REPORTS**
a.    **Beaumont Charitable Foundation** *(made up of donations from citizens, employees & contractors)*
      1)    Recent/Upcoming Events
      2)    Financial/Operation Update
b.    **Community Information and Local Project Update**
      1)    Financial/Operation Update
      2)    Updates
            a.    Streets/Facilities
                  1.    Pedestrian Bridge for Anna Hause School
                  2.    Beaumont Avenue Street Closure
                  3.    Paving project for Cherry Avenue – Antonell to 8th Street

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication;
Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

    4. Update on SB821
    5. Younglove Reserve
  b. Youth Advisory Update
  c. Legislative Update – Water
  d. Community Outlook
 3) Beaumont Chamber of Commerce Report

**c.**  **Calendar of Events**
 1) June 5 – 8, 2014 – Cherry Festival – Stewart Park
 2) June 7, 2014 – Cherry Festival Pancake Breakfast – Civic Center - 6-10 am
 3) June 7, 2014 – Cherry Festival Parade – 10 am
 4) June 9, 2014 - Beaumont Pool Opens
 5) 1st Wednesday of each Month – Beaumont Care Awareness Team
 6) 2nd and 3rd Wednesday of Each Month – Story Time Café

**d.**  **Rumor Control and Report on Public Comments**

Speakers:
Judy Bingham – Younglove Reserve
Victor Dominguez – Younglove Reserve

**5.**  **WORKSHOP**
 **a)**  Budget

Nancy Carroll – WRCOG Comments
Judy Bingham- Audit, WRCOG Comments

**6.**  **POTENTIAL FUTURE ACTION ITEMS**
 a) Addition of Section 5.27 to Chapter 5 of the BMC "Application Process"
 b) Amendment to Section 8.36 of the BMC "Alarm Systems"
 c) Amendment to Section 17.09.040 of the BMC "Standards for Pens, Stables, and Other Animal Keeping Uses"
 d) Councilmember Castaldo requested and received consensus for 12 items for future agenda

Consensus - Direct Staff to move forward on all items

**7.**  **ACTION ITEMS/PUBLIC HEARING/REQUESTS**
**a.**  **Consent Calendar** (Items on the consent calendar are taken as one action item unless an item is pulled for further discussion)
 1. Approval of all Ordinances & Resolutions to be read by title only & publish by summary
 2. Approval of the Minutes of May 20, 2014.
 3. Approval of the Warrant List for June 3, 2014
 4. Denial of Claim – Ted Quintana
 5. Approval of Notice of Completion for Traffic Signal at 6th and California Avenue
 6. Adoption of an Ordinance Amending Ordinance No. 884 and Authorizing the Levy of a Special Tax within Improvement Area No. 7D of the City of Beaumont Community Facilities District No. 93-1 at its second reading
 7. Appoint the Mayor and the Mayor Pro Tem as the Voting Delegate and Alternate Voting Delegate for the 2014 League of California Cities Annual Conference
 8. Approval of Fee Waiver for Cherry Festival Association Parade
 9. Continue to June 17, 2014 the Public Hearing for Community Facilities District (CFD) 93-1 - Improvement Area No. 8E, 8F, and 17D

**Options:  1)  Approval of the Consent Calendar as presented; or 2) pull items for further discussion, continuation, or denial.**

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

Public Record

Judy Bingham – Item 7.a.6  - opposed

Castaldo requested that item 7.a.6 be pulled for separate consideration.

Motion by Fox, Seconded by Berg to approve the remainder of the Consent Calendar as presented. Vote: 4/0/0/1

AYES:        Berg, Castaldo, Fox Knight
NOES:        None
ABSTAIN:     None
ABSENT:      De Forge

Motion by Castaldo, Seconded by Fox to Continue item 7.a.6 to the regular meeting of July 15, 2014.

Castaldo withdrew his motion and offered a second motion to approve item 7.a.6 as presented. No second was offered.

Motion by Fox, Second by Berg to continue to the regular meeting of July 15, 2014.  Vote: 4/0/0/1

AYES:        Berg, Castaldo, Fox Knight
NOES:        None
ABSTAIN:     None
ABSENT:      De Forge

## b.    Short Range Transit Plan FY 2014-15

Action(s): Receive Staff Report and Hold a Public Hearing

Options: 1) Continue Public Hearing to the regular City Council Meeting of June 17, 2014

Staff report was given by Elizabeth Urtiaga-Gibbs, Resources Director

Open Public Hearing 8:14 p.m.
Victor Dominguez – comments

Motion by Berg, Seconded by Castaldo to continue the Public Hearing to the regular meeting of June 17, 2014 at 6:00 p.m. Vote:4/0/0/1

AYES:        Berg, Castaldo, Fox Knight
NOES:        None
ABSTAIN:     None
ABSENT:      De Forge

Public Record

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049305

c.    **Community Facilities District 93-1 - Improvement Area 25**

Resolution of the City Council of the City of Beaumont Determining the Validity of Prior Proceedings, Establishing Improvement Area No. 25 of Community Facilities District No. 93-1 of the City of Beaumont, Authorizing the Levy of a Special Tax Therein, Establishing an Appropriations Limit, Calling an Election and Taking Related Actions

Resolution of the City Council of the City of Beaumont to Incur Bonded Indebtedness in the Amount not to Exceed $25,000,000 Within Improvement Area No. 25 of Community Facilities District No. 93-1 of the City of Beaumont and Calling a Special Election

Resolution of the City Council of the City of Beaumont Canvassing the Results of the Election Held within Improvement Area No. 25 of Community Facilities District 93-1 of the City of Beaumont

Ordinance Authorizing the Levy of a Special Tax within Improvement Area No. 25 of Community Facilities District No. 93-1 of the City of Beaumont

Action(s): Receive Staff Report and Hold a Public Hearing

Options: 1) Adopt the Resolutions and Approve the first reading of the Ordinance as presented; 2) Modify and Adopt the Resolutions and Approve the first reading of the Ordinance; 3) Continue the Resolutions and Ordinance to a future meeting (date specific); 4) Deny the resolutions and Ordinance.

Staff report was given by Alan Kapanicas, City Manager

Open Public Hearing 8:21 p.m.
Judy Bingham – Opposed
Dr. Blair Ball – Opposed
Jack Vaner Woude – Developer – In Favor
Lloyd White – Opposed
Closed Public Hearing 8:36 p.m.

Motion by Berg, Second by Castaldo to continue to the regular meeting of July 15, 2014 at 6:00 p.m. Vote:4/0/0/1

AYES:        Berg, Castaldo, Fox Knight
NOES:        None
ABSTAIN:     None
ABSENT:      De Forge

d.    **Approval of Proposed 2014-2015 Special and Capital Improvement Budgets and Setting a Public Hearing for adoption of City-wide budgets on June 17, 2014**

Actions:      Receive Staff Report

Options:      1) Approve the Proposed 2014-15 Special and Capital Improvement Budgets as presented and set public hearing for June 1, 2014 for adoption of City wide budgets; 2) Approve the Proposed Special and Capital Improvement Budgets with amendments; 3) Continue Approval of the Proposed 2014-15 Special and Capital Improvement Budgets for a future meeting; or 4) Deny the Approval of the Proposed Special and Capital Improvement Budgets

Staff report was given by Alan Kapanicas, City Manager

Speakers:
Judy Bingham - Opposed

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication; Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

AYES:          Berg, Castaldo, Fox Knight
NOES:          None
ABSTAIN:       None
ABSENT:        De Forge

Motion by Berg, Seconded by Castaldo to Approve the Proposed 2014-15 Special and Capital
Improvement Budgets as presented and set public hearing for June 17, 2014 for adoption of City
wide budgets.


Adjournment of the City Council Meeting at 8:50 p.m.

Respectfully Submitted,

Alan Kapanicas
City Manager

Public Record

*City of Beaumont Core Values: Treat everyone right; Keep a customer service focus; Effective Communication;
Present opportunity; Operate like a great business; Eliminate bureaucratic solutions; Embrace positive change*

GROUP EXHIBIT C

NUFIC_049307

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# A Clear Conflict of Interest

## The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which **provides Urban Logic principals $15,000 per month** to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic **is paid a commission of up to 4.5% of the construction costs** of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid **another 4.5%** to provide construction management services for all public projects. Thus, Urban Logic **is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects**. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

http://beaumontgate.org/index.php                                              9/10/2010

EXHIBIT D

LOC5-001262

NUFIC_049308

Corruption in the City of Beaumont - A Clear Conflict of Interest - BeaumontGate.org    Page 2 of 2

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services **"beyond those available from City staff."**

Urban Logic's contract with the City of Beaumont **has been in place since 1994**, and has never been reviewed or put out to bid since that time.

**"The City of Beaumont is being run by a private corporation which is making millions of dollars by taking a cut of all development projects and public improvements approved by the City."**    *Incorrect*

© 2010 Beaumont Citizens for Responsible Growth · Feedback

http://beaumontgate.org/index.php                                        9/10/2010

EXHIBIT D                    LOC5-001263

NUFIC_049309

Corruption in the City of Beaumont - Favoritism & Cronyism - BeaumontGate.org     Page 1 of 2

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Favoritism & Cronyism

## The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has consistently demonstrated favoritism and cronyism in the awarding of pubic contracts.

Bid specifications **are kept vague,** allowing Urban Logic and Alan Kapanicas to simply dismiss bids at will by stating that the **bids did not match the scope** of work desired.

From 2000 to 2009 all public works contracts **went to only three paving contactors, two construction companies, and only one electric company,** despite a building boom in the City during this time.

From 2000 to 2009 over **$9.6 million was paid to one electrical company,** Beaumont Electric. Lower bids by other qualified electrical contractors are **routinely rejected** in favor of Beaumont Electric. **No other electrical contractor has been given work.** Beaumont Electric was also given a contract to serve as the City's official electrical inspector.

http://beaumontgate.org/favoritism-cronyism.php                          9/10/2010



EXHIBIT D                                   LOC5-001264

NUFIC_049310

Urban Logic's contract to provide planning, economic development and public works services **has never been reviewed** by the City Council since it was first adopted in 1994. **Thus the Council has failed** to give other contractors an opportunity to bid on providing these services to the City.

**"Urban Logic and City Manager Alan Kapanicas have consistently seen to it that public contracts are awarded to a small group of close friends and business associates. This type of blatant cronyism is shameful and illegal, and should not be tolerated by the City Council or the residents of Beaumont."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- •
- • •

EXHIBIT D                     LOC5-001265



**NUFIC_049311**

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Cost to Taxpayers

**Urban Logic's contract with The City of Beaumont which allows it to profit from each approved development, along with their on-going practice of awarding high-dollar public contracts to a small group of friends and associates instead of to the lowest bidder, have cost Beaumont taxpayers millions.**

Urban Logic has been paid **over $23.8 million** of public funds **on top of their salaries as commission** for approved development projects and public improvements. Per their unusual contract with the City, **which has not been reviewed or put out to bid since it was adopted in 1994**, Urban Logic **receives a commission of 4.5%** of the cost of all development projects and **9% of the cost of all public works projects**.

Urban Logic's contract, which gives them a percentage of every development and **allows them to collect even more money by billing hourly for many other services**, motivates them to approve as many

EXHIBIT D                    LOC5-001266
                             NUFIC_049312

development projects as possible. Unchecked development has depleted local resources and has caused the cost of these resources to rise for existing residents and business owners.

- **Water** – Depletion of groundwater supply has made necessary the purchase of increasingly expensive imported water, which has led to skyrocketing water rates.
- **Education** – Local schools have been unable to keep up with the growing population and are now facing a financial crisis despite the recent passage of hefty bonds (another significant cost to local residents and business owners).
- **Healthcare** – The increased population has stretched resources at San Gorgonio Memorial Hospital, causing financial strain despite the recent passage of a bond.

**"Beaumont residents have lost millions in public funds by paying Urban Logic's exorbitant commissions, by paying too much in contracts to companies favored by Urban Logic instead of awarding contracts to the lowest qualified bidders, and by having to pay more for local services and resources due to unchecked development resulting from Urban Logic's greed."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

EXHIBIT D

LOC5-001267

NUFIC_049313

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Tactics

## Urban Logic protects its ability to extract money from the City of Beaumont at all costs, resorting to intimidation and threats when necessary.

Urban Logic principals have **repeatedly belittled and publicly humiliated** citizens who have spoken out in opposition to a project supported by Urban Logic or who have questioned Urban Logic's contract with the City.

Detractors of Urban Logic feel strongly that **they have faced threats and retribution through the use of selective code enforcement and the misuse of police powers**.

Urban Logic and City Manager Alan Kapanicas have **blatantly restricted public access** to City government. All correspondence from citizens to the Council must now go through Urban Logic and the City Manager. Sealed envelopes addressed to Councilmembers are opened by Urban Logic and/or the City Manager **before being given to the elected officials**. Urban Logic principals, who serve as key

EXHIBIT D

LOC5-001268



NUFIC_049314

City department heads and staff members, work out of City Hall only two days per week. Insufficient room capacity is provided at important public hearings despite the availability of a larger meeting room located in City Hall, **limiting considerably** the number of residents who can attend.

**"Urban Logic maintains its stronghold over the City of Beaumont by restricting public access, intimidating detractors and threatening those who dare speak out against them."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- 
  - 
- 



EXHIBIT D                              LOC5-001269
                                       NUFIC_049315

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Impact on Existing Businesses

## The policies of Urban Logic and City Manager Alan Kapanicas ignore the needs of existing businesses in favor of new development and big box stores.

Big box stores and large national retailers **are hurting businesses** which have existed in Beaumont and Banning for many years. Many such businesses **have been forced** to close their doors.

Many existing businesses feel that the City is trying to **force them out of business** in order to make room for new development by eliminating parking spaces and through the use of selective code enforcement.

Most local businesses **do not have a fair opportunity** to bid on public contracts, as Urban Logic and City Manager Alan Kapanicas consistently see to it that **contracts are awarded to a small and exclusive group of close friends** and business associates.



EXHIBIT D

LOC5-001270
NUFIC_049316

Corruption in the City of Beaumont - Impact on Existing Businesses - BeaumontGate.org     Page 2 of 2

**"Existing businesses have suffered under the reign of Urban Logic and City Manager
Alan Kapanicas, who have consistently ignored impacts on existing businesses in favor
of new development, big box stores and a small group of favored contractors."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- •
• •

EXHIBIT D                          LOC5-001271

NUFIC_049317

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Quality of Life

## Urban Logic and City Manager Alan Kapanicas have damaged our quality of life by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

**Financially motivated** to approve as much development as possible, Urban Logic **has failed to uphold high development standards** and has settled for questionable planning quality, leaving residents with traffic problems (i.e. 2nd Street) and aesthetically second-rate new developments (i.e. Beaumont Marketplace).

**In their rush to make money for themselves** by pushing for the approval of development as quickly as possible, Urban Logic has allowed unchecked development **to deplete and strain local resources** and services such as **water, education** and **healthcare**, and has caused the cost of these resources and

EXHIBIT D          LOC5-001272
NUFIC_049318

Corruption in the City of Beaumont - Quality of Life - BeaumontGate.org          Page 2 of 2

services to rise for existing residents and business owners.

Urban Logic and City Manager Alan Kapanicas have made government **less accountable and less accessible to residents** by **limiting** the number of citizens who can attend public meetings/hearings, **restricting public access** to key department heads (who are principals of Urban Logic) by having them work out of City Hall only two days per week, and by **forcing all correspondence between the public and their elected officials to be opened and screened by Urban Logic or City Manager Alan Kapanicas prior to being given to Councilmembers.**

The rapid and unchecked growth which has resulted from Urban Logic's contract with the City has caused Beaumont to lose much of its small-town feel and sense of community. The fastest growing city in the State of California from 2007 to 2008, Beaumont has seen a huge influx of new homes, people, and commercial development. Beaumont **can no longer** legitimately claim to be a small "rustic, rural" community.

**"Quality of Life has suffered under Urban Logic and City Manager Alan Kapanicas – from poor design standards and the depletion of local resources to City government becoming less accessible to residents and the decline of our small-town feel. Urban Logic and Alan Kapanicas must be removed from City Hall before more damage is done."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback



EXHIBIT D                        LOC5-001273
NUFIC_049319

Conflict of Interest    Favoritism and Cronyism    Cost to Taxpayers    Tactics/SLAPP Suit    Impact on Existing Businesses

Quality of Life

### A Clear Conflict of Interest »

The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

### Favoritism and Cronyism »

The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas has consistently demonstrated favoritism and cronyism in the awarding of public contracts.

### Cost to Taxpayers »

Urban Logic's contract with The City of Beaumont allows it to profit from each approved development, along with their on-going practice of awarding high-dollar public contracts to a small group of friends and associates instead of to the lowest bidder, have cost Beaumont taxpayers millions.

### Tactics/SLAPP Suit »

Urban Logic protects its ability to extract money from the City of Beaumont at all costs, resorting to intimidation and threats when necessary.

### Impact on Existing Businesses »

The policies of Urban Logic and City Manager Alan Kapanicas ignore the needs of existing businesses in favor of new development and big box stores.

### Quality of Life »

Urban Logic and City Manager Alan Kapanicas have damaged our quality of life by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.



## A CLEAR CONFLICT OF INTEREST

### The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which provides Urban Logic principals $15,000 per month to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic is paid a commission of up to 4.5% of the construction costs of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid another 4.5% to provide construction management services for all public projects. Thus, Urban Logic is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services "beyond those available from City staff."

Urban Logic's contract with the City of Beaumont has been in place since 1994, and has never been reviewed or put out to bid since that time.



**DOWNLOAD URBAN LOGIC CONTRACTS**

E-PDF Format

**Original Contract** Dated March 22, 1993

**1st Amendment to Contract** Dated September 27, 1993

**2nd Amendment to Contract** Dated April 11, 1994

**Amendment Confirmation** Dated April 12, 1994

UPDATE: After years of refusing to make public Urban Logic's contracts, pressure created by BeaumontGate.org has forced the City to finally share these documents but only after these contracts were posted on BeaumontGate.org.

Why did the City withhold the contracts for so many years until they were exposed by BeaumontGate.org? Because Urban Logic's contracts create a clear conflict of interest and are in violation of Government Code Section 1090

A Sequence of Events:

January 22, 2005
A public records request was submitted by members of Beaumont Citizens for Responsible Growth for copies of Urban Logic's contracts. The City provides Urban Logic's original contract but withholds the September 27, 1993 amended contract which is the document that creates the blatant conflict of interest. Withholding this public document is not only an example of the City's intentional lack of transparency, but is a violation of the California Public Records Act (Government Code Sections 6250-6276.48).

August 17, 2010
A citizen asked why the contracts still weren't up on the City's web site. Mayor De Forge told City Manager Alan Kapanicas to post the information for the second time. His request is again ignored.

September 5, 2010
BeaumontGate.org goes live, exposing the City's lack of transparency, blatant conflicts of interest and illegal contracting practices.

September 16, 2010
BeaumontGate.org posts all of Urban Logic's contracts with the City. For the first time the residents of Beaumont can view these public documents and see for themselves how the City has been operating.

October 1, 2010
Giving in to increasing public pressure created by BeaumontGate.org and outraged citizens, the City finally posts Urban Logic's contracts on its website.

October 27, 2010
Cities failing to file salary and compensation reports: BEAUMONT - California State Controller's Office Noncompliant Cities and Counties.
http://www.sco.ca.gov/noncompliant_report.html

The City Manager position is contracted with General Government Management Services. Alan Kapanicas' own company, Mr Kapanicas is also paid for managing the City's Community Facilities District's Mello- Roos. His August invoices show Mr Kapanicas was paid almost $25,000

Since 2000 Urban Logic has been paid over $23.8 million of public funds on top of their salaries as commission for approved development projects and public improvements.

Per their unusual contract with the City, which has not been reviewed or put out to bid since it was adopted in 1994 Urban Logic receives a commission on every development and public improvement project approved by the City.

Urban Logic has made millions by personally profiting from the advice they give to the City Council. This conflict of interest must end

*"The City of Beaumont is being run by a private corporation which is making millions of dollars by taking a cut of all development projects and public improvements approved by the City."*

EXHIBIT E

NUFIC_049320