# EXHIBIT D

1  Scott L. Schmookler, *Pro Hac Vice*
   sschmookler@grsm.com
2  (312) 980-6779
   Gordon Rees Scully Mansukhani, LLP
3  5 Park Plaza Suite 1100
   Irvine, CA 92614
4
   Attorneys for Defendant,
5  NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
6

7                    UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

9

10
   WESTERN RIVERSIDE COUNCIL          Case No. 5:20-cv-02164- GW (KKx)
11 OF GOVERNMENTS, a California
   Joint Powers Authority; CITY OF    **Declaration of Nancy E. Hall**
12 BEAUMONT, a public entity in the
   State of California,
13
                Plaintiffs,
14
        v.
15
   NATIONAL UNION FIRE
16 INSURANCE COMPANY OF
   PITTSBURGH, PA, and DOES 1
17 through 50, inclusive,
18              Defendants.
19

20        I, NANCY E. HALL, declare as follows:

21        1.    I have personal knowledge of the matters and facts set forth below and

22 am competent to testify to such matters and facts.

23        2.    I reside in Riverside County, California in the Beaumont sphere of

24 influence and am one of the founding members of Beaumont Citizens for

25 Responsible Growth ("BCRG"), an organization officially formed as a non-profit

26 Public Benefit Corporation in May 2005.

27

28

                                   -1-

NUFIC_049321

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

3.      Beginning in or about May 1996 and continuing until in or about September 1996, I worked as a consultant for the City of Beaumont and assisted the City in organizing an event called Beaumont Market Day. While acting as a consultant for the City of Beaumont, I met David Dillon, Deepak Moorjani and Ernest Egger. I understand that Mr. Dillon served as the City of Beaumont's Economic Development Director; Mr. Moorjani served as the City of Beaumont's Public Works Director; and Mr. Egger served as the City of Beaumont's Planning Director.

4.      On or about June 25, 2004, I made a public records request to the City of Beaumont to obtain copies of its contracts with Urban Logic Consultants ("ULC").  In reviewing the contracts, and through additional investigation, I confirmed that the City of Beaumont contracted with Urban Logic Consultants ("ULC") to have its three owners – Ernest Egger, David Dillon, and Deepak Moorjani ("ULC Principals") – serve as Director of Planning, Director of Economic Development and Director of Public Works in an official capacity for the City of Beaumont.  Mr. Dillon served as the City of Beaumont's Economic Development Director during the time he held an ownership interest in ULC and while ULC contracted with the City of Beaumont. Mr. Moorjani served as the City of Beaumont's Public Works Director during the time he held an ownership interest in ULC and while ULC contracted with the City of Beaumont. Mr. Egger served as the City of Beaumont's Planning Director during the time he held an ownership interest in ULC and while ULC contracted with the City of Beaumont. I also understand that the ULC Principals, in their role as city officials, made recommendations to the City Council to approve government funded projects that awarded work to ULC in which ULC was paid a fee.

5.      Beginning in or about 2004 and through 2011, and later, I attended Beaumont City Council and Planning Commission meetings. During City Council

-2-

meetings, I voiced my concerns to City Council regarding the ULC Principals' conflict of interest, both in writing and orally. Prior to 2011, I told the City Council that the retention of ULC and the ULC Principals' actions as city officials violated Government Code Section 1090 because the ULC Principals were financially interested in contracts in which they were involved or participated in forming. The ULC Principals, in their role as city officials, made recommendations to the City Council to approve projects that awarded work to ULC in which ULC supervised projects on behalf of the City for a fee. The City Council awarded work to ULC and paid ULC based on recommendations that the ULC Principals made to City Council in their official capacity.

6.     On December 8, 2004, I sent a letter to Beaumont City Councilman Jeff Fox following a telephone with Mr. Fox on that same day. (See December 8, 2004 letter, attached here as Exhibit A.) I informed Mr. Fox that the ULC Principals contacted me within days of me submitting a public records request on June 25, 2004 for ULC's contract with the City. (Id., pg. 1.) I explained to Mr. Fox that after canceling an appointment that I had scheduled in the morning with ULC, they continued to be persistent that day in my coming to their office to discuss my concerns regarding their contract. (Id.) I called the City Staff who arranged a time frame, so that I could review their contracts without their persistence. (Id.)

7.     In my letter to Mr. Fox, I expressed my concerns regarding the ULC Principals' conflict of interest. (Id., at pg. 3.) I advised Mr. Fox that "they are recommending projects for [city] council to approve that they are making money on both ends, *which I believe is a conflict.*" (Id.) (emphasis in original). For example, I told Mr. Fox that one of the City's contracts with another contractor "reads that the City will pay for the engineering costs…. In recommending to [city] council to approve the contract, you also approved that the city pay for engineering, which is UL[C]. *Is that not a conflict?* (Id.) (emphasis in original).

-3-

As stated in my letter to Mr. Fox, "my other concern is that there may be a conflict if they [the ULC Principals] are recommending work to the [city] council that they are being paid on as a commission." (<u>Id.</u>, pg. 4.)

8.     Thereafter, I received a letter from Mr. Fox, dated January 5, 2005, responding to my December 8, 2004 letter. (See January 5, 2005 letter, attached as <u>Exhibit B</u>.)   In this letter, Mr. Fox acknowledged that he was aware of the concerns I raised in my letter: "I want to assure you that I was previously aware of many of the charges that you make in your letter and, as a member of the City Council, I am satisfied that the Council is likewise well informed." (<u>Id.</u>)

9.     On September 4, 2007, I sent a letter to the Beaumont City Council, Mayor Jeff Fox, Councilman Pro-Tem Brian DeForge, Councilman Lawrence Dressel, Councilman Roger Berg and Councilwoman Martie Killough expressing my concern regarding the ULC Principals' Conflict of Interest. (See September 4, 2007 letter, attached as <u>Exhibit C</u>.) In that letter, I enclosed a copy of Government Code Section 1090. (<u>Id.</u>) As I stated in the letter, I "sent numerous letters over the past 3 years to the City Attorney, the City Manager and several Council members, regarding [the ULC Principals'] conflict." (<u>Id.</u>)

10.     In 2008 and 2009, I was appointed by the Riverside County Board of Supervisors to serve as a member of the Blue Ribbon Groundwater Quality Evaluation Committee for the Beaumont/Cherry Valley Area (the "Groundwater Quality Evaluation Committee"). The Groundwater Quality Evaluation Committee consisted of appointed local residents and technical experts in the field of water quality. In 2008 and 2009, City Councilman Brian DeForge served as a member of the Groundwater Quality Evaluation Committee with me.

11.     Starting in July 2008 through June 2009, the Groundwater Quality Evaluation Committee met once per month at the Pass Water Agency. Following one of these Committee meetings, I spoke with City Councilman Brian DeForge

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-4-

in the parking lot outside the Pass Water Agency about the ULC Principals' conflict of interest and violation of Government Code Section 1090. I told Mr. DeForge that the retention of ULC and the ULC Principals' actions as city officials violated Government Code Section 1090 because the ULC Principals were financially interested in contracts in which they were involved or participated in forming by making recommendations to the City Council to award work to ULC that the ULC Principals profited from.

12. In or about September 2010, BCRG launched the website at www.beaumontgate.org ("BeaumontGate website"). In September 2010 the BeaumontGate website contained the following information:

## A Clear Conflict of Interest

### The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which **provides Urban Logic principals $15,000 per month** to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic **is paid a commission of up to 4.5% of the construction costs** of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid **another 4.5%** to provide construction management services for all public projects. Thus, Urban Logic **is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects**. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

(See printout of BeaumontGate website, dated September 10, 2010, attached here as Exhibit D.) The BeaumontGate website also contained the following information in 2010:

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services **"beyond those available from City staff."**

Urban Logic's contract with the City of Beaumont **has been in place since 1994**, and has never been reviewed or put out to bid since that time.

\*\*\*

-5-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

NUFIC_049325

## Favoritism & Cronyism

**The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has consistently demonstrated favoritism and cronyism in the awarding of pubic contracts.**

Bid specifications **are kept vague,** allowing Urban Logic and Alan Kapanicas to simply dismiss bids at will by stating that the **bids did not match the scope** of work desired.

From 2000 to 2009 all public works contracts **went to only three paving contactors, two construction companies, and only one electric company,** despite a building boom in the City during this time.

From 2000 to 2009 over **$9.6 million was paid to one electrical company,** Beaumont Electric. Lower bids by other qualified electrical contractors are **routinely rejected** in favor of Beaumont Electric. **No other electrical contractor has been given work.** Beaumont Electric was also given a contract to serve as the City's official electrical inspector.

\*\*\*

Urban Logic's contract to provide planning, economic development and public works services **has never been reviewed** by the City Council since it was first adopted in 1994. **Thus the Council has failed** to give other contractors an opportunity to bid on providing these services to the City.

**"Urban Logic and City Manager Alan Kapanicas have consistently seen to it that public contracts are awarded to a small group of close friends and business associates. This type of blatant cronyism is shameful and illegal, and should not be tolerated by the City Council or the residents of Beaumont."**

(See <u>Exhibit D</u>.)

13.    I have reviewed printouts of the BeaumontGate website, dated September 10, 2010, attached here as <u>Exhibit D</u>. I am familiar with BeaumontGate website. Based on my knowledge and memory of the BeaumontGate website, the printouts contained in <u>Exhibit D</u> are a fair and accurate representation of the BeaumontGate website in September 2010.

14.    On or about October 7, 2010, Urban Logic Consultants, Deepak Moorjani, Ernest Egger, and David Dillon filed a lawsuit against BCRG, Judith Bingham, Mary Daniel, and me ("the BCRG lawsuit"), alleging trade libel and defamation related to statements posted on the website BeaumontGate.org ("BeaumontGate").

15.    On February 15, 2011, the court granted defendants' motion to strike the ULC Plaintiffs' complaint in the BCRG lawsuit. On March 8, 2011, the court entered an order striking the complaint without leave to amend and entered

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

-6-

1    judgment in favor of defendants and against the ULC Plaintiffs, with defendants

2    to recover their attorneys' fees, expenses and costs.

3         16.    In March 2011, the BeaumontGate website contained the following

4    information regarding the ULC Principals' conflict of interest and violation of

5    Government Code Section 1090:

## A CLEAR CONFLICT OF INTEREST

The City of Beaumont's contract with Urban Logic presents a
significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide
planning, economic development and public works services on a
contract basis, which provides Urban Logic principals $15,000 per
month to serve as the City's Planning Director, Public Works
Director and Economic Development Director.



Under their contract with the City, Urban Logic is paid a commission
of up to 4.5% of the construction costs of both public and private
development and public improvements. In addition, under a
separate contract, Urban Logic is paid another 4.5% to provide
construction management services for all public projects. Thus,
Urban Logic is making commissions of 4.5% of the cost of all private
development projects and 9% of the cost of all public projects. As such,
they have personally profited from the City's growth, and continue
to profit every time a new development or public improvement is
approved. They advise the City Council on which projects to
approve, and then cash in when the Council takes action based
on their recommendations.

Per their contract with the City, Urban Logic has hired itself, and
bills the City on an hourly basis as an independent contractor, to
provide other key services such as General Plan revisions,
preparation of EIRs and planning documents, development
agreement processing and other services "beyond those available
from City staff."

Urban Logic's contract with the City of Beaumont has been in place
since 1994, and has never been reviewed or put out to bid since
that time.

UPDATE: After years of refusing to make public Urban Logic's contracts, pressure created by
BeaumontGate.org has forced the City to finally share these documents—but only after these
contracts were posted on BeaumontGate.org.
Why did the City withhold the contracts for so many years until they were exposed by
BeaumontGate.org? Because Urban Logic's contracts create a clear conflict of interest and are
in violation of Government Code Section 1090.

26    (See printout of BeaumontGate website, dated March 19, 2011, attached as

27    Exhibit E.)

28

-7-

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA  92614

NUFIC_049327

17.   I have reviewed printout of the BeaumontGate website, dated March 19, 2011 attached here as <u>Exhibit E</u>. I am familiar with the BeaumontGate website. Based on my knowledge and memory of the BeaumontGate website, the printout contained in <u>Exhibit E</u> is a fair and accurate representation of the BeaumontGate website in March 2011.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this _9_ th day of February 2022.



Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

-8-

NUFIC_049328

**COPY**

*186*

December 8, 2004

To: Jeff Fox

From: Nancy Hall

Re: Follow up to phone call 12/8/04

Hi Jeff,

Enclosed is a copy of the item regarding population I found in the general plan. It was 80,000, but the ceiling date is 2025. FYI

When you review the General Plan you might also note that it includes a Hillside Policy that should be adopted as an ordinance.

On another note regarding Urban Logic. I wanted to bring something we spoke about today to your attention. The visit to my home was a small portion of the attempted intimidation. Note:

> *Kathy Wagner is a good friend of mine* and she told me in the beginning that *I could trust you* and that *she would trust you with her life.* She encouraged me to call you and stay in contact with you. This is why I picked you out of the rest of the council to share the rest of the story with.
> ### Chronologically, the rest of the story.

*(Developers met with us Feb – May, they offered us a paved road, block wall, gaited community status per se, if we agreed to annex, so their project could start sooner. Four neighbors agreed, three opposed)*

1. I ordered in writing UL's contract, Dirt Connections contract on **June 25, 2004.**
2. **Mon June 28,** Dave Dillion called insistent that I meet with him and Ernie. He was **very intimidating and argumentative.** I set a tentative date for the following day at 10:30 am. In addition for his need to know why I wanted a copy of his contract with the City, *we also discussed the area of creek between my house and the wastewater treatment plant and the need for vector control.*
3. **Tues June 29, 8am. I cancelled my appt with Dave and Ernie** and gave Lisa the reason as **my husband did not want me to speak with them alone.** *(I also called vector control & took care of the problem)*

- 10 am I got a return phone call from the Riverside County DA regarding UL behavior.
- 10:30 am Dave Dillion calls my cell phone, while I'm on the phone with the DA and leaves a message encouraging my husband and I to come and talk with him. The DA asks me why is the Director of Economics calling me?
- 1:30 pm Dave Dillion and Deepak Moorjani are banging on my back door. *I did not answer.*
- 4:30 pm, I called Chris B. and explained what happened and was told to call the following day and she would set it up so I could look at whatever I wanted without interference from Dave Dillion. *She also told me that she was surprised that I wanted to still see the documents as Dave Dillion had the*

EXHIBIT A

LOC5-001135

NUFIC_049329



COPY

286

*documents in his office and told her that I didn't want to look at them until after July 13th. (This was a lie)(Note: the planning commission meeting to approve Dr. Taureks property was July 13th)*

4. **Friday July 2,** we realized that Ernie Eggers signed a Negative Declaration 03-ND-18 on Dr. Taureks Property stating that the proposed project COULD NOT have a significant effect on the environment. Out of 77 items, 72 were no impact and 5 were less than significant impact. We knew this report was a **fraud** and hired an expert to challenge it. Did you know that we paid a total of $3200 for an independent EIR Consultant? Those who live in the City limits paid for 50% of the fee. The report included the following conclusion:

   - **5.0 Conclusions**
     **The problems with the Environmental checklist are so serious, pervasive and universal that the only practical remedy is to start the process over again and prepare a truly comprehensive revised checklist that is "*truthful*" Our own evaluation of the proposed project shows significant impacts that *cannot be mitigated to a level of less than significant*. (We gave a copy of this report to staff at the July 13th Planning Commission Meeting)**

     A) Based on the report, the negative declaration in which Ernie completed was a **Fraud** and as an agent for the City of Beaumont, what kind of representation is that? **He should have been fired.** *Why did citizens have to pay to hire an EIR consultant to do Ernie's job? We forfeited our front yard from being grassed and landscaped for 50% of this fee.*

     B) Was this his way of speeding up the project?

     C) **How many other negative declarations has he signed in this fashion to speed up the process?**

     D) I have attended several planning commission meetings in which following Ernie's lead, the commission says "ok" and doesn't question his recommendation. Could these slip by council as well?

5. **Wed. July 7,** A City of Beaumont Code Enforcement truck visits my house. An older petite gray haired man and a large kid wearing City attire exit the vehicle and begin to hike over the mounds of recycled pavement (that came from the streets of Beaumont) at the rear of my driveway behind my home telling me that they have a concern over the pavement as it is a petroleum product and can leachate into the creek 100' below which will cause a problem for them with the Santa Ana Water Quality Control Board. *(I called all the regulatory agencies after they left and they couldn't figure out (a). why the city was on county property and( b). what the big deal was. Note: the City used the same material over the Coopers Creek between the water treatment plant and reclaimed water project.*

6. Article in Press Enterprise regarding request for hillside ordinance, when Steve Moore from Press Enterprise called city for information on hillside ordinance, Ernie Eggers replied that our neighborhood was against the project because we had code enforcement violations?

     A) *Dave & I had no violations* B) *it had nothing to do with the article* C) *why would Ernie say that? What kind of response was that?*

EXHIBIT A

LOC5-001136

NUFIC_049330



7. **July 13th** Planning Commission Meeting. Dr. Taurek's property put on continuation due to negative feedback we are told by Alan K.. *(We present our EIR Report challenging Ernie's Fraudulent Negative Declaration)*

Jeff, I'm not concerned in the fashion of "woe is me" but more "what is the driving force here". Does that make since? This wasn't just a "misunderstanding" in my opinion. *Why would Dave Dillion visit my house after he was told that my husband did not want me to speak with him alone? What about the code enforcement visit? Ernie Eggers fraudulent report? Misleading the commission?* Do you see my concern? I never understood the term 'double dipping', until it was explained to me recently. I've always thought there to be a reason for their actions, but had not considered double dipping. Could this explain their actions?

Our reason for contacting the DA was concern for my well being as Dave and I felt that if money was involved, we could become a 'hit' and we wanted as many people to know about our findings as possible. *(safe in numbers?)*
*However, only a few know the complete story, basically for their safety as well.*

On another note: in early October at a planning commission meeting, when asked about the repair of the roadways on Fourth Street, Ernie Eggers told the commission that Dirt Connection was paying for repair to the roads. **This was a lie**. I have a copy of their contract and it doesn't even address repair of city roads. I corrected Ernie and then sent Sara Eberhardt a copy of the Dirt Connections contract for her to verify the information. *(see attached)*

On another note regarding UL's pay, I have received 3 different reports regarding their contract for payment.
1. In the meeting with Alan that you attended, part of what Alan told us is that UL is paid a straight $15,000 plus materials and extra services. He also told us that the 4.5% of the public utilities never was implemented.
2. Today you implied to me that they were paid on that on the 4.5% + they got a second check for?
3. In their file available for public review, they make $10,000 a month plus $100 per hour for given services and effective 1994 an additional 4.5% on all public works bids approved by council.
4. This month their check was for over $194,000. That's quite a bit of money for you and Alan to not agree on how they are paid.
5. My understanding is that they have approx. 12 employees some of whom are floaters. Even if they all made an average of $4,000 a month that would be $48,000 + $15,000=$63,000.  Where's the other $131,000?

Additionally they are recommending projects for council to approve that they are making money on both ends, *which I believe is a conflict*.
Example: On the contract with the Dirt Connection it reads that the City will pay for the engineering costs.... In recommending to council to approve the contract, you also approved that the city pay for engineering, which is UL. *Is that not a conflict?*

EXHIBIT A

LOC5-001137

NUFIC_049331



1. Could you please check into it and let me know which is it?
2. My other concern is that there may be a conflict of interest if they are recommending work to the council that they are being paid on as a commission. Like the CFD's? Don't they perform most of the infrastructure work?
3. Does the City still pay them anything for the wastewater treatment plant?
4. Did the City of Beaumont purchase any Black Bear Valves for the wastewater treatment plant? Did you know that UL is a direct supplier of these valves used in wastewater treatment plants?

I appreciate your willingness to listen to me. <u>If I'm wrong on any of this, I will stand corrected.</u> But I have to tell you I'll be hard to convince as to what the reasons were behind the lying, deceit, intimidating and argumentative behavior, fraudulent documents and unexplained house visits.

I'm hoping that Kathy is right and I can trust you.  Sorry this is so long, but I wanted you to have the correct information.
Again, council members aren't paid enough for all that you do.

Thank You in advance for your help..I hope.

Nancy & Dave Hall

EXHIBIT A          LOC5-001138

NUFIC_049332



# City of Beaumont

550 East Sixth Street
Beaumont, CA 92223
(909) 769-8520
FAX (909) 769-8526
FAX (909) 769-8525

January 5, 2005

Mrs. Nancy Hall
13865 Bolo Court
Beaumont, California 92223

Dear Nancy:

Thank you for your letter of December 8, 2004; I appreciate your confidence in me and I take this opportunity to thank you for your keen interest in City affairs.

I want to assure you that I was previously aware of many of the charges that you make in your letter and, as a member of the City Council, I am satisfied that the Council is likewise well informed. To the extent that I was unaware of any of the points that you made, I did consult with City staff.

In the last analysis, I cannot completely agree with your characterization of all of the events that you outline in your letter and the conclusions that you have reached. I have been unable to substantiate that any member of the City's staff is involved in any criminal or otherwise unlawful activity. Indeed, the Council is routinely informed, and asked to approve, the tasks assigned the City's staff, including, without limitation, Urban Logic. As you may know, the Council regularly reviews its contract with Urban Logic and strives to ensure that it is cost-effective. In fact, overall the City has saved over a half million dollars in the past year by outsourcing to independent contractors rather than hiring more City employees. (Ironically, citizens use to complain about unresponsive, but high-paid, City employees who, fortunately, are no longer with us. Since they left, the City has successfully changed the way it does business and, according to any old-timer you may talk to, the City has gotten a lot better for it!)

In the meantime, I invite you to continue your dialogue with the City Manager and your participation in City affairs.

Happy New Year and Best regards,

CITY OF BEAUMONT

JEFF FOX, City Council

cc:     City Manager

**Nancy E. Hall**
Po Box 716
Beaumont, CA 92223
951-769-9073

Sept 4, 2007

**Beaumont City Council**
**Honorable Mayor Fox**
**Councilman Pro-Tem Brian De Forge**
**Councilman Dressel**
**Councilman Berg**
**Councilwoman Killough**
550 E. 6th Street
Beaumont, CA 92223

**Dear Mayor and Council:**

Enclosed is a copy of the State of California Conflict of Interest 1090 laws regarding consultants and copies from the Internet site for the Fair Political Practice Commission and their rules regarding form 700 and conflicts of interest.

The City Director's the first responsibility should be to the citizens of Beaumont, not to the incoming development.

Lets review of how they are paid: UIC's contract with the city (1993) includes that each director is paid a base salary of $5000 each in addition to construction management services in which they bill the city on a time and material. basis. This includes the 12-15 employees that occupy positions within city offices. Their pay stubs reflect the following:
$125 per hour consultants, $70 and $75 and hour for engineers and administrative personnel and appears to be billed out per developer (*Curtis, Pardee, Seneca, etc.*)

In April of 1994, the city agreed to pay them 4.5% of all public works projects approved by city council. CFD 93-1: Deepak Moorjani is the engineer for the public works on the CFD's and earns a percentage when the bonds are sold, as does Alan Kapanicas who is the special tax consultant for CFD's. By the way, Mr. Kapanicas is also the special tax consultant on CFD's in Placer County, northern Calif. (*No problem in Placer County but how about in Beaumont?*)

Qualified Capitol Improvement Contractors: Urban Logic Consultants is listed as an approved contractor for these projects.   How is this not a conflict of interest?

If the city of Beaumont attorney states that there is no conflict of interest then he should put it in writing and sight the statues, which apply that make it legal.

I have sent numerous letters over the past 3 years to the City Attorney, City Manager and several Council members, regarding this conflict. To this date no one has responded to any of my letters or told me how this arrangement/contract is legal.

Please review the material enclosed and responses can be sent to the above address.

Sincerely,

Nancy E. Hall

EXHIBIT C

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary**.

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# A Clear Conflict of Interest

## The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which **provides Urban Logic principals $15,000 per month** to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic **is paid a commission of up to 4.5% of the construction costs** of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid **another 4.5%** to provide construction management services for all public projects. Thus, Urban Logic **is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects**. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

http://beaumontgate.org/index.php                                               9/10/2010

EXHIBIT D

LOC5-001262

NUFIC_049335

Corruption in the City of Beaumont - A Clear Conflict of Interest - BeaumontGate.org          Page 2 of 2

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services **"beyond those available from City staff."**

Urban Logic's contract with the City of Beaumont **has been in place since 1994**, and has never been reviewed or put out to bid since that time.

**"The City of Beaumont is being run by a private corporation which is making millions of dollars by taking a cut of all development projects and public improvements approved by the City."**

*Incorrect*

© 2010 Beaumont Citizens for Responsible Growth · Feedback

EXHIBIT D                    LOC5-001263

NUFIC_049336

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Favoritism & Cronyism

## The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has consistently demonstrated favoritism and cronyism in the awarding of pubic contracts.

Bid specifications **are kept vague,** allowing Urban Logic and Alan Kapanicas to simply dismiss bids at will by stating that the **bids did not match the scope** of work desired.

From 2000 to 2009 all public works contracts **went to only three paving contactors, two construction companies, and only one electric company,** despite a building boom in the City during this time.

From 2000 to 2009 over **$9.6 million was paid to one electrical company,** Beaumont Electric. Lower bids by other qualified electrical contractors are **routinely rejected** in favor of Beaumont Electric. **No other electrical contractor has been given work.** Beaumont Electric was also given a contract to serve as the City's official electrical inspector.

http://beaumontgate.org/favoritism-cronyism.php                                        9/10/2010

EXHIBIT D                                LOC5-001264

NUFIC_049337

Urban Logic's contract to provide planning, economic development and public works services **has never been reviewed** by the City Council since it was first adopted in 1994. **Thus the Council has failed** to give other contractors an opportunity to bid on providing these services to the City.

**"Urban Logic and City Manager Alan Kapanicas have consistently seen to it that public contracts are awarded to a small group of close friends and business associates. This type of blatant cronyism is shameful and illegal, and should not be tolerated by the City Council or the residents of Beaumont."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- •
- • •

EXHIBIT D

LOC5-001265

NUFIC_049338

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

## Cost to Taxpayers

**Urban Logic's contract with The City of Beaumont which allows it to profit from each approved development, along with their on-going practice of awarding high-dollar public contracts to a small group of friends and associates instead of to the lowest bidder, have cost Beaumont taxpayers millions.**

Urban Logic has been paid **over $23.8 million** of public funds **on top of their salaries as commission** for approved development projects and public improvements. Per their unusual contract with the City, **which has not been reviewed or put out to bid since it was adopted in 1994,** Urban Logic **receives a commission of 4.5%** of the cost of all development projects and **9% of the cost of all public works projects.**

Urban Logic's contract, which gives them a percentage of every development and **allows them to collect even more money by billing hourly for many other services,** motivates them to approve as many

EXHIBIT D

LOC5-001266

NUFIC_049339

development projects as possible. Unchecked development has depleted local resources and has caused the cost of these resources to rise for existing residents and business owners.

- **Water** – Depletion of groundwater supply has made necessary the purchase of increasingly expensive imported water, which has led to skyrocketing water rates.
- **Education** – Local schools have been unable to keep up with the growing population and are now facing a financial crisis despite the recent passage of hefty bonds (another significant cost to local residents and business owners).
- **Healthcare** – The increased population has stretched resources at San Gorgonio Memorial Hospital, causing financial strain despite the recent passage of a bond.

**"Beaumont residents have lost millions in public funds by paying Urban Logic's exorbitant commissions, by paying too much in contracts to companies favored by Urban Logic instead of awarding contracts to the lowest qualified bidders, and by having to pay more for local services and resources due to unchecked development resulting from Urban Logic's greed."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- 
- 

EXHIBIT D

LOC5-001267

NUFIC_049340

# BeaumontGate.org

- <u>Conflict of Interest</u>
- <u>Favoritism & Cronyism</u>
- <u>Cost to Taxpayers</u>
- <u>Tactics</u>
- <u>Impact on Existing Businesses</u>
- <u>Quality of Life</u>

<u>A Clear Conflict of Interest »</u>The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

<u>Favoritism & Cronyism »</u>The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

<u>Cost to Taxpayers »</u>Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

<u>Tactics »</u>Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

<u>Impact on Existing Businesses »</u>The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

<u>Quality of Life »</u>Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Tactics

## Urban Logic protects its ability to extract money from the City of Beaumont at all costs, resorting to intimidation and threats when necessary.

Urban Logic principals have **repeatedly belittled and publicly humiliated** citizens who have spoken out in opposition to a project supported by Urban Logic or who have questioned Urban Logic's contract with the City.

Detractors of Urban Logic feel strongly that **they have faced threats and retribution through the use of selective code enforcement and the misuse of police powers.**

Urban Logic and City Manager Alan Kapanicas have **blatantly restricted public access** to City government. All correspondence from citizens to the Council must now go through Urban Logic and the City Manager. Sealed envelopes addressed to Councilmembers are opened by Urban Logic and/or the City Manager **before being given to the elected officials.** Urban Logic principals, who serve as key

EXHIBIT D

LOC5-001268

NUFIC_049341

City department heads and staff members, work out of City Hall only two days per week. Insufficient room capacity is provided at important public hearings despite the availability of a larger meeting room located in City Hall, **limiting considerably** the number of residents who can attend.

**"Urban Logic maintains its stronghold over the City of Beaumont by restricting public access, intimidating detractors and threatening those who dare speak out against them."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- 
  - 
  - 

EXHIBIT D                           LOC5-001269

NUFIC_049342

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Impact on Existing Businesses

## The policies of Urban Logic and City Manager Alan Kapanicas ignore the needs of existing businesses in favor of new development and big box stores.

Big box stores and large national retailers **are hurting businesses** which have existed in Beaumont and Banning for many years. Many such businesses **have been forced** to close their doors.

Many existing businesses feel that the City is trying to **force them out of business** in order to make room for new development by eliminating parking spaces and through the use of selective code enforcement.

Most local businesses **do not have a fair opportunity** to bid on public contracts, as Urban Logic and City Manager Alan Kapanicas consistently see to it that **contracts are awarded to a small and exclusive group of close friends** and business associates.

http://beaumontgate.org/impact-on-existing-businesses.php                    9/10/2010

EXHIBIT D                                              LOC5-001270


NUFIC_049343

**"Existing businesses have suffered under the reign of Urban Logic and City Manager Alan Kapanicas, who have consistently ignored impacts on existing businesses in favor of new development, big box stores and a small group of favored contractors."**

© 2010 <u>Beaumont Citizens for Responsible Growth</u> · <u>Feedback</u>

- 
  - 
- 

EXHIBIT D                                        LOC5-001271

NUFIC_049344

# BeaumontGate.org

- Conflict of Interest
- Favoritism & Cronyism
- Cost to Taxpayers
- Tactics
- Impact on Existing Businesses
- Quality of Life

A Clear Conflict of Interest »The City of Beaumont's contract with Urban Logic presents a **significant conflict of interest** and therefore must be terminated.

Favoritism & Cronyism »The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has **consistently demonstrated favoritism and cronyism** in the awarding of pubic contracts.

Cost to Taxpayers »Urban Logic's contract with The City of Beaumont which **allows it to profit** from each approved development, along with their on-going practice of **awarding high-dollar public contracts to a small group of friends and associates** instead of to the lowest bidder, have cost Beaumont taxpayers millions.

Tactics »Urban Logic protects its ability to extract money from the City of Beaumont at all costs, **resorting to intimidation and threats when necessary.**

Impact on Existing Businesses »The policies of Urban Logic and City Manager Alan Kapanicas **ignore the needs of existing businesses** in favor of new development and big box stores.

Quality of Life »Urban Logic and City Manager Alan Kapanicas **have damaged our quality of life** by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

# Quality of Life

## Urban Logic and City Manager Alan Kapanicas have damaged our quality of life by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.

**Financially motivated** to approve as much development as possible, Urban Logic **has failed to uphold high development standards** and has settled for questionable planning quality, leaving residents with traffic problems (i.e. 2nd Street) and aesthetically second-rate new developments (i.e. Beaumont Marketplace).

**In their rush to make money for themselves** by pushing for the approval of development as quickly as possible, Urban Logic has allowed unchecked development **to deplete and strain local resources** and services such as **water, education** and **healthcare,** and has caused the cost of these resources and

EXHIBIT D                          LOC5-001272

NUFIC_049345

Corruption in the City of Beaumont - Quality of Life - BeaumontGate.org                    Page 2 of 2

services to rise for existing residents and business owners.

Urban Logic and City Manager Alan Kapanicas have made government **less accountable and less accessible to residents** by **limiting** the number of citizens who can attend public meetings/hearings, **restricting public access** to key department heads (who are principals of Urban Logic) by having them work out of City Hall only two days per week, and by **forcing all correspondence between the public and their elected officials to be opened and screened by Urban Logic or City Manager Alan Kapanicas prior to being given to Councilmembers**.

The rapid and unchecked growth which has resulted from Urban Logic's contract with the City has caused Beaumont to lose much of its small-town feel and sense of community. The fastest growing city in the State of California from 2007 to 2008, Beaumont has seen a huge influx of new homes, people, and commercial development. Beaumont **can no longer** legitimately claim to be a small "rustic, rural" community.

**"Quality of Life has suffered under Urban Logic and City Manager Alan Kapanicas – from poor design standards and the depletion of local resources to City government becoming less accessible to residents and the decline of our small-town feel. Urban Logic and Alan Kapanicas must be removed from City Hall before more damage is done."**

© 2010 Beaumont Citizens for Responsible Growth · Feedback

- •
• •

EXHIBIT D                                    LOC5-001273

NUFIC_049346

http://www.beaumontgate.org/   Go

108 captures

BeaumontGate.org

Conflict of Interest   Favoritism and Cronyism   Cost to Taxpayers   Tactics/SLAPP Suit   Impact on Existing Businesses

Quality of Life

**A Clear Conflict of Interest »**

The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

**Favoritism and Cronyism »**

The City of Beaumont, under Urban Logic and City Manager Alan Kapanicas, has consistently demonstrated favoritism and cronyism in the awarding of public contracts.

**Cost to Taxpayers »**

Urban Logic's contract with The City of Beaumont allows them to profit from each approved development, along with their on-going practice of awarding high-dollar public contracts to a small group of friends and associates instead of to the lowest bidder, have cost Beaumont taxpayers millions.

**Tactics/SLAPP Suit »**

Urban Logic protects its ability to extract money from the City of Beaumont at all costs, resorting to intimidation and threats when necessary.

**Impact on Existing Businesses »**

The policies of Urban Logic and City Manager Alan Kapanicas ignore the needs of existing businesses in favor of new development and big box stores.

**Quality of Life »**

Urban Logic and City Manager Alan Kapanicas have damaged our quality of life by failing to uphold high development standards, depleting local resources, making local government less accessible to residents, and by destroying the small town feel of the City of Beaumont.



## A CLEAR CONFLICT OF INTEREST

The City of Beaumont's contract with Urban Logic presents a significant conflict of interest and therefore must be terminated.

Urban Logic has an exclusive agreement with the City to provide planning, economic development and public works services on a contract basis, which provides Urban Logic principals $15,000 per month to serve as the City's Planning Director, Public Works Director and Economic Development Director.

Under their contract with the City, Urban Logic is paid a commission of up to 4.5% of the construction costs of both public and private development and public improvements. In addition, under a separate contract, Urban Logic is paid another 4.5% to provide construction management services for all public projects. Thus, Urban Logic is making commissions of 4.5% of the cost of all private development projects and 9% of the cost of all public projects. As such, they have personally profited from the City's growth, and continue to profit every time a new development or public improvement is approved. They advise the City Council on which projects to approve, and then cash in when the Council takes action based on their recommendations.

Per their contract with the City, Urban Logic has hired itself, and bills the City on an hourly basis as an independent contractor, to provide other key services such as General Plan revisions, preparation of EIRs and planning documents, development agreement processing and other services "beyond those available from City staff."

Urban Logic's contract with the City of Beaumont has been in place since 1994, and has never been reviewed or put out to bid since that time.



DOWNLOAD URBAN LOGIC CONTRACTS

In PDF Format

Original Contract
Dated March 22, 1993

1st Amendment to Contract
Dated September 27, 1993

2nd Amendment to Contract
Dated April 11, 1994

Amendment Confirmation
Dated April 12, 1994

UPDATE: After years of refusing to make public Urban Logic's contracts, pressure created by BeaumontGate.org has forced the City to finally share these documents—but only after these contracts were posted on BeaumontGate.org.

Why did the City withhold the contracts for so many years until they were exposed by BeaumontGate.org? Because Urban Logic's contracts create a clear conflict of interest and are in violation of Government Code Section 1090.

A Sequence of Events:
January 22, 2005
A public records request was submitted by members of Beaumont Citizens for Responsible Growth for copies of Urban Logic's contracts. The City provides Urban Logic's original contract but withholds the September 27, 1993 amended contract, which is the document that creates the blatant conflict of interest. Withholding this public document is not only an example of the City's intentional lack of transparency, but is a violation of the California Public Records Act (Government Code Sections 6250-6276.48).

August 17, 2010
A citizen asked why the contracts still weren't up on the City's web site. Mayor De Forge told City Manager Alan Kapanicas to post the information for the second time. His request is again ignored.

September 5, 2010
BeaumontGate.org goes live, exposing the City's lack of transparency, blatant conflicts of interest and illegal contracting practices.

September 16, 2010
BeaumontGate.org posts all of Urban Logic's contracts with the City. For the first time the residents of Beaumont can view these public documents and see for themselves how the City has been operating.

October 1, 2010
Giving in to increasing public pressure created by BeaumontGate.org and outraged citizens, the City finally posts Urban Logic's contracts on its website.

October 27, 2010
Cities failing to file salary and compensation reports: BEAUMONT – California State Controller's Office : Noncompliant Cities and Counties.
Web link: http://www.sco.ca.gov/noncompliant_reports.html

The City Manager position is contracted with General Government Management Services, Alan Kapanicas' own company. Mr. Kapanicas is also paid for managing the City's Community Facilities District's Mello- Roos. His August invoices show Mr. Kapanicas was paid almost $25,000.

Since 2000 Urban Logic has been paid over $23.8 million of public funds on top of their salaries as commission for approved development projects and public improvements.

Per their unusual contract with the City, which has not been reviewed or put out to bid since it was adopted in 1994, Urban Logic receives a commission on every development and public improvement project approved by the City.

Urban Logic has made millions by personally profiting from the advice they give to the City Council. This conflict of interest must end.

*"The City of Beaumont is being run by a private corporation which is making millions of dollars by taking a cut of all development projects and public improvements approved by the City."*

© 2010 Beaumont Citizens for Responsible Growth · Feedback

EXHIBIT E

NUFIC_049347