JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL PLAINTIFFS' MOTION *IN LIMINE* NO. 5 TO EXCLUDE CERTAIN TESTIMONY AND EVIDENCE REGARDING THE BEAUMONT FINANCING AUTHORITY**<br><br>Trial Date: September 13, 2022<br>Time: 9:00 a.m.<br>Courtroom: 9D |

- 1 -

5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E.
DEAL ISO MOTION IN LIMINE NO. 5

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2. Attached as **Exhibit "A"** is a true and correct copy of an email attaching a June 30, 2016, tender letter to Defendant from BFA. This document was marked as being part of Exhibit "24" to the deposition of Judith Blake, a supervisor and claims handler for Defendant.

3. Attached as **Exhibit "B"** is a true and correct copy of the Declaration of Elizabeth Gibbs submitted in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August 2022, at Los Angeles, California.

_____
Christopher E. Deal

20323.00057\40613528.1