# EXHIBIT A

Message

| | |
|---|---|
| **From:** | Hsu, Kenneth [KHsu@SYCR.com] |
| **Sent**: | 7/1/2016 12:59:16 AM |
| **To:** | c-Claim In Box [c-claim_in_box@aig.onmicrosoft.com] |
| **CC:** | 'pinkney@sbemp.com' [pinkney@sbemp.com]; 'jgregg@ermacjpa.com' [jgregg@ermacjpa.com]; Rocha, Jennifer [jennifer.rocha@aig.com]; 'tecorbett@alliant.com' [tecorbett@alliant.com]; 'ekim@alliant.com' [ekim@alliant.com]; Cannon, John F. [JCANNON@SYCR.com]; Cheek, Clarin [ccheek@SYCR.com] |
| **Subject:** | AIG, Financial Lines Claims - Notices of Claim - Government Crime Policy No. 01-425-57-41 |
| **Attachments:** | LITIOC_2140769v1 - June 30, 2016 Notice of Claim - AIG Financial Lines C....pdf; LITIOC_2140772v1 - June 30, 2016 Notice of Claim - AIG Financial Lines C....pdf; LITIOC_2140774v1 - June 30, 2016 Notice of Claim - AIG Financial Lines Claims (City of Beaumont Community Facilities District).pdf |

Attached please find Notices of Claims for:

- City of Beaumont, California;
- Beaumont Financing Authority
- City of Beaumont Community Facilities District No. 93-1; and



EXHIBIT
Blake 24  5/18/22  PJ

Hard copies of these notices are also being sent via Certified Mail. Please advise if you are unable to open the attachment.

Best,

**Kenneth Hsu**



Stradling
Attorneys at Law

Stradling Yocca Carlson & Rauth, P.C.
660 Newport Center Drive, Suite 1600 | Newport Beach, CA 92660
(o) 949.725.4021 | (f) 949.823.5021 | (c) 818.730.3221
khsu@sycr.com | sycr.com
Website Profile | vCard

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.