BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>     Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN *LIMINE* NO. 5 TO EXCLUDE EXPERT TESTIMONY OF NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**<br><br>Trial Date: September 13, 2022<br>Time:      9:00 a.m.<br>Courtroom: 9D |

The Court has considered the in limine motion ("MIL No. 5") of Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, the "Plaintiffs"). The matter was heard before the Court, the Honorable George H. Wu presiding, on _____ __, 2022 at ___:___ am/pm. Appearances were as stated in the record. Having considered the papers, arguments of counsel, and good cause appearing, the Plaintiffs' MIL No. 5 is granted. Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant" or "National Union") is precluded from offering certain evidence regarding the Beaumont Financing Authority ("BFA") and whether BFA, rather than Plaintiffs, suffered portions of the losses at issue in this case.

IT IS SO ORDERED.

Dated: _____

_____
Hon. George H. Wu
United States District Judge