Christina R. Spiezia, State Bar No. 315145
cspiezia@grsm.com
(949) 255-6968
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
5 Park Plaza Suite 1100
Irvine, CA 92614

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**STIPULATION TO MEET AND CONFER VIRTUALLY**<br><br>*Pursuant to* Standing Order Re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu<br><br>Judge: Honorable George H. Wu |

Pursuant to the Standing Order Re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu (the "Standing Order"), Western Riverside Council of Governments ("WRCOG"), the City of Beaumont (the "City"), together ("Plaintiffs"), and National Union Fire Insurance of Pittsburgh, Pa. ("National Union"), hereby stipulate and agree as follows:

WHEREAS, the Standing Order provides that "[a]t least ten (10) days before the FPTC [(Final Pre-Trial Conference)], all counsel and pro se litigants will meet

and confer in person so that at least five (5) days before the FPTC, the parties will have filed and provided to the Court "joint" versions of the following:

a) joint statement of the case,

b) joint exhibit list (with any concomitant objections),

c) joint witness list,

d) joint proposed jury instructions,

e) joint special verdict forms (if any), and

f) stipulation(s) of facts as per Local Rule 16-2.2."

WHEREAS, the FPTC in this matter is scheduled for September 1, 2022.

WHEREAS, in order to comply with the Standing Order, counsel for Plaintiffs and National Union scheduled a meet and confer in person on Friday, August 19th, 2022 at 1:00 p.m. PST at National Union's Irvine office, located at 5 Park Plaza, Suite 1100, Irvine, CA 92614.

WHEREAS, on August 17, 2022, at approximately 1:47 p.m. PST, lead counsel for Plaintiffs, Christopher Deal, emailed lead counsel for Defendant, Scott L. Schmookler, advising that he recently learned he was exposed to COVID on August 16, 2022.

WHEREAS, in an abundance of caution, the Parties stipulate to proceed virtually with the meet and confer, as required by the Standing Order, on August 19, 2022, in order to avoid possible transmission of and exposure to COVID.

WHEREAS, the parties are not requesting to modify the deadlines in the Standing Order.

WHEREAS, the parties agree there is good cause for proceeding virtually with the meet and confer, as required by the Standing Order, on August 19, 2022 based on the recitals above, and that doing so would be in the interest of justice and would cause no party any prejudice.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 17, 2022 | BEST BEST & KRIEGER LLP |
| 3 | | |
| 4 | | By: */s/ Christopher E. Deal* |
| 5 | |     JEFFREY V. DUNN |
| | |     CHRISTOPHER E. DEAL |
| 6 | |     DANIEL L. RICHARDS |
| 7 | | |
| | | Attorneys for Plaintiffs |
| 8 | | Western Riverside Council of |
| 9 | | Governments and the City of Beaumont |
| 10 | | |
| 11 | Dated: August 17, 2022 | GORDON REES SCULLY MANSUKHANI LLP |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Scott L. Schmookler* |
| | |     CHRISTINA R. SPIEZIA |
| 15 | |     SCOTT L. SCHMOOKLER |
| 16 | |     MEAGAN P. VANDERWEELE |
| 17 | |     ANGELA LEWOSZ |
| | |     HANNA E. MONSON |
| 18 | | |
| 19 | | Attorneys for Defendant National Union Fire Insurance |
| 20 | | Company of Pittsburgh, Pa. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this motion is submitted, concur in the filing's content and have authorized the filing.

Dated: August 17, 2022

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
CHRISTINA R. SPIEZIA
SCOTT L. SCHMOOKLER
MEAGAN P. VANDERWEELE
ANGELA LEWOSZ
HANNA E. MONSON

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 17, 2022, a true and correct copy of the foregoing **Stipulation to Meet and Confer Virtually** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

                                        GORDON REES SCULLY
                                      MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
     CHRISTINA R. SPIEZIA
     SCOTT L. SCHMOOKLER
     MEAGAN P. VANDERWEELE
     ANGELA LEWOSZ
     HANNA E. MONSON
     5 Park Plaza
     Suite 1100
     Irvine, CA 92614
     *Attorneys for Defendant*
     *National Union Fire Insurance*
     *Company of Pittsburgh, Pa.*