bar

Dina Glucksman, State Bar. No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164-GW (KKx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER**<br><br>Judge: Honorable George H. Wu |

Defendant National Union Fire Insurance Company of Pittsburgh, Pa., by and through undersigned counsel, hereby gives notice of the lodging of the [proposed] order granting the Parties' *Stipulation to Meet and Confer Virtually*, filed at Dkt. 83. A true and correct copy of the [proposed] order is attached hereto.

| | |
|---|---|
| Dated: August 18, 2022 | GORDON REES SCULLY MANSUKHANI LLP |
| | By: */s/ Scott L. Schmookler* <br> DINA GLUCKSMAN <br> SCOTT L. SCHMOOKLER <br> MEAGAN VANDERWEELE <br> ANGELA LEWOSZ <br> HANNA E. MONSON |
| | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. |

-2-

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 18, 2022, a true and correct copy of the foregoing **NOTICE OF LODGING [PROPOSED] ORDER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
     SCOTT L. SCHMOOKLER
