Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 5:20-cv-02164- GW (KKx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO MEET AND CONFER VIRTUALLY** <br><br> Judge: Honorable George H. Wu |

## ORDER

After considering the Stipulation to Meet and Confer Virtually filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Stipulation is **GRANTED.**

5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER GRANTING
STIPULATION TO MEET AND
CONFER VIRTUALLY

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd floor*
*Los Angeles, CA 90071*

1   Dated:                                    By:_____

2                                                 Honorable George H. Wu
                                                  United States District Court Judge
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA  90071

- 2 -

5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER GRANTING
STIPULATION TO MEET AND
CONFER VIRTUALLY