Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSES TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5**<br><br>Judge: Hon. George H. Wu<br>Date: 9/1/2022<br>Time: 8:30 a.m.<br>Room: 9D |

Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") submits the following exhibits in support of its Responses to Plaintiffs' Motions *in Limine*, filed contemporaneously herewith:

| Exhibit | Document | Page Range |
|---|---|---|
| 1 | Deposition of Peter Fogarty, dated July 28, 2022 | 5-77 |
| 2 | Plaintiffs' Trial Exhibit List | 78-148 |

- 1 -

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSES TO
PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5

| 3 | Excerpts from the 30(b)(6) deposition of Beaumont Financing Authority, dated May 26, 2022 | 149-153 |
|---|---|---|
| 4 | Excerpts from the deposition of James Gregg, dated April 26, 2022 | 154-160 |
| 5 | Defendant's Rule 26(a)(2)(b) Rebuttal Disclosures, dated June 30, 2022 | 161-165 |
| 6 | Expert Report of Peter Evans, dated June 29, 2022 | 166-211 |
| 7 | Deposition of Peter Evans, dated July 26, 2022 | 212-267 |
| 8 | Excerpts from the deposition of Brian DeForge, dated April 28, 2022 | 268-271 |
| 9 | Excerpts from the 30(b)(6) deposition of the City of Beaumont, dated May 24, 2022 | 272-275 |
| 10 | SEC Order Instituting Cease-and-Desist In the Matter of Beaumont Financing Authority, dated August 23, 2017 | 276-284 |

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSES TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5

Dated: August 22, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Dina Glucksman (SBN: 245646)
dglucksman@grsm.com
(213) 576-5071
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Defendant*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

- 3 -
APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSES TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Daniel L. Richards, State Bar No. 315552
>daniel.richards@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By: */s/ Scott L. Schmookler*
>    Scott L. Schmookler

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

- 4 -

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSES TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5