# EXHIBIT 3

EXHIBIT 3
PAGE 149

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~     CASE NO.:
                                            5:20-cv-02164 GW
WESTERN RIVERSIDE COUNCIL OF                (KKx)
GOVERNMENTS, a California Joint
Powers Authority; et al.,

                Plaintiffs,

    vs.

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA. and DOES 1 THROUGH
50, inclusive,

                Defendant(s).
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED DEPOSITION OF

ELIZABETH MARIE GIBBS


MAY 26, 2022
7:04 A.M. TO 11:33 A.M.


VIRTUAL DEPOSITION VIA ZOOM

LOS ANGELES, CALIFORNIA


  Deidre Young, RPR, CSR No. 11461

  MAGNA LEGAL SERVICES
  866.624.6221
  www.MagnaLS.com



EXHIBIT 3
PAGE 150

```
                                                    Page 22
 1    BY MR. SCHMOOKLER:
 2       Q   Did Urban Logic -- you agree with me that at
 3    the time of the 1993 contract between the city and
 4    Urban Logic, Beaumont Financing Authority did not
 5    exist, correct?                              07:25:57
 6       MR. RICHARDS:  Object to the form.
 7       MR. SCHMOOKLER:  What's the objection to
 8    whether Beaumont Financing Authority existed in 1993 at
 9    the time of contract, Daniel?  What's the object to
10    form?                                         07:26:10
11       MR. RICHARDS:  You reference the contract, but
12    no showing that contract exists --
13       MR. SCHMOOKLER:  I don't have to show her the
14    contract.  That's not --
15       MR. RICHARDS:  The question was predicated   07:26:17
16    upon the existence of a contract in 1993.  What
17    contract are we talking about?  You're using
18    shorthands.  You can --
19       MR. SCHMOOKLER:  When was the -- I'll ask
20    it -- let's definitely waste time on this point, Daniel   07:26:25
21    and I'll --
22       MR. RICHARDS:  I kept it short --
23       THE REPORTER:  Wait.  Hold on a second.  I
24    didn't even get the beginning of the question because
25    you guys were talking on top of each other
```

```
                                                    Page 23
 1    practically --
 2       MR. SCHMOOKLER:  That's fine.
 3       THE REPORTER:  -- the whole time.
 4       MR. SCHMOOKLER:  That's fine.
 5    BY MR. SCHMOOKLER:
 6       Q   When was the first contract executed between
 7    the City and Beaumont -- or the city and Urban Logic?
 8       MR. RICHARDS:  Object to form.
 9       THE WITNESS:  April of '93.
10    BY MR. SCHMOOKLER:                             07:26:57
11       Q   Did Beaumont Financing Authority exist at the
12    time that contract was executed?
13       A   Beaumont Financing Authority was created in
14    '93.  I don't recall which month.  I believe it was
15    April.                                         07:27:09
16       Q   Okay.  Did Beaumont Financing Authority
17    execute that contract?
18       A   No.
19       Q   Was Beaumont Financing Authority referenced in
20    that contract?                                 07:27:21
21       MR. RICHARDS:  Object to form.
22       THE WITNESS:  I don't believe so, no.
23    BY MR. SCHMOOKLER:
24       Q   Is there any communications between Beaumont
25    Financing Authority and Urban Logic whereby Urban Logic   07:27:34
```

```
                                                    Page 24
 1    agreed that capital improvement projects funded through
 2    the CFD would be subject to the contract between Urban
 3    Logic and the City of Beaumont?
 4       MR. RICHARDS:  Object to form.
 5       MR. NOLAN:  Objection, that's calling for a   07:27:52
 6    legal conclusion.
 7       THE WITNESS:  I don't know.
 8    BY MR. SCHMOOKLER:
 9       Q   Did you, as corporate representative identify,
10    any scraps of paper whereby Urban Logic expressly   07:28:03
11    agreed that capital improvement projects funded through
12    the CFD would be subject to any caps contained in
13    contracts between Urban Logic and the City of Beaumont?
14       MR. NOLAN:  Objection, that's asking for a
15    legal conclusion.                              07:28:20
16       MR. RICHARDS:  And object to the form.
17       MR. SCHMOOKLER:  How is that -- Pete, how is
18    that a legal conclusion?  Let's definitely waste time
19    on this because it's a speaking objection.  But how is
20    that a legal conclusion?                       07:28:29
21       Deidre, please read the question back.  I'd
22    like an explanation of that objection.
23       (The record was read by the reporter as follows:
24       "Q   Did you, as corporate representative
25       identify, any scraps of paper whereby Urban Logic
```

```
                                                    Page 25
 1       expressly agreed that capital improvement
 2       projects funded through the CFD would be subject
 3       to any caps contained in contracts between Urban
 4       Logic and the City of Beaumont?")
 5       MR. SCHMOOKLER:  I don't understand how it's a   07:29:06
 6    legal conclusion.  If you want to state that objection,
 7    Pete.  I want an explanation on the record.
 8       MR. NOLAN:  The terms of the contract speaks
 9    for themselves.  And the contract --
10       MR. SCHMOOKLER:  They --                    07:29:14
11       MR. NOLAN:  -- referenced in 1993 and
12    amendments subsequent to that that you haven't talked
13    about.  But you're referring to scraps of paper where
14    they've expressly agreed.  Whether they agreed in the
15    contract calls for a legal conclusion.  As to whether   07:29:25
16    --
17       MR. SCHMOOKLER:  I'm asking if there's a
18    document.  I'm asking about the existence of a
19    document.
20    BY MR. SCHMOOKLER:                             07:29:36
21       Q   Is there any document, ma'am --
22       MR. RICHARDS:  Stop --
23       (Cross-talk.)
24       THE REPORTER:  You guys --
25       MR. SCHMOOKLER:  Pete, I got into this       07:29:44
```

7 (Pages 22 to 25)



EXHIBIT 3
PAGE 151

*(header: Case 5:20-cv-02164-GW-KK   Document 87-3   Filed 08/22/22   Page 4 of 5   Page ID #:7274)*

**Page 26**

1  yesterday with Chris.  State -- your objection is
2  object to form.  Any other words, then we'll call the
3  magistrate.
4        Pete, just so you know, Chris Deal yesterday,
5  on the record, specifically said that I cannot say        07:29:56
6  anything other than "object to form."  And scolded me
7  for it.  I ask that you guys abide by the same rules
8  that you asked me to play by.
9  BY MR. SCHMOOKLER:
10    Q   So Ms. Gibbs, I'll go back to not wasting your     07:30:10
11  time.
12        MR. NOLAN:  Just so we're clear,
13  Mr. Schmookler, I was not privy to that conversation.
14  And I was not advised of that until you just did so
15  right now.                                               07:30:21
16        MR. SCHMOOKLER:  Okay.  Well, you guys should
17  get your act together then.
18        MR. RICHARDS:  Scott, that's not a completely
19  correct articulation of what Rule 32 provides as far as
20  objections.  We can say other things besides --         07:30:31
21        MR. SCHMOOKLER:  Well, you know what, Daniel,
22  why don't you go call Chris and you guys should get
23  your story together because the rules you asked me to
24  play by are the rules that you need to play by.
25        MR. RICHARDS:  Your position is noted.            07:30:44

**Page 27**

1  BY MR. SCHMOOKLER:
2    Q   So, Ms. Gibbs, excuse me, have you identified
3  any document whereby Urban Logic specifically agreed
4  that capital improvement projects funded through the
5  CFD would be subject to contractual caps in contracts    07:30:59
6  between Urban Logic and the City of Beaumont?
7        MR. RICHARDS:  Same objections.
8        THE WITNESS:  No.
9  BY MR. SCHMOOKLER:
10    Q   Beaumont Financing Authority has never sued       07:31:22
11  National Union, correct?
12        MR. RICHARDS:  Object to form.
13        MR. SCHMOOKLER:  What is your objection to
14  whether Beaumont Finance Authority sued National Union?
15        MR. RICHARDS:  You're asking her to take          07:31:35
16  position as to what extent the City of Beaumont
17  represents or on behalf of Beaumont Financing
18  Authority.
19        If you're asking whether there's a caption
20  that reads Beaumont Financing Authority versus National 07:31:44
21  Union.
22        MR. SCHMOOKLER:  Yeah, that's what I'm asking,
23  Daniel.  It's a very simplistic question.
24  BY MR. RICHARDS:
25    Q   Has Beaumont Financing Authority sued National    07:31:51

**Page 28**

1  Union, Ms. Gibbs?
2    A   Beaumont Financing Authority filed a claim
3  with National Union.
4    Q   Okay.  Did Beaumont Financing file a lawsuit
5  against National Union?                                  07:32:06
6    A   Beaumont Financing Authority is part of the
7  City of Beaumont.
8    Q   But it is a separate legal entity; we agreed
9  to that earlier, correct?
10    A   Correct.                                          07:32:17
11    Q   Did Beaumont Financing Authority, as a
12  separate legal, entity ever file a lawsuit against
13  National Union?
14    A   The Beaumont Financing Authority is named in
15  the endorsement of the policy.  And therefore, when the 07:32:31
16  City of Beaumont filed -- WRCOG actually filed the
17  lawsuit on behalf of the city.
18    Q   I understand that and I want to know -- do you
19  understand that we looked at a caption earlier.  And
20  I'll put it back up on the screen.  It's from this      07:32:48
21  case.  Do you see the caption in front of you?
22    A   No, I don't.  I see your home screen.
23        MR. RICHARDS:  Yeah, Scott.  It's not up
24  there.
25        MR. SCHMOOKLER:  Let's try this a different       07:33:06

**Page 29**

1  way.  Okay.  Let's try it this way.
2        MR. RICHARDS:  You had it up.
3        MR. SCHMOOKLER:  I screwed up again?
4        MR. RICHARDS:  It was up for just a second.
5  There it is.                                             07:33:28
6        MR. SCHMOOKLER:  Now, it's up?  Okay.  Great.
7  BY MR. SCHMOOKLER:
8    Q   This is the Amended Notice of Deposition I
9  showed you earlier with the caption of this case.  And
10  my client -- at the top of the caption, you see my      07:33:36
11  client, National Union Fire Insurance Company of
12  Pittsburgh, PA?  Do you see that?
13    A   Yes.
14    Q   And above that you see two plaintiffs Western
15  Riverside Council of Governments and City of Beaumont.  07:33:50
16  Do you see that?
17    A   Yes, I do.
18    Q   Has the Beaumont Financing Authority as a --
19  has the board of the Beaumont Financing Authority ever
20  approved the filing of a lawsuit against National       07:34:00
21  Union?
22        MR. RICHARDS:  Object to form.  And I direct
23  the witness not to answer to the extent it discloses
24  things that were discussed in closed session or
25  otherwise privileged.                                   07:34:10

8 (Pages 26 to 29)



EXHIBIT 3
PAGE 152

```
                                                    Page 90                                                      Page 91
 1   Beaumont Financing Authority ever committed an act of      1         MR. SCHMOOKLER:  I didn't ask about closed
 2   dishonesty?                                                2   session, Daniel.  I asked about whether there was
 3         MR. RICHARDS:  Object to the form.                   3   specific conversation with Kapanicas.  So I'll be very
 4         THE WITNESS:  I've already answered that.            4   clear.  I'm not asking about closed session.
 5   BY MR. SCHMOOKLER:                        09:00:21         5   BY MR. SCHMOOKLER:                          09:01:31
 6     Q   Can you repeat your answer?  Because I'm not         6     Q   Did anyone on the board of Beaumont Financing
 7   sure I understand it.                                      7   Authority specifically say to Mr. Kapanicas, outside of
 8     A   Can you repeat your question please.                 8   a closed session, you've engaged in dishonesty?
 9     Q   Sure.  Who at Beaumont Financing Authority,          9     A   All of the records that I've reviewed do not
10   other than lawyers, ever accused anyone else of  09:00:30 10   include any correspondence between Mr. Kapanicas and  09:01:45
11   dishonesty prior to submitting the proof of loss to us?   11   any members of the Beaumont Financing Authority board.
12         MR. RICHARDS:  Object to the form of the            12     Q   Isn't it true that nobody on the Beaumont
13   question.                                                 13   Financing board ever went to Mr. Kapanicas and said,
14         THE WITNESS:  I've already answered that.  I        14   You've engaged in fraud or dishonesty or theft?
15   don't know what else I can say.              09:00:51    15         MR. RICHARDS:  Object to the form of the     09:02:07
16   BY MR. SCHMOOKLER:                                        16   question.
17     Q   Okay.  Was there anyone on the Beaumont             17         MR. NOLAN:  She's answered that she's reviewed
18   board -- sorry.  Strike that.                             18   and there's no correspondence between.  So at this
19         Was there anybody on the Beaumont Financing         19   point you're asking her to speculate as to
20   Authority board other than through lawyers ever accused  09:01:04 20   conversations that she wasn't privy to.   09:02:17
21   Mr. Kapanicas of dishonesty?                              21         MR. SCHMOOKLER:  No, I'm just gathering the
22         MR. RICHARDS:  Object to the form of the            22   corporate knowledge.  She's not here in an individual
23   question.  And to the extent that answering would         23   capacity.  She's here corporately.
24   require disclosure of discussions in closed session,      24         MR. NOLAN:  And she said she reviewed -- if I
25   directing the witness not to answer.        09:01:19     25   could finish.  She already testified she reviewed and  09:02:28

                                                    Page 92                                                      Page 93
 1   there is no correspondence between Alan Kapanicas and      1   identify any instance in which anyone associated with
 2   any member of the Beaumont Financing Authority board.      2   the Beaumont Finance Authority board outside of a
 3   That's --                                                  3   closed session accused any of the principals of
 4         MR. SCHMOOKLER:  Great.                              4   dishonesty?
 5         MR. NOLAN:  So then to re-ask the question,  09:02:43 5     A   I'll restate.  I have found no evidence of any  09:04:01
 6   isn't it true that nobody said that, is -- she's           6   communication between any member of the board and any
 7   already asked and answered that.  And she's not privy      7   member accused.
 8   to those conversations as the corporate representative     8     Q   And that would include no communication
 9   of the Beaumont Financing Authority.                       9   whereby they were given the opportunity to respond to
10         MR. SCHMOOKLER:  Pete, Pete, I appreciate the  09:02:58 10   allegations of dishonesty?                    09:04:21
11   help.  And maybe we can move this along.                  11         MR. RICHARDS:  Object to the form.
12   BY MR. SCHMOOKLER:                                        12         THE WITNESS:  Are you asking for allegations
13     Q   So here's my question, ma'am.  Can you              13   from a board member or?
14   identify any instance outside of a closed session in      14   BY MR. SCHMOOKLER:
15   which anyone associated with Beaumont Finance Authority  09:03:11 15     Q   Any allegations.  Did Beaumont Financing  09:04:32
16   ever accused any of the principals as we've defined      16   Authority, before accusing these individuals of
17   that term of corruption?                                  17   dishonesty, give them an opportunity to respond and
18         MR. RICHARDS:  Object to the form of the            18   explain what happened?
19   question.                                                 19         MR. RICHARDS:  Object to the form.
20         THE WITNESS:  As I stated before in my    09:03:30 20         THE WITNESS:  Can you repeat the question?  09:04:49
21   research, I have found no evidence that there were any   21   BY MR. SCHMOOKLER:
22   communications between Mr. Kapanicas and any member of    22     Q   Sure.  Did the Beaumont Financing Authority,
23   the board.                                                23   through its board, give the principals, as we've
24   BY MR. SCHMOOKLER:                                        24   defined that term, an opportunity to respond to its
25     Q   I asked a different question.  Did you   09:03:42 25   allegations before it accused them of dishonesty in a  09:05:04
```

24 (Pages 90 to 93)



EXHIBIT 3
PAGE 153