# EXHIBIT 5

**EXHIBIT 5**
**PAGE 161**

```
1   Christina R. Spiezia, State Bar. No. 315145
    cspiezia@grsm.com
2   (949) 255-6968
    Scott L. Schmookler (Pro Hac Vice)
3   sschmookler@grsm.com
    (312) 980-6779
4   Gordon Rees Scully Mansukhani, LLP
    5 Park Plaza Suite 1100
5   Irvine, CA 92614

6   Attorneys for Defendant,
    NATIONAL UNION FIRE INSURANCE
7   COMPANY OF PITTSBURGH, PA
```

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive, <br><br> Defendant(s). | CASE NO.   5:20-cv-02164-GW (KKx) <br><br> **Defendant's Rule 26(a)(2)(B) Rebuttal Disclosures** <br><br> Judge: Honorable George H. Wu |

National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), discloses that it may present evidence under Federal Rules of Evidence 702, 703, or 705 from the following witnesses at trial:

1. ***Peter S. Evans***

Defendant discloses that it retained Peter S. Evans to provide rebuttal expert testimony in this case. Pursuant to Rule 26(a)(2)(B), Defendant serves herewith

-1-

1  (and incorporates by reference) a report detailing a complete statement of all
2  opinions Mr. Evans will express and the basis and reasons for them; the facts or
3  data considered by Mr. Evans in forming his opinions; exhibits that will be used
4  to summarize or support Mr. Evans's opinions; Mr. Evans's qualifications,
5  including a list of all publications authored in the previous 10 years; a list of all
6  other cases in which, during the last 4 years, Mr. Evans testified as an expert at
7  trial or by deposition; and a statement of the compensation to be paid to Mr. Evans
8  for his work and testimony in this case.

Defendant reserves the right to supplement and amend Mr. Evans's opinions, report and this disclosure to address any facts or information obtained after service of this disclosure.

2. ***Anthony Hayter***

Defendant discloses that it retained Anthony Hayter to provide rebuttal expert testimony in this case. Pursuant to Rule 26(a)(2)(B), Defendant serves herewith (and incorporates by reference) a report detailing a complete statement of all opinions Mr. Hayter will express and the basis and reasons for them; the facts or data considered by Mr. Hayter in forming his opinions; exhibits that will be used to summarize or support Mr. Hayter's opinions; Mr. Hayter's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the last 4 years, Mr. Hayter testified as an expert at trial or by deposition; and a statement of the compensation to be paid to Mr. Hayter for his work and testimony in this case.

Defendant reserves the right to supplement and amend Mr. Hayter's opinions, report and this disclosure to address any facts or information obtained after service of this disclosure.

-2-

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: June 30, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
SCOTT L. SCHMOOKLER
MEAGAN VANDERWEELE
ANGELA LEWOSZ
HANNA E. MONSON
CHRISTINA R. SPIEZIA

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**Gordon Rees Scully Mansukhani, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614

## PROOF OF SERVICE

The undersigned hereby certifies that on June 30, 2022, a true and correct copy of the foregoing **Defendant's Rule 26(a)(2)(B) Rebuttal Expert Disclosures** was electronically served via email to the following addresses:

Jeffrey V. Dunn, State Bar No. 131926

jeffrey.dunn@bbklaw.com

Christopher E. Deal, State Bar No. 186754

chris.deal@bbklaw.com

Daniel L. Richards, State Bar No. 315552

daniel.richards@bbklaw.com

GORDON REES SCULLY
MANSUKHANI LLP


By: */s/ Scott L. Schmookler*
  SCOTT L. SCHMOOKLER
  MEAGAN VANDERWEELE
  ANGELA LEWOSZ
  HANNA E. MONSON
  CHRISTINA R. SPIEZIA

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

-4-