# EXHIBIT 9

EXHIBIT 9
PAGE 272

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

WESTERN RIVERSIDE COUNCIL OF

GOVERNMENTS, a California

Joint Powers Authority; CITY

OF BEAUMONT, a public entity

in the State of California,      Case No. 5:20-cv-02164

      Plaintiffs,          GW (KKx)

    vs.

NATIONAL UNION FIRE INSURANCE

COMPANY OF PITTSBURGH, PA; and

DOES 1 through 50, inclusive,

      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

ELIZABETH GIBBS


May 24, 2022

9:03 a.m.

Beaumont, California


Karen Aligo, CSR No. 13418



EXHIBIT 9
PAGE 273

Page 34

1    Q. The city council responds to issues of the
2   community, correct?
3    A. No.  City council only has authority as a
4   public body at city council meetings.
5    Q. Hold on one second.  I want to post an
6   exhibit.
7     I'm going to show you what we'll mark as
8   Exhibit 7.
9     (Exhibit 7 marked for identification.)
10  BY MS. VANDERWEELE:
11   Q. Exhibit 7 is the beaumontca.gov website,
12  correct?
13   A. Correct.
14   Q. And do you see -- I'll zoom in.  There's a
15  section about mayor and city council on this web
16  page, correct?
17   A. Yes.
18   Q. And I want to direct your attention to --
19  I'll try to highlight it here.  The sentence in the
20  second paragraph that talks about "the city council
21  responds to issues and concerns of the community,"
22  do you see that?
23   A. I see it.
24   Q. And according to a website published by
25  Beaumont, "the city council responds to issues and

Page 35

1   concerns of the community by allocating resources,
2   developing policies, and formulating strategies that
3   support the vitality and economic viability of the
4   City," correct?
5    A. That's what it says.
6    Q. And that's true, correct?
7    A. They don't directly respond to the public.
8   They direct the city manager to implement their
9   decisions.  That -- that word "respond" is not
10  accurate.  They don't directly respond to issues and
11  concerns of the community.
12   Q. So information that's contained on a
13  website published by the City of Beaumont is
14  inaccurate; is that what you're telling me?
15   A. I would choose another word besides
16  "respond."
17   Q. So it's your testimony that the city
18  council for Beaumont does not respond to issues and
19  concerns of the community?
20   A. Not directly to the public.  They only have
21  authority when they're in a group as a legislative
22  body.
23   Q. The city council appoints a city manager,
24  correct?
25   A. Yes.

Page 36

1    Q. And the city manager serves at the pleasure
2   and direction of city council, correct?
3    A. Correct.
4    Q. The city council, I believe in 1965,
5   adopted a municipal code, correct?
6    A. I don't know when the first municipal code
7   was adopted.  I'd have to look at the ordinances.
8    Q. The municipal code, regardless of which
9   year it was adopted, it was adopted and approved by
10  city council, correct?
11   A. Yeah.  All ordinances are, yes.
12   Q. And the municipal code sets forth the
13  duties and responsibilities of city manager and
14  other city officials, correct?
15   A. Correct.
16   Q. And those duties and authority for city
17  manager and city officials were all approved and
18  adopted by the city council, correct?
19   A. Correct.
20   Q. The City of Beaumont does not have a
21  separate risk management department; is that
22  correct?
23   A. That's correct.
24   Q. Has the City ever had a separate risk
25  management department?

Page 37

1    A. No.
2    Q. My understanding, pursuant to the municipal
3   code and resolutions passed by the city council, the
4   city manager for Beaumont has a set spending
5   authority.  Is that correct?
6    A. That is correct, yes.
7    Q. And in 2011 what was the spending authority
8   limit for the city manager?
9    A. I believe it was $10,000.
10   Q. Any purchase made by the City over $10,000
11  had to be approved by city council, correct?
12   A. Any purchase over $10,000 should have been
13  approved by the city council.
14   Q. If the purchase of insurance for the City
15  was greater than $10,000, that needed approval by
16  the city council, correct?
17   A. It should have been, yes.
18   Q. Do you believe that the city council had no
19  knowledge of the insurance that it purchased from my
20  client, National Union?
21   A. I can't speak to city council's knowledge
22  at the time.
23   Q. And is that true, for the entire time
24  period between 1993 and 2015, you're not able to
25  provide any testimony regarding what city council

MAGNA
LEGAL SERVICES

EXHIBIT 9
PAGE 274

1 members knew, correct?
2     A. Correct, unless it was discussed in an open
3 meeting.
4     Q. Well, you didn't interview any city council
5 members to prepare for this deposition, correct?
6     A. Correct.
7     Q. And so -- what city council members knew,
8 at certain times, between 1993 and 2016, as you sit
9 here today, you're not able to provide any testimony
10 about that, correct?
11     A. Correct.
12     Q. The approval of payments to the City's
13 vendors and contractors, I want to talk about that.
14     It's my understanding that warrant lists
15 are provided to the city council, and those warrant
16 lists need to be approved and passed at city council
17 meetings. Is that correct?
18     A. Yes.
19     Q. And has that been true since at least 1993?
20     A. There was a time frame where payments to
21 contractors and consultants, through the bond
22 trustees, were not presented to city council for
23 approval. Just the general fund check register was
24 presented to counsel for approval.
25     Another --

1     Q. I'm sorry. Continue.
2     A. Another check register was payroll, that
3 was -- to my knowledge, that was not submitted to
4 counsel. But there were -- there were payments made
5 to consultants and contractors from one of the
6 City's bond trustees that were never presented to
7 city council.
8     Q. Payments from the bond trustee. The bond
9 trustee is Union Bank?
10     A. At that time it was, yes.
11     Q. And between 1993 and 2012, Union Bank was
12 the bond trustee?
13     A. I believe so. I don't know if they were
14 the bond trustee in 1993, but they held the position
15 for many years.
16     Q. Payments from the bond trustee are
17 different from payments made by the City of
18 Beaumont, correct?
19     A. Payments from the bond trustee are --
20 are -- were not, at that time, issued through the
21 City's accounts payable program.
22     Q. City -- or strike that.
23     Money that was paid by the City of Beaumont
24 to its contractors and vendors was money paid from
25 the general fund; is that correct?

1     A. Both. They were paid -- there were
2 contractors paid through the City's accounts payable
3 staff and finance director, but there were also
4 consultants and contractors paid outside the City's
5 Finance Department, and they were paid directly from
6 the bond trustee, Union Bank.
7     Q. Do you know why payments from the bond
8 trustee were not presented to city council?
9     A. They didn't want city council to know how
10 much money they were making.
11     Q. Who is "they"?
12     A. Urban Logic, Alan Kapanicas, finance
13 director.
14     Q. And how do you know that?
15     A. Because they should have been presented
16 through city council for approval.
17     Q. How do you know that payments from the bond
18 trustee were never presented to city council?
19     A. Because I attended city council meetings
20 for two decades.
21     Q. And it's your testimony at no time were the
22 payments from the bond trustee presented to city
23 council?
24     A. Correct. The actual physical payments.
25 The cost of issuance, yes, but that's not payment;

1 that's not wire money, cut checks, things like that.
2     Q. Are you aware that city council members
3 knew of payments from the bond trustee to Urban
4 Logic?
5     A. We've done an extensive records search, and
6 we have found no such communications.
7     Q. Did you speak with any former city council
8 members to determine whether they knew that the bond
9 trustee was making payments in millions of dollars
10 to Urban Logic?
11     A. No, I have not spoken to any former or
12 current city council members.
13     Q. So you're not able to say whether any
14 former city council members did, in fact, know that
15 millions of dollars from the bond trustee were being
16 paid to Urban Logic, correct?
17     A. It was not discussed at a public meeting.
18     Q. That wasn't my question.
19     My question is: You -- aren't able to say,
20 one way or another today, whether members of city
21 council knew that the bond trustee was paying
22 millions of dollars to Urban Logic?
23     A. I can't speak to what city council knew.
24     Q. And you haven't reviewed any testimony or
25 declaration from any city council members to



EXHIBIT 9
PAGE 275