Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF SCOTT L. SCHMOOKLER IN SUPPORT OF DEFENDANT'S RESPONSES TO PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-5**<br><br>Judge:   Hon. George H. Wu<br>Date:    9/1/2022<br>Time:    8:30 a.m.<br>Room:   9D |

I, Scott L. Schmookler, declare as follows:

    1.    I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter. I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court. I submit this declaration in support of National Union's responses in opposition to Plaintiffs' Motions *in Limine*. I have personal knowledge of all matters set forth in this

- 1 -
DECLARATION OF SCOTT L. SCHMOOKLER

Declaration and, if called as a witness, I could and would competently testify to them.

2. On July 28, 2022, Peter Fogarty was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 1**, is a true and correct copy of the transcript of Mr. Fogarty's deposition.

3. On August 11, 2022, the parties exchanged trial exhibit lists in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith, as **Exhibit 2** is a true and correct copy of Plaintiffs' Trial Exhibit List served on August 11, 2022.

4. On May 26, 2022, Elizabeth Gibbs, as the Rule 30(b)(6) representative of Beaumont Financing Authority, was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 3**, is a true and correct copy of excerpts of the transcript of Beaumont Financing Authority's Rule 30(b)(6) deposition.

5. On April 26, 2022, James Gregg was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 4**, is a true and correct copy of excerpts of Mr. Gregg's deposition transcript.

6. On June 30, 2022, Defendant served its Rule 26(a)(2)(b) Rebuttal Disclosures. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 5**, is a true and correct copy of Defendant's Rule 26(a)(2)(b) Rebuttal Disclosures.

7. On June 30, 2022, Defendant served the Expert Opinion Report of Peter S. Evans, along with tis its Rule 26(a)(2)(b) Rebuttal Disclosures. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 6**, is a true and correct copy of the expert report of Peter Evans, dated June 29, 2022.

8. On July 26, 2022, Peter Evans was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 7**, is a true and correct copy of Mr. Evans' deposition transcript.

DECLARATION OF SCOTT L. SCHMOOKLER

1    9.    On April 28, 2022, Brian DeForge was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 8**, is a true and correct copy of excerpts of Mr. DeForge's deposition transcript.

10.   On May 24, 2022, Elizabeth Gibbs, as the Rule 30(b)(6) representative of City of Beaumont, was deposed in this matter. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 9**, is a true and correct copy of excerpts of the transcript of City of Beaumont's Rule 30(b)(6) deposition.

11.   Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 10**, is a true and correct copy of an August 23, 2017, SEC Order Instituting Cease-and-Desist in the matter of Beaumont Financing Authority, Administrative Proceeding File No. 3-18132, produced during discovery of this matter.

Dated: August 22, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Dina Glucksman (SBN: 245646)
dglucksman@grsm.com
(213) 576-5071
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

- 3 -
DECLARATION OF SCOTT L. SCHMOOKLER

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 22, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

> GORDON REES SCULLY
> MANSUKHANI LLP
>
> By:   */s/ Scott L. Schmookler*
>         Scott L. Schmookler