# EXHIBIT A



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 2012 – Present | **Hemming Morse, LLP** |
| | Certified Public Accountants, Forensic and Financial Consultants |
| | Partner |
| | |
| 1995 – 2011 | **Hemming Morse, Inc.** |
| | Director, 1997-2011 |
| | Manager, 1995-1996 |
| | |
| 1990 – 1995 | **Neilson Elggren Durkin & Co.** |
| | Manager, 1992-1995 |
| | Supervisor, 1990-1992 |
| | |
| 1982 – 1990 | **Federal Bureau of Investigation** |
| | Special Agent |
| | |
| 1978 – 1982 | **Maryland Center for Public Broadcasting** |
| | Senior Accountant |
| | |
| 1978 | **Towson State University, Baltimore, Maryland** |
| | B.S. Business Administration |



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Professional & Service Affiliations

- **Certified Public Accountant,** State of California

- **Certified Fraud Examiner**

- **Certified in Financial Forensics**
  California Society of Certified Public Accountants
  – Past Chair of Litigation Steering Committee
  – Past Chair of Fraud Operating Committee

- American Institute of Certified Public Accountants

- Association of Certified Fraud Examiners

- Society of Former Special Agents of the FBI

- Northern California Fraud Investigators Association

## Seminar Instruction

- "What You Don't Know Will Hurt You – Conducting a Large Scale Internal Investigation in the New World"
  California Society of CPA's
  San Francisco, CA, April 2021

- "Funds Tracing in a Murder Investigation"
  AICPA Forensic and Valuation Services Conference
  Atlanta, GA, November 2018

- "How Many Frauds Can be Perpetrated at One Time? A Case Study"
  AICPA Forensic and Valuation Services Conference
  Atlanta, GA, November 2018

- "Overview of the U.S. Judicial System"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2018

- "Law and Privacy – A Debate About the Locked iPhone Litigation"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2017

- "Law and Technology"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program
  Berkeley, CA, July 2016

- "Foreign Corrupt Practices Act - Latest Trends"
  California Society of CPAs
  Newport Beach, CA, March 2016

- "Case Study - The Shopping Center King: Insurance Fraud and a Host of Other Bad Things"
  California Society of CPAs
  Los Angeles, CA, August 2015

- "Law and Technology"
  Tel Aviv and Berkeley Law Schools Joint LL.M. Program,
  Berkeley, CA, August 2015

- "Finding Fraud Through Interviewing… Detecting Deception (Part 2)"
  AICPA Webcast (Panelist)
  New York, NY, July 2012



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Seminar Instruction continued

- "Finding Fraud Through Interviewing… Tales From Fraudsters and Those Who Catch Them (Part 1)"
  AICPA Webcast (Panelist)
  New York, NY, May 2012

- "Internal Controls, Governance and Management Structure" (Panelist), Thompson Reuters - The China Deal 2012: Legal and Economic Outlook For Inbound and Outbound Deals San Francisco, CA, May 2012

- "From Suspicion to Conviction"
  Institute of Internal Auditors, Hawaii Chapter
  Honolulu, HI, February 2012

- "Foreign Corrupt Practices Act - A Monitor's Perspective"
  Institute of Internal Auditors, Hawaii Chapter
  Honolulu, HI, February 2012

- Interviewing for CPAs: Cutting Through the Rhetoric"
  California Society of CPAs - Combined Section Meeting, Marina Del Rey, CA, October 2011

- "From Suspicion to Conviction: Fraud Case Studies"
  AICPA National Governmental and Not-For-Profit Training Program, Orlando, FL, October 2011

- "Developing Your Fraud Investigation Through Percipient and Subject Interviews"
  AICPA National Governmental and Not-For-Profit Training Program, Orlando, FL, October 2011

- "The Role of Forensic Accountants"
  GE Capital Americas Risk / Loss Mitigation Retreat
  Tarrytown, NY, June 2011

- "The Foreign Corrupt Practices Act - A Monitor's Perspective", 22nd Annual ACFE Fraud Conference
  San Diego, CA, June 2011

- "For Profit Frauds in a Not-For-Profit World"
  AICPA National Not-For-Profit Financial Executive Forum, San Francisco, CA, November 2010

- "Financial Fraud Investigations Methodology"
  California Society of CPAs, San Francisco, CA
  January 2010

- "The Foreign Corrupt Practices Act: An Independent Monitor's Perspective", The PIPEs Conference 2009, Las Vegas, NV, November 2009

- "Foreign Corrupt Practices Act and Other Ethical Considerations", The China Deal 2010 Conference, San Francisco, CA, October 2009

- "The Role of the Monitor in Federal Cases"
  CalCPA Litigation Steering Committee, Los Angeles, CA, August 2009

- "Introduction to Financial Forensic Accounting"
  Golden Gate University, San Francisco, CA
  April 2009, August 2009

- "Crisis Management - What to do when Fraud is Detected", Governance Conference, Bellevue, WA, October 2008

- "An Independent Monitor's Perspective on Compliance with the Foreign Corrupt Practices Act"
  California Society of CPAs and Bar Association of San Francisco, San Francisco, CA, January 2008



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Publications

- "The Foreign Corrupt Practices Act: Opportunities for Accountants and Lawyers"
  The Witness Chair, Winter 2016

- "Tips for an Efficient and Effective Fraud Investigation"
  Law 360, July 2015 (Co-author)

## News Media Contacts

- KPIX Channel 5 News, San Francisco, California
  Investigative report by Anna Werner on Fremont Football League; interviewed regarding forensic accounting procedures, February 2006

- KRON Channel 4 News, San Francisco, California
  Interviewed regarding forensic accounting; aired May 30, 2002

- ABC News Productions Interviewed for Court TV production; October 19, 2001

- NBC Nightly News Special report by Jim Avila – "Following the Terrorists' Money Trail," September 24, 2001

- The Los Angeles Times "Tracing the Money Trail of Terrorism," September 24, 2001

- The New York Times "And Now, a Case for the Forensic Accountant," May 27, 2001

## Testimony

### Trial

- **Judith Jenkins v. Jeffrey William Trueman, John Bullock, Jeff Bullock, Alcove Medical, Science Medical, dba Blue Harbor Medical (August 2022),** United States District Court, Northern District of California
  Case No. C 19-08350-VC

- **United States v. David Bergstein (February 2018),** United States District Court, Southern District of New York, Case No. 16 Cr. 746 (PKC)

- **Audiencearc, Inc. v Spark Public Relations, LLC (February 2018),** Superior Court of California, County of San Francisco, Case No. CGC-16-552836

- **Walter Ruf, et al v. Palm Canyon Hotels, Inc., et al (March 2017),** Superior Court of California, Burbank, CA Case No. BC539849

- **IAS Services Group, LLC v. Jim Buckley & Associates, et al. (July 2016),** U.S. District Court, Western District of Texas, Case No. 5:14-CV-180-FB

- **Rincon EV Realty LLC, et al. v. CP III Rincon Towers, Inc., et al. (July 2012),** San Francisco Superior Court, Case No. 10-496887



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Testimony continued

### Trial continued

- **City of Glendale v. Marcus Cable Associates, LLC, dba Charter Communications (February 2012),** Los Angeles County Superior Court, Case No. EC 051903

- **People v. Howard Douglas Porter (July 2008),** Stanislaus County Superior Court, Case No. 1219173

- **BHE Group, Inc., et al. v. MTS Products and Ben Hsia (February 2008),** Los Angeles County Superior Court, Case No. EC 041097

- **People of the State of California v. Roland Clark Colton, and Paul McNeece Roesser (October 2007),** San Diego County Superior Court, Central Division, Case No. CD204432

- **Chevron U.S.A., Inc. v. SSD & Associates (August 2006),** U.S. District Court, Northern District of California, Case No. C05-3276 WHA

- **United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (March 2006),** U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- **People v. David Mark Levey (July 2005),** Contra Costa County Superior Court, Case No. 1123341-0 F

- **The People of the State of California v. Hanson Building Materials America, Inc., et al. (June 2005)** Contra Costa County Superior Court Case No. MSC04-00524

### Deposition

- **Western Riverside Council of Governments and City of Beaumont v. National Union Fire Insurance Company (July 2022),** U.S. District Court, Central District of California Case No. 5:20-cv-02164-GW (KKx)

- **Leoch Battery Corporation v. Hui Peng & Eastern International, LLC  (May 2022)** Superior Court of California, County of Orange Case No. 30-2020-01131891-CU-CO-CJC

- **Storz Management Company, and Storz Realty, Inc. v. Andrew Carey and Mark Weiner (June 2019)** U.S. District Court, Eastern District of California Case No. 2:18-cv-00068-TLN-DB

- **Terroir Capital LLC, Terroir Winery Fund LP, and Terroir Hotel and Resort Fund II LP, Claimants v. Charles A. Banks, IV, Respondent (May 2019)** JAMS Arbitration, San Francisco, CA Reference No. 1100098398



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Testimony continued

### Deposition continued

- **Kevin McGee v. Terroir Capital LLC (April 2019)**
  Superior Court of California, County of Sonoma
  Case No. SCV-262108

- **Aletheia Research and Management, Inc. v. Axis Surplus Insurance Company (March 2019)**
  Superior Court of California, County of Los Angeles
  Case No. BC485198

- **United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (March 2006),** U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- **People v. David Mark Levey (July 2005),** Contra Costa County Superior Court, Case No. 1123341-0 F

- **The People of the State of California v. Hanson Building Materials America, Inc., et al. (June 2005)**
  Contra Costa County Superior Court
  Case No. MSC04-00524

- **Mary Affinito and Michelle Affinito, as Co-Trustees of The Alfred A. Affinito Trust v. Michael Affinito, et al (November 2018),** Superior Court of California, Contra Costa County, Case No. C17-00286

- **Audiencearc, Inc. v Spark Public Relations, LLC (October 2017),** Superior Court of California, County of San Francisco, Case No. CGC-16-552836

- **United Energy Trading, LLC v. Pacific Gas and Electric Company, et al (October 2017)**
  U.S. District Court, Northern District of California
  Case No. 3:15-CV-02383-RS

- **Walter Ruf, et al v. Palm Canyon Hotels, Inc., et al (February 2017),** Superior Court of California, Burbank, CA, Case No. BC539849

- **IAS Services Group, LLC v. Jim Buckley & Associates, et al. (July 2015),** U.S. District Court, Western District of Texas, Case No. 5:14-CV-180-FB

- **Cambridge CM, Inc. v. Basil P. Fthenakis, et al. (July 2014),** Santa Clara County Superior Court, Case No. 112 CV 223040

- **Rincon EV Realty LLC, et al. v. CP III Rincon Towers, Inc., et al. (June 2012),** San Francisco Superior Court, Case No. 10-496887

- **Abarca, et al. v. Merck & Co., et al (February 2012),** Eastern District of California Fresno Division, Case No. 1:07-CV-0388 DOC DLB

- **City of Glendale v. Marcus Cable Associates, LLC, dba Charter Communications (July 2011),** Los Angeles County Superior Court, Case No. EC 051903

- **Alfa Tech Consulting Engineers, Inc. v. Cambridge CM, Inc. (February 2011),** JAMS Arbitration - San Jose, CA,  Case No. 1110012203

- **American Insurance Company, Travelers Indemnity Company (December 2009),** Circuit Court of Cook County, Illinois, Case No. 2005 L 011044



# CURRICULUM VITAE

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

## DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

### Testimony continued

#### Deposition continued

- **Shinazy Enterprises, Inc.; Botta's Auto Body v. Truck Insurance Exchange; Farmers Insurance Group (September 2009),** San Francisco Superior Court, Case No. CGC-07-461955

- **Banco De Mexico v. Orient Fisheries, Inc., et al. (August 2009),** U.S. District Court, Central District of California, Case No. 2:07-CV-07043 GAF

- **Carolyn Vertuca, Trustee of The Louis R. Laeremans Trust dated December 12, 1997, et al. v. Citigroup Global Markets, Inc. dba Citi Smith Barney, et al. (July 2009),** Alameda County Superior Court, Case No. RG07335879

- **Community Memorial Health System, et al. v. Bartlett, Pringle & Wolf LLP, et al. (2008),** Ventura County Superior Court, Case No. 56-2008-00318564-CU-FR-VTA

- **BHE Group, Inc., et al. v. MTS Products and Ben Hsia (November 2007),** Los Angeles County Superior Court, Case No. EC 041097

- **Norris Houk v. CSAA (August 2007),** Arbitration, San Francisco, CA

- **Gerald Laframboise, dba Laframboise Construction v. Alan Van Vliet, et al. (February 2007),** Mono County Superior Court, Case No. 15092

- **New World TMT Limited v. PrediWave Corporation, et al. (September 2006),** Santa Clara County Superior Court, Case No. 104 CV020369

- **Patricia Davis Raynes, et al. v. Marvin Davis, Kenneth Kilroy, et al. (September 2006),** JAMS Arbitration, Los Angeles, CA, Case No. 1220034665

- **Chevron U.S.A., Inc. v. SSD & Associates (July 2006),** U.S. District Court, Northern District of California, Case No. C05-3276 WHA

- **Insurance Ventures, Inc. v. Vesta Fire Insurance Corporation (November 2005),** Sacramento County Superior Court, Case No. 04AS00268

- **United States Ex. Rel DRC, Inc., et al. v. Custer Battles, LLC, et al. (October 2005),** U.S. District Court, Eastern District of Virginia, Case No. CV-04-199-A

- **Daniel Garcia v. Thomas White (November 2005)** San Francisco Superior Court Case No. CGC 02-414569

- **Martha Wood, et al. v. John M. O'Quinn, et al. (September 2005),** American Arbitration Association, Houston, TX

- **The People of the State of California v. Hanson Building Materials America, Inc., et al. (May 2005)** Contra Costa County Superior Court Case No. MSC04-00524

Case 5:20-cv-02164-GW-KK   Document 94-2   Filed 08/22/22   Page 9 of 9   Page ID #:1564



**CURRICULUM VITAE**

**CONCORD OFFICE**
1390 Willow Pass Road, Suite 410
Concord, CA 94520
T: 415.836.4000
F: 415.777.2062

# DANIEL W. RAY, CPA/CFF, CFE

HEMMING.COM

## Testimony continued

### Aribtration

- **Alfa Tech Consulting Engineers, Inc. v. Cambridge CM, Inc. (March 2011),** JAMS Arbitration - San Jose, CA, Case No. 1110012203

- **Europlay Capital Advisors, LLC v. Pamela S. Colburn (December 2007),** American Arbitration Association, Case No. 72 180 Y 00337 07 WYGI

- **Tigran Z. Marcarian v. Tony Lee, et al. (October 2007),** Santa Clara County, CA

- **Norris Houk v. CSAA (August 2007),** San Francisco, CA

- **George Goff, et al. v. The Thomas Kinkade Company, et al. (April 2006),** Los Angeles, CA

- **Daniel Garcia v. Thomas White (November 2005),** Superior Court, San Francisco, CA, Case No. CGC 02-414569

- **Martha Wood, et al. v. John M. O'Quinn, et al. (October 2005),** Class Certification Hearing, Houston, TX

- **French Camp Vineyards v. Guenoc Winery (May 2004),** San Francisco, CA

- **Far Eastern Group I v. Hayes Valley Development Partners (February 2002),** San Mateo, CA

### NASD Arbitration

- **A. G. Edwards & Sons, Inc. v. Wendy Feldman Purner (September 2005)**
  Arbitration Case No. 02-04317, San Diego, CA

- **A. G. Edwards & Sons, Inc. v. Wendy Feldman Purner (September 2004)**
  Arbitration Case No. 02-04275, Seattle, WA

PAGE 8 OF 8