# EXHIBIT H

*Page 1 of 1*

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(909) 676-1944

| | |
|---|---|
| INVOICE NO. | 2004-213 |
| INVOICE DATE | 08/12/04 |
| W.O. DISTRIBUTION | |

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

Billing for Professional Community and Economic Development and Public Works Services for the period of July 11, 2004 through August 6, 2004:

**Consultant Services (see attached Breakdown):**

| Category | Hours | |
|---|---|---|
| Principal (David Dillon, Ernie Egger, Deepak Moorjani) | 186.50 | |
| Total Monthly Consultant Retainer: | | $15,000.00 |
| **Total Amount Due:** | | **$15,000.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC5-001449

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(909) 676-1944

Page 1 of 1

| | |
|---|---|
| INVOICE NO. | **2005-125** |
| INVOICE DATE | 02/11/05 |

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

W.O. DISTRIBUTION

*[handwritten: 1350-4060 See Attached]*

Billing for Professional Community and Economic Development and Public Works Services for the period of January 8, 2005 through February 4, 2005:

Consultant Services (see attached Breakdown):

| Category | Hours | |
|---|---|---|
| Principal (David Dillon, Ernie Egger, Deepak Moorjani) | 304.00 | |
| Total Monthly Consultant Retainer: | | $15,000.00 |
| **Total Amount Due:** | | **$15,000.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC5-001460

*Page 1 of 1*

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

**INVOICE NO.**
2009-173

**INVOICE DATE**
09/03/09

**W.O. DISTRIBUTION**

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

**Billing for Professional Community and Economic Development and Public Works Services for the period through August 28, 2009**

**Consultant Services (see attached Breakdown):**

| Category | Hours | |
|---|---|---|
| Principal (David Dillon, Ernie Egger, Deepak Moorjani) | 113.00 | |
| Total Monthly Consultant Retainer: | | $15,000.00 |
| **Total Amount Due:** | | **$15,000.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC5-001021