# EXHIBIT I



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 2, 2011

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 12 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 12**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date:  February 2, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit A

| Requisition No. 12 |
| --- |

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2006A**

Comprehensive Public Facility
Financing Program

Date  February 2, 2011

ACCOUNT      Construction Fund
DESCRIPTION  Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 3 | Engineering | 261,532.00 |
| | | **TOTAL:** | **$261,532.00** |

**CITY APPROVALS:**

☐   Finance Director                                    Date

☑   City Manager                                    Date 2/3/11

UFIRIVDA0088190

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

## CONTRACTOR CERTIFICATE

Certificate No. _____ 3
Contract Amount _____ $1,034,058.76

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $261,532.00 | 2011-107 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $261,532.00 | |

Project Manager _____     Date 2-2-11

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 18C Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|
| 1 | $75,000.00 | | $75,000.00 |
| 2 | $95,538.00 | | $95,538.00 |
| 3 | $261,532.00 | | $261,532.00 |
| | | | |
| TOTAL | $432,070.00 | | $432,070.00 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount  1,034,058.76

93-1, Series 2006A

UFIRIVDA0088192

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-107** |
| INVOICE DATE | **02/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through January 28, 2011**

<u>Joint & Critical Facilities</u>

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 222 | Hours @ | $195 | | 43,290.00 |
| Project Manager/Engineer: | 300.5 | Hours @ | $170 | | 51,085.00 |
| Surveyor: | 220.25 | Hours @ | $150 | | 33,037.50 |
| 2-Man Survey Crew-Prev. Wage: | 122 | Hours @ | $245 | | 29,890.00 |
| 2-Man Survey Crew: | 9 | Hours @ | $210 | | 1,890.00 |
| Staff Engineer: | 163.5 | Hours @ | $110 | | 17,985.00 |
| Const. Manager: | 86 | Hours @ | $150 | | 12,900.00 |
| Sr. Planner: | 57 | Hours @ | $130 | | 7,410.00 |
| Inspector: | 134 | Hours @ | $100 | | 13,400.00 |
| Inspector-Prev. Wage: | 118 | Hours @ | $130 | | 15,340.00 |
| Soils Tech.: | 84 | Hours @ | $100 | | 8,400.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $130 | | 5,850.00 |
| Office Manager: | 55 | Hours @ | $90 | | 4,950.00 |
| Exec. Secretary: | 205 | Hours @ | $60 | | 12,300.00 |
| CAL 216 – Relative Compaction | 4 | tests @ | $180 | | $720.00 |
| CAL 521 – Concrete Cylinders | 17 | tests @ | $30 | | $510.00 |
| CAL 231 – Use of Nuclear Gauges | 18 | days @ | $32 | | $576.00 |
| Mileage: | | | | | |
| Public Works Dept: | 3997 | miles @ | $0.500 | | $1,998.50 |

| | |
|---|---|
| **Total Amount Due:** | **$261,532.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0088193



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 2, 2011                                              VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    **Requisition No. 117 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A. Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062519

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 117**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  February 2, 2011

BEAUMONT UTILITY AUTHORITY

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062520

Schedule I

| Requisition No. 117 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

ACCOUNT    6711674106
DESCRIPTION   Construction Fund - 2001A

Date   February 2, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California Account #2420000440* | 110 | Wastewater Enterprise Projects | 31,595.00 |
| | | **TOTAL** | **$31,595.00** |

**CITY APPROVALS:**

☐   Finance Director             Date _____

☑   City Manager              Date 2/3/11

LOC4-062521

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 110

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $31,595.00 | 2011-108 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $31,595.00 | |

Project Manager _____     Date  2-2-11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | Excess Dirt Removal-PhII | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | WWTP Exp. Env. | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | $0.00 | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| 109 | $2,400.00 | $0.00 | $0.00 | $12,102.50 | $2,970.00 | $3,770.00 | $11,775.00 | $10,380.00 | $43,397.50 |
| 110 | $3,500.00 | $195.00 | $0.00 | $0.00 | $1,410.00 | $3,570.00 | $13,410.00 | $9,510.00 | $31,595.00 |
| TOTAL | $46,140.00 | $130,825.08 | $364,858.50 | $35,335.00 | $1,634,301.80 | $156,686.41 | $822,522.95 | $689,359.95 | $3,807,799.74 |

Contractor: Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062523

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-108** |
| INVOICE DATE | **02/02/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through January 28, 2011**

| | | | | |
|---|---|---|---|---|
| Stages V-VIII WWTP Expansion | | | | |
| Principal: | 46 | Hours @ | $195 | 8,970.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 4 | Hours @ | $195 | 780.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| Excess Dirt Removal-Ph. II | | | | |
| Inspector: | 35 | Hours @ | $100 | 3,500.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 8 | Hours @ | $195 | 1,560.00 |
| Const. Manager: | 8 | Hours @ | $150 | 1,200.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |
| WWTP Upgrades | | | | |
| Principal: | 21 | Hours @ | $195 | 4,095.00 |
| Sr. Asso./Eng.: | 14 | Hours @ | $170 | 2,380.00 |
| Sr. Planner: | 48.5 | Hours @ | $130 | 6,305.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| Dowling Orchard Reclaimed Water | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |

| | |
|---|---|
| **Total Amount Due:** | **$31,595.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062524



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

March 3, 2011                                                    VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 13 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 13**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: March 3, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit A

| Requisition No. 13 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2006A**

Comprehensive Public Facility
Financing Program

Date  March 3, 2011

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 4 | Engineering | 347,732.80 |
| | | **TOTAL:** | **$347,732.80** |

**CITY APPROVALS:**

☐  Finance Director                                    Date

☑  City Manager                                         Date  3/4/11

UFIRIVDA0088196

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

### CONTRACTOR CERTIFICATE

Certificate No. _____4_____
Contract Amount   $1,034,058.76

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $347,732.80 | 2011-114 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$347,732.80** | |

Project Manager _____     Date 3-4-11

UFIRIVDA0088197

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 19C Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | | $75,000.00 |
| 2 | $95,538.00 | | | | | | | $95,538.00 |
| 3 | $261,532.00 | | | | | | | $261,532.00 |
| 4 | $347,732.80 | | | | | | | $347,732.80 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | $779,802.80 | | | | | | | $779,802.80 |

Contractor Urban Logic Consultants, Inc.

Contract Amount: 1,034,058.76
Contract Balance: $254,255.96

93-1, Series 2006A

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2011-114** |
| **INVOICE DATE** | **03/03/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through February 25, 2011

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---:|
| Principal: | 301 | Hours @ | $195 | 58,695.00 |
| Project Manager/Engineer: | 434.5 | Hours @ | $170 | 73,865.00 |
| Surveyor: | 441.5 | Hours @ | $150 | 66,225.00 |
| 2-Man Survey Crew-Prev. Wage: | 68.5 | Hours @ | $245 | 16,782.50 |
| 2-Man Survey Crew: | 44.5 | Hours @ | $210 | 9,345.00 |
| 1-Man Survey Crew-Prev. Wage: | 25 | Hours @ | $150 | 3,750.00 |
| Staff Engineer: | 180 | Hours @ | $110 | 19,800.00 |
| Const. Manager: | 94 | Hours @ | $150 | 14,100.00 |
| Sr. Planner: | 119 | Hours @ | $130 | 15,470.00 |
| Inspector: | 166 | Hours @ | $100 | 16,600.00 |
| Inspector-Prev. Wage: | 183 | Hours @ | $130 | 23,790.00 |
| Soils Tech.: | 68 | Hours @ | $100 | 6,800.00 |
| Soils Tech.-Prev. Wage: | 67 | Hours @ | $130 | 8,710.00 |
| Office Manager: | 57 | Hours @ | $90 | 5,130.00 |
| Exec. Secretary: | 113 | Hours @ | $60 | 6,780.00 |
| | ARC- | | $79.39  + 15% | 91.30 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---:|
| Public Works Dept.: | 3598 | miles @ | $0.500 | $1,799.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$347,732.80** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0088199

# ARC™

**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
a: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **5991257** |
| INVOICE DATE | **03/01/11** |
| WORK ORDER# | **402772** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 03/01/11 at 11:22AM / PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | | BILLER | LOC |
| | POTRERO BLVD STRIPING | | | Chantha Saway | 16 |

| OP/COL | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL SF | U/M | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 2 | 1 | | 2 | EACH | | 2.00 |
| 1619 | MYLAR | 2 | 1 | 24X36 | 12 | SF | | 60.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 73.00 | | 6.39 | 79.39 | | 79.39 |

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626

Invoices undisputed for 45 days are final.
485892

PMJ

UFIRIVDA0088200



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 3, 2011                                              **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 118 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062526

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 118**

     1.     The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

     2.     The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

     3.     Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

     4.     There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: March 3, 2011

                      BEAUMONT UTILITY AUTHORITY

                      By
                      Alan Kapanicas, City Manager of the
                      City of Beaumont
                      Executive Director
                      Beaumont Utility Authority

LOC4-062527

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

| Requisition No. 118 |
| --- |

ACCOUNT _6711674106_
DESCRIPTION _Construction Fund - 2001A_

Date _March 3, 2011_

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 111 | Wastewater Enterprise Projects | 51,777.50 |
| **TOTAL** | | | **$51,777.50** |

**CITY APPROVALS:**

☐  Finance Director          Date _____

☑  City Manager                         Date _3/4/11_

LOC4-062528

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 111

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $51,777.50 | 2011-115 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$51,777.50** | |

Project Manager _____  Date 3-4-11

LOC4-062529

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-PhII | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | WWTP Exp. Env. | Enr. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,367.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $38,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $990.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | $0.00 | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| 109 | $2,400.00 | $0.00 | $0.00 | $12,102.50 | $2,970.00 | $3,770.00 | $11,775.00 | $10,380.00 | $43,397.50 |
| 110 | $3,500.00 | $195.00 | $0.00 | $0.00 | $1,410.00 | $3,570.00 | $13,410.00 | $9,510.00 | $31,595.00 |
| 111 | $4,785.00 | $325.00 | $0.00 | $13,617.50 | $2,085.00 | $4,700.00 | $15,795.00 | $10,470.00 | $51,777.50 |
| TOTAL | $50,925.00 | $131,150.08 | $364,858.50 | $48,952.50 | $1,636,386.80 | $161,386.41 | $838,317.95 | $699,829.95 | $3,859,577.24 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062530

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-115** |
| INVOICE DATE | **03/03/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through February 25, 2011**

Stages V-VIII WWTP Expansion

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 44 | Hours @ | $195 | | 8,580.00 |
| Sr. Planner: | 9 | Hours @ | $130 | | 1,170.00 |
| Office Mgr.: | 8 | Hours @ | $90 | | 720.00 |

Beaumont Mesa Lift Station

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 7 | Hours @ | $195 | | 1,365.00 |
| Office Mgr.: | 8 | Hours @ | $90 | | 720.00 |

Excess Dirt Removal-Ph. II

| | | | | | |
|---|---|---|---|---|---|
| Surveyor: | 4 | Hours @ | $150 | | 600.00 |
| 2-Man Survey Crew: | 8.5 | Hours @ | $210 | | 1,785.00 |
| Inspector: | 24 | Hours @ | $100 | | 2,400.00 |

San Timoteo Monitoring Wells

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 4 | Hours @ | $195 | | 780.00 |
| Const. Manager: | 10 | Hours @ | $150 | | 1,500.00 |
| Sr. Planner: | 11 | Hours @ | $130 | | 1,430.00 |
| Office Mgr.: | 11 | Hours @ | $90 | | 990.00 |

WWTP Upgrades

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 47 | Hours @ | $195 | | 9,165.00 |
| Sr. Asso./Eng.: | 20 | Hours @ | $170 | | 3,400.00 |
| Sr. Planner: | 20 | Hours @ | $130 | | 2,600.00 |
| Office Mgr.: | 7 | Hours @ | $90 | | 630.00 |

Dowling Orchard Reclaimed Water

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 1 | Hours @ | $195 | | 195.00 |
| Sr. Planner: | 1 | Hours @ | $130 | | 130.00 |

WWTP Expansion-Environmental

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 12.5 | Hours @ | $195 | | 2,437.50 |
| Sr. Asso./Eng.: | 65 | Hours @ | $170 | | 11,050.00 |
| Sr. Planner: | 1 | Hours @ | $130 | | 130.00 |

**Total Amount Due:** **$51,777.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 6, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:**   **Requisition No. 14 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

E

LOC4-019550

**CONSTRUCTION FUND**

**REQUISITION NO. 14**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  April 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-019551

**Exhibit A**

| Requisition No. 14 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2006A**

**Comprehensive Public Facility
Financing Program**

Date  April 6, 2011

**ACCOUNT
DESCRIPTION**  Construction Fund
Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 5 | Engineering | 347,180.17 |
| | | **TOTAL:** | **$347,180.17** |

**CITY APPROVALS:**

☑  Finance Director _____  Date  4-7-11

☑  City Manager _____  Date  4/7/11

LOC4-019552

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 5 _____
Contract Amount    $1,227,985.49

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $347,180.17 | 2011-124 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$347,180.17** | |

Project Manager _____        Date _4-7-11_

LOC4-019553

LOC4-019554

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 19C Engineering | ACTIVITY | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | | | $75,000.00 |
| 2 | $95,538.00 | | | | | | | | $95,538.00 |
| 3 | $261,532.00 | | | | | | | | $261,532.00 |
| 4 | $347,732.80 | | | | | | | | $347,732.80 |
| 5 | $347,180.17 | | | | | | | | $347,180.17 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | $1,126,982.97 | | | | | | | | $1,126,982.97 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount:    1,227,985.49  (Includes Int. Earnings)
Contract Balance:    $101,002.52

93-1, Series 2006A

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-124** |
| INVOICE DATE | **04/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through April 1, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 300 | Hours @ | $195 | 58,500.00 |
| Project Manager/Engineer: | 446.5 | Hours @ | $170 | 75,905.00 |
| Surveyor: | 385.25 | Hours @ | $150 | 57,787.50 |
| 1-Man Survey Crew: | 7 | Hours @ | $160 | 1,120.00 |
| 2-Man Survey Crew-Prev. Wage: | 109.5 | Hours @ | $245 | 26,827.50 |
| 1-Man Survey Crew-Prev. Wage: | 26 | Hours @ | $150 | 3,900.00 |
| Staff Engineer: | 201 | Hours @ | $110 | 22,110.00 |
| Const. Manager: | 87 | Hours @ | $150 | 13,050.00 |
| Sr. Planner: | 101.5 | Hours @ | $130 | 13,195.00 |
| Inspector: | 224 | Hours @ | $100 | 22,400.00 |
| Inspector-Prev. Wage: | 140 | Hours @ | $130 | 18,200.00 |
| Soils Tech.: | 75 | Hours @ | $100 | 7,500.00 |
| Soils Tech.-Prev. Wage: | 60 | Hours @ | $130 | 7,800.00 |
| Office Manager: | 56.5 | Hours @ | $90 | 5,085.00 |
| Exec. Secretary: | 170 | Hours @ | $60 | 10,200.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180 | $180.00 |
| CAL 521 - Concrete Cylinders | 14 | tests @ | $30 | $420.00 |
| CAL 231 - Use of Nuclear Gauges | 6 | days @ | $32 | $192.00 |
| | ARC- | $24.58 | + 15% | 28.27 |
| | ARC- | $217.89 | + 15% | 250.57 |
| | ARC- | $115.50 | + 15% | 132.83 |
| <u>Mileage:</u> | | | | |
| Public Works Dept.: | 4793 | miles @ | $0.500 | $2,396.50 |

| | |
|---|---:|
| **Total Amount Due:** | **$347,180.17** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-019555

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 5993161

**INVOICE DATE** 03/03/11

**WORK ORDER#** F1371045

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 03/03/11 at 04:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---------|-------|-----------------|--|-----------|--|
| CAROLYN | | | | HEIDI SMILDE | |

| JOB# | JOB NAME | | | BILLER | LOC |
|------|----------|--|--|--------|-----|
| | STRIPING PLAN ⅌/2nd St. | | | Chantha Saway | 16 |

| JOB# | | | | | | | | | |
|------|--|--|--|--|--|--|--|--|--|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 2 | 1 | | | 2 | EACH | | 2.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 2 | 1 | 24X36 | | 12 | SF | | 1.92 |
| 1601 | PPC BOND | 2 | 4 | 24X36 | | 48 | SF | | 7.68 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | | 1 | EA | | 6.00 |

| SUBTOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|----------|----------|-----------|-------|---------|-------------|
| 22.60 | | 1.98 | 24.58 | | 24.58 |

Invoices undisputed for 45 days are final.
488222

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

LOC4-019556

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| INVOICE NO. | 6004037 |
|---|---|
| INVOICE DATE | 03/18/11 |
| WORK ORDER# | F1371047 |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 03/18/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| CAROLYN | | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | 1ST & 2ND ST. REPAIRS | | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 5 | 1 | | 5 | EACH | | 5.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 5 | 1 | 24X36 | 30 | SF | | 4.80 |
| 1601 | PPC BOND | 5 | 9 | 24X36 | 270 | SF | | 43.20 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EACH | | 9.00 |
| 1621.2 | LARGE FORMAT SET FOLDING | 1 | 10 | 24X36 | 60 | SF | | 30.00 |
| 1900 | B & W XEROX 8.5X11 | 69 | 10 | | 690 | EACH | | 69.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 1 | 10 | | 10 | EA | | 2.64 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 4.50 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 10 | | 10 | EA | | 10.00 |
| 1950.8 | GBC 1/2" | 1 | 10 | | 10 | EACH | | 11.22 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 200.36 | | 17.53 | 217.89 | | 217.89 |

Invoices undisputed for 45 days are final.
498376

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
NT

LOC4-019557

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
e: (949)660-1150

**INVOICE NO.** 6018139

**INVOICE DATE** 03/31/11

**WORK ORDER#** F1371062

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 03/31/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| CAROLYN | | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | | BILLER | LOC |
| | 1ST & 2ND STREET REPAIR | | | Chantha Saway | 16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EACH | | 5.00 |
| 6121 | DIGITAL PROCESSING | 5 | 1 | | 5 | EACH | | 5.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 5 | 1 | 24X36 | 30 | SF | | 4.80 |
| 1601 | PPC BOND | 5 | 6 | 24X36 | 180 | SF | | 28.80 |
| 1624 | LARGE FORMAT STAPLE | 7 | 1 | | 7 | EACH | | 6.30 |
| 1621.2 | LARGE FORMAT SET FOLDING | 7 | 1 | 24X36 | 42 | SF | | 21.00 |
| 1900 | B & W XEROX 8.5X11 | 69 | 1 | | 69 | EACH | | 6.90 |
| 1917 | XEROX CARD STOCK 8.5X11 | 1 | 7 | | 7 | EA | | 1.85 |
| 1927 | HAND COLLATE | 3 | 7 | | 21 | EA | | 3.15 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 7 | | 7 | EA | | 7.00 |
| 1950.7 | GBC 7/16" | 1 | 7 | | 7 | EACH | | 12.25 |
| | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUBTOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 108.05 | -1.84 | 9.29 | 115.50 | | 115.50 |

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

Invoices undisputed for 45 days are final.
507654

PMJ



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 6, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 119 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 119**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.   None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  April 6, 2011

BEAUMONT UTILITY AUTHORITY

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062513

Schedule I

| Requisition No. 119 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

ACCOUNT        6711674106
DESCRIPTION  Construction Fund - 2001A

Date  April 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 112 | Wastewater Enterprise Projects | 95,667.50 |
| **TOTAL** | | | **$95,667.50** |

CITY APPROVALS:

☑  Finance Director                                                    Date 4-7-11

☑  City Manager                                                         Date 4/7/11

LOC4-062514

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                    112

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $95,667.50 | 2011-125 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$95,667.50** | |

Project Manager _____    Date 4-7-11

LOC4-062515

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

### Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | **ACTIVITY** | | | | |
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| **TOTAL** | $577,119.95 | $364,858.50 | $1,645,451.80 | $166,346.41 | $0.00 | $0.00 | $0.00 | $2,753,776.66 |
| Budget: | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining: | $1,776,059.05 | $247,641.50 | $127,613.20 | $190,153.59 | | | | $2,341,467.34 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062516

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| INVOICE NO. |
| --- |
| **2011-125** |
| INVOICE DATE |
| **04/06/11** |
| W.O. DISTRIBUTION |

TO:  **City of Beaumont**
  **550 East Sixth Street**
  **Beaumont, CA  92223**
  **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 1, 2011**

| WWTP Expansion & Upgrades | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 136.5 | Hours @ | $195 | 26,617.50 |
| Sr. Asso./Eng.: | 225 | Hours @ | $170 | 38,250.00 |
| Const. Manager: | 1 | Hours @ | $150 | 150.00 |
| Sr. Planner: | 36 | Hours @ | $130 | 4,680.00 |
| Associate Eng.: | 20 | Hours @ | $125 | 2,500.00 |
| Staff Engineer: | 60.5 | Hours @ | $110 | 6,655.00 |
| Technician: | 14 | Hours @ | $90 | 1,260.00 |
| Office Mgr.: | 17 | Hours @ | $90 | 1,530.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 39 | Hours @ | $195 | 7,605.00 |
| Sr. Planner: | 5 | Hours @ | $130 | 650.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Sr. Asso./Eng.: | 1.5 | Hours @ | $170 | 255.00 |
| Const. Manager: | 2 | Hours @ | $150 | 300.00 |
| Sr. Planner: | 5.5 | Hours @ | $130 | 715.00 |
| Office Mgr.: | 15 | Hours @ | $90 | 1,350.00 |

| **Total Amount Due:** | **$95,667.50** |
| --- | --- |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062517



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

May 4, 2011                                     **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 12 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-070387

**CONSTRUCTION FUND**

**REQUISITION NO. 12**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.  Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.  Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.  None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.  The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.  Payment shall be made from the Construction Fund.

Date:  May 4, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-070388

**Exhibit A**

| | |
|---|---|
| Requisition No. 12 | **CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2006B** |

**Comprehensive Public Facility Financing Program**

Date  May 3, 2011

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711797905

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 8 | Joint & Critical Facilities Engineering | 341,675.88 |
| | | **TOTAL** | **$341,675.88** |

CITY APPROVALS.

☑ Finance Director  _Luvk Ghwa_  Date  5-10-11

☑ City Manager  Date  5/10/11

LOC4-070389

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

**CONTRACTOR CERTIFICATE**

Certificate No.                          8
Contract Amount          $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $341,675.88 | 2011-133 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$341,675.88** | |

Project Manager _____          Date 5-4-11

LOC4-070390

LOC4-070391

City of Beaumont
Comprehensive Public Facilities Financing Program

CERTIFICATE SUMMARY

| CERTIFICATE NO. | IA No. 8B Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | | $75,000.00 |
| 2 | $6,840.00 | | | | | | | $6,840.00 |
| 3 | $6,210.00 | | | | | | | $6,210.00 |
| 4 | $6,270.00 | | | | | | | $6,270.00 |
| 5 | $6,510.00 | | | | | | | $6,510.00 |
| 6 | $4,345.00 | | | | | | | $4,345.00 |
| 7 | $7,680.00 | | | | | | | $7,680.00 |
| 8 | $341,675.88 | | | | | | | $341,675.88 |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | $454,540.88 | | | | | | | $454,540.88 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $999,914.00

CFD 93-1, Series 2006B

## Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-133** |
| INVOICE DATE | **05/03/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA  92223**
   **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through April 29, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 225 | Hours @ | $195.00 | 43,875.00 |
| Project Manager/Engineer: | 438.25 | Hours @ | $170.00 | 74,502.50 |
| Surveyor: | 453.75 | Hours @ | $150.00 | 68,062.50 |
| 1-Man Survey Crew: | 13.5 | Hours @ | $160.00 | 2,160.00 |
| 2-Man Survey Crew: | 59 | Hours @ | $210.00 | 12,390.00 |
| 2-Man Survey Crew-Prev. Wage: | 57.5 | Hours @ | $257.25 | 14,791.88 |
| 1-Man Survey Crew-Prev. Wage: | 13 | Hours @ | $157.50 | 2,047.50 |
| Staff Engineer: | 312 | Hours @ | $110.00 | 34,320.00 |
| Const. Manager: | 78 | Hours @ | $150.00 | 11,700.00 |
| Sr. Planner: | 111 | Hours @ | $130.00 | 14,430.00 |
| Inspector: | 213 | Hours @ | $100.00 | 21,300.00 |
| Inspector-Prev. Wage: | 120 | Hours @ | $136.50 | 16,380.00 |
| Soils Tech.: | 62 | Hours @ | $100.00 | 6,200.00 |
| Soils Tech.-Prev. Wage: | 29 | Hours @ | $136.50 | 3,958.50 |
| Office Manager: | 58 | Hours @ | $90.00 | 5,220.00 |
| Exec. Secretary: | 142.5 | Hours @ | $60.00 | 8,550.00 |

<u>Mileage:</u>

| | | | | |
|---|---:|---|---:|---:|
| Public Works Dept.: | 3576 | miles @ | $0.500 | $1,788.00 |

| | |
|---:|---:|
| **Total Amount Due:** | **$341,675.88** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-070392



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

May 4, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 120 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062505

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 120**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  May 4, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062506

Schedule I

| Requisition No. 120 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

ACCOUNT          6711674106
DESCRIPTION      Construction Fund – 2001A

Date   May 4, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #242000044C* | 113 | Wastewater Enterprise Projects | 65,877.50 |
| **TOTAL** | | | **$65,877.50** |

CITY APPROVALS:

☑  Finance Director                                        Date  5-10-11

☑  City Manager                                           Date  5/10/11

LOC4-062507

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 113

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $65,877.50 | 2011-134 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $65,877.50 | |

Project Manager _____   Date 5-4-11

LOC4-062508

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer LS. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (O1A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| TOTAL | $633,767.45 | $364,858.50 | $1,652,216.80 | $168,811.41 | $0.00 | $0.00 | $0.00 | $2,819,654.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,719,411.55 | $247,641.50 | $120,848.20 | $187,688.59 | | | | $2,275,589.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062509

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-134** |
| **INVOICE DATE** | **05/03/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through April 29, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---:|
| Principal: | 94 | Hours @ | $195 | 18,330.00 |
| Sr. Asso./Eng.: | 181 | Hours @ | $170 | 30,770.00 |
| Const. Manager: | 4 | Hours @ | $150 | 600.00 |
| Sr. Planner: | 16.5 | Hours @ | $130 | 2,145.00 |
| Surveyor: | 17.75 | Hours @ | $150 | 2,662.50 |
| Staff Engineer: | 8 | Hours @ | $110 | 880.00 |
| Office Mgr.: | 14 | Hours @ | $90 | 1,260.00 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---:|
| Principal: | 31 | Hours @ | $195 | 6,045.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---:|
| Principal: | 2 | Hours @ | $195 | 390.00 |
| Sr. Asso./Eng.: | 5 | Hours @ | $170 | 850.00 |
| Sr. Planner: | 2.5 | Hours @ | $130 | 325.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |

**Total Amount Due:**     **$65,877.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062510



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:**   **Requisition No. 13 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

LOC4-070379

**CONSTRUCTION FUND**

**REQUISITION NO. 13**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  June 1, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-070380

Exhibit A

**Requisition
No.
13**

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2006B**

**Comprehensive Public Facility
Financing Program**

Date  June 1, 2011

ACCOUNT       Acct. #6711797905
DESCRIPTION   Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|---------------------------|-------------|--------|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 9 | Joint & Critical Facilities<br>Engineering | 311,987.92 |
| | | **TOTAL** | **$311,987.92** |

CITY APPROVALS:

[✓]  Finance Director          Date  6-2-11

[✓]  City Manager              Date  6-2-11

LOC4-070381

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

**CONTRACTOR CERTIFICATE**

Certificate No.                 9
Contract Amount        $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $311,987.92 | 2011-141 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$311,987.92** | |

Project Manager _____        Date 6-2-11

LOC4-070382

LOC4-070383

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 8B Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | | $75,000.00 |
| 2 | $6,840.00 | | | | | | | $6,840.00 |
| 3 | $6,210.00 | | | | | | | $6,210.00 |
| 4 | $6,270.00 | | | | | | | $6,270.00 |
| 5 | $6,510.00 | | | | | | | $6,510.00 |
| 6 | $4,345.00 | | | | | | | $4,345.00 |
| 7 | $7,690.00 | | | | | | | $7,690.00 |
| 8 | $341,675.88 | | | | | | | $341,675.88 |
| 9 | $311,987.92 | | | | | | | $311,987.92 |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | $766,528.80 | | | | | | | $766,528.80 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount    $999,914.00

CFD 93-1, Series 2006B

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-141** |
| INVOICE DATE | **06/01/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through May 27, 2011**

### Joint & Critical Facilities

| Description | Qty | Unit | Rate | Amount |
|---|---|---|---|---|
| Principal: | 225 | Hours @ | $195.00 | 43,875.00 |
| Project Manager/Engineer: | 374 | Hours @ | $170.00 | 63,580.00 |
| Surveyor: | 400.75 | Hours @ | $150.00 | 60,112.50 |
| 1-Man Survey Crew: | 67.5 | Hours @ | $160.00 | 10,800.00 |
| 2-Man Survey Crew: | 26.5 | Hours @ | $210.00 | 5,565.00 |
| 2-Man Survey Crew-Prev. Wage: | 15 | Hours @ | $257.25 | 3,858.75 |
| Staff Engineer: | 154 | Hours @ | $110.00 | 16,940.00 |
| Const. Manager: | 86 | Hours @ | $150.00 | 12,900.00 |
| Sr. Planner: | 104 | Hours @ | $130.00 | 13,520.00 |
| Sr. Designer II: | 46 | Hours @ | $130.00 | 5,980.00 |
| Inspector: | 310 | Hours @ | $100.00 | 31,000.00 |
| Inspector-Prev. Wage: | 128 | Hours @ | $136.50 | 17,472.00 |
| Soils Tech.: | 44 | Hours @ | $100.00 | 4,400.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $136.50 | 6,142.50 |
| Office Manager: | 65 | Hours @ | $90.00 | 5,850.00 |
| Exec. Secretary: | 87 | Hours @ | $60.00 | 5,220.00 |
| CAL 216 - Relative Compaction | 3 | tests @ | $180 | $540.00 |
| CAL 521 - Concrete Cylinders | 18 | tests @ | $30 | $540.00 |
| CAL 231 - Use of Nuclear Gauges | 19 | days @ | $32 | $608.00 |
| ARC- | | | $125.93 + 15% | 144.82 |
| Inland Valley Sladden- | | | $589.00 + 15% | 677.35 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4524 | miles @ | $0.500 | $2,262.00 |

| | |
|---|---|
| **Total Amount Due:** | **$311,987.92** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-070384

**Inland Valley Sladden, Inc.**

**Invoice**

ba Sladden Engineering
450 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

| DATE | INVOICE # |
|------|-----------|
| 4/30/2011 | 28745 |

**BILL TO**

**Urban Logic Consultants, Inc.**
**43517 Ridge Park Drive, Suit 200**
**Temecula, CA 92590**

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-07044 | Brookside/Noble Creek |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| 20-6 | 2 | Hrs. Technician Services, Sample Pickup 4-14-11 | 72.00 | 144.00 |
| 10-01 Lab -01 | 1 | Max Density/Opt Moist (Method A) | 140.00 | 140.00 |
| 10-05 Lab -05 | 1 | Gradation (W/ 200 Wash) Sieve Analysis | 105.00 | 105.00 |
| 10-12 Lab -12 | 1 | Direct Shear Test | 200.00 | 200.00 |

| | Total | $589.00 |
|---|-------|---------|

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent
per month will be charged on the unpaid balance after 30 days.

LOC4-070385

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
ne: (949)660-1150

| | |
|---|---|
| **INVOICE NO.** | 6069145 |
| **INVOICE DATE** | 05/27/11 |
| **WORK ORDER#** | f1371061 |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
ATTN: CAROLYN
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 05/27/11 at 10:55AM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| CAROLYN /URBAN LOGIC GROUP | (951) 676-1944 | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | SAN TIMOTEO BIKE LANE | | Ashley Wilson | 16 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2501 | COLOR COPIES 11X17 | | 6 | 12 | | 72 | EACH | 108.00 |
| 1945 | BINDERY STAPLE | | 1 | 12 | | 12 | EA | 1.80 |
| 5200 | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |
| | TEMECULA | | | | | | | |
| | | | | | | | | |
| | SOUTHERN CALIFORNIA LOCATIONS WILL BE | | | | | | | |
| | CLOSED SATURDAY MAY 28TH AND ALL | | | | | | | |
| | LOCATIONS WILL BE CLOSED MONDAY MAY | | | | | | | |
| | 30TH IN OBSERVANCE OF THE MEMORIAL DAY | | | | | | | |
| | HOLIDAY | | | | | | | |

| JOB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 115.80 | | 10.13 | 125.93 | | 125.93 |

Invoices undisputed for 45 days are final.
545891

**TERMS:**   Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626
NT

LOC4-070386



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2011                                            **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 121 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062498

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 121**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  June 1, 2011

BEAUMONT UTILITY AUTHORITY

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062499

Schedule I

| Requisition No. 121 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

ACCOUNT      6711674106
DESCRIPTION   Construction Fund – 2001A

Date  June 1, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 114 | Wastewater Enterprise Projects | 71,320.00 |
| **TOTAL** | | | **$71,320.00** |

CITY APPROVALS.

☑  Finance Director

☑  City Manager

Date  6-2-11

Date  6-2-11

LOC4-062500

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 114

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $71,320.00 | 2011-142 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $71,320.00 | |

Project Manager _____     Date  6-2-11

LOC4-062501

LOC4-062502

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer LS. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| | | | | | | | | |
| TOTAL | $699,757.45 | $364,858.50 | $1,656,446.80 | $169,911.41 | $0.00 | $0.00 | $0.00 | $2,890,974.16 |
| Budget. | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining. | $1,653,421.55 | $247,641.50 | $116,618.20 | $186,588.59 | | | | $2,204,269.84 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

Page 1 of 1

| INVOICE NO. |
| --- |
| **2011-142** |

| INVOICE DATE |
| --- |
| **06/01/11** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

---

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through May 27, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 63 | Hours @ | $195 | 12,285.00 |
| Sr. Asso./Eng.: | 203 | Hours @ | $170 | 34,510.00 |
| Const. Manager: | 4 | Hours @ | $150 | 600.00 |
| Sr. Planner: | 20.5 | Hours @ | $130 | 2,665.00 |
| Surveyor: | 29 | Hours @ | $150 | 4,350.00 |
| Staff Engineer: | 49.5 | Hours @ | $110 | 5,445.00 |
| Inspector: | 9 | Hours @ | $100 | 900.00 |
| Office Mgr.: | 15.5 | Hours @ | $90 | 1,395.00 |
| Exec. Secretary: | 64 | Hours @ | $60 | 3,840.00 |

**Beaumont Mesa Lift Station**

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 18 | Hours @ | $195 | 3,510.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |

**San Timoteo Monitoring Wells**

| | | | | |
| --- | --- | --- | --- | --- |
| Staff Engineer: | 1 | Hours @ | $110 | 110.00 |
| Office Mgr.: | 11 | Hours @ | $90 | 990.00 |

**Total Amount Due:** **$71,320.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

July 6, 2011                                                     **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 14 Construction Fund, City of Beaumont Community Facilities
       District 93-1, 2006B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-070373

**CONSTRUCTION FUND**

**REQUISITION NO. 14**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2006 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date: July 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-070374

Exhibit A

| Requisition No. 14 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2006B**

Comprehensive Public Facility
Financing Program

Date  July 6, 2011

ACCOUNT          Acct. #6711797905
DESCRIPTION     Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 10 | Joint & Critical Facilities Engineering | 308,547.88 |
| | | **TOTAL** | **$308,547.88** |

CITY APPROVALS.

☑  Finance Director      _Luye C. War_          Date  7-7-11

☑  City Manager          _Alan C. ___          Date  7-7-11

LOC4-070375

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006B**

### CONTRACTOR CERTIFICATE

Certificate No.              10
Contract Amount          $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $308,547.88 | 2011-149 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$308,547.88** | |

Project Manager _____    Date 7-7-11

LOC4-070376

LOC4-070377

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | IA No. 8B Engineering | ACTIVITY | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | $75,000.00 |
| 2 | $6,840.00 | | | | | | $6,840.00 |
| 3 | $6,210.00 | | | | | | $6,210.00 |
| 4 | $6,270.00 | | | | | | $6,270.00 |
| 5 | $6,510.00 | | | | | | $6,510.00 |
| 6 | $4,345.00 | | | | | | $4,345.00 |
| 7 | $7,690.00 | | | | | | $7,690.00 |
| 8 | $341,675.88 | | | | | | $341,675.88 |
| 9 | $311,987.92 | | | | | | $311,987.92 |
| 10 | $308,547.88 | | | | | | $308,547.88 |
| | | | | | | | |
| TOTAL | $1,075,076.68 | | | | | | $1,075,076.68 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount  $999,914.00  + Int. Earnings of $75,162.68

CFD 93-1, Series 2006B

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-149** |
| INVOICE DATE | **07/06/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 1, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 287.5 | Hours @ | $195.00 | 56,062.50 |
| Project Manager/Engineer: | 447.5 | Hours @ | $170.00 | 76,075.00 |
| Surveyor: | 267.5 | Hours @ | $150.00 | 40,125.00 |
| 1-Man Survey Crew: | 18 | Hours @ | $160.00 | 2,880.00 |
| 2-Man Survey Crew: | 38.5 | Hours @ | $210.00 | 8,085.00 |
| 1-Man Survey Crew-Prev. Wage: | 6 | Hours @ | $157.50 | 945.00 |
| 2-Man Survey Crew-Prev. Wage: | 11.5 | Hours @ | $257.25 | 2,958.38 |
| Staff Engineer: | 118 | Hours @ | $110.00 | 12,980.00 |
| Const. Manager: | 100 | Hours @ | $150.00 | 15,000.00 |
| Sr. Planner: | 64 | Hours @ | $130.00 | 8,320.00 |
| Inspector: | 333 | Hours @ | $100.00 | 33,300.00 |
| Inspector-Prev. Wage: | 131 | Hours @ | $136.50 | 17,881.50 |
| Soils Tech.: | 101 | Hours @ | $100.00 | 10,100.00 |
| Soils Tech.-Prev. Wage: | 67 | Hours @ | $136.50 | 9,145.50 |
| Plan Checker: | 60.5 | Hours @ | $100.00 | 6,050.00 |
| Office Manager: | 73 | Hours @ | $90.00 | 6,570.00 |
| Exec. Secretary: | 34.5 | Hours @ | $60.00 | 2,070.00 |

| | |
|---|---|
| **Total Amount Due:** | **$308,547.88** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-070378



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

July 6, 2011                                      **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:   Requisition No. 122 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062491

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 122**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  July 6, 2011

                            BEAUMONT UTILITY AUTHORITY

                            By:
                            Alan Kapanicas, City Manager of the
                            City of Beaumont
                            Executive Director
                            Beaumont Utility Authority

LOC4-062492

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

Requisition
No.
122

| ACCOUNT | 6711674106 |
|---|---|
| DESCRIPTION | Construction Fund – 2001A |

Date  July 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #242000044C* | 115 | Wastewater Enterprise Projects | 98,928.00 |
| | **TOTAL** | | **$98,928.00** |

CITY APPROVALS.

☑ Finance Director

☑ City Manager

Date 7-7-11

Date 7-7-11

LOC4-062493

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 115

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $98,928.00 | 2011-151 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $98,928.00 | |

Project Manager _____      Date 7-7-11

LOC4-062494

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| | | | | | | | | |
| TOTAL | $785,697.45 | $365,638.50 | $1,662,164.80 | $176,401.41 | $0.00 | $0.00 | $0.00 | $2,989,902.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,567,481.55 | $246,861.50 | $110,900.20 | $180,098.59 | | | | $2,105,341.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062495

Page 1 of 1

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-151** |
| INVOICE DATE | **07/06/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through July 1, 2011**

| | | | | |
|---|---|---|---|---:|
| WWTP Expansion & Upgrades | | | | |
| Principal: | 129 | Hours @ | $195.00 | 25,155.00 |
| Sr. Asso./Eng.: | 238 | Hours @ | $170.00 | 40,460.00 |
| Const. Manager: | 1 | Hours @ | $150.00 | 150.00 |
| Sr. Planner: | 25.5 | Hours @ | $130.00 | 3,315.00 |
| Surveyor: | 6 | Hours @ | $150.00 | 900.00 |
| Staff Engineer: | 36 | Hours @ | $110.00 | 3,960.00 |
| Inspector: | 8 | Hours @ | $100.00 | 800.00 |
| Plan Checker: | 19 | Hours @ | $100.00 | 1,900.00 |
| Office Mgr.: | 16 | Hours @ | $90.00 | 1,440.00 |
| Exec. Secretary: | 131 | Hours @ | $60.00 | 7,860.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 9 | Hours @ | $195.00 | 1,755.00 |
| Surveyor: | 8.5 | Hours @ | $150.00 | 1,275.00 |
| 2-Man Survey Crew (Prev. Wage | 8 | Hours @ | $257.25 | 2,058.00 |
| Office Mgr.: | 7 | Hours @ | $90.00 | 630.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 13 | Hours @ | $195.00 | 2,535.00 |
| Sr. Asso./Eng.: | 15.5 | Hours @ | $170.00 | 2,635.00 |
| Const. Manager: | 4 | Hours @ | $150.00 | 600.00 |
| Office Mgr.: | 8 | Hours @ | $90.00 | 720.00 |
| North Sewer Rehab. Ph. IV | | | | |
| Principal: | 4 | Hours @ | $195.00 | 780.00 |

**ount Due:**      **$98,928.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062496



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

July 6, 2011                                             **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 5 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

UFIRIVDA0091092

**CONSTRUCTION FUND**

**REQUISITION NO. 5**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Administration Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Administration Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Administration Fund.

Date: July 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

| Requisition No. 5 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date July 6, 2011

ACCOUNT          Construction Fund
DESCRIPTION      Acct. #6711832105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #242000044C* | 2 | Jt. & Critical Facilities Engineering | $4,162.00 |
| | | **TOTAL** | **$34,162.00** |

**CITY APPROVALS.**

☑  Finance Director          Date 7-7-11

☑  City Manager             Date 7-7-11

UFIRIVDA0091094

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

### CONTRACTOR CERTIFICATE

Certificate No.        **2**
Contract Amount    **$670,705.00**

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $34,162.00 | 2011-150 |
| | | | |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $34,162.00 | |

Project Manager _____      Date 2-7-11

UFIRIVDA0091095

City of Beaumont
Comprehensive Public Facilities
Financing Program

CERTIFICATE SUMMARY

CFD 93-1, Series 2007E

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $50,000.00 | | | | | | | | $50,000.00 |
| 2 | | $34,162.00 | | | | | | | $34,162.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | $50,000.00 | $34,162.00 | | | | | $0.00 | | $84,162.00 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount   $670,705.00

UFIRIVDA0091096

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-150** |
| INVOICE DATE | **07/06/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
 **550 East Sixth Street**
 **Beaumont, CA 92223**
 **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 1, 2011**

Joint & Critical Facilities

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 38 | Hours @ | $195.00 | 7,410.00 |
| Project Manager/Engineer: | 51 | Hours @ | $170.00 | 8,670.00 |
| Surveyor: | 1 | Hours @ | $150.00 | 150.00 |
| Staff Engineer: | 119 | Hours @ | $110.00 | 13,090.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Inspector: | 4 | Hours @ | $100.00 | 400.00 |
| Inspector-Prev. Wage: | 4 | Hours @ | $136.50 | 546.00 |
| | Inland Valley Sladden- | | $150.00 + 15% | 172.50 |

Mileage:

| | | | | |
|---|---:|---|---:|---:|
| Public Works Dept.: | 5347 | miles @ | $0.500 | $2,673.50 |

| | |
|---|---:|
| **Total Amount Due:** | **$34,162.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0091097

# Inland Valley Sladden, Inc.

lba Sladden Engineering
450 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/31/2011 | 28879 |

**BILL TO**

Urban Logic Consultants, Inc.
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-11008 | Brookside/Noble |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| Reports | | Senior Engineer Report Review and Preparation, Culvert Design Review and Response, Engineer Certified Report No. 11-05-006 | 150.00 | 150.00 |
| | | **Total** | | **$150.00** |

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent
per month will be charged on the unpaid balance after 30 days.

UFIRIVDA0091098



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

August 8, 2011                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 123 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

AK:lio

Enclosures

LOC4-062484

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001 SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 123**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  August 8, 2011

BEAUMONT UTILITY AUTHORITY

By
    Alan Kapanicas, City Manager of the
    City of Beaumont
    Executive Director
    Beaumont Utility Authority

LOC4-062485

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

| Requisition |
| --- |
| No. |
| 123 |

Comprehensive Public Facility
Financing Program

| ACCOUNT | 6711674106 |
| --- | --- |
| DESCRIPTION | Construction Fund – 2001A |

Date  August 8, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants | 116 | Wastewater Enterprise Projects | 85,985.00 |
| *Credit Union Bank of California* | | | |
| *Account #242000044C* | | | |
| | | **TOTAL** | **$85,985.00** |

CITY APPROVALS,

☑  Finance Director          Date  8-9-11

☑  City Manager             Date  8/10/11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

CONTRACTOR CERTIFICATE

Certificate No. _____ 116

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $85,985.00 | 2011-159 |
| TOTAL CERTIFICATE INVOICE AMOUNT | | $85,985.00 | |

Project Manager _____  Date _8·11-11_

LOC4-062487

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer LS. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $3,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| TOTAL | $862,052.45 | $368,173.50 | $1,663,109.80 | $182,551.41 | $0.00 | $0.00 | $0.00 | $3,075,887.16 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,491,126.55 | $244,326.50 | $109,955.20 | $173,948.59 | | | | $2,019,356.84 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062488

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-159** |
| INVOICE DATE | **08/05/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA  92223**
   **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through July 29, 2011**

WWTP Expansion & Upgrades

| | | | | |
|---|---|---|---|---:|
| Principal: | 70 | Hours @ | $195.00 | 13,650.00 |
| Sr. Asso./Eng.: | 277 | Hours @ | $170.00 | 47,090.00 |
| Sr. Planner: | 43 | Hours @ | $130.00 | 5,590.00 |
| Staff Engineer: | 68.5 | Hours @ | $110.00 | 7,535.00 |
| Office Mgr.: | 7 | Hours @ | $90.00 | 630.00 |
| Exec. Secretary: | 31 | Hours @ | $60.00 | 1,860.00 |

Beaumont Mesa Lift Station

| | | | | |
|---|---|---|---|---:|
| Principal: | 3 | Hours @ | $195.00 | 585.00 |
| Office Mgr.: | 4 | Hours @ | $90.00 | 360.00 |

San Timoteo Monitoring Wells

| | | | | |
|---|---|---|---|---:|
| Principal: | 6 | Hours @ | $195.00 | 1,170.00 |
| Sr. Asso./Eng.: | 24 | Hours @ | $170.00 | 4,080.00 |
| Const. Manager: | 3 | Hours @ | $150.00 | 450.00 |
| Office Mgr.: | 5 | Hours @ | $90.00 | 450.00 |

North Sewer Rehab. Ph. IV

| | | | | |
|---|---|---|---|---:|
| Surveyor: | 1.5 | Hours @ | $150.00 | 225.00 |
| 2-Man Survey Crew: | 11 | Hours @ | $210.00 | 2,310.00 |

Amount Due: **$85,985.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062489



# City of Beaumont

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

August 8, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 6 Construction Fund, City of Beaumont Community Facilities District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 6**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Administration Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Administration Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Administration Fund.

Date: August 8, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

| Requisition No. 6 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93–1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date  August 8, 2011

ACCOUNT      Construction Fund
DESCRIPTION    Acct. #6711832105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #242000044C* | 3 | Jt. & Critical Facilities Engineering | 223,090.47 |
| | | **TOTAL** | **$223,090.47** |

CITY APPROVALS,

☑ Finance Director          Date  8-9-11

☑ City Manager            Date  8/10/11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

### CONTRACTOR CERTIFICATE

Certificate No.       3

Contract Amount    $670,705.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $223,090.47 | 2011-158 |
| | | | |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $223,090.47 | |

Project Manager _____      Date 8-9-11

UFIRIVDA0091102

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

CFD 93-1, Series 2007E

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| 1 | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| 3 | | $223,090.47 | | $223,090.47 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $50,000.00 | $257,252.47 | $0.00 | $307,252.47 |

Contractor   Urban Logic Consultants, Inc.

Contract Amount   $670,705.00

UFIRIVDA0091103

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2011-158** |
| INVOICE DATE |
| **08/05/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 29, 2011**

Joint & Critical Facilities

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 210.5 | Hours @ | $195.00 | 41,047.50 |
| Project Manager/Engineer: | 385 | Hours @ | $170.00 | 65,450.00 |
| Surveyor: | 174 | Hours @ | $150.00 | 26,100.00 |
| 1-Man Survey Crew: | 3 | Hours @ | $160.00 | 480.00 |
| 2-Man Survey Crew: | 3 | Hours @ | $210.00 | 630.00 |
| 2-Man Survey Crew-Prev. Wage: | 8 | Hours @ | $257.25 | 2,058.00 |
| Staff Engineer: | 176.5 | Hours @ | $110.00 | 19,415.00 |
| Const. Manager: | 33 | Hours @ | $150.00 | 4,950.00 |
| Sr. Planner: | 49.5 | Hours @ | $130.00 | 6,435.00 |
| Inspector: | 333 | Hours @ | $100.00 | 33,300.00 |
| Inspector-Prev. Wage: | 26 | Hours @ | $136.50 | 3,549.00 |
| Soils Tech.: | 66 | Hours @ | $100.00 | 6,600.00 |
| Soils Tech.-Prev. Wage: | 3 | Hours @ | $136.50 | 409.50 |
| Plan Checker: | 2 | Hours @ | $100.00 | 200.00 |
| Office Manager: | 37 | Hours @ | $90.00 | 3,330.00 |
| Exec. Secretary: | 109 | Hours @ | $60.00 | 6,540.00 |
| Eagle Aerial Imaging- | | | $405.63  + 15% | 466.47 |

Mileage:

| | | | | |
| --- | --- | --- | --- | --- |
| Public Works Dept.: | 4260 | miles @ | $0.500 | $2,130.00 |

| | |
| --- | --- |
| **Total Amount Due:** | **$223,090.47** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0091104

**EAGLE AERIAL IMAGING**
17952 SKY PARK CIRCLE, SUITE B
IRVINE, CA 92614

# Invoice

Customer No.: URB800

Invoice No.: 18537

**Bill To:** Urban Logic Consultants, Inc.
Attn. Ernie Egger
43517 Ridge Park Drive #200
Temecula, CA 92590

**Ship To:** Urban Logic Consultants, Inc.
Attn. Ernie Egger
43517 Ridge Park Drive #200
Temecula, CA 92590

| Date | | | Origin | | Net 30 | |
|---|---|---|---|---|---|---|
| 06/22/11 | | | Origin | | Net 30 | |
| | | 06/16/11 | | Bob Groos | 16625 | |
| Quantity | | | | | Unit Price | Amount |
| 1 | 1 | DMIS | MrSid conversion | | 350.00 | 350.00 |

1' pixel
City of Beaumont-'2011

100 sq. miles
includes pgs 689-781
per client map crop

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Usage of this image data on
Beaumont GIS server subject
to license restrictions

pertaining to public access
and viewing
*****************************
PLEASE ATTEMPT TO SHIP THIS
ORDER SAME TIME AS CITY OF

| | |
|---|---|
| Invoice subtotal | 350.00 |
| Freight charges | 25.00 |
| Sales tax @ 7.750% | 30.63 |
| Invoice total | 405.63 |

**Thank You**



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

September 8, 2011                                        **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 124 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
**City Manager**

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001 SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 124**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: September 8, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062476

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

| Requisition No. 124 |
|---|

**Comprehensive Public Facility Financing Program**

ACCOUNT     6711674106
DESCRIPTION  Construction Fund – 2001A

Date  September 8, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants | 117 | Wastewater Enterprise Projects | 90,494.50 |
| *Credit Union Bank of California* | | | |
| *Account #2420000440* | | | |
| **TOTAL** | | | $90,494.50 |

CITY APPROVALS.

☑ Finance Director        Date 9-8-11

☑ City Manager           Date 9-8-11

LOC4-062477

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 117

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $90,494.50 | 2011-167 |
| | | | |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $90,494.50 | |

Project Manager _____     Date 9-8-11

LOC4-062478

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | CERTIFICATE TOTAL | |
|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | $2,658,109.16 | |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | $95,667.50 | |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | $65,877.50 | |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | $71,320.00 | |
| 115 | $85,940.00 | $780.00 | $8,718.00 | $6,490.00 | | $88,928.00 | |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | $85,985.00 | |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | $80,494.50 | |
| TOTAL | $940,715.45 | $368,173.50 | $1,665,839.80 | $191,652.91 | $0.00 | $0.00 | $3,166,381.66 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | $0.00 | $5,095,244.00 |
| Remaining | $1,412,463.55 | $244,326.50 | $107,225.20 | $164,847.09 | | | $1,928,862.34 |

Contractor: Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062479

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

TO:  **City of Beaumont**
       **550 East Sixth Street**
       **Beaumont, CA  92223**
       **Attn:  Alan Kapanicas, City Manager**

*Page 1 of 1*

| INVOICE NO. |
| --- |
| **2011-167** |
| INVOICE DATE |
| **09/08/11** |
| W.O. DISTRIBUTION |

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through September 2, 2011**

WWTP Expansion & Upgrades

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 113 | Hours @ | $195.00 | 22,035.00 |
| Sr. Asso./Eng.: | 208 | Hours @ | $170.00 | 35,360.00 |
| Sr. Planner: | 68 | Hours @ | $130.00 | 8,840.00 |
| Staff Engineer: | 110.5 | Hours @ | $110.00 | 12,155.00 |
| Inspector–Prev. Wage: | 2 | Hours @ | $136.50 | 273.00 |

Beaumont Mesa Lift Station

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 14 | Hours @ | $195.00 | 2,730.00 |

San Timoteo Monitoring Wells

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 8 | Hours @ | $195.00 | 1,560.00 |
| Sr. Asso./Eng.: | 12.5 | Hours @ | $170.00 | 2,125.00 |
| | Diversified Drilling– | $3,210.00 | + 15% | 3,691.50 |
| | Diversified Drilling– | $1,500.00 | + 15% | 1,725.00 |

**ount Due:**                                            **$90,494.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062480

# DIVERSIFIED DRILLING

**INVOICE**

P.O. Box 1366, Santa Clarita, CA 91386
Cell : (661) 618-1804
License # 707742

INVOICE NO:

TO: AttN: KISHEN PRATHIVADI
URBAN LOGIC CONSULTANTS, INC.
43517 RIDGE PARK DRIVE, STE 200
TEMECULA, CA 92590
(951) 676-1944
FAX (951) 676-2054

| | DATE | BILLING PERIOD | PAGE NO. | SERVICE(S) |
|---|---|---|---|---|
| | 08-09-11 | 07-11 | 1 OF 1 | WELL MONITORING |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | CHECK WATER LEVELS, 40 WELLS | 75.00 | 3000.00 |
| | MILEAGE COST: 3 DAYS @ 140 MILES/DAY | .50 | 210.00 |
| | SUBTOTAL | | 3210.00 |
| | DEPOSIT | | |
| | TOTAL DUE | | 3210.00 |

_David Wood_
DAVID WOOD

08·09·11
Date

THANK YOU FOR YOUR BUSINESS!

LOC4-062481

OIA

# DIVERSIFIED DRILLING

P.O. Box 1366, Santa Clarita, CA 19386
Cell : (661) 618-1804
License # 707742

## INVOICE

INVOICE NO:

TO: ULC INC
(951) 769-0914   FAX   TEMECULA, CA

Att. Kishen Pratbivadi   DATE RECEIVED
8-29-11

| SUBMIT BY | DATE | BILLING PERIOD | PAGE NO. | SERVICE(S) |
|-----------|------|----------------|----------|------------|
|  | 08-25-11 |  | 1 OF 1 |  |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
|  | PERFORMED 48-HR. WELL TEST @ CITY OF BEAUMONT HARTLAND WELL LOCATION. NEAR SAN TIMOTEO |  | 1500.00 |
|  |  | SUBTOTAL | 1500.00 |
|  |  | DEPOSIT | 0 |
|  |  | TOTAL DUE | 1500.00 |

DAVID WOOD    08-25-11
Date

THANK YOU FOR YOUR BUSINESS!

-1-

LOC4-062482



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

September 8, 2011

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:   Requisition No. 7 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



**CONSTRUCTION FUND**

**REQUISITION NO. 7**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date: September 8, 2011

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By: _____

                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

**Exhibit A**

| Requisition
No.
7 | | **CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E** |

**Comprehensive Public Facility**
**Financing Program**

Date   September 8, 2011

**ACCOUNT**   Acct. #6711832105
**DESCRIPTION**   Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.
*Credit Union Bank of California*
*Account #242000044G* | 4 | Jt. & Critical Facilities Engineering | 269,566.54 |
| | | **TOTAL** | **$269,566.54** |

**CITY APPROVALS:**

☑   **Finance Director**   Date 9-8-11

☑   **City Manager**   Date 9/8/11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

**CONTRACTOR CERTIFICATE**

Certificate No.        4

Contract Amount    $670,705.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $269,566.54 | 2011-166 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $269,566.54 | |

Project Manager _____  Date 9-8-11

UFIRIVDA0091109

**City of Beaumont**

**Comprehensive Public Facilities**

**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| 1 | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| 3 | | $223,090.47 | | $223,090.47 |
| 4 | | $269,566.54 | | $269,566.54 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $50,000.00 | $526,819.01 | $0.00 | $576,819.01 |

Contractor   Urban Logic Consultants, Inc.

Contract Amount   $670,705.00

CFD 93-1, Series 2007E

UFIRIVDA0091110

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-166** |
| INVOICE DATE | **09/07/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through September 2, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 266.5 | Hours @ | $195.00 | 51,967.50 |
| Project Manager/Engineer: | 513 | Hours @ | $170.00 | 87,210.00 |
| Surveyor: | 230.25 | Hours @ | $150.00 | 34,537.50 |
| 1-Man Survey Crew: | 12 | Hours @ | $160.00 | 1,920.00 |
| 2-Man Survey Crew: | 39.5 | Hours @ | $210.00 | 8,295.00 |
| Const. Manager: | 8 | Hours @ | $150.00 | 1,200.00 |
| Staff Engineer: | 200 | Hours @ | $110.00 | 22,000.00 |
| Sr. Planner: | 76.5 | Hours @ | $130.00 | 9,945.00 |
| Inspector: | 279 | Hours @ | $100.00 | 27,900.00 |
| Inspector-Prev. Wage: | 28 | Hours @ | $136.50 | 3,822.00 |
| Soils Tech.: | 60 | Hours @ | $100.00 | 6,000.00 |
| Exec. Secretary: | 158 | Hours @ | $60.00 | 9,480.00 |
| R M Environmental- | | $1,564.50 | + 15% | 1,799.18 |
| ARC- | | $350.07 | + 15% | 402.58 |
| ARC- | | $97.29 | + 15% | 111.88 |
| ARC- | | $240.41 | + 15% | 276.47 |
| DaVinci- | | $21.68 | + 15% | 24.93 |
| DaVinci- | | $59.56 | + 15% | 68.49 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 5212 | miles @ | $0.500 | $2,606.00 |

**Total Amount Due:**          **$269,566.54**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

R M Environmental, Inc.,
Invoice No. 11-095

## TABLE 1 - COST BREAKDOWN
### Asbestos Assessment
### Commercial Building
### 600 Orange Ave., Beaumont, CA
### 08/10/11

|  | Units | Rate | Multiplier | Subtotal | Task Total |
|---|---|---|---|---|---|
| **Task 1 - Project Management/Report Preparation** |  |  |  |  |  |
| Project Geologist | 2.0 | $ 105.00 | n/a | $ 210.00 |  |
| Clerical | 1.0 | $ 55.00 | n/a | $ 55.00 |  |
|  |  |  |  | $ | 265.00 |
| **Task 2.0 - Asbestos and Lead Assessment (H2 Environmental)** |  |  |  |  |  |
| Inspection and Sampling | 1 | $ 350.00 | 1.15 | $ 402.50 |  |
| Asbestos Analysis (PLM method) | 42 | $ 15.00 | 1.15 | $ 724.50 |  |
| XRF Survey | 1 | $ 100.00 | 1.15 | $ 115.00 |  |
| Report of Results | 1 | $ 50.00 | 1.15 | $ 57.50 |  |
|  |  |  |  | $ | 1,299.50 |

Invoice Total $      1,564.50

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6147101**

INVOICE DATE **08/29/11**

WORK ORDER# **F1371050**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 08/29/11 at 04:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---------|-------|-----------------|-----------|-----|
| LANORA | | | HEIDI SMILDE | |
| JOB# | JOB NAME BROOKSIDE BRIDGE | | BILLER Chantha Saway | LOC 16 |

| OP CODE | | | | | | | | |
|---------|--------------------------|-----|----|-------|------|----|------|--------|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 6 | 24X36 | 702 | SF | | 115.83 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 8.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 10 | 1 | | 10 | EA | | 2.64 |
| 1912 | XEROX HEAVY PAPER 8.5X11 | 10 | 1 | | 10 | EA | | 1.10 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.11 | GBC 3/4" | 10 | 1 | | 10 | EA | | 26.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

IN OBSERVANCE OF LABOR DAY, ALL OUR
OFFICES WILL BE CLOSED ON MONDAY, SEPT.
5TH.

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 328.79 | -3.90 | 25.18 | 350.07 | | 350.07 |

Invoices undisputed for 45 days are final.
601677

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

UFIRIVDA0091113

# ARC™

**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6120686

**INVOICE DATE** 07/27/11

**WORK ORDER#** F1371049

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 07/27/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| LANORA | | | | HEIDI SMILDE | |
| JOB# | | JOB NAME | | BILLER | LOC |
| | | CITY CAMPUS PH II | | Chantha Saway | 16 |

| JOB # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | | 1 | 1 | | 1 | EA | 5.00 |
| 6121 | DIGITAL PROCESSING | | 4 | 1 | | 4 | EA | 4.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | | 4 | 1 | 24X36 | 24 | SF | 3.96 |
| 1601 | PPC BOND | | 4 | 4 | 24X36 | 96 | SF | 15.84 |
| 1624 | LARGE FORMAT STAPLE | | 5 | 1 | | 5 | EA | 4.50 |
| 1900 | B & W XEROX 8.5X11 | | 79 | 5 | | 395 | EA | 39.50 |
| 1917 | XEROX CARD STOCK 8.5X11 | | 2 | 5 | | 10 | EA | 2.84 |
| 1927 | HAND COLLATE | | 3 | 5 | | 15 | EA | 2.25 |
| 1950.8 | GBC 1/2" . | | 1 | 5 | | 5 | EA | 8.60 |
| 5200 | REGULAR DELIVERY | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 90.29 | | 7.00 | 97.29 | | 97.29 |

**TERMS:** Net 30 Days

Invoices undisputed for 45 days are final.
582686

Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

UFIRIVDA0091114

**ARC**™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6092413 |
| INVOICE DATE | 06/23/11 |
| WORK ORDER# | F137048 |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 06/23/11 at 04:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---|---|---|---|---|
| LANORA | | | HEIDI SMILDE | |
| JOB# | JOB NAME | | BILLER | LOC |
| | CITY OF CAMPUS IMP. PH II | | Chantha Saway | 16 |

| OF CODES | DESCRIPTION | OL. CS | ORDER | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.00 |
| 6121 | DIGITAL PROCESSING | 4 | 1 | | 4 | EA | | 4.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 4 | 1 | 24X36 | 24 | SF | | 3.96 |
| 1601 | PPC BOND | 4 | 14 | 24X36 | 336 | SF | | 55.44 |
| 1624 | LARGE FORMAT STAPLE | 15 | 1 | | 15 | EA | | 13.50 |
| 1800 | B & W XEROX 8.5X11 | 79 | 15 | | 1185 | EA | | 118.50 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 15 | | 30 | EA | | 7.92 |
| 1927 | HAND COLLATE | 3 | 15 | | 45 | EA | | 6.75 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92580 | 1 | EA | | 5.00 |

ARC SO CAL WILL BE CLOSED SAT. JULY 2ND
AND MON. JULY 4TH IN OBSERVANCE OF
INDEPENDENCE DAY.

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 221.07 | | 19.34 | 240.41 | | 240.41 |

Invoices undisputed for 45 days are final.
562541

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
NT

UFIRIVDA0091115

**DaVinci**
PRINTING & BLUEPRINTS
580 N. CALIFORNIA AVE. · BEAUMONT, CA 92223
(951) 769-1788 · FAX: (951) 769-2320 · info@davinciprinting.com

DATE: _____

TIME IN: _____   NEED BY: _____

**WORK ORDER #**
R11- 365

BILL TO: _____   ATT: _____   PH: _____

ADDRESS: _____

SHIP TO: _____   ATT: _____   PH: _____

ADDRESS: _____

| ORIGINALS | SIZE | DESCRIPTION | SCAN | BOND | TRANS | COLOR | VELLUM | MYLAR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| QTY | DESCRIPTION | S/F | AMOUNT | | |
|---|---|---|---|---|---|
| | | | 512 | ☐ STAPLE | ☐ SCAN |
| | | | | ☐ LOOSE | ☐ BOOK |
| | | | | ☐ FOLD | ☐ PLOT |
| | | | | ☐ TRIM | ☐ CONVERT |
| | | | | ☐ FED-EX | ☐ SIZE |
| | | | | ☐ RUSH | ☐ CD |
| | | | | ☐ P/U DEL | ☐ |
| | | | | ☐ E-MAIL | |
| | | | | ☐ SPECIAL HANDLING | |
| | | | SUBTOTAL | | |
| | | | TAX | | |
| | | | TOTAL | | |

SIGNATURE _____   ☐ PAID   ☐ CASH   ☐ CHECK#

UFIRIVDA0091116

# Da Vinci
## PRINTING & BLUEPRINTS

580 N. CALIFORNIA AVE. • BEAUMONT, CA 92223
(951) 769-1788 • FAX: (951) 769-2320 • info@davinciprinting.com

**WORK ORDER #**
R11-362

P.O.

TIME IN: _____ NEED BY: _____ DATE: _____

BILL TO: _____

ADDRESS: _____ PH: _____ ATT: _____

SHIP TO: _____

ADDRESS: _____ PH: _____ ATT: _____

| ORIGINALS | SIZE | DESCRIPTION | | SCAN | BOND | TRANS | COLOR | VELLUM | MYLAR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| QTY | S/F | AMOUNT | DESCRIPTION |
|---|---|---|---|
| | | | |

- ☒ STAPLE ☐ SCAN
- ☐ LOOSE ☐ BOOK
- ☐ FOLD ☐ PLOT
- ☐ TRIM ☐ CONVERT
- ☐ FED-EX ☐ SIZE
- ☐ RUSH ☐ CD
- ☐ P/U DEL ☐
- ☐ E-MAIL
- ☐ SPECIAL HANDLING

| | |
|---|---|
| SUBTOTAL | 55.40 |
| TAX | 4.16 |
| TOTAL | |

SIGNATURE _____

☐ PAID ☐ CASH ☐ CHECK#

UFIRIVDA0091117



**City of Beaumont**
*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont,ca,us*

October 6, 2011                                          **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 9 Construction Fund, City of Beaumont Community Facilities District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-071823

**CONSTRUCTION FUND**

**REQUISITION NO. 9**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.     Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.     Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.     None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.     The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.     Payment shall be made from the Construction Fund.

Date:  October 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-071824

Exhibit A

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

Requisition
No.
9

Date   October 6, 2011

☐ Sewer Revenue Bond
☒ 2008 Series A
☐ Other

ACCOUNT          #6711840107
DESCRIPTION    Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 6 | Joint & Critical Facilities<br>Engineering | 122,828.50 |
| | TOTAL | | **$122,828.50** |

**CITY APPROVALS.**

☑ Finance Director

☑ City Manager

Date  10-11-11

Date  10/6/11

*Urban Logic Consultants*

LOC4-071825

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                    6
Contract Amount        $1,211,614.00

| X | 2008 Series A |
|---|---|
|  | Sewer Revenue Bond |
|  | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
|  | Joint & Critical Facilities Engineering | $122,828.50 | 2009-175 |
|  | TOTAL CERTIFICATE INVOICE AMOUNT | $122,828.50 | |

Project Manager                                        Date  ( 0 -3 -11

LOC4-071826

LOC4-071827

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | WW & Recy'd Water Facilities | ACTIVITY | Engineering | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|
| 1 | $150,980.00 | | | | | $150,980.00 |
| 2 | $184,609.50 | | | | | $184,609.50 |
| 3 | $130,120.00 | | | | | $130,120.00 |
| 4 | $63,447.50 | | | | | $63,447.50 |
| 5 | $11,700.00 | | | | | $11,700.00 |
| 6 | | | $122,828.50 | | | $122,828.50 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| TOTAL | $540,857.00 | | $122,828.50 | | | $663,685.50 |

CFD 93-1/2000A
Sewer Revenue Bond
[X] 2008 Series A
Other _____

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | |
| **2011-175** | |
| INVOICE DATE | |
| **10/06/11** | |
| W.O. DISTRIBUTION | |

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through September 30, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 51.5 | Hours @ | $195.00 | 10,042.50 |
| Project Manager/Engineer: | 247.5 | Hours @ | $170.00 | 42,075.00 |
| Surveyor: | 41 | Hours @ | $150.00 | 6,150.00 |
| Staff Engineer: | 62.5 | Hours @ | $110.00 | 6,875.00 |
| Inspector: | 272 | Hours @ | $100.00 | 27,200.00 |
| Inspector- Prev. Wage: | 14 | Hours @ | $136.50 | 1,911.00 |
| Soils Tech.: | 136 | Hours @ | $100.00 | 13,600.00 |
| Office Mgr.: | 20 | Hours @ | $90.00 | 1,800.00 |
| Exec. Secretary: | 111 | Hours @ | $60.00 | 6,660.00 |
| CAL 216 - Relative Compaction | 17 | tests @ | $180 | $3,060.00 |
| CAL 521 - Concrete Cylinders | 4 | tests @ | $30 | $120.00 |
| CAL 231 - Use of Nuclear Gauges | 40 | days @ | $32 | $1,280.00 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept. | 4110 | miles @ | $0.500 | $2,055.00 |

| | |
|---|---|
| **Total Amount Due:** | **$122,828.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-071828



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

October 6, 2011                                                                VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   Requisition No. 125 Improvement Fund, Beaumont Utility Authority Variable Rate
      Revenue Bonds, 2001 Series A

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062464

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 125**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: October 6, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062465

Schedule I

**Requisition No. 125**

**CITY OF BEAUMONT PAYMENT CERTIFICATE**

Comprehensive Public Facility Financing Program

| ACCOUNT | 6711674106 |
|---|---|
| DESCRIPTION | Construction Fund – 2001A |

Date  October 6, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 118 | Wastewater Enterprise Projects | 120,305.55 |
| | **TOTAL** | | **$120,305.55** |

CITY APPROVALS:

☐ Finance Director    Date 10-11-11

☑ City Manager    Date 10/6/11

LOC4-062466

City of Beaumont
Comprehensive Public Facilities
Financing Program

CONTRACTOR CERTIFICATE

Certificate No. _____ 118

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $120,305.55 | 2011-176 |
| TOTAL CERTIFICATE INVOICE AMOUNT | | $120,305.55 | |

Project Manager _____    Date _LD-5-11_

**City of Beaumont**
**Comprehensive Public Facilities Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | | $95,667.50 |
| 113 | $56,247.50 | $0.00 | $6,765.00 | $2,465.00 | | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | | $120,305.56 |
| TOTAL | $1,045,120.51 | $368,173.50 | $1,668,569.80 | $204,823.41 | $0.00 | $0.00 | $0.00 | $0.00 | $3,286,687.22 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | | $5,095,244.00 |
| Remaining | $1,308,058.49 | $244,326.50 | $104,495.20 | $151,676.59 | | | | | $1,808,556.78 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062468

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

| | |
|---|---|
| INVOICE NO. | **2011-176** |
| INVOICE DATE | **10/06/11** |
| W.O. DISTRIBUTION | |

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through September 30, 2011**

<u>WWTP Expansion & Upgrades</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 128 | Hours @ | $195.00 | 24,960.00 |
| Sr. Asso./Eng.: | 256 | Hours @ | $170.00 | 43,520.00 |
| Sr. Planner: | 81 | Hours @ | $130.00 | 10,530.00 |
| Staff Engineer: | 125 | Hours @ | $110.00 | 13,750.00 |
| Inspector-Prev. Wage: | 24 | Hours @ | $136.50 | 3,276.00 |
| Office Mgr.: | 88 | Hours @ | $90.00 | 7,920.00 |
| | ARC- | $73.71 | + 15% | 84.77 |
| | ARC- | $316.77 | + 15% | 364.29 |

<u>Beaumont Mesa Lift Station</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 14 | Hours @ | $195.00 | 2,730.00 |

<u>San Timoteo Monitoring Wells</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 7 | Hours @ | $195.00 | 1,365.00 |
| Sr. Asso./Eng.: | 25 | Hours @ | $170.00 | 4,250.00 |
| | Diversified Drilling- | $3,285.00 | + 15% | 3,777.75 |
| | Diversified Drilling- | $3,285.00 | + 15% | 3,777.75 |

Amount Due:  **$120,305.55**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062469

09/26/2011  20:04   9518458944               STAPLES                        PAGE  02/03
                                                                            Page 1 of 1

# INVOICE

DIVERSIFIED DRILLING
P.O. Box 1366
Santa Clarita, CA 91386-1366
Contact no.: 661-618-1804
License no.: 707742

URBAN LOGIC CONSULTANTS, INC.
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| | | Invoice # | 1003 |
|---|---|---|---|
| | | Invoice Date | 08/29/2011 |
| | | Due Date | 10/28/2011 |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @  140/day | 0.50 | 420.00 | 210.00 |

| | |
|---|---|
| Subtotal | 3,285.00 |
| Total | 3,285.00 |
| Amount Paid | 0.00 |
| Balance Due | $3,285.00 |

9/27/2011

LOC4-062470

09/26/2011  20:04  9518458944            STAPLES                    PAGE  03/03
                                                                    Page 1 of 1

# INVOICE

DIVERSIFIED DRILLING
P.O. Box 1366
Santa Clarita, CA 91386-1366
Contact no.: 661-618-1804
License no.: 707742

URBAN LOGIC CONSULTANTS, INC.
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| | | | | |
|---|---|---|---|---|
| | | Invoice # | 1004 | |
| | | Invoice Date | 09/27/2011 | |
| | | Due Date | 10/28/2011 | |

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @ 140/day | 0.50 | 420.00 | 210.00 |

| | |
|---|---|
| Subtotal | 3,285.00 |
| Total | 3,285.00 |
| Amount Paid | 0.00 |
| Balance Due | $3,285.00 |

9/27/2011

LOC4-062471

**ARC™**
formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6178583**

INVOICE DATE **10/05/11**

WORK ORDER# **F1371056**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 10/05/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | | |
|---|---|---|---|---|---|---|
| LANORA | | | | HEIDI SMILDE | | |
| JOB# | | JOB NAME | | BILLER | | LOC |
| | | HEADWORKS | | Chantha Saway | | 16 |

| OP CODE | DESCRIPTION | END COUNTS | COPIES | SIZE | TOTAL QTY | UOM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1600 | 1ST SET PPC BOND | 14 | 1 | 24X36 | 84 | SF | | 13.86 |
| 1601 | PPC BOND | 14 | 1 | 24X36 | 84 | SF | | 13.86 |
| 1600 | 1ST SET PPC BOND | 5 | 1 | 24X36 | 30 | SF | | 4.95 |
| 6123.6 | 9800 SCALE CHANGE | 1 | 1 | | 1 | EA | | 8.00 |
| 1602 | 1ST SET ENLG/RDCE PPC | 19 | 1 | 11X17 | 57 | SF | | 9.41 |
| 1601 | PPC BOND | 14 | 1 | 11X17 | 42 | SF | | 6.93 |
| 1624 | LARGE FORMAT STAPLE | 6 | 1 | | 6 | EA | | 5.40 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 68.41 | | 5.30 | 73.71 | | 73.71 |

invoices undisputed for 45 days are final
623416

**TERMS:**   Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

LOC4-062472

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6174144

**INVOICE DATE** 09/30/11

**WORK ORDER#** F1371055

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/30/11 at 03:30PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---------|-------|-----------------|-----------|
| LA NORA/URBAN LOGIC | (909)676-1944 | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|------|----------|--|--------|-----|
| | HEADWORKS | | Mario Machuca | 16 |

| CR CODE | DESCRIPTION | CAL QTY | EXT QTY | SIZE | TOTAL QTY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------|---------|---------|------|-----------|------|------------|--------|
| 6123.6 | 9800 SCALE CHANGE | 1 | 1 | | 1 | EA | | 8.00 |
| 1600 | 1ST SET PPC BOND | 42 | 1 | 24X36 | 252 | SF | | 41.58 |
| 1601 | PPC BOND | 42 | 2 | 24X36 | 504 | SF | | 83.16 |
| 1601.1 | ENGL/REDUCE/SGL 20# BOND | 42 | 1 | 11X17 | 126 | SF | | 138.60 |
| 1624 | LARGE FORMAT STAPLE | 5 | 1 | | 5 | EA | | 4.50 |
| 1902 | B & W XEROX 11X17 | 42 | 1 | 11X17 | 42 | EA | | 8.40 |
| 5200 | REGULAR DELIVERY TEMECULA | 1 | 1 | 92590 | 1 | EA | | 6.00 |
| 5205 | FUEL SURCHARGE | 1 | 1 | | 1 | EA | | 3.75 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 293.99 | | 22.78 | 316.77 | | 316.77 |

Invoices undisputed for 45 days are final.
620762

**TERMS:**   Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

LOC4-062473



# *City of Beaumont*
### *550 E. 6th Street*
### *Beaumont, CA 92223*
### *(951) 769-8520*
### *FAX (951) 769-8526*
### *Email: cityhall@ci.beaumont.ca.us*
### *www.ci.beaumont,ca,us*

October 6, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 8 Construction Fund, City of Beaumont Community Facilities
        District 93-1, 2007E Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

UFIRIVDA0091118

**CONSTRUCTION FUND**

**REQUISITION NO. 8**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES E**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: October 6, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

| Requisition No. 8 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007E**

**Comprehensive Public Facility**
**Financing Program**

Date   October 6, 2011

ACCOUNT DESCRIPTION   Acct. #6711832105   Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000446* | 5 | Jt. & Critical Facilities Engineering | 93,993.32 |
| | | **TOTAL** | **$93,993.32** |

**CITY APPROVALS.**

☐   Finance Director _____   Date   10-11-11

☑   City Manager _____   Date   10/6/11

UFIRIVDA0091120

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007E**

**CONTRACTOR CERTIFICATE**

Certificate No.                              5
Contract Amount          $670,705.00  + $107.33 Int. Earnings

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $93,993.32 | 2011-174 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $93,993.32 | |

Project Manager                                            Date  10 -5-11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | Engineer's Report | Engineering | ACTIVITY | CERTIFICATE TOTAL |
|---|---|---|---|---|
| | $50,000.00 | | | $50,000.00 |
| 2 | | $34,162.00 | | $34,162.00 |
| 3 | | $223,080.47 | | $223,080.47 |
| 4 | | $269,366.54 | | $269,366.54 |
| 5 | | $93,993.32 | | $93,993.32 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | $50,000.00 | $620,912.33 | $0.00 | $670,912.33 |

Contractor Urban Logic Consultants, Inc.
Contract Amount $670,705.00 + $107.33 Int. Earnings

CFD 93-1, Series 2007E

UFIRIVDA0091122

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2011-174** |
| INVOICE DATE |
| **10/06/11** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through September 30, 2011**

Joint & Critical Facilities

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 103 | Hours @ | $195.00 | 20,085.00 |
| Project Manager/Engineer: | 125.5 | Hours @ | $170.00 | 21,335.00 |
| Surveyor: | 124 | Hours @ | $150.00 | 18,600.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Staff Engineer: | 99 | Hours @ | $110.00 | 10,890.00 |
| Sr. Planner: | 39.5 | Hours @ | $130.00 | 5,135.00 |
| Inspector: | 9 | Hours @ | $100.00 | 900.00 |
| Inspector-Prev. Wage: | 45 | Hours @ | $136.50 | 6,142.50 |
| Soils Tech.: | 14 | Hours @ | $100.00 | 1,400.00 |
| Office Mgr.: | 59 | Hours @ | $90.00 | 5,310.00 |
| Exec. Secretary: | 17 | Hours @ | $60.00 | 1,020.00 |
| CAL 231 – Use of Nuclear Gauges | 5 | days @ | $32 | $160.00 |
| | ARC- | $221.03 | + 15% | 254.18 |
| | ARC- | $349.90 | + 15% | 402.39 |
| | ARC- | $164.36 | + 15% | 189.01 |
| | ARC- | $327.74 | + 15% | 376.90 |
| | ARC- | $350.07 | + 15% | 402.58 |
| | DaVinci- | $296.31 | + 15% | 340.76 |

**Total Amount Due:** **$93,993.32**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0091123

**ARC™**

Formerly OCB/Consolidated Reprographics
45 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

INVOICE NO. **6171363**

INVOICE DATE **09/28/11**

WORK ORDER# **F1371060**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/28/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---------|-------|-----------------|-----------|--|
| LANORA | | | HEIDI SMILDE | |

| JOB# | JOB NAME | | | BILLER | | LOC |
|------|----------|--|--|--------|--|-----|
| | CITY CAMPUS PH II | | | Chantha Saway | | 16 |

| OF CODE | DESCRIPTION | | | | | QUANTITY | UNIT | AMOUNT |
|---------|-------------|--|--|--|--|----------|------|--------|
| 1900 | B & W XEROX 8.5X11 | | | 85 | 10 | 850 | EA | 85.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | | | 2 | 10 | 20 | EA | 5.28 |
| 1927 | HAND COLLATE | | | 3 | 10 | 30 | EA | 5.10 |
| 1950.8 | GBC 1/2" | | | 1 | 10 | 10 | EA | 13.20 |
| 6123.7 | PLOT SET-UP CHARGE | | | 1 | 1 | 1 | EA | 5.25 |
| 6121 | DIGITAL PROCESSING | | | 7 | 1 | 7 | EA | 7.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | | | 7 | 1 | 24X36 | 42 | SF | 6.93 |
| 1601 | PPC BOND | | | 7 | 9 | 24X36 | 378 | SF | 62.37 |
| 1624 | LARGE FORMAT STAPLE | | | 10 | 1 | 10 | EA | 9.00 |
| 5200 | REGULAR DELIVERY | | | 1 | 1 | 92590 | 1 | EA | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 205.13 | | 15.90 | 221.03 | | 221.03 |

Invoices undisputed for 45 days are final.
619305

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

UFIRIVDA0091124

# ARC™

Formerly OCB/Consolidated Reprographics
45 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | **6166136** |
| INVOICE DATE | **09/22/11** |
| WORK ORDER# | **F1371054** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/22/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP |
|---|---|---|---|---|
| LANORA | | | | HEIDI SMILDE |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | BROOKSIDE | | Chantha Saway | 16 |

| OF CODE | DESCRIPTION | QUANTITY | COPIES | SIZE | TOTAL | UNIT | PRICE ea | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1616.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 9 | 24X36 | 702 | SF | | 115.83 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 9.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 10 | | 20 | EA | | 5.28 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.10 | GBC 5/8" | 1 | 10 | | 10 | EA | | 24.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 328.33 | -3.60 | 25.17 | 349.90 | | 349.90 |

Invoices undisputed for 45 days are final.
515866

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

UFIRIVDA0091125

# ARC™

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6159377 |
| INVOICE DATE | 09/14/11 |
| WORK ORDER# | 11371052 |

**SOLD TO:**
Cust# 36073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 36073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

DUE: 09/14/11 at 04:00PM

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP |
|---|---|---|---|---|
| LANORA | | | | HEIDI SMILDE |

| JOB# | | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|---|
| | | BROOKSIDE BRIDGE | | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | PRINTS | COPIES | SIZE | TOTAL | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.25 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1801 | PPC BOND | 13 | 5 | 24X36 | 390 | SF | | 64.35 |
| 1624 | LARGE FORMAT STAPLE | 8 | 1 | | 8 | EA | | 5.40 |
| 1900 | B & W XEROX 8.5X11 | 136 | 2 | | 272 | EA | | 27.20 |
| 1917 | XEROX CARD STOCK 8.5X11 | 2 | 6 | | 12 | EA | | 3.17 |
| 1927 | HAND COLLATE | 3 | 6 | | 18 | EA | | 3.06 |
| 1950.10 | GBC 5/8" | 1 | 6 | | 6 | EA | | 14.40 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 154.70 | -2.16 | 11.82 | 164.36 | | 164.36 |

Invoices undisputed for 45 days are final.
610655

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

UFIRIVDA0091126

# ARC

Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6157163

**INVOICE DATE** 09/09/11

**WORK ORDER#** F1371053

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

**DUE: 09/09/11 at 03:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---------|-------|-----------------|---|-----------|---|
| LANORA | | | | HEIDI SMILDE | |

| JOB# | JOB NAME | | | BILLER | LOC |
|------|----------|---|---|--------|-----|
| | CITY CAMPUS PH 2 | | | Chantha Saway | 16 |

| OP CODE | DESCRIPTION | ORDERED | QTY/PER | SIZE | TOTAL QTY | UOM | UNIT PRICE | AMOUNT |
|---------|-------------|---------|---------|------|-----------|-----|-----------|--------|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 4.20 |
| 6121 | DIGITAL PROCESSING | 7 | 1 | | 7 | EA | | 8.96 |
| 1615.7 | 1ST SET PPC BOND PLOT | 7 | 1 | 24X36 | 42 | SF | | 18.48 |
| 1601 | PPC BOND | 7 | 9 | 24X36 | 378 | SF | | 93.74 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 8.40 |
| 1900 | B & W XEROX 8.5X11 | 85 | 10 | | 850 | EA | | 115.60 |
| 1917 | 80# UNCOATED COVER 8.5X11 | 1 | 10 | | 10 | EA | | 1.35 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 4.08 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 10 | | 10 | EA | | 10.80 |
| 1950.8 | GBC 1/2" | 1 | 10 | | 10 | EA | | 16.15 |
| 700 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 22.40 |

| B TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---------|----------|-----------|-------|---------|-------------|
| 304.17 | | 23.57 | 327.74 | | 327.74 |

Invoices undisputed for 45 days are final.
608494

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626
NT

UFIRIVDA0091127

# ARC™
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

**INVOICE NO.** 6147101

**INVOICE DATE** 08/29/11

**WORK ORDER#** F1371050

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 08/29/11 at 04:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | | |
|---------|-------|-----------------|--|-----------|--|--|
| LANORA | | | | HEIDI SMILDE | | |
| **JOB#** | | **JOB NAME** | | **BILLER** | | **LOC** |
| | | BROOKSIDE BRIDGE | | Chantha Saway | | 16 |

| OP CODE | DESCRIPTION | NO OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---------|-------------|-----------------|--------|------|-----------|-----|------------|--------|
| 6123.7 | PLOT SET-UP CHARGE | 1 | 1 | | 1 | EA | | 5.26 |
| 6121 | DIGITAL PROCESSING | 13 | 1 | | 13 | EA | | 13.00 |
| 1615.7 | 1ST SET PPC BOND PLOT | 13 | 1 | 24X36 | 78 | SF | | 12.87 |
| 1601 | PPC BOND | 13 | 9 | 24X36 | .702 | SF | | 115.83 |
| 1624 | LARGE FORMAT STAPLE | 10 | 1 | | 10 | EA | | 9.00 |
| 1900 | B & W XEROX 8.5X11 | 132 | 10 | | 1320 | EA | | 132.00 |
| 1917 | XEROX CARD STOCK 8.5X11 | 10 | 1 | | 10 | EA | | 2.64 |
| 1912 | XEROX HEAVY PAPER 8.5X11 | 10 | 1 | | 10 | EA | | 1.10 |
| 1927 | HAND COLLATE | 3 | 10 | | 30 | EA | | 5.10 |
| 1950.11 | GBC 3/4" | 10 | 1 | | 10 | EA | | 26.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 8.00 |

IN OBSERVANCE OF LABOR DAY, ALL OUR
OFFICES WILL BE CLOSED ON MONDAY, SEPT.
5TH.

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|-----------|----------|-----------|-------|---------|-------------|
| 328.79 | -3.90 | 25.18 | 350.07 | | 350.07 |

Invoices undisputed for 45 days are final
601677

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
PMJ

UFIRIVDA0091128

**DaVinci**
PRINTING & BLUEPRINTS
580 N. CALIFORNIA AVE. • BEAUMONT, CA 92223
(951) 769-1788 • FAX: (951) 769-2320 • info@davinciprinting.com

TIME IN: 2:10   NEED BY: Today!

DATE: 2/4/11   pg/typo

WORKORDER #
R11-403

BILL TO: Urban logic
ADDRESS:
SHIP TO:
ADDRESS:

ATT: Ayuda
PH: 951-719-6999
ATT: City ~ City of Beaumont
PH: 769-8500

| QTY | ORIGINALS | SIZE | DESCRIPTION | S/F | AMOUNT |
|-----|-----------|------|-------------|-----|--------|
| 15 | | 24x36 | Base Brookside | | 6 |
| | | | + spec Books | | |
| 78 | | 24x36 | Bond Prints | 468 | 140.40 |
| | | | Download | | |
| 6 | | | Spec Books - 1 HD. | 16.5 | 99.00 |
| | | | Spiral Bind | | |
| | | | Clear Plastic Covers | | |
| | | | | | 20.00 |
| | | | | | 16.5 |

| STAPLE | SCAN |
|--------|------|
| LOOSE | BOOK |
| FOLD | PLOT |
| TRIM | CONVERT |
| FED-EX | SIZE |
| RUSH | CD |
| P/U DEL | |
| E-MAIL | |
| SPECIAL HANDLING | |

SUBTOTAL 275.90
TAX 21.31
TOTAL 296.31

SIGNATURE

PAID   CASH   CHECK#

UFIRIVDA0091129



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 7, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 10 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

**HEMMING
MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 10**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date:  November 7, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-071817

Exhibit A

**CITY OF BEAUMONT**
PAYMENT CERTIFICATE

Comprehensive Public Facility
Financing Program

| Requisition No. 10 |
|---|

Date   November 7, 2011

| | Sewer Revenue Bond |
|---|---|
| X | 2008 Series A |
| | Other |

| ACCOUNT | #6711840107 |
|---|---|
| DESCRIPTION | Construction Fund |

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000446* | 7 | Joint & Critical Facilities<br>Engineering | 229,685.00 |
| **TOTAL** | | | **$229,685.00** |

**CITY APPROVALS:**

☑   Finance Director

☑   City Manager

Date   11·7-11

Date   11/7/11

*Urban Logic Consultants*

LOC4-071818

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.          7
Contract Amount     $1,211,614.00

| X | 2008 Series A |
|---|---|
|   | Sewer Revenue Bond |
|   | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
|  | Joint & Critical Facilities Engineering | $229,685.00 | 2011-184 |
|  | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$229,685.00** |  |

Project Manager                               Date 11/7/11

LOC4-071819

LOC4-071820

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | WW & Recy'd Water Facilities | Engineering | ACTIVITY | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|
| 1 | $150,980.00 | | | | | $150,980.00 |
| 2 | $184,609.50 | | | | | $184,609.50 |
| 3 | $130,120.00 | | | | | $130,120.00 |
| 4 | $63,447.50 | | | | | $63,447.50 |
| 5 | $11,700.00 | | | | | $11,700.00 |
| 6 | | $122,828.50 | | | | $122,828.50 |
| 7 | | $229,685.00 | | | | $229,685.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| TOTAL | $540,857.00 | $352,513.50 | | | | $893,370.50 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

| | CFD 93-1/2000A |
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-184** |
| INVOICE DATE | **11/07/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through October 28, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 172 | Hours @ | $195.00 | 33,540.00 |
| Project Manager/Engineer: | 422.5 | Hours @ | $170.00 | 71,825.00 |
| Const. Manager: | 22 | Hours @ | $150.00 | 3,300.00 |
| Surveyor: | 237 | Hours @ | $150.00 | 35,550.00 |
| 2-Man Survey Crew: | 3 | Hours @ | $210.00 | 630.00 |
| Sr. Planner: | 42 | Hours @ | $130.00 | 5,460.00 |
| Staff Engineer: | 203 | Hours @ | $110.00 | 22,330.00 |
| Inspector: | 296 | Hours @ | $100.00 | 29,600.00 |
| Inspector-Prev. Wage: | 34 | Hours @ | $136.50 | 4,641.00 |
| Soils Tech.: | 89 | Hours @ | $100.00 | 8,900.00 |
| Office Mgr.: | 36 | Hours @ | $90.00 | 3,240.00 |
| Exec. Secretary: | 133 | Hours @ | $60.00 | 7,980.00 |
| CAL 521 - Concrete Cylinders | 5 | tests @ | $30 | $150.00 |
| CAL 231 - Use of Nuclear Gauges | 11 | days @ | $32 | $352.00 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4374 | miles @ | $0.500 | $2,187.00 |

| | |
|---|---|
| **Total Amount Due:** | **$229,685.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-071821



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 7, 2011                                     **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 126 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062456

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 126**

     1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

     2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

     3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

     4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: November 7, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062457

Schedule I

| Requisition No. 126 | **CITY OF BEAUMONT** **PAYMENT CERTIFICATE** |
|---|---|

**Comprehensive Public Facility Financing Program**

ACCOUNT  6711674106
DESCRIPTION  Construction Fund – 2001A

Date  November 7, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #2420000446* | 119 | Wastewater Enterprise Projects | 88,463.25 |
| **TOTAL** | | | **$88,463.25** |

**CITY APPROVALS.**

☑ Finance Director

☑ City Manager

Date 11·7·11

Date 11/7/11

LOC4-062458

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 119

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $88,463.25 | 2011-185 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$88,463.25** | |

Project Manager _____   Date 11/7/11

LOC4-062459

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bmt. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | $88,463.25 |
| TOTAL | $1,124,818.76 | $368,173.50 | $1,669,154.80 | $213,003.41 | $0.00 | $0.00 | $0.00 | $3,375,150.47 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,228,360.24 | $244,326.50 | $103,910.20 | $143,496.59 | | | | $1,720,093.53 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062460

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-185** |
| **INVOICE DATE** | **11/07/11** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through October 28, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---|
| Principal: | 116 | Hours @ | $195.00 | 22,620.00 |
| Sr. Asso./Eng.: | 216 | Hours @ | $170.00 | 36,720.00 |
| Const. Manager: | 7 | Hours @ | $150.00 | 1,050.00 |
| Sr. Planner: | 96.5 | Hours @ | $130.00 | 12,545.00 |
| Staff Engineer: | 22 | Hours @ | $110.00 | 2,420.00 |
| Inspector-Prev. Wage: | 4 | Hours @ | $136.50 | 546.00 |
| Office Mgr.: | 40 | Hours @ | $90.00 | 3,600.00 |
| | FedEx- | $171.52 | + 15% | 197.25 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---|
| Principal: | 3 | Hours @ | $195.00 | 585.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---|
| Principal: | 15 | Hours @ | $195.00 | 2,925.00 |
| Sr. Asso./Eng.: | 29.5 | Hours @ | $170.00 | 5,015.00 |
| Sr. Planner: | 1 | Hours @ | $130.00 | 130.00 |
| Staff Engineer: | 1 | Hours @ | $110.00 | 110.00 |

**Amount Due:**  **$88,463.25**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062461



LWTP Upgrades - Headworks

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-661-34843 | Oct 14, 2011 | 1701-1069-2 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Sep 28, 2011
Payor: Shipper
Cust. Ref: NO REFERENCE INFORMATION   Ref #2:
Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized
- Your revenue threshold for this ship data was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 795239935059 | Urban Logic Consultants, Inc. | Greg Russell | |
| Service Type | FedEx Standard Overnight | Urban Logic Consultants, Inc. | Greg Russell Consulting | |
| Package Type | FedEx Pak | 43517 RIDGE PARK DRIVE | 5308 SOULE DR | |
| Zone | 08 | TEMECULA CA 92590 US | PANAMA CITY FL 32404 US | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 43.05 |
| Delivered | Sep 29, 2011 15:24 | Automation Bonus Discount | | -4.31 |
| Svc Area | A5 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 6.43 |
| FedEx Use | 000000000/0001415/02 | **Total Charge** | **USD** | **$47.92** |

Dropped off: Oct 04, 2011
Payor: Shipper
Cust. Ref: NO REFERENCE INFORMATION   Ref #2:
Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- We calculated your charges based on a dimensional weight of 3.0 lbs, 26" x 4" x 4", divided by 166.
- Package Delivered to Recipient Address - Release Authorized
- Your revenue threshold for this ship data was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 795280443677 | Urban Logic Consultants, Inc. | Greg Russell | |
| Service Type | FedEx Standard Overnight | Urban Logic Consultants, Inc. | Greg Russell Consulting | |
| Package Type | Customer Packaging | 43517 RIDGE PARK DRIVE | 5308 SOULE DR | |
| Zone | 08 | TEMECULA CA 92590 US | PANAMA CITY FL 32404 US | |
| Packages | 1 | | | |
| Actual Weight | 2.0 lbs, 0.9 kgs | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 52.50 |
| Delivered | Oct 05, 2011 15:24 | Automation Bonus Discount | | -5.25 |
| Svc Area | A5 | Residential Delivery | | 2.75 |
| Signed by | see above | Fuel Surcharge | | 7.25 |
| FedEx Use | 000000000/0001415/02 | **Total Charge** | **USD** | **$57.25** |

Picked up: Oct 05, 2011
Payor: Shipper
Cust. Ref: NO REFERENCE INFORMATION   Ref #2:
Ref #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 14.50% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 32444 zip code
- Your revenue threshold for this ship data was not met, therefore no Earned Discounts were applied.

| | | | | |
|---|---|---|---|---|
| Automation | USAB | **Sender** | **Recipient** | |
| Tracking ID | 873798795815 | GREG RUSSELL | URBAN LOGIC | |
| Service Type | FedEx Priority Overnight | URBAN LOGIC CONSULTANTS | - | |
| Package Type | Customer Packaging | 43517 RIDGE PARK DR STE 200 | 43512 RIDGE PARK DR STE 200 | |
| Zone | 08 | TEMECULA CA 92590-3602 US | TEMECULA CA 92590 US | |
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Oct 06, 2011 09:53 | Transportation Charge | | 53.95 |
| Svc Area | A3 | Courier Pickup Charge | | 4.00 |
| Signed by | L.OCHS | Fuel Surcharge | | 8.40 |
| FedEx Use | 027802747/0001618/_ | **Total Charge** | **USD** | **$66.35** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$171.52** |
| **Total FedEx Express** | **USD** | **$171.52** |

1287-01-00-0001415-0001-0060548



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                  **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 11 Construction Fund, City of Beaumont Community Facilities District 93-1, 2008A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-071807

**CONSTRUCTION FUND**

**REQUISITION NO. 11**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2008 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.     Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.     Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.     None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.     The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.     Payment shall be made from the Construction Fund.

Date:  December 5, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-071808

Exhibit A

| Requisition<br>No.<br>11 | | CITY OF BEAUMONT<br>PAYMENT CERTIFICATE |
|---|---|---|

**Comprehensive Public Facility<br>Financing Program**

Date   December 5, 2011

| | | ACCOUNT | #6711840107 |
|---|---|---|---|
| | Sewer Revenue Bond | DESCRIPTION | Construction Fund |
| X | 2008 Series A | | |
| | Other | | |

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor<br>Certificate<br>No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 8 | Joint & Critical Facilities<br>Engineering | 239,243.13 |
| **TOTAL** | | | **$239,243.13** |

CITY APPROVALS:

☑   Finance Director

☑   City Manager

Date 12-6-11

Date 12/6/11

*Urban Logic Consultants*

LOC4-071809

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                                      8
Contract Amount          $1,211,614.00

| X | 2008 Series A |
|---|---|
|   | Sewer Revenue Bond |
|   | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
|  | Joint & Critical Facilities Engineering | $239,243.13 | 2011-192 |
|  |  |  |  |
|  | **TOTAL CERTIFICATE INVOICE AMOUNT** | $239,243.13 |  |

Project Manager _____          Date _12-5-11_

LOC4-071810

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | CERTIFICATE TOTAL |
| --- | --- | --- | --- |
| | WW & Recy'd Water Facilities | Engineering | |
| 1 | $150,980.00 | | $150,980.00 |
| 2 | $184,609.50 | | $184,609.50 |
| 3 | $130,120.00 | | $130,120.00 |
| 4 | $63,447.50 | | $63,447.50 |
| 5 | $11,700.00 | | $11,700.00 |
| 6 | | $122,828.50 | $122,828.50 |
| 7 | | $229,685.00 | $229,685.00 |
| 8 | | $239,243.13 | $239,243.13 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| | | | $0.00 |
| TOTAL | $540,857.00 | $591,756.63 | $1,132,613.63 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount $1,211,614.00

| | CFD 93-1/2000A |
| --- | --- |
| | Sewer Revenue Bond |
| X | 2008 Series A |
| | Other |

LOC4-071811

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

| | | | INVOICE NO. |
|---|---|---|---|
| | | | **2011-192** |
| | | | INVOICE DATE |
| | | | **12/05/11** |
| | | | W.O. DISTRIBUTION |

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through December 2, 2011**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 198.5 | Hours @ | $195.00 | $38,707.50 |
| Project Manager/Engineer: | 441 | Hours @ | $170.00 | $74,970.00 |
| Const. Manager: | 44 | Hours @ | $150.00 | $6,600.00 |
| Surveyor: | 197.5 | Hours @ | $150.00 | $29,625.00 |
| Sr. Planner: | 34.5 | Hours @ | $130.00 | $4,485.00 |
| Staff Engineer: | 252.5 | Hours @ | $110.00 | $27,775.00 |
| Inspector: | 274 | Hours @ | $100.00 | $27,400.00 |
| Inspector-Prev. Wage: | 9 | Hours @ | $136.50 | $1,228.50 |
| Soils Tech.: | 124 | Hours @ | $100.00 | $12,400.00 |
| Office Mgr.: | 40 | Hours @ | $90.00 | $3,600.00 |
| Exec. Secretary: | 166 | Hours @ | $60.00 | $9,960.00 |
| ARC- | | $119.03 | + 15% | $136.88 |
| en, Inc.- | | $155.00 | + 15% | $178.25 |

<u>Mileage:</u>

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4354 | miles @ | $0.500 | $2,177.00 |

| | |
|---|---|
| **Total Amount Due:** | **$239,243.13** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-071812

*CFD*

**ARC™**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| **INVOICE NO.** | **6181026** |
| **INVOICE DATE** | **10/10/11** |
| **WORK ORDER#** | **F1371057** |

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 10/10/11 at 02:30PM**

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP |
|---|---|---|---|
| LANORA | | | Vicki Brunson |

| JOB# | JOB NAME | | BILLER | LOC |
|---|---|---|---|---|
| | P.D. | | Chantha Saway | 16 |

| | DESCRIPTION | COUNT | COPIES | | CHARGE | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1900 | B & W XEROX 8.5X11 | 737 | 1 | | 737 | EA | | 73.70 |
| 2600 | COLOR COPIES 8.5X11 | 19 | 1 | | 19 | EA | | 14.25 |
| 1917 | XEROX CARD STOCK 8.5X11 | 1 | 1 | | 1 | EA | | 0.26 |
| 1935.1 | XEROX 2 SIDED SET-UP | 1 | 1 | | 1 | EA | | 10.50 |
| 1927 | HAND COLLATE | 3 | 1 | | 3 | EA | | 0.51 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 1 | | 1 | EA | | 1.00 |
| 1950.17 | GBC 2" | 1 | 1 | | 1 | EA | | 5.00 |
| 5200 | REGULAR DELIVERY | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 111.22 | -0.75 | 8.56 | 119.03 | | 119.03 |

Invoices undisputed for 45 days are final.
625852

**TERMS:** Net 30 Days
Please Remit To:  ARC 345 Clinton St Costa Mesa, CA 92626

PMJ

LOC4-071813

*CFD*

**Inland Valley Sladden, Inc.**

dba Sladden Engineering
50 Egan Avenue
Beaumont, California  92223
(951)845-7743(951)845-8863

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2011 | 29170 |

| BILL TO |
|---------|
| Urban Logic Consultants, Inc.<br>43517 Ridge Park Drive, Suite 200<br>Temecula, CA 92590 |

| TERMS | PROJECT | LOCATION |
|-------|---------|----------|
| Due on receipt | 622-11008 | Brookside/Noble |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| 10-20 Lab -20 | 1 | Corrosion Series Determination | 155.00 | 155.00 |
| | | | **Total** | **$155.00** |

All billings are due and payable upon presentation.  A Service Charge of 1 1/2 percent per month will be charged on the unpaid balance after 30 days.

LOC4-071814



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                     **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 127 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062446

BEAUMONT UTILITY AUTHORITY

VARIABLE RATE REVENUE BONDS, 2001 SERIES A
(WASTEWATER ENTERPRISE PROJECT)

(Issue Date: August 1, 2001)

**Requisition of the Authority**
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)

REQUISITION NO. 127

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: December 5, 2011

BEAUMONT UTILITY AUTHORITY

By _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062447

Schedule I

| Requisition No. 127 | | CITY OF BEAUMONT PAYMENT CERTIFICATE |

Comprehensive Public Facility
Financing Program

| | ACCOUNT | 6711674106 |
| | DESCRIPTION | Construction Fund – 2001A |

Date  December 5, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #242000044C* | 120 | Wastewater Enterprise Projects | 97,619.76 |
| **TOTAL** | | | **$97,619.76** |

CITY APPROVALS.

☑ Finance Director

☑ City Manager

Date 12-7-11

Date 12/6/11

LOC4-062448

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 120

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $97,619.76 | 2011-193 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$97,619.76** | |

Project Manager _____   Date 12-5-11

LOC4-062450

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Pt. IV | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $760.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | | | $97,619.76 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **TOTAL** | $1,203,948.02 | $369,538.50 | $1,673,834.80 | $225,448.91 | $0.00 | $0.00 | $0.00 | $3,472,770.23 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,149,230.98 | $242,961.50 | $99,230.20 | $131,051.09 | | | | $1,622,473.77 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

Page 1 of 1

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2011-193** |
| **INVOICE DATE** | **12/05/11** |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**W.O. DISTRIBUTION**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through December 2, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---|
| Principal: | 58 | Hours @ | $195.00 | $11,310.00 |
| Sr. Asso./Eng.: | 231 | Hours @ | $170.00 | $39,270.00 |
| Const. Manager: | 2 | Hours @ | $150.00 | $300.00 |
| Sr. Planner: | 117.5 | Hours @ | $130.00 | $15,275.00 |
| Staff Engineer: | 39 | Hours @ | $110.00 | $4,290.00 |
| Surveyor: | 14.5 | Hours @ | $150.00 | $2,175.00 |
| 2-Man Survey Crew: | 11 | Hours @ | $210.00 | $2,310.00 |
| Office Mgr.: | 44 | Hours @ | $90.00 | $3,960.00 |
| | ARC- | $208.05 | + 15% | $239.26 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---|
| Principal: | 24 | Hours @ | $195.00 | $4,680.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---|
| Principal: | 5 | Hours @ | $195.00 | $975.00 |
| Sr. Asso./Eng.: | 21 | Hours @ | $170.00 | $3,570.00 |
| | Diversified Drilling- | $3,435.00 | + 15% | $3,950.25 |
| | Diversified Drilling- | $3,435.00 | + 15% | $3,950.25 |

**North Sewer Rehab Ph. IV**

| | | | | |
|---|---|---|---|---|
| Principal: | 7 | Hours @ | $195.00 | $1,365.00 |

|  ...unt Due: | **$97,619.76** |
|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062451

# ARC™

**Formerly OCB/Consolidated Reprographics**
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| **INVOICE NO.** | **6205428** |
| **INVOICE DATE** | **11/10/11** |
| **WORK ORDER#** | **F1371059** |

**SOLD TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**SHIP TO:**
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

**DUE: 11/10/11 at 03:00PM**

| CONTACT | PHONE | PURCHASE ORDER# | | SALES REP | |
|---|---|---|---|---|---|
| LANORA | | | | Vicki Brunson | |
| JOB# | | JOB NAME | | BILLER | LOC |
| | | WWTP UPGRADES | | Chantha Saway | 016 |

| ORDER | DESCRIPTION | | PO | QTY | COP | SIZE | QTY | UOM | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1600 | 1ST SET PPC BOND | | 016 | 56 | 1 | 24X36 | 336 | SF | | 55.44 |
| 1600 | 1ST SET PPC BOND | | 016 | 1 | 1 | 24X36 | 6 | SF | | 0.99 |
| 1601 | PPC BOND | | 016 | 56 | 1 | 24X36 | 336 | SF | | 55.44 |
| 6123.6 | 9800 SCALE CHANGE | | 016 | 1 | 1 | | 1 | EA | | 8.00 |
| 1602 | 1ST SET ENLG/RDCE PPC | | 016 | 57 | 1 | 11X17 | 171 | SF | | 28.22 |
| 1902 | B & W XEROX 11X17 | | 016 | 56 | 3 | | 168 | EA | | 33.60 |
| 1824 | LARGE FORMAT STAPLE | | 016 | 6 | 1 | | 6 | EA | | 5.40 |
| 5200 | REGULAR DELIVERY | | 016 | 1 | 1 | 92590 | 1 | EA | | 6.00 |

| SUBTOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 193.09 | | 14.96 | 208.05 | | 208.05 |

**TERMS:** Net 30 Days
Please Remit To:   ARC 345 Clinton St Costa Mesa, CA 92626

Invoice undisputed for 45 days are final.
843823

PMJ

LOC4-062452

Invoice 1005 from David Wood                                        Page 1 of 1

David Wood
Diversified Drilling
P.O. Box 1366
Santa Clarita, CA 91386
661-618-1804

# INVOICE

URBAN LOGIC CONSULTANTS, INC.
Attn: Kishen Prathivadi
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Office no. 951-676-1944
Fax no.... 951-676-2054

| | | | Invoice # | 1005 |
| --- | --- | --- | --- | --- |
| | | | Invoice Date | 10/31/2011 |
| | | | Due Date | 11/02/2011 |

| Item | Description | Unit Price | Quantity | Amount |
| --- | --- | --- | --- | --- |
| Service | Check water levels for 41 wells | 75.00 | 41.00 | 3,075.00 |
| Days | Mileage, 3 days @ $140/day | 0.50 | 420.00 | 210.00 |
| Service | Bi-montly stream analysis | | | |
| Days | Additional mileage for water sampling/stream tests | 0.50 | 300.00 | 150.00 |

| | | |
| --- | --- | --- |
| Subtotal | | 3,435.00 |
| Total | | 3,435.00 |
| Amount Paid | | 0.00 |
| Balance Due | | $3,435.00 |

11/31/2011

# Diversified Drilling

# Invoice

David Wood
P.O.  Box 1366
Santa Clarita, CA 91386-1366
Contact No.  661-618-1804
License no.  707742

DATE:   11/2011
INVOICE:   1006

BILL TO:
Urban Logic consultants, Inc.
Attn: Kishen Prathivedi
43317 Ridge Park Drive, Suite 200
Temecula, CA  92590
Office no:   951-676-1964
Fax no....:   951-676-2854

| | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| Service | Check water levels/month at $75/well | 41 | 3,075.00 |
| Service | Stream gauging bi-monthly | 4 | inc. |
| Service | Water samples bi-monthly | 6 | inc. |
| Service | Pictures of streams dry/wet | 11 | inc. |
| Service | Deliver water samples bi-monthly (Babcock) | 2 | inc. |
| Service | On-site water sampling  bi-monthly | 6 | inc. |
| Travel | 140 miles/day at 50 c/mile | 3 | 210.00 |
| Travel | Additional mileage for water sampling/stream tests | | |
| | 300 miles at 50c/mile | 1 | 150.00 |

Subtotal   $3,435.00

Total Due   $3,435.00

Make all checks payable to:

David Wood

*Thank you for your business!*

LOC4-062454



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 5, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 128 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062435

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

<u>**Requisition of the Authority**</u>
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 128**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: December 12, 2011

BEAUMONT UTILITY AUTHORITY

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062436

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

| Requisition |
| No. |
| 128 |

ACCOUNT          6711674106
DESCRIPTION      Construction Fund – 2001A

Date  December 12, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|---------|-------------|--------|
| Urban Logic Consultants | 121 | Redevelopment Projects | 34,617.75 |
| *Credit Union Bank of California* | | | |
| *Account #242000044C* | | | |
| City of Beaumont | 1 | WWTP Cleanup | 1,835,084.00 |
| *(per wire instructions)* | | | |
| | **TOTAL** | | **$1,869,701.75** |

CITY APPROVALS.

☑  Finance Director                      Date 12-13-11

☑  City Manager                          Date 12/13/11

LOC4-062437

Fwd: City Bank info

**From:** Deepak Moorjani <deemoor@gmail.com>
**To:** LaNora Ochs <ulcianora@aol.com>
**Subject:** Fwd: City Bank info
**Date:** Thu, Oct 29, 2009 3:35 pm

---------- Forwarded message ----------
From: **Bill Aylward** <baylward@ci.beaumont.ca.us>
Date: Wed, Oct 28, 2009 at 10:36 AM
Subject: City Bank info
To: Deepak Moorjani <deemoor@gmail.com>

Dee, please use the following info on future Union Bank bond requisitions to the City:

Bank Name: Citibank

Bank Routing #: 322271724

Bank Account #: 3674058965

Thanks, Bill

Bill Aylward, CPA

Finance Director

City of Beaumont

550 East 6th Street

Beaumont, CA 92223

Direct 951-769-8516

Fax 951-769-8526

LOC4-062438

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 121

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Redevelopment Projects | $34,617.75 | 2011-197 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $34,617.75 | |

Project Manager _____     Date 12-13-11

LOC4-062439

LOC4-062440

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bml. Mesa Sewer L.S. | ACTIVITY San Timoteo Mon. Wells | Redevelopment | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,180.00 | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | $97,619.76 |
| 121 | | | | | $34,617.75 | $34,617.75 |
| TOTAL | $1,203,948.02 | $369,538.50 | $1,673,834.80 | $225,448.91 | $34,617.75 | $3,507,387.98 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | $0.00 | $5,095,244.00 |
| Remaining | $1,149,230.98 | $242,961.50 | $99,230.20 | $131,051.09 | $0.00 | $1,587,856.02 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| INVOICE NO. |
| --- |
| **2011-197** |
| INVOICE DATE |
| **12/05/11** |
| W.O. DISTRIBUTION |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

**Billing for Public Works Services provided for the
Period through December 2, 2011**

*Redevelopment Agency Funds*
Sidewalk Improvements-Ph. IV

| | | | | |
| --- | --- | --- | --- | --- |
| Surveyor: | 22.50 | hours @ | $150.00 | $3,375.00 |
| 1-Man Survey Crew (Prev. Wage): | 6.50 | hours @ | $157.50 | $1,023.75 |
| 2-Man Survey Crew (Prev. Wage): | 24.00 | hours @ | $257.25 | $6,174.00 |
| Const. Manager: | 55.00 | hours @ | $150.00 | $8,250.00 |
| Staff Eng.: | 9.00 | hours @ | $110.00 | $990.00 |
| Inspector-Prev. Wage: | 59.00 | hours @ | $136.50 | $8,053.50 |
| Soils Tech.: | 1.00 | hours @ | $100.00 | $100.00 |
| Soils Tech.-Prev. Wage: | 30.00 | hours @ | $136.50 | $4,095.00 |
| Office Mgr.: | 22.00 | hours @ | $90.00 | $1,980.00 |
| Exec. Secretary: | 4.00 | hours @ | $60.00 | $240.00 |

Old Town Street Lighting

| | | | | |
| --- | --- | --- | --- | --- |
| Inspector: | 2.00 | hours @ | $100.00 | $200.00 |
| Inspector-Prev. Wage: | 1.00 | hours @ | $136.50 | $136.50 |

APPROVED FOR PAYMENT
BY _____ CITY MANAGER, CITY OF BEAUMONT
Date 12/6/11 acct.#

| Total Amount Due: | $34,617.75 |
| --- | --- |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062441

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                     1
Contract Amount          $1,835,084.00

| X | SRB/2001A |
| | Sewer Revenue Bond |
| | 1996 SRB Series A |
| | Other |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | WWTP Aeration Basins, Sludge Drying Bed and Lagoon Cleanup | $1,835,084.00 | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $1,835,084.00 | |

Project Manager                                        Date 12-13-11

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | WWTP Cleanup | | | | |
| 1 | $1,835,084.00 | | | | $1,835,084.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | $1,835,084.00 | | | | $1,835,084.00 |

Contractor  City of Beaumont
Contract Amount   $1,835,084.00

| | |
|---|---|
| | CFD 93-1, Series 2003A |
| X | Sewer Revenue Bond, Series 2001A |
| | 1996 SRB Series A |
| | Other |

LOC4-062443



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

# INVOICE

**TO:**   City of Beaumont
2001A Requisition
550 E. Sixth Street
Beaumont, CA 92223

**DATE:** December 12, 2011

**RE:**   Aeration Basin, Sludge Bed and Lagoon Cleanup

| *Description* | *Amount* |
|---|---|
| Reimburse cost to clean and upgrade aeration basins.  Work performed by J.F. Shea Construction, Inc. | $1,348, 284.00 |
| Reimburse cost to clean sludge drying bed and lagoon.  Work performed by Utility Partners. | $486,800.00 |
| **Total Amount Due:** | $1,835,084.00 |

LOC4-062444



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

January 9, 2012

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:**   **Requisition No. 129 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 129**

      1.     The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

      2.     The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

      3.     Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

      4.     There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: January 9, 2012

BEAUMONT UTILITY AUTHORITY

By
    Alan Kapanicas, City Manager of the
    City of Beaumont
    Executive Director
    Beaumont Utility Authority

LOC4-062428

**Schedule I**

| Requisition No. 129 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

| ACCOUNT | 6711674106 |
|---|---|
| DESCRIPTION | Construction Fund – 2001A |

Date January 9, 2012

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants | 122 | Wastewater Enterprise Projects | 148,335.25 |
| *Credit Union Bank of California* | | | |
| *Account #242000044C* | | | |
| | **TOTAL** | | **$148,335.25** |

**CITY APPROVALS:**

☑ Finance Director  Date 1·9·12

☑ City Manager  Date 1-10-12

LOC4-062429

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 122

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $148,335.25 | 2012-101 |
| TOTAL CERTIFICATE INVOICE AMOUNT | | $148,335.25 | |

Project Manager _____     Date  1-9-12

City of Beaumont
Comprehensive Public Facilities
Financing Program

CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | CERTIFICATE TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | WWTP Exp. & Upgrades | North Sewer Rehab Ph IV | Bml. Mesa Sewer LS. | San Timoteo Mon. Wells | Redevelopment | | | |
| Bal. Fwd. (01A) | $495,477.45 | $364,858.50 | $1,636,386.80 | $161,386.41 | | | | $2,658,109.16 |
| 112 | $81,642.50 | $0.00 | $9,065.00 | $4,960.00 | | | | $95,667.50 |
| 113 | $56,647.50 | $0.00 | $6,765.00 | $2,465.00 | | | | $65,877.50 |
| 114 | $65,990.00 | $0.00 | $4,230.00 | $1,100.00 | | | | $71,320.00 |
| 115 | $85,940.00 | $780.00 | $5,718.00 | $6,490.00 | | | | $98,928.00 |
| 116 | $76,355.00 | $2,535.00 | $945.00 | $6,150.00 | | | | $85,985.00 |
| 117 | $78,663.00 | $0.00 | $2,730.00 | $9,101.50 | | | | $90,494.50 |
| 118 | $104,405.06 | $0.00 | $2,730.00 | $13,170.50 | | | | $120,305.56 |
| 119 | $79,698.25 | $0.00 | $585.00 | $8,180.00 | | | | $88,463.25 |
| 120 | $79,129.26 | $1,365.00 | $4,680.00 | $12,445.50 | | | | $97,619.76 |
| 121 | | | | | $34,617.75 | | | $34,617.75 |
| 122 | $137,175.00 | $0.00 | $3,705.00 | $7,435.25 | | | | $148,335.25 |
| | | | | | | | | |
| TOTAL | $1,341,123.02 | $369,538.50 | $1,677,539.80 | $232,904.16 | $34,617.75 | $0.00 | $0.00 | $3,655,723.23 |
| Budget | $2,353,179.00 | $612,500.00 | $1,773,065.00 | $356,500.00 | | | | $5,095,244.00 |
| Remaining | $1,012,055.98 | $242,961.50 | $95,525.20 | $123,595.84 | | | | $1,439,520.77 |

Contractor  Urban Logic Consultants, Inc.

City of Beaumont
CFD 93-1 Series 2001A

LOC4-062431

*Page 1 of 1*

# *Urban Logic Consultants*
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2012-101** |
| INVOICE DATE | **01/09/12** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through December 30, 2011**

**WWTP Expansion & Upgrades**

| | | | | |
|---|---|---|---|---|
| Principal: | 43 | Hours @ | $195.00 | $8,385.00 |
| Sr. Asso./Eng.: | 225 | Hours @ | $170.00 | $38,250.00 |
| Sr. Planner: | 102.5 | Hours @ | $130.00 | $13,325.00 |
| Staff Engineer: | 91 | Hours @ | $110.00 | $10,010.00 |
| Surveyor: | 412.5 | Hours @ | $150.00 | $61,875.00 |
| 2-Man Survey Crew: | 13 | Hours @ | $210.00 | $2,730.00 |
| 1-Man Survey Crew: | 5 | Hours @ | $160.00 | $800.00 |
| Office Mgr.: | 20 | Hours @ | $90.00 | $1,800.00 |

**Beaumont Mesa Lift Station**

| | | | | |
|---|---|---|---|---|
| Principal: | 19 | Hours @ | $195.00 | $3,705.00 |

**San Timoteo Monitoring Wells**

| | | | | |
|---|---|---|---|---|
| Principal: | 2 | Hours @ | $195.00 | $390.00 |
| Sr. Asso./Eng.: | 17 | Hours @ | $170.00 | $2,890.00 |
| Office Mgr.: | 2.5 | Hours @ | $90.00 | $225.00 |
| | Diversified Drilling- | $3,435.00 | + 15% | $3,950.25 |

| | |
|---|---|
| **unt Due:** | **$148,335.25** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062432



LOC4-062433

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:   (949) 263-2600
Facsimile:    (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**EXHIBIT I (TWO OF TWO) TO DECLARATION OF DANIEL W. RAY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE DANIEL RAY FROM TESTIFYING AT TRIAL**<br><br>Trial Date:    September 13, 2022<br>Time:           9:00 a.m.<br>Courtroom:   9D |

BEST BEST & KRIEGER LLP



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 3, 2010                                    **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 27 Construction Fund, City of Beaumont Community Facilities
         District 93-1, 2007A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

**HEMMING
MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

A

**CONSTRUCTION FUND**

**REQUISITION NO. 27**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.     Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.     Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.     None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.     The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.     Payment shall be made from the Construction Fund.

Date:  February 3, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-016533

Exhibit A

| Requisition No. 27 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007A**

**Comprehensive Public Facility**
**Financing Program**

Date  February 3, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711805908

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 26 | Facilities Engineering | 145,098.25 |
| | | **TOTAL:** | **$145,098.25** |

CITY APPROVALS:

☑  Finance Director        Date  2·4·10

☑  City Manager           Date  2-5-10

LOC4-016534

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 26
Contract Amount _____

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | 2007A Facilities | $145,098.25 | 2010-108 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$145,098.25** | |

Project Manager _____   Date 2-3-10

LOC4-016535

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oak Valley Parkway | I-10/Highland Spgs. | I-10/Penn. Ave. | 4th Street Rehab. | Noble Creek Bridge | OVP/I-10 Interchg. | Desert Lawn/ OVP Signal | Potrero Blvd/ Bridge | Potrero/SR 60 Interchg. | |
| 1 | $78,877.50 | $0.00 | $0.00 | | | | | | | $78,877.50 |
| 2 | $70,670.87 | $0.00 | $0.00 | | | | | | | $70,670.87 |
| 3 | $42,605.00 | $0.00 | $0.00 | | | | | | | $42,605.00 |
| 4 | $108,315.00 | $0.00 | $0.00 | | | | | | | $108,315.00 |
| 5 | $56,570.00 | $0.00 | $0.00 | | | | | | | $56,570.00 |
| 6 | $167,668.50 | $0.00 | $0.00 | $12,315.00 | | | | | | $179,983.50 |
| 7 | $55,979.00 | $0.00 | $0.00 | $4,967.50 | | | | | | $60,946.50 |
| 8 | $58,316.50 | $0.00 | $0.00 | $1,980.00 | | | | | | $60,296.50 |
| 9 | $41,247.50 | $0.00 | $0.00 | | | | | | | $41,247.50 |
| 10 | $65,793.56 | $0.00 | $0.00 | $6,920.00 | | | | | | $72,713.56 |
| 11 | $69,412.00 | $0.00 | $0.00 | $840.00 | | | | | | $70,252.00 |
| 12 | $53,417.50 | $0.00 | $0.00 | | | | | | | $53,417.50 |
| 13 | $0.00 | $0.00 | $0.00 | | | | | | | $0.00 |
| 14 | $0.00 | $0.00 | $0.00 | $3,060.00 | | | | | | $3,060.00 |
| 15 | $0.00 | $0.00 | $0.00 | $1,225.00 | | | | | | $1,225.00 |
| 16 | $170,857.00 | $0.00 | $0.00 | $11,445.00 | $18,342.00 | $5,470.00 | | $117,232.50 | $39,363.42 | $362,709.92 |
| 17 | $147,825.00 | $0.00 | $0.00 | $12,560.00 | $26,912.50 | $7,100.00 | | $38,995.00 | $36,115.00 | $269,507.50 |
| 18 | $92,074.86 | $0.00 | $0.00 | $13,512.50 | $58,625.00 | $2,470.00 | | $34,850.00 | $73,830.00 | $275,362.36 |
| 19 | $130,208.00 | $0.00 | $0.00 | $21,060.00 | $79,225.00 | $5,380.00 | | $46,990.00 | $20,215.00 | $305,078.00 |
| 20 | $94,554.74 | $0.00 | $0.00 | $22,045.00 | $50,166.50 | $41,532.50 | | $24,937.50 | $50,932.50 | $284,168.74 |
| 21 | $76,848.22 | $0.00 | $0.00 | $23,210.00 | $38,615.00 | $24,551.45 | | $18,245.00 | $69,140.00 | $250,609.67 |
| 22 | $64,366.62 | $780.00 | $840.00 | $16,662.50 | $34,715.00 | $12,250.00 | | $19,790.00 | $53,797.50 | $203,201.62 |
| 23 | $88,157.00 | $1,380.00 | $1,680.00 | $42,610.00 | $49,767.50 | $22,290.00 | $15,040.00 | $29,480.00 | $65,060.00 | $315,464.50 |
| 24 | $63,950.00 | $720.00 | $720.00 | $7,352.50 | $49,522.00 | $2,310.00 | $3,160.00 | $20,547.50 | $63,871.05 | $212,153.05 |
| 25 | $80,293.50 | $540.00 | $540.00 | $5,607.50 | $51,732.00 | $3,405.00 | $4,862.50 | $30,355.00 | $80,426.90 | $257,762.40 |
| 26 | $59,166.25 | $1,500.00 | $900.00 | $4,995.00 | $24,202.50 | $7,780.00 | $5,770.00 | $15,632.50 | $25,152.00 | $145,098.25 |
| TOTAL | $1,937,174.12 | $4,920.00 | $4,680.00 | $212,367.50 | $481,825.00 | $134,538.95 | $28,832.50 | $397,085.00 | $577,903.37 | $3,779,296.44 |

Contractor Urban Logic Consultants, Inc.
Contract Amount

8-1, Series 2007A

LOC4-016536

| | | | | Page 1 of 3 |
|---|---|---|---|---|

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-108** |
| INVOICE DATE | **02/02/10** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
Attn: **Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Series 2007A Facilities through January 29, 2010**

4th Street Rehab

| | | | | |
|---|---|---|---|---|
| Principal: | 12 | Hours @ | $175 | 2,100.00 |
| Sr. Asso./Eng.: | 8 | Hours @ | $150 | 1,200.00 |
| Const. Mgr.: | 7 | Hours @ | $135 | 945.00 |
| Exec. Secretary: | 15 | Hours @ | $50 | 750.00 |

Noble Creek Bridge

| | | | | |
|---|---|---|---|---|
| Principal: | 11 | Hours @ | $175 | 1,925.00 |
| Sr. Asso./Eng.: | 59.75 | Hours @ | $150 | 8,962.50 |
| Const. Mgr.: | 41 | Hours @ | $135 | 5,535.00 |
| Sr. Planner: | 8.5 | Hours @ | $120 | 1,020.00 |
| Staff Engineer: | 30 | Hours @ | $95 | 2,850.00 |
| Soils Tech.: | 12 | Hours @ | $90 | 1,080.00 |
| Exec. Secretary: | 26 | Hours @ | $50 | 1,300.00 |
| Office Manager: | 18 | Hours @ | $80 | 1,440.00 |
| CAL 521-Concrete Cylinder Compression | 3 | tests @ | $30 | $90.00 |

I-10/Highland Spgs. Interchange

| | | | | |
|---|---|---|---|---|
| Sr. Planner: | 12.5 | Hours @ | $120 | 1,500.00 |

I-10/Penn. Ave. Interchange

| | | | | |
|---|---|---|---|---|
| Sr. Planner: | 7.5 | Hours @ | $120 | 900.00 |

OVP/I-10 Interchange

| | | | | |
|---|---|---|---|---|
| Principal: | 28 | Hours @ | $175 | 4,900.00 |
| Sr. Planner: | 13.5 | Hours @ | $120 | 1,620.00 |
| Office Manager: | 12 | Hours @ | $80 | 960.00 |
| Exec. Secretary: | 6 | Hours @ | $50 | 300.00 |

| | |
|---|---|
| **Subtotal:** | **$39,377.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-016537

Page 2 of 4

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

| INVOICE NO. |
| --- |
| **2010-108** |
| INVOICE DATE |
| **02/02/10** |
| W.O. DISTRIBUTION |

Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Series 2007A Facilities through January 29, 2010

### Potrero Blvd./SR 60 Interchange

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 39 | Hours @ | $175 | 6,825.00 |
| Sr. Asso./Eng.: | 16.25 | Hours @ | $150 | 2,437.50 |
| Sr. Planner: | 57.5 | Hours @ | $120 | 6,900.00 |
| Surveyor: | 36.25 | Hours @ | $150 | 5,437.50 |
| Office Manager: | 21 | Hours @ | $80 | 1,680.00 |
| Exec. Secretary: | 8 | Hours @ | $50 | 400.00 |
| CAL 216 - Relative Compaction | 8 | tests @ | $180 | $1,440.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32 | $32.00 |

### Oak Valley Parkway

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 16 | Hours @ | $175 | 2,800.00 |
| Sr. Asso./Eng.: | 56.5 | Hours @ | $150 | 8,475.00 |
| Surveyor: | 76.5 | Hours @ | $150 | 11,475.00 |
| 2-Man Survey Crew: | 63.5 | Hours @ | $210 | 13,335.00 |
| 3-Man Survey Crew: | 3 | Hours @ | $260 | 780.00 |
| Const. Mgr.: | 75 | Hours @ | $135 | 10,125.00 |
| Sr. Planner: | 12 | Hours @ | $120 | 1,440.00 |
| Staff Engineer: | 39 | Hours @ | $95 | 3,705.00 |
| Inspector: | 15 | Hours @ | $90 | 1,350.00 |
| Soils Tech.: | 14 | Hours @ | $90 | 1,260.00 |
| Office Manager: | 2 | Hours @ | $80 | 160.00 |
| Exec. Secretary: | 23 | Hours @ | $50 | 1,150.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32 | $32.00 |

### Desert Lawn/OVP Signal

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 6 | Hours @ | $175 | 1,050.00 |
| Sr. Asso./Eng.: | 16.5 | Hours @ | $150 | 2,475.00 |
| Sr. Planner: | 10 | Hours @ | $120 | 1,200.00 |
| Staff Engineer: | 5 | Hours @ | $95 | 475.00 |
| Office Manager: | 4 | Hours @ | $80 | 320.00 |
| Exec. Secretary: | 5 | Hours @ | $50 | 250.00 |

| | | |
| --- | --- | --- |
| | **Subtotal:** | **$87,009.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES

LOC4-016538

Page 3 of 3

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-108** |
| INVOICE DATE | **02/02/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont, CFD 93-1 Series 2007A Facilities through January 29, 2010**

Potrero Blvd./Bridge

| | | | | |
|---|---|---|---|---|
| Principal: | 20 | Hours @ | $175 | 3,500.00 |
| Sr. Asso./Eng.: | 30.75 | Hours @ | $150 | 4,612.50 |
| Sr. Planner: | 5.5 | Hours @ | $120 | 660.00 |
| Staff Engineer: | 26 | Hours @ | $95 | 2,470.00 |
| Soils Tech.: | 25 | Hours @ | $90 | 2,250.00 |
| Office Manager: | 8 | Hours @ | $80 | 640.00 |
| Exec. Secretary: | 30 | Hours @ | $50 | 1,500.00 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4288 | miles @ | $0.550 | $2,358.40 |

Reimburseables:

| | | | |
|---|---|---|---|
| | Consolidated Reprographics- | $161.75 + 15% | $186.01 |
| | Consolidated Reprographics- | $465.08 + 15% | $534.84 |

| | |
|---|---|
| Subtotal: | 18,711.75 |
| **Total Amount Due:** | **$145,098.25** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.



**CR CONSOLIDATED REPROGRAPHICS**

| | | | |
|---|---|---|---|
| Anaheim (714) 526-0905 | Corona (951) 734-6988 | Corporate Offices (714) 424-8500 | Inland Empire (909) 370-2727 |
| Irvine Spectrum (949) 296-3000 | Las Vegas (702) 361-0666 | OC Airport (714) 751-2680 | Supply Order Desk (714) 424-8540 (800) 532-8555 |
| On Site Services (714) 424-8545 | Temecula Valley (951) 877-9144 | Tustin (714) 838-2855 | (714) 424-8539 Fax www.consrepro.com |

**DELIVERY INVOICE**

*Digitally Evolved*

NO. 099180

SOLD TO:   35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA  CA 92590

SHIP TO:   35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA  CA 92590
(909) 676-1944

| JOB NAME: CAROLYN | MONITORING STATION | | TIME WANTED 01/26/10  3:00pm | SLOC 12 | ORDER DATE 01/26/10 | W O # 945158 |
|---|---|---|---|---|---|---|
| JOB NAME GROUNDWATER MONT | CARRIER CR Vehicle | CLERK 2209-CYNDI SAWAY | | TIME 12:55:27 | INVOICE DATE 01/26/10 | SLSP 132 | TAX T |

| | ITEM NO. | DESCRIPTION | ORDERED | UNT | SHIPPED | BACKORDERED | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 190-0 | XEROX LETTER SIZE IMAGES | 1210 | EA | 1210 | | 81.80 |
| | | 10 copies of 121 originals | | | | | |
| 12 | 192-5.01 | ACETATE COVERS 8.5 X 11 | 10 | EA | 10 | | 10.00 |
| 12 | 195-0.01 | GBC PUNCH | 2 | H | 2 | | 15.30 |
| 12 | 195-0.03 | GBC COMB TO 1 INCH | 10 | EA | 10 | | 16.00 |
| 12 | 196-1.01 | PAPER 8.5X11 WHITE 20LB | 1210 | EA | 1210 | | 0.00 |
| 12 | 196-1.07 | PAPER 8.5X11 WHITE INDEX 110LB | 10 | EA | 10 | | 2.64 |
| 12 | 250-0 | COLOR  COPIES 8.5X11 | 20 | EA | 20 | | 15.80 |
| | | 10 copies of 2 originals | | | | | |
| 12 | 251-2.01 | LASER COPY PAPER 24LB 8.5X11 | 20 | EA | 20 | | 1.20 |

-------------- Notes --------------------------------

SHIP TO SOLD TO

TERMS:  NET 30
PLEASE REMIT TO: 345 CLINTON STREET, COSTA MESA CA 92626-6011
>Save on shipping cost with iShipdocs: Ship Digitally, Print Locally.<
Beginning Oct. 1, 2008 all invoices will have a $10 minimum charge not
including tax or freight . Call your sales representative for details.

DOCUMENT REPRINT          ORDER # : 342884

| | |
|---|---|
| Sub Total | 142.74 |
| Freight | 6.00 |
| Tax | 13.01 |
| TOTAL ▶ | 161.75 |
| Deposit | |
| TOTAL DUE ▶ | 161.75 |

CUSTOMER COPY

LOC4-016540



**CONSOLIDATED REPROGRAPHICS**

**DELIVERY INVOICE**

Anaheim (714) 526-0905
Corona (951) 734-6988
Corporate Offices (714) 424-8500
Inland Empire (909) 370-2727

Irvine Spectrum (949) 296-3080
Las Vegas (702) 381-0686
OC Airport (714) 751-2680
Supply Order Desk (714) 424-8540

On Site Services (714) 424-8545
Temecula Valley (951) 677-9144
Tustin (714) 838-2855
(800) 532-8555
(714) 424-8539 Fax

*Digitally Evolved*
www.consrepro.com

**NO. 099751**

SOLD TO: 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TENECULA  CA 92590

DVP - PSR

SHIP TO: 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TENECULA  CA 92590
(909)676-1944

| CAROLYN | NONE | | TIME WANTED 01/27/10  11:00am | SLOC 12 | ORDER DATE 01/27/10 | W O # 945160 |
|---|---|---|---|---|---|---|
| JOB NAME DVP PSR OOC | CARRIER CR Vehicle | CLERK 2209-CYNDI SAWAY | TIME 10:53:21 | INVOICE DATE 01/27/10 | SLSP 132 | TAX T |

| | ITEM NO | DESCRIPTION | QUANTITY | UNIT | SHIPPED | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 190-0 | XEROX LETTER SIZE IMAGES | 2896 | EA | 2896 | | 195.77 |
| | | 16 copies of 181 originals | | | | | |
| 12 | 190-2 | XEROX 11X17 IMAGES | 32 | EA | 32 | | 5.28 |
| | | 16 copies of 2 originals | | | | | |
| 12 | 196-1.01 | PAPER 8.5X11 WHITE 20LB | 2896 | EA | 2896 | | 0.00 |
| 12 | 196-1.27 | PAPER 11X17 WHITE 20LB | 16 | EA | 16 | | 0.00 |
| 12 | 616-5.02 | DIGIT OUTPUT CONV-PSTCRPT FILE | 183 | PG | 183 | | 41.03 |
| 12 | 160-0 | PPC BOND - FIRST SET | 30 | SF | 30 | | 5.88 |
| | | 1 set of 5(24x36) 30 sq ft | | | | | |
| 12 | 160-1 | PPC BOND - ADDITIONAL | 450 | SF | 450 | | 87.30 |
| | | 15 sets of 5(24x36) 450 sq ft | | | | | |
| 12 | 162-1 | FOLDING | 480 | SF | 480 | | 86.40 |

------------------- Notes -------------------

SHIP TO SOLD TO

TERMS:  NET 30
PLEASE REMIT TO: 345 CLINTON STREET, COSTA MESA CA 92626-6011
>Save on shipping cost with iShipdocs: Ship Digitally, Print Locally.<
Beginning Oct. 1, 2008 all invoices will have a $10 minimum charge not
including tax or freight . Call your sales representative for details.

DOCUMENT REPRINT          ORDER # : 343497

| | |
|---|---|
| Sub Total | 421.66 |
| Freight | 6.00 |
| Tax | 37.42 |
| TOTAL ▶ | 465.08 |
| Deposit | |
| TOTAL DUE ▶ | 465.08 |

**CUSTOMER COPY**

LOC4-016541



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 4, 2010                                         **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 114 Improvement Fund, Beaumont Utility Authority Variable Rate
          Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

AK:lio

Enclosures

AA

LOC4-062547

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 114**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  November 4, 2010

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062548

Schedule I

| Requisition No. 114 | **CITY OF BEAUMONT PAYMENT CERTIFICATE** |
|---|---|

**Comprehensive Public Facility Financing Program**

ACCOUNT    6711674106
DESCRIPTION   Construction Fund - 2001A

Date  November 4, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #2420000440* | 107 | Wastewater Enterprise Projects | 54,937.50 |
| **TOTAL** | | | **$54,937.50** |

CITY APPROVALS:

| ☐ | Finance Director | | Date _____ |
| ☑ | City Manager | | Date 11/8/10 |

LOC4-062549

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 107

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $54,937.50 | 2010-159 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $54,937.50 | |

Project Manager _____      Date 11-4-1D

LOC4-062550

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-Ph11 | Dowling Orch. Recl. Water | North Sewer Rehab Pb IV | WWTP Exp. Env. | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,221.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,743.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.08 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| TOTAL | $18,717.50 | $130,630.08 | $364,678.50 | $23,232.50 | $1,623,734.30 | $144,566.41 | $783,272.95 | $656,369.95 | $3,672,972.24 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*CFD 93-1 Series 2001A*

LOC4-062551

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | |
| | **2010-159** |
| INVOICE DATE | |
| | **11/04/10** |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through October 29, 2010**

| | | | | |
|---|---|---|---|---:|
| North Sewer Rehab Ph IV | | | | |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| Stages V-VIII WWTP Expansion | | | | |
| Principal: | 39 | Hours @ | $195 | 7,605.00 |
| Sr. Asso./Eng.: | 18 | Hours @ | $170 | 3,060.00 |
| Sr. Planner: | 20 | Hours @ | $130 | 2,600.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |
| Surveyor: | 11.25 | Hours @ | $150 | 1,687.50 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Excess Dirt Removal-Ph. II | | | | |
| Surveyor: | 34.5 | Hours @ | $150 | 5,175.00 |
| 2-Man Survey Crew-Prev. Wage | 27.5 | Hours @ | $245 | 6,737.50 |
| Inspector: | 23 | Hours @ | $100 | 2,300.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 10 | Hours @ | $195 | 1,950.00 |
| Staff Eng.: | 1 | Hours @ | $110 | 110.00 |
| Sr. Planner: | 3 | Hours @ | $130 | 390.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| WWTP Upgrades | | | | |
| Principal: | 15 | Hours @ | $195 | 2,925.00 |
| Sr. Asso./Eng.: | 29 | Hours @ | $170 | 4,930.00 |
| Staff Eng.: | 20 | Hours @ | $110 | 2,200.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| WWTP Exp. - Environmental | | | | |
| Principal: | 9.5 | Hours @ | $195 | 1,852.50 |
| Sr. Asso./Eng.: | 48 | Hours @ | $170 | 8,160.00 |

**Total Amount Due:**       **$54,937.50**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062552



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 3, 2010

**VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 30 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 30**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.       Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.       Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.       None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.       The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.       Payment shall be made from the Construction Fund.

Date:  February 3, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-063270

Exhibit A

| Requisition No. 30 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005A**

Comprehensive Public Facility
Financing Program

Date  February 3, 2010

ACCOUNT   Construction Fund
DESCRIPTION  Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 23 | Facilities Engineering | 73,913.75 |
| | | **TOTAL:** | **$73,913.75** |

**CITY APPROVALS:**

☑  Finance Director                        Date 2-4-10

☑  City Manager                        Date 2-5-10

LOC4-063271

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 23
Contract Amount __$1,193,551.00__

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $73,913.75 | 2010-107 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$73,913.75** | |

Project Manager _____     Date 2-3-10

LOC4-063272

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| | | | | | |
| TOTAL | $170,000.00 | $25,000.00 | $298,012.50 | | $493,012.50 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount   $1,193,551.00

93-1, Series 2005A

LOC4-063273

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-107** |
| INVOICE DATE | **02/02/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
 **550 East Sixth Street**
 **Beaumont, CA 92223**
 **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through January 29, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 122.75 | Hours @ | $175 | 21,481.25 |
| Project Manager/Engineer: | 43.75 | Hours @ | $150 | 6,562.50 |
| Surveyor: | 200.75 | Hours @ | $150 | 30,112.50 |
| Staff Engineer: | 57.5 | Hours @ | $95 | 5,462.50 |
| Const. Manager: | 7 | Hours @ | $135 | 945.00 |
| Sr. Planner: | 6 | Hours @ | $120 | 720.00 |
| Inspector: | 29 | Hours @ | $90 | 2,610.00 |
| Soils Tech.: | 5 | Hours @ | $90 | 450.00 |
| CADD Technician: | 29 | Hours @ | $80 | 2,320.00 |
| Exec. Secretary: | 65 | Hours @ | $50 | 3,250.00 |

**Total Amount Due:** $73,913.75

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-063274



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 7, 2010                                         **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 115 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

BB

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 115**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  December 7, 2010

BEAUMONT UTILITY AUTHORITY

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062541

Schedule I

**Requisition No. 115**

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

ACCOUNT        6711674106
DESCRIPTION   Construction Fund - 2001A

Date   December 7, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 108 | Wastewater Enterprise Projects | 59,835.00 |
| **TOTAL** | | | **$59,835.00** |

12/7/

**CITY APPROVALS:**

☐   Finance Director                                                Date

☑   City Manager                                                    Date 12/7/10

LOC4-062542

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No.                108

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $59,835.00 | 2010-165 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$59,835.00** | |

Project Manager _____     Date 12-7-10

LOC4-062543



# City of Beaumont
## Comprehensive Public Facilities
## Financing Program

## CERTIFICATE SUMMARY

### Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-PhII | Dewling Orch. Recl. Water | North Sewer Rehab Ph IV | WWTP Exp. Env. | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $5,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $590.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | $0.00 | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| TOTAL | $40,240.00 | $130,630.08 | $364,858.50 | $23,232.50 | $1,629,921.80 | $149,346.41 | $797,337.95 | $669,469.95 | $3,732,807.24 |

Contractor  Urban Logic Consultants, Inc.

*City of Beaumont.*
*CFD 93-1 Series 2001A*

Page 1 of 1

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-165** |
| INVOICE DATE | **12/07/10** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through December 3, 2010**

| | | | | |
|---|---|---|---|---|
| North Sewer Rehab Ph IV | | | | |
| Office Mgr.: | 2 | Hours @ | $90 | 180.00 |
| Stages V-VIII WWTP Expansion | | | | |
| Principal: | 56 | Hours @ | $195 | 10,920.00 |
| Sr. Asso./Eng.: | 3 | Hours @ | $170 | 510.00 |
| Sr. Planner: | 8 | Hours @ | $130 | 1,040.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| Beaumont Mesa Lift Station | | | | |
| Principal: | 19 | Hours @ | $195 | 3,705.00 |
| Surveyor: | 11.75 | Hours @ | $150 | 1,762.50 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Excess Dirt Removal-Ph. II | | | | |
| Principal: | 8 | Hours @ | $195 | 1,560.00 |
| Surveyor: | 50.5 | Hours @ | $150 | 7,575.00 |
| 2-Man Survey Crew-Prev. Wage | 27.5 | Hours @ | $245 | 6,737.50 |
| Const. Manager: | 11 | Hours @ | $150 | 1,650.00 |
| Inspector: | 40 | Hours @ | $100 | 4,000.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 13 | Hours @ | $195 | 2,535.00 |
| Sr. Asso./Eng.: | 9.5 | Hours @ | $170 | 1,615.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| WWTP Upgrades | | | | |
| Principal: | 32 | Hours @ | $195 | 6,240.00 |
| Sr. Asso./Eng.: | 17 | Hours @ | $170 | 2,890.00 |
| Sr. Planner: | 34.5 | Hours @ | $130 | 4,485.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |

**Total Amount Due:** **$59,835.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062545



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

February 3, 2010                                          **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 104 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-060909

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 104**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  February 3, 2010

BEAUMONT UTILITY AUTHORITY

By:_____

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

| Requisition No. 104 | |
| --- | --- |

ACCOUNT    6711674106

DESCRIPTION   Construction Fund - 2001A

Date   February 3, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants *Credit Union Bank of California* *Account #2420000440* | 98 | Wastewater Enterprise Projects | 129,872.58 |
| TOTAL | | | **$129,872.58** |

CITY APPROVALS:

☑   Finance Director                      Date   2-4-10

☑   City Manager                          Date   2-5-10

LOC4-060911

**City of Beaumont
Comprehensive Public Facilities
Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 98
Contract Amount _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $129,872.58 | 2010-109 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$129,872.58** | |

Project Manager _____     Date 2-3-10

LOC4-060912



City of Beaumont
Comprehensive Public Facilities
Financing Program

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | WWTP Exp. Environmental | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Bmt. Mesa Sewer L.S. | North Sewer Rehab Ph III | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $44,727.50 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $185,387.50 | $104,474.95 | $552,419.39 | $2,554,277.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $5,370.00 | $35,142.71 | $14,635.00 | $146,762.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $4,750.00 | $23,500.29 | $17,610.00 | $165,979.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $4,005.00 | $27,745.00 | $29,162.50 | $126,859.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,632.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | $44,727.50 | $117,082.58 | $335,493.50 | $867,300.00 | $1,542,919.30 | $199,512.50 | $527,282.95 | $195,737.50 | $3,757,825.88 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount _____

City of Beaumont
93-1 Series 2001A

LOC4-060913

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-109** |
| INVOICE DATE | **02/02/10** |

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA 92223
Attn: **Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through January 29, 2010**

Beaumont Mesa Sewer Lift Station

| | | | | |
|---|---|---|---|---:|
| Principal: | 14 | Hours @ | $175 | 2,450.00 |
| Surveyor: | 3 | Hours @ | $150 | 450.00 |
| Sr. Planner: | 1 | Hours @ | $120 | 120.00 |
| Const. Mgr.: | 9 | Hours @ | $135 | 1,215.00 |
| Inspector: | 17 | Hours @ | $90 | 1,530.00 |
| Office Mgr.: | 2 | Hours @ | $80 | 160.00 |
| Exec. Secretary: | 13 | Hours @ | $50 | 650.00 |

North Sewer Rehab Ph IV

| | | | | |
|---|---|---|---|---:|
| Principal: | 6 | Hours @ | $175 | 1,050.00 |
| Sr. Asso./Eng.: | 32 | Hours @ | $150 | 4,800.00 |
| Surveyor: | 47.5 | Hours @ | $150 | 7,125.00 |
| 1-Man Survey Crew: | 8.5 | Hours @ | $160 | 1,360.00 |
| 2-Man Survey Crew: | 32.75 | Hours @ | $210 | 6,877.50 |
| Inspector: | 5 | Hours @ | $90 | 450.00 |
| Office Mgr.: | 10 | Hours @ | $80 | 800.00 |
| Exec. Secretary: | 10 | Hours @ | $50 | 500.00 |

Odor Control - Solids Handling Facility

| | | | | |
|---|---|---|---|---:|
| Sr. Asso./Eng.: | 55 | Hours @ | $150 | 8,250.00 |

Stages V-VIII WWTP Expansion

| | | | | |
|---|---|---|---|---:|
| Principal: | 28 | Hours @ | $175 | 4,900.00 |
| Sr. Asso./Eng.: | 132 | Hours @ | $150 | 19,800.00 |
| Sr. Planner: | 18.5 | Hours @ | $120 | 2,220.00 |
| Surveyor: | 2 | Hours @ | $150 | 300.00 |
| Office Mgr.: | 6 | Hours @ | $80 | 480.00 |
| Exec. Secretary: | 8 | Hours @ | $50 | 400.00 |

| | |
|---|---:|
| **Subtotal:** | **$65,887.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-060914

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-109** |
| INVOICE DATE | **02/02/10** |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through January 29, 2010**

WWTP Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 58 | Hours @ | $175 | 10,150.00 |
| Sr. Asso./Eng.: | 47 | Hours @ | $150 | 7,050.00 |
| Surveyor: | 62 | Hours @ | $150 | 9,300.00 |
| Sr. Planner: | 1.5 | Hours @ | $120 | 180.00 |
| Staff Engineer: | 2 | Hours @ | $95 | 190.00 |
| Inspector: | 27 | Hours @ | $90 | 2,430.00 |
| Office Mgr.: | 10.5 | Hours @ | $80 | 840.00 |
| CADD Tech..: | 95.5 | Hours @ | $80 | 7,640.00 |
| Exec. Secretary: | 8 | Hours @ | $50 | 400.00 |

Dowling Orchard Reclaimed Water

| | | | | |
|---|---|---|---|---|
| Principal: | 1 | Hours @ | $175 | 175.00 |
| Sr. Asso./Eng.: | 94 | Hours @ | $150 | 14,100.00 |
| Surveyor: | 3.75 | Hours @ | $150 | 562.50 |
| Staff Engineer: | 68 | Hours @ | $95 | 6,460.00 |
| Office Mgr.: | 4 | Hours @ | $80 | 320.00 |
| Exec. Secretary: | 29 | Hours @ | $50 | 1,450.00 |
| J. Andrew Schlange- | $2,380.50 | + 15% | | $2,737.58 |

| | |
|---|---|
| **Subtotal:** | **63,985.08** |
| **Total Amount Due:** | **$129,872.58** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-060915

J. Andrew Schlange
4 Crown Court
Rancho Mirage, Ca. 92270
(760) 202-1961
Jasa921@aol.com

Urban Logic Consultants, Inc.                                    December 20, 2009
43517 Ridge Park Drive Ste. 200
Temecula, Ca. 92590

Attention:  Mr. David Dillon
            Principal

Subject:  Invoice for Consulting Services

### INVOICE

For Consulting Services by J. Andrew Schlange as requested by Mr. David Dillon related to Recycled Water Supply and other issues (Beaumont).

Consulting Services
17.5 hrs @ $120.00/hr                        $2100.00*
500 miles @ .55/mile                          $280.50
                                            _____

Total Due and Payable                         $2380.50

*Normal Hourly rate $140.00 discounted to Urban Logic Consultants, Inc.

LOC4-060916



## City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

December 7, 2010 **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

RE: **Requisition No. 28 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005C Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

*Req 28*
*2005 C*

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

CC

LOC4-017798

**CONSTRUCTION FUND**

**REQUISITION NO. 28**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES C**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  December 7, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-017799

**Exhibit A**

| Requisition |
| No. |
| 28 |

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005C**

**Comprehensive Public Facility**
**Financing Program**

Date   December 7, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 19 | Engineering | 262,145.50 |
| | | **TOTAL:** | **$262,145.50** |

**CITY APPROVALS:**

☐  Finance Director _____   Date _____

☑  City Manager _____   Date 12/7/10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005C**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 19
Contract Amount _____ $1,383,322.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $262,145.50 | 2010-164 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$262,145.50** | |

Project Manager _____      Date 12-7-10

LOC4-017801

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Seneca 2 Engineering | Sewer Conn. Chg. Study | Engineering Reports | Engineering | |
| 1 | $2,360.00 | | | | $2,360.00 |
| 2 | $5,310.00 | | | | $5,310.00 |
| 3 | | $35,000.00 | | | $35,000.00 |
| 4 | | | $4,820.00 | | $4,820.00 |
| 5 | | | $5,830.00 | | $5,830.00 |
| 6 | | | $18,710.00 | | $18,710.00 |
| 7 | | | $16,250.00 | | $16,250.00 |
| 8 | | | $11,105.00 | | $11,105.00 |
| 9 | | | $6,915.00 | | $6,915.00 |
| 10 | | | $4,935.00 | | $4,935.00 |
| 11 | | | $8,050.00 | | $8,050.00 |
| 12 | | | $6,760.00 | | $6,760.00 |
| 13 | | | $7,225.00 | | $7,225.00 |
| 14 | | | $9,855.00 | | $9,855.00 |
| 15 | | | $6,915.00 | | $6,915.00 |
| 16 | | | | $254,747.00 | $254,747.00 |
| 17 | | | | $393,508.61 | $393,508.61 |
| 18 | | | | $266,496.50 | $266,496.50 |
| 19 | | | | $262,145.50 | $262,145.50 |
| | | | | | |
| **TOTAL** | $7,670.00 | $35,000.00 | $107,370.00 | $1,176,897.61 | $1,326,937.61 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $1,383,322.00

CFD 93-1, Series 2005C

LOC4-017802

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-164** |
| INVOICE DATE | **12/07/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through December 3, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---:|
| Principal: | 222 | Hours @ | $195 | 43,290.00 |
| Project Manager/Engineer: | 319 | Hours @ | $170 | 54,230.00 |
| Surveyor: | 155.25 | Hours @ | $150 | 23,287.50 |
| 2-Man Survey Crew: | 45.5 | Hours @ | $210 | 9,555.00 |
| 1-Man Survey Crew-Prev. Wage: | 10.5 | Hours @ | $150 | 1,575.00 |
| 2-Man Survey Crew-Prev. Wage: | 26 | Hours @ | $245 | 6,370.00 |
| Staff Engineer: | 202.5 | Hours @ | $110 | 22,275.00 |
| Staff Engineer-Prev. Wage: | 141 | Hours @ | $130 | 18,330.00 |
| Const. Manager: | 99 | Hours @ | $150 | 14,850.00 |
| Sr. Planner: | 65 | Hours @ | $130 | 8,450.00 |
| Inspector: | 178 | Hours @ | $100 | 17,800.00 |
| Inspector-Prev. Wage: | 24 | Hours @ | $130 | 3,120.00 |
| Soils Tech.: | 110 | Hours @ | $100 | 11,000.00 |
| Soils Tech.-Prev. Wage: | 59 | Hours @ | $130 | 7,670.00 |
| Office Manager: | 49 | Hours @ | $90 | 4,410.00 |
| Exec. Secretary: | 205 | Hours @ | $60 | 12,300.00 |
| CAL 216 - Relative Compaction | 4 | tests @ | $180 | $720.00 |
| CAL 521 - Concrete Cylinders | 4 | tests @ | $30 | $120.00 |
| CAL 231 - Use of Nuclear Gauges | 14 | days @ | $32 | $448.00 |
| Mileage: | | | | |
| Public Works Dept.: | 4690 | miles @ | $0.500 | $2,345.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$262,145.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-017803



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 4, 2010                                    **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

> **RE:     Requisition No. 28 Construction Fund, City of Beaumont Community Facilities District 93-1, 2007A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures



HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-016525

**CONSTRUCTION FUND**

**REQUISITION NO. 28**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2007 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  March 4, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-016526

Exhibit A

| Requisition No. 28 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2007A**

Comprehensive Public Facility
Financing Program

Date  March 4, 2010

ACCOUNT        Construction Fund
DESCRIPTION  Acct. #6711805908

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 27 | Facilities Engineering | 116,550.00 |
| | | **TOTAL:** | **$116,550.00** |

CITY APPROVALS:

☑  Finance Director          Date 3·5·10

☑  City Manager            Date 3/8/10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2007A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 27
Contract Amount _____

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | 2007A Facilities | $116,550.00 | 2010-113 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$116,550.00** | |

Project Manager _____        Date  3-8-10

LOC4-016528

City of Beaumont
Comprehensive Public Facilities
Financing Program

CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | Oak Valley Parkway | I-10/Highland Spgs. | I-10/Penn. Ave. | 4th Street Rehab. | Noble Creek Bridge | OVP/I-10 Interchg. | Desert Lawn/ OVP Signal | Potrero Blvd/ Bridge | Potrero/SR 60 Interchg. | |
| 1 | $78,877.50 | $0.00 | $0.00 | | | | | | | $78,877.50 |
| 2 | $70,670.87 | $0.00 | $0.00 | | | | | | | $70,670.87 |
| 3 | $42,605.00 | $0.00 | $0.00 | | | | | | | $42,605.00 |
| 4 | $108,315.00 | $0.00 | $0.00 | | | | | | | $108,315.00 |
| 5 | $56,570.00 | $0.00 | $0.00 | | | | | | | $56,570.00 |
| 6 | $167,668.50 | $0.00 | $0.00 | $12,315.00 | | | | | | $179,983.50 |
| 7 | $55,979.00 | $0.00 | $0.00 | $4,967.50 | | | | | | $60,946.50 |
| 8 | $58,316.50 | $0.00 | $0.00 | $1,980.00 | | | | | | $60,296.50 |
| 9 | $41,247.50 | $0.00 | $0.00 | | | | | | | $41,247.50 |
| 10 | $65,793.56 | $0.00 | $0.00 | $6,920.00 | | | | | | $72,713.56 |
| 11 | $69,412.00 | $0.00 | $0.00 | $840.00 | | | | | | $70,252.00 |
| 12 | $53,417.50 | $0.00 | $0.00 | | | | | | | $53,417.50 |
| 13 | $0.00 | $0.00 | $0.00 | | | | | | | $0.00 |
| 14 | $0.00 | $0.00 | $0.00 | $3,060.00 | | | | | | $3,060.00 |
| 15 | $0.00 | $0.00 | $0.00 | $1,225.00 | | | | | | $1,225.00 |
| 16 | $170,857.00 | $0.00 | $0.00 | $11,445.00 | $18,342.00 | $5,470.00 | | $117,232.50 | $39,363.42 | $362,709.92 |
| 17 | $147,825.00 | $0.00 | $0.00 | $12,560.00 | $26,912.50 | $7,100.00 | | $38,995.00 | $36,115.00 | $269,507.50 |
| 18 | $92,074.86 | $0.00 | $0.00 | $13,512.50 | $58,625.00 | $2,470.00 | | $34,850.00 | $73,830.00 | $275,362.36 |
| 19 | $130,208.00 | $0.00 | $0.00 | $21,060.00 | $79,225.00 | $5,380.00 | | $46,990.00 | $20,215.00 | $303,078.00 |
| 20 | $94,554.74 | $0.00 | $0.00 | $22,045.00 | $50,166.50 | $41,532.50 | | $24,937.50 | $50,932.50 | $284,168.74 |
| 21 | $76,848.22 | $0.00 | $0.00 | $23,210.00 | $38,615.00 | $24,551.45 | | $18,245.00 | $69,140.00 | $250,609.67 |
| 22 | $64,366.62 | $780.00 | $840.00 | $16,662.50 | $34,715.00 | $12,250.00 | | $19,790.00 | $53,797.50 | $203,201.62 |
| 23 | $88,157.00 | $1,380.00 | $1,680.00 | $42,610.00 | $49,767.50 | $22,290.00 | $15,040.00 | $29,480.00 | $65,060.00 | $315,464.50 |
| 24 | $63,950.00 | $720.00 | $720.00 | $7,352.50 | $49,522.00 | $2,310.00 | $3,160.00 | $20,547.50 | $63,871.05 | $212,153.05 |
| 25 | $80,293.50 | $540.00 | $540.00 | $5,607.50 | $51,732.00 | $3,405.00 | $4,862.50 | $30,355.00 | $80,426.90 | $257,762.40 |
| 26 | $59,166.25 | $1,500.00 | $900.00 | $4,995.00 | $24,202.50 | $7,780.00 | $5,770.00 | $15,632.50 | $25,152.00 | $145,098.25 |
| 27 | $0.00 | $0.00 | $0.00 | $21,477.50 | $21,997.50 | $3,950.00 | $3,837.50 | $0.00 | $65,287.50 | $116,530.00 |
| TOTAL | $1,937,174.12 | $4,920.00 | $4,680.00 | $233,845.00 | $503,822.50 | $138,488.95 | $32,670.00 | $397,055.00 | $643,190.87 | $3,895,846.44 |

Contractor: Urban Logic Consultants, Inc.
Contract Amount

'5-1, Series 2007A

LOC4-016529

Page 1 of 2

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676.1944

| | |
|---|---|
| INVOICE NO. | **2010-113** |
| INVOICE DATE | **03/04/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

**Billing for Professional Services in Connection with the City**
**of Beaumont, CFD 93-1 Series 2007A Facilities through February 26, 2010**

| | | | | |
|---|---|---|---|---:|
| 4th Street Rehab | | | | |
| Principal: | 3 | Hours @ | $195 | 585.00 |
| Sr. Asso./Eng.: | 7.5 | Hours @ | $170 | 1,275.00 |
| Surveyor: | 17.25 | Hours @ | $150 | 2,587.50 |
| 2-Man Survey Crew: | 3 | Hours @ | $210 | 630.00 |
| 3-Man Survey Crew: | 51.5 | Hours @ | $260 | 13,390.00 |
| Inspector: | 2 | Hours @ | $100 | 200.00 |
| Soils Tech.: | 2 | Hours @ | $100 | 200.00 |
| Const. Mgr.: | 11 | Hours @ | $150 | 1,650.00 |
| Exec. Secretary: | 16 | Hours @ | $60 | 960.00 |
| Noble Creek Bridge | | | | |
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Sr. Asso./Eng.: | 39.5 | Hours @ | $170 | 6,715.00 |
| Surveyor: | 21.25 | Hours @ | $150 | 3,187.50 |
| 2-Man Survey Crew: | 8 | Hours @ | $210 | 1,680.00 |
| Const. Mgr.: | 20 | Hours @ | $150 | 3,000.00 |
| Sr. Planner: | 21.5 | Hours @ | $130 | 2,795.00 |
| Exec. Secretary: | 11 | Hours @ | $60 | 660.00 |
| Office Manager: | 18 | Hours @ | $90 | 1,620.00 |
| OVP/I-10 Interchange | | | | |
| Principal: | 7 | Hours @ | $195 | 1,365.00 |
| Sr. Planner: | 6.5 | Hours @ | $130 | 845.00 |
| Office Manager: | 14 | Hours @ | $90 | 1,260.00 |
| Exec. Secretary: | 8 | Hours @ | $60 | 480.00 |
| Potrero Blvd./SR 60 Interchange | | | | |
| Principal: | 101 | Hours @ | $195 | 19,695.00 |
| Sr. Asso./Eng.: | 8.5 | Hours @ | $170 | 1,445.00 |
| Sr. Planner: | 107.5 | Hours @ | $130 | 13,975.00 |
| Sr. Designer II: | 30 | Hours @ | $130 | 3,900.00 |
| Surveyor: | 157.75 | Hours @ | $150 | 23,662.50 |
| Office Manager: | 23 | Hours @ | $90 | 2,070.00 |
| Exec. Secretary: | 9 | Hours @ | $60 | 540.00 |

| | |
|---|---:|
| **Subtotal:** | **$112,712.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-016530

Page 2 of 2

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-113** |
| INVOICE DATE | **03/04/10** |

TO: **City of Beaumont**
   **550 East Sixth Street**
   **Beaumont, CA 92223**
   **Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont, CFD 93-1 Series 2007A Facilities through February 26, 2010**

Desert Lawn/OVP Signal

| | | | | |
|---|---|---|---|---:|
| Principal: | 4 | Hours @ | $195 | 780.00 |
| Sr. Asso./Eng.: | 7.75 | Hours @ | $170 | 1,317.50 |
| Sr. Planner: | 6 | Hours @ | $130 | 780.00 |
| Office Manager: | 4 | Hours @ | $90 | 360.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |

| | |
|---|---:|
| Subtotal: | 3,837.50 |
| **Total Amount Due:** | **$116,550.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-016531



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

January 5, 2011                                      **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 116 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A. Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062533

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 116**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  January 5, 2011

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062534

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| | |
|---|---|
| ACCOUNT | 6711674106 |
| DESCRIPTION | Construction Fund - 2001A |

Date  January 5, 2011

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #2420000440* | 109 | Wastewater Enterprise Projects | 43,397.50 |
| **TOTAL** | | | **$43,397.50** |

CITY APPROVALS:

☑  Finance Director

☑  City Manager

Date  1-6-11

Date  1/6/11

Requisition No. 116

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 109

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $43,397.50 | 2011-103 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$43,397.50** | |

Project Manager _____     Date 1-5-11

LOC4-062536



**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt. Removal-Phll | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | WWTP Exp. Env. | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,322.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $139,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $23,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| 107 | $14,212.50 | $0.00 | $360.00 | $10,012.50 | $2,602.50 | $3,080.00 | $10,685.00 | $13,985.00 | $54,937.50 |
| 108 | $21,522.50 | $0.00 | $180.00 | $0.00 | $6,187.50 | $4,780.00 | $14,065.00 | $13,100.00 | $59,835.00 |
| 109 | $2,400.00 | $0.00 | $0.00 | $12,102.50 | $2,970.00 | $3,770.00 | $11,775.00 | $10,380.00 | $43,397.50 |
| | | | | | | | | | |
| **TOTAL** | $42,640.00 | $130,630.08 | $364,858.50 | $35,335.00 | $1,632,891.80 | $153,116.41 | $809,112.95 | $679,849.95 | $3,776,204.74 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062537

*Page 1 of 1*

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-103** |
| INVOICE DATE | **01/05/11** |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through December 31, 2010**

| Stages V-VIII WWTP Expansion | | | | |
|---|---|---|---|---|
| Principal: | 50 | Hours @ | $195 | 9,750.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |
| **Excess Dirt Removal-Ph. II** | | | | |
| Const. Manager: | 4 | Hours @ | $150 | 600.00 |
| Inspector: | 18 | Hours @ | $100 | 1,800.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 15 | Hours @ | $195 | 2,925.00 |
| Sr. Asso./Eng.: | 1 | Hours @ | $170 | 170.00 |
| Office Mgr.: | 7.5 | Hours @ | $90 | 675.00 |
| **WWTP Upgrades** | | | | |
| Principal: | 22 | Hours @ | $195 | 4,290.00 |
| Sr. Asso./Eng.: | 16 | Hours @ | $170 | 2,720.00 |
| Sr. Planner: | 31.5 | Hours @ | $130 | 4,095.00 |
| Staff Eng.: | 2 | Hours @ | $110 | 220.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |
| **WWTP Exp.-Environmental** | | | | |
| Principal: | 11.5 | Hours @ | $195 | 2,242.50 |
| Sr. Asso./Eng.: | 58 | Hours @ | $170 | 9,860.00 |

| | | |
|---|---|---|
| | **Total Amount Due:** | **$43,397.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062538



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 4, 2010                                           **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

> **RE:  Requisition No. 31 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

E

LOC4-063262

**CONSTRUCTION FUND**

**REQUISITION NO. 31**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: March 4, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-063263

Exhibit A

| Requisition No. 31 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005A**

**Comprehensive Public Facility**
**Financing Program**

Date  March 4, 2010

ACCOUNT       Construction Fund
DESCRIPTION   Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 24 | Facilities Engineering | 130,008.75 |
| | | **TOTAL:** | **$130,008.75** |

**CITY APPROVALS:**

☑  Finance Director

☑  City Manager

Date 3-8-10

Date 3/8/10

LOC4-063264

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 24_____
Contract Amount _____ $1,193,551.00_____

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $130,008.75 | 2010-112 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$130,008.75** | |

Project Manager _____     Date 3-8-10

LOC4-063265

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| 24 | | | $130,008.75 | | $130,008.75 |
| | | | | | |
| **TOTAL** | $170,000.00 | $25,000.00 | $428,021.25 | | $623,021.25 |

Contractor  Urban Logic Consultants, Inc.                    *
Contract Amount   $1,193,551.00

93-1, Series 2005A

LOC4-063266

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-112** |
| INVOICE DATE | **03/04/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through February 26, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---:|
| Principal: | 96 | Hours @ | $195 | 18,720.00 |
| Project Manager/Engineer: | 114.25 | Hours @ | $170 | 19,422.50 |
| Surveyor: | 200.25 | Hours @ | $150 | 30,037.50 |
| 1-Man Survey Crew: | 38.5 | Hours @ | $160 | 6,160.00 |
| 2-Man Survey Crew: | 41 | Hours @ | $210 | 8,610.00 |
| Staff Engineer: | 124 | Hours @ | $110 | 13,640.00 |
| Const. Manager: | 73 | Hours @ | $150 | 10,950.00 |
| Sr. Planner: | 33 | Hours @ | $130 | 4,290.00 |
| Inspector: | 60 | Hours @ | $100 | 6,000.00 |
| Soils Tech.: | 37 | Hours @ | $100 | 3,700.00 |
| Office Manager: | 8 | Hours @ | $90 | 720.00 |
| CADD Technician: | 8 | Hours @ | $90 | 720.00 |
| Exec. Secretary: | 80 | Hours @ | $60 | 4,800.00 |
| CAL 216 - Relative Compaction | 1 | tests @ | $180 | 180.00 |
| CAL 231 - Use of Nuclear Gauges | 1 | days @ | $32 | 32.00 |
| Mileage: | | | | |
| Public Works Dept.: | 3685 | miles @ | $0.550 | $2,026.75 |

| | |
|---|---|
| **Total Amount Due:** | **$130,008.75** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

January 5, 2011                                      **VIA FAX (213) 972-5694**

Reg 29
2005C

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 29 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2005C Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

**HEMMING
MORSE, LLP**
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

E E

LOC4-017792

**CONSTRUCTION FUND**

**REQUISITION NO. 29**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES C**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date: January 5, 2011

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By: _____
                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

LOC4-017793

Exhibit A

| Requisition No. 29 | **CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2005C** |

Comprehensive Public Facility
Financing Program

Date  January 5, 2011

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|----------------------------|-------------|--------|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 20 | Engineering | 119,460.00 |
| | | **TOTAL:** | **$119,460.00** |

CITY APPROVALS:

☑  Finance Director _____     Date  1-6-11

☑  City Manager _____     Date 1/6/11

LOC4-017794

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005C**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 20
Contract Amount _____ $1,383,322.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $119,460.00 | 2011-101 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$119,460.00** | |

Project Manager _____     Date 1-5-11

LOC4-017795

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Seneca 2 Engineering | Sewer Conn. Chg. Study | Engineering Reports | Engineering | |
| 1 | $2,360.00 | | | | $2,360.00 |
| 2 | $5,310.00 | | | | $5,310.00 |
| 3 | | $35,000.00 | | | $35,000.00 |
| 4 | | | $4,820.00 | | $4,820.00 |
| 5 | | | $5,830.00 | | $5,830.00 |
| 6 | | | $18,710.00 | | $18,710.00 |
| 7 | | | $16,250.00 | | $16,250.00 |
| 8 | | | $11,105.00 | | $11,105.00 |
| 9 | | | $6,915.00 | | $6,915.00 |
| 10 | | | $4,935.00 | | $4,935.00 |
| 11 | | | $8,050.00 | | $8,050.00 |
| 12 | | | $6,760.00 | | $6,760.00 |
| 13 | | | $7,225.00 | | $7,225.00 |
| 14 | | | $9,855.00 | | $9,855.00 |
| 15 | | | $6,915.00 | | $6,915.00 |
| 16 | | | | $254,747.00 | $254,747.00 |
| 17 | | | | $393,508.61 | $393,508.61 |
| 18 | | | | $266,496.50 | $266,496.50 |
| 19 | | | | $262,145.50 | $262,145.50 |
| 20 | | | | $119,460.00 | $119,460.00 |
| **TOTAL** | $7,670.00 | $35,000.00 | $107,370.00 | $1,296,357.61 | $1,446,397.61 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount   $1,383,322.00

93-1, Series 2005C

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2011-101** |
| INVOICE DATE | **01/05/11** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through December 31, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 108 | Hours @ | $195 | 21,060.00 |
| Project Manager/Engineer: | 85 | Hours @ | $170 | 14,450.00 |
| Surveyor: | 179.25 | Hours @ | $150 | 26,887.50 |
| 2-Man Survey Crew: | 15 | Hours @ | $210 | 3,150.00 |
| 1-Man Survey Crew-Prev. Wage: | 14 | Hours @ | $150 | 2,100.00 |
| 2-Man Survey Crew-Prev. Wage: | 108.5 | Hours @ | $245 | 26,582.50 |
| Staff Engineer: | 10 | Hours @ | $110 | 1,100.00 |
| Staff Engineer-Prev. Wage: | 60 | Hours @ | $130 | 7,800.00 |
| Const. Manager: | 30 | Hours @ | $150 | 4,500.00 |
| Sr. Planner: | 28 | Hours @ | $130 | 3,640.00 |
| Inspector-Prev. Wage: | 10 | Hours @ | $130 | 1,300.00 |
| Soils Tech.: | 11 | Hours @ | $100 | 1,100.00 |
| Soils Tech.-Prev. Wage: | 24 | Hours @ | $130 | 3,120.00 |
| Office Manager: | 15 | Hours @ | $90 | 1,350.00 |
| Exec. Secretary: | 22 | Hours @ | $60 | 1,320.00 |

**Total Amount Due:**   **$119,460.00**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-017797



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

March 4, 2010                                                    **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 106 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-060893

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001 SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 106**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  March 4, 2010

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-060894

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

| Requisition No. 106 |
|---|

ACCOUNT           6711674106
DESCRIPTION   Construction Fund - 2001A

Date   March 4, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 99 | Wastewater Enterprise Projects | 182,298.91 |
| **TOTAL** | | | **$182,298.91** |

**CITY APPROVALS:**

☑   Finance Director                                              Date  3-5-10

☑   City Manager                                                    Date  3/8/10

LOC4-060895

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 99
Contract Amount _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $182,298.91 | 2010-114 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$182,298.91** | |

Project Manager _____ Date 3-8-10

LOC4-060896



City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | WWTP Exp. Environmental | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $44,727.50 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,368,889.80 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,000.00 | $58,772.50 | $182,298.91 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL | $44,727.50 | $119,205.08 | $351,338.50 | $886,170.00 | $1,566,894.30 | $26,373.91 | $563,622.95 | $254,510.00 | $3,740,612.29 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount

*City of Beaumont*
*93-1 Series 2001A*

LOC4-060897

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-114** |
| INVOICE DATE | **03/04/10** |
| W.O. DISTRIBUTION | |

TO:  City of Beaumont
      550 East Sixth Street
      Beaumont, CA 92223
      Attn:  Alan Kapanicas, City Manager

Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through February 26, 2010

| Beaumont Mesa Sewer Lift Station | | | | |
|---|---|---|---|---|
| Principal: | 76 | Hours @ | $195 | 14,820.00 |
| Sr. Asso./Eng.: | 16.5 | Hours @ | $170 | 2,805.00 |
| Surveyor: | 5 | Hours @ | $150 | 750.00 |
| Sr. Planner: | 5 | Hours @ | $130 | 650.00 |
| Const. Mgr.: | 11 | Hours @ | $150 | 1,650.00 |
| Inspector: | 14 | Hours @ | $100 | 1,400.00 |
| Soils Tech.: | 7 | Hours @ | $100 | 700.00 |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| Exec. Secretary: | 14 | Hours @ | $60 | 840.00 |
| **North Sewer Rehab Ph IV** | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |
| Sr. Asso./Eng.: | 27 | Hours @ | $170 | 4,590.00 |
| Surveyor: | 33.5 | Hours @ | $150 | 5,025.00 |
| 1-Man Survey Crew: | 8 | Hours @ | $160 | 1,280.00 |
| 2-Man Survey Crew: | 5.5 | Hours @ | $210 | 1,155.00 |
| Inspector: | 21 | Hours @ | $100 | 2,100.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |
| **Odor Control - Solids Handling Facility** | | | | |
| Sr. Asso./Eng.: | 111 | Hours @ | $170 | 18,870.00 |
| **Stages V-VIII WWTP Expansion** | | | | |
| Principal: | 49 | Hours @ | $195 | 9,555.00 |
| Sr. Asso./Eng.: | 162 | Hours @ | $170 | 27,540.00 |
| Sr. Planner: | 17.5 | Hours @ | $130 | 2,275.00 |
| Surveyor: | 45.75 | Hours @ | $150 | 6,862.50 |
| Staff Engineer: | 102 | Hours @ | $110 | 11,220.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |
| **Dowling Orchard Reclaimed Water** | | | | |
| Surveyor: | 1.75 | Hours @ | $150 | 262.50 |
| Staff Engineer: | 9 | Hours @ | $110 | 990.00 |
| Office Mgr.: | 3 | Hours @ | $90 | 270.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |
| | | | **Subtotal:** | **$119,585.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-060898

## Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| | *Page 2 of 2* |
| INVOICE NO. | **2010-114** |
| INVOICE DATE | **03/04/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through February 26, 2010**

WWTP Upgrades

| | | | | |
|---|---|---|---|---|
| Principal: | 27 | Hours @ | $195 | 5,265.00 |
| Sr. Asso./Eng.: | 53 | Hours @ | $170 | 9,010.00 |
| Surveyor: | 41.75 | Hours @ | $150 | 6,262.50 |
| Staff Engineer: | 10 | Hours @ | $110 | 1,100.00 |
| Inspector: | 19 | Hours @ | $100 | 1,900.00 |
| Office Mgr.: | 11 | Hours @ | $90 | 990.00 |
| CADD Tech.: | 123.25 | Hours @ | $90 | 11,092.50 |
| Exec. Secretary: | 12 | Hours @ | $60 | 720.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 57 | Hours @ | $195 | 11,115.00 |
| Sr. Asso./Eng.: | 32 | Hours @ | $170 | 5,440.00 |
| Surveyor: | 6 | Hours @ | $150 | 900.00 |
| 2-Man Survey Crew: | 13 | Hours @ | $210 | 2,730.00 |
| Const. Mgr.: | 7 | Hours @ | $150 | 1,050.00 |
| Sr. Planner: | 17 | Hours @ | $130 | 2,210.00 |
| Exec. Secretary: | 18 | Hours @ | $60 | 1,080.00 |
| J. Andrew Schlange- | | $1,607.75 | + 15% | $1,848.91 |

| | |
|---|---|
| ***Subtotal:*** | **62,713.91** |
| **Total Amount Due:** | **$182,298.91** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-060899

J. Andrew Schlange
4 Crown Court
Rancho Mirage, Ca. 92270
(760) 202-1961
Jasa921@aol.com

Urban Logic Consultants, Inc.                           March 1, 2010
43517 Ridge Park Drive Ste. 200                         Invoice No. 2
Temecula, Ca. 92590

Attention:  Mr. David Dillon
            Principal

Subject:  Invoice for Consulting Services January, February 2010

## INVOICE

For Consulting Services by J. Andrew Schlange rendered during the months of January and February 2010 regarding San Timoteo Management Zone Water Quality Mitigation Project, specifically grant loan funding (City of Beaumont).

Consulting Services

January 2010 2 hrs @ $120.00/hr                         $240.00
February 2010 10 hrs @ $120.00/hr                       $1200.00

Mileage Expense

305 miles @ .55/mile                                    $167.75
                                                        _____

Total Due and Payable                                   $1607.75

LOC4-060900



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

January 5, 2011                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 11 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

F F

LOC4-019572

**CONSTRUCTION FUND**

**REQUISITION NO. 11**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2006 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date: January 5, 2011

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By: _____
                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

LOC4-019573

Exhibit A

| Requisition No. 11 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2006A**

Comprehensive Public Facility
Financing Program

Date  January 13, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711786005

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.  *Credit Union Bank of California*  *Account #2420000440* | 2 | Engineering | 95,538.00 |
| | | **TOTAL:** | **$95,538.00** |

CITY APPROVALS:

☑  Finance Director _____     Date  1-6-11

☑  City Manager _____     Date  1/6/11

LOC4-019574

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2006A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 2

Contract Amount    $1,034,058.76

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $95,538.00 | 2011-102 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$95,538.00** | |

Project Manager _____   Date 1-5-11

LOC4-019575

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|
| | IA No. 19C Engineering | | | | | |
| 1 | $75,000.00 | | | | | $75,000.00 |
| 2 | $95,538.00 | | | | | $95,538.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | $170,538.00 | | | | | $170,538.00 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount    1,034,058.76

93-1, Series 2006A

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2011-102** |
| INVOICE DATE | **01/05/11** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through December 31, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 92 | Hours @ | $195 | 17,940.00 |
| Project Manager/Engineer: | 225 | Hours @ | $170 | 38,250.00 |
| Surveyor: | 28.75 | Hours @ | $150 | 4,312.50 |
| 2-Man Survey Crew-Prev. Wage: | 7 | Hours @ | $245 | 1,715.00 |
| Staff Engineer: | 25 | Hours @ | $110 | 2,750.00 |
| Const. Manager: | 23 | Hours @ | $150 | 3,450.00 |
| Sr. Planner: | 33 | Hours @ | $130 | 4,290.00 |
| Inspector: | 97 | Hours @ | $100 | 9,700.00 |
| Inspector-Prev. Wage: | 11 | Hours @ | $130 | 1,430.00 |
| Soils Tech.: | 33 | Hours @ | $100 | 3,300.00 |
| Office Manager: | 25 | Hours @ | $90 | 2,250.00 |
| Exec. Secretary: | 78 | Hours @ | $60 | 4,680.00 |
| Mileage: | | | | |
| Public Works Dept.: | 2941 | miles @ | $0.500 | $1,470.50 |

| | |
|---|---|
| **Total Amount Due:** | **$95,538.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-019577



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 7, 2010

**VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 32 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 32**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date: April 7, 2010

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By
                                            Alan Kapanicas, City Manager of the
                                            City of Beaumont
                                            Ex-Officio Legislative Body of Community
                                            Facilities District 93-1

LOC4-063255

Exhibit A

| Requisition No. 32 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2005A**

Comprehensive Public Facility
Financing Program

Date  April 7, 2010

ACCOUNT     Construction Fund
DESCRIPTION  Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 25 | Facilities Engineering | 357,903.87 |
| | | **TOTAL:** | **$357,903.87** |

**CITY APPROVALS:**

☑  Finance Director                                      Date 4-5-10

☑  City Manager                                           Date 4/8/10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 25
Contract Amount    $1,193,551.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $357,903.87 | 2010-117 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$357,903.87** | |

Project Manager _____     Date  4-8-10

LOC4-063257

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| 24 | | | $130,008.75 | | $130,008.75 |
| 25 | | | $357,903.87 | | $357,903.87 |
| | | | | | |
| **TOTAL** | $170,000.00 | $25,000.00 | $785,925.12 | | $980,925.12 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $1,193,551.00

93-1, Series 2005A

LOC4-063258

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-117** |
| INVOICE DATE | **04/07/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through April 2, 2010**

Joint & Critical Facilities

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 285 | Hours @ | $195 | | 55,575.00 |
| Project Manager/Engineer: | 383 | Hours @ | $170 | | 65,110.00 |
| Surveyor: | 374 | Hours @ | $150 | | 56,100.00 |
| 1-Man Survey Crew: | 66.5 | Hours @ | $160 | | 10,640.00 |
| 2-Man Survey Crew: | 70.5 | Hours @ | $210 | | 14,805.00 |
| Staff Engineer: | 432 | Hours @ | $110 | | 47,520.00 |
| Const. Manager: | 82 | Hours @ | $150 | | 12,300.00 |
| Sr. Planner: | 175 | Hours @ | $130 | | 22,750.00 |
| Inspector: | 212 | Hours @ | $100 | | 21,200.00 |
| Soils Tech.: | 163 | Hours @ | $100 | | 16,300.00 |
| Office Manager: | 71.5 | Hours @ | $90 | | 6,435.00 |
| CADD Technician: | 156.5 | Hours @ | $90 | | 14,085.00 |
| Exec. Secretary: | 199 | Hours @ | $60 | | 11,940.00 |
| CAL 231 - Use of Nuclear Gauges | 16 | days @ | $32 | | $512.00 |
| Consolidated Reprographics- | | | $45.54 | + 15% | $52.37 |
| Mileage: | | | | | |
| Public Works Dept.: | 4690 | miles @ | $0.550 | | $2,579.50 |

| | |
|---|---|
| **Total Amount Due:** | **$357,903.87** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-063259



**CONSOLIDATED REPROGRAPHICS**

**DELIVERY INVOICE**

| Anaheim (714) 526-0905 | Corona (951) 734-8988 | Corporate Offices (714) 424-8500 | Inland Empire (909) 370-2727 |
|---|---|---|---|
| Irvine Spectrum (949) 266-3000 | Las Vegas (702) 361-0588 | OC Airport (714) 751-2880 | Supply Order Desk (714) 424-8540 (800) 632-8955 |
| On Site Services (714) 424-8545 | Temecula Valley (951) 677-9144 | Tustin (714) 838-2855 | (714) 424-8530 Fax www.consrepro.com |

*Digitally Evolved*

**NO. 116258**

| SOLD TO: | 35073 | SHIP TO: | 35073 |
|---|---|---|---|
| | URBAN LOGIC | | URBAN LOGIC |
| | 43517 RIDGE PARK DR | | 43517 RIDGE PARK DR |
| | SUITE 200 | | SUITE 200 |
| | TEMECULA CA 92590 | | TEMECULA CA 92590 |
| | | | (909)676-1944 |

| CAROLYN | MARSHALL CREEK | TIME WANTED 03/26/10 5:00pm | BLDG 12 | ORDER DATE 03/26/10 | WO # 945165 |
|---|---|---|---|---|---|

| JOB NAME MARSHALL CREEK | CASHIER CR Vehicle | CLERK 2208-TERRA ANN GATES | TIME 15:27:15 | INVOICE DATE 03/26/10 | SLSP 132 | TAX T |
|---|---|---|---|---|---|---|

| WHSE | ITEM NO. | DESCRIPTION | QUANTITY | UNIT | SHIPPED | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 615-5.02 | DIGIT OUTPUT CONV-PSTCRPT FILE | 10 | PG | 10 | | 12.48 |
| 12 | 160-0 | PPC BOND - FIRST SET | 60 | SF | 60 | | 11.76 |
| | | 1 set of 10(24x36) 60 sq ft | | | | | |
| 12 | 160-1 | PPC BOND - ADDITIONAL | 60 | SF | 60 | | 11.64 |
| | | 1 set of 10(24x36) 60 sq ft | | | | | |

------------------------------ Notes ------------------------------

DELIVER TO SHIP TO ADDRESS

| TMS: NET 30 | | Sub Total | 35.88 |
|---|---|---|---|
| PLEASE REMIT TO: 345 CLINTON STREET, COSTA MESA CA 92626-6011 | | Freight | 6.00 |
| >Save on shipping cost with iShipdocs: Ship Digitally, Print Locally.< | | Tax | 3.66 |
| Beginning Oct. 1, 2008 all invoices will have a $10 minimum charge not | | **TOTAL** ▶ | 45.54 |
| including tax or freight . Call your sales representative for details. | | Deposit | |
| DOCUMENT REPRINT         ORDER # : 361784 | | **TOTAL DUE** ▶ | 45.54 |

LOC4-063260



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

April 7, 2010                                                    **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 107 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062607

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)**

**REQUISITION NO. 107**

     1.     The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

     2.     The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

     3.     Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund. None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

     4.     There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: April 7, 2010

                             BEAUMONT UTILITY AUTHORITY

                             By

                             Alan Kapanicas, City Manager of the
                             City of Beaumont
                             Executive Director
                             Beaumont Utility Authority

LOC4-062608

Schedule I

| Requisition No. 107 | **CITY OF BEAUMONT PAYMENT CERTIFICATE** |
|---|---|

**Comprehensive Public Facility Financing Program**

ACCOUNT    6711674106
DESCRIPTION   Construction Fund - 2001A

Date   April 7, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California* *Account #2420000440* | 100 | Wastewater Enterprise Projects | 139,372.50 |
| **TOTAL** | | | **$139,372.50** |

**CITY APPROVALS:**

☑   Finance Director        Date 4-8-10

☑   City Manager            Date 4/8/10

LOC4-062609

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No.                    100
Contract Amount

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $139,372.50 | 2010-118 |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$139,372.50** | |

Project Manager _____                    Date 4-8-10

LOC4-062610



City of Beaumont
Comprehensive Public Facilities
Financing Program

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | WWTP Exp. Environmental | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Rest. Mean Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $44,727.50 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,368,889.80 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $3,085.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $139,372.50 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | $47,812.50 | $123,145.08 | $357,928.50 | $904,530.00 | $1,591,464.30 | $53,346.41 | $593,707.95 | $280,280.00 | $3,879,984.79 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount

City of Beaumont
93-1 Series 2001A

LOC4-062611

Page 1 of 2

# Urban Logic Consultants

43577 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-118** |
| INVOICE DATE | **04/07/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 2, 2010**

**Beaumont Mesa Sewer Lift Station**

| Description | Hours | Rate | Amount |
|---|---|---|---|
| Principal: | 98 Hours @ | $195 | 19,110.00 |
| Sr. Asso./Eng.: | 2 Hours @ | $170 | 340.00 |
| Const. Mgr.: | 18 Hours @ | $150 | 2,700.00 |
| Staff Engineer: | 7 Hours @ | $110 | 770.00 |
| Inspector: | 9 Hours @ | $100 | 900.00 |
| Office Mgr.: | 1 Hours @ | $90 | 90.00 |
| Exec. Secretary: | 11 Hours @ | $60 | 660.00 |
| **North Sewer Rehab Ph IV** | | | |
| Sr. Asso./Eng.: | 26 Hours @ | $170 | 4,420.00 |
| Inspector: | 1 Hours @ | $100 | 100.00 |
| Office Mgr.: | 15 Hours @ | $90 | 1,350.00 |
| Exec. Secretary: | 12 Hours @ | $60 | 720.00 |
| **Odor Control - Solids Handling Facility** | | | |
| Sr. Asso./Eng.: | 108 Hours @ | $170 | 18,360.00 |
| **Stages V-VIII WWTP Expansion** | | | |
| Principal: | 33 Hours @ | $195 | 6,435.00 |
| Sr. Asso./Eng.: | 62 Hours @ | $170 | 10,540.00 |
| Sr. Planner: | 35 Hours @ | $130 | 4,550.00 |
| Staff Engineer: | 19.5 Hours @ | $110 | 2,145.00 |
| Office Mgr.: | 16 Hours @ | $90 | 1,440.00 |
| Exec. Secretary: | 11 Hours @ | $60 | 660.00 |
| **Dowling Orchard Reclaimed Water** | | | |
| Sr. Asso./Eng.: | 3 Hours @ | $170 | 510.00 |
| Staff Engineer: | 6 Hours @ | $110 | 660.00 |
| Inspector: | 16 Hours @ | $100 | 1,600.00 |
| Office Mgr.: | 5 Hours @ | $90 | 450.00 |
| Exec. Secretary: | 12 Hours @ | $60 | 720.00 |
| **WWTP Expansion-Environmental** | | | |
| Principal: | 1 Hours @ | $195 | 195.00 |
| Sr. Asso./Eng.: | 17 Hours @ | $170 | 2,890.00 |

| | |
|---|---|
| **Subtotal:** | **$82,315.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062612

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-118** |
| INVOICE DATE | **04/07/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through April 2, 2010**

**WWTP Upgrades**

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 17 | Hours @ | $195 | | 3,315.00 |
| Sr. Asso./Eng.: | 63 | Hours @ | $170 | | 10,710.00 |
| Surveyor: | 71.5 | Hours @ | $150 | | 10,725.00 |
| Staff Engineer: | 12.5 | Hours @ | $110 | | 1,375.00 |
| Inspector: | 21 | Hours @ | $100 | | 2,100.00 |
| Office Mgr.: | 13 | Hours @ | $90 | | 1,170.00 |
| Exec. Secretary: | 11.5 | Hours @ | $60 | | 690.00 |

**San Timoteo Monitoring Wells**

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 56 | Hours @ | $195 | | 10,920.00 |
| Sr. Asso./Eng.: | 27 | Hours @ | $170 | | 4,590.00 |
| Surveyor: | 0.75 | Hours @ | $150 | | 112.50 |
| 2-Man Survey Crew: | 9.5 | Hours @ | $210 | | 1,995.00 |
| Const. Mgr.: | 27 | Hours @ | $150 | | 4,050.00 |
| Sr. Planner: | 17.5 | Hours @ | $130 | | 2,275.00 |
| Office Mgr.: | 5 | Hours @ | $90 | | 450.00 |
| Exec. Secretary: | 43 | Hours @ | $60 | | 2,580.00 |

| | |
|---|---|
| **Subtotal:** | *57,057.50* |
| **Total Amount Due:** | **$139,372.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062613



**City of Beaumont**

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

April 5, 2010
~~September 2, 2009~~

VIA FAX (213) 972-5695

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   Requisition No. 8 ~~Administration~~ *Construction* Fund, City of Beaumont Community Facilities
      District 93-1, 2005 Special Tax Bonds

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

I

LOC4-063247

**CONSTRUCTION FUND**

**REQUISITION NO. 33**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.       Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.       Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.       None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.       The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.       Payment shall be made from the Construction Fund.

Date:  April 8, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

<table>
<tr><td>Requisition<br>No.<br>33</td><td></td></tr>
</table>

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005A**

**Comprehensive Public Facility**
**Financing Program**

Date  April 8, 2010

ACCOUNT      Construction Fund
DESCRIPTION  Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 26 | Facilities Engineering | 53,220.00 |
| | | **TOTAL:** | **$53,220.00** |

CITY APPROVALS:

☑  Finance Director                                    Date 4-8-10

☑  City Manager                                         Date 4/8/10

LOC4-063249

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 26
Contract Amount _____ $1,193,551.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $53,220.00 | 2010-121 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$53,220.00** | |

Project Manager _____        Date 4-8-10

LOC4-063250

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| 24 | | | $130,008.75 | | $130,008.75 |
| 25 | | | $357,903.87 | | $357,903.87 |
| 26 | | | $53,220.00 | | $53,220.00 |
| **TOTAL** | $170,000.00 | $25,000.00 | $839,145.12 | | $1,034,145.12 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount   $1,193,551.00

CFD 93-1, Series 2005A

LOC4-063251

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
|---|
| **2010-121** |
| INVOICE DATE |
| **04/08/10** |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont, CFD 93-1 Prevailing Wage Rate ($130/hr.) &**
**Regular Rate ($100/hr.) Difference through April 2, 2010**

| | | | | |
|---|---|---|---|---|
| Oak Valley Parkway-East | | | | |
| Inspector: | 768 | Hours @ | $30 | 23,040.00 |
| Westinghouse Lift Station | | | | |
| Inspector: | 6 | Hours @ | $30 | 180.00 |
| 1st Street Improvements | | | | |
| Inspector: | 342 | Hours @ | $30 | 10,260.00 |
| Palm Avenue | | | | |
| Inspector: | 407 | Hours @ | $30 | 12,210.00 |
| Highland Springs Clean-up | | | | |
| Inspector: | 9 | Hours @ | $30 | 270.00 |
| ** Inspector (Overtime): | 18 | Hours @ | $95 | 1,710.00 |
| Beaumont Mesa Lift Station | | | | |
| Inspector: | 8 | Hours @ | $30 | 240.00 |
| CDBG Sidewalk | | | | |
| Inspector: | 4 | Hours @ | $30 | 120.00 |
| Potrero Blvd. Bridge | | | | |
| Inspector: | 11 | Hours @ | $30 | 330.00 |
| Marshall Creek Improvements | | | | |
| Inspector: | 95 | Hours @ | $30 | 2,850.00 |
| 1st St. & Highland Springs Traffic Signal | | | | |
| Inspector: | 67 | Hours @ | $30 | 2,010.00 |

** Charged Straight Time at $100/hr. and should have charged Prevailing
Wage Overtime Rate of $195/hr.

| | |
|---|---|
| **Total Amount Due:** | **$53,220.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-063252



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

May 5, 2010                                    **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 34 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-063239

**CONSTRUCTION FUND**

**REQUISITION NO. 34**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.       Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.       Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.       None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.       The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.       Payment shall be made from the Construction Fund.

Date:  May 5, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-063240

Exhibit A

| Requisition No. 34 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005A**

Comprehensive Public Facility
Financing Program

Date  May 5, 2010

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 27 | Facilities Engineering | 341,877.61 |
| | | **TOTAL:** | **$341,877.61** |

CITY APPROVALS:

☑  Finance Director    Link AyWar          Date 5/7/10

☑  City Manager                             Date 5/10/10

LOC4-063241

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 27
Contract Amount   $1,388,551.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $341,877.61 | 2010-122 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$341,877.61** | |

Project Manager _____   Date 5-10-10

LOC4-063242

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| 24 | | | $130,008.75 | | $130,008.75 |
| 25 | | | $357,903.87 | | $357,903.87 |
| 26 | | | $53,220.00 | | $53,220.00 |
| 27 | | | $341,877.61 | | $341,877.61 |
| | | | | | |
| TOTAL | $170,000.00 | $25,000.00 | $1,181,022.73 | | $1,376,022.73 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount   $1,388,551.00

93-1, Series 2005A

LOC4-063243

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-122** |
| INVOICE DATE | **05/05/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through April 30, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 335 | Hours @ | $195 | 65,325.00 |
| Project Manager/Engineer: | 244.5 | Hours @ | $170 | 41,565.00 |
| Surveyor: | 519.5 | Hours @ | $150 | 77,925.00 |
| 1-Man Survey Crew: | 34.5 | Hours @ | $160 | 5,520.00 |
| 2-Man Survey Crew: | 119.5 | Hours @ | $210 | 25,095.00 |
| Staff Engineer: | 285 | Hours @ | $110 | 31,350.00 |
| Staff Engineer-Prev. Wage: | 8 | Hours @ | $130 | 1,040.00 |
| Const. Manager: | 72 | Hours @ | $150 | 10,800.00 |
| Sr. Planner: | 162 | Hours @ | $130 | 21,060.00 |
| Sr. Designer II: | 22.5 | Hours @ | $130 | 2,925.00 |
| Asso. Engineer: | 8 | Hours @ | $125 | 1,000.00 |
| Inspector: | 161 | Hours @ | $100 | 16,100.00 |
| Inspector-Prev. Wage: | 3 | Hours @ | $130 | 390.00 |
| Soils Tech.: | 140 | Hours @ | $100 | 14,000.00 |
| Soils Tech.-Prev. Wage: | 2 | Hours @ | $130 | 260.00 |
| Office Manager: | 66.75 | Hours @ | $90 | 6,007.50 |
| CADD Technician: | 94 | Hours @ | $90 | 8,460.00 |
| Exec. Secretary: | 154 | Hours @ | $60 | 9,240.00 |
| CAL 216 - Relative Compaction | 3 | tests @ | $180 | $540.00 |
| CAL 231 - Use of Nuclear Gauges | 5 | days @ | $32 | $160.00 |
| Consolidated Reprographics- | | $864.14 + 15% | | $993.76 |
| Mileage: | | | | |
| Public Works Dept.: | 3857 | miles @ | $0.550 | $2,121.35 |

| | |
|---|---|
| **Total Amount Due:** | **$341,877.61** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-063244



**CONSOLIDATED REPROGRAPHICS**

**DELIVERY INVOICE**

Anaheim (714) 526-0905
Irvine Spectrum (949) 296-3080
On Site Services (714) 424-8548

Corona (951) 734-6988
Las Vegas (702) 361-0666
Temecula Valley (951) 677-0144

*Digitally Evolved*

Corporate Offices (714) 424-8500
OC Airport (714) 751-2680
Tustin (714) 838-2855

Inland Empire (909) 370-2727
Supply Order Desk (714) 424-8540 (800) 533-8555
(714) 424-8539 Fax
www.consrepro.com

**NO. 121689**

| SOLD TO: | 35073 URBAN LOGIC 43517 RIDGE PARK DR SUITE 200 TEMECULA CA 92590 | SHIP TO: | 35073 URBAN LOGIC 43517 RIDGE PARK DR SUITE 200 TEMECULA CA 92590 (909)676-1944 |
|---|---|---|---|

| LANORA OCHS | | POTRETO BRIDGES | | TIME WANTED 04/14/10 1:00pm | | SLOC 12 | ORDER DATE 04/14/10 | WO # 361149 |
|---|---|---|---|---|---|---|---|---|
| JOB NAME | | CARRIER CR Vehicle | CLERK 1606-ASHLEY MINOR | | TIME 11:29:30 | | INVOICE DATE 04/14/10 | SLIP 132 | TAX T |

| QNTY | ITEM NO | DESCRIPTION | FINISHED | UNIT | SUB UNIT | RECONDITION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 12 | 613-0.05 | DIGITAL MEDIA PRINT SET UP | 52 | EA | 52 | | 171.60 |
| 12 | 160-0 | PPC BOND - FIRST SET 1 set of 10(24x36) 60 sq ft | 60 | SF | 60 | | 11.76 |
| 12 | 160-1 | PPC BOND - ADDITIONAL 9 sets of 10(24x36) 540 sq ft | 540 | SF | 540 | | 104.76 |
| 12 | 160-0 | PPC BOND - FIRST SET 1 set of 23(24x36) 138 sq ft | 138 | SF | 138 | | 27.05 |
| 12 | 160-1 | PPC BOND - ADDITIONAL 9 sets of 23(24x36) 1242 sq ft | 1242 | SF | 1242 | | 240.95 |
| 12 | 160-0 | PPC BOND - FIRST SET 1 set of 19(24x36) 114 sq ft | 114 | SF | 114 | | 22.34 |
| 12 | 160-1 | PPC BOND - ADDITIONAL 9 sets of 19(24x36) 1026 sq ft | 1026 | SF | 1026 | | 199.04 |
| 12 | 162-4 | STAPLING | 30 | EA | 30 | | 8.91 |
| 12 | 550-5.01 | FUEL SURCHARGE | 1 | EA | 1 | | 2.20 |

------------------------ Notes ---------------------------

DELIVER ALL TO SHIP TO ADRESS
ATT: LANORA

TERMS: NET 30
PLEASE REMIT TO: 345 CLINTON STREET, COSTA MESA CA 92626-6011
>Save on shipping cost with iShipdocs: Ship Digitally. Print Locally.<
Beginning Oct. 1, 2008 all invoices will have a $10 minimum charge not
including tax or freight . Call your sales representative for details.

DOCUMENT REPRINT       ORDER # : 367508

CUSTOMER COPY

| | |
|---|---|
| Sub Total | 788.61 |
| Freight | 6.00 |
| Tax | 69.53 |
| TOTAL | 864.14 |
| Deposit | |
| TOTAL DUE | 864.14 |

LOC4-063245



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

May 5, 2010                                  **VIA FAX (213) 972-5695**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 108 Improvement Fund, Beaumont Utility Authority Variable Rate
        Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062599

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 108**

1.       The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.       The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.       Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.       There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: May 5, 2010

BEAUMONT UTILITY AUTHORITY

By

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062600

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

**Comprehensive Public Facility**
**Financing Program**

| Requisition No. 108 |
|---|

ACCOUNT        6711674106
DESCRIPTION  Construction Fund - 2001A

Date  May 5, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 101 | Wastewater Enterprise Projects | 137,430.00 |
| **TOTAL** | | | **$137,430.00** |

CITY APPROVALS:

☑  Finance Director          Date  5/7/10

☑  City Manager             Date  5/10/10

LOC4-062601

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____101_____
Contract Amount _2010-2011 CIP Budget $3,584,678_

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $137,430.00 | 2010-123 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$137,430.00** | |

Project Manager _____  Date 5-10-10

LOC4-062602



**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | WWTP Exp. Environmental | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $44,727.50 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,368,889.80 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $3,085.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $139,372.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $24,650.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $137,430.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | **$47,812.50** | **$127,920.08** | **$359,578.50** | **$929,180.00** | **$1,599,234.30** | **$84,166.41** | **$642,272.95** | **$299,480.00** | **$4,017,414.79** |

Contractor Urban Logic Consultants, Inc.
Contract Amount 2010-2011 CIP budget $3,584,678

City of Beaumont
93-1 Series 2001A

LOC4-062603

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | | |
|---|---|
| INVOICE NO. | **2010-123** |
| INVOICE DATE | **05/05/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 30, 2010**

| | | | | |
|---|---|---|---|---:|
| **Beaumont Mesa Sewer Lift Station** | | | | |
| Principal: | 11 | Hours @ | $195 | 2,145.00 |
| Surveyor: | 8.5 | Hours @ | $150 | 1,275.00 |
| Const. Mgr.: | 11 | Hours @ | $150 | 1,650.00 |
| Inspector: | 13 | Hours @ | $100 | 1,300.00 |
| Inspector-Prev. Wage: | 2 | Hours @ | $130 | 260.00 |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| Exec. Secretary: | 13 | Hours @ | $60 | 780.00 |
| **North Sewer Rehab Ph IV** | | | | |
| Office Mgr.: | 11 | Hours @ | $90 | 990.00 |
| Exec. Secretary: | 11 | Hours @ | $60 | 660.00 |
| **Odor Control - Solids Handling Facility** | | | | |
| Sr. Asso./Eng.: | 145 | Hours @ | $170 | 24,650.00 |
| **Stages V-VIII WWTP Expansion** | | | | |
| Principal: | 15 | Hours @ | $195 | 2,925.00 |
| Sr. Asso./Eng.: | 73 | Hours @ | $170 | 12,410.00 |
| Sr. Planner: | 14.5 | Hours @ | $130 | 1,885.00 |
| Staff Engineer: | 6 | Hours @ | $110 | 660.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |
| **Dowling Orchard Reclaimed Water** | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |
| Surveyor: | 8 | Hours @ | $150 | 1,200.00 |
| 2-Man Survey Crew: | 8 | Hours @ | $210 | 1,680.00 |
| Staff Engineer: | 4 | Hours @ | $110 | 440.00 |
| Inspector: | 3 | Hours @ | $100 | 300.00 |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| Exec. Secretary: | 10 | Hours @ | $60 | 600.00 |

| | |
|---|---:|
| **Subtotal:** | **$58,045.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062604

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2010-123** |
| INVOICE DATE |
| **05/05/10** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through April 30, 2010

**WWTP Upgrades**

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 26 | Hours @ | $195 | 5,070.00 |
| Sr. Asso./Eng.: | 181 | Hours @ | $170 | 30,770.00 |
| Surveyor: | 0.5 | Hours @ | $150 | 75.00 |
| Const. Mgr.: | 7 | Hours @ | $150 | 1,050.00 |
| Staff Engineer: | 62 | Hours @ | $110 | 6,820.00 |
| Inspector: | 9 | Hours @ | $100 | 900.00 |
| Inspector-Prev. Wage: | 16 | Hours @ | $130 | 2,080.00 |
| Office Mgr.: | 12 | Hours @ | $90 | 1,080.00 |
| Exec. Secretary: | 12 | Hours @ | $60 | 720.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 53 | Hours @ | $195 | 10,335.00 |
| Sr. Asso./Eng.: | 57 | Hours @ | $170 | 9,690.00 |
| Surveyor: | 5 | Hours @ | $150 | 750.00 |
| Const. Mgr.: | 17 | Hours @ | $150 | 2,550.00 |
| Sr. Planner: | 10.5 | Hours @ | $130 | 1,365.00 |
| Staff Engineer: | 6 | Hours @ | $110 | 660.00 |
| Staff Engineer-Prev. Wage: | 22 | Hours @ | $130 | 2,860.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |
| Exec. Secretary: | 36 | Hours @ | $60 | 2,160.00 |

| | |
| --- | --- |
| *Subtotal:* | *79,385.00* |
| **Total Amount Due:** | **$137,430.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062605



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

May 5, 2010                                    VIA FAX (213) 972-5695

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 17 Construction Fund, City of Beaumont Community Facilities
      District 93-1, 2005B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT,

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

CONSTRUCTION FUND

REQUISITION NO. 17

CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2005 SERIES B

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  May 5, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit A

| Requisition No. 17 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005B**

Comprehensive Public Facility
Financing Program

Date  May 5, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 11 | Engineering | 51,142.50 |
| | | **TOTAL:** | **$51,142.50** |

**CITY APPROVALS:**

☑  Finance Director        Date 5/7/10

☑  City Manager           Date 5/10/10

City of Beaumont
Comprehensive Public Facilities
Financing Program
CFD 93-1, Series 2005B

### CONTRACTOR CERTIFICATE

Certificate No. _____ 11 _____

Contract Amount ___ $1,202,913.00 ___

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $51,142.50 | 2010-127 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $51,142.50 | |

Project Manager _____    Date 5-10-10

UFIRIVDA0086375

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Formation Costs | Engineering | Engineering Reports | | |
| 1 | $50,000.00 | | | | $50,000.00 |
| 2 | | $2,600.00 | | | $2,600.00 |
| 3 | | $2,190.00 | | | $2,190.00 |
| 4 | | $3,640.00 | | | $3,640.00 |
| 5 | | $3,370.00 | | | $3,370.00 |
| 6 | | $29,170.00 | | | $29,170.00 |
| 7 | | | $13,425.00 | | $13,425.00 |
| 8 | | | $12,245.00 | | $12,245.00 |
| 9 | | | $12,685.00 | | $12,685.00 |
| 10 | | | $6,600.00 | | $6,600.00 |
| 11 | | $51,142.50 | | | $51,142.50 |
| | | | | | |
| | | | | | |
| TOTAL | $50,000.00 | $92,112.50 | $44,955.00 | | $187,067.50 |

Contractor  Urban Logic Consultants, Inc.                    93-1, Series 2005B
Contract Amount

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-127** |
| INVOICE DATE | **05/05/10** |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Prevailing Wage Rate ($130/hr.) & Regular Rate ($100/hr.) Difference through April 30, 2010**

| | | | | | |
|---|---|---|---|---|---:|
| Seneca Springs | | | | | |
| Inspector: | 22 | Hours @ | $30 | | 660.00 |
| Westinghouse Lift Station | | | | | |
| Inspector: | 3 | Hours @ | $30 | | 90.00 |
| 1st Street Improvements | | | | | |
| Inspector: | 179 | Hours @ | $30 | | 5,370.00 |
| ** Inspector (Overtime): | 3 | Hours @ | $95 | | 285.00 |
| Palm Avenue | | | | | |
| Inspector: | 673 | Hours @ | $30 | | 20,190.00 |
| ** Inspector (Overtime): | 20.5 | Hours @ | $95 | | 1,947.50 |
| Seneca Springs II | | | | | |
| Inspector: | 132 | Hours @ | $30 | | 3,960.00 |
| 1st St.-Highland to Penn. | | | | | |
| Inspector: | 2 | Hours @ | $30 | | 60.00 |
| Sewer & Street Repair | | | | | |
| Inspector: | 14 | Hours @ | $30 | | 420.00 |
| Elm St. Ave. | | | | | |
| Inspector: | 396 | Hours @ | $30 | | 11,880.00 |
| ** Inspector (Overtime): | 20 | Hours @ | $95 | | 1,900.00 |
| Penn. Ave. Rehab. | | | | | |
| Inspector: | 89 | Hours @ | $30 | | 2,670.00 |
| ** Inspector (Overtime): | 18 | Hours @ | $95 | | 1,710.00 |

** Charged Straight Time at $100/hr. and should have charged Prevailing Wage Overtime Rate of $195/hr.

| | |
|---|---|
| **Total Amount Due:** | **$51,142.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0086377



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2010                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:    Requisition No. 35 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2005A Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds.  Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-063232

**CONSTRUCTION FUND**

**REQUISITION NO. 35**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2005 SERIES A**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  June 1, 2010

                                        CITY OF BEAUMONT COMMUNITY FACILITIES
                                        DISTRICT NO. 93-1

                                        By _____
                                        Alan Kapanicas, City Manager of the
                                        City of Beaumont
                                        Ex-Officio Legislative Body of Community
                                        Facilities District 93-1

**Exhibit A**

| Requisition No. 35 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2005A**

**Comprehensive Public Facility
Financing Program**

Date   June 1, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711751505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California Account #2420000440* | 28 | Facilities Engineering | 12,990.00 |
| | | **TOTAL:** | **$12,990.00** |

CITY APPROVALS:

✓   Finance Director                                    Date  6-1-10

✓   City Manager                                         Date 9/1/10

LOC4-063234

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005A**

**CONTRACTOR CERTIFICATE**

Certificate No.                    28
Contract Amount       $1,388,551.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering: | $12,990.00 | 2010-128 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$12,990.00** | |

Project Manager _____        Date 6-1-10

LOC4-063235

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Engineer's Report | Formation Costs (Bal.) | Engineering | | |
| 1 | $75,000.00 | $25,000.00 | | | $100,000.00 |
| 2 | | | $20,610.00 | | $20,610.00 |
| 3 | | | $18,192.50 | | $18,192.50 |
| 4 | | | $35,248.61 | | $35,248.61 |
| 5 | | | $16,962.50 | | $16,962.50 |
| 6 | | | $12,657.63 | | $12,657.63 |
| 7 | | | $9,409.14 | | $9,409.14 |
| 8 | | | $15,915.00 | | $15,915.00 |
| 9 | | | $11,750.00 | | $11,750.00 |
| 10 | | | $7,825.00 | | $7,825.00 |
| 11 | $25,000.00 | | $21,817.50 | | $46,817.50 |
| 12 | | | $7,090.00 | | $7,090.00 |
| 13 | | | $13,755.00 | | $13,755.00 |
| 14 | $12,315.00 | | | | $12,315.00 |
| 15 | $1,875.00 | | | | $1,875.00 |
| 16 | $13,525.00 | | | | $13,525.00 |
| 17 | $7,925.00 | | | | $7,925.00 |
| 18 | $12,905.00 | | | | $12,905.00 |
| 19 | $11,890.00 | | | | $11,890.00 |
| 20 | $6,900.00 | | | | $6,900.00 |
| 21 | $2,665.00 | | | | $2,665.00 |
| 22 | | | $32,865.87 | | $32,865.87 |
| 23 | | | $73,913.75 | | $73,913.75 |
| 24 | | | $130,008.75 | | $130,008.75 |
| 25 | | | $357,903.87 | | $357,903.87 |
| 26 | | | $53,220.00 | | $53,220.00 |
| 27 | | | $341,877.61 | | $341,877.61 |
| 28 | | | $12,990.00 | | $12,990.00 |
| | | | | | |
| **TOTAL** | $170,000.00 | $25,000.00 | $1,194,012.73 | | $1,389,012.73 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount   $1,388,551.00

CFD 93-1, Series 2005A

LOC4-063236

# *Urban Logic Consultants*

| | |
|---|---|
| 43517 Ridge Park Drive, Suite 200 | **INVOICE NO.** |
| Temecula, CA 92590 | **2010-128** |
| (951) 676-1944 | **INVOICE DATE** |
| | **06/01/10** |
| TO:  **City of Beaumont** | **W.O. DISTRIBUTION** |
| **550 East Sixth Street** | |
| **Beaumont, CA 92223** | |
| **Attn:  Alan Kapanicas, City Manager** | |

**Billing for Professional Services in Connection with the City
of Beaumont, CFD 93-1 Facilities through May 28, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 37 | Hours @ | $195 | 7,215.00 |
| Surveyor: | 38.5 | Hours @ | $150 | 5,775.00 |

| | |
|---|---|
| **Total Amount Due:** | **$12,990.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-063237



# City of Beaumont

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

June 1, 2010                                             VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   Requisition No. 18 Construction Fund, City of Beaumont Community Facilities
      District 93-1, 2005B Special Tax Bonds

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 18**

**CITY OF BEAUMONT
COMMUNITY FACILITIES DISTRICT 93-1
SPECIAL TAX BONDS, 2005 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  June 1, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

| | |
|---|---|
| Requisition No. 18 | **CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2005B** |

**Comprehensive Public Facility Financing Program**

Date  June 1, 2010

ACCOUNT DESCRIPTION  **Construction Fund** Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #2420000440* | 12 | Engineering | 312,723.05 |
| | | **TOTAL:** | **$312,723.05** |

**CITY APPROVALS:**

☑  Finance Director

Date  6-1-10

☑  City Manager

Date  6/1/10

UFIRIVDA0086380

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005B**

## CONTRACTOR CERTIFICATE

Certificate No. _____ 12
Contract Amount   $1,202,913.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $312,723.05 | 2010-129 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$312,723.05** | |

Project Manager _____     Date 6-1-10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Formation Costs | Engineering | Engineering Reports | | |
| 1 | $50,000.00 | | | | $50,000.00 |
| 2 | | $2,600.00 | | | $2,600.00 |
| 3 | | $2,190.00 | | | $2,190.00 |
| 4 | | $3,640.00 | | | $3,640.00 |
| 5 | | $3,370.00 | | | $3,370.00 |
| 6 | | $29,170.00 | | | $29,170.00 |
| 7 | | | $13,425.00 | | $13,425.00 |
| 8 | | | $12,245.00 | | $12,245.00 |
| 9 | | | $12,685.00 | | $12,685.00 |
| 10 | | | $6,600.00 | | $6,600.00 |
| 11 | | $51,142.50 | | | $51,142.50 |
| 12 | | $312,723.05 | | | $312,723.05 |
| | | | | | |
| **TOTAL** | **$50,000.00** | **$404,835.55** | **$44,955.00** | | **$499,790.55** |

Contractor  Urban Logic Consultants, Inc.                    CFD 93-1, Series 2005B
Contract Amount

UFIRIVDA0086382

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| **INVOICE NO.** | **2010-129** |
| **INVOICE DATE** | **06/01/10** |
| **W.O. DISTRIBUTION** | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through May 28, 2010**

## Joint & Critical Facilities

| | | | | |
|---|---|---|---|---:|
| Principal: | 267 | Hours @ | $195 | 52,065.00 |
| Project Manager/Engineer: | 306.75 | Hours @ | $170 | 52,147.50 |
| Surveyor: | 422.75 | Hours @ | $150 | 63,412.50 |
| 1-Man Survey Crew: | 19.5 | Hours @ | $160 | 3,120.00 |
| 1-Man Survey Crew-Prev. Wage: | 12 | Hours @ | $150 | 1,800.00 |
| 2-Man Survey Crew: | 10 | Hours @ | $210 | 2,100.00 |
| 2-Man Survey Crew-Prev. Wage: | 137.5 | Hours @ | $245 | 33,687.50 |
| Staff Engineer: | 167.5 | Hours @ | $110 | 18,425.00 |
| Staff Engineer-Prev. Wage: | 95 | Hours @ | $130 | 12,350.00 |
| Const. Manager: | 70 | Hours @ | $150 | 10,500.00 |
| Sr. Planner: | 87 | Hours @ | $130 | 11,310.00 |
| Inspector: | 119 | Hours @ | $100 | 11,900.00 |
| Inspector-Prev. Wage: | 7 | Hours @ | $130 | 910.00 |
| Soils Tech.: | 90 | Hours @ | $100 | 9,000.00 |
| Soils Tech.-Prev. Wage: | 52 | Hours @ | $130 | 6,760.00 |
| Office Manager: | 61.25 | Hours @ | $90 | 5,512.50 |
| Exec. Secretary: | 147 | Hours @ | $60 | 8,820.00 |
| R-Value Determination | 5 | tests @ | $300 | 1,500.00 |
| | Stewart Title- | $600.00 | + 15% | $690.00 |
| | Stewart Title- | $400.00 | + 15% | $460.00 |
| | County of Riverside- | $3,500.00 | + 15% | $4,025.00 |

Mileage:

| | | | | |
|---|---|---|---|---:|
| Public Works Dept.: | 4051 | miles @ | $0.550 | $2,228.05 |

| | |
|---|---|
| **Total Amount Due:** | **$312,723.05** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

May. 28. 2010 2:27PM   DENNIS                                    No. 9190   P. 4

**STEWART**
title of california

No. 9190

Invoice No.: 465773

Southern California Region
7676 Hazard Center Dr. Ste 820
San Diego, CA 92108
Phone 951-276-2700

Order data 4/23/2010   Today's Date:
Order No.: 296393
Reference No.: ALLIED GROUP, INC
Recording Date: 04/29/2010
Recording Type:

Note:

| ACCOUNT | TITLE OFFICER | BANKER | SELLER |
|---|---|---|---|
| Riverside | Norm Burdick | | ALLIED GROUP, INC |

| SALES REP CODE | SALES BRANCH | RECORDING NO. | BRANCH |
|---|---|---|---|
| House Account/Inland Empire | | | |

CUSTOMER

DJI ENGINEERING
42164 Remington Ave
Temecula, CA 92590-2647

Attn: TRICIA JANDA

Customer ID:   00004730
Email:
Phone:         (951) 699-9574
Fax:
Property:      404-180-001-1 Vacant Land
               Beaumont, CA

| ITEM | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 061 | Preliminary Report | | 400.00 |
| 063 | Misc. Fee-Deed  Chain back to Patent | | 200.00 |
| | | **TOTAL:** | **600.00** |

**CONFIRMED**





The amount shown is due and payable upon receipt of this invoice. Thank you for choosing Stewart Title to service your title insurance needs. You are a valued customer and we appreciate your continued patronage.

P   KCRAWFOR                                                                04/22/2010   4:28PM

UFIRIVDA0086384

May. 28. 2010  2:27PM   DENNIS

**Stewart**
—title of california

No. 0190      P.

Order date 4/23/2010

Southern California Region
7676 Hazard Center Dr. Ste 820
San Diego, CA 92108
Phone 951-276-2700

Invoice No.: 465776
Today's Date:
Order No.: 298394
Reference No.: PACIFIC WEST COAS
Recording Date: 04/29/2010
Recording Type:

$OVP-E$

Note:

| COUNTY | TITLE OFFICER | BUYER | SELLER |
|---|---|---|---|
| Riverside | Norm Burdick | | PACIFIC WEST COAST DEV. |

| SALES REPRESENTATIVE | SALES PERSON 2 | DATE NEEDED | TX ID |
|---|---|---|---|
| House Account/Inland Empire | | | |

| BILL TO | | | |
|---|---|---|---|
| **DJI ENGINEERING**<br>42164 Remington Ave<br>Temecula, CA 92590-2547 | | Customer ID: 00004730<br>Email:<br>Phone: (951) 699-8874<br>Fax:<br>Property: 404-190-002-2 Vacant Land<br>Beaumont, CA | |
| Attn: TRICIA JANDA | | | |

| PRODUCT | DESCRIPTION | PRICE | |
|---|---|---|---|
| 081 | Preliminary Report | | 400.00 |
| 083 | Misc. Fee-Deed Chain Back to Patent | | 0.00 |
| | | TOTAL: | 400.00 |

**CONFIRMED**



The amount shown is due and payable upon receipt of this invoice. Thank you for choosing Stewart Title to service your
title insurance needs. You are a valued customer and we appreciate your continued patronage.

F   KCRAWFOR                                                                04/29/2010  4:20PM

May. 28. 2010  2:26PM   DENNIS                                            No. 0190   P. 2

**DENNIS JANDA, INC.**                      WELLS FARGO                      2078
43164 KENSINGTON AVENUE                      27820 YNEZ RD
TEMECULA, CA 92590                           TEMECULA, CA 92591
                                             16-24/1220

                                                                            5/26/10

PAY TO THE
ORDER OF    County of Riverside                              $ ***3,500.00

Three Thousand Five Hundred and 00/100**************************************** DOLLARS

        County of Riverside
        4080 Lemon St.
        Riverside, CA 92502

MEMO                                                          AUTHORIZED SIGNATURE

        ⑈00 2078⑈ ⑈⑈⑈ ⑈ ⑈ 2000 24 7⑈⑈  673 2806 507⑈

THIS DOCUMENT MUST HAVE A COLORED BACKGROUND, ULTRAVIOLET FIBERS AND AN ARTIFICIAL WATERMARK ON THE BACK - VERIFY FOR AUTHENTICITY.

DENNIS JANDA, INC.                                                          2078

    County of Riverside                        5/26/10
    Fees-County, City            County Filing Fees - Portero Blvd / wy 80 ROS        3,500.00


    Wells Fargo-Check A                                                     3,500.00

    LMP15    MP CHECK
    00700000000 (5/08) 645411

UFIRIVDA0086386



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

June 1, 2010                                                VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:    Requisition No. 109 Improvement Fund, Beaumont Utility Authority Variable Rate
       Revenue Bonds, 2001 Series A

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.  Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT


Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

(Issue Date: August 1, 2001)

Requisition of the Authority
(Wastewater Improvement Fund)
(Section 3.04 of the Indenture)

**REQUISITION NO. 109**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  June 1, 2010

BEAUMONT UTILITY AUTHORITY

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062592

Schedule I

**Requisition No. 109**

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

**Comprehensive Public Facility
Financing Program**

ACCOUNT     6711674106
DESCRIPTION   Construction Fund - 2001A

Date   June 1, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 102 | Wastewater Enterprise Projects | 121,550.00 |
| **TOTAL** | | | **$121,550.00** |

CITY APPROVALS:

☑  Finance Director _____   Date 6-1-10

☑  City Manager _____   Date 6/1/10

LOC4-062593

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 102 _____
Contract Amount _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $121,550.00 | 2010-130 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$121,550.00** | |

Project Manager _____     Date 0-1-10

LOC4-062594

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-Ph II | Dowling Orch. Rock Water | North Sewer Rehab Ph IV | Odor Control | Bnt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $32,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,324,162.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $136,287.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $24,650.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $137,430.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $19,550.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $121,550.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL** | $1,490.00 | $130,150.08 | $361,018.50 | $948,730.00 | $1,602,189.30 | $101,646.41 | $688,362.95 | $829,795.00 | $4,091,152.29 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062595

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-130** |
| INVOICE DATE | **06/01/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through May 28, 2010**

| | | | | | |
|---|---|---|---|---|---:|
| **Beaumont Mesa Sewer Lift Station** | | | | | |
| Principal: | 7 | Hours @ | $195 | | 1,365.00 |
| Staff Engineer-Prev. Wage: | 1 | Hours @ | $130 | | 130.00 |
| Staff Engineer: | 5 | Hours @ | $110 | | 550.00 |
| Sr. Planner: | 1 | Hours @ | $130 | | 130.00 |
| Office Mgr.: | 4 | Hours @ | $90 | | 360.00 |
| Exec. Secretary: | 7 | Hours @ | $60 | | 420.00 |
| **North Sewer Rehab Ph IV** | | | | | |
| Office Mgr.: | 12 | Hours @ | $90 | | 1,080.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | | 360.00 |
| **Odor Control – Solids Handling Facility** | | | | | |
| Sr. Asso./Eng.: | 115 | Hours @ | $170 | | 19,550.00 |
| **Stages V-VIII WWTP Expansion** | | | | | |
| Principal: | 43 | Hours @ | $195 | | 8,385.00 |
| Sr. Asso./Eng.: | 103 | Hours @ | $170 | | 17,510.00 |
| Sr. Planner: | 18.5 | Hours @ | $130 | | 2,405.00 |
| Staff Engineer: | 8.5 | Hours @ | $110 | | 935.00 |
| Office Mgr.: | 8 | Hours @ | $90 | | 720.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | | 360.00 |
| **Dowling Orchard Reclaimed Water** | | | | | |
| Principal: | 1 | Hours @ | $195 | | 195.00 |
| Sr. Asso./Eng.: | 2 | Hours @ | $170 | | 340.00 |
| Sr. Planner: | 7.5 | Hours @ | $130 | | 975.00 |
| Office Mgr.: | 4 | Hours @ | $90 | | 360.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | | 360.00 |
| **Excess Dirt Removal-Ph. II** | | | | | |
| Sr. Asso./Eng.: | 4 | Hours @ | $170 | | 680.00 |
| Const. Mgr.: | 3 | Hours @ | $150 | | 450.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | | 360.00 |

| | |
|---|---:|
| **Subtotal:** | **$57,980.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062596

Page 2 of 2

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn:  Alan Kapanicas, City Manager**

| INVOICE NO. |
| --- |
| **2010-130** |
| INVOICE DATE |
| **06/01/10** |
| W.O. DISTRIBUTION |

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through May 28, 2010**

WWTP Upgrades

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 45 | Hours @ | $195 | 8,775.00 |
| Sr. Asso./Eng.: | 101 | Hours @ | $170 | 17,170.00 |
| Surveyor: | 3.5 | Hours @ | $150 | 525.00 |
| Staff Engineer: | 128 | Hours @ | $110 | 14,080.00 |
| Inspector-Prev. Wage: | 32 | Hours @ | $130 | 4,160.00 |
| Office Mgr.: | 12 | Hours @ | $90 | 1,080.00 |
| Exec. Secretary: | 5 | Hours @ | $60 | 300.00 |

San Timoteo Monitoring Wells

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 28 | Hours @ | $195 | 5,460.00 |
| Sr. Asso./Eng.: | 30 | Hours @ | $170 | 5,100.00 |
| Const. Mgr.: | 12 | Hours @ | $150 | 1,800.00 |
| Sr. Planner: | 13 | Hours @ | $130 | 1,690.00 |
| Staff Engineer-Prev. Wage: | 13 | Hours @ | $130 | 1,690.00 |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| Exec. Secretary: | 23 | Hours @ | $60 | 1,380.00 |

|  | |
| --- | --- |
| *Subtotal:* | *63,570.00* |
| **Total Amount Due:** | **$121,550.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062597



# City of Beaumont

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

July 6, 2010

VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:     Requisition No. 19 Construction Fund, City of Beaumont Community Facilities
        District 93-1, 2005B Special Tax Bonds

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 19**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.    Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.    Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.    None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.    The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.    Payment shall be made from the Construction Fund.

Date:  July 6, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

**Exhibit A**

<table>
<tr><td>Requisition<br>No.<br>19</td></tr>
</table>

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2005B**

Comprehensive Public Facility
Financing Program

Date  July 6, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 13 | Engineering | 413,842.55 |
| | | **TOTAL:** | **$413,842.55** |

**CITY APPROVALS:**

☑   Finance Director                                  Date   7-7-10

☑   City Manager                                      Date   7-7-10

UFIRIVDA0086389

City of Beaumont
Comprehensive Public Facilities
Financing Program
CFD 93-1, Series 2005B

## CONTRACTOR CERTIFICATE

Certificate No. _____ 13 _____
Contract Amount   $1,202,913.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $413,842.55 | 2010-134 |
| | | | |
| | TOTAL CERTIFICATE INVOICE AMOUNT | $413,842.55 | |

Project Manager _____     Date 7-7-10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Formation Costs | Engineering | Engineering Reports | | |
| 1 | $50,000.00 | | | | $50,000.00 |
| 2 | | $2,600.00 | | | $2,600.00 |
| 3 | | $2,190.00 | | | $2,190.00 |
| 4 | | $3,640.00 | | | $3,640.00 |
| 5 | | $3,370.00 | | | $3,370.00 |
| 6 | | $29,170.00 | | | $29,170.00 |
| 7 | | | $13,425.00 | | $13,425.00 |
| 8 | | | $12,245.00 | | $12,245.00 |
| 9 | | | $12,685.00 | | $12,685.00 |
| 10 | | | $6,600.00 | | $6,600.00 |
| 11 | | $51,142.50 | | | $51,142.50 |
| 12 | | $312,723.05 | | | $312,723.05 |
| 13 | | $413,842.55 | | | $413,842.55 |
| | | | | | |
| | | | | | |
| TOTAL | $50,000.00 | $818,678.10 | $44,955.00 | | $913,633.10 |

Contractor  Urban Logic Consultants, Inc.                                   93-1, Series 2005B
Contract Amount

UFIRIVDA0086391

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-134** |
| INVOICE DATE | **07/06/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 2, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 210 | Hours @ | $195 | 40,950.00 |
| Project Manager/Engineer: | 538.75 | Hours @ | $170 | 91,587.50 |
| Surveyor: | 302.75 | Hours @ | $150 | 45,412.50 |
| 2-Man Survey Crew: | 33 | Hours @ | $210 | 6,930.00 |
| 2-Man Survey Crew-Prev. Wage: | 239 | Hours @ | $245 | 58,555.00 |
| Engineering Geologist: | 156.25 | Hours @ | $115 | 17,968.75 |
| Staff Engineer: | 193.5 | Hours @ | $110 | 21,285.00 |
| Staff Engineer-Prev. Wage: | 148.5 | Hours @ | $130 | 19,305.00 |
| Const. Manager: | 130 | Hours @ | $150 | 19,500.00 |
| Sr. Planner: | 62 | Hours @ | $130 | 8,060.00 |
| Inspector: | 280.5 | Hours @ | $100 | 28,050.00 |
| Inspector-Prev. Wage: | 116 | Hours @ | $130 | 15,080.00 |
| Soils Tech.: | 37.5 | Hours @ | $100 | 3,750.00 |
| Soils Tech.-Prev. Wage: | 120.5 | Hours @ | $130 | 15,665.00 |
| Tech./CADD Specialist: | 9 | Hours @ | $90 | 810.00 |
| Office Manager: | 49 | Hours @ | $90 | 4,410.00 |
| Exec. Secretary: | 171 | Hours @ | $60 | 10,260.00 |
| R-Value Determination | 7 | tests @ | $300 | $2,100.00 |
| Expansion Index | 3 | tests @ | $150 | $450.00 |
| CAL 231 – Use of Nuclear Gauges | 13 | days @ | $32 | $416.00 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 5996 | miles @ | $0.550 | $3,297.80 |

| | |
|---|---|
| **Total Amount Due:** | **$413,842.55** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0086392



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

July 6, 2010

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 110 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

Q & R

LOC4-062580

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A
(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 110**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.   None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  July 6, 2010

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062581

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| Requisition No. 110 |
| --- |

ACCOUNT         6711674106
DESCRIPTION   Construction Fund - 2001A

Date   July 6, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
| --- | --- | --- | --- |
| Urban Logic Consultants | 103 | Wastewater Enterprise Projects | 158,125.00 |
| *Credit Union Bank of California* | | | |
| *Account #2420000440* | | | |
| Urban Logic Consultants | 1 | Revised Sewer Master Plan | 48,400.00 |
| *Credit Union Bank of California* | | | |
| *Account #2420000440* | | | |
| | | **TOTAL** | **$206,525.00** |

CITY APPROVALS:

[✓]   Finance Director                                                          Date  7-7-10

[✓]   City Manager                                                             Date  7-7-10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CONTRACTOR CERTIFICATE

Certificate No. _____ 103
Contract Amount _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $158,125.00 | 2010-135 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$158,125.00** | |

Project Manager _____     Date 7-7-10



City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-Phil | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Brst. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,324,162.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | -$23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $136,287.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $24,690.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $137,430.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $19,550.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $121,550.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $16,320.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $158,125.00 |
| | | | | | | | | | |
| **TOTAL** | $2,930.00 | $130,630.08 | $362,043.50 | $965,050.00 | $1,605,369.30 | $115,346.41 | $745,567.95 | $394,570.00 | $4,249,277.29 |

Contractor Urban Logic Consultants, Inc.
Contract Amount _____

City of Beaumont
03-1 Series 2001A

LOC4-062584

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-135** |
| INVOICE DATE | **07/06/10** |
| W.O. DISTRIBUTION | |

TO:  City of Beaumont
    550 East Sixth Street
    Beaumont, CA  92223
    Attn: Alan Kapanicas, City Manager

Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through July 2, 2010

| | | | | |
|---|---|---|---|---|
| Beaumont Mesa Sewer Lift Station | | | | |
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |
| Exec. Secretary: | 6.5 | Hours @ | $60 | 390.00 |
| North Sewer Rehab Ph IV | | | | |
| Sr. Planner: | 0.5 | Hours @ | $130 | 65.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Exec. Secretary: | 4 | Hours @ | $60 | 240.00 |
| Odor Control - Solids Handling Facility | | | | |
| Sr. Asso./Eng.: | 96 | Hours @ | $170 | 16,320.00 |
| Stages V-VIII WWTP Expansion | | | | |
| Principal: | 67 | Hours @ | $195 | 13,065.00 |
| Sr. Asso./Eng.: | 203 | Hours @ | $170 | 34,510.00 |
| Sr. Planner: | 64.5 | Hours @ | $130 | 8,385.00 |
| Staff Engineer: | 69.5 | Hours @ | $110 | 7,645.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | 360.00 |
| Dowling Orchard Reclaimed Water | | | | |
| Office Mgr.: | 2 | Hours @ | $90 | 180.00 |
| Exec. Secretary: | 5 | Hours @ | $60 | 300.00 |
| Excess Dirt Removal-Ph. II | | | | |
| Principal: | 4 | Hours @ | $195 | 780.00 |
| Const. Mgr.: | 2 | Hours @ | $150 | 300.00 |
| Exec. Secretary: | 6 | Hours @ | $60 | 360.00 |
| San Timoteo Monitoring Wells | | | | |
| Principal: | 39 | Hours @ | $195 | 7,605.00 |
| Sr. Asso./Eng.: | 18 | Hours @ | $170 | 3,060.00 |
| Const. Mgr.: | 4 | Hours @ | $150 | 600.00 |
| Sr. Planner: | 2.5 | Hours @ | $130 | 325.00 |
| Staff Engineer-Prev. Wage: | 1 | Hours @ | $130 | 130.00 |
| Office Mgr.: | 8 | Hours @ | $90 | 720.00 |
| Exec. Secretary: | 21 | Hours @ | $60 | 1,260.00 |
| | | | Subtotal: | **$100,920.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062585

Page 2 of 2

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| INVOICE NO. |
| --- |
| **2010-135** |
| INVOICE DATE |
| **07/06/10** |
| W.O. DISTRIBUTION |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA 92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through July 2, 2010**

WWTP Upgrades

| | | | | |
| --- | --- | --- | --- | --- |
| Principal: | 39 | Hours @ | $195 | 7,605.00 |
| Sr. Asso./Eng.: | 159.5 | Hours @ | $170 | 27,115.00 |
| Surveyor: | 76 | Hours @ | $150 | 11,400.00 |
| Staff Engineer: | 53.5 | Hours @ | $110 | 5,885.00 |
| Inspector-Prev. Wage: | 4 | Hours @ | $130 | 520.00 |
| Tech./CADD Specialist: | 6 | Hours @ | $90 | 540.00 |
| Office Mgr.: | 14 | Hours @ | $90 | 1,260.00 |
| Exec. Secretary: | 48 | Hours @ | $60 | 2,880.00 |

| | |
| --- | --- |
| **Subtotal:** | *57,205.00* |
| **Total Amount Due:** | **$158,125.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062586

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 1
Contract Amount _____

| X | SRB/2001A |
| | Sewer Revenue Bond |
| | 1996 SRB Series A |
| | Other _____ |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Revised Sewer Master Plan | $48,400.00 | 2010-136 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$48,400.00** | |

Project Manager _____     Date 7-7-10

LOC4-062587

City of Beaumont
Comprehensive Public Facilities
Financing Program

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| | Rev. Sewer Master Plan | | | | | | |
| 1 | $48,400.00 | | | | | | $48,400.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | $48,400.00 | | | | | | $48,400.00 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount _____

| | |
|---|---|
| | CFD 93-1, Series 2003A |
| X | Sewer Revenue Bond, Series 2001A |
| | 1996 SRB Series A |
| | Other _____ |

LOC4-062588

*Page 1 of 1*

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-136** |
| INVOICE DATE | **07/06/10** |

TO:  **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services**

Revised Sewer Master Plan:                                                  48,400.00

| | |
|---|---|
| **Total Amount Due:** | **$48,400.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062589



# *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

August 4, 2010                                         **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:    Requisition No. 20 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2005B Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

UFIRIVDA0086393

**CONSTRUCTION FUND**

**REQUISITION NO. 20**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.     Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.     Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.     None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.     The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.     Payment shall be made from the Construction Fund.

Date: August 4, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

UFIRIVDA0086394

Exhibit A

| Requisition No. 20 |
|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005B**

**Comprehensive Public Facility**
**Financing Program**

Date  August 4, 2010

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.  *Credit Union Bank of California*  *Account #2420000440* | 14 | Engineering | 317,264.00 |
| | | **TOTAL:** | **$317,264.00** |

**CITY APPROVALS:**

☑  Finance Director        Date  8-5-10

☑  City Manager           Date  8/5/10

UFIRIVDA0086395

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005B**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 14
Contract Amount _____ $1,202,913.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $317,264.00 | 2010-140 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $317,264.00 | |

Project Manager _____     Date 8-4-10

UFIRIVDA0086396

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Formation Costs | Engineering | Engineering Reports | | |
| 1 | $50,000.00 | | | | $50,000.00 |
| 2 | | $2,600.00 | | | $2,600.00 |
| 3 | | $2,190.00 | | | $2,190.00 |
| 4 | | $3,640.00 | | | $3,640.00 |
| 5 | | $3,370.00 | | | $3,370.00 |
| 6 | | $29,170.00 | | | $29,170.00 |
| 7 | | | $13,425.00 | | $13,425.00 |
| 8 | | | $12,245.00 | | $12,245.00 |
| 9 | | | $12,685.00 | | $12,685.00 |
| 10 | | | $6,600.00 | | $6,600.00 |
| 11 | | $51,142.50 | | | $51,142.50 |
| 12 | | $312,723.05 | | | $312,723.05 |
| 13 | | $413,842.55 | | | $413,842.55 |
| 14 | | $317,264.00 | | | $317,264.00 |
| | | | | | |
| TOTAL | $50,000.00 | $1,135,942.10 | $44,955.00 | | $1,230,897.10 |

Contractor  Urban Logic Consultants, Inc.                                          93-1, Series 2005B
Contract Amount   $1,302,508.00

UFIRIVDA0086397

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-140** |
| INVOICE DATE | **08/04/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through July 30, 2010**

Joint & Critical Facilities

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 161 | Hours @ | $195 | | 31,395.00 |
| Project Manager/Engineer: | 384.75 | Hours @ | $170 | | 65,407.50 |
| Surveyor: | 327.5 | Hours @ | $150 | | 49,125.00 |
| 2-Man Survey Crew: | 18.25 | Hours @ | $210 | | 3,832.50 |
| 1-Man Survey Crew-Prev. Wage: | 5.5 | Hours @ | $150 | | 825.00 |
| 2-Man Survey Crew-Prev. Wage: | 245 | Hours @ | $245 | | 60,025.00 |
| Staff Engineer: | 177.5 | Hours @ | $110 | | 19,525.00 |
| Staff Engineer-Prev. Wage: | 87.5 | Hours @ | $130 | | 11,375.00 |
| Const. Manager: | 91 | Hours @ | $150 | | 13,650.00 |
| Sr. Planner: | 12 | Hours @ | $130 | | 1,560.00 |
| Inspector: | 181.5 | Hours @ | $100 | | 18,150.00 |
| Inspector-Prev. Wage: | 78.5 | Hours @ | $130 | | 10,205.00 |
| Soils Tech.: | 41 | Hours @ | $100 | | 4,100.00 |
| Soils Tech.-Prev. Wage: | 82 | Hours @ | $130 | | 10,660.00 |
| Office Manager: | 48 | Hours @ | $90 | | 4,320.00 |
| Exec. Secretary: | 106.5 | Hours @ | $60 | | 6,390.00 |
| CAL 216 - Relative Compaction | 4 | tests @ | $180 | | $720.00 |
| CAL 521 - Concrete Cylinders | 89 | tests @ | $30 | | $2,670.00 |
| CAL 231 - Use of Nuclear Gauges | 32 | days @ | $32 | | $1,024.00 |
| Mileage: | | | | | |
| Public Works Dept.: | 4610 | miles @ | $0.500 | | $2,305.00 |

| | |
|---|---|
| **Total Amount Due:** | **$317,264.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.



## *City of Beaumont*

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

August 4, 2010                                            **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:     Requisition No. 111 Improvement Fund, Beaumont Utility Authority Variable Rate
Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority
Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment
certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062569

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 111**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date:  August 4, 2010

BEAUMONT UTILITY AUTHORITY

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062570

Schedule I

| | |
|---|---|
| **Requisition No. 111** | **CITY OF BEAUMONT PAYMENT CERTIFICATE** |

**Comprehensive Public Facility Financing Program**

ACCOUNT 6711674106
DESCRIPTION Construction Fund - 2001A

Date August 4, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 104 | Wastewater Enterprise Projects | 145,544.95 |
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 1 | Sewer System Mgmt. Plan | 96,000.00 |
| | **TOTAL** | | **$241,544.95** |

**CITY APPROVALS:**

☑ Finance Director

Date 8-5-10

☑ City Manager

Date 8/5/10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 104
Contract Amount _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $145,544.95 | 2010-141 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$145,544.95** | |

Project Manager _____     Date 6-4-10

LOC4-062572



City of Beaumont
Comprehensive Public Facilities
Financing Program

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-PMI | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,324,162.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $136,287.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $24,650.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $137,430.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $19,550.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $121,550.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $16,320.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $158,125.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $6,120.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $145,544.95 |
| | | | | | | | | | |
| TOTAL | $5,920.00 | $130,630.08 | $363,313.50 | $971,170.00 | $1,610,589.30 | $127,476.41 | $754,917.95 | $505,034.95 | $4,394,822.24 |

Contractor  Urban Logic Consultants, Inc.

City of Beaumont
93-1 Series 2001A

LOC4-062573

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

Page 1 of 1

| INVOICE NO. | |
|---|---|
| | **2010-141** |
| INVOICE DATE | |
| | **08/04/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA  92223**
**Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont Common Sewer Facility Fund through July 30, 2010**

| North Sewer Rehab Ph IV | | | | |
|---|---|---|---|---|
| Sr. Planner: | 7 | Hours @ | $130 | 910.00 |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| **Odor Control - Solids Handling Facility** | | | | |
| Sr. Asso./Eng.: | 36 | Hours @ | $170 | 6,120.00 |
| **Stages V-VIII WWTP Expansion** | | | | |
| Principal: | 36 | Hours @ | $195 | 7,020.00 |
| Sr. Asso./Eng.: | 188 | Hours @ | $170 | 31,960.00 |
| Surveyor: | 137.75 | Hours @ | $150 | 20,662.50 |
| Sr. Planner: | 145 | Hours @ | $130 | 18,850.00 |
| Staff Engineer: | 90 | Hours @ | $110 | 9,900.00 |
| Tech./CADD Specialist: | 137 | Hours @ | $90 | 12,330.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| Exec. Secretary: | 144.5 | Hours @ | $60 | 8,670.00 |
| GS Geiger Group- | | $463.00 | + 15% | 532.45 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 24 | Hours @ | $195 | 4,680.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| **Excess Dirt Removal-Ph. II** | | | | |
| Principal: | 2 | Hours @ | $195 | 390.00 |
| Const. Mgr.: | 4 | Hours @ | $150 | 600.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 14 | Hours @ | $195 | 2,730.00 |
| Sr. Asso./Eng.: | 30 | Hours @ | $170 | 5,100.00 |
| Staff Engineer-Prev. Wage: | 28 | Hours @ | $130 | 3,640.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| Exec. Secretary: | 2 | Hours @ | $60 | 120.00 |
| **WWTP Upgrades** | | | | |
| Principal: | 36 | Hours @ | $195 | 7,020.00 |
| Sr. Asso./Eng.: | 10 | Hours @ | $170 | 1,700.00 |
| Office Mgr.: | 7 | Hours @ | $90 | 630.00 |

| | **Total Amount Due:** | **$145,544.95** |
|---|---|---|

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062574

 **GS Geiger Group**

### COMMERCIAL INVOICE #111406

Jul 15, 2010

Customer

Name    : Kishen Prathivadi
Company : City Of Beaumont
Address : 550 E 6th Street
City    : Beaumont
State   : CA
Pst Code: 92223
Country : United States

Tel    : 951 764 5674
Email  : kprathivadi@urbanlogicgroup.com

| Qty | P/N Description | Item Ea. (USD) | Total Price (USD) |
|-----|-----------------|----------------|-------------------|
| 1 | Gamma-Scout Alert Version (Measures Ionizing Radiation) with User Guide, CD-ROM, USB Cable and Serialized Test Certificate. | 427 | 427 |
| | Shipping - Fed Ex Overnight | | 36 |
| TOTAL | | | 463 |

This invoice has been paid in full and serves as your receipt.

Regards,

Raphael Karunditu
Director Of Sales,
GS Geiger Group

LOC4-062575

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CONTRACTOR CERTIFICATE

Certificate No. _____ 1
Contract Amount _____

| X | SRB/2001A |
|---|---|
| | Sewer Revenue Bond |
| | 1996 SRB Series A |
| | Other _____ |

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Draft Sewer System Management Plan | $96,000.00 | 2010-145 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $96,000.00 | |

Project Manager _____    Date 3/5/10

LOC4-062576

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| | Draft SSMP | | | | | | |
| 1 | $96,000.00 | | | | | | $96,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTAL | $96,000.00 | | | | | | $96,000.00 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount

| | |
|---|---|
| | CFD 93-1, Series 2003A |
| X | Sewer Revenue Bond, Series 2001A |
| | 1996 SRB Series A |
| | Other |

LOC4-062577

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | |
| | **2010-145** |
| INVOICE DATE | |
| | **08/04/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services**

Draft Sewer System Management Plan:　　　　　　　　　　　　96,000.00

| | |
|---|---|
| **Total Amount Due:** | **$96,000.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062578



# City of Beaumont

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

August 31, 2010                                        VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

RE:     Requisition No. 21 Construction Fund, City of Beaumont Community Facilities
        District 93-1, 2005B Special Tax Bonds

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

UFIRIVDA0086399

**CONSTRUCTION FUND**

**REQUISITION NO. 21**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES B**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: August 31, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By

Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit A

| Requisition No. 21 | |
|---|---|

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**
**CFD 93-1, SERIES 2005B**

Comprehensive Public Facility
Financing Program

Date  August 31, 2010

ACCOUNT      Construction Fund
DESCRIPTION  Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California* *Account #242000440* | 15 | Engineering | 66,732.50 |
| | | **TOTAL:** | $66,732.50 |

**CITY APPROVALS:**

☑  Finance Director _____    Date 9/7/10

☑  City Manager _____    Date 9/7/10

Exhibit A

| Requisition No. 21 | | | | |
|---|---|---|---|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2005B**

**Comprehensive Public Facility
Financing Program**

Date  August 31, 2010

ACCOUNT       Construction Fund
DESCRIPTION   Acct. #6711762105

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.
*Credit Union Bank of California*
*Account #2420000440* | 15 | Engineering | 66,732.50 |
| | | **TOTAL:** | **$66,732.50** |

**CITY APPROVALS:**

☑  Finance Director   _L. Wik Clalos_       Date _9/7/10_

☐  City Manager   _____       Date _____

UFIRIVDA0086402

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005B**

## CONTRACTOR CERTIFICATE

Certificate No. _____ 15
Contract Amount _____ $1,302,508.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $66,732.50 | 2010-146 |
| | | | |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$66,732.50** | |

Project Manager _____        Date 7-1-10

UFIRIVDA0086403

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Formation Costs | Engineering | Engineering Reports | | |
| 1 | $50,000.00 | | | | $50,000.00 |
| 2 | | $2,600.00 | | | $2,600.00 |
| 3 | | $2,190.00 | | | $2,190.00 |
| 4 | | $3,640.00 | | | $3,640.00 |
| 5 | | $3,370.00 | | | $3,370.00 |
| 6 | | $29,170.00 | | | $29,170.00 |
| 7 | | | $13,425.00 | | $13,425.00 |
| 8 | | | $12,245.00 | | $12,245.00 |
| 9 | | | $12,685.00 | | $12,685.00 |
| 10 | | | $6,600.00 | | $6,600.00 |
| 11 | | $51,142.50 | | | $51,142.50 |
| 12 | | $312,723.05 | | | $312,723.05 |
| 13 | | $413,842.55 | | | $413,842.55 |
| 14 | | $317,264.00 | | | $317,264.00 |
| 15 | | $66,732.50 | | | $66,732.50 |
| TOTAL | $50,000.00 | $1,202,674.60 | $44,955.00 | | $1,297,629.60 |

Contractor  Urban Logic Consultants, Inc.

Contract Amount   $1,302,508.00

93-I, Series 2005B

UFIRIVDA0086404

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| INVOICE NO. |
|---|
| **2010-146** |
| INVOICE DATE |
| **08/31/10** |
| W.O. DISTRIBUTION |

TO:  **City of Beaumont**
       **550 East Sixth Street**
       **Beaumont, CA  92223**
       **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through August 27, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 8 | Hours @ | $195 | 1,560.00 |
| Project Manager/Engineer: | 80.5 | Hours @ | $170 | 13,685.00 |
| Surveyor: | 72.5 | Hours @ | $150 | 10,875.00 |
| 2-Man Survey Crew: | 4.5 | Hours @ | $210 | 945.00 |
| 2-Man Survey Crew-Prev. Wage: | 43.5 | Hours @ | $245 | 10,657.50 |
| Staff Engineer: | 49 | Hours @ | $110 | 5,390.00 |
| Inspector: | 179 | Hours @ | $100 | 17,900.00 |
| Soils Tech.: | 32 | Hours @ | $100 | 3,200.00 |
| Exec. Secretary: | 42 | Hours @ | $60 | 2,520.00 |

| | |
|---|---|
| **Total Amount Due:** | **$66,732.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

UFIRIVDA0086405



## City of Beaumont

*550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us*

August 31, 2010                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:   Requisition No. 25 Construction Fund, City of Beaumont Community Facilities
District 93-1, 2005C Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates,
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS



LOC4-017821

Exhibit A

| Requisition No. 25 | **CITY OF BEAUMONT**<br>**PAYMENT CERTIFICATE**<br>**CFD 93-1, SERIES 2005C** |
|---|---|

**Comprehensive Public Facility**
**Financing Program**

Date   August 31, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 16 | Engineering | 254,747.00 |
| | | **TOTAL:** | **$254,747.00** |

**CITY APPROVALS:**

☑   Finance Director _____   Date 9/7/10

☑   City Manager _____   Date 9/7/10

LOC4-017822

**CONSTRUCTION FUND**

**REQUISITION NO. 25**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES C**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.      Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.      Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.      None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.      The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.      Payment shall be made from the Construction Fund.

Date:  August 31, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By:
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-017823

Exhibit A

<table>
<tr><td>Requisition<br>No.<br>25</td><td>**CITY OF BEAUMONT**<br>**PAYMENT CERTIFICATE**<br>**CFD 93-1, SERIES 2005C**</td></tr>
</table>

**Comprehensive Public Facility**
**Financing Program**

Date  August 31, 2010

ACCOUNT   Construction Fund
DESCRIPTION   Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|-------|---------------------------|-------------|--------|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 16 | Engineering | 254,747.00 |
| | | **TOTAL:** | **$254,747.00** |

CITY APPROVALS:

☑ Finance Director   _Wink Phal_   Date 9/7/10

☐ City Manager   _____   Date _____

LOC4-017824

City of Beaumont
Comprehensive Public Facilities
Financing Program
CFD 93-1, Series 2005C

### CONTRACTOR CERTIFICATE

Certificate No. _____16_____

Contract Amount _____$1,383,322.00_____

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $254,747.00 | 2010-147 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$254,747.00** | |

Project Manager _____     Date 9 - 1 - 10

LOC4-017825

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Seneca 2 Engineering | Sewer Conn. Chg. Study | Engineering Reports | Engineering | |
| 1 | $2,360.00 | | | | $2,360.00 |
| 2 | $5,310.00 | | | | $5,310.00 |
| 3 | | $35,000.00 | | | $35,000.00 |
| 4 | | | $4,820.00 | | $4,820.00 |
| 5 | | | $5,830.00 | | $5,830.00 |
| 6 | | | $18,710.00 | | $18,710.00 |
| 7 | | | $16,250.00 | | $16,250.00 |
| 8 | | | $11,105.00 | | $11,105.00 |
| 9 | | | $6,915.00 | | $6,915.00 |
| 10 | | | $4,935.00 | | $4,935.00 |
| 11 | | | $8,050.00 | | $8,050.00 |
| 12 | | | $6,760.00 | | $6,760.00 |
| 13 | | | $7,225.00 | | $7,225.00 |
| 14 | | | $9,855.00 | | $9,855.00 |
| 15 | | | $6,915.00 | | $6,915.00 |
| 16 | | | | $254,747.00 | $254,747.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | $7,670.00 | $35,000.00 | $107,370.00 | $254,747.00 | $404,787.00 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount   $1,383,322.00

93-1, Series 2005C

LOC4-017826

# Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-147** |
| INVOICE DATE | **08/31/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through August 27, 2010**

Joint & Critical Facilities

| | | | | |
|---|---:|---|---|---:|
| Principal: | 145 | Hours @ | $195 | 28,275.00 |
| Project Manager/Engineer: | 313.5 | Hours @ | $170 | 53,295.00 |
| Surveyor: | 240.5 | Hours @ | $150 | 36,075.00 |
| 2-Man Survey Crew: | 47.5 | Hours @ | $210 | 9,975.00 |
| 2-Man Survey Crew-Prev. Wage: | 120.5 | Hours @ | $245 | 29,522.50 |
| Staff Engineer: | 157 | Hours @ | $110 | 17,270.00 |
| Staff Engineer-Prev. Wage: | 97 | Hours @ | $130 | 12,610.00 |
| Const. Manager: | 104 | Hours @ | $150 | 15,600.00 |
| Sr. Planner: | 79 | Hours @ | $130 | 10,270.00 |
| Inspector: | 84 | Hours @ | $100 | 8,400.00 |
| Inspector-Prev. Wage: | 84 | Hours @ | $130 | 10,920.00 |
| Soils Tech.: | 42 | Hours @ | $100 | 4,200.00 |
| Soils Tech.-Prev. Wage: | 47 | Hours @ | $130 | 6,110.00 |
| Office Manager: | 44.5 | Hours @ | $90 | 4,005.00 |
| Exec. Secretary: | 98 | Hours @ | $60 | 5,880.00 |

Mileage:

| | | | | |
|---|---:|---|---|---:|
| Public Works Dept.: | 4679 | miles @ | $0.500 | $2,339.50 |

| | |
|---|---:|
| **Total Amount Due:** | **$254,747.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-017827



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

August 31, 2010

**VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4ᵗʰ Floor
Los Angeles, CA 90012

**RE:** **Requisition No. 112 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A. Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 112**

1.      The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust
Company, as trustee (the "Trustee")  pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the
"Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-
captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture,
the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.      The payees, the purposes for which the costs have been incurred, and the amount of the
disbursements requested are itemized on Schedule I hereto.

3.      Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper
charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been
reimbursed previously from the Wastewater Improvement Fund.

4.      There has not been filed with or served upon the City or the Authority a stop notice or any
other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the
money payable to the person(s) named on Schedule I hereto which has not been released or will not be released
simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: August 31, 2010

BEAUMONT UTILITY AUTHORITY

By:

Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062562

Schedule I

Requisition No. 112

**CITY OF BEAUMONT PAYMENT CERTIFICATE**

Comprehensive Public Facility Financing Program

ACCOUNT   6711674106
DESCRIPTION   Construction Fund - 2001A

Date   August 31, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants Credit Union Bank of California Account #2420000440 | 105 | Wastewater Enterprise Projects | 110,095.00 |
| **TOTAL** | | | **$110,095.00** |

CITY APPROVALS:

☑ Finance Director                Date 9/7/10

☑ City Manager                    Date 9/7/10

LOC4-062563

Schedule I

**CITY OF BEAUMONT
PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| Requisition No. 112 |
|---|

| ACCOUNT | 6711674106 |
|---|---|
| DESCRIPTION | Construction Fund - 2001A |

Date  August 31, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants *Credit Union Bank of California Account #2420000440* | 105 | Wastewater Enterprise Projects | 110,095.00 |
| **TOTAL** | | | **$110,095.00** |

**CITY APPROVALS:**

☑ Finance Director _____ *Wink Ghold* _____  Date 9/7/10

☐ City Manager _____  Date _____

LOC4-062564

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 105

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $110,095.00 | 2010-148 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$110,095.00** | |

Project Manager _____     Date 10-1-10

LOC4-062565



**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-PhII | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | Odor Control | Bmt. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $772,125.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $2,324,162.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $11,700.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $141,392.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $6,300.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $161,229.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $18,900.00 | $14,637.50 | $0.00 | $27,745.00 | $29,162.50 | $122,854.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $6,075.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $154,532.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $18,150.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $203,717.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $9,150.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $142,167.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $16,650.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $133,657.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $8,250.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $129,872.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $18,870.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $182,298.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $18,360.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $136,287.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $24,650.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $137,430.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $19,550.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $121,550.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $16,320.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $158,125.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $6,120.00 | $5,220.00 | $72,130.00 | $9,350.00 | $110,464.95 | $145,544.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| | | | | | | | | | |
| **TOTAL** | $4,310.00 | $130,630.08 | $363,673.50 | $971,170.00 | $1,616,629.30 | $132,426.41 | $762,147.95 | $596,159.95 | $4,504,917.24 |

Contractor Urban Logic Consultants, Inc.

*City of Beaumont*
*93-1 Series 2001A*

LOC4-062566

*Page 1 of 1*

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-148** |
| INVOICE DATE | **08/31/10** |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn:  Alan Kapanicas, City Manager**

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City**
**of Beaumont Common Sewer Facility Fund through August 27, 2010**

| | | | | |
|---|---|---|---|---|
| **North Sewer Rehab Ph IV** | | | | |
| Office Mgr.: | 4 | Hours @ | $90 | 360.00 |
| **Stages V-VIII WWTP Expansion** | | | | |
| Principal: | 54 | Hours @ | $195 | 10,530.00 |
| Sr. Asso./Eng.: | 297 | Hours @ | $170 | 50,490.00 |
| Surveyor: | 14.5 | Hours @ | $150 | 2,175.00 |
| Sr. Planner: | 50.5 | Hours @ | $130 | 6,565.00 |
| Staff Engineer: | 50.5 | Hours @ | $110 | 5,555.00 |
| Tech./CADD Specialist: | 114 | Hours @ | $90 | 10,260.00 |
| Office Mgr.: | 21 | Hours @ | $90 | 1,890.00 |
| Exec. Secretary: | 61 | Hours @ | $60 | 3,660.00 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 28 | Hours @ | $195 | 5,460.00 |
| Staff Engineer-Prev. Wage: | 1 | Hours @ | $130 | 130.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |
| **Excess Dirt Removal-Ph. II** | | | | |
| Principal: | 2 | Hours @ | $195 | 390.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 6 | Hours @ | $195 | 1,170.00 |
| Sr. Asso./Eng.: | 3 | Hours @ | $170 | 510.00 |
| Staff Engineer-Prev. Wage: | 9 | Hours @ | $130 | 1,170.00 |
| Sr. Planner: | 12 | Hours @ | $130 | 1,560.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |
| **WWTP Upgrades** | | | | |
| Principal: | 16 | Hours @ | $195 | 3,120.00 |
| Sr. Asso./Eng.: | 21 | Hours @ | $170 | 3,570.00 |
| Office Mgr.: | 6 | Hours @ | $90 | 540.00 |

| | |
|---|---|
| **Total Amount Due:** | **$110,095.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062567



# *City of Beaumont*

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

October 6, 2010                                                    **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

**RE:   Requisition No. 113 Improvement Fund, Beaumont Utility Authority Variable Rate Revenue Bonds, 2001 Series A**

Dear Mr. Boughton:

Please find enclosed the above referenced requisition related to the Beaumont Utility Authority Variable Rate Revenue Bonds, Series 2001A.   Attached to the requisition are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

LOC4-062554

**BEAUMONT UTILITY AUTHORITY**

**VARIABLE RATE REVENUE BONDS, 2001 SERIES A**
**(WASTEWATER ENTERPRISE PROJECT)**

**(Issue Date: August 1, 2001)**

**Requisition of the Authority**
**(Wastewater Improvement Fund)**
**(Section 3.04 of the Indenture)**

**REQUISITION NO. 113**

1.    The Beaumont Utility Authority (the "Authority") hereby requests BNY Western Trust Company, as trustee (the "Trustee") pursuant to that certain Indenture of Trust dated as of August 1, 2001 (the "Indenture") between the Authority and the Trustee, under the terms of which the Authority has issued the above-captioned Bonds, to pay from the moneys in the Wastewater Improvement Fund established pursuant to the Indenture, the amounts shown on Schedule I attached hereto to the parties indicated in Schedule I.

2.    The payees, the purposes for which the costs have been incurred, and the amount of the disbursements requested are itemized on Schedule I hereto.

3.    Each obligation mentioned in Schedule I hereto has been properly incurred and is a proper charge against the Wastewater Improvement Fund.  None of the items for which payment is requested has been reimbursed previously from the Wastewater Improvement Fund.

4.    There has not been filed with or served upon the City or the Authority a stop notice or any other notice of any lien, right to lien or attachment upon, or claim affecting the right to receive payment of, any of the money payable to the person(s) named on Schedule I hereto which has not been released or will not be released simultaneously with the payment of such obligation, other than liens accruing by mere operation of law.

Date: October 6, 2010

BEAUMONT UTILITY AUTHORITY

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Executive Director
Beaumont Utility Authority

LOC4-062555

Schedule I

**CITY OF BEAUMONT**
**PAYMENT CERTIFICATE**

Comprehensive Public Facility
Financing Program

| Requisition No. 113 |
|---|

ACCOUNT   6711674106
DESCRIPTION   Construction Fund - 2001A

Date   October 6, 2010

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants<br>*Credit Union Bank of California*<br>*Account #2420000440* | 106 | Wastewater Enterprise Projects | 84,287.50 |
| **TOTAL** | | | **$84,287.50** |

CITY APPROVALS:

☑ Finance Director            Date 10-7-10

☑ City Manager              Date 10/7/C3

LOC4-062556

City of Beaumont
Comprehensive Public Facilities
Financing Program

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 106 _____

Common Sewer Facility Fund

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Wastewater Enterprise Projects | $84,287.50 | 2010-153 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$84,287.50** | |

Project Manager _____     Date 10-7-10

LOC4-062557

City of Beaumont
Comprehensive Public Facilities
Financing Program

### CERTIFICATE SUMMARY

Wastewater Enterprise Projects

| CERTIFICATE NO. | ACTIVITY | | | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Excess Dirt Removal-PhII | Dowling Orch. Recl. Water | North Sewer Rehab Ph IV | WWTP Exp. Env. | Bent. Mesa Sewer L.S. | San Timoteo Mon. Wells | WWTP Upgrades | Stage V-X WWTP Exp | |
| Bal. Fwd. (01A) | $0.00 | $19,920.00 | $82,223.00 | $0.00 | $1,449,894.30 | $0.00 | $104,474.95 | $552,419.39 | $1,552,037.30 |
| 91 | $0.00 | $16,470.00 | $41,619.50 | $0.00 | $21,825.00 | $0.00 | $35,142.71 | $14,635.00 | $129,692.21 |
| 92 | $0.00 | $7,915.00 | $87,411.50 | $0.00 | $18,492.50 | $0.00 | $23,500.29 | $17,610.00 | $154,929.29 |
| 93 | $0.00 | $11,012.50 | $21,377.00 | $0.00 | $14,657.50 | $0.00 | $27,745.00 | $29,162.50 | $103,954.50 |
| 94 | $0.00 | $9,357.50 | $14,830.00 | $0.00 | $13,152.50 | $0.00 | $38,465.00 | $72,652.50 | $148,457.50 |
| 95 | $0.00 | $3,095.00 | $27,310.00 | $0.00 | $4,335.00 | $0.00 | $124,042.50 | $26,785.00 | $185,567.50 |
| 96 | $0.00 | $6,722.50 | $28,590.00 | $0.00 | $4,650.00 | $0.00 | $83,325.00 | $9,730.00 | $133,017.50 |
| 97 | $0.00 | $16,785.00 | $9,170.00 | $0.00 | $9,337.50 | $0.00 | $52,407.50 | $29,307.50 | $117,007.50 |
| 98 | $0.00 | $25,805.08 | $22,962.50 | $0.00 | $6,575.00 | $0.00 | $38,180.00 | $28,100.00 | $121,622.58 |
| 99 | $0.00 | $2,122.50 | $15,845.00 | $0.00 | $23,975.00 | $26,373.91 | $36,340.00 | $58,772.50 | $163,428.91 |
| 100 | $0.00 | $3,940.00 | $6,590.00 | $0.00 | $24,570.00 | $26,972.50 | $30,085.00 | $25,770.00 | $117,927.50 |
| 101 | $0.00 | $4,775.00 | $1,650.00 | $0.00 | $7,770.00 | $30,820.00 | $48,565.00 | $19,200.00 | $112,780.00 |
| 102 | $1,490.00 | $2,230.00 | $1,440.00 | $0.00 | $2,955.00 | $17,480.00 | $46,090.00 | $30,315.00 | $102,000.00 |
| 103 | $1,440.00 | $480.00 | $1,025.00 | $0.00 | $3,180.00 | $13,700.00 | $57,205.00 | $64,775.00 | $141,805.00 |
| 104 | $990.00 | $0.00 | $1,270.00 | $0.00 | $5,220.00 | $12,130.00 | $9,350.00 | $110,464.95 | $159,424.95 |
| 105 | $390.00 | $0.00 | $360.00 | $0.00 | $6,040.00 | $4,950.00 | $7,230.00 | $91,125.00 | $110,095.00 |
| 106 | $195.00 | $0.00 | $645.00 | $13,220.00 | $4,502.50 | $9,060.00 | $10,440.00 | $46,225.00 | $84,287.50 |
| | | | | | | | | | |
| TOTAL | $4,505.00 | $130,630.08 | $364,318.50 | $13,220.00 | $1,621,131.80 | $141,486.41 | $772,587.95 | $642,384.95 | $3,618,034.74 |

Contractor Urban Logic Consultants, Inc.

City of Beaumont
93-1 Series 2001A

LOC4-062558

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| **INVOICE NO.** | **2010-153** |
| **INVOICE DATE** | **10/06/10** |
| **W.O. DISTRIBUTION** | |

TO:  **City of Beaumont**
     **550 East Sixth Street**
     **Beaumont, CA  92223**
     **Attn: Alan Kapanicas, City Manager**

---

**Billing for Professional Services in Connection with the City
of Beaumont Common Sewer Facility Fund through October 1, 2010**

| | | | | |
|---|---:|---|---|---:|
| **North Sewer Rehab Ph IV** | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |
| Office Mgr.: | 5 | Hours @ | $90 | 450.00 |
| **Stages V-VIII WWTP Expansion** | | | | |
| Principal: | 47 | Hours @ | $195 | 9,165.00 |
| Sr. Asso./Eng.: | 126 | Hours @ | $170 | 21,420.00 |
| Sr. Planner: | 49 | Hours @ | $130 | 6,370.00 |
| Tech./CADD Specialist: | 93 | Hours @ | $90 | 8,370.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |
| **Beaumont Mesa Lift Station** | | | | |
| Principal: | 7 | Hours @ | $195 | 1,365.00 |
| Surveyor: | 12.75 | Hours @ | $150 | 1,912.50 |
| Staff Engineer-Prev. Wage: | 2 | Hours @ | $130 | 260.00 |
| Sr. Planner: | 0.5 | Hours @ | $130 | 65.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |
| **Excess Dirt Removal-Ph. II** | | | | |
| Principal: | 1 | Hours @ | $195 | 195.00 |
| **San Timoteo Monitoring Wells** | | | | |
| Principal: | 24 | Hours @ | $195 | 4,680.00 |
| Sr. Asso./Eng.: | 4.5 | Hours @ | $170 | 765.00 |
| Const. Manager: | 9 | Hours @ | $150 | 1,350.00 |
| Sr. Planner: | 10.5 | Hours @ | $130 | 1,365.00 |
| Office Mgr.: | 10 | Hours @ | $90 | 900.00 |
| **WWTP Upgrades** | | | | |
| Principal: | 28 | Hours @ | $195 | 5,460.00 |
| Sr. Asso./Eng.: | 20 | Hours @ | $170 | 3,400.00 |
| Staff Eng.: | 7 | Hours @ | $110 | 770.00 |
| Office Mgr.: | 9 | Hours @ | $90 | 810.00 |
| **WWTP Exp. - Environmental** | | | | |
| Principal: | 12 | Hours @ | $195 | 2,340.00 |
| Sr. Asso./Eng.: | 64 | Hours @ | $170 | 10,880.00 |

| | |
|---|---:|
| **Total Amount Due:** | **$84,287.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-062559



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

October 6, 2010                                           **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 26 Construction Fund, City of Beaumont Community Facilities District 93-1, 2005C Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

2005 C

**CONSTRUCTION FUND**

**REQUISITION NO. 26**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES C**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: October 6, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-017811

Exhibit A

| Requisition No. 26 | **CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2005C** |
|---|---|

Comprehensive Public Facility
Financing Program

Date  October 6, 2010

ACCOUNT  Construction Fund
DESCRIPTION  Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc. *Credit Union Bank of California Account #2420000440* | 17 | Engineering | 393,508.61 |
| Mike Moreno *(per attached wire instructions)* | 1 | OVP/OVD Sign | 450.00 |
| | | **TOTAL:** | **$393,958.61** |

**CITY APPROVALS:**

☑  Finance Director          Date 10-7-10

☑  City Manager             Date 10/6/10

LOC4-017812

OCT-04-06 WED 01:28 PM   BEAUMONT STATIONERS       FAX NO. 9518453664        P. 01

10/4/06

ATTN: LENORA

FROM: MIKE MORENO
(951) 757-7361

* I HOPE THIS IS ALL THE INFO. YOU NEED.

ADDRESS) WASHINGTON MUTUAL BANK
REDLANDS FINANCIAL CENTER 1299
4 W. REDLANDS BLVD.
REDLANDS CALIF. 92373

ROUTING #) 322271627

ACCT. #) 8762412860

* THANK YOU VERY, VERY MUCH FOR
ALL YOUR HELP LENORA !!

LOC4-017813

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005C**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 17
Contract Amount    $1,383,322.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $393,508.61 | 2010-152 |
| | | | |
| **TOTAL CERTIFICATE INVOICE AMOUNT** | | **$393,508.61** | |

Project Manager _____     Date  10 - 7 - 10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

### CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|
| | Seneca 2 Engineering | Sewer Conn. Chg. Study | Engineering Reports | Engineering | |
| 1 | $2,360.00 | | | | $2,360.00 |
| 2 | $5,310.00 | | | | $5,310.00 |
| 3 | | $35,000.00 | | | $35,000.00 |
| 4 | | | $4,820.00 | | $4,820.00 |
| 5 | | | $5,830.00 | | $5,830.00 |
| 6 | | | $18,710.00 | | $18,710.00 |
| 7 | | | $16,250.00 | | $16,250.00 |
| 8 | | | $11,105.00 | | $11,105.00 |
| 9 | | | $6,915.00 | | $6,915.00 |
| 10 | | | $4,935.00 | | $4,935.00 |
| 11 | | | $8,050.00 | | $8,050.00 |
| 12 | | | $6,760.00 | | $6,760.00 |
| 13 | | | $7,225.00 | | $7,225.00 |
| 14 | | | $9,855.00 | | $9,855.00 |
| 15 | | | $6,915.00 | | $6,915.00 |
| 16 | | | | $254,747.00 | $254,747.00 |
| 17 | | | | $393,508.61 | $393,508.61 |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTAL** | $7,670.00 | $35,000.00 | $107,370.00 | $648,255.61 | $798,295.61 |

Contractor  Urban Logic Consultants, Inc.                         93-1, Series 2005C
Contract Amount   $1,383,322.00

LOC4-017815

# *Urban Logic Consultants*

43517 Ridge Park Drive, Suite 200
Temecula, CA  92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | **2010-152** |
| INVOICE DATE | **10/06/10** |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
    **550 East Sixth Street**
    **Beaumont, CA  92223**
    **Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through October 1, 2010**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 167 | Hours @ | $195 | 32,565.00 |
| Project Manager/Engineer: | 539.75 | Hours @ | $170 | 91,757.50 |
| Surveyor: | 308 | Hours @ | $150 | 46,200.00 |
| 2-Man Survey Crew: | 61 | Hours @ | $210 | 12,810.00 |
| 2-Man Survey Crew-Prev. Wage: | 156.5 | Hours @ | $245 | 38,342.50 |
| Staff Engineer: | 296 | Hours @ | $110 | 32,560.00 |
| Staff Engineer-Prev. Wage: | 158 | Hours @ | $130 | 20,540.00 |
| Const. Manager: | 118 | Hours @ | $150 | 17,700.00 |
| Sr. Planner: | 78.5 | Hours @ | $130 | 10,205.00 |
| Inspector: | 269 | Hours @ | $100 | 26,900.00 |
| Inspector-Prev. Wage: | 94 | Hours @ | $130 | 12,220.00 |
| Soils Tech.: | 79 | Hours @ | $100 | 7,900.00 |
| Soils Tech.-Prev. Wage: | 104 | Hours @ | $130 | 13,520.00 |
| Office Manager: | 67 | Hours @ | $90 | 6,030.00 |
| Exec. Secretary: | 302.5 | Hours @ | $60 | 18,150.00 |
| CAL 216 - Relative Compaction | 7 | tests @ | $180 | $1,260.00 |
| CAL 521 - Concrete Cylinders | 36 | tests @ | $30 | $1,080.00 |
| CAL 231 - Use of Nuclear Gauges | 24 | days @ | $32 | $768.00 |
| Consolidated Reprographics- | | | $368.79  + 15% | $424.11 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 5153 | miles @ | $0.500 | $2,576.50 |

**Total Amount Due:**    **$393,508.61**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-017816



**CONSOLIDATED REPROGRAPHICS**

**INVOICE**

*Digitally Evolved*

| Anaheim (714) 526-0905 | Corona (951) 734-6986 | Corporate Offices (714) 424-2500 | Inland Empire (909) 370-2727 |
|---|---|---|---|
| Irvine Spectrum (949) 296-3080 | Las Vegas (702) 361-0966 | CC Airport (714) 751-2580 | Supply Order Desk (714) 424-8540 (800) 532-8655 |
| On Site Service (714) 424-8545 | Temecula Valley (951) 677-9144 | Tustin (714) 838-2655 | (714) 424-8539 Fax www.consrepro.com |

**NO. 242052**

SOLD TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 35073
URBAN LOGIC
43517 RIDGE PARK DR
SUITE 200
TEMECULA, CA 92590

LANORA        OVP-West

| JOB NAME | | | CARRIER | CLERK | | | DATE/TIME WANTED | | SLOC | ORDER DATE | WO# | DISP | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OVP-WEST | | | Our Vehicle | Chantha Saway | | | 10/05/10 10:30 | 16 | 10/05/10 945168 | | | |
| | | | | | | | INVOICE DATE/TIME | | | 10/05/10 09:05 | | 132 | T |

| QTY NO | | DESCRIPTION | ORDERED | UNIT | UNIT PRICE | INVOICED | | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 16 | 1900 | XEROX LETTER SIZE IMAGES | 1068 | EACH | 0.0676 | 1068 | | 72.20 |
| 16 | 1961.01 | PAPER 8.6X11 WHITE 20LB | 1068 | EACH | 0.0000 | 1068 | | 0.00 |
| 16 | 2500 | COLOR COPIES 8.5X11 | 212 | EACH | 0.5900 | 212 | | 125.08 |
| | | 4 sets of 53 | | | | | | |
| 16 | 2512.01 | LASER COPY PAPER 24LB 8.5X11 | 212 | EACH | 0.0600 | 212 | | 12.72 |
| 16 | 2501 | COLOR COPIES 11X17 | 72 | EACH | 1.5900 | 72 | | 114.48 |
| | | 4 sets of 18 | | | | | | |
| 16 | 2512.02 | LASER COPY PAPER 24LB 11X17 | 72 | EACH | 0.1200 | 72 | | 8.64 |

TERMS:   Net 30 Days
PLEASE REMIT TO: 345 CLINTON STREET, COSTA MESA CA 92626-6011
>Save on shipping cost with iShipdocs: Ship Digitally, Print Locally.<

| | |
|---|---|
| SUB TOTAL | 333.12 |
| FREIGHT | 6.00 |
| TAX | 29.67 |
| **TOTAL** | **388.79** |
| DEPOSIT | 0 |
| TOTAL DUE | 388.79 |

PMJ

ORDER# 424016

CUSTOMER COPY

LOC4-017817

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005C**

**CONTRACTOR CERTIFICATE**

Certificate No.         1
Contract Amount      $450.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Oak Valley Parkway/Oak View Drive Sign | $450.00 | 1244014 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$450.00** | |

Project Manager _____    Date 10-7-10

City of Beaumont
Comprehensive Public Facilities
Financing Program

## CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| | OVP/OVD Sled Sign | | | | | | |
| 1 | $450.00 | | | | | | $450.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTAL** | $450.00 | | | | | | $450.00 |

Contractor  Mike Moreno
Contract Amount        $450.00

93-1, Series 2005C

LOC4-017819

Oct.05.2010  12:46 PM

(MIKE MORENO)
751-757-7361

Hi LENONA,

I SPOKE TO DAVE ABOUT
THIS, CALL IF YOU HAVE ANY
QUESTIONS, THANKS

**INVOICE**    MIKE MORENO    NO. 1244014
DATE 10/5/10    951-757-7361

BILL TO: CITY OF BEAUMONT    SHIP TO: DAVE DILLON %
ADDRESS: 550 E. 6TH ST.    ADDRESS: FAX 1-951-676-2054
CITY, STATE, ZIP: BMNT CA. 92223    CITY, STATE, ZIP:

| CUSTOMER'S ORDER NO. | SALESPERSON | TERMS (EPO) | F.O.B. | DATE SHIPPED 10/3/10 | SHIPPED VIA |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 (1) | 4'X8' S/F MDO PANEL | | |
| 2 | (SLED SIGN) | | |
| 3 | DELIVERED TO INTERSECTION | | |
| 4 | OF OAK VALLEY PARKWAY | | |
| 5 | AND OAK VIEW DRIVE. | | |
| 6 | (PHOTO E-MAILED TO | | |
| 7 | DAVE DILLON 10/3/10) | | |
| 8 | TOTAL | | 950.00 |
| 9 | | | |
| 10 | | | |

RECEIVED BY    TAX
TOTAL 959.50

ORIGINAL

LOC4-017820



# City of Beaumont

*550 E. 6th Street*
*Beaumont, CA 92223*
*(951) 769-8520*
*FAX (951) 769-8526*
*Email: cityhall@ci.beaumont.ca.us*
*www.ci.beaumont.ca.us*

November 4, 2010                                      **VIA FAX (213) 972-5694**

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE:   **Requisition No. 27 Construction Fund, City of Beaumont Community Faciliti**
      **District 93-1, 2005C Special Tax Bonds**

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumon
Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates
contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

**CONSTRUCTION FUND**

**REQUISITION NO. 27**

**CITY OF BEAUMONT**
**COMMUNITY FACILITIES DISTRICT 93-1**
**SPECIAL TAX BONDS, 2005 SERIES C**

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1.   Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2.   Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3.   None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4.   The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5.   Payment shall be made from the Construction Fund.

Date: November 4, 2010

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

LOC4-017805

**Exhibit A**

| Requisition No. 27 |
|---|

**CITY OF BEAUMONT
PAYMENT CERTIFICATE
CFD 93-1, SERIES 2005C**

**Comprehensive Public Facility
Financing Program**

Date  November 4, 2010

ACCOUNT      Construction Fund
DESCRIPTION  Acct. #6711773505

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>*Credit Union Bank of California*<br>*Account #2420000440* | 18 | Engineering | 266,496.50 |
| | | **TOTAL:** | **$266,496.50** |

CITY APPROVALS:

☐  Finance Director _____     Date _____

☑  City Manager _____     Date 11/4/10

LOC4-017806

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**
**CFD 93-1, Series 2005C**

**CONTRACTOR CERTIFICATE**

Certificate No. _____ 18
Contract Amount _____ $1,383,322.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Engineering | $266,496.50 | 2010-158 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | **$266,496.50** | |

Project Manager _____    Date 11-9-10

**City of Beaumont**
**Comprehensive Public Facilities**
**Financing Program**

**CERTIFICATE SUMMARY**

| CERTIFICATE NO. | ACTIVITY | | | | CERTIFICATE TOTAL |
| --- | --- | --- | --- | --- | --- |
| | Seneca 2 Engineering | Sewer Conn. Chg. Study | Engineering Reports | Engineering | |
| 1 | $2,360.00 | | | | $2,360.00 |
| 2 | $5,310.00 | | | | $5,310.00 |
| 3 | | $35,000.00 | | | $35,000.00 |
| 4 | | | $4,820.00 | | $4,820.00 |
| 5 | | | $5,830.00 | | $5,830.00 |
| 6 | | | $18,710.00 | | $18,710.00 |
| 7 | | | $16,250.00 | | $16,250.00 |
| 8 | | | $11,105.00 | | $11,105.00 |
| 9 | | | $6,915.00 | | $6,915.00 |
| 10 | | | $4,935.00 | | $4,935.00 |
| 11 | | | $8,050.00 | | $8,050.00 |
| 12 | | | $6,760.00 | | $6,760.00 |
| 13 | | | $7,225.00 | | $7,225.00 |
| 14 | | | $9,855.00 | | $9,855.00 |
| 15 | | | $6,915.00 | | $6,915.00 |
| 16 | | | | $254,747.00 | $254,747.00 |
| 17 | | | | $393,508.61 | $393,508.61 |
| 18 | | | | $266,496.50 | $266,496.50 |
| **TOTAL** | **$7,670.00** | **$35,000.00** | **$107,370.00** | **$914,752.11** | **$1,064,792.11** |

Contractor  Urban Logic Consultants, Inc.

Contract Amount   $1,383,322.00

CFD 93-1, Series 2005C

LOC4-017808

# *Urban Logic Consultants*

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA  92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | **2010-158** |
| INVOICE DATE | **11/04/10** |
| W.O. DISTRIBUTION | |

TO:  **City of Beaumont**
      **550 East Sixth Street**
      **Beaumont, CA  92223**
      **Attn:  Alan Kapanicas, City Manager**

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through October 29, 2010**

<u>Joint & Critical Facilities</u>

| | | | | |
|---|---|---|---|---|
| Principal: | 144 | Hours @ | $195 | 28,080.00 |
| Project Manager/Engineer: | 308.5 | Hours @ | $170 | 52,445.00 |
| Surveyor: | 181.75 | Hours @ | $150 | 27,262.50 |
| 2-Man Survey Crew: | 33 | Hours @ | $210 | 6,930.00 |
| 1-Man Survey Crew-Prev. Wage: | 4 | Hours @ | $150 | 600.00 |
| 2-Man Survey Crew-Prev. Wage: | 132 | Hours @ | $245 | 32,340.00 |
| Staff Engineer: | 143 | Hours @ | $110 | 15,730.00 |
| Staff Engineer-Prev. Wage: | 103 | Hours @ | $130 | 13,390.00 |
| Const. Manager: | 100 | Hours @ | $150 | 15,000.00 |
| Sr. Planner: | 59 | Hours @ | $130 | 7,670.00 |
| Inspector: | 261 | Hours @ | $100 | 26,100.00 |
| Inspector-Prev. Wage: | 27 | Hours @ | $130 | 3,510.00 |
| Soils Tech.: | 113 | Hours @ | $100 | 11,300.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $130 | 5,850.00 |
| Office Manager: | 52 | Hours @ | $90 | 4,680.00 |
| Exec. Secretary: | 205.5 | Hours @ | $60 | 12,330.00 |
| CAL 216 - Relative Compaction | 2 | tests @ | $180 | $360.00 |
| CAL 521 - Concrete Cylinders | 4 | tests @ | $30 | $120.00 |
| CAL 231 - Use of Nuclear Gauges | 13 | days @ | $32 | $416.00 |
| Mileage: | | | | |
| Public Works Dept.: | 4766 | miles @ | $0.500 | $2,383.00 |

| | |
|---|---|
| **Total Amount Due:** | **$266,496.50** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-017809