# EXHIBIT J

## SUPPLEMENT NO. 23
## PROFESSIONAL SERVICES AGREEMENT
## NOTICE OF AUTHORIZATION

| | |
|---|---|
| Date: | January 19, 1998 |
| Project: | Beaumont Bicycle and Pedestrian Facilities |
| Description of Work: | Additional Services |
| Budget: | Time and materials not to exceed $650.00 |
| Consultant: | Urban Logic Consultants |
| | _____ |
| | David W. Dillon, Principal |
| Client: | City of Beaumont |
| | _____ |
| | Alan C. Kapanicas, City Manager |
| Brief Description of Scope of Services: | Investigation of case filed against JHRI regarding non compliance with prevailing wage requirements and stop notices filed by subcontractors. |

LOC4-026042



# Urban Logic Consultants

Planning, Municipal Services,
Public Works, Environmental Management

January 18, 2002

Mr. Alan C. Kapanicas, City Manager
City of Beaumont
550 East Sixth Street
Beaumont, CA 92223

Subject: **Proposal to Provide Professional Services for an Investigation and Materials Report for Magnolia Avenue, Beaumont, California**

Dear Mr. Kapanicas:

In response to your request, Urban Logic Consultants (ULC) is pleased to submit this proposal to the City of Beaumont to provide engineering services for an investigation and materials report for Magnolia Avenue in the City of Beaumont.

ULC shall provide engineering services to investigate the potential damage to Magnolia Avenue due to the existing waterline breakage that occurred on January 16, 2002. Services include preparing a materials report to identify the extent of the damaged area with recommendations for repair and or replacement.

ULC proposes to do this work for a not-to-exceed amount of $11,280.00. If this is agreeable to you, please sign and return one copy to our office. Thank you.

Sincerely,
**URBAN LOGIC CONSULTANTS, INC.**

*[signature]*
Deepak Moorjani, P.E.
Principal

Agreed to by:
**CITY OF BEAUMONT**

*[signature]* by *[initials]* 1/18/02
Alan C. Kapanicas, City Manager

43517 Ridge Park Drive, Suite 200 · Temecula, California 92590
Tel.: (909) 676 - 1944 · Fax: (909) 676 - 2054

LOC4-030989

Page 1 of 1

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(909) 676-1944

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

| INVOICE NO. |
| --- |
| 2002-136 |
| INVOICE DATE |
| 02/07/02 |
| W.O. DISTRIBUTION |

**Billing for Engineering Services:**

| | |
| --- | --- |
| Investigation and Materials Report for potential damage to Magnolia Avenue due to Waterline breakage: | $11,280.00 |
| **Total Amount Due:** | **$11,280.00** |

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-030986

Track + let
Alan K. know
when we reach
$5000-

LOC4-030990



**Urban Logic Consultants**

Planning, Municipal Services,
Public Works, Environmental Management

January 18, 2002

Mr. Alan C. Kapanicas, City Manager
City of Beaumont
550 East Sixth Street
Beaumont, CA 92223

Subject: **Proposal to Provide Professional Services for an Investigation and Materials Report for Magnolia Avenue, Beaumont, California**

Dear Mr. Kapanicas:

In response to your request, Urban Logic Consultants (ULC) is pleased to submit this proposal to the City of Beaumont to provide engineering services for an investigation and materials report for Magnolia Avenue in the City of Beaumont.

ULC shall provide engineering services to investigate the potential damage to Magnolia Avenue due to the existing waterline breakage that occurred on January 16, 2002. Services include preparing a materials report to identify the extent of the damaged area with recommendations for repair and or replacement.

ULC proposes to do this work for a not-to-exceed amount of $11,280.00. If this is agreeable to you, please sign and return one copy to our office. Thank you.

Sincerely,
**URBAN LOGIC CONSULTANTS, INC.**

Deepak Moorjani, P.E.
Principal

Agreed to by:
**CITY OF BEAUMONT**

_____
Alan C. Kapanicas, City Manager

43517 Ridge Park Drive, Suite 200 · Temecula, California 92590
Tel.: (909) 676 - 1944 · Fax: (909) 676 - 2054

LOC4-030991

Scope of Services

ULC shall provide engineering services to investigate the potential damage to Magnolia Ave. due to the existing waterline breakage that occurred on January 16, 2002. Services include preparing a material report identifying the extent of the damaged area with recommendations for repair and/or replacement.

$11,280.—

LOC4-030992