# EXHIBIT K

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA 92223**

Page: 1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 00000000000033941 | 02/10/2011 | EFT000533 | |
| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
| 00000000000066537 | 2011-111 | 02/10/2011 | $385,208.24 | $385,208.24 | $0.00 | $0.00 | $385,208.24 |
| 00000000000066538 | 2011-110 | 02/10/2011 | $2,385.00 | $2,385.00 | $0.00 | $0.00 | $2,385.00 |
| 00000000000066539 | 2011-109 | 02/10/2011 | $93,996.03 | $93,996.03 | $0.00 | $0.00 | $93,996.03 |
| | | | $481,589.27 | $481,589.27 | $0.00 | $0.00 | $481,589.27 |

HEMMING
MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

AA

LOC4-074474

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

TO: **City of Beaumont**
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

35-9350-4060-2102

| | | | |
|---|---|---|---|
| Page 1 of 1 | | | |
| INVOICE NO. | | | |
| **2011-111** | | | |
| INVOICE DATE | | | |
| **02/03/11** | | | |
| W.O. DISTRIBUTION | | | |

Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through January 28, 2011

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 130.00 | hours @ | $195.00 | $25,350.00 |
| Sr. Asso./Eng.: | 856.50 | hours @ | $170.00 | $145,605.00 |
| Surveyor: | 53.00 | hours @ | $150.00 | $7,950.00 |
| Sr. Planner: | 36.50 | hours @ | $130.00 | $4,745.00 |
| Sr. Designer II: | 1100.00 | hours @ | $130.00 | $143,000.00 |
| Staff Engineer: | 45.5 | Hours @ | $110 | 5,005.00 |
| Inspector: | 12.0 | hours @ | $100 | 1,200.00 |
| Inspector -Prev. Wage: | 71.0 | hours @ | $130 | 9,230.00 |
| Soils Tech.: | 2.0 | hours @ | $100 | 200.00 |
| Soils Tech.-Prev. Wage: | 10 | Hours @ | $130 | 1,300.00 |
| Office Mgr.: | 17.00 | hours @ | $90.00 | $1,530.00 |
| Exec. Secretary: | 15.0 | hours @ | $60 | 900.00 |
| C.H.J. Inc.- | $21,652.28 | +15% | | $24,900.12 |
| C.H.J. Inc.- | $6,780.00 | +15% | | $7,797.00 |
| C.H.J. Inc.- | $5,648.80 | +15% | | $6,496.12 |

| | |
|---|---:|
| CIP Budget: | $7,968,000.00 |
| Previously Invoiced: | $1,656,669.51 |
| Current Invoice: | $360,498.24 |
| Balance Remaining: | $5,950,832.25 |

**Total Amount Due:** $385,208.24

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-074476



## C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243 1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

**TERMS: DUE UPON RECEIPT**       **INVOICE**

| INVOICE DATE | INVOICE NO |
|---|---|
| 1/19/2011 | 84179 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

December 16, 2010 through January 15, 2011
Services include finalization of Geotechnical Design Report dated December 30, 2010

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 9 | Hours – Senior Geologist | 140.00 | 1,260.00 |
| 49 | Hours – Project Engineer | 140.00 | 6,860.00 |
| 4 | Hours – Project Geologist | 140.00 | 560.00 |
| 100 | Hours – Senior Staff Engineer | 104.00 | 10,400.00 |
| 5 | Hours – Drafting/CAD Operator | 75.00 | 375.00 |
| 19 | Hours – Word Processing/Clerical | 60.00 | 1,140.00 |
| 1 | Outside Laboratory – Schiff Associates, Inc | 557.28 | 557.28 |
| 2 | Consolidation Test | 250.00 | 500.00 |

**TOTAL AMOUNT    21,652.28**

### Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.



## C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | INVOICE | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 1/19/2011 | 84180 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

December 16, 2010 through January 15, 2011
Services include finalization of remaining Wall Type Selection Letter, San Timoteo Creek Bridge Type Selection Letter, San Timoteo Creek Bridge Foundation Report, Potrero Blvd. Overcrossing Bridge Foundation Report

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 7 | Hours - Senior Geologist | 140.00 | 980.00 |
| 20 | Hours - Project Engineer | 140.00 | 2,800.00 |
| 13 | Hours - Project Geologist | 140.00 | 1,820.00 |
| 2 | Hours - Staff Geologist | 104.00 | 208.00 |
| 3 | Hours - Senior Staff Engineer | 104.00 | 312.00 |
| 11 | Hours - Word Processing/Clerical | 60.00 | 660.00 |

**TOTAL AMOUNT** **6,780.00**

### Remit to: CHJ, Incorporated P.O. Box 231 Colton, CA 92324-0231

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074478



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243 0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

| TERMS: DUE UPON RECEIPT | INVOICE | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 1/19/2011 | 84181 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
State Route 60 Potrero Bridge
Site, Beaumont
Fault Investigation

| ACCOUNT NO | PO NUMBER | JOB NUMBER | ORDERED BY: | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-8- | Kishen Prathivadi | 1 |

December 16, 2010 through January 15, 2011
Services include coordination with CALTRANS and Mark Thomas & Company and revision/finalization of Fault Rupture Hazard Report

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 2 | Hours - Project Geologist | 140.00 | 280.00 |
| 1 | Outside Services - Larry Jacinto Construction | 5368.80 | 5,368.80 |

**TOTAL AMOUNT**    **5,648.80**

**Remit to: CHJ, Incorporated P.O. Box 231 Colton, CA 92324-0231**

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074479

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page: 1

| Vendor ID | Vendor Name | Check Name | | Payment Number | Check Date | Check Number | | |
|---|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | | 00000000000034251 | 03/10/2011 | EFT000541 | | |
| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net | |
| 00000000000067125 | 2011-119 | 03/10/2011 | $38,780.00 | $38,780.00 | $0.00 | $0.00 | $38,780.00 | |
| 00000000000067126 | 2011-120 | 03/10/2011 | $263,533.50 | $263,533.50 | $0.00 | $0.00 | $263,533.50 | |
| 00000000000067127 | 2011-117 | 03/10/2011 | $10,730.00 | $10,730.00 | $0.00 | $0.00 | $10,730.00 | |
| 00000000000067128 | 2011-118 | 03/10/2011 | $10,320.00 | $10,320.00 | $0.00 | $0.00 | $10,320.00 | |
| 00000000000067129 | 2011-121 | 03/10/2011 | $4,700.00 | $4,700.00 | $0.00 | $0.00 | $4,700.00 | |
| 00000000000067130 | 2011-122 | 03/10/2011 | $4,562.50 | $4,562.50 | $0.00 | $0.00 | $4,562.50 | |
| 00000000000067131 | 2011-116 | 03/10/2011 | $9,237.09 | $9,237.09 | $0.00 | $0.00 | $9,237.09 | |
| | | | $341,863.09 | $341,863.09 | $0.00 | $0.00 | $341,863.09 | |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

*[signature: BB]*

LOC4-074529

RptBatchSumViewForm                                                                 Page 1 of 1

**CitiBusiness Online**                                              **Report Date:**   03/10/2011
**City of Beaumont**                                                 **Report Time:**   03:53:42 PM

**Batch Summary Report by ID Number**

| | | | | |
|---|---|---|---|---|
| **Company Name:** | City Of Beaumont | **Effective Date:** | 03/11/2011 |
| **ACH ID:** | 6956000676 | **Batch Sequence:** | 1 |
| **Application Name:** | Validator | **Database Name:** | Validator |
| **Batch Status:** | Released | **Confirm No.:** | 1006529 |
| **Status Message:** | Approved. | | |

| Name | ID Number | Amount | D/C | Bank ID | Account # | Acct Type | Authorization No. | Authorization Time Stamp | Trace # |
|---|---|---|---|---|---|---|---|---|---|
| STEVE MOORE COMMUNICAT | STE002 | $2,837.50 | C | 121000358 | 11986-67810 | C | | | |
| URBAN LOGIC CONSULTANT | URBA002 | $341,863.09 | C | 122000496 | 2420000440 | C | | | |
| OFFST CITY OF BEAUMONT | 000001OFFSET | $344,700.59 | D | 321171184 | 3674058965 | C | 1 | 03/10/2011 15:52 | |

| | Total Amount in Batch | Total Count in Batch |
|---|---|---|
| Debits | $344,700.59 | 1 |
| Credits | $344,700.59 | 2 |
| Prenotes | $0.00 | 0 |

| | Grand Total Amount | Grand Total Count |
|---|---|---|
| Debits | $344,700.59 | 1 |
| Credits | $344,700.59 | 2 |
| Prenotes | $0.00 | 0 |

# Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
Attn: Alan Kapanicas, City Manager

| | | |
|---|---|---|
| INVOICE NO. | | 2011-120 |
| INVOICE DATE | | 03/03/11 |
| W.O. DISTRIBUTION | | |

Billing for Professional Services in connection with the
Potrero Blvd./S.R. 60 Interchange through February 25, 2011

| | | | | |
|---|---:|---|---:|---:|
| Principal: | 24.00 | hours @ | $195.00 | $4,680.00 |
| Sr. Asso./Eng.: | 545.00 | hours @ | $170.00 | $92,650.00 |
| Sr. Planner: | 12.00 | hours @ | $130.00 | $1,560.00 |
| Sr. Designer II: | 1181.00 | hours @ | $130.00 | $153,530.00 |
| Staff Engineer: | 26.00 | Hours @ | $110 | 2,860.00 |
| Office Mgr.: | 19.00 | hours @ | $90.00 | $1,710.00 |
| C.H.J. Inc.- | | $5,690.00 | +15% | $6,543.50 |

| | |
|---|---:|
| CIP Budget: | $7,968,000.00 |
| Previously Invoiced: | $2,017,167.75 |
| Current Invoice: | $263,533.50 |
| Balance Remaining: | $5,687,298.75 |

35-9350 4000-2102     **Total Amount Due:** $263,533.50

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-074531



**C.H.J. Incorporated**

1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

 

| | | 2/21/2011 | 84349 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| URBA03 | | 10451-3 | Kishen Prathivad | | 1 |

January 16 through February 15, 2011
Services Include:
Response to CALTRANS review comments and coordination with Mark Thomas & Company
Preparation and submittal of Geotechnical Design Report and Materials Report

| | | | | |
|---|---|---|---|---|
| 3 | Hours - Senior Geologist | | 140.00 | 420.00 |
| 24 | Hours - Project Engineer | | 140.00 | 3,360.00 |
| 10 | Hours - Senior Staff Engineer | | 104.00 | 1,040.00 |
| 2 | Hours - Drafting/CAD Operator | | 75.00 | 150.00 |
| 12 | Hours - Word Processing/Clerical | | 60.00 | 720.00 |

**TOTAL AMOUNT**  **5,690.00**

**Remit to: CHJ, Incorporated P.O. Box 231 Colton, CA 92324-0231**

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074539

7/7/11

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA   92223**

Page:   1

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number |
|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | 00000000000035872 | 07/22/2011 | EFT000584 |

| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
|---|---|---|---|---|---|---|---|
| 00000000000070040 | 2011-152 | 06/30/2011 | $4,512.00 | $4,512.00 | $0.00 | $0.00 | $4,512.00 |
| 00000000000070041 | 2011-153 | 06/30/2011 | $4,070.00 | $4,070.00 | $0.00 | $0.00 | $4,070.00 |
| 00000000000070042 | 2011-154 | 06/30/2011 | $58,420.00 | $58,420.00 | $0.00 | $0.00 | $58,420.00 |
| 00000000000070043 | 2011-155 | 06/30/2011 | $253,249.87 | $253,249.87 | $0.00 | $0.00 | $253,249.87 |
| 00000000000070044 | 2011-156 | 06/30/2011 | $24,809.50 | $24,809.50 | $0.00 | $0.00 | $24,809.50 |
| 00000000000070045 | 2011-157 | 06/30/2011 | $13,741.00 | $13,741.00 | $0.00 | $0.00 | $13,741.00 |
|  |  |  | $358,802.37 | $358,802.37 | $0.00 | $0.00 | $358,802.37 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

F F

LOC4-074257

## Urban Logic Consultants

43517 Ridge Park Drive, Suite 200  
Temecula, CA 92590  
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | 2011-155 |
| INVOICE DATE | 07/07/11 |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**  
550 East Sixth Street  
Beaumont, CA 92223  
Attn: Alan Kapanicas, City Manager

Billing for Professional Services in connection with the  
Potrero Blvd./S.R. 60 Interchange through July 1, 2011

| | | | | | |
|---|---|---|---|---|---|
| Principal: | 86.50 | hours @ | $195.00 | | $16,867.50 |
| Sr. Asso./Eng.: | 574.00 | hours @ | $170.00 | | $97,580.00 |
| Surveyor: | 43.00 | hours @ | $150.00 | | $6,450.00 |
| Sr. Planner: | 36.50 | hours @ | $130.00 | | $4,745.00 |
| Sr. Designer II: | 775.00 | hours @ | $130.00 | | $100,750.00 |
| Associate Eng.: | 22.50 | hours @ | $125.00 | | $2,812.50 |
| Staff Eng.: | 6.00 | hours @ | $110.00 | | $660.00 |
| Office Mgr.: | 21.00 | hours @ | $90.00 | | $1,890.00 |
| | ARC- | $3,100.19 | + 15% | | $3,565.22 |
| | C.H.J.- | $7,236.00 | + 15% | | $8,321.40 |
| | C.H.J.- | $2,940.00 | + 15% | | $3,381.00 |
| | Iapping- | $5,415.00 | + 15% | | $6,227.25 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $2,942,603.75 |
| Current Invoice: | $253,249.87 |
| Balance Remaining: | $3,804,146.38 |

35-9350-4060-2102

·unt Due: $253,249.87

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.  
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-074261

**ARC**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
Phone: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6048652 |
| INVOICE DATE | 05/02/11 |
| WORK ORDER# | F1420181 |

**SOLD TO:**
Cust# 86528
MTS ENGINEERS, INC
1960 ZANKER ROAD
SAN JOSE, CA 95112

**SHIP TO:**
Cust# 31
ATTN: MTS / MADONNA
WILL CALL/WAITER - CORPORATE
345 CLINTON ST.
COSTA MESA, CA 92626

DUE: 05/02/11 at 01:00PM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | | |
|---|---|---|---|---|---|
| MADONNA/MTS ENGINEERS, INC | (949) 477-9000 | | Lorraine Labellarte | | |
| JOB# | JOB NAME | | BILLER | | LOC |
| 651 POTERO | | | Kevin Oermann | | 01 |

| | DESCRIPTION | | | | | | |
|---|---|---|---|---|---|---|---|
| 6121.24 | C/C SCAN PDF/TIFF 8.5X11 | 330 | 1 | 330 | EA | | 495.00 |
| 2511.40 | FIERY DOCUMENT SET-UP | 1 | 1 | 1 | EA | | 6.00 |
| 2516 | 1ST PAGE FIERY 8.5X11 | 330 | 1 | 330 | MX1 | | 330.00 |
| 2517 | FIERY 8.5X11 | 330 | 12 | 3960 | EACH | | 1980.00 |
| 1925.3 | XEROX ACETATE 8.5X11 | 1 | 12 | 12 | EA | | 15.00 |
| 1950.12 | GBC 7/8" | 1 | 12 | 12 | EACH | | 30.60 |
| 1917 | 80# UNCOATED COVER 8.5X11 | 1 | 12 | 12 | EA | | 1.80 |

Vendor # _____ Month May
Accounts # __ 55-10114-100-099

Route to _____ Approved _____

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 2858.40 | -7.65 | 249.44 | 3100.19 | | 3100.19 |

Invoices undisputed for 45 days are final.
528244

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626
B

LOC4-074262



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ♦ Phone (909) 824-7210 ♦ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ♦ Phone (760) 243-0506 ♦ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ♦ Phone (760) 772-8234 ♦ Fax (909) 824-7209

TERMS DUE UPON RECEIPT     INVOICE

| INVOICE DATE | INVOICE NO. |
|---|---|
| 6/20/2011 | 85037 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT | P.O. NUMBER | JOB # | BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

May 16 through June 15, 2011
Services Include:
1) Meetings, teleconferences with Mark Thomas & Co. regarding Potrero OC and San Timoteo Bridge foundation reports
2) Preparation and submittal of revised Potrero OC foundation report in response to CALTRANS review comments

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 2 | Hours - Senior Geologist | 140.00 | 280.00 |
| 19 | Hours - Project Engineer | 140.00 | 2,660.00 |
| 39 | Hours - Senior Staff Engineer | 104.00 | 4,056.00 |
| 4 | Hours - Word Processing/Clerical | 60.00 | 240.00 |

**TOTAL AMOUNT    7,236.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231**

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074263



**C.H.J. Incorporated**
1355 E. Cooley Drive, Colton, CA 92324 • Phone (909) 824-7210 • Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 • Phone (760) 243-0506 • Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 • Phone (760) 772-8234 • Fax (909) 824-7209

  

| INVOICE DATE | INVOICE NO. |
|---|---|
| 6/20/2011 | 85036 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| URBA03 | 10451-3 | Kishen Prathivad | 1 |
|---|---|---|---|

May 16 through June 15, 2011
Services include: revisions to Geotechnical design and materials reports in response to CALTRANS review comments

| | | | |
|---|---|---|---|
| 17 | Hours - Project Engineer | 140.00 | 2,380.00 |
| 4 | Hours - Project Geologist | 140.00 | 560.00 |

**TOTAL AMOUNT**   **2,940.00**

**Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231**

**Please Note:**  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074264

Jul. 6. 2011  3:14PM    DENNIS                                       No. 1151   P. 1



**VERTICAL MAPPING RESOURCES, INC**
15169 North Scottsdale Road
Building C, Suite 320
Scottsdale, AZ 85254
Phone: 480.948.2555
Fax: 480.948.2521
Web: www.verticalmapping.com

# Invoice

| Date | Invoice # |
|---|---|
| 6/10/2011 | INV-11-2018 |

**Bill To**
Dennis Janda, Inc.
42164 Remington Avenue
Temecula, CA 92592

| Client Project # | Terms | Ship Date | Ship Via | VMR Project Code | |
|---|---|---|---|---|---|
| 4th Street | Net 30 | 6/10/2011 | FTP | 11-1574 - 4th Street | |
| Description | | | Qty | Rate | Amount |
| Aerial Photography at 1"=300' Photo Scale (7 B/W Exposures) | | | 1 | 1,100.00 | 1,100.00 |
| Precision Scanning at 14 Microns | | | 1 | 105.00 | 105.00 |
| Aerotriangulation Utilizing ISAT Software | | | 1 | 455.00 | 455.00 |
| Delivery of 1"=40' Topographic Mapping (DTM & 1' Contours) in AutoCAD Format. | | | 1 | 3,755.00 | 3,755.00 |

JUN 16 2011

| Thank you from everyone at Vertical Mapping Resources! | Total | $5,415.00 |
|---|---|---|
| | Payments/Credits | $0.00 |
| | **Balance Due** | **$5,415.00** |

ULC-11-010

LOC4-074265

8/8/11

Page: 1

**City Of Beaumont**
**550 EAST 6TH STREET**
**BEAUMONT CA 92223**

| Vendor ID | Vendor Name | Check Name | Payment Number | Check Date | Check Number | | |
|---|---|---|---|---|---|---|---|
| URBA002 | URBAN LOGIC CONSULTANTS | URBAN LOGIC CONSULTANTS | 00000000000036338 | 08/18/2011 | EFT000600 | | |
| Our Voucher Number | Your Voucher Number | Date | Amount | Amount Paid | Discount | Writeoff | Net |
| 00000000000070836 | 2011-160 | 08/18/2011 | $29,881.00 | $29,881.00 | $0.00 | $0.00 | $29,881.00 |
| 00000000000070837 | 2011-161 | 08/18/2011 | $2,960.00 | $2,960.00 | $0.00 | $0.00 | $2,960.00 |
| 00000000000070838 | 2011-162 | 08/18/2011 | $49,185.00 | $49,185.00 | $0.00 | $0.00 | $49,185.00 |
| 00000000000070839 | 2011-163 | 08/18/2011 | $340,237.22 | $340,237.22 | $0.00 | $0.00 | $340,237.22 |
| 00000000000070840 | 2011-164 | 08/18/2011 | $17,570.00 | $17,570.00 | $0.00 | $0.00 | $17,570.00 |
| 00000000000070841 | 2011-165 | 08/18/2011 | $8,201.50 | $8,201.50 | $0.00 | $0.00 | $8,201.50 |
| | | | $448,034.72 | $448,034.72 | $0.00 | $0.00 | $448,034.72 |

HEMMING MORSE, LLP
CERTIFIED PUBLIC ACCOUNTANTS
AND FORENSIC CONSULTANTS

GG

LOC4-074270

## Urban Logic Consultants

*43517 Ridge Park Drive, Suite 200*
*Temecula, CA 92590*
*(951) 676-1944*

| | |
|---|---|
| INVOICE NO. | 2011-163 |
| INVOICE DATE | 08/08/11 |
| W.O. DISTRIBUTION | |

TO: **City of Beaumont**
**550 East Sixth Street**
**Beaumont, CA 92223**
**Attn: Alan Kapanicas, City Manager**

**Billing for Professional Services in connection with the Potrero Blvd./S.R. 60 Interchange through July 29, 2011**

| | | | | |
|---|---|---|---|---|
| Principal: | 136.50 | hours @ | $195.00 | $26,617.50 |
| Sr. Asso./Eng.: | 788.50 | hours @ | $170.00 | $134,045.00 |
| Surveyor: | 164.25 | hours @ | $150.00 | $24,637.50 |
| 2-Man Survey Crew-Prev. Wage: | 11.50 | hours @ | $257.25 | $2,958.38 |
| Sr. Planner: | 9.50 | hours @ | $130.00 | $1,235.00 |
| Sr. Designer II: | 847.00 | hours @ | $130.00 | $110,110.00 |
| Const. Manager: | 3.00 | hours @ | $150.00 | $450.00 |
| Staff Eng.: | 45.00 | hours @ | $110.00 | $4,950.00 |
| Inspector: | 5.00 | hours @ | $100.00 | $500.00 |
| Plan Checker: | 28.00 | hours @ | $100.00 | $2,800.00 |
| Office Mgr.: | 11.00 | hours @ | $90.00 | $990.00 |
| C.H.J.- | | $8,031.69 | + 15% | $9,236.44 |
| C.H.J.- | | $18,876.00 | + 15% | $21,707.40 |

| | |
|---|---|
| CIP Budget: | $7,000,000.00 |
| Previously Invoiced: | $3,195,853.62 |
| Current Invoice: | $340,237.22 |
| Balance Remaining: | $3,463,909.16 |

35-9350-4000-2102

Amount Due: $340,237.22

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE. A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

LOC4-074276



| TERMS: DUE UPON RECEIPT | INVOICE | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| | | 7/19/2011 | 85221 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Overcrossing
State Route 60
Bridge Foundation Reports

| ACCOUNT NO | PO NUMBER | CHJ JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10452-3 | Kishen Prathivad | 1 |

June 16 through July 15, 2011
Services include drilling and traffic control for two additional rotary wash borings at the San Timoteo Creek Bridge. Outside drilling and traffic control services are invoiced at cost. Other labor and laboratory testing costs are waived for this invoice.

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 8.5 | Hours - Project Engineer - No Charge | 0.00 | 0.00 |
| 2 | Hours - Senior Geologist - No Charge | 0.00 | 0.00 |
| 23 | Hours - Senior Staff Engineer - No Charge | 0.00 | 0.00 |
| 21 | Hours - Staff Geologist - No Charge | 0.00 | 0.00 |
| 2 | Hours - Drafting/CAD Operator - No Charge | 0.00 | 0.00 |
| 1 | Outside Services - Traffic Control Service | 2478.69 | 2,478.69 |
| 1 | Outside Services - So Cal Drilling Co. | 5553.00 | 5,553.00 |
| 7 | SA Fine Washed on #200 Sieve - No Charge | 0.00 | 0.00 |
| 14 | Soils Materials Finer Than #200 Sieve by Washing - No Charge | 0.00 | 0.00 |

**TOTAL AMOUNT**     8,031.69

### Remit to: CHJ, Incorporated P.O. Box 231 Colton, CA 92324-0231

Please Note: Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date. The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074277



# C.H.J. Incorporated

1355 E. Cooley Drive, Colton, CA 92324 ♦ Phone (909) 824-7210 ♦ Fax (909) 824-7209
15345 Anacapa Road, Suite D, Victorville, CA 92392 ♦ Phone (760) 243-0506 ♦ Fax (760) 243-1225
77-564A Country Club Drive, Suite 122, Palm Desert, CA 92211 ♦ Phone (760) 772-8234 ♦ Fax (909) 824-7209

**TERMS: DUE UPON RECEIPT**  **INVOICE**

| INVOICE DATE | INVOICE NO |
|---|---|
| 7/19/2011 | 85220 |

**Client**
Urban Logic Consultants, Inc.
Attn: Kishen Prathivadi
43517 Ridge Park Dr., Ste. 200
Temecula, CA 92590

**Project**
Urban Logic Consultants, Inc.
Potrero Blvd Interchange
State Route 60
Geotechnical Design Report

| ACCOUNT NO | PO NUMBER | CHJ JOB NUMBER | ORDERED BY | PAGE |
|---|---|---|---|---|
| URBA03 | | 10451-3 | Kishen Prathivad | 1 |

June 16 through July 15, 2011
Services include preparation of revised Geotechnical Design and Materials Reports in response to CALTRANS review comments. Additional analysis and recommendations were performed for overhead sign foundations as requested by Mark Thomas. Additional laboratory testing was performed to support expanded pavement analysis.

| QUANTITY | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|
| 13 | Hours - Project Engineer | 140.00 | 1,820.00 |
| 39 | Hours - Project Geologist | 140.00 | 5,460.00 |
| 59 | Hours - Senior Staff Engineer | 104.00 | 6,136.00 |
| 5 | Hours - Drafting/CAD Operator | 75.00 | 375.00 |
| 4 | Hours - Word Processing/Clerical | 60.00 | 240.00 |
| 1 | Outside Services - GC Consultants | 1200.00 | 1,200.00 |
| 3 | Plasticity Index (Plastic and Liquid Limit) | 200.00 | 600.00 |
| 7 | R-Value | 260.00 | 1,820.00 |
| 3 | Sand Equivalent | 80.00 | 240.00 |
| 5 | Sieve Analysis (Coarse to Fine) | 140.00 | 700.00 |
| 3 | SA Fine Washed on #200 Sieve | 95.00 | 285.00 |

**TOTAL AMOUNT    18,876.00**

### Remit to: CHJ, Incorporated  P.O. Box 231  Colton, CA 92324-0231

Please Note:  Payment for Professional Services rendered shall be due upon presentation of the invoice. Except as otherwise provided by written agreement, a charge of one percent (1%) per month will be added after 30 days from the invoice date.  The client shall be held responsible to pay all costs of collection when incurred, including but not limited to, reasonable attorney's fees.

LOC4-074278