# EXHIBIT L

# Satori R.E. Solutions, Inc.

61 Grenada Street
Laguna Niguel, CA 92677

Phone #  224-875-5262    satoriREsolutions@gmail.com
Fax #    949-313-1714

**Invoice**

| Date | Invoice # |
|---|---|
| 6/1/2011 | 5 |

| Terms |
|---|
| Net 15 |

**Bill To**

Urban Logic Consultants, Inc.
43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
Attn: LaNora Ochs

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| CFD Consulting | Development impact fee reconciliation for Improvement Areas 7A, B, C and 6A1. MSHCP fee reconciliation and determination of amount owed. KB Home Tract No. 31468-4 (Sundance Project) development impact fee reconciliation and determination of variances. Attend meeting at the City of Beaumont. | 185.42 | 40.00 | 7,416.80 |

| Total | $7,416.80 |
|---|---|

We Are Judged By What We Finish, Not What We Start!

**Time and Billing Record 1**
**Reconciliation to ULC Invoice 1**

| | |
|---|---:|
| ULC Invoice Total: | $311,987.92 |
| Less Mileage: | $(2,262.00) |
| Less Reimb. Exp. | $(822.17) |
| Less Misc: | $(1,688.00) |
| Net Prof. Fees: | $307,215.75 |
| Sum of [1] = | $307,215.75 |
| Difference: | $0.00 |

4/30/11 – 5/07/11

**Reconciliation of Invoice Example 1 to Time and Billing Record 1**

Total Hours Per Invoice Example 1 : 185.42
Total Hours Per
Time and Billing Record 1:           185.50
Difference:                                0.08

Note: ULC appears to have rounded up the hours of Lana Guseva to 185.50.

| | 1 <no title> | 2 <no title> | |
|---|---:|---:|---|
| CFD | 1,872.25 | 264,025.24 | [1] |
| CFD 93-1 2004C | 185.50 | 31,535.00 | |
| Critical Facilities | 185.50 | 31,535.00 | |
| Sundance | 185.50 | 31,535.00 | |
| **Lana Guseva** | **185.50** | **31,535.00** | |
| CFD 93-1 2007A | 140.00 | 20,060.00 | |
| Critical Facilities | 140.00 | 20,060.00 | |
| 4th Street Rehabilitation | 140.00 | 20,060.00 | |
| 1-Man Survey Crew | 28.00 | 4,480.00 | |
| 2-Man Survey Crew | 2.00 | 420.00 | |
| LaNora Ochs | 7.00 | 630.00 | |
| Sr Designer II | 46.00 | 5,980.00 | |
| Surveyor | 57.00 | 8,550.00 | |
| CFD 93-1 All Series | 1,144.25 | 168,345.24 | |
| Administration | 72.00 | 14,040.00 | |
| Administration | 39.00 | 7,605.00 | |
| Ernest Egger | 39.00 | 7,605.00 | |
| Development Review | 33.00 | 6,435.00 | |
| Ernest Egger | 33.00 | 6,435.00 | |
| Critical Facilities | 16.00 | 2,010.00 | |
| Marshall Creek Improvements | 16.00 | 2,010.00 | |
| Joe Janda | 3.00 | 300.00 | |
| LaNora Ochs | 4.00 | 360.00 | |
| Rob Owen | 9.00 | 1,350.00 | |
| Engineering | 530.00 | 73,011.00 | |
| 1st & 2nd St Road Repairs | 62.00 | 8,726.00 | |
| Chris Trinidad/Prev. Wage | 23.00 | 3,139.50 | |
| Ponce Yambot | 1.00 | 170.00 | |
| Rob Owen | 17.00 | 2,550.00 | |
| Sheldon Vess/Prev. Wage | 21.00 | 2,866.50 | |
| 1st Street & Highland Springs Parkway Striping Plans | 3.00 | 450.00 | |
| Rob Owen | 3.00 | 450.00 | |
| Assessment District 98-1 | 66.00 | 9,795.00 | |
| David Dillon | 3.00 | 585.00 | |
| LaNora Ochs | 4.00 | 360.00 | |
| Surveyor | 59.00 | 8,850.00 | |
| BCVWD Encroachment | 1.00 | 100.00 | |
| Sheldon Vess | 1.00 | 100.00 | |
| Bike Lanes, Trails & Sidewalks | 168.25 | 26,472.50 | |
| 1-Man Survey Crew | 39.50 | 6,320.00 | |
| 2-Man Survey Crew | 14.00 | 2,940.00 | |
| Surveyor | 114.75 | 17,212.50 | |
| City Maps | 182.25 | 19,507.50 | |
| Carolyn Green | 87.00 | 5,220.00 | |
| Surveyor | 95.25 | 14,287.50 | |
| City-wide Traffic Surveys | 9.50 | 1,615.00 | |
| Eric Lewis | 9.50 | 1,615.00 | |
| Economic Development | 15.00 | 2,925.00 | |
| David Dillon | 15.00 | 2,925.00 | |
| Encroachment Permits | 15.00 | 2,060.00 | |
| Chad Wheelwright | 7.00 | 700.00 | |
| Ponce Yambot | 8.00 | 1,360.00 | |
| SCE Drainage Mitigation | 8.00 | 1,360.00 | |
| Ponce Yambot | 8.00 | 1,360.00 | |
| Transportation Projects | 526.25 | 79,284.24 | |
| Desert Lawn Dr/OVP Signal | 10.50 | 1,495.00 | |
| David Dillon | 2.00 | 390.00 | |
| Kevin Hughes | 8.50 | 1,105.00 | |
| I-10/Highland Springs Interchange | 8.50 | 1,105.00 | |
| Kevin Hughes | 8.50 | 1,105.00 | |
| I-10/Pennsylvania Ave.Interchange | 8.50 | 1,105.00 | |
| Kevin Hughes | 8.50 | 1,105.00 | |
| Noble Creek Bridge | 21.00 | 2,460.00 | |

Page 1

LOC4-093787

| | | |
|---|---:|---:|
| ✓David Dillon | 2.00 | 390.00 |
| ✓Kevin Hughes | 9.00 | 1,170.00 |
| ✓LaNora Ochs | 10.00 | 900.00 |
| Oak Valley Parkway | 60.50 | 7,265.00 |
| ✓Kevin Hughes | 45.50 | 5,915.00 |
| ✓LaNora Ochs | 15.00 | 1,350.00 |
| Oak Valley Parkway/I-10 Interchange | 14.00 | 1,780.00 |
| ✓Eric Lewis | 2.00 | 340.00 |
| ✓Kevin Hughes | 9.00 | 1,170.00 |
| ✓LaNora Ochs | 3.00 | 270.00 |
| Potrero Blvd./Bridge | 403.25 | 64,074.24 |
| ✓2-Man Survey Prev. Wage | 15.00 | 3,858.74 |
| ✓Al Ignacio | 29.00 | 3,190.00 |
| ✓Al Ignacio/Prev. Wage | 98.00 | 13,377.00 |
| ✓David Dillon | 63.00 | 12,285.00 |
| ✓Ernest Egger | 42.00 | 8,190.00 |
| ✓Kishen Prathivadi | 39.00 | 6,630.00 |
| ✓LaNora Ochs | 15.00 | 1,350.00 |
| ✓Ponce Yambot | 24.00 | 4,080.00 |
| ✓Rob Owen | 36.00 | 5,400.00 |
| ✓Sheldon Vess | 6.00 | 600.00 |
| ✓Sheldon Vess/Prev. Wage | 24.00 | 3,276.00 |
| ✓Surveyor | 12.25 | 1,837.50 |
| ✓CFD Series 94A Admin | 4.00 | 780.00 |
| ✓Administration | 4.00 | 780.00 |
| ✓Special Tax/Administration | 4.00 | 780.00 |
| ✓David Dillon | 4.00 | 780.00 |
| City of Beaumont | 398.50 | 43,305.00 |
| Additional Services | 398.50 | 43,305.00 |
| Fairway Canyon | 17.00 | 1,950.00 |
| ✓Al Ignacio | 13.00 | 1,430.00 |
| ✓Ponce Yambot | 1.00 | 170.00 |
| ✓Rob Owen | 1.00 | 150.00 |
| ✓Sheldon Vess | 2.00 | 200.00 |
| Four Seasons | 115.00 | 13,790.00 |
| ✓2-Man Survey Crew | 4.00 | 840.00 |
| ✓Chad Wheelwright | 1.00 | 100.00 |
| ✓Joe Janda | 68.00 | 6,800.00 |
| ✓Ponce Yambot | 20.00 | 3,400.00 |
| ✓Sheldon Vess | 13.00 | 1,300.00 |
| ✓Surveyor | 9.00 | 1,350.00 |
| ✓Mirasol-Canterbury | 12.00 | 1,200.00 |
| ✓Chris Trinidad | 12.00 | 1,200.00 |
| ✓Seneca Springs | 20.00 | 2,000.00 |
| ✓Chris Trinidad | 20.00 | 2,000.00 |
| ✓Sundance | 25.50 | 3,325.00 |
| ✓Chris Trinidad | 14.00 | 1,400.00 |
| ✓Ponce Yambot | 10.00 | 1,700.00 |
| ✓Surveyor | 1.50 | 225.00 |
| ✓Tournament Hills | 209.00 | 21,040.00 |
| ✓Chad Wheelwright | 143.00 | 14,300.00 |
| ✓Joe Janda | 42.00 | 4,200.00 |
| ✓Ponce Yambot | 2.00 | 340.00 |
| ✓Sheldon Vess | 22.00 | 2,200.00 |

4/30/11 – 5/31/11

$34,025.50 [1]

CFD

| | 1 <no title> | 2 <no title> |
|---|---|---|
| City of Beaumont | 2,961.25 | 425,499.50 |
| Additional Services | 2,820.75 | 406,994.50 |
| <None> | 106.50 | 15,520.50 |
| Summit School CEQA Compliance Report | 106.50 | 15,520.50 |
| 09-07060-G | 106.50 | 15,520.50 |
| ✓ Ajaikumar Raju | 10.50 | 1,155.00 |
| ✓ Chad Wheelwright/ Prev. Wage | 6.00 | 819.00 |
| Chris Trinidad/Prev. Wage | 1.00 | 136.50 |
| ✓ Kishen Prathivadi | 39.00 | 6,630.00 |
| ✓ Ponce Yambot | 8.00 | 1,360.00 |
| ✓ Rahul Chandy | 22.00 | 2,420.00 |
| ✓ Rob Owen | 20.00 | 3,000.00 |
| CFD | 398.50 | 43,305.00 |
| Fairway Canyon | 17.00 | 1,950.00 |
| 05-10900-G | 17.00 | 1,950.00 |
| Al Ignacio | 13.00 | 1,430.00 |
| Ponce Yambot | 1.00 | 170.00 |
| Rob Owen | 1.00 | 150.00 |
| Sheldon Vess | 2.00 | 200.00 |
| Four Seasons | 115.00 | 13,790.00 |
| 05-09200-G | 115.00 | 13,790.00 |
| 2-Man Survey Crew | 4.00 | 840.00 |
| Chad Wheelwright | 1.00 | 100.00 |
| Joe Janda | 68.00 | 6,800.00 |
| Ponce Yambot | 20.00 | 3,400.00 |
| Sheldon Vess | 13.00 | 1,300.00 |
| Surveyor | 9.00 | 1,350.00 |
| Mirasol-Canterbury | 12.00 | 1,200.00 |
| 06-06900-G | 12.00 | 1,200.00 |
| Chris Trinidad | 12.00 | 1,200.00 |
| Seneca Springs | 20.00 | 2,000.00 |
| 05-08100-G | 20.00 | 2,000.00 |
| Chris Trinidad | 20.00 | 2,000.00 |
| Sundance | 25.50 | 3,325.00 |
| 05-15100-G | 25.50 | 3,325.00 |
| Chris Trinidad | 14.00 | 1,400.00 |
| Ponce Yambot | 10.00 | 1,700.00 |
| Surveyor | 1.50 | 225.00 |
| Tournament Hills | 209.00 | 21,040.00 |
| 05-06900-G | 209.00 | 21,040.00 |
| Chad Wheelwright | 143.00 | 14,300.00 |
| Joe Janda | 42.00 | 4,200.00 |
| Ponce Yambot | 2.00 | 340.00 |
| Sheldon Vess | 22.00 | 2,200.00 |
| Gas Tax | 31.00 | 4,521.00 |
| Road & Sewer Repairs | 31.00 | 4,521.00 |
| 10-05053-X | 31.00 | 4,521.00 |
| Chris Trinidad/Prev. Wage | 6.00 | 819.00 |
| Ponce Yambot | 3.00 | 510.00 |
| Rob Owen | 14.00 | 2,100.00 |
| Sheldon Vess/Prev. Wage | 8.00 | 1,092.00 |
| General Fund | 10.00 | 1,420.00 |
| Arco AM/PM Gas Station | 3.00 | 510.00 |
| 07-60200-G | 3.00 | 510.00 |
| Ponce Yambot | 3.00 | 510.00 |
| High Desert Distribution Center (Winnco) | 3.00 | 510.00 |
| 10-08160-G | 3.00 | 510.00 |
| Ponce Yambot | 3.00 | 510.00 |
| Shell Gas Station | 4.00 | 400.00 |
| 08-11170-G | 4.00 | 400.00 |
| Joe Janda | 4.00 | 400.00 |
| Mitigation Fees | 1,888.00 | 288,782.50 |
| Lighting Replacement Project | 8.00 | 1,200.00 |

| Item | Hours | Amount |
|---|---|---|
| 10-04280-M | 8.00 | 1,200.00 |
| Rob Owen | 8.00 | 1,200.00 |
| Potrero Blvd/SR 60 Interchange | 1,616.00 | 242,817.50 |
| 06-08700-C | 1,616.00 | 242,817.50 |
| Associate Engineer | 8.00 | 1,000.00 |
| Kevin Hughes | 10.00 | 1,300.00 |
| LaNora Ochs | 19.00 | 1,710.00 |
| Principal | 116.50 | 22,717.50 |
| Project Manager/Sr. Engineer | 628.00 | 106,760.00 |
| Sr Designer II | 781.25 | 101,562.50 |
| Staff Engineer | 5.50 | 605.00 |
| Surveyor | 47.75 | 7,162.50 |
| Wastewater O&M | 264.00 | 44,765.00 |
| 09-11050-M | 264.00 | 44,765.00 |
| David Dillon | 5.00 | 975.00 |
| Hisam Baqai | 217.00 | 36,890.00 |
| Kishen Prathivadi | 39.00 | 6,630.00 |
| LaNora Ochs | 3.00 | 270.00 |
| Redevelopment Agency | 233.50 | 32,951.00 |
| Old Town Beaumont Street Lighting Rehab | 75.00 | 10,467.00 |
| 08-02250-R | 75.00 | 10,467.00 |
| Chris Trinidad/Prev. Wage | 30.00 | 4,095.00 |
| Rob Owen | 17.00 | 2,550.00 |
| Sheldon Vess/Prev. Wage | 28.00 | 3,822.00 |
| Rule 20A Undergound Utility | 100.00 | 13,743.00 |
| 11-04150-R | 100.00 | 13,743.00 |
| Chris Trinidad/Prev. Wage | 51.00 | 6,961.50 |
| David Dillon | 2.00 | 390.00 |
| LaNora Ochs | 4.00 | 360.00 |
| Rob Owen | 12.00 | 1,800.00 |
| Sheldon Vess/Prev. Wage | 31.00 | 4,231.50 |
| Sidewalk Improvements Ph. IV | 57.50 | 8,571.00 |
| 10-05172-R | 57.50 | 8,571.00 |
| Rob Owen | 12.00 | 1,800.00 |
| Sheldon Vess/Prev. Wage | 4.00 | 546.00 |
| Surveyor | 41.50 | 6,225.00 |
| Sidewalk Repair | 1.00 | 170.00 |
| 07-60700-R | 1.00 | 170.00 |
| Ponce Yambot | 1.00 | 170.00 |
| Transportation Funds | 153.25 | 20,494.50 |
| Heartland Mitigation | 79.50 | 11,812.00 |
| 10-05050-T | 79.50 | 11,812.00 |
| Joe Janda/Prev. Wage | 18.00 | 2,457.00 |
| Kevin Hughes | 21.50 | 2,795.00 |
| Project Manager/Sr. Engineer | 28.00 | 4,760.00 |
| Rob Owen | 12.00 | 1,800.00 |
| Palm Ave./Elm Ave. Storm Drains | 73.75 | 8,682.50 |
| 10-11030-T | 73.75 | 8,682.50 |
| Ana Dalia Cruz | 64.00 | 7,040.00 |
| Ponce Yambot | 9.00 | 1,530.00 |
| Surveyor | 0.75 | 112.50 |
| CFD-Pay As You Go | 140.50 | 18,505.00 |
| CFD Pay As You Go | 140.50 | 18,505.00 |
| Brookside Ave. Box Culvert & St. Imp. Plans | 140.50 | 18,505.00 |
| 10-03040-C | 140.50 | 18,505.00 |
| ✓David Dillon | 6.00 | 1,170.00 |
| ✓Kevin Hughes | 5.00 | 650.00 |
| ✓LaNora Ochs | 7.00 | 630.00 |
| ✓Ponce Yambot | 17.00 | 2,890.00 |
| ✓Principal | 16.00 | 3,120.00 |
| ✓Rahul Chandy | 79.50 | 8,745.00 |
| ✓Sr. Planner | 10.00 | 1,300.00 |

CFD

| | 1<br><no title> | 2<br><no title> |
|---|---|---|
| ✓CFD | ✓6.50 | 1,365.00 [1] |
| CFD 93-1 2007A | 6.50 | 1,365.00 |
| Critical Facilities | 6.50 | 1,365.00 |
| 4th Street Rehabilitation | 6.50 | 1,365.00 |
| ✓2-Man Survey Crew | 6.50 | 1,365.00 |

| | 1 <no title> | 2 <no title> | |
|---|---|---|---|
| | | | 7800 [1] |
| CFD | ✓ 5∂  ~~134.50~~ | ~~20,175.00~~ | |
| CFD 93-1 2007A | ~~30.00~~ | ~~4,500.00~~ | |
| Critical Facilities | 3  ~~30.00~~ | ~~4,500.00~~ | 450.00 |
| 4th Street Rehabilitation | ~~30.00~~ | ~~4,500.00~~ | |
| Surveyor | ~~30.00~~ | ~~4,500.00~~ | |
| CFD 93-1 All Series | ~~96.00~~ | ~~14,400.00~~ | |
| Engineering | ~~50.00~~ | ~~7,500.00~~ | |
| Assessment District 98-1 | 4  ~~6.00~~ | ~~900.00~~ | 600.00 |
| Surveyor | ~~6.00~~ | ~~900.00~~ | |
| ~~Bike Lanes, Trails & Sidewalks~~ | ~~5.50~~ | ~~825.00~~ | |
| ~~Surveyor~~ | ~~5.50~~ | ~~825.00~~ | |
| City Maps | 21.5  ~~38.50~~ | ~~5,775.00~~ | 3225.00 |
| Surveyor | ~~38.50~~ | ~~5,775.00~~ | |
| Transportation Projects | ~~40.00~~ | ~~6,000.00~~ | |
| Oak Valley Parkway | 15.5  ~~21.00~~ | ~~3,150.00~~ | 2325.00 |
| Surveyor | ~~21.00~~ | ~~3,150.00~~ | |
| Potrero Blvd./Bridge | 4.5  ~~25.00~~ | ~~3,750.00~~ | 675.00 |
| Surveyor | ~~25.00~~ | ~~3,750.00~~ | |
| City of Beaumont | ~~8.50~~ | ~~1,275.00~~ | |
| Additional Services | 3.5  ~~8.50~~ | ~~1,275.00~~ | 525.00 |
| Four Seasons | ~~8.50~~ | ~~1,275.00~~ | |
| Surveyor | ~~8.50~~ | ~~1,275.00~~ | |



# City of Beaumont

550 E. 6th Street
Beaumont, CA 92223
(951) 769-8520
FAX (951) 769-8526
Email: cityhall@ci.beaumont.ca.us
www.ci.beaumont.ca.us

June 1, 2011

VIA FAX (213) 972-5694

Mr. Stephen Boughton
Union Bank of California
Corporate Trust
120 South San Pedro Street, 4th Floor
Los Angeles, CA 90012

RE: Requisition No. 13 Construction Fund, City of Beaumont Community Facilities District 93-1, 2006B Special Tax Bonds

Dear Mr. Boughton:

Please find enclosed the above referenced requisitions related to the City of Beaumont Community Facilities District 93-1 Funds. Attached to the requisitions are payment certificates, contractor certificates and invoices.

Thank you very much for your assistance with this matter.

Very truly yours,
CITY OF BEAUMONT

Alan Kapanicas
City Manager

AK:lio

Enclosures

Page 1

## CONSTRUCTION FUND

## REQUISITION NO. 13

## CITY OF BEAUMONT
## COMMUNITY FACILITIES DISTRICT 93-1
## SPECIAL TAX BONDS, 2006 SERIES B

The City of Beaumont Community Facilities District 93-1 (the "Issuer"), pursuant to Section 3.04 of the Indenture of Trust dated as of January 5, 1994, by and between the Issuer and Union Bank of California, as trustee ("Trustee") relating the above-referenced captioned bonds (the "Bonds") hereby certifies the following:

1. Payment shall be made to the persons or entities identified on Exhibit A hereto, which payments shall be the amounts and for the purposes set forth in Exhibit A hereto.

2. Each obligation mentioned in Exhibit A hereto has been properly incurred and is a proper charge against the Construction Fund.

3. None of the items for which payment is requested has been previously paid or reimbursed from the Construction Fund.

4. The amount of such disbursement is for Project Costs as defined in the Indenture and a description in reasonable detail of the nature of the obligation is specified on Exhibit A and on the applicable invoice for each obligation attached hereto.

5. Payment shall be made from the Construction Fund.

Date: June 1, 2011

CITY OF BEAUMONT COMMUNITY FACILITIES
DISTRICT NO. 93-1

By: _____
Alan Kapanicas, City Manager of the
City of Beaumont
Ex-Officio Legislative Body of Community
Facilities District 93-1

Exhibit A

| Requisition No. 13 | | CITY OF BEAUMONT PAYMENT CERTIFICATE CFD 93-1, SERIES 2006B |

Comprehensive Public Facility Financing Program

Date June 1, 2011

ACCOUNT DESCRIPTION    Acct. # ███████    Construction Fund

The following payments are authorized pursuant to electronic transfer or mailing instructions on attached invoices.

| Payee | Contractor Certificate No. | Description | Amount |
|---|---|---|---|
| Urban Logic Consultants, Inc.<br>Credit Union Bank of California<br>Account # ███████ | 9 | Joint & Critical Facilities Engineering | 311,987.92 |
| | | TOTAL | $311,987.92 |

CITY APPROVALS:

☑ Finance Director    [signature]    Date 6-2-11

☑ City Manager    [signature]    Date 6-2-11

Page 3

City of Beaumont
Comprehensive Public Facilities
Financing Program
CFD 93-1, Series 2006B

## CONTRACTOR CERTIFICATE

Certificate No.        9
Contract Amount    $999,914.00

| Contractor W.O. No. | Description | Invoice Amount | Invoice # |
|---|---|---|---|
| | Joint & Critical Facilities Engineering | $311,987.92 | 2011-141 |
| | **TOTAL CERTIFICATE INVOICE AMOUNT** | $311,987.92 | |

Project Manager _[signature]_      Date 6-2-11

Page 4

# City of Beaumont
## Comprehensive Public Facilities Financing Program

### CERTIFICATE SUMMARY

| CERTIFICATE NO. | ACTIVITY IA No. 8B Engineering | | | | | | CERTIFICATE TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | $75,000.00 | | | | | | $75,000.00 |
| 2 | $6,840.00 | | | | | | $6,840.00 |
| 3 | $6,210.00 | | | | | | $6,210.00 |
| 4 | $6,270.00 | | | | | | $6,270.00 |
| 5 | $6,510.00 | | | | | | $6,510.00 |
| 6 | $4,345.00 | | | | | | $4,345.00 |
| 7 | $7,690.00 | | | | | | $7,690.00 |
| 8 | $341,675.88 | | | | | | $341,675.88 |
| 9 | $311,987.92 | | | | | | $311,987.92 |
| TOTAL | $766,528.80 | | | | | | $766,528.80 |

Contractor  Urban Logic Consultants, Inc.
Contract Amount  $999,914.00

CFD 93-1, Series 2006B

## Urban Logic Consultants

43517 Ridge Park Drive, Suite 200
Temecula, CA 92590
(951) 676-1944

| | |
|---|---|
| INVOICE NO. | 2011-141 |
| INVOICE DATE | 06/01/11 |

TO: City of Beaumont
550 East Sixth Street
Beaumont, CA 92223
Attn: Alan Kapanicas, City Manager

W.O. DISTRIBUTION

**Billing for Professional Services in Connection with the City of Beaumont, CFD 93-1 Facilities through May 27, 2011**

Joint & Critical Facilities

| | | | | |
|---|---|---|---|---|
| Principal: | 225 | Hours @ | $195.00 | 43,875.00 |
| Project Manager/Engineer: | 374 | Hours @ | $170.00 | 63,580.00 |
| Surveyor: | 400.75 | Hours @ | $150.00 | 60,112.50 |
| 1-Man Survey Crew: | 67.5 | Hours @ | $160.00 | 10,800.00 |
| 2-Man Survey Crew: | 26.5 | Hours @ | $210.00 | 5,565.00 |
| 2-Man Survey Crew-Prev. Wage: | 15 | Hours @ | $257.25 | 3,858.75 |
| Staff Engineer: | 154 | Hours @ | $110.00 | 16,940.00 |
| Const. Manager: | 86 | Hours @ | $150.00 | 12,900.00 |
| Sr. Planner: | 104 | Hours @ | $130.00 | 13,520.00 |
| Sr. Designer II: | 46 | Hours @ | $130.00 | 5,980.00 |
| Inspector: | 310 | Hours @ | $100.00 | 31,000.00 |
| Inspector-Prev. Wage: | 128 | Hours @ | $136.50 | 17,472.00 |
| Soils Tech.: | 44 | Hours @ | $100.00 | 4,400.00 |
| Soils Tech.-Prev. Wage: | 45 | Hours @ | $136.50 | 6,142.50 |
| Office Manager: | 65 | Hours @ | $90.00 | 5,850.00 |
| Exec. Secretary: | 87 | Hours @ | $60.00 | 5,220.00 |
| CAL 216 - Relative Compaction | 3 | tests @ | $180 | $540.00 |
| CAL 521 - Concrete Cylinders | 18 | tests @ | $30 | $540.00 |
| CAL 231 - Use of Nuclear Gauges | 19 | days @ | $32 | $608.00 |
| | ARC- | $125.93 | + 15% | 144.82 |
| | Inland Valley Sladden- | $589.00 | + 15% | 677.35 |

Mileage:

| | | | | |
|---|---|---|---|---|
| Public Works Dept.: | 4524 | miles @ | $0.500 | $2,262.00 |

> Sum of highlighted charges for tests, days, reimbursable expenses, and mileage: $4,772.17

**Total Amount Due:** **$311,987.92**

ACCOUNTS ARE PAYABLE WITHIN 15 DAYS UNLESS SPECIAL ARRANGEMENTS ARE MADE.
A SERVICE CHARGE OF 1% PER MONTH MAY BE LEVIED ON OVERDUE UNPAID BALANCES.

Page 6

**Inland Valley Sladden, Inc.**
ba Sladden Engineering
450 Egan Avenue
Beaumont, California 92223
(951)845-7743 (951)845-8863

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2011 | 28745 |

**BILL TO**

Urban Logic Consultants, Inc.
43517 Ridge Park Drive, Suit 200
Temecula, CA 92590

| TERMS | PROJECT | LOCATION |
|---|---|---|
| Due on receipt | 622-07044 | Brookside/Noble Creek |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 20-6 | 2 | Hrs. Technician Services, Sample Pickup 4-14-11 | 72.00 | 144.00 |
| 10-01 Lab -01 | 1 | Max Density/Opt Moist (Method A) | 140.00 | 140.00 |
| 10-05 Lab -05 | 1 | Gradation (W/ 200 Wash) Sieve Analysis | 105.00 | 105.00 |
| 10-12 Lab -12 | 1 | Direct Shear Test | 200.00 | 200.00 |

**Total** $589.00

All billings are due and payable upon presentation. A Service Charge of 1 1/2 percent per month will be charged on the unpaid balance after 30 days.

Page 7

**ARC**
Formerly OCB/Consolidated Reprographics
345 Clinton St, Costa Mesa, CA 92626
ne: (949)660-1150

| | |
|---|---|
| INVOICE NO. | 6069145 |
| INVOICE DATE | 05/27/11 |
| WORK ORDER# | f1371061 |

SOLD TO:
Cust# 20743
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

SHIP TO:
Cust# 20743
ATTN: CAROLYN
URBAN LOGIC GROUP
43517 RIDGE PARK DRIVE SUITE 200
TEMECULA, CA 92590

DUE: 05/27/11 at 10:55AM

| CONTACT | PHONE | PURCHASE ORDER# | SALES REP | |
|---|---|---|---|---|
| CAROLYN /URBAN LOGIC GROUP | (951) 676-1944 | | HEIDI SMILDE | |
| JOB# | JOB NAME | | BILLER | LOC |
| | SAN TIMOTEO BIKE LANE | | Ashley Wilson | 16 |

| CODE | DESCRIPTION | NO. OF ORIGINALS | COPIES | SIZE | TOTAL QTY | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2501 | COLOR COPIES 11X17 | 6 | 12 | | 72 | EACH | | 108.00 |
| 1945 | BINDERY STAPLE | 1 | 12 | | 12 | EA | | 1.80 |
| 5200 | REGULAR DELIVERY TEMECULA | 1 | 1 | 92590 | 1 | EA | | 6.00 |
| | SOUTHERN CALIFORNIA LOCATIONS WILL BE CLOSED SATURDAY MAY 28TH AND ALL LOCATIONS WILL BE CLOSED MONDAY MAY 30TH IN OBSERVANCE OF THE MEMORIAL DAY HOLIDAY | | | | | | | |

| SUB TOTAL | DISCOUNT | SALES TAX | TOTAL | DEPOSIT | BALANCE DUE |
|---|---|---|---|---|---|
| 115.80 | | 10.13 | 125.93 | | 125.93 |

Invoices undisputed for 45 days are final.
545691

**TERMS:** Net 30 Days
Please Remit To: ARC 345 Clinton St Costa Mesa, CA 92626

NT

Page 8