1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  DANIEL L. RICHARDS, Bar No. 315552
   daniel.richards@bbklaw.com
3  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
4  Suite 1000
   Irvine, California 92612
5  Telephone:  (949) 263-2600
   Facsimile:   (949) 260-0972
6
   Attorneys for Plaintiffs
7  Western Riverside Council of Governments
   and City of Beaumont
8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>             Plaintiff,<br><br>      v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE DANIEL RAY FROM TESTIFYING AT TRIAL**<br><br>Date:          September 1, 2022<br>Time:         8:30 a.m.<br>Courtroom:  9D |

20323.00057\40645175.1

5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E. DEAL

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a partner at Best Best & Krieger LLP, attorneys of record for Attorneys for Plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (the "City") (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called to do so, could competently testify to them

2. During discovery in this matter, Defendant NUFIC produced several reports prepared by NUFIC's forensic accountants HSNO. Attached to the Appendix of Evidence, filed concurrently herewith, as Exhibits 1 and 2 are true and correct copies of two of these reports.

3. On July 18, 2022, Daniel W. Ray was deposed in this matter. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of Ray's deposition.

4. On June 28, 2022, Plaintiffs' expert Douglas E. Barnhart issued an expert report in this matter. Attached hereto as Exhibit 4 is a true and correct copy of this report.

5. On May 31, 2022, National Union's expert Richard E. Tasker issued an expert report. Attached hereto as Exhibit 5 is a true and correct copy of this report, with the exhibits to the report omitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2022, at Irvine, CA.

_____
Christopher E. Deal