JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
ARYAN VAHEDY, Bar No. 323802
aryan.vahedy@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and DOES 1 through 50,<br><br>Defendants. | Case No. 5:20-cv-02164-GW (KKx)<br><br>**DECLARATION OF JOHN LEPIRE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE JOHN LEPIRE FROM TESTIFYING AT TRIAL**<br><br>Date: September 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. George H. Wu |

# DECLARATION OF JOHN LEPIRE

I, John Lepire, declare as follows:

1.  I am the founder and CEO of Ludger Limited, an independent financial services consulting firm formed in 1995 to provide insurance/reinsurance program structuring, insurance program design options, and expert opinion and testimony to organizations in a wide variety of industries.

2.  I began my 52-year career in the insurance and reinsurance industry as a property and casualty claims specialist, eventually holding senior management and executive positions at The Travelers, The Hartford, and The United States Fidelity & Guaranty Insurance Company. During 1977 I entered the treaty reinsurance industry as a claims and underwriting auditor (including surety, fidelity, and comprehensive general liability coverage applications and claim processing policies and procedures) for various underwriting pools that represented the interests of INA, The London Institute of Underwriters, Sun Alliance, SCOR, Eisen Un Stahl and Assicurazioni Generali, to name a few of the more prominent. In 1982 I became a treaty reinsurance broker specializing in the design and marketing of quota share, excess, catastrophe, and retrocessional reinsurance programs (including surety, fidelity, professional liability, and commercial/personal lines insurance) as a Senior Vice President with RFC Intermediaries, a wholly owned subsidiary of The St. Paul Companies.

3.  At American Reserve, I was a regional manager of a claims unit charged with overseeing insurance bad faith litigation and the oversight of *Cumis* counsel.

4.  From 1977-1982, I worked as a Vice President of claims and underwriting for Pacific Reinsurance Management Corporation, auditing first-party and third-party insurance claims, including fidelity, surety and crime claims.

5.  From 1982-1989 I worked as an industry consultant, creating reinsurance programs for two reinsurance intermediaries.

6. In 1985, I was one of the founders and Board Member of American Intermediaries, a treaty reinsurance brokerage firm responsible for the placement of all forms of property and casualty treaty reinsurance. More recently I designed, structured, and implemented AssureLease™, Healthcare Providers Compliance Assurance Program™, MedDefense™ and successfully designed, implemented, and was a Board member of the International Ironworkers Union workers compensation and construction wrap up captive insurance program, ICIP; the American Medical Association's MD/JD Branch captive insurer United Physicians Insurance and the American Academy of Cosmetic Surgery's captive, North American Physicians Insurance Company.

7. From 1989-1994, I founded an organization involved in structuring reinsurance programs and providing expert witness consulting services.

8. From 1994 to the present, I have owned my own company, which provides a range of insurance consultant services across a range of topics, including the drafting of insurance forms, the creation of reinsurance programs and the creation of specialized insurance products.

9. During my career, I have handled upwards of five hundred (500) insurance claims, either as an adjuster, supervisor, unit manager, or auditor. I, personally, have been involved in the handling of 25-30 crime fidelity claims, which represents a minority of the claims I was responsible for. In the last five (5) years alone I have provided consulting services regarding 3-4 crime fidelity claims.

10. I was retained by Best Best & Krieger, LLP as a property, casualty, and fidelity insurance coverage and claims dispute expert to assist on the *Western Riverside Council of Governments, et al. v. National Union Fire Insurance Company of Pittsburgh, Pa.* (Case No. 5:20-cv-02164-GW (KKx)) matter.

11. I have been previously retained as an expert witness regarding claims handling practices and bad faith claims on three (3) other occasions in the last ten (10) years.

12. My opinions and testimony in this case will be partly based on my specialized knowledge of the insurance industry and it will help the trier of fact in understanding the facts at issue in this case.

13. The Fair Claims Settlement Practices governs the manner in which insurance claims are to be handled and it has not been substantively modified since is enactment.

14. I am frequently asked to consult with numerous insurance companies regarding claims handling procedures, providing liability assessments, and assessing claims generally in order to assist with the setting of reserves. Within my consulting practice, I will occasionally be asked to evaluate crime fidelity claims and assist in assessing liability and reserve amounts.

15. If called upon to testify, I could and would competently do so of the matters set forth in my expert report.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this day of _____August 22__, 2022 in __San Simeon_____, California.

_____*John Lepire*_____
John Lepire