BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION IN *LIMINE* NO. 2 TO EXCLUDE JOHN LEPIRE FROM TESTIFYING AT TRIAL**<br><br>Date: September 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

The Court has considered the in limine motion ("MIL No. 2") of Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant"). The matter was heard before the Court, the Honorable George H. Wu presiding, on September 1, 2022 at 9:00 a.m. Appearances were as stated in the record. Having considered the papers, arguments of counsel, and good cause appearing, Defendant's MIL No. 2 is denied.

IT IS SO ORDERED.

Dated: _____

_____
Hon. George H. Wu
United States District Judge