JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NOS. 4 AND 5**<br><br>Date: September 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare as follows:

1. I am an attorney licensed to practice before the courts of the State of California. I am a partner at Best Best & Krieger LLP, attorneys of record for Attorneys for Plaintiffs Western Riverside Council of Governments ("WRCOG") and the City of Beaumont (the "City") (collectively, "Plaintiffs"). I have personal knowledge of the facts set forth below and, if called to do so, could competently testify to them

2. On March 31, 2022, former Beaumont Councilmember Roger Berg was deposed in this matter. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of Mr. Berg's deposition.

3. On April 22, 2022, former Beaumont Councilmember David Castaldo was deposed in this matter. Attached Exhibit 2 is a true and correct copy of excerpts from the transcript of Mr. Castaldo's deposition.

4. On April 28, 2022, former Beaumont Councilmember Brian DeForge was deposed in this matter. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of Mr. DeForge's deposition.

5. On April 29, 2022, former Beaumont Councilmember Nancy Gall was deposed in this matter. Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of Ms. Gall's deposition.

6. On May 23, 2022, former Resource Director, former interim City Manager, and current City Manager Elizabeth Gibbs was deposed in this matter. Attached as Exhibit 5 is a true and correct copy of excerpts from the transcript of Ms. Gibbs's deposition.

7. On May 24, 2022, former Resource Director, former interim City Manager, and current City Manager Elizabeth Gibbs was deposed in this matter as corporate representative for the City of Beaumont. Attached as Exhibit 6 is a true and correct copy of excerpts from the transcript of Ms. Gibbs's deposition.

8. On April 26, 2022, former City of Beaumont Risk Manager James Gregg was deposed in this matter. Attached as Exhibit 7 is a true and correct copy of excerpts from the transcript of Mr. Gregg's deposition.

9. On August 22, 2022, my office, under my direction, navigated to City of Beaumont's online repository of its Municipal Code and downloaded a copy of Chapter 2.12 – City Manager. This document is available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.12CIMA. As reflected on this document, Section 2.12.060 was last amended in 1977, and Section 2.12.090 was last amended in 1965. Attached as Exhibit 8 is a true and correct copy of Chapter 2.12 of the Beaumont Municipal Code.

10. Additionally, Defendant produced additional documents for the deposition Roger Berg, which took place on March 31, 2022. This included the *People v. Alan C. Kapanicas, et al.*, Riverside County Superior Court, Case No. RIF1602262, Reporter's Transcript of Motion re: Dissolve Temporary Order, dated July 19, 2016, Before the Honorable Judge Becky L. Dugan, Dept. 41. Attached as Exhibit 9 is a true and correct copy of this transcript.

11. On August 22, 2022, my office, under my direction, navigated to The Press-Enterprise's online repository of its archived news articles and downloaded a copy of an article titled "BEAUMONT: Seven former city employees charged with corruption (UPDATE 3)" written by Kurt Snibbe on May 17, 2016 at 10:03 p.m. This news article is available online at: https://www.pe.com/2016/05/17/beaumont-seven-former-city-employees-charged-with-corruption-update-3/. Attached as Exhibit 10 is a true and correct copy of The Press-Enterprise news article.

1  12. On August 22, 2022, my office, under my direction, navigated to the San Bernardino SUN's online repository of its archived news articles and downloaded a copy of an article titled "FBI, Riverside authorities raid Beaumont City Hall, consultant, city manager's home" written by Dough Saunders and Joe Nelson on April 22, 2015 at 12:55 p.m. This news article is available online at: https://www.sbsun.com/2015/04/22/fbi-riverside-authorities-raid-beaumont-city-hall-consultant-city-managers-home/. Attached as Exhibit 11 is a true and correct copy of the San Bernardino SUN news article.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2022, at Irvine, CA.

*/ s / Christopher E. Deal*
Christopher E. Deal

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

20323.00057\40647758.1 - 4 - 5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E. DEAL