# EXHIBIT 6

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>         Plaintiffs,<br><br>    vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No. 5:20-cv-02164 GW (KKx) |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

ELIZABETH GIBBS

May 24, 2022

9:03 a.m.

Beaumont, California

Karen Aligo, CSR No. 13418



```
 1                APPEARANCES OF COUNSEL
 2
    For Plaintiffs:
 3
         BEST BEST & KRIEGER LLP
 4       BY:  JEFFREY V. DUNN, ESQ.
         18101 Von Karman Avenue, Suite 1000
 5       Irvine, California 92612
         949-263-2600
 6       jeffrey.dunn@bbklaw.com
         (Present via videoconference)
 7
 8
 9  For Defendant City of Beaumont:
10       SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
         BY:  PETER J. NOLAN, ESQ.
11       1800 East Tahquitz Canyon Way
         Palm Springs, California 92262
12       760-322-2275
         Nolan@sbemp.com
13       (Present via videoconference)
14
15
    For Defendant National Union Fire Insurance
16  Company of Pittsburgh, PA:
17       GORDON REES SCULLY MANSUKHANI, LLP
         BY:  MEAGAN P. VANDERWEELE, ESQ.
18       One North Franklin, Suite 800
         Chicago, Illinois 60606
19       312-619-4931
         Mvanderweele@grsm.com
20       (Present via videoconference)
21
22
    ALSO PRESENT:
23
         ALEXANDER ASDOURIAN, Videographer
24       (Present via videoconference)
25
```



Page 7

```
 1        VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF
 2                      ELIZABETH GIBBS
 3                       May 24, 2022
 4
 5            THE VIDEOGRAPHER:  We are now on the
 6     record.  This begins Videotape Number 1, in the
 7     deposition of City of Beaumont, in the matter of
 8     Western Riverside Council of Governments, et al., v.
 9     National Union Fire Insurance, et al., in the United
10     States District Court for the Central District of
11     California, Eastern Division, Case Number
12     5:20-CV-02164GWKKX.
13            Today's date is May 24th, 2022, and the
14     time on the monitor is 9:03 a.m.  This deposition is
15     being taken at a virtual Zoom room at the request of
16     Gordon & Rees Scully Mansukhani, LLP.
17            The videographer is Alexander Asdourian of
18     Magna Legal Services.  The court reporter is
19     Karen Aligo of Magna Legal Services.
20            Will counsel, and all parties present,
21     state their appearances and whom they represent,
22     then the court reporter may swear in the witness.
23            MS. VANDERWEELE:  Meagan VanderWeele on
24     behalf of the defendant, National Union Fire
25     Insurance Company of Pittsburgh, PA.
```



Page 8

1         MR. DUNN:  Good morning.  Jeffrey Dunn on
2    behalf of the defendant -- excuse me.  Plaintiffs.
3    I'm sorry.  Plaintiffs.
4         MR. NOLAN:  Good morning.  Peter Nolan on
5    behalf of City of Beaumont.
6
7                    ELIZABETH GIBBS,
8    having been first duly sworn, testifies as follows:
9
10        MS. VANDERWEELE:  Let the record reflect
11   that this is the deposition of Elizabeth Gibbs, as
12   the Rule 30(b)6 representative of Plaintiff City of
13   Beaumont, taken pursuant to notice and agreement of
14   the parties, and taken pursuant to the Federal Rules
15   of Civil Procedure and all applicable local rules
16   for the Central District of California.
17
18                     EXAMINATION
19   BY MS. VANDERWEELE:
20       Q.  Ma'am, could you please state your full
21   name and spell your last name for the record.
22       A.  My name is Elizabeth Marie Gibbs, and
23   that's spelled, G-i-b-b-s, as in "Sam."
24       Q.  And you are currently employed by the City
25   of Beaumont as the interim city manager, correct?



Page 152

1  Logic was violating 1090, correct?
2       A. I don't remember anybody from the public
3  specifically saying, "1090."  But as public
4  servants, we get accused -- I was just accused of
5  fraud on Friday.
6          So there was no basis, at the time, to any
7  claim from Ms. Hall or Ms. Bingham about any kind of
8  criminal activity, and there was just simply no
9  basis for it.
10      Q. Was any investigation done by the City to
11 determine whether Urban Logic Consultants was
12 violating Section 1090?
13      A. In 2007?
14      Q. Correct.
15      A. Not that I recall, but the only person that
16 would initiate that investigation was the city
17 manager, who was ultimately arrested, along with six
18 other individuals.
19      Q. Did the City launch an investigation in
20 2008 regarding whether the Urban Logic principals
21 were violating Section 1090?
22      A. The City did not.  I -- I do want to note
23 that the City would not do that investigation but
24 FPPC would.
25      Q. Did anyone from the City ever report to the



Page 220

REPORTER'S CERTIFICATION

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: May 30, 2022

*Karen Aligo*
KAREN ALIGO
CSR No. 13418

