# EXHIBIT 8

Chapter 2.12 - CITY MANAGER

2.12.010 - Office created.

The Office of City Manager for the City is created and established. The City Manager shall be appointed by the City Council solely on the basis of his executive and administrative qualifications and ability, and shall hold office at and during the pleasure of the City Council.

(Ord. 363 §1, 1965)

2.12.020 - Eligibility.

Residence in the City, at the time of appointment, shall not be required as a condition of appointment.

(Ord. 363 §2, 1965)

2.12.030 - Bond.

The City Manager shall furnish a corporate surety bond to be approved by the City Council in such sum as may be determined by the City Council and shall be conditioned on the faithful performance of the duties imposed on the City Manager as described in this chapter. The bond fee is to be paid to the City.

(Ord. 363 §3, 1965)

2.12.040 - Absence.

The City Manager shall appoint, subject to the approval of the City Council, one of the other officers or department heads of the City to serve as assistant City Manager. The assistant City Manager will serve only as Manager Pro Tem during any temporary absence or disability of the City Manager. In the case of absence or disability of the City Manager and his failure to so appoint a Manager Pro Tem, the City Council may designate some duly qualified person to perform the duties of the City Manager. The City Manager Pro Tem shall be subject to the same qualifications, terms, and conditions and shall have the same powers and duties during the period of such absence or disability of the City Manager.

(Ord. 363 §4, 1965)

2.12.050 - Compensation.

The City Manager shall receive such compensation as the City Council shall from time to time determine and fix by resolution, and the compensation shall be a proper charge against such funds of the City that the City Council shall designate.

Exhibit 21
Page 1 of 4
about:blank	1/4

(Ord. 363 §5, 1965)

2.12.060 - Powers and duties.

The City Manager shall be the administrative head of the City government under the direction and control of the City Council, except as otherwise provided in this chapter. He shall be responsible for the efficient administration of all the affairs of the City which are under his control. In addition to his general powers as administrative head, and not as a limitation thereon, it shall be his duty and he shall have the power:

A. To see that all laws and ordinances of the City are enforced, and that all franchises, permits and privileges granted by the City are faithfully observed;

B. To control, order and give directions to all head of departments, subordinate officers and employees of the City, except the City Clerk, City employees from one department to another; and to consolidate or combine offices, positions, departments or units under his direction;

C. To appoint, promote, demote and remove any officers and employees of the City except the City Clerk, City Treasurer, City Attorney, and members of the planning commission;

D. To exercise control over all departments of the City government and over all appointive officers and employees thereof, except the City Clerk, City Treasurer, City Attorney, and members of the planning commission;

E. To attend all meetings of the City Council and planning commission unless excused there from by the Council, except when his removal is under consideration by the Council;

F. To recommend to the City Council for adoption such measures and ordinances as he deems necessary or expedient;

G. To keep the City Council at all times fully advised as to the financial conditions and needs of the City:

H. To prepare and submit to the City Council the annual budget; Council approval of the annual budget or schedule of anticipated expenditures constitutes approval to the purchasing agent to procure any items therein listed; provided, however, no purchase shall be made of an item exceeding in cost the sum of $1,000.00, or as amended from time to time by resolution, without first obtaining approval of the City Council; any items not so listed must first have approval from the City Council before purchase can be authorized by the City Manager; no expenditures shall be submitted or recommended to the City Council, except on report or approval of the City Manager;

I. To make investigations into the affairs of the City, and any department or division thereof, and any contract, or the proper performance of any obligations running to the City;

J. To investigate all complaints in relation to matters concerning the administration' of the City

  government and in regard to the service maintained by public utilities in the City, and to see that all franchises, permits and privileges granted by the City are faithfully performed and observed;

K. To exercise general supervision over all public buildings, public parks and other public property which are under the control and jurisdiction of the City Council and not specifically delegated to a particular board or officer;

L. He shall devote his time diligently to the duties of his office and the interest of the City;

M. The services and facilities of the City Clerk, City Treasurer, and the City Attorney shall be made available to the City Manager to the same extent, in the same manner, and to the same effect they are available to the City Council;

N. To perform such other duties and exercise such other powers as may be delegated to him from time to time by ordinance or resolution of the City Council.

(Ord. 484 §1, 1977; Ord. 363 §6, 1965)

## 2.12.070 - Removal.

Subject to Section 2.12.080, the City Manager shall serve at the pleasure of the Council and "at will". The City Council may remove or terminate the City Manager by a majority vote of the whole City Council as then constituted, convened in a regular or special council meeting. The City Council shall use its sole discretion in removing the City Manager, and its action shall be final.

(Ord. 714 §2, 1993; Ord. No. 1070 , § 4, 5-3-2016)

## 2.12.080 - Removal after municipal election.

Notwithstanding the provisions of this chapter enumerated in Section 2.12.010 through 2.12.070, the City Manager shall not be removed from office during or within a period of 90 days next succeeding any general municipal election held in the City at which election a member of the City Council is elected. The purpose of this provision is to allow for any newly elected members to the City Council to observe the action and ability of the City Manager in the performance of the powers and duties of his office. After the expiration of the 90-day period mentioned in this section, the provisions of Section 2.12.070 as to the removal of the Manager shall apply and be effective.

(Ord. 363 §8, 1965)

## 2.12.090 - Orders and directions.

Exhibit 21
Page 3 of 4
about:blank	3/4

The City Council and its members shall deal with the administrative services of the City only through the City Manager except for the purpose of inquiry, and neither the City Council nor any members thereof shall give orders to any subordinate of the City Manager.

(Ord. 363 §9, 1965)

Exhibit 21
Page 4 of 4
about:blank                                                                                                                        4/4