# EXHIBIT 10

# BEAUMONT: Seven former city employees charged with corruption (UPDATE 3)

PE **pe.com**/2016/05/17/beaumont-seven-former-city-employees-charged-with-corruption-update-3/

Kurt Snibbe                                                                                    May 17, 2016



Former Beaumont City Manager Alan Kapanicas

- 

Riverside County District Attorney Mike Hestrin arrives at a news conference, Tuesday, May 17, 2016, where he announced that seven former Beaumont city officials have been charged with public corruption in which nearly $43 million was taken

- 

Riverside County District Attorney Mike Hestrin announces at a news conference, Tuesday, May 17, 2016, that seven former Beaumont city officials have been charged with public corruption in which nearly $43 million was taken

- 

Beaumont city manager Alan Kapanicas takes his seat at the beginning of a special city council meeting on Thursday, April 23, 2015, the first since city hall was raided Wednesday.



Beaumont Police Chief Frank Coe stands just outside the department.

- 

A closed Beaumont City Hall on Wednesday, April 22, 2015. The DA's office and FBI served search warrants Wednesday at Beaumont City Hall and the offices of Urban Logic, a consulting firm the city has a long relationship with.



District Attorney investigative technicians and FBI agents move some of the near 500 boxes taken from Urban Logic Consultants offices in Beaumont on Wednesday, April 22, 2015. The DA's office and FBI served search warrants Wednesday at Beaumont City Hall and the offices of Urban Logic, a consulting firm the city has a long relationship with.



District Attorney investigative technicians and FBI agents at Urban Logic Consultants offices in Beaumont on Wednesday, April 22, 2015. The DA's office and FBI served search warrants Wednesday at Beaumont City Hall and the offices of Urban Logic, a consulting firm the city has a long relationship with.

- 

An FBI agent wipes his face as they move some of the near 500 boxes taken from Urban Logic Consultants offices on Wednesday, April 22, 2015. The DA's office and FBI served search warrants Wednesday at Beaumont City Hall and the offices of Urban Logic, a consulting firm the city has a long relationship with.



District Attorney investigative technicians and FBI agents move some of the near 500 boxes taken from Urban Logic Consultants offices on Wednesday, April 22, 2015. The DA's office and FBI served search warrants Wednesday at Beaumont City Hall and the offices of Urban Logic, a consulting firm the city has a long relationship with.



Joseph Aklufi   Deepak Moorjani   Francis Coe   David Dillon

William Aylward   Ernest Egger   Alan Kapanicas

of

Expand

By Kurt Snibbe | ksnibbe@scng.com |
May 17, 2016 at 10:03 p.m.

Seven former top city officials misappropriated nearly $43 million from Beaumont over two decades, the Riverside County District Attorney's Office said Tuesday in announcing 94 felony charges against them.

By midafternoon, six of the suspects in the yearlong corruption probe were booked into jail.

"Public servants must remember a basic truth: They serve the people, and the money handled by the city and any government is the people's money and should be handled as such," said District Attorney Mike Hestrin during a news conference Tuesday. "Those who run the government and make the laws are not above the law."

Here is a breakdown of the charges:

Former City Manager Alan Kapanicas and former Finance Director William Aylward are both charged with six counts of embezzlement, 24 counts of misappropriation of funds and two counts of conspiracy.

Former Economic Development Director David Dillon, former Public Works Director Deepak Moorjani and former Planning Director Ernest Egger are each charged with one count of conflict of interest and six counts of embezzlement.

Former City Attorney Joseph Aklufi is facing six counts of embezzlement.

Former police Chief Francis Dennis "Frank" Coe was charged with two counts of misappropriation of funds and one count of conspiracy.

Egger was the only ex-official not arrested Tuesday. He is expected to surrender to authorities today. It was unknown Tuesday if any of the seven have hired defense attorneys.

Hestrin said Kapanicas – Beaumont's city manager since 1995 – and others funneled city monies into their own private companies.

Nearly $37 million of the funds that were allegedly diverted came from Transportation Uniform Mitigation Fees, which the city was supposed to pool with other local governments through the Western Riverside Council of Governments for county transportation projects, Hestrin said.

The defendants, he said, aside from Coe, manipulated documents and made misrepresentations to WRCOG to illegally keep the money.

"It's been a long road," said Judy Bingham, a council critic who reported the city to the District Attorney's Office. "I'm happy that finally the public officials and management are going to be held accountable."

**LEADERS REACT**

Beaumont Mayor Mike Lara said he was grateful for the investigation.

"If there's been any injustice that's been done, they can get to the bottom of it, and the city can put this behind us and finally move forward," Lara said.

Former Beaumont Councilman David Castaldo, who served from 2010-14, was critical of Aklufi, the former city attorney.

"It's a very sad situation for all the council members past and present," Castaldo said. "They have to rely on the city attorney for his advice and now it's apparent Mr. Aklufi didn't provide truthful advice."

Coe's charge of misappropriation of funds came from a $45,000 interest-free loan arranged by Kapanicas and Aylward, according to investigators. The defendants never sought City Council approval for that loan, Hestrin said, or $69,000 in other interest-free loans that were provided to members of the Beaumont Police Department.

A year ago, the District Attorney's Office and FBI agents served search warrants at City Hall, Kapanicas' Palm Desert home and the Beaumont offices of Urban Logic, the consulting firm that for years provided the city with its public works, planning and economic development directors.

Urban Logic and a company created by Kapanicas, General Government Management Services, were paid for years with bond funds for their respective engineering and financial services for the city. Kapanicas and Aylward reportedly used the arrangement to charge the city for analysis and consulting fees that were paid directly to their companies, in addition to their regular salaries, according to the District Attorney's Office.



Watch Video At: https://youtu.be/CB2JaEByIEE

Kapanicas and Aylward left City Hall shortly after last year's raids.

The District Attorney's Office and the FBI are not the only agencies looking into the city's practices. In November, the state Controller's Office found that Beaumont's accounting controls were "effectively nonexistent," making it impossible to know whether hundreds of millions of dollars had been spent for their intended purposes.

In addition, the U.S. Securities and Exchange Commission, the agency that enforces laws governing the nation's stock and bond markets, served the city with subpoenas April 22 as part of a formal investigation. The commission is asking for documents from the city government, the Beaumont Financing Authority and a Beaumont Community Facilities District, the boundaries of which include most of Beaumont's housing stock.

Kapanicas was executive director of the Beaumont Financing Authority, which issued more than $300 million in bonds during his 22 years as city manager. The money was used to pay for sidewalks, streets, traffic lights and various other public works and city services within the facilities district.

In those years, Beaumont's population quadrupled to more than 42,000. Bond debts still are being paid off by thousands of Beaumont homeowners via special Mello-Roos taxes.

The scope of the investigation continues to grow.

Last month, the Beaumont City Council voted to seek a state Attorney General's Office investigation of Union Bank, which served as trustee for city bond issues, saying the bank should be more forthcoming with bond spending records.

A spokeswoman for the Attorney General's Office said the request is under review.

The city has retained Orange-based Urban Futures to investigate how city bond funds were spent.

Arraignment of the suspects, if they remain in jail, is expected Thursday. Bail was set at $5 million for Kapanicas, Moorjani, Dillon, Egger, Aklufi and Aylward. Coe's bail was set at $100,000.

If convicted of the charges, Kapanicas and Aylward face a possible 26 years in prison. Dillon, Egger and Moorjani would face maximum sentences of 16 years. Aklufi could get 15 years and four months. And Coe could get five years.

All seven would be barred from holding public office if convicted.

*Staff writers Craig Shultz, Brian Rokos and David Danelski contributed to this report.*

*This story is developing. Check back for updates.*

**RELATED**

**CASSIE MacDUFF: How Beaumont is untangling its financial mess (May 15, 2016)**

**BEAUMONT: SEC subpoenas city amid investigation into its finances (May 4, 2016)**

**BEAUMONT: City wants state to probe Union Bank (April 22, 2016)**

**BEAUMONT: One year after raids, city has reforms but no resolution (April 16, 2016)**

**BEAUMONT: Union Bank provides records in spending probe (March 12, 2016)**

**CASSIE MacDUFF: Beaumont audits foreshadowed drama (Nov. 10, 2015)**

**BEAUMONT:** <u>Longtime Councilman Fox should resign, colleague says (Nov. 10, 2015)</u>

**BEAUMONT:** <u>City's tangled finances a mess, state declares (Nov. 4, 2015)</u>

**BEAUMONT:** <u>City Manager Kapanicas signs separation agreement (Oct. 13, 2015)</u>

**BEAUMONT:** <u>Pact lets city part ways with City Manager Kapanicas (Oct. 8, 2015)</u>

**BEAUMONT:** <u>Spending plan aims to stop 'the bleeding' (Aug. 27, 2015)</u>

**BEAUMONT:** <u>Leadership cited in report on practices (Aug. 5, 2015)</u>

**BEAUMONT:** <u>Transparency measures helping city move forward (July 18, 2015)</u>

**BEAUMONT PROBE:** <u>City manager placed on leave (May 29, 2015)</u>

**BEAUMONT PROBE:** <u>In Inland cities, consultants bring benefits, concerns (April 25, 2015)</u>

**BEAUMONT:** <u>In wake of raids, critics call for firings, resignations (April 23, 2015)</u>

**INVESTIGATIONS:** <u>Complex, private – and very long – routes to justice (April 24, 2015)</u>

**BEAUMONT:** <u>City Hall, consulting firm, city manager's house searched (April 22, 2015)</u>

---

- Tags:
- <u>Beaumont Probe</u>
- <u>San Gorgonio Pass</u>
- <u>special reports</u>

**Join the Conversation**

We invite you to use our commenting platform to engage in insightful conversations about issues in our community. We reserve the right at all times to remove any information or materials that are unlawful, threatening, abusive, libelous, defamatory, obscene, vulgar, pornographic, profane, indecent or otherwise objectionable to us, and to disclose any information necessary to satisfy the law, regulation, or government request. We might permanently block any user who abuses these conditions.