JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone:  (949) 263-2600
Facsimile:   (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 5**<br><br>Date:         September 1, 2022<br>Time:         8:30 a.m.<br>Courtroom:  9D |

# INTRODUCTION

Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, "Plaintiffs") requests that the Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following exhibits attached to Christopher E. Deal's Declaration in support of Plaintiffs' opposition to Defendant's Motions in Limine No. 5:

## REQUEST FOR JUDICIAL NOTICE

| Exhibit No. | Document |
|---|---|
| 8 | City of Beaumont Municipal Code Chapter 2.12 – City Manager, available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.12CIMA |
| 9 | *People v. Alan C. Kapanicas, et al.*, Riverside County Superior Court, Case No. RIF1602262, Reporter's Transcript of Motion re: Dissolve Temporary Order, dated July 19, 2016, Before the Honorable Judge Becky L. Dugan, Dept. 41 |

## THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBITS 8 & 9

Plaintiffs respectfully requests the Court take judicial notice of Exhibits 8 and 9 pursuant to Rule 201 of the Federal Rules of Evidence. Under Federal Rule of Evidence 201, judicial notice is proper when a fact is not subject to reasonable dispute and capable of accurate and ready determination by resorting to sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201.

### 1. Exhibit 8 and 9 are Matters of Public Record

Matters of public record are subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Exhibit 8 is a chapter of the Municipal

1 Code of the City of Beaumont. Courts may take judicial notice of local municipal
2 codes. *See Long Beach Area Peace Network v. City of Long Beach*, 574 F.3d 1011,
3 1026 (9th Cir. 2009) (taking judicial notice of a local ordinance, a local regulation,
4 and a local municipal code).

5       The existence of Exhibit 8 and the contents thereof is not subject to
6 reasonable dispute and is capable of accurate and ready determination. Because the
7 Beaumont Municipal Code is a public record, anyone may obtain an accurate and
8 authentic copy from a government agency.

9       Exhibit 9 is a hearing transcript of the Motion re: Dissolve Temporary Order,
10 in the *People v. Alan C. Kapanicas, et al.*, Riverside County Superior Court, Case
11 No. RIF1602262 matter. "[The Court] may take judicial notice of undisputed
12 matters of public record, ... including documents on file in federal or state courts."
13 *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012); *see also Protege*
14 *Rest. Partners LLC v. Sentinel Ins. Co., Ltd.*, 517 F. Supp. 3d 981, 986 (N.D. Cal.
15 2021). The existence of Exhibit 9 and the contents thereof is not subject to
16 reasonable dispute and is capable of accurate and ready determination. Because the
17 hearing transcript is a public record, anyone may obtain an accurate and authentic
18 copy from the Riverside County Superior Court.

19

20     **2.    Exhibits 8 and 9 are Directly Relevant to Plaintiffs' Opposition to**
21           **Defendant's Motion in Limine No. 5**

22       The existence of Exhibits 8 and 9 are directly relevant to the Plaintiffs'
23 Opposition to Defendant's Motion in Limine No. 5. This document demonstrates
24 the level of control Alan Kapanicas ("Kapancias") exercised over the City of
25 Beaumont, and tends to establish that the theory of collusion among Kapanicas and
26 the former City officials, David Dillon, Ernest Egger, and Deepak Moorjani, and
27 that the City Council had no responsibility for insurance matters.

28

## **CONCLUSION**

For all of the aforementioned reasons, Plaintiffs request that this Court take judicial notice of Exhibits 8 and 9.

Dated: August 22, 2022                     BEST BEST & KRIEGER LLP

By: */ s / Jeffrey V. Dunn*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of
Governments and City of Beaumont