# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

WESTERN RIVERSIDE COUNCIL OF

GOVERNMENTS, a California

Joint Powers Authority; CITY

OF BEAUMONT, a public entity

in the State of California,          Case No. 5:20-cv-02164

      Plaintiffs,                 GW (KKx)

    vs.

NATIONAL UNION FIRE INSURANCE

COMPANY OF PITTSBURGH, PA; and

DOES 1 through 50, inclusive,

      Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

ELIZABETH GIBBS

May 24, 2022

9:03 a.m.

Beaumont, California

Karen Aligo, CSR No. 13418



1                    APPEARANCES OF COUNSEL

2

    For Plaintiffs:
3
        BEST BEST & KRIEGER LLP
4       BY:  JEFFREY V. DUNN, ESQ.
        18101 Von Karman Avenue, Suite 1000
5       Irvine, California 92612
        949-263-2600
6       jeffrey.dunn@bbklaw.com
        (Present via videoconference)
7

8

9   For Defendant City of Beaumont:

10      SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
        BY:  PETER J. NOLAN, ESQ.
11      1800 East Tahquitz Canyon Way
        Palm Springs, California 92262
12      760-322-2275
        Nolan@sbemp.com
13      (Present via videoconference)

14

15
    For Defendant National Union Fire Insurance
16  Company of Pittsburgh, PA:

17      GORDON REES SCULLY MANSUKHANI, LLP
        BY:  MEAGAN P. VANDERWEELE, ESQ.
18      One North Franklin, Suite 800
        Chicago, Illinois 60606
19      312-619-4931
        Mvanderweele@grsm.com
20      (Present via videoconference)

21

22
    ALSO PRESENT:
23
        ALEXANDER ASDOURIAN, Videographer
24      (Present via videoconference)

25



Page 7

1      VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

2                  ELIZABETH GIBBS

3                   May 24, 2022

4

5           THE VIDEOGRAPHER:  We are now on the

6      record.  This begins Videotape Number 1, in the

7      deposition of City of Beaumont, in the matter of

8      Western Riverside Council of Governments, et al., v.

9      National Union Fire Insurance, et al., in the United

10     States District Court for the Central District of

11     California, Eastern Division, Case Number

12     5:20-CV-02164GWKKX.

13           Today's date is May 24th, 2022, and the

14     time on the monitor is 9:03 a.m.  This deposition is

15     being taken at a virtual Zoom room at the request of

16     Gordon & Rees Scully Mansukhani, LLP.

17           The videographer is Alexander Asdourian of

18     Magna Legal Services.  The court reporter is

19     Karen Aligo of Magna Legal Services.

20           Will counsel, and all parties present,

21     state their appearances and whom they represent,

22     then the court reporter may swear in the witness.

23           MS. VANDERWEELE:  Meagan VanderWeele on

24     behalf of the defendant, National Union Fire

25     Insurance Company of Pittsburgh, PA.



Page 8

1          MR. DUNN:  Good morning.  Jeffrey Dunn on

2    behalf of the defendant -- excuse me.  Plaintiffs.

3    I'm sorry.  Plaintiffs.

4          MR. NOLAN:  Good morning.  Peter Nolan on

5    behalf of City of Beaumont.

6

7                    ELIZABETH GIBBS,

8    having been first duly sworn, testifies as follows:

9

10         MS. VANDERWEELE:  Let the record reflect

11   that this is the deposition of Elizabeth Gibbs, as

12   the Rule 30(b)6 representative of Plaintiff City of

13   Beaumont, taken pursuant to notice and agreement of

14   the parties, and taken pursuant to the Federal Rules

15   of Civil Procedure and all applicable local rules

16   for the Central District of California.

17

18                    EXAMINATION

19   BY MS. VANDERWEELE:

20         Q. Ma'am, could you please state your full

21   name and spell your last name for the record.

22         A. My name is Elizabeth Marie Gibbs, and

23   that's spelled, G-i-b-b-s, as in "Sam."

24         Q. And you are currently employed by the City

25   of Beaumont as the interim city manager, correct?



Page 9

1        A. Correct.

2        Q. And you've been in -- held that position

3    since April 11, 2022; is that correct?

4        A. Yes.

5        Q. And is it your understanding that you are

6    here today to testify regarding a lawsuit that's

7    been filed by the Western Riverside Council of

8    Governments and the City of Beaumont against

9    National Union Fire Insurance Company of Pittsburgh,

10   PA?

11       A. Yes.

12       Q. And do you understand that you are here

13   testifying today on behalf of the City of Beaumont?

14       A. Yes.

15       Q. Do you understand that the City of Beaumont

16   has designated you as its representative to testify

17   on its behalf in this lawsuit?

18       A. Yes.

19       Q. Do you understand that the City of Beaumont

20   has identified you as the person most knowledgeable

21   regarding its certain topics?

22       A. Yes.

23       Q. I'm going to show you what I'll mark as

24   Exhibit 1.

25            (Exhibit 1 marked for identification.)



Page 102

1    BY MS. VANDERWEELE:

2         Q. I'll reask my question.

3         Ma'am, do you have any reason to believe

4    that the agreement that was signed by the parties in

5    this lawsuit -- let me rephrase that.

6         Do you have any reason to believe that the

7    September 1993 agreement entered into between Urban

8    Logic and the City did not disclose all of the

9    economic development services that the City retained

10   Urban Logic to provide?

11        A. I have no reason to dispute that, no.

12        Q. Section 4 of the agreement sets forth the

13   public works and engineering services that the City

14   retained Urban Logic to provide, correct?

15        A. Correct.

16        Q. And pursuant to the agreement entered into

17   between Urban Logic and the City, the City retained

18   ULC to administer public works and engineering

19   services, correct?

20        A. Correct.

21        Q. And the public works and engineering

22   services, that the City retained Urban Logic to

23   provide, were supervised by the Public Works

24   Department, correct?

25        A. Correct.



Page 220

```
 1                    REPORTER'S CERTIFICATION

 2

 3            I, the undersigned, a Certified Shorthand

 4   Reporter of the State of California, do hereby

 5   certify:

 6            That the foregoing proceedings were taken

 7   before me at the time and place herein set forth;

 8   that any witnesses in the foregoing proceedings,

 9   prior to testifying, were placed under oath; that a

10   verbatim record of the proceedings was made by me

11   using machine shorthand which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof.

14            I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated:  May 30, 2022

21

22            Karen Aligo

23            _____
             KAREN ALIGO
             CSR No. 13418
24

25
```


MAGNA
LEGAL SERVICES