# EXHIBIT B

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; et al.,

            Plaintiffs,

   vs.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 THROUGH 50, inclusive,

            Defendant(s).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CASE NO.: 5:20-cv-02164 GW (KKx)

VIDEOTAPED DEPOSITION OF

ELIZABETH MARIE GIBBS

MAY 26, 2022
7:04 A.M. TO 11:33 A.M.

VIRTUAL DEPOSITION VIA ZOOM

LOS ANGELES, CALIFORNIA

Deidre Young, RPR, CSR No. 11461

MAGNA LEGAL SERVICES
866.624.6221
www.MagnaLS.com



```
                                                              Page 2
 1                    APPEARANCES OF COUNSEL
 2                 VIA ZOOM VIDEO CONFERENCE
 3
 4      FOR THE DEFENDANT:
 5          Gordon, Rees, Scully, Mansukhani, LLP
            By:  Scott L. Schmookler, Esq.
 6          5 Park Plaza
            Suite 1100
 7          Irvine, California 92614
            312.980.6779
 8          Sschmookler@grsm.com
 9
10      FOR THE PLAINTIFFS:
11          Best, Best & Krieger LLP
            By:  Daniel L. Richards, Esq.
12          18101 Von Karman Avenue
            Suite 1000
13          Irvine, California 92612
            949.263.2600
14          Daniel.richards@bbklaw.com
15
        FOR THE WITNESS:
16
            Slovak, Baron, Empey, Murphy & Pinkney, LLP
17          By: Peter Nolan, Esq.
            1800 E. Tahquitz Canyon Way
18          Palm Springs, California 92262
            760.322.2275
19
20      THE VIDEOGRAPHER: Justin Coomer
21
22
23
24
25
```



```
                                                              Page 5
 1            DEPOSITION OF ELIZABETH MARIE GIBBS
 2                 THURSDAY, MAY 26, 2022
 3
 4
 5
 6          THE VIDEOGRAPHER:  We are now on the record.
 7   This beginning videotape Number 1 in the deposition of
 8   Elizabeth Marie Gibbs in the matter of Western
 9   Riverside Council of Governments, et al., versus
10   National Union Fire, et al., in the United States         07:04:32
11   District Court for the Central District of California,
12   Eastern Division, case Number 520-cv-02164 GW (KKx.)
13          Today is Thursday May 26th, 2022.  And the
14   time is 7:04 a.m.  This deposition is being taken
15   remotely via web conferencing at the request of Gordon   07:05:04
16   Rees Scully.
17          The videographer is Justin Coomer of Magna
18   Legal Services.  And the court reporter is Deidre Young
19   of Magna Legal Services.
20          Will counsel and all parties present state        07:05:15
21   their appearances and whom they represent?
22          MR. SCHMOOKLER:  Scott Schmookler on behalf of
23   the defendant.
24          MR. RICHARDS:  Daniel Richards on behalf of
25   Plaintiffs Western Riverside Council of Governments and  07:05:29
```



Page 6

1     the City of Beaumont.
2            MR. NOLAN:  Peter Nolan on behalf of the City
3     of Beaumont and the Beaumont Financing Authority.
4            THE VIDEOGRAPHER:  Will the court reporter
5     please swear in the witness.                              07:05:40
6
7                  ELIZABETH MARIE GIBBS,
8       having been duly administered an oath by the Court
9        Reporter, was examined and testified as follows:
10
11                       EXAMINATION
12    BY MR. SCHMOOKLER:
13    Q    Good morning, Ms. Gibbs.  My name is Scott
14    Schmookler.  I represent the defendants in a coverage
15    action pending in Federal Court filed by Western         07:06:12
16    Riverside and the City of Beaumont.  You're aware of
17    that action, correct?
18    A    Correct.
19    Q    I know you've been deposed before in this
20    matter, so I will dispense with some of the              07:06:24
21    formalities, the beginning.
22           I just want to say a couple things about the
23    video and exhibits.  One, we are over video.  To the
24    extent that it at any time the video cuts out or you do
25    not hear my question, please let me know and I will      07:06:40



```
                                                              Page 8
 1    want Deidre to take that down as accurately as
 2    possible.  So if you could just let them state their
 3    objection before you answer my question.  And we just
 4    go in a very orderly fashion, we will get this
 5    deposition completed very quickly, okay?              07:08:01
 6        A    Okay.
 7        Q    If at any time you have any questions or do
 8    not understand my questions, you let me know.  I will
 9    try to explain what we're doing or what I'm asking you
10    to the best of my ability to a point at which you     07:08:15
11    understand the question.
12             But if you don't say anything, I'm going to
13    assume you've understood the questions as they were
14    asked, okay?
15        A    Okay.                                        07:08:24
16        Q    We are here today for a corporate deposition,
17    what we call a 30(b)6 deposition of Beaumont Financing
18    Authority.  Are you aware of that?
19        A    Yes.
20        Q    I will screen share with you now what we     07:08:36
21    previously served.  And I will mark this as Exhibit 1
22    to today's deposition.  And this is the Amended Notice
23    of 30(b)6 Deposition for Beaumont Financing Authority.
24    Do you see that at the top of the screen?
25        A    Yes.                                         07:08:55
```



```
                                                              Page 9
 1            (Deposition Exhibit 1 was marked for
 2            identification by the Court Reporter and is
 3            attached hereto.)
 4   BY MR. SCHMOOKLER:
 5      Q    Have you seen this document before today?        07:08:56
 6      A    Yes.
 7      Q    Did you review the topics of this deposition
 8   before today?
 9      A    Yes.
10      Q    Did you understand the topics for this           07:09:11
11   deposition?
12      A    Yes.
13      Q    And are you prepared and do you consent to
14   testify to each of the topics set forth in Exhibit 1?
15   And if you want to go through the topics, I'm happy to   07:09:23
16   do that.  Do you consent to testify on behalf of
17   Beaumont Finance Authority?
18      A    Yes.
19      Q    Are you prepared today to testify to each and
20   every one of the topics set forth in our 30(b)6 notice   07:09:36
21   entitled Exhibit 1?
22      A    Yes.
23      Q    Tell me what have you done -- and I know you
24   were deposed in your personal capacity and on behalf of
25   the city.  What have you done to prepare to testify on   07:09:50
```



```
                                                              Page 10
 1    behalf of Beaumont Finance Authority?
 2         A    I read the court documents.  I met with my
 3    attorneys.  And I researched city records regarding the
 4    Beaumont Financing Authority.
 5         Q    What city records did you research?               07:10:12
 6         A    The resolutions, bond documents,
 7    correspondence between our attorney and National
 8    Insurance and minutes.
 9         Q    When you see minutes, were these minutes for
10    the City of Beaumont or minutes for Beaumont Finance       07:10:39
11    Authority?
12         A    Minutes for Beaumont Financing Authority.
13         Q    As I understand it, Beaumont Financing
14    Authority is controlled by a board -- a board; is that
15    correct?                                                    07:10:51
16         A    Correct, with a chairman.
17         Q    And all of the operations of Beaumont
18    Financing Authority are subject to the approval of that
19    board; is that correct?
20         A    Correct.                                          07:11:04
21         Q    And as I understand it -- let me say it this
22    way.  Tell me, what is -- what was the principal
23    operations of Beaumont Financing Authority during the
24    1993 to 2012 time frame?
25         A    The principal operation of the Beaumont           07:11:23
```



```
                                                          Page 11
 1    Financing Authority was to assist the community
 2    facilities district in obtaining public financing to
 3    build public infrastructure within the city.
 4         Q    Is it fair to say that Beaumont Financing
 5    Authority issued municipal bonds as a way of raising      07:11:49
 6    funds to build infrastructure projects?
 7         A    Yes.
 8         Q    And is it fair to say that the funds raised by
 9    Beaumont Financing Authority through the issuance of
10    bonds were to be used solely to build public              07:12:07
11    infrastructure programs?
12         A    Yes.
13              MR. RICHARDS:  Objection to the form of the
14    question.
15    BY MR. SCHMOOKLER:                                        07:12:21
16         Q    Let me ask it a slightly different way.
17              Is it fair to say that funds raised by
18    Beaumont Financing Authority through the issuance of
19    bonds were to be used solely to build public
20    infrastructure within the City of Beaumont?               07:12:38
21              MR. RICHARDS:  Same objection.
22    BY MR. SCHMOOKLER:
23         Q    Ms. Gibbs, that I don't know that I heard your
24    answer if you answered?
25         A    My answer is yes.                               07:12:52
```



```
                                                              Page 13
 1      A    Yes.
 2      Q    And so even if I don't limit it to a time
 3   frame, will you understand that each of my questions is
 4   focused on the 1993 to 2012 time frame?
 5      A    Yes.                                            07:14:21
 6      Q    Is it fair to say that any disbursements of
 7   bond proceeds were made by the trustee, Union Bank?
 8      A    Yes.
 9           MR. RICHARDS:  Object to form.
10   BY MR. SCHMOOKLER:                                      07:14:37
11      Q    Is it fair to say that Union Bank as trustee
12   was the final arbiter of when funds would be disbursed,
13   correct?
14           MR. RICHARDS:  Objection to form.
15           THE WITNESS:  Can you define "arbiter"?         07:14:55
16   BY MR. SCHMOOKLER:
17      Q    Sure.  Union Bank was the party in the bond
18   documents that was responsible for final approval of
19   any disbursements of bond funds, correct?
20      A    Final approval?                                 07:15:09
21      Q    Well, walk me through how funds were approved
22   for disbursement in the context of Beaumont Finance
23   Authority?
24      A    The requisition is created.  It is approved by
25   any number of individuals within the city.  It is sent  07:15:31
```



```
                                                      Page 14
 1    to Union Bank as the trustee.  And the funds are
 2    disbursed from the bank to made payable to whomever was
 3    named on the requisition.  As far as the Union Bank's
 4    approval process, I'm not aware of that.
 5        Q    Was Union Bank responsible for determining      07:15:54
 6    whether the disbursement was proper under the bond
 7    documents?
 8             MR. RICHARDS:  Object to form.
 9             THE WITNESS:  Union Bank would process the
10    requisitions.  Again, I don't know what their internal   07:16:09
11    approval process was.
12    BY MR. SCHMOOKLER:
13        Q    Who in the city had to approve a requisition
14    prior to being submitted to Union Bank?
15        A    There were multiple individuals that would      07:16:22
16    approve requisitions.
17        Q    And who are those people?
18             MR. RICHARDS:  Object to form.
19             THE WITNESS:  Do you want their positions or
20    names?                                                   07:16:37
21    BY MR. SCHMOOKLER:
22        Q    Positions would be fine.
23        A    The city manager, the finance director, the
24    public works director, the economic development
25    director, and possibly the planning director.            07:16:55
```



```
                                                        Page 175
 1                    REPORTER'S CERTIFICATION
 2
 3          I, Deidre Young, RPR, a Certified Shorthand
 4     Reporter in and for the State of California, do hereby
 5     certify:
 6
 7          That the foregoing witness was by me duly sworn;
 8     that the deposition was then taken remotely before me
 9     at the time and place herein set forth; that the
10     testimony and proceedings were reported
11     stenographically by me to the best of my ability to
12     discern comments via Zoom transmission and later
13     transcribed into typewriting under my direction; that
14     the foregoing is a true record of the testimony and
15     proceedings taken at that time.
16
17           Before completion of the deposition, review of
18     the transcript [ x ] was [   ] was not requested.
19
20           IN WITNESS WHEREOF, I have subscribed my name this
21     7th day of JUNE, 2022.
22
23
24      _____Deidre Young_____
25     Deidre Young, RPR, CSR No. 11461
```

