# EXHIBIT C

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

```
WESTERN RIVERSIDE COUNCIL OF  )  Case No.:
GOVERNMENTS, a California     )  5:20-cv-02164 GW (KKx)
Joint Powers Authority; CITY  )
OF BEAUMONT, a public entity  )
in the State of California,   )
                              )
          Plaintiffs,         )
                              )
     vs.                      )
                              )
NATIONAL UNION FIRE           )
INSURANCE COMPANY OF          )
PITTSBURGH, PA and DOES 1     )
through 50, inclusive,        )
                              )
          Defendants.         )
_____)
```

VIRTUAL REMOTE DEPOSITION OF

ELIZABETH GIBBS-URTIAGA


Monday, May 23, 2022; 9:10 a.m.

Beaumont, California


Magna Legal Services

866-624-6221   www.MagnaLS.com


Reported by Mimi Murray, CSR No. 13985



Page 2

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                        EASTERN DIVISION

 4

 5   WESTERN RIVERSIDE COUNCIL OF )  Case No.:
     GOVERNMENTS, a California    )  5:20-cv-02164 GW (KKx)
 6   Joint Powers Authority; CITY )
     OF BEAUMONT, a public entity )
 7   in the State of California,  )
                                  )
 8           Plaintiffs,           )
                                  )
 9       vs.                       )
                                  )
10   NATIONAL UNION FIRE           )
     INSURANCE COMPANY OF          )
11   PITTSBURGH, PA and DOES 1     )
     through 50, inclusive,        )
12                                 )
             Defendants.           )
13   _____ )

14

15

16

17

18

19        VIDEOTAPED VIRTUAL REMOTE DEPOSITION OF

20   ELIZABETH GIBBS-URTIAGA, taken on behalf of Defendant,

21   at Beaumont, California, commencing at 9:10 a.m., on

22   Monday, May 23, 2022, before Mimi Murray, a Certified

23   Shorthand Reporter, CSR No. 13985, with principal office

24   in the County of Los Angeles, within and for the State

25   of California.
```



```
                                                             Page 3
 1   A P P E A R A N C E S:
 2       ON BEHALF OF DEFENDANT NATIONAL UNION FIRE INSURANCE
         COMPANY OF PITTSBURGH, PA:
 3
             GORDON REES SCULLY MANSUKHANI, LLP
 4           BY:  MEAGAN P. VANDERWEELE, ESQ.
                  HANNA E. MONSON, ESQ.
 5           5 PARK PLAZA
             SUITE 1100
 6           IRVINE, CALIFORNIA 92614
             312-980-6779
 7           MVANDERWEELE@GRSM.COM
             (VIA VIDEOCONFERENCE)
 8
 9       ON BEHALF OF PLAINTIFF WESTERN RIVERSIDE COUNCIL
         OF GOVERNMENTS:
10
             BEST BEST & KRIEGER LLP
11           BY:  JEFFREY DUNN, ESQ.
             18101 VON KARMAN AVENUE
12           SUITE 1000
             IRVINE, CALIFORNIA 92612
13           949-263-2600  949-260-0972 FAX
             JVDUNN@BBKLAW.COM
14           (VIA VIDEOCONFERENCE)
15
16       ON BEHALF OF DEPONENT ELIZABETH GIBBS-URTIAGA:
17           SLOVAK BARON EMPEY MURPHY & PINKNEY
             BY:  PETER J. NOLAN, ESQ.
18           1800 EAST TAHQUITZ CANYON WAY
             PALM SPRINGS, CALIFORNIA  92262
19           760-322-2275  760-322-2107 FAX
             NOLAN@SBEMP.COM
20           (VIA VIDEOCONFERENCE)
21
22       THE VIDEOGRAPHER:
23           JEREMIAH JUAREZ
24
25
```



Page 7

1           MONDAY, MAY 23, 2022; 9:10 A.M.
2                BEAUMONT, CALIFORNIA
3
4           THE VIDEOGRAPHER:  Good morning.  We are on
5   the record at 9:10 a.m. on Monday, May 23rd, 2022.
6           This begins Media No. 1 in the deposition of
7   Elizabeth Gibbs-Urtiaga in the matter of Western
8   Riverside Council of Governments, et al., versus
9   National Union Fire Insurance Company of Pittsburgh,
10  Pennsylvania, in the United States District Court
11  for the Central District of California, Eastern
12  Division, Case No. 5:20-cv-02164 GW.
13          This deposition is being taken remotely,
14  using virtual technology, at the request of Gordon
15  and Rees Scully Mansukhani, LLP.
16          Please note that the quality of the
17  recording depends on the quality of camera and
18  Internet connection of participants.  What is seen
19  from the witness and heard on screen is what will be
20  recorded.  Audio and video recording will continue
21  to take place unless all parties agree to go off the
22  record.
23          The court reporter is Mimi Murray of Magna
24  Legal Services.  I am the videographer, Jeremiah
25  Juarez, of Magna Legal Services.  I am not related



Page 8

1  to any party in this case, nor am I financially
2  interested in the outcome.
3         Will counsel and all parties present state
4  their appearances and whom they represent, beginning
5  with the noticing attorney.
6         MS. VANDERWEELE:  Meagan VanderWeele on
7  behalf of the defendant National Union Fire
8  Insurance Company of Pittsburgh, PA.
9         MS. MONSON:  Hanna Monson on behalf of the
10 defendant National Union Fire Insurance Company of
11 Pittsburgh, PA.
12        THE WITNESS:  Elizabeth Gibbs, City of
13 Beaumont.
14        MR. NOLAN:  Peter Nolan.  I'm appearing on
15 behalf of -- specially for WRCOG, plaintiff in this,
16 and I'm also appearing on behalf of the City of
17 Beaumont for Ms. Gibbs.
18        THE VIDEOGRAPHER:  Will the court reporter
19 please swear in the witness, and then counsel may
20 proceed.
21
22             ELIZABETH GIBBS-URTIAGA,
23 having first declared under penalty of perjury to
24 tell the truth, was examined and testified as
25 follows:



Page 122

```
 1   invoices submitted by Urban Logic, as City Manager?
 2        A.   Yes.
 3        Q.   And are the invoices that you reviewed
 4   invoices that were submitted to the City during your
 5   time as City Manager in 2015 and 2016?
 6        A.   Yes.  And there were some that were
 7   presented to me as Interim and Acting City Manager,
 8   from prior to my appointment.
 9        Q.   And what invoices did you review that had
10   been submitted by ULC prior to the appointment as
11   Interim City Manager in 2015?
12        A.   I don't recall the specifics of the
13   invoices.  I just know that they were old invoices
14   that hadn't been approved or paid prior to my
15   appointment.
16        Q.   And was the purpose of you reviewing these
17   old or prior invoices to review and approve them for
18   payment?
19        A.   The purpose was Urban Logic wanted to be
20   paid.
21        Q.   Have you ever reviewed the entirety of the
22   invoices that have been submitted by Urban Logic
23   between 1993 and 2012?
24        A.   No.
25        Q.   Have you ever -- in your individual capacity,
```



```
                                                              Page 206
 1              I, Mimi Murray, a licensed Certified Shorthand
 2   Reporter, duly qualified and certified as such by the
 3   State of California, do hereby certify:
 4              That prior to being examined, the witness
 5   named in the foregoing proceedings was, by me, duly
 6   sworn to testify to the truth, the whole truth, and
 7   nothing but the truth;
 8              That the said proceedings were, by me,
 9   recorded stenographically at the time and place first
10   therein mentioned; and the foregoing pages constitute a
11   full, true, complete and correct record of the
12   testimony given by the said witness;
13              That I am a disinterested person, not being in
14   any way interested in the outcome of said action, not
15   connected with, nor related to any of the parties in
16   said action, or to their respective counsel, in any
17   manner whatsoever.
18              IN WITNESS WHEREOF, I have subscribed my name
19   this 2nd day of June, 2022.
20
21                       _Mimi Murray_____
                         Mimi Murray, CSR No. 13985
22
23
24
25
```

