# EXHIBIT D

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

```
WESTERN RIVERSIDE COUNCIL     )
OF GOVERNMENTS, a California  )
Joint Powers Authority; CITY  )
OF BEAUMONT, a public entity  )
in the State of California,   )
                              )
        Plaintiffs,           )
                              )
     v.                       ) Case No. 5:20-cv-02164
                              )           GW (KKx)
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA.    )
and DOES 1 through 50,        )
inclusive,                    )
                              )
        Defendant(s).         )
_____)
```

VIDEOTAPED DEPOSITION OF DAVID CASTALDO, taken on behalf of National Union Insurance Company of Pittsburgh, at 5 Park Plaza, Suite 1100, Irvine, California, beginning at 9:08 a.m., and ending at 12:47 p.m., on Friday, April 22, 2022, before Marceline F. Noble, RPR, CRR, Certified Shorthand Reporter No. 3024.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by:
Marceline F. Noble
CSR No. 3024

Job No. 818506



```
                                                              Page 2
 1   APPEARANCES:

 2   For Plaintiff WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS
     and THE WITNESS:
 3
              BEST BEST & KRIEGER LLP
 4            JEFFREY V. DUNN, ESQ.
              18101 Von Karman Avenue, Suite 1000
 5            Irvine, California 92612
              949-263-2600
 6            949-260-0972  Fax
              jeffrey.dunn@bbklaw.com
 7

 8   For Defendant NATIONAL UNION FIRE INSURANCE
     COMPANY OF PITTSBURGH, PA:
 9
              GORDON REES SCULLY MANSUKHANI, LLP
10            MEAGAN VANDERWEELE, ESQ.
              1 North Franklin, Suite 800
11            Chicago, Illinois 60606
              312-565-1400
12            312-565-6511  Fax
              mvanderweele@grsm.com
13

14   Also Present:

15            SERGIO ESPARZA, Videographer

16

17

18

19

20

21

22

23

24

25
```



Page 5

```
 1                    IRVINE, CALIFORNIA
 2                   FRIDAY, APRIL 22, 2022
 3                    9:08 a.m. - 12:47 p.m.
 4
 5          MS. VANDERWEELE:  I'm ready if everyone else
 6   is.
 7          THE VIDEOGRAPHER:  Good morning.  We are on
 8   the record.
 9          This begins video No. 1 in the deposition of
10   David Castaldo in the matter of Western Riverside
11   Council of Governments, et al., versus National Union
12   Fire Insurance, et al., in the United States District
13   Court, of the Central District of California, Eastern
14   Division, case No. 520-cv-02164.
15          Today's date is April 22nd, 2022, and the
16   time is 9:08 a.m.
17          This deposition is being taken at
18   5 Park Plaza, 11th Floor, in Irvine, California, at
19   the request of Gordon Reese.
20          I'm Sergio Esparza, the videographer, of
21   Magna Legal Services.
22          And the court reporter is Marceline Noble of
23   Magna Legal Services.
24          Will counsel and all parties present state
25   their appearances and whom they represent.
```



```
                                                          Page 6
 1         MS. VANDERWEELE:  Meagan VanderWeele for
 2   National Union Fire Insurance Company of Pittsburgh.
 3         MR. DUNN:  Jeffrey Dunn on behalf of the
 4   plaintiffs, and also representing Mr. Castaldo this
 5   morning.
 6
 7                    DAVID CASTALDO,
 8   having been first duly sworn, was examined and
 9   testified as follows:
10
11                      EXAMINATION
12   BY MS. VANDERWEELE:
13      Q.  Sir, could you please state your full name
14   and spell your last name for the record.
15      A.  David Castaldo.  C-a-s-t-a-l-d-o.
16      Q.  Good morning, Mr. Castaldo.
17      A.  Morning.
18      Q.  My name's Megan VanderWeele, and I'm one of
19   the attorneys for the defendant in this lawsuit,
20   National Union Fire Insurance Company of Pittsburgh.
21   And it's in a lawsuit that has been filed by Western
22   Riverside Council of Governments in the City of
23   Beaumont.
24         Do you understand that?
25      A.  Yes.
```



```
                                                        Page 150
 1           MS. VANDERWEELE:  That's all I'm trying to
 2   get at.  And if we can have that stipulation --
 3           MR. DUNN:  Yeah.
 4           MS. VANDERWEELE:  -- I'm --
 5           MR. DUNN:  He will not --
 6           MS. VANDERWEELE:  -- can dispense with many
 7   questions.
 8           MR. DUNN: Yeah, no.  He won't be called to
 9   testify as to that.
10           MS. VANDERWEELE:  Okay.  So you're -- just
11   to make sure it's clear, he will not be called to
12   testify regarding any of the claims that are set
13   forth in the proof of loss, crime loss report, things
14   like that.
15           MR. DUNN:  Yeah.  The only thing he would
16   testify are -- are the matters you covered in the
17   depositions.
18           MS. VANDERWEELE:  Okay.
19           MR. DUNN:  Yeah, it -- it -- I hope I'm
20   being clear.  He -- he's not -- he was not part of
21   any process of -- to submit the claim --
22           MS. VANDERWEELE:  All right.
23           MR. DUNN:  -- and so he will have no
24   testimony concerning any of that.
25           MS. VANDERWEELE:  And that would include any
```



Page 158

```
 1
 2              REPORTER'S CERTIFICATION
 3
 4        I, Marceline F. Noble, a Certified Shorthand
 5   Reporter in and for the State of California, do hereby
 6   certify:
 7
 8        That the foregoing witness was by me duly sworn;
 9   that the deposition was then taken before me at the
10   time and place herein set forth; that the testimony
11   and proceedings were reported stenographically by me
12   and later transcribed into typewriting under my
13   direction; that the foregoing is a true record of the
14   testimony and proceedings taken at that time.
15
16        IN WITNESS WHEREOF, I have subscribed my name
17   this 2nd of May, 2022.
18
19
20                    Marceline F. Noble
21                    Marceline F. Noble, CSR No. 3024
22
23
24
25
```

