1
2
3
4
5
6
7

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11   WESTERN RIVERSIDE COUNCIL OF
GOVERNMENTS, a California Joint
12   Powers Authority,

13                    Plaintiff,

14        v.

15   NATIONAL UNION FIRE
INSURANCE COMPANY OF
16   PITTSBURGH, PA, and DOES 1
through 50, inclusive,

17
                     Defendants.
18

Case No. 5:20-cv-02164- GW (KKx)

**[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION IN
*LIMINE* NO. 7 TO BAR
WRCOG'S WITNESSES**

Date:        September 1, 2022
Time:        8:30 a.m.
Courtroom:  9D

19
20
21
22
23
24
25
26
27
28

5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION IN LIMINE NO. 7

1    The Court has considered the in limine motion ("MIL No. 7") of Defendant

2    National Union Fire Insurance Company of Pittsburgh, PA ("Defendant").  The

3    matter was heard before the Court, the Honorable George H. Wu presiding, on

4    September 1, 2022 at 8:30 a.m.  Appearances were as stated in the record.  Having

5    considered the papers, arguments of counsel, and good cause appearing,

6    Defendant's MIL No. 7 is denied.

7

8

9

10    IT IS SO ORDERED.

11

Dated:

12    _____

13                                          _____

                                          Hon. George H. Wu
14                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612