UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION IN *LIMINE* NO. 8 TO EXCLUDE EVIDENCE OF TUMF JUDGMENT**<br><br>Date:      September 1, 2022<br>Time:      8:30 a.m.<br>Courtroom: 9D |

The Court has considered the in limine motion ("MIL No. 8") of Defendant National Union Fire Insurance Company of Pittsburgh, PA ("Defendant"). The matter was heard before the Court, the Honorable George H. Wu presiding, on September 1, 2022 at 8:30 a.m. Appearances were as stated in the record. Having considered the papers, arguments of counsel, and good cause appearing, Defendant's MIL No. 8 is denied.

IT IS SO ORDERED.

Dated: _____

                                          Hon. George H. Wu
                                        United States District Judge

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

20323.00057\40648910.1      - 2 -      5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER DENYING
DEFENDANT'S MOTION IN LIMINE NO. 8