JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,

Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:20-cv-02164- GW (KKx)

**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 9 TO BAR ANY ARGUMENT THE DISCOVERY PERIOD WAS TOLLED BY ADVERSE DOMINATION**

Date: September 1, 2022
Time: 8:30 a.m.
Courtroom: 9D

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

**DECLARATION OF CHRISTOPHER E. DEAL**

I, Christopher E. Deal, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2. Attached as **Exhibit "A"** is a true and correct copy of the relevant deposition excerpts from David Castaldo's Deposition taken on April 22, 2022.

3. Attached as **Exhibit "B"** is a true and correct copy of the relevant deposition excerpts from Nancy Gall's Deposition taken on April 29, 2022.

4. Attached as **Exhibit "C"** is a true and correct copy of the relevant deposition excerpts from Brian DeForge's Deposition taken on April 28, 2022.

5. Attached as **Exhibit "D"** is a true and correct copy of the relevant deposition excerpts from James Gregg's Deposition taken on April 26, 2022.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August 2022, at Los Angeles, California.

Christopher E. Deal

20323.00057\40613528.1