Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF SCOTT L. SCHMOOKLER IN SUPPORT OF THE PARTIES' JOINT STIPULATION TO CONTINUE THE FINAL PRETRIAL CONFERENCE AND TRIAL** |

I, Scott L. Schmookler, declare as follows:

1. I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter. I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court. I submit this declaration in support of National Union's responses in opposition to Plaintiffs' Motions *in Limine*. I have personal knowledge of all matters set forth in this

- 1 -
DECLARATION OF SCOTT L. SCHMOOKLER

1  Declaration and, if called as a witness, I could and would competently testify to
2  them.

3    2.   Western Riverside Council of Governments ("WRCOG"), as assignee
4  of the City, filed an insurance coverage action alleging that former city officials and
5  owners of Urban Logic Consultants (Ernest Egger, David Dillon and Deepak
6  Moorjani) stole more than $25 million from the City. Given the former officials'
7  tenure and the basis for Plaintiffs' claim, the alleged loss occurred over a 22-year
8  period (1993 through 2015) and involves more than $88 million in invoices
9  submitted by Urban Logic.

10   3.   On March 7, 2022, the parties participated in a mediation with Bruce
11 Friedman but were unfortunately not able to reach an agreement to resolve this
12 matter.

13   4.   The parties recently briefed National Union's motion for summary
14 judgment, which the Court denied on August 8, 2022.

15   5.   The parties have been engaged in ongoing settlement discussions
16 following the denial of National Union's summary judgment motion. The parties
17 have had a recent significant breakthrough in those settlement discussions and are
18 optimistic the case will resolve. Therefore, the parties have agreed to a second
19 mediation with Mr. Friedman on September 21, 2022.

20   6.   The parties timely completed fact discovery and expert discovery and
21 are currently preparing for trial, as detailed below.

22   7.   The parties timely filed their motions *in limine* and memorandums of
23 contentions of fact and law on August 11, 2022. The parties also timely exchanged
24 their respective proposed jury instructions; verdict forms; statements of the case;
25 witness lists; and trial exhibit lists on August 11, 2022, pursuant to the Standing
26 Order Re Final Pre-Trial Conferences for Civil Trials Before Judge George H. Wu
27 (ECF No. 7) (the "Standing Order"). The parties also timely filed responses in
28 opposition to motions *in limine* on August 22, 2022

**Gordon Rees Scully Mansukhani, LLP**
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

- 2 -
DECLARATION OF SCOTT L. SCHMOOKLER

8. The parties met-and-conferred on August 19, 2022 to discuss the following, as required by the Standing Order: joint statement of the case; joint exhibit list; joint witness list; joint proposed jury instructions; joint special verdict forms; and joint stipulations of fact

9. During the parties' meet-and-confer on August 19, 2022, the parties further discussed settlement and agreed that mediation would be beneficial to attempt to resolve this matter. The parties also agreed that they should attend mediation prior to the Court ruling on motions *in limine*, as the rulings would likely negatively affect the parties' ability to resolve the case prior to trial.

10. Following the meet-and-confer on August 19, 2022, the parties engaged in further settlement discussions and have had a recent significant breakthrough in those discussions and are optimistic the case will resolve

11. The parties believe that mediating the case prior to the Court's ruling on motions *in limine* and before the parties incur further costs associated with trial is in the parties' best interests.

12. The parties have scheduled another mediation with Mr. Friedman on September 21, 2022. The parties were unable to schedule a mediation with Mr. Friedman prior to the commencement of trial.

13. The parties therefore request a continuance of the September 1, 2022 Final Pretrial Conference and Jury Trial set to begin on September 13, 2022, so that the parties can attend a second mediation with Mr. Friedman in an effort to resolve this matter.

14. The parties agree there is good cause for such an order based on the recitals above, and that such an order would be in the interest of justice and would cause no party any prejudice. The parties have diligently worked in good faith to resolve this matter and believe mediation is in the best interest of their respective clients.

DECLARATION OF SCOTT L. SCHMOOKLER

1  15. Although the parties are optimistic, the event the case does not resolve at mediation, the parties are available on October 27, 2022 for a Final Pretrial Conference and on November 9, 2022 for Trial.

16. The parties have previously stipulated to two extensions of time regarding the pleadings (ECF Nos. 9 and 12); and three extensions of time regarding discovery (ECF Nos. 27, 30, and 32).

Dated: August 24, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Dina Glucksman (SBN: 245646)
dglucksman@grsm.com
(213) 576-5071
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 24, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

Jeffrey V. Dunn, State Bar No. 131926
jeffrey.dunn@bbklaw.com
Christopher E. Deal, State Bar No. 186754
chris.deal@bbklaw.com
Daniel L. Richards, State Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612
Telephone: 949-263-2600
Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

GORDON REES SCULLY
MANSUKHANI LLP

By:   */s/ Scott L. Schmookler*
       Scott L. Schmookler