# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

```
WESTERN RIVERSIDE COUNCIL      )
OF GOVERNMENTS, a California   )
Joint Powers Authority; CITY   )
OF BEAUMONT, a public entity   )
in the State of California,    )
                               )
          Plaintiffs,          )
                               )
     v.                        ) Case No. 5:20-cv-02164
                               )           GW (KKx)
NATIONAL UNION FIRE INSURANCE  )
COMPANY OF PITTSBURGH, PA.     )
and DOES 1 through 50,         )
inclusive,                     )
                               )
          Defendant(s).        )
_____)
```

VIDEOTAPED DEPOSITION OF DAVID CASTALDO, taken on behalf of National Union Insurance Company of Pittsburgh, at 5 Park Plaza, Suite 1100, Irvine, California, beginning at 9:08 a.m., and ending at 12:47 p.m., on Friday, April 22, 2022, before Marceline F. Noble, RPR, CRR, Certified Shorthand Reporter No. 3024.

Magna Legal Services
866-624-6221
www.MagnaLS.com

Reported by:
Marceline F. Noble
CSR No. 3024

Job No. 818506



Page 5

```
 1                    IRVINE, CALIFORNIA
 2                 FRIDAY, APRIL 22, 2022
 3                  9:08 a.m. - 12:47 p.m.
 4
 5         MS. VANDERWEELE:  I'm ready if everyone else
 6   is.
 7         THE VIDEOGRAPHER:  Good morning.  We are on
 8   the record.
 9         This begins video No. 1 in the deposition of
10   David Castaldo in the matter of Western Riverside
11   Council of Governments, et al., versus National Union
12   Fire Insurance, et al., in the United States District
13   Court, of the Central District of California, Eastern
14   Division, case No. 520-cv-02164.
15         Today's date is April 22nd, 2022, and the
16   time is 9:08 a.m.
17         This deposition is being taken at
18   5 Park Plaza, 11th Floor, in Irvine, California, at
19   the request of Gordon Reese.
20         I'm Sergio Esparza, the videographer, of
21   Magna Legal Services.
22         And the court reporter is Marceline Noble of
23   Magna Legal Services.
24         Will counsel and all parties present state
25   their appearances and whom they represent.
```



```
                                                          Page 6
 1        MS. VANDERWEELE:  Meagan VanderWeele for
 2   National Union Fire Insurance Company of Pittsburgh.
 3        MR. DUNN:  Jeffrey Dunn on behalf of the
 4   plaintiffs, and also representing Mr. Castaldo this
 5   morning.
 6
 7                    DAVID CASTALDO,
 8   having been first duly sworn, was examined and
 9   testified as follows:
10
11                      EXAMINATION
12   BY MS. VANDERWEELE:
13        Q.   Sir, could you please state your full name
14   and spell your last name for the record.
15        A.   David Castaldo.  C-a-s-t-a-l-d-o.
16        Q.   Good morning, Mr. Castaldo.
17        A.   Morning.
18        Q.   My name's Megan VanderWeele, and I'm one of
19   the attorneys for the defendant in this lawsuit,
20   National Union Fire Insurance Company of Pittsburgh.
21   And it's in a lawsuit that has been filed by Western
22   Riverside Council of Governments in the City of
23   Beaumont.
24             Do you understand that?
25        A.   Yes.
```



MAGNA LEGAL SERVICES

Page 54

1  that, whatever it covered.  I don't remember it ever
2  being presented to me that we are purchasing this
3  policy, and it covers this, this and this.
4         All I know -- remember is, this is our
5  excess insurance coverage that the City needs, and
6  that's what the City Manager would tell us.
7     Q.  Okay.  And so the City Manager or other
8  staff, would present recommendations to the
9  City Council to purchase certain insurance.
10         And although you, as a City Council member,
11  may not have reviewed and understood the terms of
12  that -- those insurance policies, the City Council
13  ultimately was responsible for approving the purchase
14  of those policies.
15     A.  The City Council would be responsible for
16  approving them under the recommendations of the City
17  Manager and the City Attorney.
18     Q.  Would recommendations also be made by
19  Mr. Gregg, the City's risk manager?
20     A.  I do not remember or have any recollection
21  of Mr. Gregg ever appearing in front of the
22  City Council.
23     Q.  And that's during the four years that you
24  served on Council?
25     A.  That is true.



```
                                                        Page 158
 1
 2               REPORTER'S CERTIFICATION
 3
 4         I, Marceline F. Noble, a Certified Shorthand
 5    Reporter in and for the State of California, do hereby
 6    certify:
 7
 8         That the foregoing witness was by me duly sworn;
 9    that the deposition was then taken before me at the
10    time and place herein set forth; that the testimony
11    and proceedings were reported stenographically by me
12    and later transcribed into typewriting under my
13    direction; that the foregoing is a true record of the
14    testimony and proceedings taken at that time.
15
16         IN WITNESS WHEREOF, I have subscribed my name
17    this 2nd of May, 2022.
18
19
20                       Marceline F. Noble
21                       Marceline F. Noble, CSR No. 3024
22
23
24
25
```

