# EXHIBIT C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

_____)
WESTERN RIVERSIDE COUNCIL OF        )
GOVERNMENTS, a California Joint     )
Powers Authority,                   )
                                    )
            Plaintiff,              )
                                    )
     vs.                            ) CASE NO. 5:20-CV-02164-
                                    )           GW(KKx)
NATIONAL UNION FIRE INSURANCE       )
COMPANY OF PITTSBURGH, PA, and DOES )
 through 50, inclusive,             )
                                    )
            Defendants.             )
_____)

VIDEOTAPED DEPOSITION OF

NANCY GALL

April 29, 2022

10:03 a.m.

3390 University Avenue
5th Floor
Riverside, California

Kelly M. Bates, CSR NO. 12935

MAGNA LEGAL SERVICES
(866)624-6221
www.MagnaLS.com



Page 90

1    A.  Yes.
2    Q.  When we spoke on the phone initially and in a
3  subsequent conversation, did I tell you that the City of
4  Beaumont had sued my client the insurance company?
5    A.  I'm sorry.  Say that again.
6    Q.  Sure.  When we have spoken, Nancy, have I told
7  you that the City of Beaumont had sued my client the
8  insurance company?
9    A.  No, I didn't know that they did.
10   Q.  So let me go back.  So, Nancy, I represent the
11 insurance company.  You understand that?
12   A.  Yeah.
13   Q.  And the City of Beaumont has sued the insurance
14 company.  Do you understand that?
15   A.  The City of Beaumont is suing the insurance
16 company?
17   Q.  Correct.
18   A.  Right now?
19   Q.  Correct, which is what's on the caption on the
20 declaration.
21   A.  Oh, okay.
22   Q.  Did I ever tell you in any of our conversations
23 that Urban Logic had filed the lawsuit, or is that just
24 your understanding based on what you know?
25   A.  I thought they had, but I don't know why.

Page 91

1    Q.  Did I ever tell you that Urban Logic was the
2  one that filed this lawsuit?
3    A.  No.
4    Q.  Okay.  Before you signed this declaration --
5    A.  Yes.
6    Q.  -- did you review it?
7    A.  Yes, I read it.
8    Q.  Did you review it several times?
9    A.  Yes.
10   Q.  And before you signed the declaration do you
11 recall having a telephone conversation with me when we
12 went through this declaration line by line word for
13 word?
14   A.  Yeah, that's true.
15   Q.  And then I mailed you a copy of the
16 declaration.  I think two copies; correct?
17   A.  Yeah, because I signed one in February.  That's
18 what it says.
19   Q.  And then we talked about the declaration before
20 you signed it again.  Do you remember that?
21   A.  Yeah.
22   Q.  And then you signed the declaration and sent it
23 back to my firm via mail, I believe.  Do you remember
24 that?
25   A.  Yeah.  Yeah, whatever address you had.

Page 92

1    Q.  And since -- and after you signed the
2  declaration to prepare for this deposition, did you
3  review the declaration again?
4    A.  Yes.
5    Q.  Several times?
6    A.  Yes.
7    Q.  And is everything that you -- that is stated in
8  this declaration, is it all true and correct based on
9  your knowledge and belief?
10   A.  Based on my knowledge and belief, yes.
11       MS. VANDERWEELE:  Okay.  Those are all the
12 questions I have for you.
13       MR. DUNN:  Thank you, Ms. Gall.
14       MS. VANDERWEELE:  Thank you.
15       THE VIDEOGRAPHER:  Off the record.  The time is
16 12:29 p.m.
17       MS. VANDERWEELE:  I'll take a copy, please.
18       (The deposition concluded at 12:29 p.m.)
19              * * *

Page 93

1              REPORTER'S CERTIFICATION
2
3       I, KELLY M. BATES, a Certified Shorthand
4  Reporter in and for the State of California, do hereby
5  certify:
6       That the foregoing witness was by me duly
7  sworn; that the deposition was then taken before me at
8  the time and place herein set forth; that the testimony
9  and proceedings were reported stenographically by me and
10 later transcribed into typewriting under my direction;
11 that the foregoing is a true record of the testimony and
12 proceedings taken at that time.
13
14      IN WITNESS WHEREOF, I have subscribed my name
15 this 29th day of April, 2022.
16
17
18 _____
19 Kelly M. Bates, CSR No. 12935 

