# EXHIBIT F

Chapter 2.24 - PLANNING COMMISSION AND COMMUNITY DEVELOPMENT DEPARTMENT

2.24.010 - Creation.

The City Planning Commission is created pursuant to the authority granted by the Planning and Zoning Law of the State; Government Code, Division 1, Chapter 3, Article 1.

(Ord. 649 § 2, 1987)

2.24.020 - Statutory applicability.

The provisions of the Planning and Zoning Law of the State, as they may be applicable, and as may be amended from time to time by the Legislature of the State, shall apply to and govern the City Planning Commission.

(Ord. 649 § 2, 1987)

2.24.030 - Members—Number.

The City Planning Commission shall consist of no less than five, nor more than seven, members, including the chairman thereof.

(Ord. 649 § 2, 1987; Ord. 907, § 1, 1-16-07)

2.24.040 - Members—Appointment—Term.

The members of the City Planning Commission shall be appointed by the City Council. The terms of three members shall expire on December 31, 2010, and the terms of four members shall expire on December 31, 2008. The terms of their successors shall be four years. Any member may be removed by a majority vote of the City Council, without cause.

(Ord. 649 § 2, 1987; Ord. 907, § 2, 1-16-07)

2.24.050 - Members—Compensation.

Members of the Beaumont Planning Commission shall receive such compensation, travel expense and other authorized expenses for attending meetings of their respective bodies as may be fixed by resolution of the City Council.

(Ord. 649 § 2, 1987)

2.24.060 - Duties.

The Commission shall perform planning and zoning duties specified by law or ordinance not expressly delegated or reserved to another body or officer; including proceedings for adopting or amending general and specific plans; changes of zone; amendments to the text of the zoning ordinance; appeals and review of land division maps; review of major plot plans; conditional and public use permits and variances; or to revoke or modify the same; appeals of minor plot plans; and shall advise the City Council in related matters.

(Ord. 649 § 2, 1987)

2.24.070 - Procedures.

The Commission shall elect one member as chairman and one as vice chairman, to hold office at the pleasure of the members. Election of new officers shall be held at the first regular Planning Commission meeting each year. Three members shall be a quorum and a majority shall be required to carry a motion. The Commission shall hold at least one regular meeting per month.

(Ord. 649 § 2, 1987)

2.24.080 - Community Development Department.

The Community Development Department shall be headed by a Director who shall be appointed by the City Manager to hold office at his pleasure, and shall include a staff or employees under his direction as necessary to carry out the duties of the Department. The Director shall provide technical and clerical assistance to the Planning Commission and with the staff of his department shall perform functions relating to planning, zoning and land divisions and such other aspects of community development as may be required by law, ordinance or order of the City Manager. Any references in the Beaumont Municipal Code to the Planning Department are deemed to refer to the Community Development Department.

(Ord. 649 § 2, 1987)