# EXHIBIT G

I. - GENERAL DEFINITIONS

16.08.010 - Generally.

In this title, unless the context otherwise requires, the words set out in this chapter shall have the meanings set out in Sections 16.08.020 through 16.08.540.

(Ord. 547 §2.1(part), 1983)

16.08.020 - Advisory agency.

*"Advisory agency"* means the Planning Commission for all tentative subdivision maps, including parcel maps.

(Ord. 547 §2.1(A), 1983)

16.08.030 - Building Director.

*"Building Director"* means the Director of Building and Safety of the City.

(Ord. 547 §2.1(B), 1983)

16.08.040 - City Engineer.

*"City Engineer"* means the Engineer of the City.

(Ord. 547 §2.1(C), 1983)

16.08.050 - Department of Transportation.

*"Department of Transportation"* means the Department of Transportation of the State.

(Ord. 547 §2.1(E), 1983)

16.08.060 - Flood Control Engineer.

*"Flood Control Engineer"* means the Chief Engineer of the Riverside County Flood Control and Water Conservation District.

(Ord. 547 §2.1(F), 1983)

16.08.070 - Health Officer.

"*Health Officer*" means the Health Officer of the County.

(Ord. 547 §2.1(G), 1983)

16.08.080 - Land use ordinance.

"*Land use ordinance*" means the ordinance codified in Title 17 of this Code.

(Ord. 547 §2.1(M), 1983)

16.08.090 - Planning Director.

"*Planning Director*" means the Planning Director of the City.

(Ord. 547 §2.1(H), 1983)

16.08.100 - Public Works Director.

"*Public Works Director*" means the Director of Public Works of the City.

(Ord. 547 §2.1(I), 1983)

16.08.110 - Recorder.

"*Recorder*" means the Recorder of the County.

(Ord. 547 §2.1(J), 1983)

16.08.120 - Road Commissioner.

"*Road Commissioner*" means the Road Commissioner and County Surveyor of the County.

(Ord. 547 §2.1(K), 1983).

16.08.130 - Staff.

"*Staff*" means the employees of the City.

(Ord. 547 §2.1(L), 1983)