1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER E. DEAL, Bar No. 186754
   chris.deal@bbklaw.com
3  DANIEL L. RICHARDS, Bar No. 315552
   daniel.richards@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone:  (949) 263-2600
   Facsimile:   (949) 260-0972
7
   Attorneys for Plaintiffs
8  Western Riverside Council of Governments
   and City of Beaumont

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO DEFENDANT'S OPPOSITION TO MOTIONS IN LIMINE NO. 2 AND NO. 4**<br><br>Date:           September 1, 2022<br>Time:          8:30 a.m.<br>Courtroom:  9D |

# INTRODUCTION

Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, "Plaintiffs") requests that the Court take judicial notice, pursuant to Federal Rules of Evidence, Rule 201, of the following exhibits attached to Christopher E. Deal's Declaration in support of Plaintiffs' Reply to Defendant's Oppositions to Motions Limine No. 2 and No. 4:

# REQUEST FOR JUDICIAL NOTICE

| Exhibit No. | Document |
|---|---|
| D | City of Beaumont incorporation date and organization as a general law city: https://www.beaumontca.gov/27/GOVERNMENT |
| E | City of Beaumont Municipal Code Chapter 2.12 – City Manager, available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.12CIMA |
| F | City of Beaumont Municipal Code Chapter 2.24 - Planning Commission And Community Development Department, available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.24PLCOCODEDE |
| G | City of Beaumont Municipal Code Chapter 16.08 – Definitions, available online at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT16SU_CH16.08DE |

# THE COURT SHOULD TAKE JUDICIAL NOTICE OF EXHIBITS D-G

Plaintiffs respectfully requests the Court take judicial notice of Exhibits D, E, F, and G pursuant to Rule 201 of the Federal Rules of Evidence. Under Federal

1  Rule of Evidence 201, judicial notice is proper when a fact is not subject to
2  reasonable dispute and capable of accurate and ready determination by resorting to
3  sources whose accuracy cannot reasonably be questioned. *Wible v. Aetna Life Ins.*
4  *Co.*, 375 F. Supp. 2d 956, 966 (C.D. Cal. 2005); Fed. R. Evid. 201.

### 1. Exhibit D is a Matter of Government-Run Website Information and Public Record

Matters of public record are subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Exhibit D is information regarding the City of Beaumont's incorporation status and designation as a general law city. Under Fed. R. Evid. 201, the court can take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet," such as websites run by governmental agencies. *See Hansen Beverage Co. v. Innovation Ventures, LLC*, No. 08-CV-1166-IEG, 2009 WL 6597891, *1 (S.D. Cal. Dec. 23, 2009) (citing *Jackson v. City of Columbus*, 194 F.3d 737, 745 (6th Cir. 1999)); *see also Daniels-Hall v. National Education Association*, 620 F.3d 992, 999 (9th Cir. 2010) (taking judicial notice of information on the websites of two school districts because they were government entities).

The existence of Exhibit D and the contents thereof is not subject to reasonable dispute and is capable of accurate and ready determination. Because the City of Beaumont official website is a public record and a government run website, anyone may obtain accurate and reliable information from a government agency.

### 2. Exhibit E, F, and G Are a Matter of Public Record

Matters of public record are subject to judicial notice. *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001). Exhibit E, F, and G are excerpts from an online library of the Municipal Code of the City of Beaumont. Courts may take judicial notice of local municipal codes. *See Long Beach Area Peace Network v. City of Long Beach*, 574 F.3d 1011, 1026 (9th Cir. 2009) (taking judicial notice of a local ordinance, a local regulation, and a local municipal code).

The existence of Exhibit G and the contents thereof is not subject to reasonable dispute and is capable of accurate and ready determination. Because the Beaumont Municipal Code is a public record, anyone may obtain an accurate and authentic copy from a government agency.

## **CONCLUSION**

For all of the aforementioned reasons, Plaintiffs request that this Court take judicial notice of Exhibits D, E, F, and G.

Dated: August 26, 2022            BEST BEST & KRIEGER LLP

By: */ s / Jeffrey V. Dunn*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS

Attorneys for Plaintiffs
Western Riverside Council of Governments and City of Beaumont

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 4 -

5:20-CV-02164- GW (KKX)
REQUEST FOR JUDICIAL NOTICE