1  JEFFREY V. DUNN, Bar No. 131926
   jeffrey.dunn@bbklaw.com
2  CHRISTOPHER E. DEAL, Bar No. 186754
   chris.deal@bbklaw.com
3  DANIEL L. RICHARDS, Bar No. 315552
   daniel.richards@bbklaw.com
4  BEST BEST & KRIEGER LLP
   18101 Von Karman Avenue
5  Suite 1000
   Irvine, California 92612
6  Telephone: (949) 263-2600
   Facsimile: (949) 260-0972
7
8  Attorneys for Plaintiffs
   Western Riverside Council of Governments
9  and City of Beaumont

10            UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12

13  WESTERN RIVERSIDE COUNCIL OF        Case No. 5:20-cv-02164- GW (KKx)
    GOVERNMENTS, a California Joint
14  Powers Authority,                   **DECLARATION OF
                                        CHRISTOPHER E. DEAL IN
15            Plaintiff,                 SUPPORT OF PLAINTIFFS'
                                        REPLY IN SUPPORT OF
16       v.                             MOTION *IN LIMINE* NO. 3 TO
                                        EXCLUDE EXPERT
17  NATIONAL UNION FIRE                 TESTIMONY OF PETER EVANS
    INSURANCE COMPANY OF                OR LIMITING HIM TO
18  PITTSBURGH, PA, and DOES 1          REBUTTAL TESTIMONY ONLY**
    through 50, inclusive,
19
            Defendants.
20                                      Trial Date:    September 1, 2022
                                        Time:          8:30 a.m.
21                                      Courtroom:     9D

22

23

24

25

26

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

## DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare:

1.      I am an attorney at law licensed to practice in the State of California.  I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2.      National Union served its rebuttal expert disclosures and the Peter Evans Final Report on June 30, 2022 at 6:12 p.m. by email. Attached hereto as Exhibit A is a true and correct copy of this email.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of August 2022, at Irvine, California.

_____
Christopher E. Deal

20323.00057\40658470.1

5:20-CV-02164- GW (KKX)
DECL. OF CHRISTOPHER E. DEAL IN
SUPPORT OF REPLY IN SUPPORT OF
MOTION IN LIMINE NO. 3

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612