# Daniel Richards

| | |
|---|---|
| **From:** | Scott Schmookler <sschmookler@grsm.com> |
| **Sent:** | Thursday, June 30, 2022 6:11 PM |
| **To:** | Daniel Richards; Christopher E. Deal; Jeffrey Dunn |
| **Cc:** | Angela Lewosz; Meagan VanderWeele; Kelly Collins |
| **Subject:** | Beaumont: Rebuttal Disclosure |
| **Attachments:** | Rule 26 Rebuttal Expert Disclosures.pdf; Peter Evans Final Report.pdf; Anthony Hayter Final Report.pdf |

**CAUTION - EXTERNAL SENDER.**

Please find attached our rebuttal expert disclosure.

**SCOTT L. SCHMOOKLER** | Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

One North Franklin, Suite 800
Chicago, IL 60606
D: 312-980-6779 | sschmookler@grsm.com

www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com