JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
CHRISTOPHER E. DEAL, Bar No. 186754
chris.deal@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue
Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**DECLARATION OF CHRISTOPHER E. DEAL IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITIONS TO MOTIONS IN LIMINE NO. 2 and 4**<br><br>Date: September 1, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D |

- 1 -

5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E.
DEAL ISO REPLY TO DEFENDANT'S
OPPOSITION TO MOTIONS IN LIMINE
NOS 2 & 4

# DECLARATION OF CHRISTOPHER E. DEAL

I, Christopher E. Deal, declare:

1. I am an attorney at law licensed to practice in the State of California. I am a partner with Best Best & Krieger LLP, attorneys of record for Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs"). Unless otherwise stated here, I have personal knowledge of the fact set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2. Attached as **Exhibit "A"** is a true and correct copy of the relevant deposition excerpts from David Castaldo's Deposition taken on April 22, 2022.

3. Attached as **Exhibit "B"** is a true and correct copy of the relevant deposition excerpts from Brian DeForge's Deposition taken on April 28, 2022.

4. Attached as **Exhibit "C"** is a true and correct copy of the relevant deposition excerpts from Nancy Gall's Deposition taken on April 29, 2022.

5. Attached as **Exhibit "D"** is a true and correct copy of a screenshot from the City of Beaumont's official government website. Accessed and retrieved on August 26, 2022. (https://www.beaumontca.gov/27/GOVERNMENT).

6. Attached as **Exhibit "E"** is a true and correct copy of the relevant excerpts from the Beaumont Municipal Code Chapter 2.12. The information was accessed and retrieved on August 26, 2022, which is publicly available at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.12CIMA.

7. Attached as **Exhibit "F"** is a true and correct copy of the relevant excerpts from the Beaumont Municipal Code Chapter 2.12. The information was accessed and retrieved on August 26, 2022, which is publicly available at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT2ADPE_CH2.24PLCOCODEDE

- 2 -

5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E. DEAL ISO REPLY TO DEFENDANT'S OPPOSITION TO MOTIONS IN LIMINE NOS 2 & 4

1  8. Attached as **Exhibit "G"** is a true and correct copy of the relevant excerpts from the Beaumont Municipal Code Chapter 16.08. The information was accessed and retrieved on August 26, 2022, which is publicly available at: https://library.municode.com/ca/beaumont/codes/code_of_ordinances?nodeId=TIT16SU_CH16.08DE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of August 2022, at Irvine, California.

_____
Christopher E. Deal

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 3 -

5:20-CV-02164- GW (KKX)
DECLARATION OF CHRISTOPHER E.
DEAL ISO MOTION IN LIMINE NO. 5