# EXHIBIT D




COMMUNITY    GOVERNMENT    BUSINESS    CITY SERVICES    HOW DO I...

Address, Directions & Hours

Agendas & Minutes

City Council    +

City Clerk

City Treasurer

City Manager

Committees & Commissions    +

Departments    +

Gov101

Home › GOVERNMENT

## Your Government

The City of Beaumont was incorporated on November 18, 1912. It is a "general law" city governed by a city council / city manager form of government. Within the City of Beaumont are a multiple special districts which are separate of the city and have their own governing boards. Below are all the special districts within the City of Beaumont.

- Beaumont - Cherry Valley Recreation & Parks District
- Beaumont - Cherry Valley Water District
- Beaumont Chamber of Commerce
- Beaumont Unified School District
- Beaumont Library District

Organization Chart - coming soon!


Select Language