UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER CONTINUING THE FINAL PRETRIAL CONFERENCE AND TRIAL**<br><br>Judge: Honorable George H. Wu |

## ORDER

After considering the Joint Stipulation to Continue the Final Pretrial Conference and Trial filed by the parties and supporting declaration, and for good cause shown, IT IS HEREBY ORDERED that the Final Pretrial Conference set for September 1, 2022, and the Trial set for September 13, 2022, are hereby stricken and continued to October 27, 2022 at 8:30 a.m. and November 8, 2022 at 9:00 a.m., respectively, to allow the Parties to participate in mediation.

Dated: August 29, 2022        By: _/s/ George H. Wu_

Honorable George H. Wu
United States District Judge