Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S REPLIES IN SUPPORT OF ITS MOTIONS IN LIMINE NOS. 1-9**<br><br>Judge:  Hon. George H. Wu<br>Date:   10/27/2022<br>Time:   8:30 a.m.<br>Room:  9D |

Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") submits the following exhibit in support of its replies in support of its Motions *in Limine*, filed contemporaneously herewith:

| Exhibit | Document | Page Range |
|---|---|---|
| 1 | Plaintiffs' Witness List | 4-8 |

| | |
|---|---|
| Dated: August 29, 2022 | GORDON REES SCULLY MANSUKHANI LLP |
| | By:   */s/ Scott L. Schmookler* |
| | Scott L. Schmookler (PHV) |
| | sschmookler@grsm.com |
| | (312) 980-6779 |
| | Dina Glucksman (SBN: 245646) |
| | dglucksman@grsm.com |
| | (213) 576-5071 |
| | 633 West Fifth Street, 52nd Floor |
| | Los Angeles, CA 90071 |
| | *Attorneys for Defendant* |
| | *National Union Fire Insurance Company of Pittsburgh, Pa.* |

- 2 -

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S REPLIES IN SUPPORT OF ITS MOTIONS IN LIMINE NO. 1-9

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 29, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiffs*

GORDON REES SCULLY
MANSUKHANI LLP

By:   */s/ Scott L. Schmookler*
        Scott L. Schmookler

- 3 -

APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S REPLIES IN SUPPORT OF ITS MOTIONS IN LIMINE NO. 1-9