# EXHIBIT 1

EXHIBIT 1
PAGE 4

| | |
|---|---|
| 1 | JEFFREY V. DUNN, Bar No. 131926 |
| | jeffrey.dunn@bbklaw.com |
| 2 | CHRISTOPHER E. DEAL, Bar No. 186754 |
| | chris.deal@bbklaw.com |
| 3 | DANIEL L. RICHARDS, Bar No. 315552 |
| | daniel.richards@bbklaw.com |
| 4 | BEST BEST & KRIEGER LLP |
| | 18101 Von Karman Avenue |
| 5 | Suite 1000 |
| | Irvine, California 92612 |
| 6 | Telephone: (949) 263-2600 |
| | Facsimile: (949) 260-0972 |

Attorneys for Plaintiffs
Western Riverside Council of Governments
and City of Beaumont

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>Trial Date:  September 13, 2022<br>Time:        9:00 a.m.<br>Courtroom:   9D |

- 1 -

5:20-CV-02164- GW (KKX)
WITNESS LIST

**EXHIBIT 1**

**PAGE 5**

# WITNESS LIST

Plaintiffs Western Riverside Council of Governments and City of Beaumont ("Plaintiffs") provide the following lists of witnesses Plaintiffs intend to call at trial pursuant to Local Rule 16-5.

| | Witness | Party(s) Calling Witness | Time Estimate |
|---|---|---|---|
| 1. | Ernest Egger | Plaintiffs | 1.5 hours |
| 2. | Deepak Moorjani | Plaintiffs | 1.5 hours |
| 3. | David Dillon | Plaintiffs | 1.5 hours |
| 4. | Joseph Aklufi | Plaintiffs | 1 hour |
| 5. | David Wysocki | Plaintiffs | 1 hour |
| 6. | Alan Kapanicas | Plaintiffs | 2 hours |
| 7. | John Pinkney | Plaintiffs | 3 hours |
| 8. | Doug Doyle | Plaintiffs | 2 hours |
| 9. | William Aylward | Plaintiffs | 1 hour |
| 10. | Elizabeth Gibbs | Plaintiffs | 2.5 hours |
| 11. | Dan Ray | Plaintiffs | 3 hours |
| 12. | John Lepire | Plaintiffs | 2 hours |
| 13. | David Castaldo | Plaintiffs | 1.5 hours |
| 14. | Brian DeForge | Plaintiffs | 1.5 hours |
| 15. | Judith Blake | Plaintiffs | 1.5 hours |
| 16. | Barbara Leone | Plaintiffs | 1.5 hours |
| 17. | Kenneth Watnick | Plaintiffs | .5 hours |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

| | Witness | Party(s) Calling Witness | Time Estimate |
|---|---|---|---|
| 18. | Roger Berg | Plaintiffs | 1.0 hours |
| 19. | Jennifer Rocha | Plaintiffs | 1.5 hours |
| 20. | James Gregg | Plaintiffs | 1.0 hours |
| 21. | Nancy Gall | Plaintiffs | 1.0 hours |
| 22. | Douglas Barnhart | Plaintiffs | 1.5 hours |
| 23. | Peter Fogerty | Plaintiffs | 1.5 hours |
| 24. | If necessary, witnesses to authenticate documents previously disclosed in connection with Dan Ray's report, e.g., subcontractors such as Dennis Janda | Plaintiffs | Unknown |
| 25. | National Union Fire Insurance Company Chief Financial Officer | Plaintiffs | 1 hour |
| 26. | National Union Fire Insurance Company Treasurer | Plaintiffs | 1 hour |

Dated: August 11, 2022

BEST BEST & KRIEGER LLP

By: */s/ Christopher E. Deal*
JEFFREY V. DUNN
CHRISTOPHER E. DEAL
DANIEL L. RICHARDS
Attorneys for Plaintiffs
Western Riverside Council of
Governments and City of Beaumont

- 3 -

5:20-CV-02164- GW (KKX)
WITNESS LIST

**EXHIBIT 1**

**PAGE 7**

# CERTIFICATE OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 18101 Von Karman Avenue, Suite 1000, Irvine, California 92612. On August 11, 2022, I served a copy of the within document(s):

**WITNESS LIST**

by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Scott L. Schmookler, Esq.<br>Meagan VanderWeele<br>Gordon Rees Scully Mansukhani, LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Phone:  (312) 980-6779<br>Email:   sschmookler@grsm.com;<br>mvanderweele@grsm.com | *Attorneys for Defendant National Union Fire Insurance Company* |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 11, 2022, at Irvine, California.

_____
Sandra Rosales

20323.00057\40427921.1