Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx) <br><br>**DECLARATION OF SCOTT L. SCHMOOKLER IN SUPPORT OF NATIONAL UNION'S REPLIES IN SUPPORT OF MOTIONS IN LIMINE NOS. 1-9** <br><br>Judge:  Hon. George H. Wu <br>Date:   9/1/2022 <br>Time:   8:30 a.m. <br>Room:   9D |
|---|---|

I, Scott L. Schmookler, declare as follows:

    1.    I am a partner at the law firm of Gordon Rees Scully Mansukhani, LLP, attorneys of record for National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") in the above-captioned matter. I am licensed to practice law in the State of Illinois and am admitted *pro hac vice* before this Court. I submit this declaration in support of National Union's replies in support of its motions *in limine* no. 1 through 9. I have personal knowledge of all matters set forth in this Declaration and, if called as a witness, I could and would competently testify to them.

    2.    On August 11, 2022, Plaintiffs served their Witness List pursuant to the

- 1 -
DECLARATION OF SCOTT L. SCHMOOKLER

Standing Order Re Final Pre-Trial Conference for Civil Jury Trials Before Judge George H. Wu. Attached to the Appendix of Exhibits, filed concurrently herewith as **Exhibit 1**, is a true and correct copy of Plaintiffs' Witness List.

3. On or about May 4, 2022, Counsel for Plaintiffs agreed that they would not call any employees or officers of Western Riverside Council of Governments ("WRCOG") to testify at trial. (Dkt. 65-20, Email from Daniel Richards to Scott Schmookler on May 4, 2022).

4. Plaintiffs did not disclose any witnesses from WRCOG in either their Initial Rule 26 Disclosures or Supplemental Rule 26 Disclosures. (Dkt. 65-16; Dkt. 65-17).

5. Relying on Plaintiffs' agreement that they would not call any WRCOG witnesses to testify at trial and the fact that Plaintiffs did not disclose any WRCOG witnesses, National Union agreed to forgo depositions of any WRCOG employees or officers, including the deposition of a corporate representative.

6. Had National Union known that Plaintiffs did, in fact, intend to call WRCOG witnesses to testify at trial and had Plaintiffs disclosed WRCOG witnesses pursuant to Federal Rule of Civil Procedure 26, National Union would have deposed those witnesses, including a representative of WRCOG pursuant to Federal Rule of Civil Procedure 30(b)(6).

Dated: August 29, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
Scott L. Schmookler (PHV)
sschmookler@grsm.com
(312) 980-6779
Dina Glucksman (SBN: 245646)
dglucksman@grsm.com

- 2 -
DECLARATION OF SCOTT L. SCHMOOKLER

(213) 576-5071
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
*Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 29, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

> Jeffrey V. Dunn, State Bar No. 131926
> jeffrey.dunn@bbklaw.com
> Christopher E. Deal, State Bar No. 186754
> chris.deal@bbklaw.com
> Daniel L. Richards, State Bar No. 315552
> daniel.richards@bbklaw.com
> BEST BEST & KRIEGER LLP
> 18101 Von Karman Avenue, Suite 1000
> Irvine, California 92612
> Telephone: 949-263-2600
> Facsimile: 949-260-0972
>
> *Attorneys for Plaintiffs*

> GORDON REES SCULLY
> MANSUKHANI LLP
>
> By:   */s/ Scott L. Schmookler*
>          Scott L. Schmookler