Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER GRANTING STIPULATION TO MEET AND CONFER VIRTUALLY**<br><br>Judge: Honorable George H. Wu |

## **ORDER**

After considering the Stipulation to Meet and Confer Virtually filed by the parties and for good cause shown, IT IS HEREBY ORDERED that the Stipulation is **GRANTED.**

Dated: August 29, 2022          By: _____/s/ George H. Wu_____

                                      Honorable George H. Wu
                                      United States District Judge

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

- 2 -

5:20-CV-02164- GW (KKX)
[PROPOSED] ORDER GRANTING
STIPULATION TO MEET AND
CONFER VIRTUALLY