Dina Glucksman, State Bar No. 245646
dglucksman@grsm.com
(213) 576-5071
Scott L. Schmookler, *Pro Hac Vice*
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02164- GW (KKx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Judge: Honorable George H. Wu |

**TO THE COURT, EACH PARTY AND THE ATTORNEYS OF RECORD FOR EACH PARTY HEREIN:**

Plaintiffs Western Riverside Council of Governments and City of Beaumont and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. (collectively, the "Parties") have reached a settlement in the above-captioned matter. The Parties anticipate that the settlement will be fully documented within the next

30-45 days.  Once that occurs, the Parties will file a stipulation for dismissal, with prejudice, each party to bear its own fees and costs.

     The Parties request that all court dates be stricken, including the Final Pretrial Conference and Trial, currently set for October 27, 2022 and November 8, 2022, respectively, pending dismissal of this case.

Dated:  October 20, 2022     GORDON REES SCULLY MANSUKHANI LLP

             By: */s/ Scott L. Schmookler*
               Scott L. Schmookler (PHV)
               sschmookler@grsm.com
               (312) 980-6779
               Dina Glucksman (SBN: 245646)
               dglucksman@grsm.com
               (213) 576-5071
               633 West Fifth Street, 52nd Floor
               Los Angeles, CA 90071
               *Attorneys for Defendant*
               *National Union Fire Insurance*
               *Company of Pittsburgh, Pa.*

Dated:  October 20, 2022     BEST BEST & KRIEGER LLP

             By: */s/ Christopher E. Deal*
               Jeffrey V. Dunn (SBN: 131926)
               jeffrey.dunn@bbklaw.com
               Christopher E. Deal (SBN: 186754)
               chris.deal@bbklaw.com
               Aryan Vahedy (SBN: 323802)
               aryan.vahedy@bbklaw.com
               18101 Von Karman Avenue
               Suite  1000
               Irvine, California 92612
               Telephone: 949-263-2600
               Facsimile: 949-260-0972
               *Attorneys for Plaintiffs*

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 20, 2022

GORDON REES SCULLY
MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    DINA GLUCKSMAN
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ

*Attorneys for Defendant*
*National Union Fire Insurance*
*Company of Pittsburgh, Pa.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 20, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, as follows:

>Jeffrey V. Dunn, State Bar No. 131926
>jeffrey.dunn@bbklaw.com
>Christopher E. Deal, State Bar No. 186754
>chris.deal@bbklaw.com
>Aryan Vahedy, State Bar No. 323802
>Aryan.vahedy@bbklaw.com
>BEST BEST & KRIEGER LLP
>18101 Von Karman Avenue, Suite 1000
>Irvine, California 92612
>Telephone: 949-263-2600
>Facsimile: 949-260-0972

*Attorneys for Plaintiffs*

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By:  */s/ Scott L. Schmookler*
>        Scott L. Schmookler