UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 20-2164-GW-KKx<br><br>**ORDER STRIKING FINAL PRETRIAL CONFERENCE AND TRIAL PURSUANT TO NOTICE OF SETTLEMENT**<br><br>Judge: Honorable George H. Wu |

## ORDER

After considering the Notice of Settlement filed by the parties, and for good cause shown, IT IS HEREBY ORDERED that the Final Pretrial Conference set for October 27, 2022, and the Trial set for November 8, 2022, are hereby stricken, pending dismissal of this case.

The Court sets a status conference re settlement for December 12, 2022 at 8:30 a.m. The parties are ot file a joint report or dismissal by December 8, 2022.

Dated: October 24, 2022        By: _/s/ George H. Wu_

Honorable George H. Wu
United States District Judge