Dina Glucksman, State Bar. No. 245646
dglucksman@grsm.com
(949) 255-6968
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164-GW (KKx)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable George H. Wu |

Pursuant to the Order issued on October 24, 2022, ECF No. 128, Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, "Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union" or " Defendant") hereby submit this Joint Status Report as follows:

1. The Parties advised the court of their settlement in principle on October 20, 2022 (ECF No. 127).

-1-

2. On October 28, 2022 counsel for National Union sent counsel for Plaintiffs a draft settlement agreement.

3. On November 10, 2022, counsel for Plaintiffs advised that he would send redlines on the draft settlement agreement.

4. On November 23, 2022, counsel for Plaintiffs sent a new draft settlement agreement to counsel for National Union.

5. On November 29, 2022, counsel for National Union advised it did not agree to the new version of the settlement agreement because it limited the release and added statements National Union does not agree are accurate.

6. On November 30, 2022, counsel for Plaintiffs asked if a document generating a comparison of changes between the two draft settlement agreements would be suitable.

7. On November 30, 2022, counsel for National Union stated it cannot accept the release drafted by Counsel for Plaintiffs as it is not broad enough. Counsel for National Union requested that Counsel for Plaintiffs redline the initial version sent on October 28, 2022.

8. The Parties need an additional thirty (30) days to address the issues that have arisen during drafting of the settlement agreements in order to finalize the agreement and to file a dismissal.

| | | |
|---|---|---|
| Dated: December 8, 2022 | | BEST BEST & KRIEGER LLP |
| | | By: */s/ Aryan Vahedy* |
| | | JEFFREY V. DUNN |
| | | CHRISTOPHER E. DEAL |
| | | ARYAN VAHEDY |
| | | Attorneys for Plaintiffs Western Riverside Council of Governments and the City of Beaumont |
| Dated: December 8, 2022 | | GORDON REES SCULLY MANSUKHANI LLP |
| | | By: */s/ Scott L. Schmookler* |
| | | DINA GLUCKSMAN |
| | | SCOTT L. SCHMOOKLER |
| | | MEAGAN VANDERWEELE |
| | | ANGELA LEWOSZ |
| | | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. |

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: December 8, 2022

GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    DINA GLUCKSMAN
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 8, 2022, a true and correct copy of the foregoing **Joint Status Report** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

          GORDON REES SCULLY
          MANSUKHANI LLP

By: */s/ Scott L. Schmookler*
    DINA GLUCKSMAN
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ

    Attorneys for Defendant
    National Union Fire Insurance
    Company of Pittsburgh, Pa.