Dina Glucksman, State Bar. No. 245646
dglucksman@grsm.com
(949) 255-6968
Scott L. Schmookler (*Pro Hac Vice*)
sschmookler@grsm.com
(312) 980-6779
Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Attorneys for Defendant,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WESTERN RIVERSIDE COUNCIL OF GOVERNMENTS, a California Joint Powers Authority; CITY OF BEAUMONT, a public entity in the State of California,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and DOES 1 through 50, inclusive,<br><br>Defendant(s). | CASE NO.  5:20-cv-02164-GW (KKx)<br><br>**JOINT STATUS REPORT**<br><br>Judge: Honorable George H. Wu |

Pursuant to the Order issued on December 8, 2022, ECF No. 131, Plaintiffs Western Riverside Council of Governments and City of Beaumont (collectively, "Plaintiffs") and Defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union" or " Defendant") hereby submit this Joint Status Report as follows:

1. The Parties advised the court of their settlement in principle on October 20, 2022 (ECF No. 127).

2. On October 28, 2022 counsel for National Union sent counsel for Plaintiffs a draft settlement agreement. Since then, the parties have exchanged drafts and redlined agreements and have continued their efforts to reach an agreement on certain language and provisions.

3. On December 8, 2022, the parties filed their Joint Status Report requesting an additional 30 days to continue drafting the settlement agreement. (Dkt. 130.)

4. On December 21, 2022, counsel for Plaintiffs sent a redlined version of National Union's proposed settlement agreement.

5. On January 11, 2022, the parties conferred regarding reconciling their respective versions of the settlement agreement.

6. The parties continue to confer regarding modifications to the settlement agreement.

7. The Parties need an additional thirty (30) days to address the issues that have arisen during drafting of the settlement agreement in order to finalize the agreement and to file a dismissal.

| | | |
|---|---|---|
| Dated: January 17, 2023 | | BEST BEST & KRIEGER LLP |
| | | By: */s/ Christopher E. Deal* |
| | |     JEFFREY V. DUNN |
| | |     CHRISTOPHER E. DEAL |
| | |     ARYAN VAHEDY |
| | | Attorneys for Plaintiffs Western Riverside Council of Governments and the City of Beaumont |
| Dated: January 17, 2023 | | GORDON REES SCULLY MANSUKHANI LLP |
| | | By: */s/ Scott L. Schmookler* |
| | |     DINA GLUCKSMAN |
| | |     SCOTT L. SCHMOOKLER |
| | |     MEAGAN VANDERWEELE |
| | |     ANGELA LEWOSZ |
| | | Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, Pa. |

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2023

GORDON REES SCULLY MANSUKHANI LLP


By: */s/ Scott L. Schmookler*
    DINA GLUCKSMAN
    SCOTT L. SCHMOOKLER
    MEAGAN VANDERWEELE
    ANGELA LEWOSZ

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, Pa.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 17, 2023, a true and correct copy of the foregoing **Joint Status Report** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

>GORDON REES SCULLY
>MANSUKHANI LLP
>
>By: */s/ Scott L. Schmookler*
>DINA GLUCKSMAN
>SCOTT L. SCHMOOKLER
>MEAGAN VANDERWEELE
>ANGELA LEWOSZ
>
>Attorneys for Defendant
>National Union Fire Insurance
>Company of Pittsburgh, Pa.